# Exhibit C

THOMSON REUTERS
WESTLAW EDGE

ATKINS...   History   Folders   My links   Community   Notifications   Sign out

All content | Enter terms, citations, databases, questions,  | Connecticut | Search Tips / Advanced

### Sec. 23-4-5. Evictions and penalties

CT ADC § 23-4-5  •  Regulations of Connecticut State Agencies   (Approx. 3 pages)

Document | Notes of Decisions (0) | History (3 | Citing References (11 | Context & Analysis (0 | Fullscreen

Regulations of Connecticut State Agencies
    Title 23. Parks, Forests & Public Shade Trees
        Department of Energy and Environmental Protection
           State Park Rules (Refs & Annos)

Regs. Conn. State Agencies § 23-4-5

## Sec. 23-4-5. Evictions and penalties

Currentness

(a) **Eviction.**

(1) Violation of any provision of sections 23-4-1 through 23-4-4, inclusive, of the Regulations of Connecticut State Agencies shall be sufficient cause for eviction for a period of twenty-four hours.

(2) No person evicted with written notice shall enter any state park or forest during the eviction period.

(b) **Penalties.**

(1) Any person who violates any provision of sections 23-4-1 through 23-4-4, inclusive, of the Regulations of Connecticut State Agencies shall have committed an infraction.

(2)(A) Any person who violates any provision of sections 23-4-1 to 23-4-4, inclusive, of these regulations shall pay a fine of thirty five-dollars ($35.00).

(B) Any person who enters a state park or forest during an eviction period in violation of subsection (a) of this section shall pay a fine of seventy-five dollars ($75.00).

## Credits

(Added effective June 24, 1986; Amended effective July 27, 2007; May 3, 2010.)

<Statutory Authority: C.G.S.A. § 23-4>

1

Current with material published on the CT eRegulations System through 12/6/2022. Some sections may be more current, see credits for details.

Regs. Conn. State Agencies § 23-4-5, CT ADC § 23-4-5

**End of Document**  © 2022 Thomson Reuters. No claim to original U.S. Government Works.

Contact us  •  Live chat  •  Training and support  •  Improve Westlaw Edge/Report an error  •  Transfer My Data  •  Pricing guide  •  Sign out



1-800-REF-ATTY (1-800-733-2889)   My Account

Westlaw Edge. © 2022 Thomson Reuters   Accessibility  •  Privacy  •  Supplier terms   *Thomson Reuters is not providing professional advice*

1