# Exhibit E

CT.gov Home   (/)   Department of Energy & Environmental Protection   (/DEEP)   State Parks   (/DEEP/State-Parks/Connecticut-State-Parks-and-Forests)
Sleeping Giant State Park   (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park)   Overview/History

# Sleeping Giant State Park

Welcome (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park)

Overview/History (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Overview)

Activities (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Activities)

Camping (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Camping)

Fishing (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Fishing)

Facilities (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Facilities)

Fees (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Fees)

Maps (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Maps)

Getting Here (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Getting-Here)

Related Information (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Related-Information)

In the Area (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/In-the-Area)

Contact the Park (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Contact)


Provided by:
**Department of Energy & Environmental Protection (/DEEP)**

## Overview/History

Two miles of mountaintop resembling a large man lying in repose, the "sleeping giant", is a popular feature of the south central Connecticut skyline. A 1 1/2 mile scenic trail leads to the stone observation tower on the peak of Mt. Carmel which provides an excellent view of Long Island Sound and the New Haven area. In 1924 Sleeping Giant was designated as a state park.