# Exhibit F

 

# Trails & Maps

Sleeping Giant Park Association constructed and now maintains the 32-mile backcountry trail system at Sleeping Giant State Park. From the challenging Blue Trail, to the moderate Nature Trail, there is something for everyone at the Giant.

The modern-day trail system was designed and constructed by Ned Greist and Dick Elliott from 1957 – 1960, and is one of the best hiking networks in the state. In 1977, the trail system became the first trail in Connecticut to be recognized by the Secretary of the Interior as a National Recreation Trail.



# Popular Trails at the Sleeping Giant

**Tower Path**

1.5 miles

Easy

A popular trail for first-time visitors, the tower path is the easiest route up the Giant. A wide, gravel path gently climbs to the tower with 360-degree views.

**Nature Trail**

1.5 miles

Moderate

A hidden gem, the Nature Trail is a moderate loop that makes for a great family outing. With numbered stations along the way, visitors can learn about the natural history of the park's flora and fauna. Learn more [here](here).

**Red Circle Gorge**

0.75 miles

Difficult

**Blue Trail**

5.1 miles

Very Difficult

From the trailhead on Tuttle Ave, the Red Circle Trail follows one of the most beautiful geologic features on the Giant - an incredible gorge complete with cascades and pools. The gorge ends just before Red intersects with Violet.

The Blue Trail at Sleeping Giant comprises the eastern portion of the 20-mile Quinnipiac Trail, part of CT's 800+ mile Blue-Blazed Hiking Trail. Traversing the Giant from head-to-toe, this is the most difficult trail at the park and rewards intrepid hikers great views along the way.

# Discover Every Trail with Free Maps

 **PDF Map**    DOWNLOAD

SGPA produces and prints trail maps for the park's visitors. Printed trail maps are available at the kiosk near the main parking area, but **we encourage visitors to save paper by downloading a digital version of the map here.**

 **Mobile, GPS Map**    DOWNLOAD

A free, mobile-friendly, GPS-enabled map is available for download on the Avenza Maps app. Simply download Avenza Maps, and search for "Sleeping Giant State Park" in the map store. Once downloaded, your location will display on the map and you can track your hikes, all without using cellular data.



# Where to park at Sleeping Giant State Park?

**200 Mt. Carmel Avenue, Hamden** – This is the main parking lot for the park, and provides access to most trails on the Giant, including the Tower Path and Nature Trail. If it is your first time visiting the park, you should plan to park here

**Chestnut Lane** – A popular access point for the eastern side of the park, this parking area is located at the end of Chestnut Road, just before it turns into Blue Trail Road.

**Others** – Additional parking areas are located along **Tuttle Avenue** (at the northern trailhead for the Red Diamond and Red Circle trails); **Mount Carmel Avenue** (at the southern trailhead for the Red Circle and Red Square trails); and on **Mansion Road** (at the northern trailhead of the Red Square trail).



**Parking Fees** – Thanks to Connecticut's **"Passport to Parks"** program, parking is free for all vehicles registered with a Connecticut license plate. From April 1 through October 31, out-of-state vehicles are subject to a $15 parking fee on the weekends, and a $10 parking fee on weekdays.

# Help us improve the Giant

Name

Email

Message

Send

## If You See Something, Say Something

The Sleeping Giant **Trail Crew** is committed to keeping all 32 miles of trails clear and open. If you see a hazard or obstacle on your hike, such as a downed tree, damaged bridge, or vandalism, please use this form to report the issue.

Your report will ensure that our volunteers can address the issue as promptly as possible.

## SGPA Information

   P.O. Box 185340, Hamden, CT 06518

   admin@sgpa.org



SGPA is an all-volunteer 501(c)3 non-profit organization, dedicated to protecting and caring for the Sleeping Giant.

 

## Park Information

   200 Mt Carmel Ave, Hamden, CT 06518

   860-424-3200

*SGPA thanks Tom Granucci and Aaron Lefland for allowing us to use their photographs and to showcase the beauty of the Sleeping Giant across this website*

© 2022 Sleeping Giant Park Association. All rights reserved.