# Exhibit G

CT.gov Home   (/)   Department of Energy & Environmental Protection    (/DEEP)   State Parks   (/DEEP/State-Parks/Connecticut-State-Parks-and-Forests)

Sleeping Giant State Park    (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park)    Related Information

# Sleeping Giant State Park

Welcome (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park)

Overview/History (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Overview)

Activities (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Activities)

Camping (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Camping)

Fishing (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Fishing)

Facilities (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Facilities)

Fees (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Fees)

Maps (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Maps)

Getting Here (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Getting-Here)

Related Information (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Related-Information)

In the Area (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/In-the-Area)

Contact the Park (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park/Contact)

Provided by:
**Department of Energy & Environmental Protection (/DEEP)**

## Related Information

 ACCESSIBILITY

This park offers:

 Parking

 Picnic Tables

### HOURS:

The park is open from 8 am to sunset.

### PETS:

Pets on a leash are permitted in picnic areas and on hiking trails.

### Related Links

**Connecticut Tourism Information (http://www.ctvisit.com/)**
**The Sleeping Giant Park Association (http://www.sgpa.org/)**
**Fishing Information (/DEEP/Fishing/CT-Fishing)**