# Exhibit K

Naugatuck State Forest
East & West Blocks
Beacon Falls, Bethany,
Naugatuck, & Oxford, Connecticut
0 0.15 0.3 0.6 0.9 1.2 1.5 Miles
The trails at Naugatuck State Forest west of the Naugatuck River are multi-use non-motorized (except snowmobile).
The Blue-blazed trails at Naugatuck State Forest east of the Naugatuck River are foot travel only.
The boundaries of State-owned properties as shown on this map are approximate.
Trail distances between marks (★) are in miles.
West Block
East Block
Naugatuck
Oxford
Beacon Falls
Bethany
Hunter Mtn Rd
Spruce Brook Rd
Spruce Bk
Cold Spring Rd
Chestnut Tree Hill Rd
Pines Bk
Naugatuck River
Hockanum Bk
Res 4
Res 3
Res 2
Simpson Lake
Exit 25
Exit 24
Naugatuck Trail
Beacon Cap Trail
Whittemore Trail
(0.1)BR
(1.1)B
(2.2)B
(1.3)B
(0.3)BY
(0.8)BW
(0.6)B
Explanation
Trails
Blue(B)
Blue/Yellow(BY)
Blue/White(BW)
Gravel Road
Unblazed Trail
Snowmobile Route
Direction of Travel
Naugatuck State Forest
Information
Parking Area
Private Residence
Range
Scenic View
Connecticut Department of Energy & Environmental Protection
Bureau of Outdoor Recreation
State Parks Division
Map Date - February 16, 2016

