UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID J. NASTRI, ESQ.,  :  <br>  :  <br>    Plaintiff,  :  <br>  :  <br>v.  :  <br>  :  <br>KATIE DYKES, in her official capacity only,  :  <br>  :  <br>    Defendant.  : | DKT No.: 3:23-cv-00056-JBA <br><br><br><br><br><br><br><br>January 17, 2023 |

**PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND, IN THE ALTERNATIVE, TO CONSOLIDATE THE PRELIMINARY INJUNCTION HEARING WITH THE TRIAL ON THE MERITS**

Pursuant to Fed. R. Civ. P. 65 and D. Conn. Local Rule 7, the Plaintiff, David J. Nastri, Esq., hereby respectfully moves the Court to issue an emergency temporary restraining order and preliminary injunction against the Defendant. Nastri requests the following relief:

1. A temporary restraining order barring the Defendant from enforcing Conn. Agencies Regs. § 23-4-1(c)'s prohibition on the carrying of handguns for the purpose of self-defense in state parks and forests until the Court can determine the merits of Nastri's application for a preliminary injunction;

2. A preliminary injunction barring the Defendant from enforcing Conn. Agencies Regs. § 23-4-1(c)'s prohibition on the carrying of handguns for the purpose of self-defense in state parks and forests until such time as the Court makes a final determination on the merits in this matter;

**ORAL ARGUMENT REQUESTED.**

1

3.  In the alternative, Nastri moves the Court to order expedited discovery and consolidate the preliminary injunction hearing with the trial on the merits in this matter pursuant to Fed. R. Civ. P. 65.

Finally, Nastri hereby notifies the Court and the Defendant that he is not seeking *ex parte* relief through this motion by styling it an emergency motion. Instead, he respectfully requests expedited consideration of this motion by the Court pursuant to D. Conn. Local Rule 7(a)6. His demonstration of good cause is contained in the accompanying memorandum of law.

The Plaintiff,

By: /s/ Cameron L. Atkinson /s/
Cameron L. Atkinson, Esq.
(ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

**CERTIFICATION OF SERVICE**

The Defendant has not appeared in this matter yet. The undersigned has identified her appropriate legal representatives though and will provide them with copies of it immediately after he has verified that it has been electronically filed on the foregoing date. He will provide notice to the Court as soon as he has confirmed their receipt of the foregoing.

/s/ Cameron L. Atkinson /s/