UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ., | : | NO. 3:23-cv-0056-JAM |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| KATIE DYKES, in her official | : | |
| capacity | : | |
| *Defendants* | : | JANUARY 26, 2023 |

### NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 5(b), Assistant Attorney General Blake Sullivan hereby provides notice of his appearance on behalf of Defendant, Katie Dykes, in her official capacity only.

Dated at Hartford, Connecticut, this 26th day of January 2023.

        DEFENDANT,

        KATIE DYKES

        WILLIAM TONG
        ATTORNEY GENERAL

BY:   */s/ Blake T. Sullivan*
        Blake T. Sullivan
        Assistant Attorney General
        Federal Bar No. ct30289
        165 Capitol Ave., 5th Floor
        Hartford, CT  06106
        Tel: (860) 808-5020
        Fax: (860) 808-5347
        Email:  Blake.Sullivan@ct.gov

## **CERTIFICATION**

    I hereby certify that on January 26, 2023, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                      /s/ *Blake Sullivan*
                                                                      Blake Sullivan
                                                                      Assistant Attorney General