UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ., | : | NO. 3:23-cv-0056-JAM |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| KATIE DYKES, in her official capacity | : | |
| | : | |
| *Defendants* | : | JANUARY 26, 2023 |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 5(b), Assistant Attorney General Timothy Holzman, hereby provides notice of his appearance on behalf of Defendant, Katie Dykes, in her official capacity only.

This appearance is in addition to the Appearance of Blake Sullivan, Assistant Attorney General, already on file.

Dated at Hartford, Connecticut, this 26th day of January 2023.

DEFENDANT,

KATIE DYKES

WILLIAM TONG
ATTORNEY GENERAL

BY: */s/ Timothy Holzman*
Assistant Attorney General
Federal Bar No. ct30420
165 Capitol Ave., 5th Floor
Hartford, CT  06106
Tel: (860) 808-5020
Fax: (860) 808-5347
Email:  Timothy.Holzman@ct.gov

## CERTIFICATION

I hereby certify that on January 26, 2023, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Timothy Holzman*
Timothy Holzman
Assistant Attorney General