# Exhibit A

Report an accessibility issue.

# Connecticut
# Department of Energy & Environmental Protection

CT.gov Home   (/)   Department of Energy & Environmental Protection   (/DEEP)   State Parks   (/DEEP/State-Parks/Connecticut-State-Parks-and-Forests)   Listing of State Parks

## All State Parks



Whether you are looking for a rigorous outdoor activity, a leisurely stroll or a peek into history, Connecticut's parks and forests have something to offer you year round.  With 139 state parks and forests statewide, you're sure to find one close to home or just a short trip away.

Above All State Park, Warren/Litchfield (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#AboveAll)Air Line State Park Trail, Multi-Town (/DEEP/State-Parks/Parks/Air-Line-State-Park-Trail)
Algonquin State Forest, Colebrook (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)
American Legion State Forest, Barkhamsted (/DEEP/State-Parks/Forests/American-Legion-and-Peoples-State-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325054&deepNav_GID=1650)Beaver Brook State Park, Windham/Chaplin (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#BeaverBrook)Becket Hill State Park, Old Lyme (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#BecketHill)Beckley Furnace State Park, North Canaan (/DEEP/State-Parks/Parks/Beckley-Furnace-Industrial-Monument) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325172&deepNav_GID=1650)Bennett's Ponds State Park, Ridgefield (/DEEP/State-Parks/Parks/Bennetts-Pond-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&Q=478368&deepNav_GID=1650)Bigelow Hollow State Park, Union (/DEEP/State-Parks/Parks/Bigelow-Hollow-State-Park-Nipmuck-State-Forest) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325174&deepNav_GID=1650)Black Rock State Park, Watertown (/DEEP/State-Parks/Parks/Black-Rock-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325176&deepNav_GID=1650) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325178&deepNav_GID=1650)Bluff Point State Park, Groton (/DEEP/State-Parks/Parks/Bluff-Point-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325178&deepNav_GID=1650)Bolton Notch State Park, Bolton (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#BoltonNotch)Brainard Homestead State Park, East Haddam (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#BrainardHomestead)Burr Pond State Park, Torrington (/DEEP/State-Parks/Parks/Burr-Pond-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325180&deepNav_GID=1650)C.P. Huntington State Park, Redding/Bethel/Newtown (/DEEP/State-Parks/Parks/Collis-P-Huntington-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325222&deepNav_GID=1650)Camp Columbia State Park, Morris (/DEEP/State-Parks/Parks/Camp-Columbia-State-Park-Forest) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=435450&deepNav_GID=1650)Camp Columbia State Forest, Morris (/DEEP/State-Parks/Parks/Camp-Columbia-State-Park-Forest) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=435450&deepNav_GID=1650)Campbell Falls State Park, Norfolk (/DEEP/State-Parks/Reserves/Campbell-Falls-State-Park-Reserve) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325308&deepNav_GID=1650)Centennial State Forest, Fairfield (/DEEP/State-Parks/Forests/Centennial-Watershed-State-Forest) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=447970&deepNav_GID=1650)Chatfield Hollow State Park, Killingworth (/DEEP/State-Parks/Parks/Chatfield-Hollow-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325182&deepNav_GID=1650)Cockaponset State Forest, Haddam/Chester (/DEEP/State-Parks/Forests/Cockaponset-State-Forest)
Connecticut Valley Railroad State Park, Essex (/DEEP/State-Parks/Parks/Connecticut-Valley-Railroad-State-Park)
Dart Island State Park, Middletown (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#DartIsland)Day Pond State Park, Colchester (/DEEP/State-Parks/Parks/Day-Pond-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325184&deepNav_GID=1650)Dennis Hill State Park, Norfolk (/DEEP/State-Parks/Parks/Dennis-Hill-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325186&deepNav_GID=1650)Devil's Hopyard State Park, East Haddam (/DEEP/State-Parks/Parks/Devils-Hopyard-State-Park)

(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=450566&deepNav_GID=1650)Dinosaur State Park, Rocky Hill (/DEEP/State-Parks/Parks/Dinosaur-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325194&deepNav_GID=1650)Eagle Landing State Park, Haddam (/DEEP/State-Parks/Parks/Eagle-Landing-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=478672&deepNav_GID=1650)Enders State Forest, Granby/Barkhamsted (/DEEP/State-Parks/Forests/Enders-State-Forest)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&Q=594616&deepNav_GID=1650)Farm River State Park, East Haven (/DEEP/State-Parks/Parks/Farm-River-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=454726&deepNav_GID=1650)Farmington Canal Greenway State Park, Cheshire/Hamden (/DEEP/State-Parks/Parks/Farmington-Canal-State-Park-Trail)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&Q=479526&deepNav_GID=1650)Fort Griswold State Park, Groton (/DEEP/State-Parks/Parks/Fort-Griswold-Battlefield-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325198&deepNav_GID=1650)Fort Trumbull State Park, New London (/DEEP/State-Parks/Parks/Fort-Trumbull-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325200&deepNav_GID=1650)Gardner Lake State Park, Salem (/DEEP/State-Parks/Parks/Gardner-Lake-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=444484&deepNav_GID=1650)Gay City State Park, Hebron (/DEEP/State-Parks/Parks/Gay-City-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325202&deepNav_GID=1650)George Dudley Seymour State Park, Haddam (/DEEP/State-Parks/Parks/George-Dudley-Seymour-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=446328&deepNav_GID=1650)George Waldo State Park, Southbury (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#GeorgeWaldo)Gillette Castle State Park, East Haddam (/DEEP/State-Parks/Parks/Gillette-Castle-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325204&deepNav_GID=1650)Green Falls State Campground, Voluntown (/DEEP/State-Parks/Forests/Pachaug-State-Forest)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325072&deepNav_GID=1650)Haddam Island State Park, Haddam (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#HaddamIsland)Haddam Meadows State Park, Haddam (/DEEP/State-Parks/Parks/Haddam-Meadows-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325206&deepNav_GID=1650)Haley Farm State Park, Groton (/DEEP/State-Parks/Parks/Haley-Farm-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325208&deepNav_GID=1650)Hammonasset Beach State Park, Madison (/DEEP/State-Parks/Parks/Hammonasset-Beach-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325210&deepNav_GID=1650)Harkness Memorial State Park, Waterford (/DEEP/State-Parks/Parks/Harkness-Memorial-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325214&deepNav_GID=1650)Haystack Mountain State Park, Norfolk (/DEEP/State-Parks/Parks/Haystack-Mountain-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325216&deepNav_GID=1650)Higganum Reservoir State Park, Higganum (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#HigganumReservoir)Hop River State Park, Multi-Town (/DEEP/State-Parks/Parks/Hop-River-State-Park-Trail)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&Q=493304&deepNav_GID=1650)Hopemead State Park, Montville/Bozrah (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Hopmead)Hopeville Pond State Park, Griswold (/DEEP/State-Parks/Parks/Hopeville-Pond-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325218&deepNav_GID=1650)Horse Guard State Park, Avon (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#HorseGuard)Housatonic  Meadows State Park, Sharon (/DEEP/State-Parks/Parks/Housatonic-Meadows-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325220&deepNav_GID=1650)Housatonic Meadows State Forest, Sharon (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Housatonic)Humaston Brook State Park, Litchfield (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#HumastonBrook)Hurd State Park, East Hampton (/DEEP/State-Parks/Parks/Hurd-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325224&deepNav_GID=1650)Indian Well State Park, Shelton (/DEEP/State-Parks/Parks/Indian-Well-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325226&deepNav_GID=1650)J.A. Minetto State Park, Torrington (/DEEP/State-Parks/Parks/John-A-Minetto-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325242&deepNav_GID=1650)James L Goodwin State Forests Forest, Hampton (/DEEP/State-Parks/Forests/James-L-Goodwin-State-Forest)
Kent Falls State Park, Kent (/DEEP/State-Parks/Parks/Kent-Falls-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325228&deepNav_GID=1650)Kettletown State Park, Southbury (/DEEP/State-Parks/Parks/Kettletown-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325230&deepNav_GID=1650)Killingly Pond State Park, Killingly (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#KillinglyPond)Lake Waramaug State Park, Kent (/DEEP/State-Parks/Parks/Lake-Waramaug-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325232&deepNav_GID=1650)Lamentation Mountain State Park, Berlin (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#LamentationMountain)Larkin State Park Trail, Southbury/Naugatuck/Oxford/Middlebury (/DEEP/State-Parks/Parks/Larkin-State-Park-Trail)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=434808&deepNav_GID=1650)Lovers Leap State Park, New Milford (/DEEP/State-Parks/Parks/Lovers-Leap-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=433316&deepNav_GID=1650)Macedonia Brook State Park, Kent (/DEEP/State-Parks/Parks/Macedonia-Brook-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325234&deepNav_GID=1650)Machimoodus State Park, East Haddam (/DEEP/State-Parks/Parks/Machimoodus-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=478996&deepNav_GID=1650)Mansfield Hollow State Park, Mansfield (/DEEP/State-Parks/Parks/Mansfield-Hollow-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325236&deepNav_GID=1650)Mashamoquet State Park, Pomfret (/DEEP/State-Parks/Parks/Mashamoquet-Brook-State-Park)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325238&deepNav_GID=1650)Massacoe State Forest, Simsbury/Canton (/DEEP/State-Parks/Forests/Massacoe-State-Forest)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Massacoe)Mattatuck State Forest, Multi-Town (/DEEP/State-Parks/Forests/Mattatuck-State-Forest)
Meshomasic State Forest, East Hampton/Glastonbury/Portland (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Meshomasic)Mianus River State Park, Stamford (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)
(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#MianusRiver)Millers Pond State Park, Haddam (/DEEP/State-Parks/Parks/Millers-Pond-State-ParK)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#MinnieIsland)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#MinnieIsland) [(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325060&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325060&deepNav_GID=1650)Mohawk State Forest/ Mohawk Mountain State Park, Goshen/Cornwall [(/DEEP/State-Parks/Forests/Mohawk-Mountain-State-Forest-State-Park)](/DEEP/State-Parks/Forests/Mohawk-Mountain-State-Forest-State-Park)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325060&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325060&deepNav_GID=1650)Mohegan State Forest, Scotland [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Mohegan)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Mohegan)Mono Pond State Park, Columbia [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#MonoPond)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#MonoPond)Mooween State Park, Lebanon [(/DEEP/State-Parks/Parks/Mooween-State-Park)](/DEEP/State-Parks/Parks/Mooween-State-Park)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Moween)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Moween)Mount Bushnell State Park, Washington [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#MountBushnell)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#MountBushnell)Mount Riga State Park, Salisbury [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#MountRiga)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#MountRiga)Mount Tom State Park, Litchfield [(/DEEP/State-Parks/Parks/Mount-Tom-State-Park)](/DEEP/State-Parks/Parks/Mount-Tom-State-Park)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325244&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325244&deepNav_GID=1650)Nassahegon State Forest, Burlington [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Nassahegon)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Nassahegon)Natchaug State Forest, Eastford [(/DEEP/State-Parks/Forests/Natchaug-State-Forest)](/DEEP/State-Parks/Forests/Natchaug-State-Forest)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325062&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325062&deepNav_GID=1650)Nathan Hale State Forest, Coventry/Andover [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#NathanHale)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#NathanHale)Naugatuck State Forest, Naugatuck/Oxford/Beacon Falls [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Naugatuck)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Naugatuck)Nehantic State Forest, Lyme [(/DEEP/State-Parks/Forests/Nehantic-State-Forest)](/DEEP/State-Parks/Forests/Nehantic-State-Forest)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325064&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325064&deepNav_GID=1650)Nepaug State Forest, New Hartford [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Nepaug)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Nepaug)Nipmuck State Forest, Union [(/DEEP/State-Parks/Forests/Nipmuck-State-Forest-Bigelow-Hollow-State-Park)](/DEEP/State-Parks/Forests/Nipmuck-State-Forest-Bigelow-Hollow-State-Park)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325066&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325066&deepNav_GID=1650)Nye-Holman State Forest, Tolland [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Nye-Holman)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Nye-Holman)Old Furnace State Park, Killingly [(/DEEP/State-Parks/Parks/Old-Furnace-State-Park)](/DEEP/State-Parks/Parks/Old-Furnace-State-Park)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=435384&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=435384&deepNav_GID=1650)Osbornedale State Park, Derby [(/DEEP/State-Parks/Parks/Osbornedale-State-Park)](/DEEP/State-Parks/Parks/Osbornedale-State-Park)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325246&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325246&deepNav_GID=1650)Pachaug State Forest, Voluntown [(/DEEP/State-Parks/Forests/Pachaug-State-Forest)](/DEEP/State-Parks/Forests/Pachaug-State-Forest)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325068&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325068&deepNav_GID=1650)Pattaconk Lake Recreation Area, Chester/Haddam [(https://portal.ct.gov/DEEP/State-Parks/Forests/Cockaponset-State-Forest)](https://portal.ct.gov/DEEP/State-Parks/Forests/Cockaponset-State-Forest)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325056&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325056&deepNav_GID=1650)Paugnut State Forest, Torrington/Winchester [(/DEEP/State-Parks/Forests/Paugnut-State-Forest)](/DEEP/State-Parks/Forests/Paugnut-State-Forest)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=435626&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=435626&deepNav_GID=1650)Paugussett State Forest, Newtown [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Paugussett)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Paugussett)Penwood State Park, Bloomfield [(/DEEP/State-Parks/Parks/Penwood-State-Park)](/DEEP/State-Parks/Parks/Penwood-State-Park)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325248&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325248&deepNav_GID=1650)Peoples State Forest, Barkhamsted [(/DEEP/State-Parks/Forests/American-Legion-and-Peoples-State-Forests)](/DEEP/State-Parks/Forests/American-Legion-and-Peoples-State-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325054&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325054&deepNav_GID=1650)Platt Hill State Park, Winchester [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#PlattHill)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#PlattHill)Pomeroy State Park, Lebanon [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Pomeroy)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Pomeroy)Pootatuck State Forest, New Fairfield [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Pootatuck)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Pootatuck)Putnam Memorial State Park, Redding [(/DEEP/State-Parks/Parks/Putnam-Memorial-State-Park)](/DEEP/State-Parks/Parks/Putnam-Memorial-State-Park)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325250&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325250&deepNav_GID=1650)Quaddick State Park, Thompson [(/DEEP/State-Parks/Parks/Quaddick-State-Park)](/DEEP/State-Parks/Parks/Quaddick-State-Park)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325252&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325252&deepNav_GID=1650)Quaddick State Forest, Thompson [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Quaddick)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Quaddick)Quinebaug Lake State Park, Killingly [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#QuinebaugLake)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#QuinebaugLake)Quinnipiac River State Park, North Haven [(/DEEP/State-Parks/Parks/Quinnipiac-River-State-Park)](/DEEP/State-Parks/Parks/Quinnipiac-River-State-Park)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=438090&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=438090&deepNav_GID=1650)River Highlands State Park, Cromwell [(/DEEP/State-Parks/Parks/River-Highlands-State-Park)](/DEEP/State-Parks/Parks/River-Highlands-State-Park)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=434748&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=434748&deepNav_GID=1650)Rocky Glen State Park, Newtown [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#RockyGlen)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#RockyGlen)Rocky Neck State Park, East Lyme [(/DEEP/State-Parks/Parks/Rocky-Neck-State-Park)](/DEEP/State-Parks/Parks/Rocky-Neck-State-Park)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325256&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325256&deepNav_GID=1650)Ross Pond State Park, Killingly [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#RossPond)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#RossPond)S.L. Pierrepont State Park, Ridgefield [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325310&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325310&deepNav_GID=1650)Salmon River Sate Forest, Colchester [(/DEEP/State-Parks/Forests/Salmon-River-State-Forest)](/DEEP/State-Parks/Forests/Salmon-River-State-Forest)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325074&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325074&deepNav_GID=1650)Salt Rock State Campground, Sprague [(/DEEP/State-Parks/Campgrounds/Salt-Rock-State-Campground)](/DEEP/State-Parks/Campgrounds/Salt-Rock-State-Campground) [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

[(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=438076&deepNav_GID=1650)](https://www.ct.gov/deep/cwp/view.asp?a=2716&q=438076&deepNav_GID=1650)Satan's Kingdom State Park, New Hartford [(/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)](/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

(https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#SalmonKingdom)Scantic River State Park, Enfield/East Windsor/Somers (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)
Seaside State Park, Waterford (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#ScanticRiver)Selden Neck State Park, Lyme (/DEEP/State-Parks/Parks/Selden-Neck-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=435364&deepNav_GID=1650)Shenipsit State Forest, Stafford/Somers/Ellington (/DEEP/State-Parks/Forests/Shenipsit-State-Forest) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=332506&deepNav_GID=1650)Sherwood Island State Park, Westport (/DEEP/State-Parks/Parks/Sherwood-Island-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325260&deepNav_GID=1650)Silver Sands State Park, Milford (/DEEP/State-Parks/Parks/Silver-Sands-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325262&deepNav_GID=1650)Sleeping Giant State Park, Hamden (/DEEP/State-Parks/Parks/Sleeping-Giant-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325264&deepNav_GID=1650)Southford Falls State Park, Southbury (/DEEP/State-Parks/Parks/Southford-Falls-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325266&deepNav_GID=1650)Squantz Pond State Park, New Fairfield (/DEEP/State-Parks/Parks/Squantz-Pond-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325268&deepNav_GID=1650)Stillwater Pond State Park, Torrington (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#StillwaterPond)Stoddard Hill State Park, Ledyard (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#StoddardHill)Stratton Brook State Park, Simsbury (/DEEP/State-Parks/Parks/Stratton-Brook-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325270&deepNav_GID=1650)Sunnybrook State Park, Torrington (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Sunnybrook)Sunrise State Park, East Haddam (/DEEP/State-Parks/Parks/Sunrise-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Sunrise)Talcott Mountain State Park, Simsbury (/DEEP/State-Parks/Parks/Talcott-Mountain-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325272&deepNav_GID=1650)Topsmead State Forest, Litchfield (/DEEP/State-Parks/Forests/Topsmead-State-Forest) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325076&deepNav_GID=1650)Tri-Mountain State Park, Durham/Wallingford (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#TriMountain)Trout Brook Valley State Park, Easton (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#TroutBrookValley)Tunxis State Forest, Granby/Barkhamsted/Hartland (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#Tunxis)Wadsworth Falls State Park, Middlefield/Middletown (/DEEP/State-Parks/Parks/Wadsworth-Falls-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325274&deepNav_GID=1650)West Rock Ridge State Park, Hamden/New Haven (/DEEP/State-Parks/Parks/West-Rock-Ridge-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325276&deepNav_GID=1650)Wharton Brook State Park, Wallingford (/DEEP/State-Parks/Parks/Wharton-Brook-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=325278&deepNav_GID=1650)Whittemore Glen State Park, Naugatuck/Middlebury (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#WhittemoreGlen)Windsor Locks Canal State Park, Windsor Locks (/DEEP/State-Parks/Parks/Windsor-Locks-Canal-State-Park-Trail) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=442594&ampdepNav_GID=1650)Windsor Meadows State Park, Windsor (/DEEP/State-Parks/Parks/Windsor-Meadows-State-Park) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=458128&deepNav_GID=1650)Wooster Mountain State Park, Danbury (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests) (https://www.ct.gov/deep/cwp/view.asp?a=2716&q=445284&deepNav_GID=1650#WoosterMountain)Wyantenock State Forest, Cornwall (/DEEP/State-Parks/Locate-Park-Forest/Other-State-Parks-and-Forests)

*Content updated June 2021*