# Exhibit J

Report an accessibility issue.

(/DEEP)

# Connecticut
# Department of Energy & Environmental Protection

CT.gov Home   (/)   Department of Energy & Environmental Protection   (/DEEP)   State Parks   (/DEEP/State-Parks/Connecticut-State-Parks-and-Forests)   Other State Parks and Forests

## Other State Parks and Forests

Above All State Park  (31 acres)  Warren/Litchfield

- **Services:**  Walk-in Park (Undeveloped)
- **Location:** From the junction of Route 45 and Route 341 in Warren, proceed north on Route 45 for 0.2 mile and turn left on Sackett Hill Road.  Follow Sackett Hill Road 0.7 mile and turn left on Above All Road.  Follow Above All Road for 1.0 mile to the barred gate on the left.
- **Fee:**  There is no parking fee at this park.

Algonquin State Forest - Colebrook

- **Activities:** Hiking, Letterboxing (/DEEP/Forestry/Letterboxing/The-Clues-to-Letterbox-Sites-on-Connecticuts-State-Forests), Wildlife Viewing, Hunting (in some sections of forest)  Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)
- **Location:** From the junction of Route 8 and Route 20 in Winchester, proceed north on Route 8 3.0 miles and turn left on Sandy Brook Road.  Follow Sandy Brook Road 1.1 miles to the pull-off for the White Trail on the right.
- **Fee:**  There is no parking fee at this forest.

Beaver Brook State Park (401 acres) - Chaplin, Windham

- **Activities:** Hunting
- **Services:** Walk-in Park (Undeveloped)
- **Location:** From the junction of Route 203 and Route 14 in Windham Center, follow Route 14 east 0.7 mile and turn left on Back Road.  The pond is 2.5 miles north, on the left.
- **Fee:**  There is no parking fee at this park.

Becket Hill State Park Reserve (260 acres) -  Lyme

- **Services:** Walk-In Park (Undeveloped)
- **Location:** From the junction of Route 82 and Route 156 in East Haddam, proceed south on Route 156 for 4.9 miles.  The entrance is on the left.
- **Fee:**  There is no parking fee at this park.

Bolton Notch State Park (95 acres) - Bolton

- **Activities:** Hiking, Rock Climbing
- **Location:** At the junction of Route 44 and Route 6 in Bolton.  Heading west on I-384 from Bolton Notch, turn right at end of guardrail and go downhill to parking lot.  Hiking trail is unmarked; trail starts just across from the parking lot.  (Trail is maintained by Bolton Conservation Commission.)
- **Fee:**  There is no parking fee at this park.
- Park Map

Brainard Homestead State Park (25 acres) - East Haddam

- **Activities:** Bird Watching, Field Sports, Hiking
- **Services:**  Walk-in Park
- **Location:** From the junction of Route 149 and route 82 in East Haddam, proceed north on Route 149 for 0.8 mile and turn right on Landing Hill Road. Follow Landing Hill Road for 0.4 mile and turn right on Maple Avenue. Follow 0.1 mile and turn right on Creek Row (a dirt road). Park on the right by the open fields.
- **Fee:**  There is no parking fee at this park.

Dart Island State Park (19 acres) - Middletown

- **Activities:** Bird Watching, Boating, Fishing
- **Location:** In the Connecticut river in Middletown; Access to this park is by water only.
- **Fee:**  There is no parking fee at this park.

Ferry Landing State Park - Old Lyme

- **Activities:** Fishing, Bird Watching, Crabbing
- **Location:** At Connecticut Marine Headquarters, Ferry Road, Old Lyme. I-95 to exit 70, Route 156, right onto Ferry Road. Follow to the end.
- **Fee:** There is no fee at this park.

George Waldo State Park (150 acres) - Southbury

- **Activities:** Fishing, Hiking, Horseback Riding, Hunting, Mountain Biking, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Services:** Walk-In Park
- **Location:** From the intersection of Routes 6 and 67 in Southbury, follow Route 67 (Roxbury Road) west for 2 miles and turn left (south) on Route 172. Follow Route 172 south for 2.1 miles and turn right (west) onto Spruce Brook Road. Follow Spruce Brook Road for 1.25 miles and bear left at the intersection onto Stilson Road. Follow Stilson for 0.6 miles to its end and turn left (south) onto Purchase Brook Road. The park entrance is 1.3 miles south of Stilson on the right (west).
- **Fee:**  There is no parking fee at this park.
- Park Map

George Waldo State Park enjoys 150 acres of undeveloped, topographically diverse land in southwest Connecticut.  A trail of about 7/10 mile leads from Purchase Brook Road to the shore of Lake Lillinonah, drops 140 feet across its length and passes through mixed deciduous and coniferous total forest cover to the water's edge.  Look for wetlands by the trailhead and stone walls away from the trail.

Haddam Island - Haddam

- **Activities:** Bird Watching, Boating, Fishing
- **Location:** In the Connecticut River at Haddam; Access to this park is by water only.
- **Fee:**  There is no parking fee at this park.

Higganum Reservoir State Park (147 acres) - Higganum

- **Activities:** Boating (car top), Fishing, Hiking, Hunting
- **Services:**  Walk-In Park, **Car Top Boat Ramp (/DEEP/Boating/Boat-Launches/Higganum-Reservoir-Boat-Launch)**
- **Location:** From the junction of Route 154 and Route 81, proceed south on Route 81 for 0.1 miles.  Parking lot on right at base of dam.  For the **boat ramp (/DEEP/Boating/Boat-Launches/Higganum-Reservoir-Boat-Launch)**, follow Route 81 1.0 mile south of Route 154 and turn right on Dish Mill Road.
- **Fee:**  There is no parking fee at this park.

Hopemead State Park (60 acres) - Bozrah/Montville

- **Activities:** Fishing, Hiking
- **Location:** From the junction of Route 82 and Route 163 in Bozrah, follow Route 82 west and immediately take the first right on Church Road. Follow Church Road to the end and turn right on Doyle Road. Follow 0.2 mile and turn left on Cottage Road.  Follow Cottage Road 0.8 mile to the Park on the left.
- **Fee:**  There is no parking fee at this park.

Horse Guard State Park (105 acres) - Avon

- **Services:** Walk-in Park (Undeveloped)
- **Location:**  From the junction of Routes 167 and 44 in Avon, follow Route 167 south 1.1 miles to wooded area on west side of road.
- **Fee:**  There is no parking fee at this park.
- Trail Map

Housatonic State Forest - Sharon

- **Activities:** Hiking, Hunting, **Letterboxing (/DEEP/Forestry/Letterboxing/The-Clues-to-Letterbox-Sites-on-Connecticuts-State-Forests)**, Mountain Biking, Snowmobiling, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Location: Mine Mountain Block:**  This block is most commonly accessed via the Appalachian Trail.  **Sharon Mountain Block:** From the junction of Route 7 and Route 128 in West Cornwall (opposite the Cornwall covered bridge), turn north on Route 7 and take an immediate left on West Cornwall Road.  Follow 3.6 miles to the Forest entrance on the right.  **Cream Hill Block:**   From the junction of Route 7 and Route 128 in West Cornwall, proceed east on Route 128 for 0.2 mile (passing through the  covered bridge). Turn left on River Road and follow for 3.9 miles.  Turn right on Music Mountain Road and follow 0.9 miles to the parking area on the left.  **Canaan Mountain Block:**  This block is most easily accessed via Beckley Furnace State Park.  **Gold's Pines Block:** From the junction of Route 128 and Route 125 in Cornwall, proceed west on Route 128 for 1.1 miles to the forest entrance on the left.
- **Fee:**  There is no parking fee at this forest.
- State Forest Management Plan for Gold's Pines Natural Area Preserve and Gold's Pine Block of Housatonic Pine Forest

Humaston Brook State Park (141 acres) - Litchfield

- **Activities:** Fishing, Hiking
- **Services:**  Undeveloped
- **Location:** From Route 254 in Northfield, take Knife Shop Road 0.2 mile northeast to the dam.  To get to the trail, turn left on Newton Road, left on White Road and park immediately.
- **Fee:**  There is no parking fee at this park.

Killingly Pond State Park (Wauregan Reservoir) (22 acres) - Killingly

- **Activities:** Fishing Hiking, Hunting
- **Location:** From the junction of Route 12 and Route 101 in Killingly, proceed east on Route 101 3.9 miles and turn left on Pond Road.  The lake is on the right in 0.8 mile.
- **Fee:**  There is no parking fee at this park.
- **Alcoholic Beverages Prohibited**: Please do not bring alcoholic beverages.

Lamentation Mountain State Park (47 acres) - Berlin

- **Activities:** Hiking, Scenic Vistas
- **Location:** From the junction of the Wilbur Cross Parkway (Route 15), Route 691 and Route 66 in Meriden, proceed north on Route 15 (which becomes the Berlin Turnpike).  Follow the Berlin Turnpike north 3.1 miles to Spruce Brook Road.  Turn right on Spruce Brook and park at the Mattabesett Trail marker.  Follow the trail south to Lamentation Mountain.
- **Fee:**  There is no parking fee at this park.

Meshomasic State Forest - East Hampton, Glastonbury, Portland

- **Activities:** Fishing, Hiking, Letterboxing, Hunting, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Services:** Parking, **Public Shooting Range (/DEEP/Hunting/Glastonbury-Shooting-Range)**, 8 miles of gravel forest roads seasonally open to the public
- **Fee:**  There is no parking fee at this forest.
- **State Forest Management Plan for Meshomasic State Forest**

Mianus River State Park (527 acres) - Stamford

- **Activities:** Biking, Fishing, Hiking, Horseback Riding
- **Services:** Limited Parking
- **Location:** From the junction of Route 104 and Route 15 (Merritt Parkway, Exit 34), proceed north on Route 104 for 3.1 miles and turn left on Riverbank Road. Follow this road for 5.1 miles (noting that in 3.4 miles, the name changes to Westover Road.) Turn right on Merribrook Lane and follow 0.2 mile to the small parking areas on either side of the road.
- **Fee:**  There is no parking fee at this park.

Minnie Island State Park (1 acre) - Bozrah/Montville

- **Activities:** Boating, Fishing, Picnicking
- **Location:** The island is accessible only by boat.  It is in Gardner Lake opposite the boat ramp.
- **Fee:**  There is no parking fee at this park.

Mohegan State Forest - Scotland

- **Activities:** Hiking, **Letterboxing (/DEEP/Forestry/Letterboxing/The-Clues-to-Letterbox-Sites-on-Connecticuts-State-Forests)**, Hunting, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Location:** From the junction of Route 14 and Route 97 in Scotland, proceed south on Route 97 3.1 miles. Turn right on Waldo Road and park on the left in 0.5 mile.
- **Fee:**  There is no parking fee at this forest.

Mono Pond State Park Reserve (218 acres) - Columbia

- **Activities:** Bird Watching, Boating, Cross-Country Skiing, Fishing, Hiking, Picnicking, Hunting
- Services: **Boat Launch (/DEEP/Boating/Boat-Launches/Mono-Pond-Boat-Launch)**, Parking
- **Location:** 1.5 miles south of Route 66 on Hunt Road
- **Other:**  Bow hunting is allowed in the fall on the west side of the pond. Check the hunting guide for hours and restrictions. Boating is limited due to shallow water throughout much of pond. There is an 8 mph limit but the pond is best used by canoe, kayak and row boat. Pond depths average 3.5 feet with a small area of 9 feet by the dam. Hiking trails marked by Columbia Conservation Commission.
- **Fee:**  There is no parking fee at this park.

Mount Bushnell State Park (214 acres) - Washington

- **Activities:** Walk-In Park (Undeveloped)
- **Location:** Mount Bushnell is off Tinker Hill Road in New Preston
- **Fee:**  There is no parking fee at this park.

Mount Riga State Park (276 acres) - Salisbury

- **Activities:** Hiking, Hunting (Archery deer/turkey only)

- **Location:** From the junction of Route 4 and Route 410 in the center of Burlington, head north on Route 410 1 mile to the Punch Brook Trail parking area on the left.
- **Fee:** There is no parking fee at this park.

Nassahegon State Forest - Burlington

- **Activities:** Hiking, **Letterboxing (/DEEP/Forestry/Letterboxing/The-Clues-to-Letterbox-Sites-on-Connecticuts-State-Forests)**, Hunting, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Location:** From the intersection of Route 179 and Route 4 in Burlington, turn west on Route 4 and follow 2.0 miles to the fish hatchery on the left.
- **Fee:** There is no parking fee at this forest.

Nathan Hale State Forest - Coventry/ Andover

- **Activities:** Hiking, **Letterboxing (/DEEP/Forestry/Letterboxing/The-Clues-to-Letterbox-Sites-on-Connecticuts-State-Forests)**, Hunting, Connecticut Antiquarian and Landmarks Society operates the nearby **Nathan Hale Homestead (http://www.ctlandmarks.org/index.php?page=nathan-hale-homestead)**, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Location:** Between Talcott Hill Road in Coventry and Bear Swamp Road in Andover.  From the junction of Route 31 and Route 44 in Coventry, proceed south on Route 31.  Take second right on South River Road and follow to Case Road.  Turn right on Case road and then turn left into Creaser Park for parking and trails.
- **Fee:** There is no parking fee at this forest.
- **State Forest Management Plan for Nathan Hale State Forest.**

Naugatuck State Forest  - Cheshire/Hamden/Naugatuck/Oxford/Beacon Falls

**East and West Blocks** (Naugatuck/Oxford/Beacon Falls)

- **Activities:** Fishing, Hiking, **Letterboxing (/DEEP/Forestry/Letterboxing/The-Clues-to-Letterbox-Sites-on-Connecticuts-State-Forests)**, Mountain Biking, Snowmobiling, Target Shooting (for updated target shooting information see **Hunting & Fishing Guide (https://www.ct.gov/deep/cwp/view.asp?a=2700&q=556882&deepNav_GID=1633)**), Hunting, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Location:** The East Block of the Forest is north of Beacon Falls on the east side of the Naugatuck River. The West Block is north of Beacon Falls on the west side of the Naugatuck River.
- **East Block:** From the junction of Routes 42 and 63 in Bethany, go west on Route 42 and park on  the right side (north side) at the blue oval sign for the Naugatuck Trail. GPS coordinates:W73 0.55,  N41 27.151. Another entrance to the East Block is off of Andrasko Road in Beacon Falls.  Follow Cross Street (exit 26 off Route 8) to Andrasko Road. GPS coordinates:W73 3.082, N41 28.052. Printer Friendly **Map**         . GPS friendly **Map**           .
- **West Block:** There is parking at the end of Hunter's Mt. Rd. in Naugatuck. GPS coordinates:W73 5.105, N41 28.401. There is also parking at the end of Cold Spring Road in Beacon Falls (closed during winter). GPS coordinates:W73 3.768, N41 27.358.  **Map**         . GPS friendly **map**          for use with mobile apps.
- **For access to the Oxford Reservoirs:**  There is parking off of Rt. 42 at the  intersection of Old Litchfield Turnpike in Oxford. GPS coordinates:W73 5.289, N41 26.1. There is also parking off of Chestnut Tree Hill Road in Oxford. GPS coordinates:W73 5.549, N41 26.996.
 **Fee:**  There is no parking fee at this forest.

**Mt. Sanford Block** (Cheshire/Hamden)

- **Activities:**  Hiking, Hunting, Mountain Biking, **Youth Group Camping (/DEEP/State-Parks/Camping/Youth-Group-Camping---CT-State-Parks-and-Forests)**, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Location:**   There is parking at the south entrance at the end of Downes Road in Hamden.  There is also parking at the north entrance off of Route 42 in Cheshire.
- **South Entrance –** From the intersection of Gaylord Mountain Road and Downes Road in Hamden, follow Downes Road north for 0.5 miles to the cul-de-sac at the end of the road. Park at the cul-de-sac. The YMCA Camp at the end of Downes Road is private property and is off limits to the public. To access the State Forest, take the Blue Trail or the White Trail as shown on the DEEP Trail map for this Block. GPS coordinates:W72 56.803, N41 27.013.
- **North Entrance –** The parking area is on the south side of Rt. 42. GPS coordinates:W72 57.032, N41 28.042.
- **Fee:**  There is no parking fee at this forest.
- **Trail Map -** **printer friendly map**
- **State Forest Management Plan for Naugatuck State Forest - Mount Sanford Block**

**Quillinan Reservoir Block** (Ansonia/Seymour)

- **Activities:**  Fishing, Paddle Sports, Hiking, Mountain Biking, Snowshoeing and Cross Country Skiing
- **Location:**   There is a parking area on Rt. 313 in Seymour. In Ansonia, there are parking areas on Beaver  Street and at the end of Buswell Street.
- **Fee:**  There is no parking fee at this forest.

- **Trail Map -**  **printer friendly map**
- **Trail Map -** **GPS friendly map**          for use with mobile apps.

- **State Forest Management Plan for Naugatuck State Forest - Great Hill Block**

Nepaug State Forest - New Hartford

- **Activities:** Biking, Camping, Cross-Country Skiing, Fishing, Hiking, **Letterboxing (/DEEP/Forestry/Letterboxing/The-Clues-to-Letterbox-Sites-on-Connecticuts-State-Forests)**, Hunting, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Services:** Backpack Shelter
- **Location:** From the junction of Route 202 and Route 44 in Canton, follow Route 202 west 3.1 miles to the Forest entrance on the right.
- **Fee:**  There is no parking fee at this forest.
- **There is an alcohol ban in place at Nepaug State Forest.  Please do not bring alcoholic beverages and plan your visit accordingly.**
- **Trail Map**

Nye-Holman State Forest - Tolland

- **Activities:** Fishing, Hiking, **Letterboxing (/DEEP/Forestry/Letterboxing/The-Clues-to-Letterbox-Sites-on-Connecticuts-State-Forests)**, Youth Group Camping, Hunting, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Services:** Parking
- **Location:** From the junction of Route 84 and Route 74 in Tolland (Exit 69), proceed east on Route 74 and take the first left into the forest.
- **Fee:**  There is no parking fee at this forest.
- **Trail Map**

Paugussett State Forest - Newtown

- **Activities:** Boating, Fishing, Hiking, **Letterboxing (/DEEP/Forestry/Letterboxing/The-Clues-to-Letterbox-Sites-on-Connecticuts-State-Forests)**, Hunting, Mountain Biking, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Services:** Parking, **Boat Launch (/DEEP/Boating/Boat-Launches/Lake-Lillinonah-Pond-Brook-Boat-Launch)**
- **Location: Lower Block:**   From the junction of Route 34 and Route 111 in Monroe, proceed west on Route 34 for 0.1 mile and turn right on Great Quarter Road.  Follow this road to the end (1.4 miles) and park at the trailhead.  **Upper Block:** From the junction of Route 6 and Route 25 in the center of Newtown (at the flagpole), proceed north on Route 6/25 for 0.2 mile and turn right on Hanover Road.  Follow Hanover Road 1.1 miles to the end, and turn left on the Boulevard.  Follow the Boulevard 0.5 mile and turn right on Echo Valley Road. Follow Echo Valley Road 1.3 miles to the fork, and bear left. Follow sign into the Forest.  **Boat Launch:** For the boat launch, from the corner of Hanover Road and the Boulevard, turn left on the Boulevard and follow 2.3 miles to the Pond Brook boat launch on the right.

- **Fee:**  There is no parking fee at this forest.
- **Trail Map**        (Upper Block)
- **Trail Map**        (Lower Block)
- **Trail Map**        (Lower Block - GPS friendly for use with mobile apps)

Platt Hill State Park (159 acres) - Winchester

- **Activities:** Bird Watching, Hiking, Picnicking, Scenic Vistas
- **Services:** Parking, Walk-In Park
- **Location:** From the junction of Route 44 and Route 263 in Winchester, proceeds south on Route 263 1.5 miles and turn left on Platt Hill Road.  In 1.5 miles, turn left into the park.
- **Fee:**  There is no parking fee at this park.

Pomeroy State Park Scenic Reserve (200 acres) - Lebanon

- **Activities:** Hiking, Hunting
- **Services:** Undeveloped Park
- **Location:** On Route 289 south of Route 32 in Willimantic.
- **Fee:**  There is no formal parking area at this park.

Pootatuck State Forest - New Fairfield

- **Activities:** Hiking, **Letterboxing (/DEEP/Forestry/Letterboxing/The-Clues-to-Letterbox-Sites-on-Connecticuts-State-Forests)**, Mountain Biking, Snowmobiling, Hunting, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Location:**  Access is through Squantz Pond State Park.  Additional non-paved parking and access is available off Shortwoods Road and Pine Hill Road.
- **Fee:**  There is no parking fee at this forest.
- **Trail Map**         (included on Squantz Pond Trail Map)

Quaddick State Forest - Thompson

- **Activities:** Hiking, Fishing, **Letterboxing (/DEEP/Forestry/Letterboxing/The-Clues-to-Letterbox-Sites-on-Connecticuts-State-Forests)**, Youth Group Camping, Hunting, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Location:** The forest is north of the park on both sides of the lake.  The western block is crossed by Baker and Brandy Hill Roads; the eastern part is served by Baker Road and Quaddick Town Farm Road.

- **Fee:** There are separate parking fees for vehicles with out-of-state plates.

Quinebaug Lake State Park (181 acres) - Killingly

- **Activities:** Boating, Fishing
- **Services:** Car-top Boat Ramp (/DEEP/Boating/Boat-Launches/Quinebaug-Pond-Boat-Launch)
- **Location:** From the junction of Route 6 and Route 12, proceed south on Route 12 for 1.1 miles and turn left on Shepard Hill Road.  Following the boat-launch signs take an immediate left and the first right (in 0.2 mile) to the lake.
- **Fee:**  There is no parking fee at this park.

Rocky Glen State Park (46 acres) - Newtown

- **Activities:** Hiking
- **Location:** From Route 84, take exit 10 and turn north on Church Hill Road toward Sandy Hook. Follow Church Hill 0.3 mile and turn left on Dayton Street.  Follow 0.3 mile to the bridge.  For the cascade, follow Church Hill Road an additional 0.3 mile and turn left on Glen Road.  An unimproved road on the left in 0.4 mile leads to the trail
- **Fee:**  There is no parking fee at this park.

Ross Pond State Park (314 acres) - Killingly

- **Activities:** Boating, Fishing, Hiking, Hunting
- **Services:** Gravel Parking, outhouse
- **Location:** From exit 91 on Route 395, take Route 6 east and an immediate right on South Frontage Road.  Follow 0.4 mile and turn right on Ross Road (follow the boat ramp signs).  Follow 0.4 mile and turn right on the unmarked road; follow 0.6 mile to the ramp.
- **Fee:**  There is no parking fee at this park.

Satan's Kingdom State Recreation Area - New Hartford

- **Activities:** Hiking, Canoeing, Kayaking, Tubing
- **Services:** Public Canoe/Kayak/Tube Launch Area,  Vendor on site for tubing rentals.
- **Location:** From the junction of Route 202 and Route 44 in Canton, follow Route 44 west 2.6 miles to the Forest entrance on the right.
- **Fee:**  There is no parking fee at this park.   Vendor charges fee for rentals - **additional information (http://www.farmingtonrivertubing.com/)**
- **There is an alcohol ban in place at Satan's Kingdom State Recreation Area.  Please do not bring alcoholic beverages and plan your visit accordingly.**
- This park can be quite congested during the summer tubing season.

Scantic River State Park (784 acres) - Enfield, East Windsor, Somers

- **Activities:** Birding, Fishing, Hiking, Hunting
- Printer Friendly trail maps
    - **Enfield and Somers**
    - **Enfield**
    - **East Windsor**
- GPS Friendly trail map for use with mobile apps such as Avenza
    - **Enfield and Somers**
    - **Enfield**
    - **East Windsor**
- **Location:** Scantic River State Park has a number of access locations along the Scantic River in the towns of Somers, Enfield and East Windsor.
- **Fee:**  There is no parking fee at this park.
- **There is an alcohol ban in place at Scantic River State Park.  Please do not bring alcoholic beverages and plan your visit accordingly.**

Seaside State Park (33.4 acres) - Waterford

- **Activities**: Walking, hiking, fishing, birdwatching
- **Services**: Walk-in, undeveloped. Unmarked parking, portable toilets.
- **Location**: From the north, take CT-2 E towards Norwich/New London
  Take CT-11 S via Exit 19. Take exit 4 from CT-11 S
  Take CT-85 S, Cross Rd and CT-213 N/ Great Neck Rd to Seaside Dr in Waterford
  From the west, get on I-91 N to Rocky Neck in East Lyme. Take exit 72.
  Take CT-156 E to Seaside Dr in Waterford
  From the east, take state Hwy 614/Allyn St, I-95S and CT-213 N/Great Neck Rd to Seaside Dr in Waterford.

- **Fee**: There is no parking fee at this park.

Stillwater Pond State Park (226 acres) - Torrington

- **Activities:** Boating, Fishing
- **Services:** Paved Parking, Paved Boat Ramp (/DEEP/Boating/Boat-Launches/Stillwater-Pond-Boat-Launch)
- **Location:** From the junction of Route 4 and Route 272 in Torrington, go north on Route 272 for 1.4 miles to the parking area.
- **Fee:**  There is no parking fee at this park.

Stoddard Hill State Park (55 acres) - Ledyard

- **Activities:**  Boating, Fishing, Hiking
- **Services:**  Car Top Boat Launch (/DEEP/Boating/Boat-Launches/Stoddard-Hill-Boat-Launch)
- **Location:**  From the junction of Routes 12 and 214 in Ledyard, travel north 0.5 miles to the park entrance on left.
- **Fee:**  There is no parking fee at this park.
- Trail Map

This small, 55 acre park in Ledyard is made up of two sections with its main 48 acre segment being the most used.  The entranceway leads to a parking area that has a ramp for car-top boat launching on the five acre tidal estuary.  The park boasts nearly 2,000 feet of frontage on, and access to, the Thames River, though access to the river is under the railroad bridge which could have restricted use during high tides.  While most activity is down by the water, the park's high point of 183 feet above sea level can be reached via a trail from the parking area.  The trail leads to the top which was once an Indian lookout during times of conflict.  Look for the stone walled Stoddard family cemetery in the woods 500 feet north (upstream) from the parking area.

Sunnybrook State Park (464 acres) -Torrington

- **Activities:** Fishing, Hiking, Picnicking, Hunting
- **Services:** Walk-in Park
- **Location:** From Burr Pond State Park, turn right on Burr Mountain Road and follow 0.5 mile to Winsted Road.  Turn right on Winsted Road and follow 4.1 miles to Newfield Road.  Turn right on Newfield Road and follow 2.4 miles to the park on the left.
- **Fee:**  There is no parking fee at this park.
- Park Map

Sunrise Resort State Park (143 acres) - East Haddam

- **Activities:** Hiking, Kayaking
- **Location:** Route 151 (Leesville Road) in East Haddam.  One mile south of the intersection with Route 196.
- **Fee:**  There is no parking fee at this park.
- Park Map

Tri-Mountain State Park (157 acres) - Durham/Wallingford

- **Activities:** Hiking
- **Location:** Access to the Park is via the Mattabesett Trail. The nearest crossing north of the Park is on Durham Road (Route 68) at Reed Gap.  On the south, the trail crosses Howd Road west of the intersection with Trimountain Road.  There is no road access to the Park.
- **Fee:**  There is no parking fee at this park.

Trout Brook Valley State Park Reserve (300 acres) - Easton

- **Activities:** Hiking, Hunting
- **Services:**  Walk-In Park
- **Location: As of May 2020, Bradley Road parking area is closed on weekends.** This walk-in park is accessible from north of the gate at Bradley Road in Weston. To reach the Bradley Road gate begin at the intersection of Routes 58 and 136 in Easton and follow 136 south.  Follow Route 136 for 0.7 and turn right onto Old Redding Road. Follow Old Redding 1.8 miles to its end and turn right onto Valley Forge Road. Follow Valley Forge 0.2 mile and turn right onto Bradley Road. Follow Bradley to end.
- **Fee:**  There is no parking fee at this park.

The 300 acres of Trout Brook Valley State Park in Easton, Connecticut are just a portion of the greater valley preservation effort that encompasses 758 acres in the towns of Easton and Weston. This walk-in park is accessible from north of the gate at Bradley Road in Weston and can be explored by following its dirt roads or cross country through valleys and over rugged hills, always under a mixed deciduous and coniferous forest cover. Look for wildlife, wetlands and watercourses.

Tunxis State Forest  - Granby/Barkhamsted/Hartland

- **Activities:** Cross-Country Skiing, Fishing, Hiking, Letterboxing (/DEEP/Forestry/Letterboxing/The-Clues-to-Letterbox-Sites-on-Connecticuts-State-Forests), Mountain Biking, Hunting, Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)
- **Services:** Parking, Boat Launch (/DEEP/Boating/Boat-Launches/Howells-Pond-Boat-Launch)on Howells Pond
- **Location:** All of the major features of Tunxis State Forest are located on or near Routes 20 and 179.  From the junction of Route 20 and Route 181 in Hartland, proceed east on Route 20. For Howell's Pond, proceed east 1.0 mile and turn left on West Street; follow for 1.4 miles and turn left on Old Mill Road (on some maps as Dish Mill Road); follow 0.2

mile and turn right at the gate. For the Lake Brook, proceed .4 miles and park in the small pull-off on the right. For the Tunxis Trail, proceed 9.4 miles and park at the trail marker. For Hurricane Brook, follow 7.7 miles and turn left on Hurricane Brook Road; park so as not to block the gate, and follow the path uphill. For the CCC ski area, follow 8.0 miles and turn right on Balance Rock Road. Follow to the end of the road and park, being careful not to block the cul-de-sac (used by school buses to turn around). Follow the roadbed into the woods. After crossing the Blue Blazed Tunxis Trail, look for the ski cabin on the right. For the northern terminus of the Tunxis Trail, follow Route 20 8.8 miles and turn left on Old Town Road. Follow Old Town Road 0.6 miles, and turn left on Pell Road and go about 2.5 miles north to the end of road.

- **Fee:** There is no parking fee at this forest

Whittemore Glen State Park (242 acres) - Naugatuck, Middlebury

- **Activities:** Hiking, Horseback Riding
- **Location:** From the junction of Route 188 and Route 63, take Route 63 south 1.3 miles and turn right into the parking area.
- **Fee:** There is no parking fee at this park.

Wooster Mountain State Park (444 acres) - Danbury

- **Activities:** Hiking, Skeet, Trap and Target Shooting, Hunting
- **Services:** Shooting Range (http://www.woostermountain.com/)
- **Location:** From the junction of Route 7 and Route 84 in Danbury, proceed south on Route 7 for 2.3 miles and turn right into the Park.
- **Fee:** There is no parking fee at this park.

Wyantenock State Forest - Cornwall, Kent, Warren

- **Activities:** Hiking, Hunting, **Letterboxing (/DEEP/Forestry/Letterboxing/The-Clues-to-Letterbox-Sites-on-Connecticuts-State-Forests)**, Mountain Biking, **Additional Recreational Trail Use Information (/DEEP/State-Parks/Recreation-Information/Recreational-Trail-Use-Information)**
- **Location:** Woodville Block: From the junction of Route 341 and Route 202 in Warren, proceed north on Route 341 and turn right into the Forest. Spectacle Pond Block: From the junction of Route 341 and Route 41, proceed west on Route 341 for 3.2 miles and turn right on Kenico Road. Follow for 0.6 mile and turn right onto the forest road. The Coltsfoot Mountain block: Best accessed from the Mohawk Trail. The nearest trailhead is on the east side of Route 4 at the junction of Route 7 in Cornwall Bridge.
- **Fee:** There is no parking fee at this forest.
- **State Forest Management Plan for Wyantenock State Forest - Woodville Block**

(Portions of this page courtesy of "A Shared Landscape - A Guide and History of Connecticut's State Parks & Forests, by Joseph Leary" and the Friends of Connecticut State Parks) To purchase a copy of "A Shared Landscape", visit the **DEEP Store (/DEEP/About/DEEP-Bookstore/The-DEEP-Store)**