# Exhibit L

Report an accessibility issue. (/DEEP)

# Connecticut
# Department of Energy & Environmental Protection

CT.gov Home   (/)   Department of Energy & Environmental Protection   (/DEEP)   Hunting and Trapping   (/DEEP/Hunting/CT-Hunting-and-Trapping)   Public Shooting Opportunities

## Public Shooting Opportunities



**State Shooting Ranges**

Trap or target shooting on any state property or public hunting area is prohibited unless the area is a designated shooting range. Four state-owned public shooting ranges are available for target shooting, patterning shotguns, and sighting in rifles.

**Glastonbury Public Shooting Range (/DEEP/Hunting/Glastonbury-Shooting-Range)** - Meshomasic State Forest, Glastonbury. Entry at Toll Gate Road. Paper targets only, clay targets not allowed. No range fees. **Reservations required (https://ct.aspirafocus.com/internetsales?utm_source=deep_website&utm_medium=glastonbury_public_shooting_range&utm_campaign=permits&utm_content=textlink)**.

**High Rock Cooperative Shooting Range** - Naugatuck State Forest, Naugatuck. Operated by the High Rock Shooting Association, Inc. Range hours: Saturday, 9:00 am – 5:00 pm; Sunday, 12:00 noon – 5:00 pm (check website for scheduled closures). Range fee: $5.00 for the first hour and $5.00 per hour thereafter. No clay targets allowed. State pistol permit required to shoot handguns. Call **203-720-1101 (tel:2037201101)** or check the **High Rock Shooting Association website (https://highrockrange.com/)** for information.

**Nye Holman Field Archery Range** - Nye Holman State Forest, Tolland, Rte. 74. Entrance on South River Road. Field course available to public at all times unless otherwise posted. Field points only, arrows with broadheads are strictly prohibited. Range hours: sunrise to sunset.

**Wooster Mountain State Park Cooperative Shooting Range** - Wooster Mountain State Park, Danbury. Operated by the Danbury Shooting Sports Association. Located on Route 7, approximately two miles south of the Danbury Mall. Clay target shooting available. Call **203-794-9821 (tel:203794-9821)** or check the **Wooster Mountain Shooting Range website (http://www.woostermountain.com/)** for the daily time and fee schedule.

**Private Shooting Ranges**

The following ranges are private sporting clubs and offer limited opportunity for the public with requirements varying by location. The DEEP is not always aware of hours of availability, costs, and/or requirements. Please contact the operator directly with any questions.

*If your club/range offers public shooting hours you would like reflected here, please email* **DEEP.FranklinWildlife@ct.gov (mailto:DEEP.FranklinWildlife@ct.gov?subject=Public Shooting Opportunities)**.

**Manchester Sportsmen's Association -** 612 Merrow Rd. Coventry. Open to the public Wednesday 6:00 pm-8:00 pm, Sunday at 10am for Skeet and Trap fields. Email **msactweb@gmail.com (mailto:msactweb@gmail.com)** or visit **msa-ct.com (https://www.msa-ct.com/)** for fees, requirements, and other information.

**Branford Gun Club -** 40 Red Hill Rd. Branford. Open to the public Sunday 10:00 am-1:00 pm and Wednesday 6:00 pm-10:00 pm. See **www.branfordgunclub.com/public-announements (https://www.branfordgunclub.com/public-announements)** for details.

**Ramapoo Rifle and Revolver Club Inc. -** 60 South Street. Ridgefield. Open to the public Mondays 7:00 pm-10:00 pm. Ridgefield residents pay $10, all other non-members $15, payment by cash or check. See **ramapoo.com (http://ramapoo.com)** for details.

*Content last updated in July 2022.*