# Exhibit M

**Cameron Atkinson**

| | |
|---|---|
| From: | David Nastri <dnastri@dnastrilaw.com> |
| Sent: | Tuesday, December 13, 2022 7:23 AM |
| To: | Cameron Atkinson |
| Subject: | Fw: Regulations regarding firearms in state parks and forests |

External (dnastri@dnastrilaw.com)

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY



David J. Nastri, Esq.

Privileged and Confidential/Attorney-Client Communication/Attorney Work Product

Stand Forth!

---

From: David Nastri <dnastri@dnastrilaw.com>
Sent: Tuesday, November 22, 2022 6:16 PM
To: Trumble, Mason <Mason.Trumble@ct.gov>
Subject: Re: Regulations regarding firearms in state parks and forests

Mason,

Thank you for your response.  It is apparent from the regulation that no distinction has been drawn between carrying a firearm for hunting and carrying a firearm for self defense in state parks and forests.

Under the Supreme Court Decision in New York State Rifle and Pistol Association v Bruen, the Court established a definitive right to carry firearms in public.  State parks and forests are public land, therefore people who are properly licensed to carry pistols and revolvers have a constitutionally protected right to bear arms in those locations.

The regulation cited in the article you provided ((Conn. Agencies Regs. § 23- 4-1(c)) requires changes to bring it into compliance with the law as stated in New York State Rifle and Pistol Association v Bruen.

I respectfully request that the commissioner take immediate steps to amend the regulation in such a manner as will make clear that properly licensed individuals have every right to possess firearms in state parks and forests for self-defense.

Thank you,

David

David J. Nastri, Esq.

Privileged and Confidential/Attorney-Client Communication/Attorney Work Product

Stand Forth!

---

**From:** Trumble, Mason <Mason.Trumble@ct.gov>
**Sent:** Tuesday, November 22, 2022 3:46 PM
**To:** David Nastri <dnastri@dnastrilaw.com>
**Subject:** FW: Regulations regarding firearms in state parks and forests

Attorney Nastri,

Thanks for reaching out. Commissioner Dykes asked me to follow up on your inquiry below.

I believe this resource addresses the questions you posed regarding the regulation - Carrying Handguns in Connecticut State Parks or Forests.
If you are looking for more location specific information, we have created this interactive map that shows the state land where hunting is allowed

Thank you,

Mason

**Mason Trumble** he/him/his
Deputy Commissioner
Environmental Conservation
Connecticut Department of Energy & Environmental Protection
79 Elm Street, Hartford, CT 06106
P: 860.488.1087 | E: mason.trumble@ct.gov



2

**From:** David Nastri <dnastri@dnastrilaw.com>
**Date:** Friday, November 18, 2022 at 10:00 AM
**To:** Dykes, Katie <Katie.Dykes@ct.gov>
**Subject:** Regulations regarding firearms in state parks and forests

You don't often get email from dnastri@dnastrilaw.com. Learn why this is important

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Dear Commissioner Dykes,

I am writing to obtain clarity on DEEP regulations concerning the carrying/possession of firearms in state parks and forests. I have read CGS Section 23-4-1c and find it unclear in its language. Specifically the language highlighted below.

**(c)Hunting/weapons.**
Hunting or **carrying of firearms**, archery equipment or other weapons, including but not limited to air rifles and slingshots, **is not permitted in any state park or forest except as authorized by the Department of Energy and Environmental Protection.** All carrying or use of weapons is subject to applicable provisions of the Connecticut General Statutes and regulations adopted thereunder.
I have read the rules regarding the use of firearms for hunting in Connecticut, and those are quite clear. However, my inquiry is not related to possessing firearms for hunting in state parks and forests, but rather possessing a properly licensed pistol or revolver for the purpose of self-defense in those locations.

I have been unable to find a more specific rule on your website which would explain the circumstances under which carrying a firearm in a state park or forest, other than those rules which address hunting, is permitted. My expectation is that such a rule exists, and specifies that a person who is licensed to carry pistols or revolvers in the state of Connecticut is authorized to do so in a state park or forest.
I look forward to your response.

Thank you,

David J. Nastri, Esq.

Privileged and Confidential/Attorney-Client Communication/Attorney Work Product

Stand Forth!