UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID J. NASTRI, ESQ., : | |
| : | DKT No.: 3:23-cv-00056-JBA |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| KATIE DYKES, in her official capacity : | |
| only, : | |
| : | |
| Defendant. : | January 28, 2023 |

### PLAINTIFF'S AMENDED EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND, IN THE ALTERNATIVE, TO CONSOLIDATE THE PRELIMINARY INJUNCTION HEARING WITH THE TRIAL ON THE MERITS

Pursuant to Fed. R. Civ. P. 65, D. Conn. Local Rule 7, and the colloquy between the Court and counsel for both parties on January 27, 2023, the Plaintiff, David J. Nastri, Esq., hereby respectfully amends his motion asking the Court to issue an emergency temporary restraining order and preliminary injunction against the Defendant. Dkt. 8. Nastri requests the following relief:

1. A temporary restraining order barring the Defendant from enforcing Conn. Agencies Regs. § 23-4-1(c)'s prohibition on the carrying of handguns for the purpose of self-defense in state parks and forests until the Court can determine the merits of Nastri's application for a preliminary injunction;[1]

**ORAL ARGUMENT REQUESTED.**

---

[1] Nastri understands that the Court stated at the January 27, 2023 status conference that it will deny this requested relief without prejudice. Its inclusion here does not constitute a renewed request for it.

1

2. A preliminary injunction barring the Defendant from enforcing Conn. Agencies Regs. § 23-4-1(c)'s prohibition on the carrying of handguns for the purpose of self-defense in state parks and forests until such time as the Court makes a final determination on the merits in this matter;

3. In the alternative, Nastri moves the Court to order expedited discovery and consolidate the preliminary injunction hearing with the trial on the merits in this matter pursuant to Fed. R. Civ. P. 65.

Finally, Nastri hereby notifies the Court and the Defendant that he is not seeking *ex parte* relief through this motion by styling it an emergency motion. Instead, he respectfully requests expedited consideration of this motion by the Court pursuant to D. Conn. Local Rule 7(a)6. His demonstration of good cause is contained in the accompanying memorandum of law.

The Plaintiff,

By: /s/ Cameron L. Atkinson /s/
Cameron L. Atkinson, Esq.
(ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

<u>/s/ Cameron L. Atkinson /s/</u>