UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Nastri,
    *Plaintiff*,

    v.                                               Civil No. 3:23cv56 (JBA)

Dykes,
    *Defendant.*

SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 1/27/23, the following is ordered:

1. Plaintiff's Emergency Motion for a Temporary Restraining Order [Doc. # 8] is denied without prejudice in light of expedited preliminary injunction schedule; the preliminary injunction is under advisement under the schedule set forth below.
2. Plaintiff's Amended Complaint and revised Supporting Memoranda was served on 1/29/23; Defendant's opposition to the preliminary injunction is due 3/30/23 by 5:00 pm; Plaintiff's reply is due 4/14/23 by 5:00 pm. Defendant's opposition brief is not to exceed 40 pages, and the Plaintiff's response is not to exceed 14 pages.
3. The parties are directed to file a status report by 4/4/23.
4. A preliminary injunction hearing will be held from 5/1/23 – 5/4/23 from 10:00 a.m. to 3:00 p.m. daily.

                                                IT IS SO ORDERED.
                                                /s/
                                                Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:     January 27, 2023