CASE: 3:23-CV-00056

RETURN OF SERVICE

Service of the Summons was made by me                                       Date: January 31, 2023

Name of Server: Alex J. Rodriguez                                    Title: Connecticut State Marshal

Then and by virtue hereof on the 31st day of January, 2023, I made due and legal service on the within named Defendant, **KATIE DYKES,** by leaving a verified true and attested copy of the within original **Summons in a Civil Case, Verified Complaint, Order on Pretrial Deadlines, Electronic Filing Order For Counsel, Standing Protective Order, Docket Sheet as of January 29, 2023, Plaintiff's Emergency Motion for a TRO/Preliminary Injunction, Verified Amended Complaint, Plaintiff's Amended Emergency Motion for A TRO/Preliminary Injunction,** with Alayna M. Stone, Associate Attorney General who is duly authorized to accept service at the office of the Attorney General for the State of Connecticut, at 165 Capitol Avenue, in the City of Hartford.

**STATEMENT OF SERVICE FEES**

Travel $  -                              Service  $ 328.00                    Total  $ 328.00

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 31, 2023

Alex J. Rodriguez - State Marshal
39 Russ Street
Hartford, CT 06106

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DAVID J. NASTRI,

V.

KATIE DYKES,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:23-CV-00056-JBA

TO: **Katie Dykes**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cameron Lee Atkinson-Atkinson Law, LLC
122 Litchfield Road
P.O. Box 340 Ste. 2
Harwinton, CT 06791

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ – Christina Sichanh
_____
Signature of Clerk or Deputy Clerk



ISSUED ON 2023-01-17 14:35:18, Clerk USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers signature

_____
Printed name and title

_____
Servers address

Additional information regarding attempted service, etc: