IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ., | : | No. 3:23-cv-00056 (JBA) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| KATIE DYKES, | : | |
| *Defendant* | : | February 15, 2023 |

### CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, Katie Dykes, respectfully moves for an extension of time up to and including March 30, 2023, to respond to Plaintiff's Amended Complaint.  *See* Entry No. 13.  Defendant was served with process on January 31, 2023.  Entry No. 17.  Defendant's response to the Amended Complaint is currently due February 21, 2023.  This is Defendant's first request for an extension of time.  Plaintiff has consented to this request.

There is good cause for the requested extension.  Plaintiff has filed a motion for preliminary injunction.  Entry No. 14.  This Court issued a scheduling order requiring Defendant to file her opposition to that motion by March 30, 2023.  Entry No. 15.  Defendant is currently preparing her response to Plaintiff's motion, which entails the compilation of a significant factual record.  In light of those ongoing efforts, Defendant submits that additional time is necessary to formulate and draft her response to Plaintiff's Amended Complaint.  Permitting the responsive pleading and opposition to be due on the same day will enable Defendant to focus her efforts on

1

preparing an adequate response to the preliminary injunction. Further, the requested extension will not impact the preliminary injunction hearing date, set to begin on May 1, 2023.

Accordingly, Defendant requests an extension of time, up to and including March 30, 2023, to response to Plaintiff's Amended Complaint.

>					DEFENDANT,
>					KATIE DYKES
>
>					WILLIAM TONG
>					ATTORNEY GENERAL
>
>
>				By:	/s/ *Timothy J. Holzman*
>					Timothy Holzman (ct30420)
>					Assistant Attorney General
>					Attorney General's Office
>					165 Capitol Ave
>					Hartford, CT 06141
>					860-808-5020 (phone)
>					860-808-5347 (fax)
>					Timothy.Holzman@ct.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2023, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Timothy J. Holzman*
Timothy J. Holzman
Assistant Attorney General