UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ., | : | CIVIL NO. 3:23-CV-00056 (JBA) |
|    *Plaintiff* | : | |
| | : | |
|    V. | : | |
| | : | |
| KATIE DYKES, in her official capacity | : | |
| | : | |
|    *Defendant* | : | MARCH 9, 2023 |

## **MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FORTY PAGES**

Pursuant to Local Rule 7 (a) the defendant respectfully moves for leave to file a brief in excess of the forty-page limit to the Plaintiff's Emergency Motion for Preliminary Injunction. *See* (ECF # 14).

Specifically, the Defendant seeks leave of the Court to file a brief of fifty-five (55) pages long, excluding the certification and signature page. Good cause exists for a brief of this length. Though the Defendant has endeavored to keep their briefing concise, the complicated claim in this matter requires significant briefing to properly present the issue and facts to the Court. Indeed, the Defendant will be submitting multiple exhibits in support of the opposition to Plaintiff's motion. Further, a large portion of the pertinent analysis requires an in-depth historical review that involves numerous facts and consideration of historical laws and tradition, and thus required additional space in the brief.

Plaintiff seeks an extraordinary remedy in their motion, and the Defendant requires the requested additional pages in order to properly address the Plaintiff's motion, which could have negative implications to public safety and the use of state parks and forests if granted. To ensure the Court has all relevant arguments and facts before it, the Defendant respectfully request the aforementioned excess pages for their opposition.

Plaintiff's counsel has been contacted concerning this request and has indicated that he **consents** to this request.

**WHEREFORE**, it is respectfully requested this motion be granted.

                                  DEFENDANT,
                                  KATIE DYKES, in her official capacity

                                  WILLIAM TONG
                                  ATTORNEY GENERAL

BY:       /s/_____
                                  Blake T. Sullivan (ct30289)
                                  Timothy J. Holzman (ct30420)
                                  Thadius L. Bochain (ct31367)
                                  Assistant Attorneys General
                                  165 Capital Avenue
                                  Hartford, CT 06105
                                  Tel: (860) 808-5020
                                  Fax: (860) 808-5347
                                  E-Mail: Blake.Sullivan@ct.gov
                                                   Timothy.Holzman@ct.gov
                                                   Thadius.Bochain@ct.gov

## **CERTIFICATION**

I hereby certify that on March 9, 2023, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

_____/s/_____
Blake T. Sullivan
Assistant Attorney General