### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ. | : | No. 3:23-cv-00056 (JBA) |
|    *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| KATIE DYKES, *in her official capacity*, | : | |
|    *Defendant* | : | MARCH 30, 2023 |

### **MOTION TO DISMISS**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant, Commissioner Katie Dykes, hereby moves to dismiss this lawsuit for lack of subject matter jurisdiction. As set forth in the attached memorandum of law, Plaintiff has failed to plead sufficient facts to establish that he has standing to challenge § 23-4-1(c) of the Regulations of Connecticut State Agencies on a pre-enforcement basis. This lawsuit should be dismissed.

        Respectfully submitted,

        DEFENDANT-COMMISSIONER
        KATIE DYKES

        WILLIAM TONG
        ATTORNEY GENERAL

BY:    /s/ *Timothy J. Holzman*
        Timothy J. Holzman (ct30420)
        Blake T. Sullivan (ct30289)
        Thadius L. Bochain (ct31367)
        Assistant Attorneys General
        Attorney General's Office
        165 Capitol Avenue
        Hartford, CT 06106
        860-808-5020 (phone)
        860-808-5347 (fax)
        Timothy.Holzman@ct.gov
        Blake.Sullivan@ct.gov
        Thadius.Bochain@ct.gov
        Attorneys for the Commissioner

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2023 a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Timothy Holzman*
Assistant Attorney General