## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| DAVID J. NASTRI, ESQ., | : | CIVIL NO. 3:23-CV-0056 (JBA) |
| --- | --- | --- |
| *Plaintiff* | : | |
| | : | |
| V. | : | |
| | : | |
| KATIE DYKES, in her official capacity | : | |
| | : | |
| *Defendant* | : | |

## **EXHIBITS**

| Number | Title |
| --- | --- |
| *Ordinances & Laws About Parks* | |
| 1. | 1858 Central Park, NY |
| 2. | 1866 Brooklyn, NY (Prospect Park) |
| 3. | 1868 Pennsylvania Laws |
| 4. | 1868 Prospect Park, Brooklyn, NY |
| 5. | 1870 Fairmount Park, PA |
| 6. | 1872 San Francisco, CA |
| 7. | 1873 Chicago, IL |
| 8. | 1875 Hyde Park, IL |
| 9. | 1878 Phoenixville, PA |
| 10. | 1881 Chicago, IL |
| 11. | 1881 St. Louis, MO |
| 12. | 1883 Danville, IL |
| 13. | 1883 Tower Grove Park, St. Louis, MO |
| 14. | 1886 Boston, MA |
| 15. | 1887 Reading, PA |
| 16. | 1888 Salt Lake City, UT |
| 17. | 1888-89 St. Paul, MN |
| 18. | 1890 Trenton, NJ |
| 19. | 1890 Williamsport, PA |
| 20. | 1891 Grand Rapids, MI |
| 21. | 1891 Lynn, MA |
| 22. | 1891 Springfield, MA |
| 23. | 1892 Peoria, IL |
| 24. | 1892 Spokane, WA |
| 25. | 1893 Pittsburgh, PA |
| 26. | 1893 Wilmington, DE |
| 27. | 1895 Canton, IL |
| 28. | 1895 Detroit, MI |
| 29. | 1896 Indianapolis, IN |

| | |
|---|---|
| 30. | 1896 Rochester, NY |
| 31. | 1898 Kansas City, MO |
| 32. | 1898 Wilmington, DE |
| 33. | 1899 Boulder, CO |
| 34. | 1902 Hartford, CT |
| 35. | 1902 New Bedford, MA |
| 36. | 1903 Lowell, MA |
| 37. | 1903 New York City, NY |
| 38. | 1903 Troy, NY |
| 39. | 1904 Houston, TX |
| 40. | 1904 Neligh, NE |
| 41. | 1904 Pueblo, CO |
| 42. | 1905 Harrisburg, PA |
| 43. | 1905 Haverhill, MA |
| 44. | 1905 Minnesota |
| 45. | 1905 Saginaw, MI |
| 46. | 1906 Chicago, IL |
| 47. | 1906 Denver, CO |
| 48. | 1906 Los Angeles, CA |
| 49. | 1907 Olean, NY |
| 50. | 1907 Seattle, WA |
| 51. | 1909 Memphis, TN |
| 52. | 1909 Oakland, CA |
| 53. | 1909 Paducah, KY |
| 54. | 1910 Staunton, VA |
| 55. | 1911 Colorado Springs, CO |
| 56. | 1912 New York City, NY |
| 57. | 1914 Connecticut |
| 58. | 1914 Grand Rapids, MI |
| 59. | 1914 New Haven, CT |
| 60. | 1917 Birmingham, AL |
| 61. | 1917 Joplin, MO |
| 62. | 1917 Wisconsin |
| 63. | 1918 Connecticut |
| 64. | 1920 Salt Lake City, UT |
| 65. | 1921 Burlington, VT |
| 66. | 1921 North Carolina |
| 67. | 1922 Chattanooga, TN |
| 68. | 1924 Connecticut |
| 69. | 1897 – 1936 Compiled Firearms Regulations for Federal National Parks |
| 70. | 1936 Federal National Parks Regulation |
| *Laws Addressing Hunting and Firearms on Another's Property* | |
| 71. | 1721 Pennsylvania Acts |
| 72. | 1722 New Jersey Acts |
| 73. | 1771 New Jersey Acts |

| 74. | 1865 Louisiana Acts, Extra Session |
|---|---|
| 75. | 1866 Kentucky Acts |
| 76. | 1869 North Carolina Laws |
| | *Laws Addressing Sensitive Places* |
| 77. | 1776 Delaware Constitution |
| 78. | 1786 Virginia Acts |
| 79. | 1787 New York Laws |
| 80. | 1792 North Carolina Statutes |
| 81. | 1797 New Jersey Acts |
| 82. | 1831 Louisiana Ordinances |
| 83. | 1869 Tennessee Acts |
| 84. | 1870 Georgia Acts and Resolutions |
| 85. | 1870 Louisiana Acts |
| 86. | 1870 Texas Laws |
| 87. | 1874 Maryland Laws |
| 88. | 1874 Missouri Laws |
| 89. | 1874 Texas Laws |
| 90. | 1878 Mississippi Laws |
| 91. | 1879 Missouri Laws |
| 92. | 1880 Mississippi Laws |
| 93. | 1882 New Orleans Laws and Ordinances |
| 94. | 1886 Maryland Laws |
| 95. | 1889 Arizona Acts |
| 96. | 1889 Idaho Laws |
| 97. | 1890 Oklahoma Statutes |
| 98. | 1892 Mississippi Laws |
| 99. | 1892 Vermont Acts |
| 100. | 1893 Oklahoma Statutes |
| 101. | 1901 Arizona Acts |
| 102. | 1903 Montana Acts |
| 103. | 1907 Montana Laws |
| | *DEEP Exhibits* |
| 104. | 1949 Regulation CT |
| 105. | 1951 Manual |
| 106. | 1969 Sleeping Giant Deed |
| 107. | 2011 UConn Economic Study |
| 108. | 2023 Hunting and Trapping Guide |
| 109. | Directive 5000D9 re: Carrying Personal Firearms |
| 110. | Map of CT Parks & Forests |
| 111. | 2013 Centennial Overview |
| 112. | Photograph Sleeping Giant Observation Tower |
| 113. | DEEP Regulations |
| 114. | 2014 Legislative Report re: DEEP Staffing & Funding |
| 115. | Photograph of Hammonasset Beach State Park |
| 116. | Directive re EnCon Image |

| | |
|---|---|
| 117. | Fort Trumbull Photographs |
| *University Regulations* | |
| 118. | 1655 Laws of Harvard College |
| 119. | 1745 Laws of Yale College |
| 120. | 1810 Minutes of the Senatus Academicus of the State of Georgia |
| 121. | 1830 Laws and Regulations of the College of William and Mary |
| 122. | 1831 Oakland College (Miss Presbytery) |
| 123. | 1832 Laws of Waterville College Maine |
| 124. | 1838 University of North Carolina - Acts of the General Assembly and Ordinances of the Trustees |
| *Laws Addressing Militia and Parades* | |
| 125. | 1820 New Hampshire Laws |
| 126. | 1866 Massachusetts Acts |
| 127. | 1870 Louisiana Laws |
| 128. | 1873 Kentucky Laws |
| 129. | 1873 Pennsylvania Laws |
| *Additional Exhibits* | |
| 130. | A&R Towpath Lease |
| 131. | Chapter 230 of the Connecticut Public Acts of 1913 |
| 132. | Photo of Dinosaur State Park |