# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ., | : | CIVIL NO. 3:23-CV-0056 (JBA) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| KATIE DYKES, in her official | : | |
| capacity | : | |
| *Defendant* | : | |

## RELEVANT EXCERPTS FROM EXHIBITS

| Exhibit Number | Exhibit Title | Citation | Relevant Excerpt | Bates Stamp # |
|---|---|---|---|---|
| | | | *Ordinances & Laws About Parks* | |
| 1. | 1858 Central Park, NY | *Minutes of Proceedings of the Board of Commissioners of the Central Park*, at 166 | "Be it ordained by the Commissioners of the Central Park: All persons are forbidden … [t]o carry fire-arms … within [Central Park]." | 0004 |
| 2. | 1866 Brooklyn, NY (Prospect Park) | Park Ordinance, No. 1, *Annual Reports of the Brooklyn Park Commissioners 1861-1873*, at 136, Art. 1, § 4 | "The Commissioners of Prospect Park, in the city of Brooklyn, do ordain as follows … All Persons are forbidden … [t]o carry firearms … within [Prospect Park]." | 0009 |
| 3. | 1868 Pennsylvania Laws | No. 2020, A Supplement to an act, entitled "An Act appropriating ground for public purposes in the city of Philadelphia," at 1088, § 21 (II) | "The said park shall be under the following rules and regulations . . . No person shall carry firearms … in [Fairmount Park] or within fifty yards thereof[.]" | 0014 |

| 4. | 1868 Prospect Park, Brooklyn, NY | Rules and Regulations, *Eighth Annual Report of the Board of Commissioner of Prospect Park, Brooklyn*, § 5 | "The Commissioners of Prospect Park … do make and publish the following Rules and Regulations to be observed by all persons who visit [Prospect Park] … [n]o person shall fire or discharge any gun, pistol … in or upon any of said Parks[.]" | 0019 |
|---|---|---|---|---|
| 5. | 1870 Fairmount Park, PA | *First Annual Report of the Commissioners of Fairmont Park*, § 21 | "No person shall carry fire-arms … in [Fairmount Park], or within fifty yards thereof[.]" | 0023 |
| 6. | 1872 San Francisco, CA | Ordinance No. 2, *San Francisco Municipal Reports for the Fiscal Year 1874-75*, at 887, § 2, ¶ 2 | "Within [Golden Gate and Buena Vista Parks] all persons are hereby forbidden … To carry and especially to discharge firearms." | 0027 |
| 7. | 1873 Chicago, IL | *Laws and Ordinances Governing the City of Chicago, Chapter 31, Parks and Public Grounds*, at 88, § 6 | "All persons are forbidden to carry firearms … within any one of the public parks." | 0032 |
| 8. | 1875 Hyde Park, IL | *Laws and Ordinances Governing the Village of Hyde Park,* at 310, § 6 | "All persons are forbidden to carry fire arms … within [South Park]." | 0040 |
| 9. | 1878 Phoenixville, PA | *A Digest of the Ordinances of Town Council of the Borough of Phoenixville*, at 135, § 4 | "The following rules and regulations shall be adopted for the government and protection of Reeves Park, in the Borough of Phoenixville … No person shall carry fire-arms … therein." | 0046 |
| 10. | 1881 Chicago, IL | *Municipal Code of Chicago, Article XLIII, Parks and Public Grounds*, at 391, § 1690 | "All persons are forbidden to carry firearms … within any one of the public parks." | 0050 |
| 11. | 1881 St. Louis, MO | *The Revised Ordinance of the City of St.* Louis, at 635, § 3 | "No person shall … use or have in his possession ready for use in any street, alley, walk or park of the city of St. Louis … any sling, cross bow and arrow, air gun or other contrivance for ejecting, discharging or throwing any fragment, bolt, arrow, pellet, or other | 0054 |

| | | | missile of stone, metal, wood or other substance capable of inflicting injury or annoyance." | |
|---|---|---|---|---|
| 12. | 1883 Danville, IL | *The Revised Ordinances of the City of Danville*, at 83, § 4 | "Whoever shall carry any fire-arms into said parks … shall be fined not less than one dollar nor more than one hundred dollars, for each offense." | 0059 |
| 13. | 1883 Tower Grove Park, St. Louis, MO | *Tower Grove Park of the City of St. Louis*, at 117, § 4 | "All persons are forbidden … [t]o carry firearms … within [Tower Grove Park]." | 0063 |
| 14. | 1886 Boston, MA | *Thirteenth Annual Report, Board of Commissioners, City of Boston*, at 86, § 3 | "The Board of Park Commissioners of the City of Boston, by virtue of its authority to make rules for use and government of the Public Parks of said city, and for breaches of such rules to affix penalties, hereby ordains that within the Public Parks, except with the prior consent of the Board, it is forbidden … to discharge or carry fire-arms, except by members of the Police Force in the discharge of their duties[,]" | 0068 |
| 15. | 1887 Reading, PA | *A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Reading, Pennsylvania*, at 240, § 20, ¶ 8 | "No person shall carry firearms … in the common, or within fifty yards thereof[.]" | 0074 |
| 16. | 1888 Salt Lake City, UT | *Revised Ordinances of Salt Lake City, with the City Charter and Amendments Thereto*, at 248, § 6 | "No person shall, within Liberty Park, … [c]arry or discharge firearms." | 0080 |
| 17. | 1888-89 St. Paul, MN | *Annual Reports of the City Officers and City Boards of the City of Saint Paul*, at 689, § 6 | "No person shall carry firearms … in any Park or within fifty yards thereof[.]" | 0084 |
| 18. | 1890 Trenton, NJ | *City of Trenton, New Jersey, Charter and Ordinances*, at 390, § 8 | "No person shall carry firearms … in said park or squares, or within fifty yards thereof[.]" | 0088 |

| 19. | 1890 Williamsport, PA | *Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Williamsport, Pennsylvania*, at 91, § 7, ¶ 21 | "No person shall carry fire-arms … in [Brandon Park.]" | 0101 |
|-----|-----|-----|-----|-----|
| 20. | 1891 Grand Rapids, MI | *Compiled Ordinances of the City of Grand Rapids*, at 163, § 432 | "No person shall ... carry any rifle, gun, or other fire arm of any kind within any park of the City of Grand Rapids[.]" | 0105 |
| 21. | 1891 Lynn, MA | *Third Annual Report of the Park Commissioners of the City of Lynn*, at 23, § 3 | "The Board of Park Commissioners … hereby ordain that … it is forbidden … to discharge or carry firearms, except by members of the Police Force in the discharge of their duties[.]" | 0110 |
| 22. | 1891 Springfield, MA | *Park Commissioners' Report, Springfield, Massachusetts*, at 82, § 3 | "[W]ithin the Public Parks, except with prior consent of the Board, it is forbidden … to … carry firearms[.]" | 0115 |
| 23. | 1892 Peoria, IL | *Laws and Ordinances of the City of Peoria, Illinois*, at 667, § 1724 | "All persons are forbidden to carry fire arms ... within any of the public parks, public squares, or public grounds, within said city." | 0119 |
| 24. | 1892 Spokane, WA | Ordinance No. A170, *Municipal Code of the City of Spokane, Washington*, at 123, § 4 | "All persons are forbidden to carry firearms … within any one of the public parks or other public grounds of the city." | 0125 |
| 25. | 1893 Pittsburgh, PA | *A Digest of the Acts of Assembly Relating to, and the General Ordinances of the City of Pittsburgh*, at 496, § 5, ¶ 3 | "No person shall be allowed to carry firearms … within the limits of the parks or within one hundred yards thereof." | 0129 |
| 26. | 1893 Wilmington, DE | *The Charter of the City of Wilmington*, at 571, § 7 | "No person shall carry fire-arms … within the Park[.]" | 0137 |
| 27. | 1895 Canton, IL | *Revised Ordinances of the City of Canton, Illinois*, at 240, § 26 | "All persons are forbidden to carry firearms … within any one of these Public Parks." | 0142 |

| 28. | 1895 Detroit, MI | 1895 Mich. Local Acts 596, § 44 | "No person shall … carry firearms … within said park or boulevard, without the permission of said commissioners, and then only under such regulations as they shall prescribe." | 0149 |
|-----|------------------|---------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
| 29. | 1896 Indianapolis, IN | *The General Ordinances of the City of Indianapolis*, at 648, § 1971 | "No person shall … have possession of any fire-arm within the limits of any public park." | 0155 |
| 30. | 1896 Rochester, NY | *Report of the Board of Park Commissioners of the City of Rochester, N.Y., 1888-1898*, at 97-98, 1898, § 4, ¶ 25 | "No person shall commit any of the following acts within said parks without the consent of said Board, or some duly authorized person … Carry any … firearm, sling-shot, axe, saw, shovel or spade within the following parks, viz.: Genesee Valley Park, Highland Park, Seneca Park east and Seneca Park west." | 0163 |
| 31. | 1898 Kansas City, MO | Ordinance No. 9637, *Charter and Revised Ordinances of Kansas City 1898*, at 657, § 11 | "No person shall … carry fire-arms … within any park, boulevard, parkway or driveway of this city under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board and subject to such rules and regulations as said board may establish." | 0168 |
| 32. | 1898 Wilmington, DE | *Report of the … Board of … Park Commissioners, of Wilmington, Del., for the Year ending December 31st, 1897*, at 24, ¶ 4 | "No person shall carry firearms . . . within the boundaries of the Park." | 0173 |
| 33. | 1899 Boulder, CO | *A Revised Ordinances of the City of Boulder, 511*, at 157, § 1 | "Any person other than the police officers of the city who shall take or carry or cause to be taken or carried into any of the parks belonging to the City of Boulder, any gun, pistol, revolver, or other firearm ... shall be deemed guilty of a misdemeanor." | 0176 |
| 34. | 1902 Hartford, CT | *Municipal Register of the City of Hartford*, at 493, § 9 | "The Board of Park Commissioners … hereby make and ordain the following rules and regulations for the management of the parks owned by or under control of the city of Hartford. … *It is forbidden* … [t]o … carry firearms[.]" | 0181-82 |

| 35. | 1902 New Bedford, MA | *Ninth Annual Report of the Department of Parks of the City of New Bedford, Mass. 1902*, at 74, § 3 | "[W]ithin the public parks and commons of the city, except with prior consent of the Commissioners, all persons are hereby forbidden … to … carry firearms[.]" | 0186 |
|---|---|---|---|---|
| 36. | 1903 Lowell, MA | *First Annual Report of the Board of Park Commissioners of the City of Lowell*, at 58, § 3 | "[W]ithin [the] Public Parks and Commons, except by and with the consent of the Board … [i]t is forbidden to … carry firearms[.]" | 0190 |
| 37. | 1903 New York City, NY | *Proceedings of the Board of Aldermen of the City of New York from October 6 to December 28, 1903*, at 600, § XXIV | "No one shall … carry any firearm … within any of the parks, parkways, squares or places in The City of New York under the jurisdiction of the Department of Parks without special permission from the Commissioner having jurisdiction." | 0195 |
| 38. | 1903 Troy, NY | *Municipal Ordinances of the City of Troy*, at 375 | "ALL PERSONS ARE FORBIDDEN … [t]o carry … firearms … in the parks." | 0200 |
| 39. | 1904 Houston, TX | *Charter and Revised Code of Ordinances of the City of Houston, Harris County, Texas*, at 358, Art. 918, ¶ 3 | "It shall be unlawful for any person or persons within the public park and commons of this city to do any of the following acts, viz: … to discharge or carry firearms[.]" | 0206 |
| 40. | 1904 Neligh, NE | *The Ordinances of the City of Neligh, Nebraska*, at 37, Ordinance No. 61, § 1 | "That if any person shall carry … any firearm or gun of any description in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in any sum not exceeding $25." | 0212 |
| 41. | 1904 Pueblo, CO | *Ordinances of the City of Pueblo*, at 386, § 20 | "[F]or the purpose of governing and regulating the use of the parks and of park property within the city of Pueblo, the following rules … are … adopted … No person shall … carry firearms[.]" | 0216-19 |
| 42. | 1905 Harrisburg, PA | *Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Harrisburg, Pennsylvania*, at 468, § 4 | "No person shall commit any of the following acts within said park or parkways, without the previously obtained consent of the commission: … 4. [c]arry or discharge any firearms … 8. [c]arry any … firearms … within reservoir park." | 0227 |

| 43. | 1905 Haverhill, MA | *Annual Report of the Park Commissioners of the City of Haverhill, Massachusetts,* at 2, § 9 | "It is forbidden … to … carry firearms … within the parks." | 0232 |
|---|---|---|---|---|
| 44. | 1905 Minnesota | 1905 Minn. Laws, at 620, § 53 | "No person shall have in his possession within any [territory set apart, designated, used or maintained as a state public part] or within one-half mile of the outer limits thereof, any gun, revolver, or other firearm unless the same is unloaded, and except after the same has been sealed by the park commissioner or a deputy appointed by him, and except also such gun or other firearm at all times during which it may be lawfully had in such park remains so sealed and unloaded." | 0235 |
| 45. | 1905 Saginaw, MI | *Charter of the City of Saginaw, Michigan,* at 173, § 22 | "No person shall fire or discharge any gun or pistol, or carry firearms … within park boulevards[.]" | 0245 |
| 46. | 1906 Chicago, IL | *Amendments to "The Revised Municipal Code of Chicago of 1905" and New General Ordinances,* at 40, § 1562 | "All persons are forbidden to carry firearms … within any of the Parks, Public Play Grounds or Bathing Beaches of the City[.]" | 0251 |
| 47. | 1906 Denver, CO | *The Municipal Code of the City and County of Denver,* at 479, § 1367 | "All persons are forbidden … to carry … firearms … in the parks[.]" | 0255 |
| 48. | 1906 Los Angeles, CA | Ordinance No. 13,182, *Penal Ordinances of the City of Los Angeles,* at 42, § 2, ¶ 2 | "That within the limits of any of said parks, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit: ... To carry … any fire arms, ... or air gun or slungshot." | 0262 |
| 49. | 1907 Olean, NY | *Ordinances of the City of Olean, As Amended to September 1922,* at 26, § 4 | "No person shall … carry any firearms in any park." | 0269 |
| 50. | 1907 Seattle, WA | Ordinance No. 16081, *The Charter of the City of Seattle,* at 221, § 100 | "It shall be unlawful … to carry any fire-arm in any park." | 0278 |

| 51. | 1909 Memphis, TN | *Digest of the Laws, Ordinances and Contracts of the City of Memphis,* at 659, § 1131, ¶ 13 | "[I]t shall be a misdemeanor … to commit the following acts … 13. To … carry any firearms … within any of the parks, parkways, squares or places without special permission from the Commissioners." | 0284 |
|---|---|---|---|---|
| 52. | 1909 Oakland, CA | Ordinance No. 2967, *General Municipal Ordinances of the City of Oakland, Cal.,* at 15, § 9 | "No person shall carry firearms … within the boundaries of the parks controlled by the Park Commission." | 0291 |
| 53. | 1909 Paducah, KY | *Constitution, Charter and Revision of the Ordinances and Municipal Laws of the City of Paducah, Kentucky,* at 489, § 20 | "No person shall ... carry fire-arms ... within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said board, and subject to such rules and regulations as said board may establish." | 0299 |
| 54. | 1910 Staunton, VA | *The Code of the City of Staunton, Virginia,* at 115, § 135 | "All persons are forbidden … to carry firearms, or to throw stones or other missiles within [the park.]" | 0305 |
| 55. | 1911 Colorado Springs, CO | *The Code of Colorado Springs, 1922,* at 450, § 1068 | "All persons are forbidden … to carry or discharge firearms … in the parks[.]" | 0310 |
| 56. | 1912 New York City, NY | *New Code of Ordinances of the City of New York,* at 389, § 17, ¶ 8 | "No person shall, in any park … carry any firearm[.]" | 0321 |
| 57. | 1914, Connecticut | *State Park Commission Report,* at 28-29, § 9 | "The purpose of the Commission should be to make such rules . . . as is consistent with the preservation of the public property and individual freedom. . . .  This would involve the prohibition of firearms . . . ." | 0331-32 |
| 58. | 1914 Grand Rapids, MI | *Compiled Ordinances of the City of Grand Rapids,* at 208, § 556, ¶ e | "No person shall carry any rifle, gun, or other fire-arm of any kind within the parks and playgrounds of the City of Grand Rapids[.]" | 0336 |
| 59. | 1914 New Haven, CT | *Charter and Ordinances of the City of New Haven, Conn. and Special Acts,* at 438, § 3 | "No person shall carry or have any firearms on any of said parks[.]" | 0342 |

| 60. | 1917 Birmingham, AL | *The Code of City of Birmingham, Alabama,* at 662, § 1544 | "[N]o person shall carry firearms … within any of such public parks[.]" | 0346 |
|---|---|---|---|---|
| 61. | 1917 Joplin, MO | *The Joplin Code of 1917,* at 552, § 1214 | "All persons are forbidden … to carry … firearms … in the parks[.]" | 0351 |
| 62. | 1917 Wisconsin | 1917 Wis. Sess. Laws,  at 1243-44, § 29.57, ¶ 4 | "No owner of lands embraced within any such wild life refuge, and no other person whatever, shall … within the boundaries of any wild life refuge, state park, or state fish hatchery lands … have in his possession or under his control therein any gun or rifle, unless the same is unloaded and knocked down or enclosed within its carrying case[.]" | 0360-61 |
| 63. | 1918 Connecticut | *State Park Commission Repor*t, at 31 | "The use of firearms or having them in possession is forbidden[.]" | 0365 |
| 64. | 1920 Salt Lake City, UT | *Revised Ordinances of Salt Lake City, Utah,* at 474, § 1494, ¶ 2 | "It shall be unlawful for any person to do … any of the acts hereinafter specified in any public park or play ground in Salt Lake City, or in any place … set aside or used as a public park or play ground, to wit: … 2. To carry … any firearms[.]" | 0372 |
| 65. | 1921 Burlington, VT | *Revised Ordinances of 1921,* at 1, § 3 | "No person shall carry or have any firearms on any of said parks[.]" | 0377 |
| 66. | 1921 North Carolina | N.C. Sess. Laws 54, Pub. Laws Extra Sess., at 54, § 3 | "That any person who shall carry a pistol, revolver, or gun in any park or reservation [for the protection, breeding, or keeping of any animals, game, or other birds], without having first obtained the written permission of the owner or manager of said park or reservation, shall be guilty of a misdemeanor[.]" | 0382 |
| 67. | 1922 Chattanooga, TN | *Digest of the Charter and Ordinances of the City of Chattanooga,* at 145, § 516 | "General Regulations of Public Parks. … 516. … It shall be unlawful to … carry firearms[.]" | 0386 |
| 68. | 1924 Connecticut | *Guide to Connecticut State Parks and Forests,* at 9 | "The use of firearms or having them in possession is forbidden[.]" | 0391 |
| 69. | 1897 – 1936 Compiled Firearms | | [*This document lists numerous regulations prohibiting firearms in individual National Parks.  The document, in its original form, underlines the relevant language from each National Park.*] | 0399-0467 |

| | Regulations for Federal National Parks | | | |
|---|---|---|---|---|
| 70. | 1936 Federal National Parks | *1 Fed. Reg. 668*, at 674, § 8 | "Firearms … are prohibited within parks and monuments, except upon written permission[.]" | 0472 |
| | | ***Laws Addressing Hunting and Firearms on Another's Property*** | | |
| 71. | 1721 Pennsylvania Acts | *Chapter CCXLVI, An Act to Prevent the Killing of Deer out of Season, and against Carrying of Guns or Hunting by Persons not Qualified*, at 255-56, § III | "Be it enacted by the authority aforesaid, That if any person or persons shall presume, at any time after the sixteenth day of November, in this present year one thousand seven hundred and twenty-one, to carry any gun or hunt on the improved or inclosed lands of any plantation other than his own, unless he have license or permission from the owner of such lands, and shall be thereof convicted . . . he shall for every such offense forfeit the sum of ten shillings.  And if any person whatsoever, who is not owner of fifty acres of land and otherwise qualified in the same manner as persons are or ought to be by the laws of this province for electing of members to serve in assembly, shall, at any time after the said sixteenth day of November, carry any gun, or hunt in the woods or uninclosed lands, without license or permission obtained from the owner or owners of such lands, and shall be thereof convicted in manner aforesaid, such offender shall forfeit and pay the sum of five shillings for every such offense." | 0479-80 |
| 72. | 1722 New Jersey Acts | *Chap. XXXV, An Act to prevent Killing of Deer out of Season, and against Carrying of Guns and Hunting by Persons not Qualified*, at 101, § 4 | "And whereas divers abu[s]es have been committed, and great Damages and Inconveniences ari[s]en by Persons carrying of Guns and pre[s]uming to hunt on other Peoples Land; for Remedy whereof for the future, BE IT ENACTED by the Authority aforesaid, That if any Per[s]on or Per[s]ons [s]hall pre[s]ume, at any Time after the Publication hereof, to carry any Gun, or hunt on the improved or inclo[s]ed Lands in any Plantation, other than his own, unle[ss] he have License or Permi[ss]ion from the Owner of [s]uch Lands or Plantation . . . he [s]hall, for ever [s]uch Offence forfeit the Sum of *Fifteen Shillings* . . . .  And if any Per[s]on whas[s]oever, who is not Owner of one Hundred Acres of Land, or otherwise qualified . . . [s]hall at any Time after the | 0486 |

| | | | Publication hereof, carry any Gun, or hunt in the Woods or unenclo[s]ed Lands, without License or Permi[ss]ion obtained from the Owner or Owners of [s]uch Lands, and [s]hall be convicted . . . [s]uch Offender [s]hall forfeit and pay the Sum of *Ten Shillings . . . .*" | |
|---|---|---|---|---|
| 73. | 1771 New Jersey Acts | *Chap. DXL, An ACT for the Pre[s]ervation of Deer and other Game, and to prevent tre[s]pa[ss]ing with Guns, at 344, §§ 1 and 2* | "That if any Per[s]on or Per[s]ons [s]hall pre[s]ume, at any Time after the Publication hereof, to carry any Gun on any Lands not his own, and for which the Owner pays Taxes, or is in his lawful Po[ss]e[ss]ion, unle[s]s he hath Licen[s]e or Permi[ss]ion in Writing from the Owner or Owners or legal Po[ss]e[ss]or, ever [s]uch Per[s]on [s]o offending . . . he, she or they, [s]hall, for every [s]uch Offence, forfeit and pay to the Owner of the Soil, or his Tenant in Po[ss]e[ss]ion, the Sum of *Forty Shillings . . . .*"<br><br>"That if any Per[s]on [s]hall pre[s]ume, at any Time after the Publication of this Act, to hunt or watch for Deer with a Gun . . . on any Lands not his own, and for which the Owner or Po[ss]e[ss]or pays Taxes, or is in his lawful Po[ss]e[ss]ion, unle[s]s he hath Licen[s]e or Permi[ss]ion in Writing from [s]uch Owner or Owners or legal Po[ss]e[ss]or; every [s]uch Per[s]on [s]o offending . . . [s]hall, for every [s]uch Offence, forfeit and pay to the Owner of the Soil, or Tenant in Po[ss]e[ss]ion, the sum of *Forty Shillings . . . .* provided, that nothing herein contained [s]hall be con[s]trued to extend to prevent any Per[s]on carrying a Gun upon the King's Highway in this Colony." | 0491 |
| 74. | 1865 Louisiana Acts, Extra Session | *Act No. 10, An Act To prohibit the carrying of fire-arms on premises or plantations of any citizen, without the consent of the owner, at 14-15* | "That it shall not be lawful for any person or persons to carry fire-arms on the premises or plantations of any citizen, without the consent of the owner or proprietor, other than in lawful discharge of a civil or military order . . . ." | 0511 |
| 75. | 1866 Kentucky Acts | *Chapter 656.  An Act to prevent shooting on the* | "That no person shall . . . on the Sabbath day, enter or go upon the land of another person to catch, shoot, or kill any birds, fowl, or animal of any kind; and any such person having in his possession | 0516 |

| | | | | |
|---|---|---|---|---|
| | | *Sabbath in this Commonwealth*, at 52, § 1 | a gun at the time, or after he enters upon the premises of another as aforesaid, shall, upon proof, be guilty of a violation of this act . . . ." | |
| 76. | 1869 North Carolina Laws | *Chapter XVIII, An Act to Prohibit Hunting on the Sabbath*, at 59-60, § 1 | "That if any person or persons whomever shall be known to hunt in this State on the Sabbath with a dog or dogs, or shall be found off of their premises on the Sabbath, having with him or them a shot-gun, rifle or pistol, he or they shall be subject to indictment; and, upon conviction, shall pay a fine not to exceed fifty dollars at the discretion of the Court . . . ." | 0520-21 |
| | | *Laws Addressing Sensitive Places* | | |
| 77. | 1776 Delaware Constitution | Art. 28 | "To prevent any violence or force being used at the said elections, no person shall come armed to any of them . . . ." | 0525 |
| 78. | 1786 Virginia Acts | *Chapter XXI, An act forbidding and punishing affrays*, at 33 | "That no man . . . be [s]o hardy to come before the Ju[s]tices of any Court, or other of their Mini[s]ters of Ju[s]tice, doing their office, with force and arms, on pain, to forfeit their armour to the Commonwealth, and their bodies to pri[s]on, at the plea[s]ure of a Court; nor go no ride armed by night nor by day, in fairs or markets, or in other places, in terror of the Country . . . ." | 0528 |
| 79. | 1787 New York Laws | *Chap. 1, An Act concerning the rights of the citizens of this State*, at 345, ¶ 9 | "That all elections shall be free and that no person by force of arms nor malice or menacing or otherwise presume to disturb or hinder any citizen of this State to make free election upon pain of fine and imprisonment and treble damages to the party grieved." | 0531 |
| 80. | 1792 North Carolina Statutes | *Chap. III, No Man [s]hall come before the Ju[s]tices, or go or ride armed*, at 60-61 | "It is enacted, that no man . . . be [s]o hardy to come before the King's Ju[s]tices, or other of the King's Mini[s]ters doing their office with force and arms, nor bring no force in an affray of peace, nor to go no ride armed by night nor by day, in fairs, markets, nor in the pre[s]ence of the King's Ju[s]tices, or other mini[s]ters, nor in no part el[s]ewhere, upon pain to forfeit their armor to the King, and their bodies to pri[s]on at the King's pleasure." | 0534-35 |
| 81. | 1797 New Jersey Acts | *Chap. DCXXXIV, An Act to regulate Election of Members of the* | "That if any candidate [s]hall, at any [s]uch election, or previous thereto . . . appear at [s]uch election with any weapons of war, or [s]laves, or bludgeons, or u[s]e any threat that may tend to put any | 0541-42 |

| | | *Legi[s]lative-Council and General A[ss]embly, Sheriffs and Coroners, in this State*, at 174-75, § 12 | candidates or voters in fear of per[s]onal danger . . . every such per[s]on [s]hall, for every [s]uch offence, forfeit and pay the [s]um of thirty dollars . . . ." | |
|---|---|---|---|---|
| 82. | 1831 Louisiana Ordinances | *An Ordinance respecting public Balls*, Art. 1 | "It shall not be lawful for any person to enter into a public ball-room with any cane, stick, sword or an other weapon . . . ." | 0548 |
| 83. | 1869 Tennessee Acts | *Chapter XXII, An Act to Amend the Criminal Laws of the State*, at 23-24, § 2 | "That it shall not be lawful for any qualified voter or other person attending any election in this State, or for any person attending any fair, race course, or other public assembly of the people, to carry about his person, concealed or otherwise, any pistol . . . or other deadly or dangerous weapon." | 0551-52 |
| 84. | 1870 Georgia Acts and Resolutions | *No. 285, An Act to preserve the peace and harmony of the people of this State, and for other purposes*, at 421, § 1 | "That, from and immediately after the passage of this act, no person in said State of Georgia be permitted or allowed to carry about his or her person any . . . pistol or revolver, or any kind of deadly weapon, to any court of justice, or any election ground or precinct, or any place of public worship, or any other public gathering in this State, except militia muster-grounds." | 0555 |
| 85. | 1870 Louisiana Laws | *No. 100, An Act To regulate the conduct and to maintain the freedom and purity of elections . . .*, at 159-60, § 73 | "That it shall be unlawful for any person to carry any gun, pistol . . . or other dangerous weapon, concealed or unconcealed, on any day of election during the hours the polls are open, or on any day of registration or revision of registration, within a distance of one-half mile of any place of registration or revision of registration . . . ." | 0559 |
| 86. | 1870 Texas Laws | *Chapter XLVI, An Act Regulating the Right to Keep and Bear Arms*, at 63, § 1 | "That if any person shall go into any church or religious assembly, or any school room or other place where persons are assembled for educational, literary, or scientific purposes, or into a ball room, social party, or other social gathering . . . or to any election precinct on the day or days of any election, where any portion of the people of this State are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any other public duty, or any other public assembly, and shall have about his person . . . fire-arms, whether known as a six-shooter, gun, or pistol of any kind, such person so offending shall be deemed guilty of a misdemeanor . . . and | 0563 |

| | | | provided further, that this act shall not apply to any person or persons whose duty it is to bear arms on such occasions in discharge of duties imposed by law." | |
|---|---|---|---|---|
| 87. | 1874 Maryland Laws | *Chapter 250, An Act to prevent the carrying of guns, pistols, dirks, dirk-knives, razors, billies or bludgeons, by any person in Kent, Queen Anne's or Montgomery counties, on the day of election in said counties*, at 366, § 1 | "That from and after passage of this act, it shall not be lawful for any person in Kent, Queen Anne's or Montgomery counties, to carry, on the days of election, secretly or otherwise, any gun, pistol, dirk, dirk-knife, razor, billy or bludgeon; and any person violating the provisions of this act shall be deemed guilty of a misdemeanor . . . ." | 0566 |
| 88. | 1874 Missouri Laws | *An Act to prevent the carrying of concealed weapons*, at 43, § 1 | "Whoever shall, in this state, go into any church or place where people have assembled for religious worship, or into any school-room, or into any place where people may be assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court-room during the sitting of court, or into any other public assemblage of persons met for other than militia drill or meetings . . . having concealed about his person any kind of fire-arms . . . or other deadly weapon, shall be deemed guilty of a misdemeanor . . . ." | 0570 |
| 89. | 1874 Texas Laws | *Criminal Code, Chapter IV, Articles 6490, 6511 and 6514*, at 1317, 1322-23 | "It shall be unlawful for any person to carry any gun, pistol, bowie-knife, or other dangerous weapon, concealed or unconcealed, on any day of election, during the hours the polls are open, within a distance of one half mile of any place of election."<br><br>"If any person shall go into any church or religious assembly, or any school-room or other place where persons are assembled for educational, literary, or scientific purposes, or into a ball room, social party, or other social gathering . . . or to any election precinct on the day or days of any election, where any portion of the people of this state are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any other public duty, or any other public assembly, and | 0574, 0576-77 |

| | | | shall have about his person . . . fire-arms, whether known as a six-shooter, gun, or pistol of any kind, such person so offending shall be deemed guilty of a misdemeanor . . . . *And provided further*, That this act shall not apply to any person or persons whose duty it is to bear arms on such occasions in discharge of duties imposed by law."<br><br>"If any person shall go into any church or religious assembly, any school-room, or other place where persons are assembled for amusement, or for educational or scientific purposes, or into any circus, show, or public exhibition of any kind, or into a ball-room, social party, or social gathering, or to any election precinct on the day or days of any elections, where any portion of the people of this state are collected to vote at any election, or to any other place where people may be assembled to muster, or to perform any other public duty, (except as may be required or permitted by law,) or to any other public assembly, and shall have or carry about his person a pistol, or other firearm . . . unless an officer of the peace, he shall be guilty of a misdemeanor . . . ." | |
|---|---|---|---|---|
| 90. | 1878 Mississippi Laws | *Chapter XLVI, An Act to prevent the carrying of concealed weapons, and for other purposes*, at 176, § 4 | "That any student of any university, college or school, who shall carry concealed, in whole or in part, any weapon of the kind or description in the first section of this Act described [which included, any bowie knife, pistol, brass knuckles, slung shot or other deadly weapon of like kind or description], or any teacher, instructor, or professor who shall, knowingly, suffer or permit any such weapon to be carried by any student or pupil, shall be deemed guilty of a misdemeanor . . . ." | 0582 |
| 91. | 1879 Missouri Laws | *Crimes and Criminal Procedure*, at 224, § 1274 | "If any person shall carry concealed, upon or about his person, any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct, on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any | 0585 |

| | | | lawful purpose . . . having upon or about his person any kind of firearms . . . or other deadly weapon . . . he shall, upon conviction, be punished by a fine of not less than five nor more than one hundred dollars, or by imprisonment in the county jail not exceeding three months, or by both such fine and imprisonment." | |
|---|---|---|---|---|
| 92. | 1880 Mississippi Laws | *Crimes and Misdemeanors, Carrying Concealed Weapons*, at 776-77, § 2988 | "Any student of any university, college, or school who shall carry concealed, in whole or in part, any weapon of the kind or description in the foregoing section described [which included any bowie knife, pistol, brass or metallic knuckles, slung-shot, or other deadly weapon of like kind or description], or any teacher, instructor or professor who shall knowingly, suffer or permit any such weapon to be carried by any student or pupil, shall be deemed guilty of a misdemeanor . . . ." | 0588-89 |
| 93. | 1882 New Orleans Laws and Ordinances | *Chapter First, General Ordinances*, Art. 1 | "That hereafter it shall not be lawful for any person to carry a dangerous weapon, concealed or otherwise, into any theatre, public hall, tavern, pic-nic ground, place for shows or exhibitions, house or other place of public entertainment or amusement." | 0593 |
| 94. | 1886 Maryland Laws | *Chapter 189, An Act to prevent the carrying of guns, pistols, dirk-knives, razors, billies or bludgeons by any person in Calvert county, on the days of election in said county, within one mile of the polls*, at 315, § 1 | "That from and after the passage of this act, it shall not be lawful for any person in Calvert county to carry, on the days of election and primary election, within three hundred yards of the polls, secretly, or otherwise, any gun, pistol, dirk, dirk-knife, razor, billy or bludgeon, and any person violating the provisions of this act, shall be deemed guilty of a misdemeanor . . . ." | 0596 |
| 95. | 1889 Arizona Acts | *No. 13, An Act Defining and Punishing Certain Offenses Against the Public Peace*, at 30-31, § 3 | "If any person shall go into any church or religious assembly, any school room, or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into a ball room, social party or social gathering, or to any election precinct on the day or days of any election, where any portion of the people of this Territory are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any | 0600-01 |

| | | | other public duty, or to any other public assembly, and shall have or carry about his person a pistol or other firearm . . . he shall be punished by a fine not less than fifty nor more than five hundred dollars . . . ." | |
|---|---|---|---|---|
| 96. | 1889 Idaho Laws | An Act regulating the use and carrying of deadly weapons in Idaho Territory, at 23, § 1 | "That it is unlawful for any person, except United States officials, officials of Idaho Territory, County officials, Peace officers, Guards of any jail, and officers or employees of any Express Company on duty, to carry, exhibit or flourish any . . . pistol, gun or other deadly weapons, within the limits or confines of any city, town or village or in any public assembly of Idaho Territory." | 0604 |
| 97. | 1890 Oklahoma Statutes | *Article 47, Concealed Weapons, at 496 (2438), § 7* | "It shall be unlawful for any person, except a peace officer, to carry into any church or religious assembly, any school room or other place where persons are assembled for public worship, for amusement, or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into any ball room, or to any social party or social gathering, or to any election . . . or to any other public assembly, any of the weapons designated in section one and two of this article [which included, among other weapons, any pistol or revolver]." | 0608 |
| 98. | 1892 Mississippi Laws | *Crimes and Misdemeanors, at 327, § 1030 (2988)* | "A student of any university, college, or school, who shall carry, bring, receive, own, or have on the campus, college or school grounds, or within two miles thereof, any weapon the carrying of which concealed is prohibited [which included any bowie-knife, dirk-knife, butcher-knife, pistol, brass or metallic knuckles, slung-shot, sword, or other deadly weapon of the like kind or description], or a teacher, instructor, or professor who shall knowingly suffer or permit any such weapon to be carried, or so brought, received, owned, or had by a student or pupil, shall be guilty of a misdemeanor . . . ." | 0612 |
| 99. | 1892 Vermont Acts | *No. 85, An Act Against Carrying Concealed Weapons, at 95, § 2* | "A person who shall carry or have in his possession while a member of and in attendance upon any school, any firearms . . . or other dangerous or deadly weapon shall, upon conviction thereof, be fined not exceeding twenty dollars." | 0615 |

| 100. | 1893 Oklahoma Statutes | *Crimes and Punishment,* at 104 (2410), § 7 | "It shall be unlawful for any person, except a peace officer, to carry into any church or religious assembly, any school room or other place were persons are assembled for public worship, for amusement, or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into any ball room, or to any social party or social gathering, or to any election . . . or to any other public assembly, any of the weapons designated in sections one and two of this article." | 0618 |
|---|---|---|---|---|
| 101. | 1901 Arizona Acts | *Crimes Against the Public Peace,* at 1252, § 387 | "If any person shall go into church or religious assembly, any school room, or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into a ball room, social party or social gathering, or to any election precinct, on the day or days of any election, where any portion of the people of this territory are collected to vote at any election, or to any place where people may be assembled to minister or to perform any other public duty, or to any other public assembly, and shall have or carry about his person a pistol or other firearm . . . he shall be punished by a fine not less than fifty nor more than five hundred dollars, and shall forfeit to the county the weapon or weapons so found on his person." | 0622 |
| 102. | 1903 Montana Acts | *Chapter XXXV, An Act to prohibit unlawful carrying of concealed weapons, to provide penalties for violations of this act and to define the meaning of the term concealed weapons,* at 49-50, § 3 | "If any person shall go into any church or religious assembly, any school room or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show, or public exhibition of any kind, or into a ball room, social party, or social gathering, or to any election precinct or any place of registration, on the day or days of any election or registration, where any portion of the people of the State are collected to register to vote at any election, or to any other place where people may be assembled to perform any public duty, or at any public assembly, and shall have or carry concealed or partially concealed about his person a pistol or other firearm . . . he shall be punished by a fine of not less than fifty nor  more than five hundred dollars." | 0625-26 |

| 103. | 1907 Montana Laws | *Crimes Against the Public Peace*, at 643, § 8585 | "If any person shall go into any church or religious assembly, any school room or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show, or public exhibition of any kind, or into a ball room, social party, or social gathering, or to any election precinct or any place or registration, on the day or days of any election or registration, where any portion of the people of the State are collected to register or vote at any election, or to any other place where people may be assembled to perform any public duty, or at any public assembly, and shall have or carry concealed or partially concealed about his person a pistol or other firearm . . . he shall be punished by a fine of not less than fifty nor more than five hundred dollars." | 0630 |
| --- | --- | --- | --- | --- |
| | | | ***DEEP Exhibits*** | |
| 104. | 1949 Regulation CT | *§ 153-2-3 of the Regulations of Connecticut State Agencies* | "Hunting or carrying of firearms is not permitted in any State Park or Forest recreational area except at predetermined times in such areas as set aside by the State Park or Forest Commission and when posted for such purposes and subject to the rules and regulations set forth by the Connecticut Board of Fisheries and Game." | 0633 |
| 105. | 1951 Manual | Rules and Regulations of State Park and Forest Commission | "Sec. 153-2-3. Hunting or carrying of firearms is not permitted in any State Park or Forest recreational area except at predetermined times in such areas as set aside by the State Park or Forest Commission and when posted for such purposes and subject to the rules and regulations set forth by the Connecticut Board of Fisheries and Game." | 0643 |
| 106. | 1969 Sleeping Giant Deed | | *[Intentionally left blank]* | |
| 107. | 2011 UConn Economic Study | | *[Intentionally left blank]* | |
| 108. | 2023 Hunting and Trapping Guide | | *[Intentionally left blank]* | |
| 109. | Directive 5000D9 re:  Carrying | | *[Intentionally left blank]* | |

| | | | | |
|---|---|---|---|---|
| | Personal Firearms | | | |
| 110. | Map of CT Parks & Forests | | *[Intentionally left blank]* | |
| 111. | 2013 Centennial Overview | | *[Intentionally left blank]* | |
| 112. | Photograph Sleeping Giant Observation Town | | *[Intentionally left blank]* | |
| 113. | DEEP Regulations | *§ 23-4-1(c) of the Regulations of Connecticut State Agencies* | "Hunting or carrying of firearms, archery equipment or other weapons, including but not limited to air rifles and slingshots, is not permitted in any state park or forest except as authorized by the Department of Energy and Environmental Protection. All carrying or use of weapons is subject to applicable provisions of the Connecticut General Statutes and regulations adopted thereunder." | 0829 |
| 114. | 2014 Legislative Report re: DEEP Staffing & Funding | | *[Intentionally left blank]* | |
| 115. | Photograph of Hammonasset Beach State Park | | *[Intentionally left blank]* | |
| 116. | Directive re EnCon Image | | *[Intentionally left blank]* | |
| 117. | Fort Trumbull Photograph | | *[Intentionally left blank]* | |
| | ***University Rules and Regulations*** | | | |
| 118. | 1655 A Copy of the Laws of Harvard College | Page 10, § 8 | "[N]oe students shall be suffered to have [a g]un in his or their chambers or studies, or keeping for theire use any where else in the town, or [i]f they be found to have such by the President or Theire Tutors, then they shall be admonished by the President or theire Tutors to put it away: which If they shall refuse to doe, the | 0985 |

| | | | | |
|---|---|---|---|---|
| | | | "President shall have power to take it quite away from them, and If they resist the President herein, they shall upon due proofe be expelled out of the College by the advise of the College overseers . . . ." | |
| 119. | 1745 Biographical Sketches of the Graduates of Yale College with Annals of the College History, Vol. II, May 1745 – May, 1763 | Page 8, § 14 | "If any Scholar Shall keep a Gun or Pistol, or Fire one in the College-Yard or College . . .  he Shall be fined not exceeding Two Shillings." | 0996 |
| 120. | 1810 Minutes of the Senatus Academicus of the State of Georgia, 1799-1842 | (86) | "And be it further ordained that no student shall be allowed to keep any gun, pistol, Dagger, Dirk sword cane or any other offensive weapon in College or elsewhere, neither shall they or either of them be allowed to be possessed of the same out of the college in any case whatsoever." | 1017 |
| 121. | 1830 Laws and Regulations of the College of William and Mary in Virginia | Page 19, § 29 | "Students are strictly forbidden to keep, or to have about their person, any dirk, sword or pistol." | 1023 |
| 122. | 1831 Constitution & Laws of the Institution of Learning under the Care of the Mississippi Presbytery, Oakland College | *Chapter XI*, Page 10, § 1 | "[W]earing or carrying a dirk or other deadly weapon . . . are offences; and shall be punished as hereinafter directed." | 1031 |

| 123. | 1832 – Laws of Waterville College, Maine | *Chapter VI, Page 11, § 6* | "No Student shall keep firearms, or any deadly weapon whatever. He shall bring no gunpowder upon the College premises . . . ." | 1038 |
|------|------|------|------|------|
| 124. | 1838 – University of North Carolina - Acts of the General Assembly and Ordinances of the Trustees | *Chapter V, Page 15, § 13* | "No Student shall keep . . . fire arms, or gunpowder. He shall not carry, keep, or own at the College, a sword, dirk, sword-cane, or any deadly weapon; nor shall he use fire arms without permission from the President." | 1059 |
| | *Laws Addressing Militias and Parades* | | | |
| 125. | 1820 New Hampshire Laws | *Chapter XXXVI, An Act for forming, arranging and regulating the Militia*, at 322, § 49 | "If any non-commissioner officer or private shall come on to any parade with his musket, rifle or pistol loaded with powder and ball, slugs or shot, he shall for such offence forfeit not less than two nor more than ten dollars[.]" | 1070 |
| 126. | 1866 Massachusetts Acts | *Chapter 219, at 197, § 120* | "A soldier who unnecessarily or without order from a superior officer comes to any parade with his musket, rifle or pistol loaded with ball, slug or shot, or so loads the same while on parade . . . shall forfeit not less than five nor more than twenty dollars." | 1073 |
| 127. | 1870 Louisiana Laws | *Militia, at 190, § 37 [Sec. 38]* | "A soldier, who unnecessarily or without order from a superior officer, comes to any parade with his musket, rifle or pistol loaded with ball, slug or shot, or so loads the same while on parade . . . shall forfeit not less than five nor more than twenty dollars[.]" | 1079 |
| 128. | 1873 Kentucky Laws | *Chapter 76, Militia, Article V, Fines and Penalties, at 669, § 3* | "A soldier who unnecessarily, or without order from a superior officer, comes to any parade with his musket, rifle, or pistol loaded with ball, slug, or shot, or shall so load the same while on duty . . . shall forfeit not less than one nor more than five dollars." | 1083 |
| 129. | 1873 Pennsylvania Laws | *Militia, at 1051, § 102* | "A soldier who unnecessarily, or without order from a superior officer, comes to any parade with his musket, rifle or pistol loaded with ball, slug or shot, or so loads the same while on parade . . . shall forfeit not more than twenty dollars[.]" | 1088 |
| | *Additional Exhibits* | | | |
| 130. | A&R Towpath Lease | | *[Intentionally left blank]* | |

| 131. | Chapter 230 of the Connecticut Public Acts | | *[Intentionally left blank]* | |
|---|---|---|---|---|
| 132. | Photo of Dinosaur State Park | | *[Intentionally left blank]* | |