UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ. | : | No. 3:23-cv-00056 (JBA) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| KATIE DYKES, *in her official capacity*, | : | |
| *Defendant*. | : | |

### DECLARATION OF TIMOTHY J. HOLZMAN

I, Timothy J. Holzman, declare:

1. I am a citizen of the United States and a Resident of Connecticut.

2. I am over 21 years of age.

3. I am an Assistant Attorney General for the State of Connecticut, and with my co-counsels, I represent Defendant Katie Dykes in her official capacity as the Commissioner of the Connecticut Department of Energy & Environmental Protection in this action.

4. I make this declaration in support of the Commissioner's Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction, for purposes of authenticating historical firearm restrictions obtained through publicly available databases such as HeinOnline,[1] the Repository of Laws maintained by the Duke Center for Firearms Law,[2] Google Books,[3] Hathi Trust Digital Library,[4] Gale Primary Sources,[5] and the Connecticut State Library's Digital

---

[1] *See* https://heinonline-org.cslib.idm.oclc.org/HOL/Welcome.
[2] *See* https://firearmslaw.duke.edu/repository/search-the-repository/.
[3] *See* https://books.google.com/.
[4] *See* https://www.hathitrust.org/.
[5] *See, e.g.,* https://go.gale.com/ps/i.do?p=MMLP&u=efgssf&id=GALE|DT0106130236&v=2.1&it=r&sid=bookmark-MMLP&sPage=310&asid=fa81e155 (Laws and Ordinances Governing the Village of Hyde Park); https://go.gale.com/ps/i.do?p=MMLP&u=efgssf&id=

1

Archives.[6]  True and accurate copies of those historical firearm restrictions obtained from such databases are included within Exhibits 1 through 129.  For ease of reference, the following table identifies the Exhibits that this declaration authenticates, by exhibit number.  Exhibits 104 through 117 and Exhibits 130 and 132 are authenticated by other means and are not addressed in this declaration.

| Number | Title |
|---|---|
| *Ordinances & Laws About Parks* ||
| 1. | 1858 Central Park, NY |
| 2. | 1866 Brooklyn, NY (Prospect Park) |
| 3. | 1868 Pennsylvania Laws |
| 4. | 1868 Prospect Park, Brooklyn, NY |
| 5. | 1870 Fairmount Park, PA |
| 6. | 1872 San Francisco, CA |
| 7. | 1873 Chicago, IL |
| 8. | 1875 Hyde Park, IL |
| 9. | 1878 Phoenixville, PA |
| 10. | 1881 Chicago, IL |
| 11. | 1881 St. Louis, MO |
| 12. | 1883 Danville, IL |
| 13. | 1883 Tower Grove Park, St. Louis, MO |
| 14. | 1886 Boston, MA |
| 15. | 1887 Reading, PA |
| 16. | 1888 Salt Lake City, UT |
| 17. | 1888-89 St. Paul, MN |
| 18. | 1890 Trenton, NJ |
| 19. | 1890 Williamsport, PA |
| 20. | 1891 Grand Rapids, MI |
| 21. | 1891 Lynn, MA |
| 22. | 1891 Springfield, MA |
| 23. | 1892 Peoria, IL |
| 24. | 1892 Spokane, WA |
| 25. | 1893 Pittsburgh, PA |
| 26. | 1893 Wilmington, DE |

---

GALE|DT0106230041&v=2.1&it=r&sid=bookmark-MMLP&sPage=150&asid=9ed1b829 (Revised Ordinances of the City of Danville).
[6] *See* https://cslib.contentdm.oclc.org/digital/.

| | |
|---|---|
| 27. | 1895 Canton, IL |
| 28. | 1895 Detroit, MI |
| 29. | 1896 Indianapolis, IN |
| 30. | 1896 Rochester, NY |
| 31. | 1898 Kansas City, MO |
| 32. | 1898 Wilmington, DE |
| 33. | 1899 Boulder, CO |
| 34. | 1902 Hartford, CT |
| 35. | 1902 New Bedford, MA |
| 36. | 1903 Lowell, MA |
| 37. | 1903 New York City, NY |
| 38. | 1903 Troy, NY |
| 39. | 1904 Houston, TX |
| 40. | 1904 Neligh, NE |
| 41. | 1904 Pueblo, CO |
| 42. | 1905 Harrisburg, PA |
| 43. | 1905 Haverhill, MA |
| 44. | 1905 Minnesota |
| 45. | 1905 Saginaw, MI |
| 46. | 1906 Chicago, IL |
| 47. | 1906 Denver, CO |
| 48. | 1906 Los Angeles, CA |
| 49. | 1907 Olean, NY |
| 50. | 1907 Seattle, WA |
| 51. | 1909 Memphis, TN |
| 52. | 1909 Oakland, CA |
| 53. | 1909 Paducah, KY |
| 54. | 1910 Staunton, VA |
| 55. | 1911 Colorado Springs, CO |
| 56. | 1912 New York City, NY |
| 57. | 1914 Connecticut |
| 58. | 1914 Grand Rapids, MI |
| 59. | 1914 New Haven, CT |
| 60. | 1917 Birmingham, AL |
| 61. | 1917 Joplin, MO |
| 62. | 1917 Wisconsin |
| 63. | 1918 Connecticut |
| 64. | 1920 Salt Lake City, UT |
| 65. | 1921 Burlington, VT |
| 66. | 1921 North Carolina |
| 67. | 1922 Chattanooga, TN |
| 68. | 1924 Connecticut |

| | |
|---|---|
| 69. | 1897 – 1936 Compiled Firearms Regulations for Federal National Parks |
| 70. | 1936 Federal National Parks Regulation |
| *Laws Addressing Hunting and Firearms on Another's Property* ||
| 71. | 1721 Pennsylvania Acts |
| 72. | 1722 New Jersey Acts |
| 73. | 1771 New Jersey Acts |
| 74. | 1865 Louisiana Acts, Extra Session |
| 75. | 1866 Kentucky Acts |
| 76. | 1869 North Carolina Laws |
| *Laws Addressing Sensitive Places* ||
| 77. | 1776 Delaware Constitution |
| 78. | 1786 Virginia Acts |
| 79. | 1787 New York Laws |
| 80. | 1792 North Carolina Statutes |
| 81. | 1797 New Jersey Acts |
| 82. | 1831 Louisiana Ordinances |
| 83. | 1869 Tennessee Acts |
| 84. | 1870 Georgia Acts and Resolutions |
| 85. | 1870 Louisiana Acts |
| 86. | 1870 Texas Laws |
| 87. | 1874 Maryland Laws |
| 88. | 1874 Missouri Laws |
| 89. | 1874 Texas Laws |
| 90. | 1878 Mississippi Laws |
| 91. | 1879 Missouri Laws |
| 92. | 1880 Mississippi Laws |
| 93. | 1882 New Orleans Laws and Ordinances |
| 94. | 1886 Maryland Laws |
| 95. | 1889 Arizona Acts |
| 96. | 1889 Idaho Laws |
| 97. | 1890 Oklahoma Statutes |
| 98. | 1892 Mississippi Laws |
| 99. | 1892 Vermont Acts |
| 100. | 1893 Oklahoma Statutes |
| 101. | 1901 Arizona Acts |
| 102. | 1903 Montana Acts |
| 103. | 1907 Montana Laws |
| *University Regulations* ||
| 118. | 1655 Laws of Harvard College |
| 119. | 1745 Laws of Yale College |
| 120. | 1810 Minutes of the Senatus Academicus of the State of Georgia |
| 121. | 1830 Laws and Regulations of the College of William and Mary |

| 122. | 1831 Oakland College (Miss Presbytery) |
|---|---|
| 123. | 1832 Laws of Waterville College Maine |
| 124. | 1838 University of North Carolina - Acts of the General Assembly and Ordinances of the Trustees |
| *Laws Addressing Militia and Parades* | |
| 125. | 1820 New Hampshire Laws |
| 126. | 1866 Massachusetts Acts |
| 127. | 1870 Louisiana Laws |
| 128. | 1873 Kentucky Laws |
| 129. | 1873 Pennsylvania Laws |

Pursuant to 28 U.S.C. § 1746, I, Timothy J. Holzman, state under penalty of perjury that the foregoing declaration is true and accurate to the best of my knowledge, information, and belief.

Executed:  March 30, 2023              */s/ Timothy J. Holzman*
                                       Timothy J. Holzman