# Exhibit 50

# THE

# Charter of the City of Seattle

Adopted at the General Election March 3, 1896
as Amended in 1900, 1902, 1904, 1906 and 1908

AND THE

# Ordinances of the City of Seattle

From December 1, 1869, to November 1, 1907

———

ARRANGED, ANNOTATED AND INDEXED
By
## CHARLES S. GLEASON
Of the Seattle Bar

PUBLISHED BY AUTHORITY OF THE CITY OF SEATTLE

———

SEATTLE
LOWMAN & HANFORD STATIONERY AND PRINTING COMPANY
1908

0273

## ORDINANCE NO. 16066.

**AN ORDINANCE** directing the issuance of triplicate bills for labor or materials furnished by the City of Seattle to various persons and prescribing the manner of issuance, correction and payment of said bills. Approved May, 27, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1. **All Bills of the City to be Made in Triplicate:**—That when any department of the City of Seattle shall furnish any labor or material to any person, said department shall render a bill for said labor or material as follows:

Bills of each department to be issued in triplicate and to bear consecutive numbers.

The original of said bill to be forwarded to the person receiving said labor or material.

The duplicate of said bill to be forwarded, forthwith to the City Treasurer.

The triplicate of said bill to be retained by the department issuing the same.

Sec. 2. **Correcting Bills:**—That the head of the department issuing any of said bills be and hereby is authorized to correct said bills at any time prior to their payment by the issuance of credit vouchers directed to the City Treasurer.

Sec. 3. **Treasurer to Preserve and Account for Bills:**—That the City Treasurer be and hereby is directed to preserve said duplicate bills and render proper accounting therefor and to notify each of the various departments as to the payment of said bills upon request of said department.

Sec. 4. **Credit Vouchers:**—That, when any credit voucher shall have been issued correcting any of said bills, the City Treasurer be and hereby is directed to deduct the amount of said credit voucher from the face of said bill and accept the remaining amount thereof as full payment.

## ORDINANCE NO. 16081.

**AN ORDINANCE** regulating the use and occupation of and the conduct of persons in or upon streets, avenues, ways, boulevards, drives, places, alleys, sidewalks, parking strips, squares, triangles, comfort stations, school grounds, play grounds, recreation grounds, parks, park ways, park boulevards, park drives, park paths, and public places and wharves, station grounds and rights of way open to the use of the public, and the space above or beneath the surface of the same, and providing for the control of the same, and for the safety, comfort and convenience of the public in the use of the same and providing penalties for violations thereof. Approved May 31, 1907.

Be it ordained by the City of Seattle as follows:

Sec. **1.. Words and Phrases Defined:**—The words "public place" wherever used in this ordinance shall, when necessary, be held and construed to mean and include streets, avenues, ways, boulevards, drives, places, alleys, sidewalks and parking strips, squares, triangles and public play grounds, comfort stations, school grounds, recreation grounds, parks, park ways, park

Case 3:23-cv-00056-JBA   Document 23-5   Filed 03/30/23   Page 4 of 203

boulevards, park drives, park paths and wharves, station grounds and rights of way open to the use of the public, and the space above or beneath the surface of the same; the word "street" shall, when necessary, be held and construed to mean and include streets, avenues, ways, boulevards, drives, places, alleys, sidewalks and parking strips; the word "park" shall, when necessary, be held and construed to mean and include parks, squares, triangles, comfort stations, school grounds, play grounds, recreation grounds, park drives, park boulevards, park paths and park ways; the word "person" shall, when necessary, be held and construed to mean and include natural persons of either sex, associations, co-partnerships and corporations, whether acting by themselves or by a servant, agent or employee; the singular number shall, when necessary, be held and construed to include the plural and the masculine pronoun to include the feminine; the word "vehicle" shall be held and construed to mean and include wagons, carts, carriages, trucks, automobiles and all vehicles drawn by animals or propelled by steam, electricity, gas or other motive power.

Sec. 2. **Awnings, Permit for, Required**:—It shall be unlawful for any person to construct or maintain, in or over any public place, any awning, without complying with all the provisions of this ordinance in relation thereto, and obtaining and having a permit from the Board of Public Works so to do.

Sec. 3. **Awning Permit, How Obtained**:—In order to obtain the permit provided for in the preceding section, the owner of any premises abutting upon any public place, desiring such permit, shall file with the Board of Public Works an application in writing therefor, which application shall contain an accurate description of the portion or portions of the public place desired to be occupied and the nature and character of the awning which it is desired to construct or maintain therein, and the Board of Public Works, if they shall find that such awning can be constructed or maintained without unduly interfering with or obstructing the use of such public place, may, in their reasonable discretion, grant a permit to construct or maintain such awning in accordance with the provisions of the next succeeding section.

Sec. 4. **Awnings, How Constructed and Maintained**:—All awnings to be constructed or maintained under the provisions of this ordinance, shall be constructed either of a metal frame with canvas covering or of wire glass and other fire proof materials. The lowest point of any awning shall not be less than eight (8) feet above the sidewalk, and no cloth, drapery, sign or other thing shall be attached to or suspended from such awning. The frames and supports of all awnings shall be securely attached to the walls of the building from which they project, by wrought iron or steel brackets or steel chains, but shall not receive their support from beneath by the use of posts or other similar devices, except as herein provided. All awnings, other than canvas covered awnings, shall be provided with metal conductors for water, draining back to the property line and connected with the sewer in the manner provided by the plumbing ordinances of the City, and shall be constructed of wire glass and other fire proof materials, reasonably uniform in appearance and ornamental in design and shall project as nearly horizontal from the building to which they are attached as is practicable, and shall be well lighted by electricity, according to the directions of the Board of Public Works, and shall project from the property line not more than nine (9) feet; provided, that such awnings erected over the entrances of assembly halls, theatres, hotels or railway stations may project to the curb line. The roofs of all such awnings shall be of wire glass, and in case

Case 3:23-cv-00056-JBA    Document 23-5    Filed 03/30/23    Page 5 of 203

Sec. 80.  **Booths, etc., in Public Places:**—It shall be unlawful for any person to place, set up, keep or maintain any booth, stand, table, box, board, shelf, vehicle or other object for the purpose of selling, giving away or distributing therefrom any article or thing, or exhibiting any animal, bird, curiosity, device or thing, or advertising anything whatsoever, in any public place.

Sec. 81.  **Advertising in Public Places:**—It shall be unlawful for any person to have, drive or stand in any public place, any vehicle used exclusively for advertising, or any show board, placard, banner, sign, advertisement, picture or other device, or to lead, drive, ride or stand any animal or animals on which is placed or carried, or to which is attached any banner, sign, advertisement, picture or other device, for advertising any business, calling, occupation, firm, dealer, place of amusement, exhibition, show, event or amusement.

Sec. 82.  **Barbed Wire Fences Along or Exposed to Public Places:**—It shall be unlawful for any person to place, build, construct or maintain, or cause, permit or allow to be placed, built, constructed or maintained, any barbed-wire fence along and abutting upon the marginal line of any public place, or upon any premises abutting upon any public place, unless said premises are enclosed and separated from such public place in such a manner as to prevent persons or animals using or occupying such public place from coming in contact with such barbed-wire fence.

Sec. 83.  **Obstruction Upon Sidewalks From Abutting Property:**—It shall be unlawful for any person, owning or occupying any property abutting upon or contiguous to any public place, to allow or permit any earth, rock, stones, trees, logs, stumps or other substances to cave, fall, crumble, slide, accumulate or be otherwise deposited from any such premises upon any public place, or having been so deposited, to be or remain thereon.

Sec. 84.  **Use of Sidewalks by Merchants:**—It shall be unlawful for any person to place, or cause or suffer to be placed, by any person in his employ or under his control, any merchandise or wares of any nature on any sidewalk in front of or alongside of his place of business for the purpose of display or for any other purpose, except while in the actual course of receipt or delivery, or to use any portion of any sidewalk for the purpose of measuring, packing or weighing goods for sale.

Sec. 85.  **Burning Materials Containing Metallic Substances in Public Places:**—It shall be unlawful for any person to burn any lumber, rubbish or other materials containing nails, wire or other metallic substances, in any public place.

Sec. 86.  **Storing Fire Wood, etc., in Public Places:**—It shall be unlawful for any person to place or permit any fire-wood, coal, chattles or merchandise in any public place, except while removing the same into or out of the premises adjoining such public place, or to keep any bunker or box for the storage of wood, coal, chattles or merchandise, in any public place.

Sec. 87.  **Playing Ball or Throwing Stones in Public Places:**—It shall be unlawful for any person to play ball or throw any ball to and fro on any paved street, or throw stones or other missiles in any public place.

Sec. 88.  **Throwing Articles Liable to Produce Injury, Into Public Places:**—It shall be unlawful for any person to throw or deposit, in any public place, any broken glass, crockery, nails or any substance whatever whereby the feet of horses or other animals, or the tires of automobiles or other vehicles may be injured.

0276

Sec. 89. **Throwing Refuse Matter Into Public Places:**—It shall be unlawful for any person to throw or deposit, or cause to be thrown or deposited, on any public place, any coal, hair, shreds, rags, manure, shells, ashes, garbage, paper or other refuse matter, or any solids or liquids, animal or vegetable matter or any substance whatever.

Sec. 90. **Throwing or Permitting Liquids to Flow Upon Public Places:** —It shall be unlawful for any person to throw or flow, or allow or permit to be thrown or to flow, upon any public place, any water or other liquids which cause a noxious effluvia or any filthy water, or to permit any flow of water from premises under his control, on or over any public place.

Sec. 91. **Sprinkling Paved Streets in the Day Time:**—It shall be unlawful for any person to throw, spatter or sprinkle any water upon any planked or paved street between the hours of nine (9) o'clock before noon and five (5) o'clock after noon.

Sec. 92. **Obstruction of Sidewalks and Public Places by Waste Material:** —It shall be unlawful for any person to throw on any sidewalk any vegetable or fruit or other substance liable to cause any person injury, or to throw upon or into any public place, or in any gutter, any kitchen refuse, paper, sweepings or other substance liable to close up or choke any gutter, or to permit any accumulation of snow or ice upon any planked or paved sidewalk in front of any premises owned or occupied by him.

Sec. 93. **Obstructing Public Places by Structures or Chattles:**—It shall be unlawful for any person to build, construct, place, maintain, occupy, throw, leave, cast, tie or put, or cause to be built, constructed, placed, maintained, occupied, thrown, left, cast, tied or put, except under and in accordance with the provisions of this ordinance, in any public place, any structure, fence, post, rope, chain, rail, wire, box, barrel, keg, fire-wood, coal, chattles, merchandise, vehicle, animal or any object or thing which is an obstruction to the free use of such public place or which may be an inconvenience to the use thereof, or which may encroach thereon.

Sec. 94. **Driving in Parks Except on Park Ways; Certain Vehicles Excluded From Parks:**—It shall be unlawful for any person to drive or propel any vehicle, or ride or drive any horse or other animal in, over or through any park, except along and upon park drives, park ways and park boulevards, or to drive or propel along or over any park drive, park way or park boulevard any heavily laden vehicle or any vehicle carrying or ordinarily used in carrying merchandise, goods, tools, material or rubbish or any market wagon, milk wagon, dirt cart, moving van, dray or truck, or any hearse, or any vehicle carrying the body of a deceased person, or any carriage or other vehicle being a part of a funeral procession going to or returning from any cemetery.

Sec. 95. **Speed Limit on Park Ways:**—It shall be unlawful for any person to drive or propel over or along any park drive, park way or park boulevard any vehicle, or to ride or drive any horse or other animal, or any bicycle, tricycle or autocycle at a greater rate of speed than twelve (12) miles per hour along any tangent or any curve of a less degree of curvature than twelve (12) degrees, or having a radius of more than four hundred and seventy-eight (478) feet, or at a greater rate of speed than six (6) miles per hour along any curve of a greater degree of curvature than twelve (12) degrees, or having a radius of less than four hundred and seventy-eight (478) feet.

Sec. 96. **Structures and Advertising in Parks:**—It shall be unlawful for any person to place or erect any structure, sign, bulletin board, post, pole or

advertising device of any kind whatever in any park, or to attach any notice, bill, poster, sign, wire, rod or cord to any tree, shrub, fence, railing, post or structure within any park; provided, that the Board of Park Commissioners may permit the erection of temporary decorations on occasions of public celebration or holidays.

Sec. 97.  **Destruction or Mutilation of Park Property:**—It shall be unlawful for any person to remove, destroy, mutilate or deface any structure, monument, statue, vase, fountain, wall, fence, railing, vehicle, bench, tree, shrub, fern, plant, flower or other property in any park.

Sec. 98.  **Occupying Borders, etc., in Parks:**—It shall be unlawful for any person to walk, stand or sit on any borden, flower bed, monument, vase, fountain, railing or fence in any park.

Sec. 99.  **Dogs in Parks:**—It shall be unlawful for any person to allow or permit any dog or other animal to run at large in any park, or enter any of the lakes, ponds, fountains or streams therein.

Sec. 100.  **Fire Arms and Explosives in Parks:**—It shall be unlawful for any person to shoot, fire or explode any fire-arm, fire works, fire crackers, torpedoes or explosives of any kind or to carry any fire-arm in any park.

Sec. 101.  **Molesting Animals in Parks:**—It shall be unlawful for any person to in any manner tease, annoy, disturb, molest, catch, injure or kill, or to throw any stone or missile of any kind at, or strike with any stick or weapon any animal, bird, fowl or fish in any park.

Sec. 102.  **Peddlers, etc., Excluded From Parks:**—It shall be unlawful for any person to be or act as or ply the vocation of a solicitor, agent, vagrant, peddler, fakir, mendicant, beggar, strolling musician, organ grinder, exhortor, showman or boot black in any park.

Sec. 103.  **Public Meetings in Parks:**—It shall be unlawful for any person to hold any public meeting or gathering, or to make any public speech in any park, except upon written permission from the Board of Park Commissioners.

Sec. 104.  **Horses in Parks; Hitching and Leaving Unguarded:**—It shall be unlawful for any person to hitch any horse or other animal to any tree, shrub, fence, railing or other structure, except such as are provided for that purpose, or to allow any horse or other animal to remain unhitched beyond the reach of the driver or attendant, in any park.

Sec. 105.  **Games of Chance in Parks:**—It shall be unlawful for any person to conduct or carry on any game of chance in any park.

Sec. 106.  **Disorderly Conduct in Parks:**—It shall be unlawful for any person to use loud, profane, obscene, boisterous or insulting language, or to be guilty of any disorderly, lewd or lascivious conduct of any kind in any park.

Sec. 107.  **Intoxicated Persons in Parks:**—It shall be unlawful for any intoxicated person to enter or remain within any park.

Sec. 108.  **Use of Lakes in Parks:**—It shall be unlawful for any person to place any boat, float, raft or other water craft in or upon any lake, pond or stream in any park, or to land at any point or place upon the shores of the lakes or ponds in or bordering upon any park, except at places designed or designated as landing places, or to occupy in any manner the slopes between the water line and the foot paths.

Sec. 109.  **Picnics in Parks:**—It shall be unlawful for any person to picnic or lunch in any park, except at those places set apart and allotted as picnic grounds.

Sec. 110. **Bicycles in Parks**:—It shall be unlawful for any person to ride any bicycle, tricycle or autocycle over or through any park, except along and upon the park drives, park ways, park boulevards and upon paths set apart and designated as "Bicycle Paths."

Sec. 111. **Athletic Games in Parks**:—It shall be unlawful for any person to play at any game of base ball, foot ball, golf, cricket, LaCrosse, polo, hockey or other game of like character in any park, except at the place or places set apart and designated as grounds for such games and athletic sports, and then only upon securing a permit from the Board of Park Commissioners.

Sec. 112. **Swinging Scaffolds Over Public Places**:—It shall be unlawful for any person to hang, maintain, use or operate any swinging scaffold over any public place, without the same shall be provided with a guard rail on each side thereof, not less than three (3) inches high, to prevent tools, material or other things from sliding and falling therefrom, or without obtaining and having a permit so to do from the Superintendent of Streets.

Sec. 113. **Hoisting Safes, etc., in Public Places**:—It shall be unlawful for any person to hoist any safe or other article in any public place for the purpose of conveying the same into any building, between the hours of eight (8) o'clock a. m. and eight (8) o'clock p. m., or at any time without roping off a space, not less than twenty (20) feet square, immediately beneath where such article is being hoisted and maintaining a watchman on each side thereof to prevent persons from passing or going within such space, or without obtaining and having a permit so to do from the Superintendent of Streets.

Sec. 114. **Penalties**:—Any person who shall violate or fail to comply with any of the provisions of this ordinance, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine in any sum not exceeding one hundred (100) dollars, or by imprisonment in the city jail for a term not exceeding thirty (30) days, or by both such fine and imprisonment, and each day any such person shall continue to violate or fail to comply with any of the provisions of this ordinance, shall be deemed and considered a separate offense, and in addition to the penalty hereinabove provided for violations of this ordinance, any failure, neglect or refusal to comply with any of the terms of this ordinance shall be deemed a nuisance, any may be abated in the manner provided by the ordinances of the City of Seattle for the abatement of nuisances.

Ordinance No. 8576 prescribes a condition which must be contained in all permits issued by the Board of Public Works.

Charter, IV., Sec. 18, Subs. 7, 31 and 36; XIII., Sec. 3.

## ORDINANCE NO. 16084.

**AN ORDINANCE** providing for the licensing of engineers of steam engines and boilers, fixing the amount of the license fee, providing penalties for violations of this ordinance. Approved May 31, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1. **Operating Steam Boilers, License for, Required**:—No person shall have charge of or operate a steam engine or steam boiler in the City of Seattle without first obtaining a license therefor from the City Comptroller, which license shall be effective for the period of one year. Said license shall be renewed on or before the date of the expiration thereof upon the payment of a license fee of two (2) dollars.

# Exhibit 51

# A DIGEST

OF THE

# LAWS, ORDINANCES, etc.

AND

# CONTRACTS

OF THE

# CITY OF MEMPHIS, Tenn.

CONTAINING ALL LAWS, ORDINANCES AND
CONTRACTS PASSED AND ENTERED INTO
UP TO AND INCLUDING JUNE 30TH, 1909.

---

COMPILED BY

### H. DOUGLASS HUGHEY

Pursuant to the following resolution adopted by the Board of Fire
and Police Commissioners of the City of Memphis, July 31, 1907.

---

"WHEREAS, It is provided in the City Charter that a Digest of
the local laws shall be prepared at least once in five years, and
oftener if deemed necessary by the Board of Fire and Police Com-
missioners; and,

"WHEREAS, The last Digest was issued in 1902, and a new Digest
is now needed; therefore,

"*Resolved*, That the City Attorney be directed to prepare a new
City Digest modeled on the plan of Walker's Digest of 1898, the
work to be done as soon as practicable.

"In preparing the Digest, the Attorney is directed not to in-
corporate therein the city contracts now embraced in Watkins'
Digest of 1902, beginning at page 533 of said Digest; but city
contracts of general and lasting character, and especially those
modifying or changing the above contracts now appearing in
Watkins' Digest, will be incorporated in the new Digest.

"The matter under the head of 'Decisions of State and Federal
Courts Relating to the City of Memphis,' commencing at page
105 of Watkins' Digest, and ending with page 160, will also be
omitted.

"A careful index of the contents of the Digest will also be pre-
pared."—(Minute Book "B," Fire and Police Commission, p. 132.)



CITY ORDINANCES.                              657

Sec. 1127.  The Board of Fire and Police Commissioners, and Improvement.
any park commission hereafter established, shall, as soon as
practicable, commence the improvements of said tract of land,
and take such steps as are practicable to render said land suit-
able for a public park.

## ARTICLE 67.

### PARKWAYS.

Sec. 1128.  That the Park Commission be and is hereby author- Park
Commission
ized to obtain, establish and construct a system of parkways or to establish
parkways.
boulevards in and around the City of Memphis, and said Com-
mission to have full and complete control over said parkways and
boulevards.

Sec. 1129.  Said Commission shall have the power to purchase, Condemnation
of right-of-
by private negotiation, or acquire by condemnation, the neces- way.
sary lands and property for the establishment and construction
of said parkways and boulevards, and is hereby authorized to
institute and prosecute, in the name of the city, such condemna-
tion suits as may be necessary.

Sec. 1130.  Said Park Commission shall have the same author- Control of
parkways.
ity and control of said parkways and boulevards as has hereto-
fore been given them over the several parks of the city.[1]

## ARTICLE 68.

### (Passed March 4, 1909.)

AN ORDINANCE To regulate and control the use of parks and
parkways in the City of Memphis and to declare certain acts
therein to be misdemeanors.

Sec. 1131.  *Be it ordained by the Legislative Council of the
City of Memphis*, That it shall be a misdemeanor for any person
or persons to commit the following acts, to-wit:

---

1 Sections 1128 to 1130, inclusive, passed November 5, 1903.

RULES FOR PARKS AND PARKWAYS.

**To injure trees, plants, etc.**   1.  To cut, break or in any way injure or deface any tree, plants or grass; pick any flowers, leaves, nuts, wild or cultivated, or carry flowers through the parks.

**Paper and refuse.**   2.  To throw or leave any paper, refuse or rubbish on any of the lawns or walks.

**Peddling in parks.**   3.  To expose any article for sale or exhibition, unless previously licensed by the department of parks therefor.

**Post bills, erect platforms, etc.**   4.  To post any bill, placard, notice or other paper upon any structure.  To erect any structure, stand or platform, or hold any meetings without previous permission therefor from the Commissioners.

**Insulting language, etc.**   5.  To use threatening, abusive or insulting language, or commit any obscene or indecent act thereon, or any act tending to a breach of the public peace.

**Vehicle for hire, etc.**   6.  To stand any coach, carriage, wagon, cart or other vehicle for hire without previous license, and then only at such place as shall be indicated and allowed by the Commissioners.

**Stock in parks.**   7.  To allow to go at large any horse or other animal, except that dogs may be allowed therein when led by a chain or proper dog-string not exceding six feet in length.

**Pond or lakes.**   8.  To bathe or fish in any of the waters or fountains, or cast any substance therein, or disturb or interfere in any way with the fish, birds or animals within such public parks, parkways, squares or places.

**Miscellaneous.**   9.  To throw stones or other missiles, or beg or publicly solicit subscriptions or contributions, or tell fortunes, or play games of chance, or make any harangue, or climb upon any wall, fence, shelter, seat, statue or other erection.

CITY ORDINANCES.

RULES FOR PARKS AND PARKWAYS.

10.  To drive any automobile, horseless or other vehicle upon Speed limit. or over the drives at a greater rate of speed than eight miles an hour.

11.  To stop any automobile or other vehicle near any of the Automobiles. music stands or other places, in or about any of the parks, parkways, plazas, concourses, circles or squares, where any number of persons are accustomed to congregate, or where such vehicles would be a source of danger to life and limb, except at such places as are designated by the Commissioners.

12.  To carry garbage, ashes, manure, coal, stone and other Garbage carts. material over any of the parkways or through such parks, circles, squares or concourses, except when such is to be removed from or delivered to residences fronting on any of the above parkways, etc., the vehicle collecting or delivering such material must leave the parkway as soon as such work is accomplished.

13.  To fire or carry any firearms, firecrackers, torpedo or Fire arms, etc. Public fireworks, or make a fire, or make any oration, or conduct any gatherings. religious or other meeting or ceremony within any of the parks, parkways, squares or places without special permission from the Commissioners.

14.  To enter or leave the parks except at the established Entrances to parks, etc. entranceways; or enter or remain therein after 12 o'clock at night, except as, on special occasions, use thereof may be authorized beyond the regular hours.

15.  To use the drives except by persons in pleasure vehicles, Drives— rate of speed. on bicycles or on horseback; the bridle paths only by persons on horseback. Animals to be used on either shall be well broken, and constantly held in such control that they may be easily and quickly turned or stopped; they shall not be allowed to move at a rate of speed on the drives or bridle paths of more than eight miles an hour; and when it shall be deemed necessary to

660                          CITY ORDINANCES.

RULES FOR PARKS AND PARKWAYS.

safety, good order, or the general convenience that the speed of
an animal or vehicle should be checked, or that it should be
stopped, or its course altered, and the officer on duty shall so
direct, by gesture or otherwise, such direction shall be obeyed;
and no horse or other beast of burden or automobile shall be
driven or suffered to stand anywhere except on the drive.

Rules—use of parks and parkways.

Sec. 1132.  The following rules shall obtain in the use of the
parks and parkways in the City of Memphis, or belonging to the
City of Memphis, by persons on horseback or in vehicles:

Vehicles to carry lamp.

1.  All vehicles must carry a lighted lamp, showing a white
light ahead, from thirty minutes after sunset until thirty minutes
before sunrise.

Vehicle passing others.

2.  All vehicles and horsemen when passing another vehicle
or horseman going in the same direction, must keep to the left
and leave the vehicle or horseman they are passing on the right
hand.

Going slow.

3.  All vehicles or horsemen going at a walk or slow trot must
keep near the curbstone or gutter on the right-hand side of
the road; those going more rapidly must keep nearer the middle
of the road.

Stopping.

4.  No vehicle shall stop for any purpose without drawing up
to the curbstone or gutter, and always on the right-hand side of
the road.

Side of drives.

5.  On all drives and parkways where grass plots divide the
drive, all vehicles and horsemen must keep on the right-hand side
drive or bridle path.

Cyclists.

6.  Cyclists must not coast in the parks, nor on the parkways,
or bicycle paths, and must keep their feet on the pedals and
their hands on the handle bars; must not mount nor dismount.
except on the extreme right of the roads or bicycle paths.

CITY ORDINANCES.                                              661

7.  Riding more than two abreast is prohibted.

8.  Instruction in operating automobiles, bicycles, tricycles, velocipedes or other such vehicles of propulsion, and all trick or fancy riding on the same, is prohibited in the parks and parkways at all times. *Automobiles, etc.*

Sec. 1133.  It shall be unlawful for any person, persons, firm or corporation to erect or have erected any telephone, telegraph, electric or other poles and wires in any of the parks or parkways in the City of Memphis, except with a written permit from the Park Commission, given at a regular meeting, which permit shall only be given to continue during the will and pleasure of the said Park Commission, or its successors. *Telephone poles, etc.*

Sec. 1134.  That any person, persons, firm or corporation erecting or causing to be erected any poles or wires contrary to the provisions of Section 1133 of this ordinance, shall be guilty of a misdemeanor, and, upon conviction, shall be fined not less than $1 nor more than $50.

Sec. 1135.  The following rules shall obtain in the use of the Speedway between Evergreen and Trezevant avenues: *Speedway— use of restricted.*

1.  The use of the Speedway is restricted to light vehicles of the classes known as buggies, runabouts, surreys and other like vehicles adapted to the speeding of light harness horses, seating not more than four persons and drawn by one or two horses, except by permission of the Commissioners.

2.  Speeding on Sundays and holidays, and after 3 o'clock p.m. on other days, will be permitted in one direction—from west to east only.   Turning is forbidden except at the ends of the Speedway. *Speeding.*

3.  When not speeding, drivers must keep closely to the right-hand side of the road and keep moving.

662                            CITY ORDINANCES.

SUBDIVISIONS.

Loud shouting.   4.  Loud shouting to make horses break or to urge them on is strictly forbidden.

Hobbles forbidden.   5.  The use of hobbles, or similar other device or apparatus, to fetter or connect the legs of horses, for the purpose of restricting or hampering their motion or gait, is forbidden.

Sec. 1136.  *Be it further ordained*, That any person or persons failing or refusing to observe the rules and regulations set out in Sections 1131 to 1136, inclusive, of this ordinance shall be guilty of a misdemeanor and upon conviction shall be fined not less than $1 nor more than $50.[1]

## ARTICLE 69.

### SUBDIVISION ORDINANCE.

Submit plan of subdivisions to Council.   Sec. 1137.  Hereafter when the owner of any land situated within the limits of the city shall determine to subdivide the same into lots and dedicate streets and alleys to the public use, it shall be the duty of such owner to submit a full and complete plan and map of such subdivision to the Legislative Council for its approval.  If the Legislative Council shall approve such plan, the same shall be put of record and the Council may by resolution accept the dedication of such streets and alleys, and establish the same as public highways.  If the Council disapproves the plan of such subdivision, the owner shall be notified thereof, and he shall be advised of the changes which the Council directs to be made.  If the owner refuses to make such changes and records in the plat as prepared by him, the Council may by ordinance or resolution close up the streets and alleys as laid out by such owner; and if it is desirable to open streets and alleys through such land, the Council may order the City Attorney to institute condemnation proceedings for the opening of streets and alleys in accordance with the plan chosen by the Council.

---

1 Sections 1131 to 1136, inclusive, passed March 4, 1909.

0287

# Exhibit 52

# GENERAL

# Municipal Ordinances

—OF THE—

## City of Oakland, Cal.

IN EFFECT NOVEMBER 1st, 1909

COMPILED AND ANNOTATED
BY AUTHORITY OF THE CITY COUNCIL.

Generated on 2023-02-10 01:38 GMT / https://hdl.handle.net/2027/hvd.32044020036240
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

**14**        GENERAL MUNICIPAL ORDINANCES

thence running Westerly along the Northerly line of First
street to a point where the said Northerly line of First street
intersects the Westerly line of Magnolia street; thence run-
ning Westerly in a straight line to a point where the Easterly
line of the right of way of the Southern Pacific Company in-
tersects the Northerly line of Seventh street; thence running
Northerly along the Eastern boundary line of the right of way
of the Southern Pacific Company to a point where the same
intersects the Northerly Charter Line of the City of Oakland
and the Southerly boundary line of the Town of Emeryville
and point of beginning.

SEC. 2.   The Superintendent of Fire Alarm and Police Tele-
graph is hereby directed to report to the Council of the City
of Oakland all violations of the provisions of this ordinance.

SEC. 3.   Any person, firm or corporation violating any of
the provisions of this ordinance shall be punished by a fine
of not less than one hundred ($100) dollars nor more than
five hundred ($500) dollars, and in case said fine be not paid,
then by imprisonment at the rate of one (1) day for each two
(2) dollars of said fine so imposed and unpaid.

SEC. 4.   This ordinance shall be in full force and effect
ninety (90) days after its approval.

SEC. 5.   All ordinances and parts of ordinances in conflict
with this ordinance are hereby repealed.

(Approved Oct. 28, 1909.   Vol. 8, p. 165.)

---

## ORDINANCE NO. 2967.

*An Ordinance Regulating the Use of the Parks and Places
Under the Control of the Park Commission and Provid-
ing a Penalty for Violation Thereof.*

*Be It Ordained by the Council of the City of Oakland, as fol-
lows:*

SECTION 1.   No person shall throw any dead animal or of-
fensive matter or substance of any kind upon the grounds of
any of the parks under the control of the Park Commission.

SEC. 2.   No person shall injure, deface or destroy any
notices, rules, or regulations for the government of the parks,
posted or in any other manner permanently fixed by order
or permission of the Park Commission.

SEC. 3.   No person shall be permitted to bring led horses
within the limits of the parks under the control of the Park
Commission, or a horse that is not harnessed and attached to
a vehicle, or mounted by an equestrian.

Generated on 2023-02-10 01:38 GMT  /  https://hdl.handle.net/2027/hvd.32044020036240
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

 Original from
HARVARD UNIVERSITY

SEC. 4.   No military or other parade or procession or funeral shall take place, or pass through the limits of the parks under the control of the Park Commission, without the order or permission of the Park Commissioners.

SEC. 5.   No person shall engage in any play, at baseball, cricket, shinney, football, croquet, or at any other game, with ball and bat, within the limits of the parks under the control of this Commission, except on such grounds only as shall be specially designated for such purpose.

SEC. 6.   No person shall be permitted to use the shores of Lake Merritt as a landing place for boats, or keep thereat boats for hire, or floating boathouses with pleasure boats for hire, except by special order or permission of the Park Commissioners, and only at places designated by and under restrictions determined upon by said Commissioners.

SEC. 7.   No regatta or boat race by clubs shall take place upon Lake Merritt without special permission granted by the Park Commission.

SEC. 8.   No person shall turn loose into the parks controlled by this Commission any cattle, goats, swine, horses, or other animals.

SEC. 9.   No person shall carry firearms, or shoot birds or throw stones or other missles within the boundaries of the parks controlled by the Park Commission.

SEC. 10.   No person shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures, or statuary or foul any fountains or springs within the parks controlled by the Park Commission.

SEC. 11.   No person shall drive or ride within the boundaries of the parks controlled by the Park Commission at a rate exceeding seven miles an hour.

SEC. 12.   No person shall ride or drive within the limits of the parks controlled by the Park Commission upon any other than the avenues and roads therefor.

SEC. 13.   No coach or vehicle used for hire shall stand upon any part of the parks controlled by the Park Commission for the purpose of hire, nor except in waiting for persons taken by it into the parks, unless in either case at points designated by the Park Commission.

SEC. 14.   No wagon or vehicle of burden or traffic shall pass through the parks, except upon such road or avenue as shall be designated by the Park Commissioners for burden transportations.

SEC. 15.   No person shall expose or display any article for sale within the parks without the order or permission of the Park Commission.

Generated on 2023-02-10 01:37 GMT / https://hdl.handle.net/2027/hvd.32044020036240
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
HARVARD UNIVERSITY

SEC. 16.   No gaming shall be allowed in the parks, nor any obscene or indecent act therein.

SEC. 17.   No person shall fish in or disturb the water fowl in Lake Merritt, or in any pond, or birds in any part of the parks, nor discharge any fire-arms therein, nor affix any bills or notices therein.

SEC. 18.   No person shall have or hold any musical, theatrical or other entertainment in the parks without the order or permission of the Park Commissioners.

SEC. 19.   No person shall enter or leave the parks except by such gates, roads, paths or avenues as may be for such purpose provided and arranged.

SEC. 20.   No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks controlled by the Park Commission without the previous permission of the Commission; nor shall any gathering or meeting for political purpose in the parks be permitted under any circumstances.

SEC. 21.   No person shall be permitted to make or kindle a fire of any kind within the parks controlled by the Park Commission.

SEC. 22.   Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not more than $200.00 and in case said fine be not paid then by imprisonment at the rate of one day for each $2.00 of said fine so imposed and unpaid.

SEC. 23.   This ordinance shall be in full force from and after its approval.

(Approved Oct. 28, 1909.  Vol. 8, p. 167.)

---

ORDINANCE NO. 2969.

*An Ordinance Regulating the Establishment and Maintenance of Public Laundries and Public Washhouses.*

*Be It Ordained by the Council of the City of Oakland as follows:*

SECTION 1.   It shall be unlawful for any person, firm, or corporation hereafter to establish and maintain any building or premises as a public laundry or washhouse without first obtaining a permit therefor from the Board of Public Works specifying the name of the permittee and the location of the premises to be used as such laundry or washhouse, provided, however, that the Board of Public Works in the granting or


Digitized by Google

Original from
HARVARD UNIVERSITY

# Exhibit 53

Case 3:23-cv-00056-JBA   Document 23-5   Filed 03/30/23   Page 23 of 203

# Constitution, Charter
# and Revision of the Ordinances and
# Municipal Laws

OF THE

# CITY OF PADUCAH

KENTUCKY

Under the Charter Act of March 19, 1894

AND AMENDMENTS THERETO

———————

BY E. H. PURYEAR
JUNE, 1910

———————

By Order of the General Council

———————



BILLINGS PRINTING CO.
PADUCAH, KY.

0294

known as Riverside Hospital of the City of Paducah, and said board is empowered to adopt such rules and regulations in the management of said hospital as may be deemed proper by said board, and it shall have the power to employ and discharge at will all of the employees of the said Riverside Hospital and fix the salaries thereof.

Sec. 3.  The Mayor, the President of the Board of Aldermen and the President of the Board of Councilmen shall be ex-officio members of said Hospital Board, together with two practicing physicians of the City of Paducah, who shall be elected in the month of June, 1908, by the General Council of the City of Paducah, in joint session, and said two physicians shall hold their offices respectively until the month of December, 1909, and thereafter such two members of said Hospital Board shall be selected by vote in joint session of the General Council, and shall hold their offices respectively for the term of one year thereafter or until their successors are elected and duly qualified, and the election of said two members of the Hospital Board shall be held annually thereafter in the month of December.

Sec. 4.  No compensation shall be paid to any of the members of said Hospital Board by the City of Paducah.

Sec. 5.  This ordinance shall take effect and be in force from and after its passage, approval and publication.

Approved June 8, 1908.


## PARKS, BOULEVARDS AND PARKWAYS.

An ordinance providing for the regulations and orderly government of parks, boulevards, parkways, park roads, streets, avenues and other public grounds under the control and management of the Board of Park Commissioners.

Be it ordained by the General Council of the City of Paducah, Kentucky:

Section 1.  No omnibus, wagon, cart, dray, truck or other vehicle for carrying goods, merchandise, manure or any other article, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues, or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park road under the control and management of the Board of Park Commissioners of Paducah, Kentucky; provided, however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards or parkways shall be permitted to enter thereon at the cross street nearest to said house or premises in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon further than the nearest cross street thereafter; and said boulevard, parkways,

avenues, streets or park roads shall not be used by business vehicles for traffic purposes, except as hereinbefore provided.

Sec. 2. All carriages, cabs and other vehicles usually carrying lamps must keep the same lighted from sunset until sunrise; and all automobiles and other motor vehicles must display a white light ahead and red light behind from sunset until sunrise.

Sec. 3. All motor cycles and bicycles must carry a lighted lamp, showing a white light ahead and red lights to the sides from sunset until sunrise, and said motor cycles and bicycles must strictly comply with the rules of the road as provided for all other vehicles, and must not congregate nor run more than two abreast of each other.

Sec. 4. All vehicles and horsemen, when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing on the right; and when passing each other from opposite directions each must keep well to the right.

Sec. 5. All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right-hand side of the road in the direction in which they are going; those going more rapidly must keep nearer the middle of the road.

Sec. 6. Red street lights located in the center of driveways at intersections and turns indicate this rule of the road: "Slow down and keep to the right;" and this rule of the road must be complied with on all intersections and turns of the boulevards and parkways, whether lights are so located or not.

Sec. 7. No vehicle shall stop for any purpose without first drawing up to the curbstone or gutter, and always on the right-hand side of the road in the direction in which they are going.

Sec. 8. Automobiles or any other vehicles must not exceed a speed limit of fifteen (15) miles per hour on any of the boulevards, avenues, streets or parkways and must not exceed a speed limit of fifteen (15) miles per hour on any of the park roads within any park.

Sec. 9. No person shall be permitted to move any house along or upon any boulevard or parkway without first obtaining a special permit from the Board of Park Commissioners, and then only within such stated time as may be established by said board, and such permit shall contain the necessary conditions guarding against damage to property under the control of said Board of Park Commissioners, as provided in section 10 of this ordinance.

Sec. 10. Every person obtaining a permit for the use of a portion of any boulevard, parkway, avenue, street, park road or sidewalk space, shall be required to deposit with the Secretary of the Board of Park Commissioners a sum in cash or its equivalent, estimated by the Board of Park Commissioners to be sufficient to pay for the cost of any damage to said boulevard, parkway, avenue,

street, park road or sidewalk space, caused by any work being done under the authority of said permit; and if repairs and restoration are made under the supervision and to the satisfaction of the Board of Park Commissioners at the expiration of such permit, and no damages have occurred to said boulevard, parkway, avenue, street, park, road or sidewalk space, except such as have been so repaired, then the deposit will be returned in full; but upon failure of the person obtaining a permit to repair and restore conditions as above provided, within five ¤5) days of the expiration of such permit, the Board of Park Commissioners may proceed to make such repairs and deduct the cost of same from such deposit; the balance, if any, to be returned to the person obtaining said permit.

Sec. 11. No horse nor mule, nor any animal attached to a vehicle shall be permitted to stand upon any portion of any boulevard, parkway, avenue or park road of said city, unless the driver thereof is in charge of and accompanies the same; or unless such animal be securely hitched to a hitching post, erected with the approval of the Board of Park Commissioners; nor shall any vehicle, horse, mule or animal be permitted to stand upon any boulevard, parkway, avenue, street or park road to the obstruction of the same, or to the inconvenience of travel.

Sec. 12. No person shall engage in any racing, speeding or fast driving on any boulevard, parkway, avenue, street, or park road of said city, except on such part or portion of any boulevard, parkway, avenue, street or park road as may be set apart by the Board of Park Commissioners for that purpose, and then only under such regulations as the Board of Park Commissioners may prescribe.

Sec. 13. No velocipede, bicycle, tricycle, wheel-barrow, hand-cart nor other vehicle, nor any horse, mule, cattle, chickens, ducks, geese nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same upon the sidewalks, curbstones, grass plots or planting places of any park, boulevard, parkway, avenue, street or park road, nor to cross the same. Nor shall such vehicle, fowl or animal be taken upon any part thereof, except upon the carriage drives and crossings provided therefor. Nor shall any horses, mules, cattle, sheep, fowls or swine be driven loose, singly or in herds, on any boulevard, parkway, avenue, street or park road of said city. Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet. Roller skating on the sidewalks of any boulevard, street or parkway is prohibited.

Sec. 14. No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon, nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in

0297

any park, that such animal can damage the same by biting or otherwise.

Sec. 15.  No owner, occupant or agent of any land abutting upon any boulevard, avenue, street or parkway of said city shall allow the earth or any rubbish from said land to fall or wash upon any part of said boulevard, avenue, street or parkway.  Nor shall any person throw any dirt or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway, avenue, street or park road.

Sec. 16.  No person shall place or deposit or allow to be placed or deposited on any boulevard, avenue, street, parkway or park road of said city, any building material whatsoever or any other articles or things which shall obstruct or hinder the travel thereon, without a written permit from the Board of Park Commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, the amount of cash deposit or its equivalent, as provided in section 10 of this ordinance, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the sidewalk of any boulevard or parkway.

Sec. 17.  Every person having the use of any portion of any builevard, parkway, avenue, street or park road of said city, for the purpose of erecting or repairing any building or for any other purpose, shall cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction, from dusk until sunrise in the morning of each day, during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

Sec. 18.  No person shall play any game whatsover in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the Board of Park Commissioners; provided, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the Board of Park Commissioners, and under such rules and regulations as may be prescribed by said board.  The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street.  But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the Board of Park Commissioners.

Sec. 19.  No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supervision of the Board of Park Commissioners, which

will be likely to frighten horses, injure passengers, or embarrass the passage of vehicles thereon.

Sec. 20. No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stone or other missles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character, within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said board, and subject to such rules and regulations as said board may establish.

Sec. 21. No person shall expose any article or thing for sale, or do any hawking or peddling or distributing hand bills or erect any sign board or posts, or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flag, stone fence, wall, building or other place in any park, boulevard, avenue, street, parkway, park road, driveway or other public grounds under the control or supervision of the Board of Park Commissioners of said city. Nor shall any person drive any animal or vehicle displaying an advertising placard of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, avenue, street, parkway, park road or in any park or other public grounds under the control and management of the Board of Park Commissioners of said city.

Sec. 22. No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings or other constructions of property in or upon any park, boulevard, avenue, streets, parkways, park roads or other public grounds of said city under the control or supervision of the Board of Park Commissioners.

Sec. 23. All persons riding bicycles, tricycles or velocipedes in parks or upon parkways, boulevards or park roads shall be required to keep upon the paths specially provided for the same or upon the roadway, and in no case shall be permitted to rids upon the sidewalks, foot-paths or upon the park or grass.

Sec. 24. No vehicles other than those used for pleasure driving or other than such carts or other vehicles as may be employed by the Board of Park Commissioners in the construction of or caring for said parks, shall be permitted to enter said parks.

Sec. 25. No person shall be guilty of disorderly, unchaste, or lewd conduct or of habitual loafing or sleeping on the ground or benches, or make, aid or assist in making any disorderly noise, or riot or breach of the peace, within the limits of any park, boulevard, avenue, street, parkway or other public grounds of the city.

Sec. 26. All sidewalks hereafter constructed on boulevards, avenues, streets, and parkways under the control of the Board of Park Commissioners, shall be of artificial stone or other durable

0299

*490*                    REVISED ORDINANCES

material, selected by the Board of Park Commissioners, and shall be of such width as the Board of Park Commissioners may establish in each case, and they shall be uniform in character and appearance throughout each boulevard and parkway and they shall be otheriwse constructed and laid strictly in accordance with the plans and specifications, and under the supervision of the Board of Park Commissioners.

Sec. 27. All that part or portion of driveways connecting private property with the roadway, and lying between the lot line and the roadway on all boulevards and parkways, and other avenues under the control of the Board of Park Commissioners, shall be constructed by the Board of Park Commissioners, or under its supervision, at the expense of the property owner and of such width as the Board of Park Commissioners may determine in each case; provided, however, that the maximum width required by said Board shall not exceed nine (9) feet; provided, further, that at the request of the property owner a special permit may be granted by said Board of Park Commissioners for a greater width, and such driveways shall be constructed in accordance with the plans and specifications furnished by and under the provision of the Board of Park Commissioners, and their location shall be with the consent of said Board of Park Commissioners.

Sec. 28. On all boulevards, avenues, streets, and parkways under the control of the Board of Park Commissioners, there shall be constructed at the expense of the property owner, foot-ways, connecting private property with the public walk, and also with the curb line where necessary. There shall be not more than one foot-way for each residence, except by special permit of the Board of Park Commissioners. Such foot-ways shall be located at such points as the Board of Park Commissioners may direct or designate. The width of such foot-ways shall in all cases be established by the Board of Park Commissioners, and be constructed of the same materials and in accordance with the plans and specifications governing the construction of public walks with which said foot-ways connect. The rise of all such foot-ways from top of curb to the property line shall be at the rate of one-fourth (1-4) of an inch to each foot; provided, however, that this rate of slope may be increased or diminished by permission of the Board of Park Commissioners when in their judgment such change will not be detrimental but will improve the appearance of said boulevard, avenue, or parkway.

Sec. 29. No person shall be permitted to build or place any fence or other barrier around any grass plots or planting spaces on any boulevard or parkway.

Sec. 30. Any person who shall violate any of the foregoing provisions, rules, and reulations shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than five dollars ($5.00) nor more than one hundred dol-

Case 3:23-cv-00056-JBA   Document 23-5   Filed 03/30/23   Page 30 of 203

lars ($100.00) for each and every offense, and in addition to the members of the regular police force of Paducah, who may be specially detailed by the Board of Police and Fire Commissioners for the enforcement of the foregoing rules and regulations, and for service under the direction of the Board of Park Commissioners, said Board of Park Commissioners may employ and appoint additional persons to act as special guards and watchmen in parks, boulevards and parkways, as it may find it expedient and deem necessary for the protection of the same, and for the enforcement of the rules and regulations of said Board and the ordinances of the city relating to the regulation and orderly government of parks and public grounds under the control and management of the Board of Park Commissioners, and said special guards and watchmen shall be paid out of the general funds appropriated by the General Council for the general expenses of the Board of Park Commissioners and for other park purposes; but the number of such special guards and watchmen so appointed, shall not exceed fifteen (15) per cent of the regular police force of said city without the consent or approval of the General Council of said city.

Sec. 31.  The General Council finds and declares that the action of the General Council herein has been recommended by the Board of Park Commissioners of Paducah, Kentucky, as provided by law, and that said Board has adopted said rules and regulations, and has recommended to the General Council the establishment and enforcement of the same by ordinance as herein provided.

Sec. 32  This ordinance shall only apply to such Parks, Boulevards, Parkways, Roads, Streets, Avenues, and other ground, property, or ways as are in law under the control and supervision of the Board of Park Commissioners of the City of Paducah, Kentucky.

Sec. 33.  All ordinances, or parts of ordinances in conflict with this ordinance in so much as they conflict herewith are hereby repealed, and this ordinance shall take effect from its passage, approval and publication.

Approved September 2, 1909.

## STEAM FERRY FRANCHISE.

An ordinance creating and providing for the sale of a franchise or privilege to establish, maintain and operate a steam ferry between the City of Paducah and the State of Illinois.

Be it ordained by the General Council of the City of Paducah, Kentucky:

Section 1.  That there is hereby established and created a Ferry Franchise for a period of twenty years, granting the privilege or right to construct, establish, maintain and operate a steam or other motor power as good as steam Ferry between the City of Paducah, Kentucky, and the town of Brookport, Illinois, and Owens' Landing,

# Exhibit 54

Staunton, Va. Charters

# THE CODE

OF THE

# CITY OF STAUNTON, VIRGINIA

CONTAINING

## THE CHARTER AND GENERAL LAWS

## AND ORDINANCES

1910

SHULTZ PRINTING CO.

Staunton, Va.

M. Sw.

Staunton, Va.
Ordinances

Generated on 2023-02-10 01:41 GMT  /  https://hdl.handle.net/2027/nyp.33433015892210
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

0303

Case 3:23-cv-00056-JBA   Document 23-5   Filed 03/30/23   Page 33 of 203

# TITLE III.

### CITY PROPERTY.

Ch.   1. Of Public Grounds and Buildings.

2. Of the Public Parks and the Government thereof.

# CHAPTER I.

### OF THE PUBLIC GROUNDS AND BUILDINGS.

**Sec. 130.   Committee on Public Grounds and Buildings.**

The committee on public grounds and buildings shall be charged with and have the care and management of all the grounds and other real property of the city, both within and without the city, except the grounds and buildings connected with the water works of the city.   No improvement or repairs shall be made or done to or upon any of the said property by the committee, at a cost exceeding twenty-five dollars, without authority of the council.

**Sec. 131.   Reports of Committee.**

The said committee shall report to the council annually or oftener, as they may deem proper, the state and condition of all the lands and buildings, belonging to the city, and all such improvements and repairs as they may deem proper to have made on said lands and buildings, and at the same time render an account of all money received and expended by them.

**Sec. 132.   Rental of real estate owned by City.**

If the council shall at any time authorize any building or real estate owned by the city to be rented out, the committee

Generated on 2023-02-10 01:40 GMT / https://hdl.handle.net/2027/nyp.33433015092210
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
NEW YORK PUBLIC LIBRARY

0304

# CHAPTER II.

### OF THE PUBLIC PARKS AND THE GOVERNMENT THEREOF.

### Sec. 134.  Park Policeman.

There shall be selected by the council a park policeman whose duty it shall be to have carried out the rules and regulations for the government of the park.

### Sec. 135.  Acts prohibited in Park.

All persons are forbidden to enter or leave the park except by the gateways; to climb or walk upon any of the walls or fence, to turn cattle, horses, goats or swine into the park; to carry firearms, or to throw stones or other missiles within it; to cut, break, or in any way injure or deface the trees, benches, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park; or to converse with, or in any way hinder those engaged in its construction.

### Sec. 136.  Fast driving, etc., prohibited.

No animal or wheeled vehicle shall travel on any part of the park, except upon the driveway, nor at a rate exceeding seven miles per hour.  Persons on horseback shall not travel at a rate exceeding seven miles per hour.

### Sec. 137.  "Standing" or "hitching" places.

No animal or vehicle shall be permitted to stand upon any driveway or carriage road of the park, or any part thereof, and no animal or vehicle shall be permitted to be hitched or allowed to stand at any place within the park enclosure, except such places as may be provided and designated as "standing" or "hitching" places.  Nor shall any person upon the park solicit or invite passengers.

### Sec. 138.  Vehicles for hire in park.

No hackney coach, carriage or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any

Generated on 2023-02-10 01:40 GMT  /  https://hdl.handle.net/2027/nyp.33433015092210
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

 Digitized by Google          Original from
NEW YORK PUBLIC LIBRARY

116                          PARKS.

other passengers or persons than those carried to the park by said coach, carriage or vehicle.

### Sec. 139.   Sale or peddling of articles in park.

No person shall expose any article or thing for sale upon the park, except previously licensed by the committee on public grounds and buildings, nor shall any hawking or peddling be allowed in the park.

### Sec. 140.   Intoxicating liquor in park.

No spirituous, fermented, nor other intoxicating liquors shall be sold or drunk upon the park at any time.

### Sec. 141.   What vehicles not to enter park.

No omnibus or express wagon without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of the park.

### Sec. 142.   Abusive language in park.

No threatening, abusive, insulting or indecent language shall be allowed in the park, whereby a breach of the peace may be occasioned.

### Sec. 143.   Games of chance, etc., in park.

No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor do any obscene or indecent act whatever in the park.

### Sec. 144.   Portion of park closed in case of emergency.

In case of an emergency, where life or property are endangered, all persons if required so to do by the committee on public grounds and buildings or any of their assistants, shall remove from the portion of the park specified by the said committee or their assistants, and remain off the same till permission is given to return.

Generated on 2023-02-10 01:40 GMT / https://hdl.handle.net/2027/nyp.33433015092210
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google



Original from
NEW YORK PUBLIC LIBRARY

0306

Case 3:23-cv-00056-JBA   Document 23-5   Filed 03/30/23   Page 36 of 203

### Sec. 145.   Park—When open to public.

The park shall be open daily to the public during the months of December, January and February, from eight o'clock in the morning until six o'clock in the evening; during the months of March, April, May, October and November, from seven o'clock in the morning until nine o'clock in the evening; and during the months of June, July, August and September from six o'clock in the morning until ten o'clock in the evening.

### Sec. 146.   Park—Committee may open or close.

The committee on public grounds and buildings may direct that any of the entrances to the park be closed at any time, and may, on special occasions, also direct that the park or any portion thereof, remain open at other times than those above specified.

### Sec. 147.   When public not allowed in park.

No person other than employees of the city who work upon the park shall enter or remain in the park, except when it is open as above provided.

### Sec. 148.   Plants not to be brought into park.

No person except in the employ of the city through its committee on public grounds and buildings, shall bring upon the park any tree, shrub, plant or flower, nor any newly plucked branch or portion of a tree, shrub, plant or flower.

### Sec. 149.   Bathing, fishing, etc., prohibited.

No person shall bathe or fish in, or go, or send any animal into any of the waters of the park, nor disturb any of the fish, water fowl, or other birds in the park, nor throw or place any article or thing in said waters.

### Sec. 150.   Fireworks in park.

No persons shall fire, discharge or set off in the park any gun, pistol, rocket, torpedo, squib, balloon, snake-chaser, or double-header, nor any fireworks or thing under any name composed of the same or similar material, or of the same or similar

# Exhibit 55

Compliments of the City of Colorado Springs
to Harvard University.
----o----

# THE CODE

## OF COLORADO SPRINGS
### 1922

Comprising Article XX of the Constitution
of the State of Colorado

The Charter as Amended, and the General Ordi-
nances of the City, Excepting Ordinances Fixing
Salaries, Concerning the Dedication and Vacation of
Streets and Alleys, Concerning the Annexation of
Colorado City, and Ordinances Granting Franchises

*Revised and Prepared for Publication by*
F. L. SHERWIN, W. B. PRICE *and* J. L. BENNETT

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL
COLORADO SPRINGS, COLO.

OUT WEST PRTG. & STATY. CO., COLO. SPRINGS.

**§ 1068.  Park Rules and Regulations.** Whereas, By resolution of the park commission of the city of Colorado Springs, adopted on the 6th day of June, A. D. 1911, certain rules, regulations and orders were adopted, which rules, regulations and orders are as follows, to-wit:

PROHIBITED ACTS.  All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises (except that dogs may be led or carried, but not allowed loose); to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, signs, placards or notices, or any structures or property within or upon park premises; to bring upon park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses, automobiles, motorcycles or bicycles; or to ride or drive faster than twelve miles an hour within Palmer park or faster than twenty-three miles an hour on any of the other park drives, roads or boulevards; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitching places especially provided for such purposes; to obstruct the drives or paths; to stand or keep in or upon any park premises, without special permission in writing from the park commission, any horse, burro or other animal, or any hack, carriage, automobile or other vehicle, for the purpose of hire or solicitation of patronage; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the park commission; to drive or take any job or freight wagon in or upon any of the park premises, except those in park employ, private wagons conveying families, or upon special written permission from the park commission; to trail vehicles, to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of drunkenness, fighting or quarreling, or indecency in or upon any of the

450

parks; to lie, lounge or sleep on the benches or to lie in indecent positions on the benches or the ground; to tell fortunes or to play games of chance, to offer any article or thing for sale, except by written permission of the park commission; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice or bills or other paper upon any structure, fence, tree or thing in or about the park premises, park drives, roads or boulevards; to bathe or fish in or to send any animal into or throw or place any article or thing in any of the waters of the parks; to fish for or to disturb any of the fish in any of the ponds or streams in the parks; to shoot at, catch or disturb any water fowl or other birds belonging to, preserved in, or being in or about the parks; to touch, molest or destroy the nest or nests of any birds, or the eggs therein, within any of the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park or to parade, drill or perform therein any military or other evolution or movements as a military, target company, civic or otherwise, without the written consent of the park commission; to light, make or use any fire therein at any place or places, except such as may be designated by the park commission for that purpose; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown.

No shrubs, plants or flowers shall be taken, or given away from any of the parks, without written permission from the park commission, except for the decoration of soldiers' graves, to be cut under direction of the superintendent of parks for use May 30th, of each year.

No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without the written permission of the park commission.

No intoxicating liquors, as intoxicating liquors are defined in the ordinances of the city of Colorado Springs, shall be allowed to be sold or given away, or to be brought into, used, or drunk within any of the parks of the city, or upon any of its boulevards, driveways or roads under the control of the park commission.

0311

No person shall drop, throw or place any waste paper, straw, dirt, weeds, ashes, refuse or waste, swill or other rubbish, though not offensive to health, in or upon any park or property, boulevard, driveway or road under the control of the park commission, or any part thereof.

No person shall be permitted to build or place any tents, buildings, booths, stands or other structures in any of said parks, boulevards, driveways or roads under the control of the park commission, without first obtaining the written permission of the park commission.

TEARING UP PAVEMENTS, SIDEWALKS, ETC.   No person shall dig, injure or tear up any pavement, sidewalk, crosswalk, grass plot or roadway, or any part thereof, or of any parking, boulevard, driveway or road, or dig down to, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any parking, boulevard, driveway or road under the control of the park commission without first having obtained the written permission of the park commission.

MOVING BUILDINGS.   No person shall move any building along, across, or upon any park, boulevard, driveway or road under the control of the park commission without first having obtained the permission of the park commission.

FUNERALS.   No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks under the control of the park commission, without previous written consent of the park commission.

HEAVY TEAMING.   Loads over two thousand pounds prohibited.   It shall be unlawful for any person or persons to haul, or cause to be hauled, in any vehicle, in or upon any part of the parks, boulevards, driveways or roads under the control of the park commission, any coal, stone, brick, dirt, or other article or articles, weighing together with the vehicle two thousand pounds or more; provided that this prohibition shall not be applied to omnibuses, hacks or carriages.

WAGON BOXES TO BE TIGHT.   It shall be unlawful for

452

any person to engage in driving within or upon any parks, boulevards, driveways or roads under the control of the park commission, crushed stone, sand, gravel, sawdust, ashes, cinders, lime, tan bark, shavings, waste paper, ice, mortar, earth, coal, bricks, stone, rubbish, manure or other loose material likely to sift, fall or be blown upon such parks or streets, except in tight wagon boxes, or on wagons securely covered with canvas, and filled only to water level, and in case the same fall or be scattered within or upon any parks, boulevards, driveways or roads under the control of the park commission, such person shall cause it to be forthwith removed.

WAGON BOXES OVERLOADED.  It shall be unlawful for any person to cause any cart, wagon or other vehicle to be loaded and heaped up so that the contents, or any part thereof, shall be scattered within or upon any parks, boulevards, driveways or roads under the control of the park commission.

LOOSE CATTLE.  Loose cattle or horses shall not be allowed to be driven in or upon, along or through, any part of the parks, boulevards, parkways, avenues, driveways or roads under the control of the park commission, without the written permission of the park commission.

AUTOMOBILES, ETC., NOT TO ENTER CANONS OR HIGH DRIVE.  No automobile or motorcycle shall be permitted to enter or be driven in what is known as Monument Valley park, South or North Cheyenne canons, or upon the high drive, without the permission of the park commission.

DUTIES OF PARK POLICE.  It shall be the duty of the park police appointed to duty in the parks, without warrant, forthwith to arrest any offender against any of the rules, regulations and orders of the park commission, whom they may detect in the commission of such offense, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

And whereas, by section 6781 Revised Statutes of Colorado, 1908, the city council is authorized to provide for

0313

the enforcement of the rules, regulations and orders of the park commission; therefore, Be It Ordained by the city council of the city of Colorado Springs:

PENALTY. (Sec. 1) Any person or persons who shall violate any or either of the provisions of the above and foregoing rules and regulations of the park commission, or any provision of any paragraph thereof, or who shall neglect or fail to comply with any or either of the requirements thereof, shall, upon conviction, pay a fine of not less than one dollar nor more than two hundred dollars for each offense, and a further penalty not exceeding fifty dollars for every twenty-four hours that such violation shall continue after notice given by any officer or agent of the park commission to remove, discontinue or abate the same. [Ord. No. 934, passed Dec. 24, 1913.]

## ARTICLE 8.

### MUNICIPAL GOLF COURSE.

Whereas, William Kennon Jewett has delivered a deed to the city of Colorado Springs conveying 225 acres, more or less, of land with buildings, golf course and other improvements thereon and the water right appurtenant thereto, as a grateful and loving memorial in perpetuity to Patty Stuart Jewett, one whose life was devoted quietly and unostentatiously to good works, such property to be used by the city for the purposes set forth in said deed, which is dated June 14, 1919, and is of record in Book 571, page 567 of the records of El Paso County, Colorado; and

Whereas, this splendid gift will contribute to the material advancement of this city and to the comfort and pleasure of the citizens thereof and the visitors thereto;

Be it ordained by the city council of the city of Colorado Springs:

§ 1069.   Acceptance. (Sec. 1) That the lands and property given to the city of Colorado Springs by William Kennon Jewett for the purposes and under the conditions as

454

# Exhibit 56

# NEW

# CODE OF ORDINANCES

OF

# THE CITY OF NEW YORK

INCLUDING

## THE SANITARY CODE, THE BUILDING CODE AND PARK REGULATIONS

### ADOPTED JUNE 20, 1916

### WITH ALL AMENDMENTS TO JANUARY 1, 1926 AND COMPLETE INDEX TO WHOLE

COMPILED AND ANNOTATED

BY

## ARTHUR F. COSBY

FORMERLY ASSISTANT CORPORATION COUNSEL

YALE LAW LIBRARY.

## THE BANKS LAW PUBLISHING CO.
### NEW YORK
#### 1926

0316

CC

NewYork.

3

1926

COPYRIGHT, 1907, 1908, 1909, 1910, 1911, 1912, 1913, 1914,
1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1923, 1924, 1925, 1926
BY
THE BANKS LAW PUBLISHING COMPANY.

0317

Case 3:23-cv-00056-JBA Document 23-5 Filed 03/30/23 Page 47 of 203

# CHAPTER 17

## Parks, Parkways and Park-Streets

Article 1. General provisions.
   2. Traffic regulations.
   3. Building and other projections.
   4. Miscellaneous.

The power of the Board of Aldermen to pass Park Ordinances is prescribed in the Greater New York Charter (L. 1897, ch. 378, sec. 47), and the Revised Charter (L. 1901, ch. 466, sec. 43).

By Laws 1904, chapter 678, section 1, amending section 610, Laws 1901, chapter 466, the Park Rules in force May 1, 1904, were made a chapter in the City Ordinances and amendments when adopted by the Park Board became effective when copies were filed with the City Clerk.

The following is taken from the Park Ordinances, adopted March 18, 1912.

## ARTICLE 1

### GENERAL PROVISIONS

Sec. 1. Definitions.
 § 2. Interfering with lands or improvements thereon.
 § 3. Sub-surface disturbances.
 § 4. Over-head wires.
 § 5. Destruction of or injury to park property.
 § 6. Preservation of lawns and grass plots.
 § 7. Bringing trees, plants and flowers into parks.
 § 8. Use of roller skates.
 § 9. Rubbish and refuse matter.
 § 10. Processions; drills; music.
 § 11. Public meetings.
 § 12. Sales or exhibitions.
 § 13. Posting bills or placards.
 § 14. Bathing, fishing, boating and skating.
 § 14a. Camping.
 § 15. Protection of animals, birds and reptiles.
 § 15a. Baseball and other games.
 § 16. Animals at large.
 § 17. Disorderly conduct.
 § 18. Custodian of minors.

Sec. 1. *Definitions.*—Unless otherwise expressly stated, whenever used in this chapter, the following terms shall respectively be deemed to mean:

1. *Commissioner*, or *the commissioner*, the park commissioner having jurisdiction of a particular park, or park-street, as hereinafter defined;

2. *Park*, any park, parkway, square, circle, or concourse, or part thereof, under the jurisdiction of the park department;

3. *Park-street*, a street, avenue, boulevard or other highway, under the jurisdiction of the park department;

4. *Permit*, a written authorization for the exercise of a specified park privilege, issued by the park commissioner having jurisdiction.

 § 2. *Interfering with lands or improvements thereon.*—No person

0318

shall modify, alter or in any manner interfere with the line or grades of any park or park-street, nor take up, move or disturb any curb, gutter stone, flagging, tree, tree-box, railing, fence, sod, soil or gravel thereof, except by direction of the commissioner or under his permit.

§ 3. *Sub-surface disturbances.*—No person shall open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other construction, within or upon any park or park-street, nor make any connection therewith, except under the authority of a permit, and upon the deposit of such sum of money as may be required by the commissioner to insure the restoration of the soil, plants, shrubs, trees, sidewalk, pavement, curb, gutter and flagging disturbed in the making of such connection.

§ 4. *Overhead wires.*—No person shall attach or string any electric or other wire, or adjust or carry the same into or over any park or park-street, except under a permit.

§ 5. *Destruction of or injury to park property.*—No person shall cut, break or in any way injure or deface any tree, shrub, plant, grass, post, railing, chain, lamp, lamppost, bench, tree-guard, building, structure or other property in or upon any park or park-street, nor shall any fallen branches be cut or removed without a permit. It shall be unlawful also to bring into any park any tool or instrument, such as a hatchet, axe or saw intended to be used for the cutting of branches of trees, or trees or other property.

§ 6. *Preservation of lawns and grass plots.*—No person unless he shall hold a special permit therefor or unless a special permit therefor shall have been issued to a group of which he is a member shall go upon any lawn or grassplot in any park or parkway except when permission therefor shall have been given to the public by the commissioner.

§ 7. *Bringing trees, plants, and flowers into parks.*—No person shall bring into or carry within a park any tree, shrub, plant or flower, or newly plucked part thereof, without a permit.

§ 8. *Roller skates.*—No person shall use roller skates, push mobiles or any similar device upon any sidewalk, foot-path bridle path or driveway, nor in any building or place of public assembly, except upon such walks and during such hours as may be designated by the commissioner.

§ 9. *Rubbish and refuse matter.*—No person shall throw, cast or lay, or direct, suffer or permit any servant, agent, employee or person in his or her charge, to throw, cast or lay, any ashes, offal, vegetables, garbage, dross, cinders, shells, straw, shavings, paper, dirt, filth or rubbish of any kind whatsoever in any park, or in any lake, lawn, path, walk, road or drive thereof, or in any park-street; procided that in the morning before 8 o'clock, or before the first sweeping of the roadway of any park-street by the street cleaners, dust from the sidewalk may be swept into the gutter, if there piled, but not otherwise.

§ 10. *Processions; drills; music.*—No parade, drill or manœuver of any kind shall be conducted, nor shall any person play upon a musical instrument or display any flag, banner, target, sign, placard or transparency in any park, nor shall any civic or other procession form or move therein, without a permit; but no such permit shall be necessary for the use of the parade ground adjacent to Prospect

Park, Borough of Brooklyn, by organizations of the National Guard of the State of New York.

§ 11. *Public meetings.*—No person shall erect any structure, stand or platform, or hold any meeting, or perform any ceremony or make a speech, address or harangue in any park without a permit from the commissioner having jurisdiction.

§ 12. *Permits for sales, exhibitions, etc.*—No person shall exhibit, sell, or offer for sale anything whatsoever, or take any photograph, or perform any personal service or hire in any park or parkway, or in any street, square, or public place under the jurisdiction of the department of parks except under a permit from the commissioner of parks of the borough in which such park or parkway, street, square, or public place is situated or otherwise than in accordance with the terms of such permit, provided, however, that the provisions of this section shall not apply to public hack stands maintained in streets adjacent to public parks, pursuant to section 99, article 8, chapter 14 of the Code of Ordinances.

§ 13. *Posting bills or placards; distributing cards, circulars or pamphlets.*—No person shall post any bill, placard, notice or other paper upon any structure, tree, rock, article or thing within any park or upon any park-street, nor paint or affix thereon, in any other way, any advertisement, notice or exhortation, except, under a permit and in strict conformity therewith. No person shall distribute, hand out or cast about any card, circular, pamphlet or other printed matter within any park or upon any park-street. The placing, or using for any other purpose than reading, of newspapers, or other papers, on the lawns or benches of public parks, is forbidden.

As to posting placards on private property, see People v. Green, 85 App. Div. 400.

§ 14. *Bathing, fishing, boating and skating.*—No person shall bathe in, nor disturb in any way the fish in, the waters or fountains of any park, nor cast any substance therein; except, that in the waters adjacent to Pelham Bay Park bathing and fishing shall be permitted, subject to the rules and regulations prescribed by the commissioner. Fishing may also be allowed in the lakes of Prospect Park and Kissena Park, under permits. No person shall be permitted to appear in bathing costume or in any other than customary street attire in any park or parkway, except on the beaches in Pelham Bay, Seaside, Dreamland, Jacob Riis and Rockaway Parks. No boat or vessel shall be placed upon any of the waters of any park, except by special permit. No skating or sledding shall be allowed on any park lakes, unless and until the ice is declared to be in a suitable condition by the commissioner.

§ 14a. *Camping.*—No person shall tent or camp or erect a tent or camp in a public park, or public place under the jurisdiction of a Park Commissioner, without a permit.

§ 15. *Protection of animals, birds and reptiles.*—No person shall hunt, chase, shoot, trap, discharge or throw missiles at, or molest or disturb in any way, any animal, bird, or reptile in any park.

§ 15a. *Baseball and other games.*—No person shall throw, cast, catch, kick or strike with any implement whatever, any baseball, golf ball, foot-ball, basket ball, bean bag, or other object in or upon any park or parkway, or any square, circle, concourse, playground

0320

street, avenue, boulevard or other highway under the jurisdiction of the park department, or on any recreation pier, without a permit therefor issued by the commissioner or his supervisor of recreation nor otherwise than in accordance with the terms of such permit.

§ 15b. *Golf.*—Caddies shall not be brought by players upon any of the golf courses under the jurisdiction of any commissioner, without permission of the commissioner or his representative in charge.

§ 16. *Animals at large.*—No horse or other animal shall be allowed to go at large in any park or upon any park-street, except dogs that are restrained by a chain or leash not exceeding 6 feet in length.

§ 17. *Disorderly conduct.*—No person shall, in any park:

1. Use threatening, abusive or insulting language;
2. Do any obscene or indecent act;
3. Throw stones or other missiles;
4. Beg or publicly solicit subscriptions or contributions;
5. Tell fortunes;
6. Play cards or other games of chance, or use or operate any gaming table or instrument;
7. Climb upon any wall, fence, shelter, seat, statue or other erection;
8. Fire or carry any firearm, firecracker, torpedo or fireworks;
9. Make a fire;
10. Enter or leave except at the established entrance-ways;
11. Loiter at night where there is no light, in automobile, or other vehicle, or otherwise. It shall be unlawful after 12 o'clock midnight to loiter in any park, under any circumstances, unless general or special permission shall be given by the Park Commissioner.
12. Do any act tending to a breach of the public peace;
13. Bring into any park or consume publicly, any beverage containing alcohol;
14. Bring, land or cause to descend or alight any æroplane, airship, flying machine, balloon, parachute or other instrumentality for aviation in, on or upon any park or parkway, without a permit;
15. The Commissioner of Parks, Borough of The Bronx, may, in his discretion, fix the hours for entering or leaving Hunter Island and Twin Island, Pelham Bay Park, and when so fixed, suitable signs may be placed at points deemed appropriate by the said commissioner.

All persons doing any act injurious to a park shall be removed therefrom by the park keepers or by the police. When necessary to the protection of life or property, the officers and keepers of the park may remove all persons from any designated part thereof.

§ 18.     No parent, guardian or custodian of a minor shall permit or allow such minor to do any act prohibited by any provision of this chapter.

Park ordinances must be reasonable. Matter of Wright, 29 Hun 357; Baldwin v. Park Comm., N. Y. Daily Register, April 8, 1891.

0321

# Exhibit 57



State of Connecticut.

# REPORT

OF THE

# STATE PARK COMMISSION

FOR THE

Fiscal Year ended September 30

# 1914

0323

## Growth of the Park Idea.

The history and use of public parks in other countries is too large a subject to be covered adequately here, and as has already been shown, the conditions here are unique, and while their treatment of details may be of value to us, we cannot go to them for the formation of our system.  In fact, in recent years, many of the older nations have watched the growth of our park systems with a view to following our methods.

In this country the larger cities were naturally the first to feel the need of open public spaces, and the first notable step seems to have been taken by New York in the purchase (1856–9) of 843 acres fittingly named Central Park.  The total cost of this land at that time was $7,389,727, and about $20,000,000 has been expended on that area by the city since that time in development and maintenance.  It is now valued by the city at $250,000,000, but is probably not for sale at that price.  The total park areas of New York City in 1911 amounted to 7,223 acres, valued at $490,000,000.

Chicago, beginning in 1869, had in 1911 a total of 3,169 acres of park lands, acquired at a total cost, including development and maintenance, of $18,250,000.  Eighty-four new parks, aggregating 37,000 acres at an estimated cost of $25,000,0000 were at that time under consideration.

The Metropolitan Park System of Boston, begun in 1893, now includes about 10,300 acres of land, with a total expenditure to Nov. 30, 1912, of $19,152,000, including development, but not maintenance.

The Metropolitan Park Commission of Providence, established in 1904, recommended the purchase of about 2,400 acres of land.  In 1908 bonds were issued for $250,000 and purchases commenced.  The report of 1910 shows a total of 678 acres acquired at a cost of $122,093.

In Connecticut the City of Hartford, beginning about 1860, reports in 1914 a total of 652 acres, with a total expenditure to date of $2,010,117.  (Keney Park, 697 acres, is not included in this report.)

New Haven, beginning in 1888, reports in 1913 a total of 1,051 acres, and total expenditure of $976,394.

Bridgeport reports in 1913 a total of 350 acres, valued at $1,015,000.

Waterbury, beginning in 1904, reports in 1914 111 acres, valued at $955,000.

Stamford, beginning in 1909, has expended some $300,000 on about 80 acres lying on the shore front.

Norwich, New London, New Britain, and Greenwich have noteworthy public parks, but the data for them is not at hand.

0324

Meriden has in Hubbard Park a site of more than local interest, including as it does, West Peak, with a view which covers the State from North to South.

The total area of city parks in the United States is now estimated to be over 100,000 acres, valued with improvements at more than $800,000,000, the growth of about fifty years. It was soon found, however, that the cities could not entirely meet the situation, most of the places of exceptional interest and beauty lying far outside their boundaries, the lands near at hand being enormously expensive, and the city park being at best, merely a breathing place for the short daily relaxation of an extremely congested population.

In 1872 the Federal Government set aside from the public lands the Yellowstone National Park, 2,142,720 acres, "as a public park or pleasuring ground for the benefit and enjoyment of the people." This was the first reservation selected entirely for its scenic beauty, but involved the use of no public funds, being merely a dedication to the future of something with no market value at the time. Since then many other reservations have been made by the Federal Government for similar purposes until in 1913 the National Parks and Monuments numbered 42 and the total area amounted to 5,946,016 acres, or nearly twice the area of Connecticut. These are nearly all in the far West, and at present beyond the reach of most of the people of Connecticut. The recent large purchases of forest land in the Appalachian Mountains and also in the White Mountains mark another step in the same direction, but are primarily for the protection of the headwaters of rivers. The data covering these purchases is not at hand.

The State of New York in 1883-5 inaugurated a new era by the purchase of the Niagara Falls Reservation, a land area of 112 acres at a cost of $1,462,929, marking the first use of public funds by a State for the preservation of scenic beauty. Since that time the State has purchased or received by gift 22 tracts of land for park purposes, with a total area of about 13,000 acres, and in addition the Adirondack and Catskill Forest Preserves, with an area in 1913 of 1,651,553 acres. For these purposes the State has appropriated more than $13,000,000 and has received by gift or bequest in land and funds more than $5,000,000.

In 1891 the State of Massachusetts granted to the Trustees of Public Reservations, a body of well known citizens incorporated for that purpose, the power to receive and hold for public use lands and funds for their maintenance, and in 1913 this body reports 8 tracts so held, with a total area of 556 acres with funds for maintenance of a par value of $22,500. The work of this corporation in arousing public interest con-

tributed largely to the establishment in 1893 of the Metropolitan Park Commission, whose bond issues amounting to about $15,000,000 were guaranteed by the State, and to whose maintenance the State has largely contributed. In addition the State assumed the entire cost of the Charles River Basin development, about $4,000,000. These sums represent first cost, and do not include maintenance. Since 1900 the State has established in the care of special Commissions the six State Reservations of Greylock, Wachusett, Mt. Tom, Deer Hill, Mt. Sugarloaf, and Mt. Everett, with a total area of about 12,000 acres, at a total initial cost of $231,700.

The State of Connecticut in 1887 established a Commission for the acquisition and maintenance of the Israel Putnam Camp Ground in the town of Redding. This historic site has since received the care and attention of that Commission, which reports an area at present of about 100 acres, and an increasing interest, evidenced by the number of visitors each season. The Comptroller's reports show a total expenditure by the State to 1911 of $71,222.79.

The Commission for the Care and Protection of the Fort Griswold Tract, in the Town of Groton, was established in 1903, but has apparently published no reports. The tract is small, but the ruins of the old fort are well preserved and of great interest. The Groton Monument, just to the north of the fort, is a noble memorial, with a dignity and simplicity beyond all praise. It was completed in 1830 by the Groton Monument Association, which was formed for that purpose in 1826, and is built of native granite in massive and well proportioned blocks. It is 22 feet square at base of shaft, and 135 feet high. The early records have not been consulted for data of cost, but the State in 1893 appropriated $5,000 for necessary repairs, and from 1903 to 1911 the reports of the Comptroller show expenditures of $7,772.68.

In 1901 the State commenced the purchase of land for forestry purposes, and the following tracts have since been acquired:

| Portland Forest | . | . | 1,137 | acres |
| Union Forest | . | . | 287 | " |
| Simsbury Forest | . | . | 130 | " |
| Cornwall Forest | . | . | 900 | " |
| Total | | | 2,454 | " |

The first cost of these lands to the State amounts to $10,585.20, or an average of about $4.32 per acre.

Adding this sum to those expended on the Putnam Camp Ground and the Fort Griswold Tract, the total amounts to $94,580.67.

0326

The authorities for the facts submitted are the Bible, the Abstract of the Thirteenth Census, the Stateman's Year Book for 1914, the Annual Reports of the American Scenic and Historic Preservation Society, and the original Annual Reports of eighteen City and State Park Commissions.

Twenty years ago it was necessary to theorize over the need for parks.  Today we need only to wake up and look around us.

The people of New York and Massachusetts who bought and paid for these parks ten, twenty, thirty, and forty years ago, are pleased with them, and are buying more.  The records show no sales.

And yet in Connecticut the question is still asked "What is it for?"  The progress of the period just reviewed has produced a large body of literature on the subject, which has had as yet a comparatively narrow circulation, the original reports being usually limited to small editions and now only to be found in the larger libraries buried in the dusty Public Documents.  For the benefit of those who lack the time or opportunity to refer to such sources, a few words may be added to the foregoing record of fact.  Briefly, if today an argument for parks is still needed, it may be stated, as the writer sees it, somewhat as follows.

In the evolution of Society, through which alone these modern densities of population are possible, there is an ever-increasing number of things which must be done by Society as a body; things which the individual cannot or will not do, and many of which, in more thinly populated districts, do not need to be done.  A population of ten to the square mile can scarcely maintain highways, and scarcely needs them.  In Connecticut we have devoted over a hundred thousand acres to our fifteen thousand miles of highways, which we hold absolutely in common; a system gradually evolved through the turnpike and tollgate ways of other days, and whose first cost and maintenance have followed closely the growth of population and the increased traffic thereby made necessary.  In China the land devoted to highways is still felt to be wasted, and in our sense of the word, highways hardly exist; but we do not consider China a good model in this respect.

Now so long as man is born with eyes and ears and arms and legs, he will continue to use them in various ways, and it turns out that some of these ways are impossible to him in the city.  At the end of a week or a month or a year, or in some cases possibly a lifetime, the city sights and sounds and pavements become unbearable, and a rest and contrast become as necessary as sleep at night.

To the fortunate few who may have a country house or a shore cottage with an automobile or so, the problem is easy. What for the rest?  The dusty highway and the No Trespass sign.

There is another passage in the Bible which we are slow to forget; something about green pastures and still waters; and no threats or penalties have ever been able to confine us to that dusty highway.

But if our present system of private ownership is to endure, the rights of private property must be respected, and the injury to private property on every pleasant holiday in Connecticut is not entirely imaginary.

The public park, reservation, or open place, (and the old word ''common'' seems perhaps best of all) is the natural solution of these new troubles, and the people of New York and Massachusetts have evidently discovered this about a generation ahead of us.

Unless our people belong to a different race, they will also discover it in turn, but meanwhile houses are joined to houses, and land values are going up.

Yet a little longer, and in addition to the cost of the land we must pay men for the cost of the house and pay other men to pull it down, for it is seldom anything but a blot in the natural park, where our chief desire is to get away from houses.

## Planning a System of State Parks for Connecticut.

This work was really begun some thirty years ago, when the State in co-operation with the U. S. Geological Survey undertook the preparation of the Topographic Map, which has furnished a most satisfactory and necessary base for the work of the Park Commission.  The work of the State Geological and Natural History Survey, beginning in 1904, has also been of much value.

In the first place it should be noted that for so small an area, Connecticut possesses an unusual diversity of natural scenery, a fact quickly appreciated by visitors from the Middle West.  This diversity may be ascribed to three principal causes; differences in the kinds of underlying rocks, with their consequently varying resistances to weathering; the numerous movements that have occurred in these rock masses them-selves; and the passing of the great ice sheets of the Glacial period.  Over all this alike the action for uncounted ages of running water seeking the easiest way to the sea.

Referring again to the orographic map, the two upland areas, with the coastal plains directly south of them, contain

II    P211
1914 copy.2

the oldest rocks in the State, and while they vary greatly in character, they are all alike in one way, all are crystalline, and all must have been exposed through long periods to enormous pressure and intense heat.   Their weathered forms have a certain similarity of outline, which once identified, is thereafter easily recognized.   The Housatonic Valley in the Western Upland, lies for much of its length in beds of crystalline limestone, or marble, whose greater solubility in water partially accounts for the depth of its cut; a noticeable feature on the map and also on the ground.

The red sandstone of the ancient valley of the Connecticut River is a comparatively recent formation, sedimentary or fragmental in character, and plainly composed of the waterworn and rounded grains of other rocks.   Being softer than the crystallines, this rock has weathered to gentler slopes, and is seldom exposed to view on the natural surface, but the red soil which overlies it is well known and recognized by everyone.   It is by this red sandstone formation that we readily trace the former river course from Suffield to New Haven instead of to Saybrook.

Up through the sandstone at some later period came the molten sheets and dikes of trap which we know as Talcott Mountain, the Hanging Hills, Mt. Carmel, East and West Rocks in New Haven, and many others, with their characteristic ragged outlines and peculiar square-faced forms of weathering.   We cannot yet be sure if it was this great disturbance which so abruptly changed the course of the River at Middletown, but that change has certainly given us a most charming variety of river scenery through the crystalline rocks from Middletown to Saybrook.

Over all these features lie the scattered marks of the ice sheet, of which the more easily recognized are the grooves and scratches on the smooth tops of bare ledges, and the waterworn boulders on or near the tops of hills where running water alone could never have left them.   But it is the huge heaps of glacial drift or till, called drumlins, which have most influenced the landscape; some of them a mile or two long and two or three hundred feet high.   The labor and experience of eight or nine generations has reduced most of these to the smooth rounded grassy forms which constitute such a common but not unattractive feature of the Connecticut landscape.

On the whole, it must be admitted that while we lack the grander and wilder scenery of some of the inland States, our topography is on a sort of human scale; our heights not too high to climb, and the next ridge always just near enough to beckon us on and not discourage us.   If we had been allowed to make it ourselves we could have hardly done better, and there is no higher praise than that.

It must be evident that our plan should, if possible, include examples of all these distinct types, and should aim at some of the best of each type.   The salt water front or shore of Long Island Sound is of course in a class by itself, and will be duly considered later on.

Having in mind the foregoing facts, and one other, that measured on the brief scale of human life, our plans contemplate matters of the most permanent and enduring nature, the following general principles have been observed in the selection and recommendation of sites suitable for reservations.

(1)   The first consideration is undoubtedly that of natural fitness, suitability, scenic beauty; something which it is exceedingly hard to define, and perhaps even harder to agree upon.   A field of corn may be a most beautiful sight to the man who planted it, or a barn full of hay after he has "got it in."   To most of us who have been born and brought up in the country, there is no place quite comparable to that birthplace. In the broadest sense, all Nature is beautiful, but after all there are degrees of beauty, and many will agree on certain features.

The presence of water, either the sea, a lake, or a running stream, is so universally acknowledged as an element of beautiful landscape that it must be considered indispensable for any large reservation, and for other obvious reasons very desirable for all reservations.   That the area should be largely wooded will also most likely be granted, but as trees can be added in time, their present existence is not really essential. Rough broken surfaces multiply greatly the apparent area, and are fortunately very desirable, for as a rule, they are least valuable for other purposes, and can more readily be acquired.

But such general considerations avail little in making choice between the hundreds of possible sites in the State where all these features are present in a greater or less degree. A study of the State in the Summer months, however, brings out strongly the places where people are really gathering for their outings, and some places where they have so gathered for generations.   Of such places, those which have been frequented longest seem to present in general the greater natural attraction; the more recent being apparently any place at all by the water.   As individuals have been influenced by other and quite different considerations, so must the State, and the reservations cannot be selected solely for their degree of scenic beauty.

But the basic importance of the topography cannot be questioned when it is remembered that nothing else is permanent, and that no possible future "treatment" can do more than palliate and soften somewhat any original errors of selection in

ten thousand dollars an acre for building lots. It is not by chance that we make clocks for the world and buy our corn from the West.

(6) Size of the reservations. This must be controlled entirely by circumstances in each individual case. A preference should be given to natural boundaries wherever possible, but the definition of natural boundaries is not an easy matter. The basic idea, perhaps, would be the inclusion of sufficient area to guard against future encroachments of a nature to injure the special beauties of the site. As a rule, it is not difficult to determine in specific cases what this should be. In many instances, however, it will be impracticable to include more than a small portion of such an area, owing to previous development and consequent excessive cost. It should be remembered that the principal use of these reservations will be on holidays when a great many people are free at once, and if at all crowded they will not meet the requirements of the people who are to use them. By comparison with most city parks, they should be large.

(7) Number of the reservations. This should be limited only by the use which is made of them. In other words, the system should have a natural growth, rather than an arbitrary and artificial design, however wisely planned. It might be considered the ultimate aim to have at least one large reservation within one or two hours ride of everyone in the State, which would naturally give a choice of two or more to the residents of the densely populated lowland areas. But this will require years rather than months of study, and is not considered immediately necessary or desirable. The shore front, on the other hand, is in a critical condition, and there can be little question of the desirability of there acquiring all the larger areas that are still available.

(8) Availability, in respect to value of lands needed and funds on hand for purchase. This is the final consideration, which should have no weight whatever in comparison with the others mentioned, so far as the planning is concerned, but must in most cases be the determining factor in the order of acquisition of the different sites. At present the Commission can do little more than point out a number of sites which it finds suitable and desirable, leaving all questions of acquisition to the action of the General Assembly or to private good will and interest in the State.

(9) Proposed rules and regulations for use of the State Parks. While it is not yet necessary to formulate such rules, the general principles involved may properly receive brief attention. The purpose of the Commission should be to make such rules as few and simple as is consistent with the preser-

0331

vation of the public property and individual freedom.   In
general, that measure of freedom may be permitted which
does not interfere with the rights or enjoyment of others,
pollute the waters, or injure the forest growth.   This would
involve the prohibition of firearms, but not the gathering of
nuts, berries, or wild flowers.   Fishing might well be encour-
aged, and the waters of the streams and lakes stocked through
the co-operation of the Fish and Game Commission.

The forested areas would come under the direct super-
vision of the State Forester, and might eventually produce
a material revenue from the sale of products, though this
would be purely incidental, as the main revenue produced
must always be the spiritual and physical benefit to the people
who use the Parks, a revenue as intangible as the wind and
sunshine, and as invaluable.

Finally, each area may be expected to require some special
regulations, according to the use made of it.   Certain areas
should be designated as camping grounds, preferably free to
residents of the State, but with necessary provision for sanita-
tion.   Rules governing such areas must be formulated and
modified by experience.

(10)   Development and care of reservations.   The amount
of development work required will depend almost entirely upon
the number of those who use the Park.   It is strongly recom-
mended that for the present all such work be reduced to the
least possible amount, and such funds as may be available
devoted to the purchase of land.   Expensive drives, at least,
should not be undertaken or considered except as a future
possibility, of which the future must demonstrate the need.
Rather should use be made of and plans largely conform to
existing highways, of which the State already has ample pro-
vision.   It is not more highways, but a rest and relief from
the highways, that the Commission should provide.   To a
point of special interest, a spring, a lookout point, or along
a rocky gorge, a simple footpath may seem advisable, and will
cost little to build or maintain.

The larger reservations will probably require a keeper,
who should be a practical forester, and whose time will be
principally occupied for a considerable period in the improve-
ment of the forest growth and its protection from the danger
of fire.

Such gifts or devises of land as are contemplated in the
Act of 1913 should receive suitable recognition by the State,
and the Commission should be permitted reasonable latitude
in its use of funds for this purpose.   No finer memorial to an
old family name can be imagined than a gift of imperishable
land for the common use of the people, and the State Park

# Exhibit 58

*Grand Rapids Mich. Ordinances etc.*

# Compiled Ordinances

OF THE

c‡

# City of Grand Rapids,

Containing all Ordinances passed by the
Common Council of the City of Grand Rapids
in force June 1, 1915.

———

Compiled and Indexed
Under Authority of the Common Council
by
RAYMOND M. FERGUSON, City Attorney
Assisted by
FRANK E. SHAW, Assistant City Attorney

———

PUBLISHED BY AUTHORITY OF THE
COMMON COUNCIL

Parks and Places in the City of Grand Rapids," passed March 8, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Protection, Preservation and Use of Bridges Across Grand River in the City of Grand Rapids, belong to said city," passed June 21, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Preservation of Public Property of the City of Grand Rapids," passed March 1, 1873;

Also other ordinances and parts of ordinances in anywise contravening the provisions of this ordinance.

**An Ordinance to Regulate the use of the Public Parks, Playgrounds and Boulevards of the City of Grand Rapids; and to Provide for the Preservation of Public Property Therein.  Passed April 30, 1914.**

The Common Council of the City of Grand Rapids doth ordain:

### Destroying or Removing Public Property.

Sec. 555. (1).   No person shall cut, mutilate, injure, overturn, remove or carry away any personal or real property of whatsoever nature, in, upon or belonging to any parks, playground, boulevard or public place in the City of Grand Rapids, or under its control, or in any street, avenue or highway, in or adjacent to, or around the same.

### Dogs in Parks.

Sec. 556 (2).   No person shall permit any domestic animal to go, be, or run at large within such public place; and no dogs shall be permitted in any City Park or Playground.  Owners of dogs shall be held responsible for the presence of their dogs in any of the City Parks and Playgrounds.  Any person owning or harboring a dog which is permitted to be at large in any City Park or Playground in said City of Grand Rapids or under its control, and which shall disturb any birds or animals within said public places shall be deemed guilty of a violation of this ordinance and subject to a penalty herein imposed, and further any dog so disturbing any bird or animals in any such public places shall be liable to be immediately shot or put to death by any park officer.

### Disorderly Persons.

(b)   No person shall use any threatening, obscene, profane or indecent language in any such public place; or be guilty of any disorderly or indecent conduct; nor shall any intoxicated person be allowed in any such public place.

### Games.

(c)   No person shall indulge in any games, acts or demeanor calculating or tending to disturb the people attending any such public places; nor shall any person bring any beer, liquor or intoxicants into any such public place; and no person shall engage in any games of chance or cards, or shall drink any wines, beer, liquors or malts in any such public place.

### Rubbish.

(d)   No person or persons shall deposit any rubbish or refuse in or upon any such public places except the same be deposited in waste baskets provided for the purpose by the Board of Park and Cemetery Commissioners.

### Fire Arms.

(e)   No person shall carry any rifle, gun, or other fire-arm of any kind within the parks and playgrounds of the City of Grand Rapids; nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of an explosive nature.

### Begging.

(f)   No person shall publicly beg, or solicit any subscriptions, or take up collections for any purpose whatsoever in any of the public parks or playgrounds.

### Advertising.

(g)   No person shall post, exhibit or distribute any advertisement, circular or handbill therein; nor shall any peddler or petty dealer sell, or in any manner dispose of any article in public park or playground unless he shall first obtain express permission so to do from the Board of Park and Cemetery Commissioners.

### Driving and Hitching.

(h)   No person shall fasten or hitch any animal to any tree,

Case 3:23-cv-00056-JBA   Document 23-5   Filed 03/30/23   Page 66 of 203

fence or structure in the parks unless the same shall be designated
and set aside for that purpose; nor shall any person ride or drive
any animal or vehicle therein except upon the proper roadways,
avenues and drives, and shall not drive therein at a speed exceeding
ten miles an hour.

No person shall be permitted to drive any vehicle used for the
transportation of merchandise or refuse, such as farm products,
wood, coal, manure, lumber, dirt gravel, stone, building material,
and others of like nature (except wagons carrying material for
building and improvement within such parks, playgrounds, boule-
vards or places) in or through said parks, places or squares; and
no cattle, sheep or other animals excepting horses, shall be led or
driven through the parks; and no funeral procession shall be per-
mitted in any such public places.

### Destroying Birds.

(i)   No person shall kill, disturb or molest any birds or bird's
nest, or any fish or animal within, belonging to, or being in the
parks.

### Picnics.

(j)   Picnics and social parties may be allowed by notifying
the Superintendent, in such portions of said parks as shall be de-
signated and set apart by the Board of Park and Cemetery Com-
missioners from time to time.

### Lecturing, Etc.

(k)   No person shall deliver any oration, address, speech, ser-
mon or lecture therein unless he shall first have received permission
from the Board of Park and Cemetery Commissioners; nor shall
any public meeting or concert be held therein unless such leave
is first obtained.

### Building or Place Marked "No Admission."

(l)   No person shall enter any building, enclosure or place
upon which the words "No Admittance" or similar sign is posted.

### Pools, Lakes, Etc.

(m)   No basin, pool, lake or fountain shall be fouled by stone,
wood, or any other substance; nor shall they be bathed in or waded
in unless specially set apart for that purpose; and any body of water

0337

which is set aside and designated as a wading pool, tank or swimming pool within the aforesaid limits shall not be fouled by any person; and it shall be unlawful for any person to expectorate in such water or spit tobacco juice in the same, or blow his nose therein, or commit any nuisance therein, or within the bathhouse enclosures; and before any person shall bathe in any of the places within the limits aforesaid, the officers or attendants having charge of such swimming place are hereby empowered to cause said person or persons to thoroughly cleanse their bodies by the use of shower baths or such other methods as may be provided at such bathing places. The Park Commissioners shall regulate the hours of bathing, and make all rules and regulations necessary for the protection of the public.

### Fires.

(n)   No person except employes under instruction shall build, kindle or start any fires in any of the parks.

### Open From Sunrise to 9:00 P. M.

Sec. 557. (3)   The Public Parks and Playgrounds belonging to said city shall be open to the public only between the hours of sunrise and 9 o'clock p. m. of each and every day, and it shall not be lawful for any person or persons, except the persons or employes in charge of such park to enter therein before the hour above named for the opening of said park, or remain therein after the hour above fixed for the closing thereof. Provided, however, That the Board of Park and Cemetery Commissioners of said city shall have power in their discretion, whenever the occasion may require it, to especially provide for all or any of said parks, playgrounds or swimming pools being opened between the hours of 5 and 9 o'clock a. m. and closed between the hours of 6 and 11 p. m.

### Penalty.

Sec. 558 (4)   Any person or persons who shall violate any of the provisions or requirements of this ordinance, on conviction thereof shall be punished by a fine of not less than one dollar or more than one hundred dollars and the cost of prosecution, or by imprisonment at hard labor in the common jail of Kent County, in the discretion of the court or magistrate before whom the conviction may be had, for a period of not less than one day nor more than thirty days; and in case such court or magistrate shall impose

only a fine and costs of prosecution, the offender may be imprisoned in the common jail of Kent County until the payment of such fine and costs, or for a period of not more than thirty days.

### Repealing Clause.

Sec. 559 (5). An Ordinance (230) entitled "An Ordinance to regulate the use of the Public Parks of the City of Grand Rapids and to provide for the preservation of public property therein," passed and approved by the Common Council of the City of Grand Rapids, Michigan, in regular session held August 24, 1908, is hereby repealed.

**An Ordinance Relative to Cemeteries and the Protection Thereof and the Burial of the Dead in the City of Grand Rapids. Passed January 26, 1914.**

The Common Council of the City of Grand Rapids doth ordain as follows:

### What Are Public Burial Grounds.

Sec. 560 (1). All Cemeteries now owned or which may hereafter be acquired by the City of Grand Rapids, wherever situated, and all Cemeteries within the limits of said city, whether owned by said city or not, are hereby declared to be public burial grounds, and no person or persons, corporation, society or congregation shall locate or establish any other Cemetery within the limits of said city.

### No Interment in Any Place Other Than Cemetery.

Sec. 561 (2). No interment of the body of any person shall be made in any other place than within a Cemetery devoted to that purpose.

### Trees, Shrubbery, Etc.

Sec. 562 (3). No person nor persons shall cut, injure or remove any trees, shrubbery, gate, fence, post or steps, standing, growing or being in and upon any Cemetery or Cemetery grounds belonging to said city.

### Flowers, Etc.

Sec. 563 (4). No person shall cut, remove, injure or carry away any flowers, trees, shrubs, plants or vines being or growing in and upon any Cemetery lot, or grounds used for Cemetery pur-

# Exhibit 59

# CHARTER

AND

# ORDINANCES

OF THE

# CITY OF NEW HAVEN, CONN.

*Ordinances, etc.*



AND

# SPECIAL ACTS

Revised to January, 1914

NEW HAVEN, CONN.

PRESS OF SAMUEL Z. FIELD

1914.

0341

—438—

RULES AND REGULATIONS OF THE NEW HAVEN COMMISSION OF
PUBLIC PARKS.

1.   No domestic animal, except dogs, shall be permitted to enter
or to go at large in any of said parks, either with or without a
keeper.   Dogs must be held in leash by the owners, otherwise they
may be killed by any park-keeper, special constable or policeman.

2.   No person shall pick any flowers, foliage or fruit, or cut,
break, dig up, or in any manner mutilate or injure any tree, shrub,
plant, grass, turf, railing, seat, fence, structure, or other thing in
any of said parks, or cut, carve, paint, mark or paste on any tree,
stone, fence, wall, building, monument, or other object therein,
any bill, advertisement or inscription whatsoever.

3.   No person shall carry or have any firearms on any of said
parks, and no firearms shall be discharged from, or into any of
the same.   No stone or other missile shall be thrown or rolled
from, into, within or upon any of said parks, except in such place
as the commission may designate as a ball-field, in playing games
in which a ball is used.

4.   No person shall ride or drive on any road within any of
said parks at a faster gait than eight miles per hour, and this shall
apply to the use of cycles.

5.   No threatening, abusive, boisterous, insulting or indecent
language, or gesture shall be used on any of said parks, nor shall
any oration, harangue, or other public demonstration be made,
unless by special authority of said commission.

6.   No person shall expose any article or thing for sale on any
of said parks, unless licensed therefor by said commission.

7.   No person shall bathe naked or otherwise in any waters in,
or adjacent to any of said parks, or be naked within any of said
parks, except in such places and subject to such regulations, as
the commission may, from time to time, specially designate by a
public notice set up for that purpose within the park.

8.   No person, unless by authority of said commission, shall
light, kindle, or use any fire on any of said parks.

—439—

9. No person shall ride or drive upon the grass, lawns, or foot-paths of any of said parks.

10. No person shall disturb or injure any bird, bird's nest or eggs, or any squirrel or other animal within any of said parks.

11. No person shall discharge or set off, on or within any of said parks, any fire crackers, torpedoes, rockets or other fireworks, except by license from said commission.

12. No person shall dig up or remove any dirt, stones, rock, or other thing, whatsoever, make any excavation, quarry any stone, or lay or set off any blast, or cause or assist in doing any of said things, within any of said parks, without the special order or license of said commission.

13. No bottles, broken glass, ashes, waste paper, or other rubbish, shall be left in any of said parks, except at such place or places as may be specially designated by the commission or by a sign marked public dump.

14. No cart, wagon, dray, truck or other vehicle, carrying lumber, stone, brick or any other goods, merchandise, or articles of freight, or which is commonly used for the carriage thereof, shall, except in service of the commission, enter any part of any of any of said parks, except such public highways as may have been duly established.

15. No horse shall be hitched to any shrub or tree in any of said parks.

16. No automobile or other motor vehicle shall be taken into or driven upon either East Rock Park, West Rock Park, or Fort Wooster Park.

17. Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth or fifteenth of the foregoing rules and regulations shall forfeit and pay to the commission, for each offence, a penalty of ten dollars. Any person violating any other of said rules and regulations shall forfeit and pay to the commission, for each offence, a penalty of twenty dollars. Said penalties shall be enforceable by process of arrest against the body of the delinquent, and may be sued for on complaint made by the city attorney to the city court of the city of New Haven.

0343

# Exhibit 60

Birmingham, Ala.--- Ordinances

# THE CODE

of

# CITY OF BIRMINGHAM

## ALABAMA

UNIVERSITY OF ILLINOIS LIBRARY

PREPARED BY

HENRY L. ANDERTON JUL 8   1919

BY AUTHORITY OF THE COMMISSION
OF THE CITY OF BIRMINGHAM



## 1917

Digitized by Google

## CHAPTER XLIV

---

# Parks and Public Places

Sec. 1542. **All Parks Dedicated to Public Use.** All the parks heretofore marked out and dedicated to the city, and all public parks hereafter acquired by the city shall be and remain set apart and dedicated to the use of the public as parks and public grounds, and the same shall be regulated and governed in such manner as the Commission may from time to time ordain.

Sec. 1543. **For the Protection of Parks.** Any person who wilfully or maliciously breaks, cuts, disfigures, injures or destroys any tree, shrub, plant or flower within the enclosure of any of the public parks of the city, or any railing, structure or monument therein, or who shall hitch any horse or animal to any tree or shrub therein, shall, on conviction, be fined not less than one nor more than one hundred dollars.

Sec. 1544. **Conduct in Parks.** No person shall enter or leave any of the public parks of the City of Birmingham except by the gateways; no person shall climb or walk upon the walls or fences thereof; no person shall turn or lead any cattle, horses, goat, swine or other animals into any of such parks; no person shall carry firearms or throw stones or other missiles within any of such public parks; no person shall expose any article or thing for sale within any of such parks, nor shall any hawking òr peddling be allowed therein; no threatening, abusive, insulting or indecent language shall be allowed in any part of any of such parks calculated to provoke a breach of the peace, nor shall any person tell fortunes or play at any game of chance at or with any table or instrument of gaming nor commit any obscene or indecent act there-



in; no person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such park nor upon any gate or enclosure thereof; no person shall play upon any musical instrument, nor shall any person take into, carry or display in any such public park any flag, banner, target or transparency; no military company shall parade, drill or perform therein any military or other movements; no person shall light, make or use any fire in any such public park; no person shall go upon the grass, lawn or turf of the parks, except when and where the word "common" is posted, indicating that persons are at that time and place at liberty to go on the grass.

Sec. 1545. **Commission May Close Entrances.** The Commission may direct that any of the entrances to the public parks be closed at any time, and when so closed in obedience to such directions no person shall enter at any such place.

Sec. 1546. **Obstructions on Plats Along Public Streets.** It shall be unlawful for any person in possession of any lot or parcel of ground abutting on any public highway in the City of Birmingham to erect, maintain or permit any other person to erect or maintain or to continue or fail to remove within a reasonable time after notice or knowledge of the presence thereof of any wire, chain, rope or other obstruction or guard on any grass plat or parkway on any public highway in the City of Birmingham, unless such guard or obstruction shall conform to the following specifications, to-wit: The upright posts or stakes shall be made of dressed lumber four inches square and shall extend above the ground not less than three feet and shall be painted white. The cross bar shall consist of some rigid material and may be made either of iron pipe, an iron bar or a wooden bar which shall be placed at a height of not less than three feet above the surface of the ground and such bar or pipe shall also be painted white and shall be securely fastened to the said stakes or posts, which stakes shall be firmly placed in the ground and not more than eight feet apart.


Digitized by Google

Sec. 1547.   **Guards or Stakes Not to be Placed Within Six Inches of Paved Sidewalk.**   No guards or stakes shall be placed on any grass plat or parkway on any public highway in the City of Birmingham within six inches of the paved portion of the sidewalk.

Sec. 1548.   **Agents, Tenant and Owner Charged With Removing Obstructions.**   The owner of the abutting property, as well as the person in possession thereof, whether as agent, tenant or owner, shall be under the duty of removing all guards or obstructions from said parkways or grass plats which do not conform to the foregoing specifications.

Sec. 1549.   **Names of Parks.**   The various parks and public places owned by the city shall be named and known as follows:  Avondale Park, Behrens Park, Caldwell Park, Capitol Park, East Park, Ensley Park, Halls Park, Idlewild Park, Lakeview Park, Linn Park, Magnolia Park, Mineral Wells and Reservoir Park, North Birmingham Park, North Haven Park, Phelan Park, Rhodes Park, West Park, Woodlawn Park, Woodward Park.

---

## CHAPTER XLV

---

# Pawnbrokers

Sec. 1550.   **Definition.**   Pawnbroker under this chapter is and shall be defined to be one whose business it is to lend money upon a pawn or pledge.

Sec. 1551.   **Shall Keep Register of Pawns.**   It shall be the duty of each person in business in the City of Birmingham as a pawnbroker to keep at his place of business a book in which he shall enter, or cause to be entered in writing, a minute description of all personal

Digitized by Google

# Exhibit 61

# THE JOPLIN CODE

## OF 1917

Containing All the General Ordinances of the City, Except Ordinances Numbered 4487 and 5941 (Specifying in Detail the Regulations Relating to Street Improvements and Street Excavations, Respectively), Including Public Utility Franchise Ordinances in Force January 30, 1917; Also the Charter Act of 1913, Applying to Cities of the Second Class in Missouri in Force on Said Date; Also Certain Material Provisions of the Constitution and Statutes of the State of Missouri Applicable to Cities of the Second Class; Also a Brief Historical Sketch of the Municipal Incorporation of Joplin; Also a Directory of the Officers of the City from the Date of Its Early Incorporation in 1873 to the Present Time; Also Information in Relation to the Ownership of Real Estate by the City of Joplin.

Printed and Published by

AUTHORITY OF THE COUNCIL OF JOPLIN, MISSOURI,
IN BOOK FORM, JANUARY, 1917.

Revised and Codified by

HUGH McINDOE,
Mayor.

Assisted by

E. F. CAMERON,
City Attorney.

porch or any other projection from any house or other building
in the city, any flower-pot, wooden box, bowl, pitcher or other
article or thing whatever, unless the same is securely and firmly
fastened or protected so as to render it impossible for any such
pot, box, bowl, pitcher or other article to fall into the street, shall
be deemed guilty of a misdemeanor.

Sec. 1210.  **Women; Mashing, Etc.**  It shall be unlawful for
any person in said city to use any suggestive, leering or immoral
word or act toward, or in the presence of another person, of the
same or opposite sex, for the purpose of attracting the attention
of or annoying such person, or to go, or stand, or loiter upon, or
near, any thoroughfare, and by word, or act, attempt to annoy
or attract the attention of any person of the opposite sex, by any
leering or suggestive act or word, ordinarily known as "mashing";
or to solicit the company or acquaintance of another person for
any immoral or unlawful purpose.  Any person violating the pro-
visions of this section shall be deemed guilty of a misdemeanor.

Sec. 1211.  **Thoroughfare Defined.**  The term "thoroughfare"
when used in this article, shall include all streets, alleys, avenues,
parks, parkings, drives, highways and other public places used by
vehicles and private ways when a public use is permitted thereof.

Sec. 1213.  **Misdemeanor.**  Any person violating any of the
provisions of this article, or who does anything prohibited herein,
or who fails to do anything herein required to be done, shall be
deemed guilty of a misdemeanor, and upon conviction, shall, for
each offense, be punished by a fine of not exceeding three hundred
dollars or by imprisonment not exceeding sixty days, or by both
such fine and imprisonment.

## ARTICLE 68.

### PARKS.

Sec. 1214.  **Conduct in Parks.**  All persons are forbidden to
enter or leave the parks except by the walks, paths or drives; to
lead or allow to be loose any animal upon park premises except
that dogs may be led or carried, but not allowed loose; to throw
stones or other missiles by hand or otherwise, to carry or dis-
charge firearms, or to set off any fireworks or similar things in
the parks; to cut, mark, break or climb upon, or in any way injure
or deface the trees, shrubs, plants, turf or any of the buildings,
fences, bridges, signs, placards or notices, or any structures or
property within or upon park premises; to bring upon any park
premises any tree, shrub or plant, any newly plucked branch or
portion of a tree, shrub or plant; to race with horses, automobiles,
motorcycles or bicycles; or to ride or drive faster than twelve
miles an hour within any of the parks of the city of Joplin; to
drive any animal or vehicles anywhere in the parks, except in the
drives, or to allow them to stand unattended, except at the hitch-

0351

ing places especially provided for such purposes; to obstruct the drives or paths; to stand or keep in or upon any park premises, without special permission in writing from the board of directors of the park board, any horse, burro or other animal, or any hack, carriage, automobile or other vehicle, for the purpose of hire or solicitation of patronage; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the board of directors of the park board; to drive or take any job or freight wagon in or upon any of the park premises, except those in park employ, private wagons conveying families or upon special written permission; to trail vehicles, to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of drunkenness, fighting or quarreling or indecency in or upon any of the parks; to lie, lounge or sleep on the benches or to lie in indecent positions on the benches or the ground; to tell fortunes or to play games of chance, to offer any article or thing for sale, except by written permission; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice or bills or other paper upon any structure, fence, tree or thing in or about the park premises, park drives, roads or boulevards; to bathe or fish in or to send any animal into or throw or place any article or thing in any of the waters of the park; to fish for or disturb any of the fish in any of the ponds or streams in the parks; to shoot at, catch or disturb any water fowl or other birds belonging to, preserved in or being in or about the parks; or to touch, molest or destroy the nest or nests of any birds, or the eggs therein, within any of the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park, or to parade, drill or perform therein any military or other evolution or movements as a military, target company, civic or otherwise, without written permission; to light, make or use any fire therein at any place or places except such as may be designated by the board of directors of the park board for that purpose; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown.

Sec. 1215.  **Flowers, Shrubs, Etc.**  No shrubs, plants or flowers shall be taken, or given away from any of the parks, without written permission, except for the decoration of soldiers' graves, to be cut under direction of the superintendent of parks for use May 30th of each year.

Sec. 1216.  **Public Gatherings.**  No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without written permission.

Sec. 1217.  **Intoxicating Liquors in Parks.**  No intoxicating liquors, as intoxicating liquors are defined in the ordinances of the city of Joplin, shall be allowed to be sold or given away, or to be brought into, used or drunk within any of the parks of the city,

or upon any of its boulevards, driveways or roads under the control of the park board.

**Sec. 1218. Rubbish Not to Be Thrown in Parks.** No person shall drop, throw or place any waste paper, straw, dirt, weeds, ashes, refuse or waste, swill or other rubbish, though not offensive to health, in or upon any park or property, boulevard, driveway or road under the control of the park board, or any part thereof.

**Sec. 1219. Placing of Buildings, Tents, Booths, Etc.** No person shall be permitted to build or place any tents, buildings, booths, stands or other structures in any of said parks, boulevards, driveways or roads under the control of the park board, without first obtaining the written permission of the board of directors of said board.

**Sec. 1220. Injuring Park Property.** No person shall dig, injure or tear up any pavement, sidewalk, crosswalk, grass plot or roadway, or any part thereof, or of any parking, boulevard, driveway or road, or dig down into, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any parking, boulevard, driveway or road under the control of the park board, without first having obtained written permission.

**Sec. 1221. Housemoving Through Parks Prohibited.** No person shall move any building along, across, or upon any park, boulevard, driveway or road under the control of the park board, without first having obtained permission.

**Sec. 1222. Funeral Processions.** No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks under the control of the park board, without previous written consent.

**Sec. 1223. Hauling Heavy Loads.** It shall be unlawful for any person or persons to haul, or cause to be hauled, in any vehicle, in or upon any part of the parks, boulevards, driveways or roads under the control of the park board, any coal, stone, brick, dirt, or other article or articles weighing together with the vehicle two thousand pounds or more; provided that this prohibition shall not be applied to omnibuses, hacks or carriages.

**Sec. 1224. Hauling Gravel, Cinders or Other Loose Material.** It shall be unlawful for any person to engage in driving within or upon any parks, boulevards, driveways or roads under the control of the park board, crushed stone, sand, gravel, sawdust, ashes, cinders, lime, tan bark, shavings, waste paper, ice, mortar, earth, coal, bricks, stone, rubbish, manure or other loose material likely to sift, fall or be blown upon such parks or streets, except in tight wagon boxes, or on wagons securely covered with canvas, and filled only to water level, and in case the same fall or be scattered within or upon any parks, boulevards, driveways or roads under the control of the park board, such person shall cause it to be forthwith removed.

Sec. 1225.  **Scattering Contents of Loaded Wagon Upon Park.**  It shall be unlawful for any person to cause any cart, wagon or other vehicle to be loaded and heaped up so that the contents, or any part thereof, shall be scattered within or upon any parks, boulevards, driveways or roads under the control of the park board.

Sec. 1226.  **Stock in Parks.**  Loose cattle or horses shall not be allowed to be driven in or upon, along or through any part of the parks, boulevards, parkways, avenues, driveways or roads under the control of the park board, without written permission.

Sec. 1227.  **Ordinances Shall Apply to Parks Outside City Limits.**  All ordinances of the city of Joplin where applicable shall apply and be in force in all the parks of the city of Joplin, whether within the city limits or without the city limits, and the police department is authorized and empowered to enforce all ordinances of the city of Joplin, as well as all of the rules and regulations of the board of directors of the park board, violated within the public parks, playgrounds, or other grounds belonging to the city, located within the city limits or without the city limits, in the same manner and to the same effect as if located in the corporate limits of the city of Joplin.

Sec. 1228.  **Definition of Word "Parks."**  Wherever the word "parks" appears in this article, it shall be deemed to mean both public parks and public playgrounds.

Sec. 1229.  **"Written Permission" Defined.**  Wherever it is provided in this article that written permission or consent shall be had, it shall mean written permission or consent of the board of directors of the park board.

Sec. 1230.  **Misdemeanor.**  Any person who shall violate any of the provisions of this article or any of the rules and regulations made by the board of directors of the park board, shall be deemed guilty of a misdemeanor.

## ARTICLE 69.

### PAWNBROKERS, SECOND-HAND DEALERS, JUNK DEALERS.

Sec. 1231.  **Pawnbroker Defined.**  Every person or corporation engaged in the business of receiving property in pledges, or as security for money or other thing advanced to the pawner or pledger, or who purchases personal property and agrees to sell it back, or who makes a display at his place of business of the sign of three balls, or who publicly exhibits any sign offering money to loan on personal property, except negotiable instruments, shall be held and is hereby defined to be a pawnbroker.

Sec. 1232.  **Second-Hand Dealer Defined.**  Any person who

# Exhibit 62

# WISCONSIN

# SESSION LAWS

## Acts
## Resolutions and Memorials

Passed at the Biennial Session of the
Legislature, 1917

———

The Acts are Numbered in Consecutive Chapters in the Order in
Which They are Received from the Governor

———

*Published by Authority*

———

MADISON, WIS.
DEMOCRAT PRINTING CO., STATE PRINTER
1917

steward of any restaurant, club, hotel, boarding house, saloon, logging camp, or mining camp shall sell, barter, serve or give, or cause to be sold, bartered, served, or given to the guests or boarders thereof the meat of any deer, squirrel, game bird, or trout other than lake trout, or the carcass or part thereof, at any time; nor any other game fish taken from inland waters during the period extending from the first day of January to the next succeeding twenty-ninth day of May of each year; nor any frog or other game or other wild animal, or carcass or part thereof, during the close season therefor, except rabbits in counties containing a city of the first class.   This section applies, whether such animals were lawfully or unlawfully taken within or without the state.

(2) Free lunch.   The giving, offering, or affording opportunity to take free lunch in any of the places named in the preceding subsection shall be held to be embraced within the prohibitions thereof.

(3) Penalty.   Violations of this section shall be punished by a fine of not less than two hundred nor more than five hundred dollars, or by imprisonment in the county jail not less than nine months nor more than one year, or by both such fine and imprisonment.

## PROPAGATION OF WILD ANIMALS

29.50   **PROPAGATION PRIVILEGED.**   Nothing in the foregoing provisions concerning the protection of wild animals shall affect the operation of state hatcheries, the removal of fish which have died from natural causes or the removal of deleterious fish by the state conservation commission or under its authority; or the propagation or transportation, collecting and transplanting of fish or fish fry by state authority; nor the transportation of fish into or through this state or out of it by the commissioners of fisheries of other states or of the United States; nor the operation of private fish hatcheries, or the propagation of fish in private waters, or the transportation and sale of fish therefrom as hereinafter provided; but the state conservation commission, or its agents and employes, shall not furnish fish or fry from state hatcheries to private ponds, private clubs, corporations or preserves, and shall not plant them in waters where the general public is not allowed the rights and privileges enjoyed by any individual.

29.51   **STATE PROPAGATION OF FISH.**   (1) State fish hatcheries.   The state conservation commission shall have gen-

mission to spawn the fish and fertilize the eggs, and that such eggs shall be delivered at such place as may be designated by the commission and forwarded to some state hatchery for propagation.

(3) Delivery of spawn. Any person fishing in any waters of this state shall deliver, on demand, to the state conservation commission or its deputies or authorized agents, all kinds of fish, during the spawning season, for the purpose of being stripped of their eggs and milk; and the person receiving them shall, immediately after having stripped the fish, return them to the person from whom received. Any such person shall permit the commission, or its deputies, or authorized agents to enter any boats, docks, grounds or other places where such fish may be, for the purpose of stripping the same while alive, and shall render such assistance as may be necessary to expedite the work of mixing the eggs and milk for proper impregnation.

(4) Removal of spawn or fish from state. No person shall remove any fish eggs or live fish from this state except as authorized by law, unless a permit therefor has been issued to him by the state conservation commission.

(5) Unlawful fishing by employes. No employe of the commission, and no other person, while engaged in catching wild fish from the public waters for purposes of artificial propagation, shall take or have in his possession or under his control any kind of fish other than those he has been directed, by the commission or its deputy or agent, to take therefrom.

29.52 PRIVATE FISH HATCHERIES. (1) No person shall stock any private fish hatchery with fish or fry obtained from any Wisconsin state fish hatchery, or from any waters of the state except when such fish have been taken in a lawful manner.

(2) The term "private fish hatchery" includes only private ponds, with or without buildings, used for the purpose of propagating fish and located as follows:

(a) At the headwaters of or along a stream for a distance of not to exceed one mile, on private land possessed and controlled by the owner or owners of such hatchery.

(b) On private land where the supply of water for the hatchery is furnished by springs or artificial wells.

(c) On private land where the supply of water for the hatchery is obtained by the use of flumes, pipes, or ditches from flowing streams, provided that said flumes, pipes, or ditches, shall be properly screened so as to prevent fish from passing from such streams to the ponds of such hatchery.

0358

(3) The owner or lessee of any private hatchery shall report to the state conservation commission the name, if any, and location of such hatchery, whereupon the commission shall inspect, and in its discretion number and register such hatchery and immediately inform the owner or lessee of the number given such hatchery; such owner or lessee shall, however, pay a registration fee of five dollars, and all expenses of inspection except the salary of the employe who inspects the hatchery.

(4) Each package or box containing fish propagated and raised in any private hatchery and shipped or offered for shipment shall be branded with an iron brand as follows: "Shipped from the private fish hatchery of (insert name of owner or lessee, location, and number of hatchery)" and such brands shall not be used on packages containing fish not taken from such private hatchery.

(5) Any person who shall, without permission of the owner, trespass or fish on the waters of a private hatchery or fish pond properly registered with the state conservation commission, shall be punished by a fine of not less than fifteen dollars nor more than twenty-five dollars and in default of payment thereof shall be imprisoned in the county jail for not less than ten days nor more than twenty days; provided, that the owner of such private fish hatchery or fish pond gives notice by maintaining signboards, at least one foot square, in at least two conspicuous places to every forty acres. Prosecutions under this subsection shall be by the owner of such private hatchery or pond.

29.54 STATE PROPAGATION OF WILD MAMMALS AND BIRDS. (1) The state conservation commission is authorized to take or purchase wild mammals and birds and their eggs for propagation. The distribution thereof shall be made throughout the various parts of the state under the supervision and direction of the commission, and according to such regulations as they shall prescribe.

(2) No person shall take, remove, sell, or transport from the public waters of this state to any place beyond the borders of the state, any duck potato, wild celery, or any other plant or plant product except wild rice native in said waters and commonly known to furnish food for game birds.

29.55 WILD ANIMALS FOR PARKS. (1) The state conservation commission may, on application of any park board, grant permit to take, have, sell, barter, or transport, at any time, live wild animals for park purposes.

(2) The state conservation commission may, on application

of any person, grant a permit to such person to take and transport wild animals for propagation within the state, under the supervision of the commission or its deputies

29.56  FOREST COUNTY GAME REFUGE.  Townships thirty-eight north, of range twelve and thirteen east, Forest county, shall be known as the Forest County Refuge.  No person shall at any time or in any manner, hunt any game within said refuge.

29.57  WILD LIFE REFUGES.  (1) Establishment.  The owner or owners of any tract, or contiguous tracts, of land comprising in the aggregate not less than one hundred and sixty acres located outside the limits of any city or village, may apply to the state conservation commission for the establishment of said lands as a wild life refuge.  The commission may thereupon employ such means as it may deem wise to inform itself regarding the premises; and if, upon inspection, investigation, hearing, or otherwise, it shall appear to the satisfaction of the commission that the establishment of said lands as a wild life refuge will promote the conservation of one or more useful species or varieties not native within this state, it may by order designate and establish the said lands as a wild life refuge.

(2) Enclosure.  Within thirty days after the date of such order the owner or owners of the said lands shall enclose the same, wherever the same are not already enclosed by a fence, with a single substantial wire, and shall post and maintain along the said wire or fence, at each interval of twenty rods, signs or notices, furnished by the state conservation commission, proclaiming the establishment of said refuge.

(3) Publication.  No such order shall be effective until at least thirty days after the date of its issue; nor unless the commission shall have caused notice thereof to be given by its publication, once in each week for three successive weeks next preceding the date of its effect, in at least one newspaper published in the county embracing the said lands.  Thereupon the said lands shall be a wild life refuge, and shall so remain for a period of not less than five years, from and after the date of effect stated in said order.

(4) Absolute Protection.  No owner of lands embraced within any such wild life refuge, and no other person whatever, shall hunt or trap within the boundaries of any wild life refuge, state park, or state fish hatchery lands; nor have in his possession or under his control therein any gun or rifle, unless the same is unloaded and knocked down or enclosed within its carry-

ing case; but nothing herein shall prohibit, prevent, or interfere with the state conservation commission, or its deputies, agents or employes, in the destruction of injurious animals.

(5) Animals procured by commission.   The state conservation commission may place within any such wild life refuge, for the purpose of propagation, wild animals of any species or variety.

## DESTRUCTION OF INJURIOUS ANIMALS

29.58   MUSKRATS INJURING DAMS.   The owner or lessee of any dam may in any manner capture or kill muskrats at any time when said muskrats are injuring or destroying such dams or the levees connected therewith; but shall not sell, barter, or give to any other person the skin of any muskrat captured or killed during the close season therefor.

29.59   BEAVER CAUSING DAMAGE.   (1) Complaint. Upon complaint in writing, by the owner or lessee of any lands, to the state conservation commission, that beaver are causing damage thereto the commission shall employ such means as it may deem wise to inquire into the matter; and if, upon inspection, investigation, hearing, or otherwise, it shall appear to the satisfaction of the commission that the facts stated in such complaint are true, it may, by written permit, authorize the said owner or lessee to capture and remove such beaver, as hereinafter prescribed.

(2) Supervision.   No beaver shall be captured or killed under such permit except only during such period of time, from and after the first day of January in each year, as may be limited by the commission, and then only under the direct supervision of a deputy conservation warden.

(3) Disposition of animals.   The owner or lessee shall capture, alive and without avoidable injury, such number of beaver as may be designated by the commission, for delivery to zoological parks or collections or for transplantation to other localities within the state; all others shall be killed and skinned with care to conserve the value of the skins, which shall be shipped without delay to Madison, consigned to the state conservation commission.

(4) Sale and disposition of proceeds.   All such skins shall be sold by the commission, in the manner of a sale of confiscated game, and the proceeds paid into the conservation fund.

(5) In Price, Rusk, and Sawyer counties.   Licenses for the taking, catching or killing of beaver in Price, Rusk, and Sawyer

# Exhibit 63

State of Connecticut

# REPORT

OF THE

## STATE PARK COMMISSION

FOR THE

### Two Fiscal Years Ended September 30

## 1918

0363

### Principles to be Observed in the Selection of Names.

The selection of names has always seemed to me a matter of some importance, and with the experience now gained, I would suggest the following very general principles, which if adopted may be of some assistance, though each case must be considered with care as it arises:

1. Family names should be avoided unless of historical significance, or unless such names have become firmly established by long-continued or wide-spread use.

2. Preference should be given to names of natural features appearing on maps in current use, of which maps those of the Geological Survey (Topographic) should be considered the standard.

3. All names should be reasonably short and euphonious, and should be complete and distinctive in ordinary use without the suffix "Park" or "State Park."

4. If possible, the name selected at the time of first acquisition should be sufficiently broad to cover any probable future additions.

### Notices.

The following general form of notice has been adopted by the Commission for use in all Parks, and has been approved by the Governor, as required by Chapter 230, Public Acts of 1913. Copies of this notice should be placed in all the Parks as soon as funds will permit.

## CONNECTICUT STATE PARK

(NAME OF PARK)

#### To the Citizens of Connecticut

This is a State Park. It belongs to you. It was paid for out of the State money, your money, or given to the State, for the preservation of natural beauty or historical association, and for the recreation of yourselves and your guests from other States.

The custodian of the State Park is the State Park Commission, established by your representatives in the General Assembly, whose members are appointed by the Governor with the approval of the Senate. They are your servants, to see that the State Parks are properly cared for, rightly used and not abused.

There is a reason for every rule and regulation made, and they should be complied with, even though the reason is not evident. If the rule seems onerous or unnecessary, your criticisms or suggestions, made in writing, will receive careful consideration.

It is desired that this park shall be used for picnic parties, camping and outdoor life by the people of Connecticut, provided the park is used in a wholesome and reasonable way, and that the trees, shrubs and plants are not injured, and all rubbish is placed in re-

ceptacles prepared for it, or buried or burned.  People using this State Park should not monopolize it, nor disturb nor unpleasantly intrude upon other parties using it.

FIRES are a source of danger to the forest, and must not be built in dry times, but at other times they may be made in stone fireplaces built by the Commission or acceptable to them; the fire should never be left alone, and must be put out on leaving.

The use of firearms or having them in possession is forbidden, also the killing or disturbing of wild animals, birds or birds' nests.

The directions of the caretakers should be followed.  If they seem unreasonable or undesirable, or if suggestions are to be offered, please write to the Field Secretary or any member of the Commission.

IT IS PERMITTED: .
1. To fish in accordance with the Public Statutes.
2. To gather nuts, berries or wild flowers except for market.
3. To use any dead wood for the fireplace.
4. To camp for two days or less without a permit, camping for longer periods to be by special permit.

STATE PARK COMMISSION,
(Names and addresses)

## Progress of Acquisition.

It has been previously suggested that the success of your work cannot be gauged by the size of the appropriations devoted to it, and it is equally true that its progress is not to be measured or computed in acres of land, and yet we naturally turn to figures of some sort as the readiest means of comparison.

Your first report in 1914 showed a total of five acres in the town of Westport; the second in 1916 showed a total of 740 acres in 5 towns; and the present total is 3,150 acres in 18 towns, of which 914 acres have been purchased and 2,236 acres have been freely given.  As citizens of the good old State, we have then apparently equal reason to be proud of our collective thrift and our individual generosity.  Unfortunately for this view, the donors seem to be a corporate body acting collectively and individuals having their principal residence in other States.  Well, pride is sinful and humility is a Christian virtue, and after all, somehow we are getting some land.  But is it sinful to be proud of the beauties of our own State? or must we live somewhere else to appreciate them?

In closing, it is impossible to omit a few words of personal tribute to the character of General Bradley, whose loss we have all felt keenly.  His gentle and persistent optimism in the face of every discouragement, his faith in his ideals, his invariable good humor and kindly smile, and that rare courtesy and charm of manner which

# Exhibit 64

# REVISED ORDINANCES *etc.*

OF

# SALT LAKE CITY, UTAH

## 1920

REVISED, COMPILED AND ARRANGED

BY

W. H. GREGORY *of the* UTAH BAR

UNDER THE DIRECTION OF

WILLIAM H. FOLLAND, City Attorney, and
HORACE H. SMITH, Assistant City Attorney

PUBLISHED BY AUTHORITY OF THE
BOARD OF COMMISSIONERS
OF SALT LAKE CITY,
UTAH, 1920

Amendments of 1921.



Printing and Binding by
ARROW PRESS
Salt Lake City

MUNICIPAL BRANCH OF
NEW YORK PUBLIC LIBRARY
MUNICIPAL BUILDING

Case 3:23-cv-00056-JBA   Document 23-5   Filed 03/30/23   Page 97 of 203

## CHAPTER XLII.

### PARKS AND PUBLIC PROPERTY.

**Section 1482. Superintendent of parks. Custodian of joint building.** There is hereby created the office of superintendent of parks and public property and the office of custodian of that part of the joint city and county building in Salt Lake City owned and controlled by said city, both of which officers and their departments and all employees therein shall be under the general supervision of the commissioner of parks and public property.

**Sec. 1483. Superintendent of parks, salary. Residence.** The board of commissioners may appoint a competent and experienced landscape gardener superintendent of parks and public property, at a salary not to exceed $2,200 per annum, payable monthly.

The superintendent of parks and public property may reside in the dwelling at Liberty Park rent free.

Section 601, C. L. U., 1917.

**Sec. 1484. Same, bond.** The superintendent of parks and public property, before he enters upon the duties of his office shall take and subscribe the constitutional oath of office, and execute a bond with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the penal sum of two thousand dollars, conditioned for the faithful performance of the duties of his office, and the payment of all moneys received by him as such officer, according to law and the ordinances of the city.

Sections 603 and 605, C. L. U., 1917.

**Sec. 1485. Assistant superintendent of parks. Supervisor of playgrounds. Other employees.** The board of commissioners may employ in the department of parks and public property one assistant superintendent of parks and public

0368

property and one chief clerk at salaries not to exceed $1,620 per annum, such supervisors of playgrounds and other employees as may be necessary for the proper care, maintenance, improvement and beautification of the parks and public property of the city, at such salaries and for such periods of time as the board of commissioners may determine.

**Sec. 1486. Assistant superintendent of parks and public property. Duties.** It shall be the duty of the assistant superintendent of parks and public property to assist the superintendent of parks and public property in the supervision of the work, care, maintenance, improvement and beautification of the parks of Salt Lake City, not under the control, care, and supervision of some other officer, to act as florist at Liberty Park, and to do and perfom such other services as shall be required of him by the commissioner of parks and public property.

**Sec. 1487. Superintendent of parks, etc. Duties.** It shall be the duty of the superintendent of parks and public property to supervise the work of the care, maintenance, improvement and beautifying of all parks and public property in Salt Lake City, not under the control, care and supervision of some other department of the city.

**Sec. 1488. Assistant superintendent of parks. Duties. Employees.** The board of commissioners may employ the following officers, clerks and employees in the department of parks and public property, at salaries not to exceed the following, to wit:

One assistant superintendent of parks and public property, at a slary of not to exceed $1,800 per annum.

It shall be the duty of the assistant superintendent of parks and public property to assist the superintendent of parks and public property in the supervision of the work, care, maintenance, improvement and beautifying of the parks in Salt Lake City not under the control, care and supervision

0369

of some other officer; to act as florist at Liberty park; and to do and perform such other services as shall be required of him by the commissioner of parks and public property.

One chief clerk at not to exceed $1,620 per annum.

Such supervisors of play grounds and at such salaries and for such terms as the board of commissioners may determine.

Such other employees and laborers as may be necessary; and to furnish and provide such equipment as may be necessary for the proper care, maintenance, improvement and beautification of the parks and public property of the city.

Section 601, C. L. U., 1917.

**Sec. 1489. Custodian of joint building. Salary.** The board of commissioners may appoint a competent and suitable person custodian of that part of the joint city and county building owned and controlled by said city at a salary of not to exceed $1,800 per annum, to be paid monthly.

The custodian of that part of the joint city and county building owned and controlled by Salt Lake City, shall, before he enters upon the duties of his office, take and subscribe the constitutional oath of office, and execute a bond with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the penal sum of $1,000, conditioned for the faithful performance of the duties of his office, and the payment of all moneys received by him as such officer, according to law and the ordinances of the city.

Sections 603 and 605, C. L. U., 1917.

**Sec. 1490. Duty of custodian.** It shall be the duty of the custodian of said building to supervise the work of the care and maintenance of that part of the joint city and county building in Salt Lake City owned and controlled by said city, and of the offices, apartments and rooms thereof.

Said custodian shall also act as custodian and supervise the work of the care and maintenance of the public safety building.

Section 601, C. L. U., 1917.

0370

Case 3:23-cv-00056-JBA   Document 23-5   Filed 03/30/23   Page 100 of 203

**Sec. 1491. Joint building. Janitors. Other employees.**
The board of commissioners may employ such janitors and
other employees in that part of the joint city and county
building owned and controlled by Salt Lake City as may be
necessary to the proper care and maintenance of said build-
ing; said employees to receive such wages as may be fixed
by the board of commissioners; and in connection with Salt
Lake county, employ one night watchman for the inside of
said building, one night watchman for the outside of said
building and grounds surrounding the same, one engineer, one
assistant engineer, and such firemen as said board and said
county may determine, and pay said employees such wages as
may be fixed by said board and said Salt Lake county.

Section 601, C. L. U., 1917.

**Sec. 1492. Public safety building. Engineers. Janitors,
etc.** The board of commissioners of Salt Lake City may
employ such engineers, firemen, stokers, janitors, and other
employees as may in the judgment of the board be necessary
for the proper care of the public safety building, at such
wages as may be fixed by said board.

Section 601, C. L. U., 1917.

**Sec. 1493. Warm Springs. Custodian. Other employees.**
The board of commissioners may employ the following
employees at the compensation named, to perform duties at
what is known as the Warm Springs sanitarium building,
owned by Salt Lake City, situated on the corner of Second
West and Seventh North streets, to wit:

One custodian at a compensation not to exceed $2,220 per
annum, payable monthly.

One assistant custodian, at a compensation not to exceed
$1,800 per annum, payable monthly.

One fireman and such other employees as in the judg-
ment of the board may be necessary for the proper care,
maintenance and conduct of said property and the building
thereon, at such wages as may be fixed by said board.

0371

That the persons named as custodians and assistant custodian shall, before entering upon the discharge of their duties, take the constitutional oath of office, and execute to Salt Lake City a bond, with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the sum of $1,000, the conditions of said bond being that they will faithfully perform the duties of their office as prescribed by the board of commissioners and the commissioner of parks and public property, and observe and obey all laws and ordinances of the city, and pay to the city treasurer all moneys received by them as such custodian and assistant custodian, according to law and the ordinances of the city.

Sec. 601, C. L. U., 1917.

**Sec. 1494. Offenses in parks and play grounds.** It shall be unlawful for any person to do or suffer or permit to be done any of the acts hereinafter specified in any public park or play ground in Salt Lake City, or in any place now, or which may hereafter be set aside or used as a public park or play ground, to wit:

1. To lead or let loose any cattle, horse, mule, goat, sheep, swine, dogs or fowl of any kind.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes, powder, or any other fireworks or explosive.

3. To cut, break, injure, deface or disturb any trees, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, flower, or to mark, or write upon any building, monument, fence, bench or other structure.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

Case 3:23-cv-00056-JBA   Document 23-5   Filed 03/30/23   Page 102 of 203

5.   To distribute any hand-bills, or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6.   To swim, bathe or wade in the waters of any fountain, pond, lake or stream not set aside for the purpose of swimming, bathing, or wading, or pollute the waters of any fountain, pond, lake or stream.

7.   To make or kindle a fire for any purpose.

8.   To camp or lodge therein.

9.   To ride, or drive any horse, or other animals, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purposes, and never on the footpaths.

10.   To engage in fighting or indulge in rioutous, boisterous, threatening, or indecent conduct, or to use any abusive, threatening, profane or indecent language.

11.   To sell or offer for sale, any merchandise, article or thing whatsoever, without the written consent of the commissioner of parks and public property, within any park or play ground or within a distance of 60 feet from the boundary line of any public park or play ground.

12.   To hitch or fasten any horse or other animal to any tree or any other place or structure not specially designated and provided for such purpose.

13.   To ride or drive any animal or vehicle at a rate of speed exceeding fifteen miles per hour.

14.   To ride or drive any horse or animal not well broken and under perfect control of the driver.

15.   To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, slot machine, wheels or other device, for money, chips, credit, cigars, candy, merchandise, or any other thing representative of value, or to maintain or exhibit any cards, dice, table,

0373

wheel, machine or other instrument or device for betting, gambling or gaming.

16. To practice, carry on, conduct or solicit for any trade, occupation, business or profession, without the written permission of the commissioner of parks and public property.

17. To play or engage in any game, excepting at such place as shall be specially set apart for that purpose.

18. To drive or have any dray, truck, wagon, cart, perambulator or other traffic vehicle, carrying or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand, or soil, or any article of trade or commerce, or any offensive article or material whatsoever upon any road or drive, except such as may be specially provided or designated for such use.

19. To throw or deposit any bottles, tin or tin cans, broken glass, nails, tacks, crockery, wire, paper, clothes, scrap or sheet iron, boxes, boards, lumber or stone, or any rubbish or garbage.

20. To conduct or carry on any celebration, parade, service, speech-making or exercise, without first obtaining permission from the commissioner of parks and public property; or to take part in any celebration, parade, speech-making or exercise held or conducted contrary to the provisions hereof.

21. To suffer or permit any dog to enter or remain in a public park or play ground, unless it be led by a leash of suitable strength, not more than six feet in length.

22. For any male person over eight years of age to enter or use any water closet designated for women in a public park or play ground.

23. To hunt or fish at any park or public grounds.

24. To annoy, injure, release from confinement, or in any manner interfere with any swan, duck, goose, bird or animal, the property of the city.

# Exhibit 65

# REVISED

# ORDINANCES

## OF 1921

———

# CITY OF BURLINGTON

# VERMONT

———

BURLINGTON
FREE PRESS PRINTING COMPANY
1921

# RULES AND REGULATIONS FOR THE USE OF PARKS AND CEMETERIES

---

## PARKS.

I.  No domestic animals, except dogs, shall be permitted to enter or go at large in any of said parks, either with or without a keeper.  Dogs must be held in lease by their owners, otherwise they may be killed by any park-keeper, special constable or policeman.

2.  No person shall pick any flowers, fruit or foliage, or cut, break, dig up, or in any way mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or anything in any of said parks, or cut, carve, point, mark or paste on any tree, stone, fence, wall, building, monument or other object therein, any bill, advertisement or inscription whatsoever.

3.  No person shall carry or have any firearms on any of said parks, and no firearms shall be discharged from or into the same.  No stone or other missile shall be thrown or rolled from, into, within, or upon any of said parks, except in such places as the commission may designate as a ball-field, in playing games in which a ball is used.

4.  No person shall ride or drive on any road within any of said parks at a faster gait than fifteen miles per hour, and this shall apply to the use of cycles.

5.  No threatening, abusive, boisterous, insulting or indecent language or gesture shall be used on any of said parks.  Nor shall any oration, harangue, or any other public demonstration be made, unless by special authority of said commission.

6.  No person shall expose any article or thing for sale on any of said parks, unless licensed therefor by said commission.

7.  No person shall bath naked, or otherwise, in any waters, in or adjacent to any of said parks, or be naked within any of said parks, except in such places and subject to such regulations as the commission may, from time to time, especially designate by a public notice set up for that purpose within the park.

8.  No person, except by authority of said commission, shall light, kindle or use any fire on any of said parks.

9.  No person shall ride or drive upon the grass, turf or lawns of said parks.

10.  No person shall disturb or injure any bird, bird's nest, or eggs, or any squirrel or other animal within any of said parks.

11.  No person shall discharge or set off, on or within any of said parks any firecrackers, torpedoes, rockets, or other fireworks, except by license from the commission.

2                    ORDINANCES.

12.  No person shall dig up or remove any dirt, stones, rock, or other thing whatever, make any excavation, quarry any stone or lay or set off any blast, or cause or assist in doing any of such things, within any of said parks, without the special order or license of said commission.

13.  No bottles, broken glass, ashes, waste-paper, or other rubbish shall be left in any of said parks, except at such place or places as may be specially designated by the commission.

14.  No horse shall be hitched to any shrub or tree in any of said parks.

15.  No automobile or other motor vehicle shall be taken into or driven upon any public park except upon such drives and subject to such regulations as the commission may from time to time especially designate by public notice set up for that purpose within the park.

16.  No person or corporation shall trim, break, dig up or in any way mutilate a street tree without the permission and under the supervision of the commission.

17.  No person shall plant or cause to be planted or assist in planting in any of the city streets any variety of poplar, cottonwood or willow tree.

18.  Any person violating either the first, second, fourth, fifth, sixth, ninth, eleventh, twelfth, thirteenth, fourteenth or seventeenth of the foregoing rules and regulations, shall forfeit and pay to the commission, for each offense, a penalty of ten dollars.  Any person violating any other of said rules and regulations shall forfeit and pay to the commission, for each offense, a penalty of twenty dollars.  Said penalties shall be enforceable by process of arrest against the body of the delinquent and may be sued for on complaint made by the city attorney to the Burlington city court.

————

CEMETERIES.

GENERAL PROVISIONS.

1.  Lake View Cemetery will be open from 7.00 o'clock a. m., until sunset, and Green Mount and Elmwood Cemeteries from 7.00 a. m., until sunset during the season.  All persons must leave the grounds before the gates are closed.

2.  No trucks or heavy wagons will be allowed inside the grounds except by special permission from the superintendent, unless bringing material for work to be done in the cemetery.

3.  No fast driving will be allowed in the grounds.

4.  Bicycles, motor cycles or automobiles are allowed within the grounds only by permission from the superintendent.

# Exhibit 66

# STATE OF NORTH CAROLINA

---

# PUBLIC LAWS AND RESOLUTIONS

ENACTED BY THE

## EXTRA SESSION

OF THE

## GENERAL ASSEMBLY

OF

## 1921

BEGUN AND HELD IN THE CITY OF RALEIGH

ON

TUESDAY, THE SIXTH DAY OF DECEMBER, A.D. 1921

---

## PUBLISHED BY AUTHORITY

---

RALEIGH
MITCHELL PRINTING COMPANY
STATE PRINTERS
1922

*First.* To supplement the funds in those counties specified in section two of this act, in order to provide a six months school term in each of said counties; <span>Supplements to county funds.</span>

*Second.* After the provisions of section two have been complied with, then the State Board of Education shall apportion the residue of the funds provided in this section in order to pay the salaries of the county superintendents and assistant superintendents for six months, and all city superintendents, all supervisors not otherwise provided for, all principals of elementary schools having ten or more teachers, and principals of standard high schools, for three months. <span>Apportionment of residue.</span> <span>County superintendents and assistants. City superintendents. Supervisors. Principals of elementary and high schools.</span>

SEC. 5. That section five thousand four hundred and eighty-eight of the Consolidated Statutes, as amended, be and the same is hereby further amended by adding at the end thereof the following: "*Provided*, that no action in the nature of a writ of mandamus shall be brought against the board of county commissioners to compel said board to levy a rate of taxation greater than the rate authorized by the General Assembly." <span>Proviso: mandamus for increase of tax rate not to lie.</span>

SEC. 6. All laws and clauses of laws in conflict with the provisions of this act are hereby repealed. <span>Repealing clause.</span>

SEC. 7. This act shall be in full force and effect on and after the date of its ratification.

Ratified this the 20th day of December, A.D. 1921.

---

## CHAPTER 6

### AN ACT TO PROTECT ANIMALS AND GAME IN PARKS AND GAME RESERVATIONS IN EITHER PRIVATE OR PUBLIC PARKS OR PLACES.

*The General Assembly of North Carolina do enact:*

SECTION 1. That it shall be unlawful for any person or persons to hunt, trap, capture, willfully disturb, or kill any animal or bird of any kind whatever, or take the eggs of any bird within the limits of any park or reservation for the protection, breeding, or keeping of any animals, game, or other birds, including buffalo, elk, deer, and such other animals or birds as may be kept in the aforesaid park or reservation, by any person or persons either in connection with the Government of the United States, or any department thereof, or held or owned by any private person or corporation. <span>Protection of game in parks or reservations.</span>

SEC. 2. That any person or persons who shall hunt, trap, capture, willfully disturb, or kill any animal or bird, or take the eggs of any bird of any kind or description in any park or reservation <span>Misdemeanor.</span>

54          1921—Chapter 6—7—8       [Extra

Punishment.

as described in section one of this act, at any time during the year, shall be guilty of a misdemeanor, and shall be fined or imprisoned in the discretion of the court for each and every offense.

Carrying weapons in parks or reservations.
Misdemeanor.

SEC. 3. That any person who shall carry a pistol, revolver, or gun in any park or reservation such as is described in section one of this act, without having first obtained the written permission of the owner or manager of said park or reservation, shall be

Punishment.

guilty of a misdemeanor, or shall be fined or imprisoned, in the discretion of the court, for each and every offense.

Application of act.

SEC. 4. That the provisions of this act shall apply only to that part of the State of North Carolina situated west of the main line of the Southern Railway running from Danville, Virginia, by Greensboro, Salisbury, Charlotte, and Atlanta, Georgia.

Repealing clause.

SEC. 5. All laws and clauses of laws in conflict with this act are hereby repealed.

SEC. 6. That this act shall be in force from and after its ratification.

Ratified this the 15th day of December, A.D. 1921.

---

## CHAPTER 7

### AN ACT TO CHANGE THE MONTH DURING WHICH ACCOUNTS OF STATE OFFICERS ARE EXAMINED BY COMMISSIONERS OF THE LEGISLATURE.

*The General Assembly of North Carolina do enact:*

Date changed.

SECTION 1. That section seven thousand six hundred and ninety-two of the Consolidated Statutes be and the same is hereby amended by striking out the word "December" in line six of said section and inserting in lieu thereof the word "July."

SEC. 2. That this act shall be in force from and after its ratification.

Ratified this the 10th day of December, A.D. 1921.

---

## CHAPTER 8

### AN ACT TO AUTHORIZE THE TREASURER TO BORROW NOT EXCEEDING $710,000 FOR THE STATE PUBLIC SCHOOL FUND.

Preamble: tax at special session.

Purpose.

Whereas the special session of the General Assembly of one thousand nine hundred and twenty, chapter ninety-one, section one, Public Laws, provided a State tax of thirteen cents for the purpose of paying "one-half the annual salary of the county superintendents and three months salary of all teachers of all sorts

0382

# Exhibit 67

# DIGEST OF THE

# CHARTER AND ORDINANCES

### OF THE

## CITY OF CHATTANOOGA

### IN FORCE ON JANUARY 1st, 1922.

———

ALSO CONTAINING STATE LAWS INCORPORATING AND
RELATING TO SAID CITY, FRANCHISES GRANTED
BY SAID CITY AND A DIGEST OF THE BONDED
INDEBTEDNESS THEREOF.

———

COMPILED BY

**FRANK S. CARDEN**, City Attorney,

and

**RUTH DURANT EVANS**, Member of the Chattanooga Bar.

1922

LONG-JOHNSON PRINTING COMPANY
Jackson, Tennessee

0384

## CHAPTER 2.

## PUBLIC GROUNDS.

Article    I.    General Regulations for Public Parks.
        II.    Citizens' Cemetery Park.
      III.    Trees on Streets of City.

---

## ARTICLE I.

## GENERAL REGULATIONS OF PUBLIC PARKS.

**Section 509. Unlawful to drive any animal or vehicle in parks except along driveways, &c. Unlawful to drive certain vehicles along driveways.**—It shall be unlawful for any person to drive or propel any vehicle, or drive any horse or other animal in, or over or through any park, except along and upon park drives, parkways and park boulevards, or to drive or propel along or over any park drive, parkway or park boulevard, any heavily laden vehicle or any vehicle carrying or ordinarily used in carrying merchandise, goods, tools, material or rubbish, or any market wagon, farm wagon, milk wagon, dirt cart, moving van, dray or truck, or any hearse, or any vehicle carrying the body of a deceased person, or any carriage or other vehicle being a part of a funeral procession, going to or returning from a cemetery. (Ordinance No. 1377, Sec. 1, Book A-1, Page 54).

**Section 510. Speed of vehicles on driveway.**—It shall be unlawful for any person to drive or propel over or along any park drive, parkway or park or playground, any vehicle, or to ride or drive any horse or other animals, or any bicycle, tricycle or automobile, at a careless, indifferent or reckless speed. (Ordinance No. 1377, Sec. 2, Book A-1, Page 54).

**Section 511. Unlawful to drive stock through park or allow trespass of stock.**—It shall be unlawful to lead a horse or other animal, or drive stock of any kind through or upon park property or to permit stock of any kind to trespass upon or damage park property or grounds, and the owners of such stock thus trespassing are hereby made amenable to the penalties under this ordinance. (Ordinance No. 1377, Sec. 3, Book A-1, Page 54).

**Section 512. Unlawful to erect billboards, &c.**—It shall be unlawful for any person to place or erect any structure, sign, bulletin board, or advertising device of any kind whatever in any park, or to attach any notice, bill, poster, sign, wire, rod or cord to any tree, shrub, fence, railing, post or structure belonging to any park; PROVIDED, that the Park Commissioner may permit the erection of temporary decorations on occasions of public celebrations or holidays. (Ordinance No. 1377, Sec. 4, Book A-1, Page 54).

**Section 513. Unlawful to injure &c. any tree &c.**—It shall be unlawful for any person to remove, destroy, mutilate or deface any structure, monument, statue, vase, fountain, wall, fence, vehicle, bench, tree, shrub, fern, plant, flower or other property in any park. (Ordinance No. 1377, Sec. 5, Book A-1, Page 54).

0385

**Section 514. Unlawful to stand, &c. on any flower-bed, monument, fence, &c.**—It shall be unlawful for any person to walk, stand or sit on any border, flower bed, monument, vase, fountain, railing or fence in any park, or enter or leave a park by climbing over or forcing a way through any fence or gates in any park. (Ordinance No. 1377, Sec. 6, Book A-1, Page 54).

**Section 515. Unlawful to allow dog or other animal to run at large.**—It shall be unlawful for any person to allow or permit any dog or other animal to run at large in any park, or enter any of the lakes, ponds, fountains, or streams therein. (Ordinance No. 1377, Sec. 7, Book A-1, Page 54).

**Section 516. Offenses against public safety, good morals and the public peace, unlawful. Unlawful to sell or advertise any article, &c.**—It shall be unlawful to discharge or carry firearms, firecrackers, torpedoes, or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority, to make any fire, to have any intoxicating beverage; to sell, offer, or expose for sale any goods, or wares, except under a written license from the Park Commissioner; to post or display any sign, placard, flag, or advertising device without such license; to solicit any subscription or contribution; to play any game of chance, or to have possession of any instrument of gambling; to make any oration, harangue, or loud outcry; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy any other visitor. (Ordinance No. 1377, Sec. 8, Book A-1, Page 54).

**Section 517. Unlawful to hold public meetings, &c. without consent of the Department of Public Utilities, Grounds and Buildings.**—It shall be unlawful for any person to hold any public meeting or gathering, or make any public speech in any park, except upon arrangements being made therefor with the Department of Public Utilities, Grounds and Buildings. (Ordinance No. 1377, Sec. 9, Book A-1, Page 54).

**Section 518. Unlawful to hitch horse to tree &c. or allow horse unhitched.**—It shall be unlawful for any person to hitch any horse or other animal to any trees, shrubs, fence, railing or other structure, except such as are provided for that purpose, or to allow any horse or other animal to remain unhitched beyond the reach of the driver or attendant, in any park. (Ordinance No. 1377, Sec. 10, Book A-1, Page 54).

**Section 519. Intoxicated person not to enter parks.**—It shall be unlawful for any intoxicated person to enter or remain within any park. (Ordinance No. 1377, Sec. 11, Book A-1, Page 54).

**Section 520. Unlawful to ride bicycles &c. except along driveways &c.**—It shall be unlawful for any person to ride any bicycle, tricycle or autocycle through any park, except along and upon the park drives, parkways, park boulevards and upon paths set apart and designated as ''Bicycle paths.'' (Ordinance No. 1377, Sec. 12, Book A-1, Page 54).

**Section 521. Unlawful to play baseball, &c. except at places designated.**—It shall be unlawful for any person to play at any game of baseball, football, golf, cricket, lacrosse, polo, hockey, or other game of like character in any park, except at the place or places set apart and designated as grounds for such games and athletic sports, and then only upon such terms as the Commissioner of Public Utilities, Grounds and Buildings may designate. (Ordinance No. 1377, Sec. 13, Book A-1, Page 54).

**Section 522. Unlawful to void excrement or urine except at places provided.**—It shall be unlawful to void excrement or urine within the limits of any park or playground excepting in such place or apartment as is or shall be specially provided for such purpose; or to use or enter any apartment established for persons of opposite sex exclusively. (Ordinance No. 1377, Sec. 14, Book A-1, Page 54).

**Section 523. Unlawful to sleep or lie upon any seat, &c.**—It shall be unlawful to sleep upon, or lie upon or overturn any seat or swing or other appliance of any park or playground. (Ordinance No. 1377, Sec. 15, Book A-1, Page 54).

**Section 524. Unlawful to molest any bird, &c.**—It shall be unlawful to take or molest any bird, fish or frog or any live animal or bird egg, or in any way interfere with bird nests, or with any cage, box, place, or enclosure for the protection of any bird, fish or any live animal. (Ordinance No. 1377, Sec. 16, Book A-1, Page 55).

**Section 525. Unlawful for men to occupy any location set apart for women and children.**—It shall be unlawful for men to occupy any seat or location designated or set apart for women or children. (Ordinance No. 1377, Sec. 17, Book A-1, Page 55).

**Section 526. Unlawful to destroy, &c. Notices &c. of the Commissioner of Public Utilities, Grounds and Buildings.**—It shall be unlawful to deface, or tear down any rules, regulations or notices established by the Commissioner of Public Utilities, Grounds and Buildings. (Ordinance No. 1377, Sec. 18, Book A-1, Page 55).

**Section 527. Misdemeanor to violate foregoing sections.**—Any person who shall violate or fail to comply with any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof before the City Judge shall be punished by a fine of not less than two nor more than fifty dollars. (Ordinance No. 1377, Sec. 19, Book A-1, Page 55).

**Section 528. Jurisdiction of Commissioner of Public Utilities, Grounds and Buildings over parks, &c.**—The Commissioner of Public Utilities, Grounds and Buildings shall have charge and general supervision over all squares, parks and zoological exhibits belonging to the City of Chattanooga. (Ordinance No. 1103, Sec. 5, Book E, Page 403).

## ARTICLE II.

## CITIZENS' CEMETERY PARK.

**Section 529. Making Citizens' Cemetery a public park under name of "Citizens' Cemetery Park."**—The plot of ground within the corporate limits of the city, now known as the Citizens' Cemetery, is hereby given the status of a public park under the name of Citizens' Cemetery Park, and placed under the Department of Public Utilities, Grounds and Buildings. (Ordinance No. 1422, Sec. 1, Book A-1, Page 130).

**Section 530. Commissioner of Public Utilities, Grounds and Buildings to govern same.**—The Commissioner of said Department is authorized to make all proper rules and regulations governing the care and use of said park. And he is authorized, through his subordinates or otherwise, to see that all such

# Exhibit 68

HISTORICAL

SAVE

0389

# GUIDE

## TO

# CONNECTICUT STATE PARKS

### AND

# FORESTS

PUBLISHED BY THE

### STATE PARK AND FOREST COMMISSION

**PRICE TWENTY-FIVE CENTS**





0390

THE increasing requests for information in regard to the State Parks and Forests of Connecticut have for some time made it evident that a special publication of some sort was needed to supplement the regular reports to the Governor made biennially as required by statute.

To serve the additional purpose of a field guide, a full set of maps has been added to aid visitors in finding and enjoying these public lands.

The key map of the State shows all the improved highways, and best routes by which to reach the neighborhood of each park and forest, which are shown in detail on the larger scale maps numbered from 1 to 23. These detail maps are reduced from the topographic sheets of the United States Geological Survey, which sheets do not show either parks, forests, or improved highways, but are of great help in getting a working knowledge of the natural features of the State.

Pictures can give but a general idea of places, and the pictures here shown are not in themselves remarkable. But in one respect they are unique; they represent 14,000 acres of real places which belong to all the people of Connecticut, and no such collection of pictures has ever been made before.

May 1st, 1924.

Lower Valley of Macedonia Brook

In the State Parks, the Commission has avoided any attempt at so-called "permanent development," and what has been undertaken has also been limited by the appropriations for such purposes. Only the most pressing necessities of drinking water, sanitation and bathing facilities in the parks most accessible and popular can as yet be met. There has been some planting of evergreens, largely with gift funds, but the principal aim has been the acquisition of natural stands and the conservation of such growth, including certain measures for fire protection in the larger areas.

The State Parks are yet in an early stage of growth, and represent beginnings only. They can not be "designed" and "finished" in a few years. A Great Designer has had them in hand for thousands of centuries, and when they are completely "finished" they will be as dead as all "finished" things.

The selection of a tract for a State Forest is quite different from the selection of a park. The main requisite for a State Forest is that a sufficiently large tract may eventually be acquired to be managed economically. Accessibility to markets and for educational purposes is an important factor, as is also the character of the soil and forestation. Although the price which may be paid for State Forests is limited by law, it has been possible in some sections to secure considerable growth with the land.

For the most part, the State Forests contain a second growth of hardwoods which is being gradually improved through protection and thinnings. Although funds for reforestation have been inadequate, considerable progress has been made in planting the open lands acquired. The plan of management is to have all the land in the forest growing the timber for which it is best adapted.

But while timber raising is the main object, there is nothing to interfere with the use of the State Forests for recreational purposes. A few already contain bits of charming scenery. The parks and forests therefore supplement each other.

[8]

# THE PRINCIPLES AND POLICY
## FOR THE GOVERNMENT AND CONTROL OF THE CONNECTICUT STATE PARKS

### Approved by the Governor

*To the Citizens of Connecticut:*

These are State Parks. They belong to you. They were paid for out of State money, your money, or given to the State, for the preservation of natural beauty or historical association, and for the recreation of yourselves and your guests from other States.

The custodian of the State Parks is the State Park and Forest Commission, established by your representatives in the General Assembly, whose members are appointed by the Governor, with the approval of the Senate. They are your servants, to see that the State Parks are properly cared for, rightly used, and not abused.

There is a reason for every rule and regulation made, and they should be complied with, even though the reason is not evident. If the rule seems onerous or unnecessary, your criticisms or suggestions, made in writing, will receive careful consideration.

It is desired that these parks shall be used for picnic parties, camping and outdoor life by the people of Connecticut, provided they are used in a wholesome and reasonable way, and that the trees, shrubs and plants are not injured, and all rubbish is placed in receptacles prepared for it, or buried or burned.

People using the State Parks should not monopolize them, nor disturb nor unpleasantly intrude upon other parties using them. Fires are a source of danger to the forest, and must not be built in dry times, but at other times they may be made in stone fireplaces built by the Commission or acceptable to them: the fire should never be left alone, and must be put out on leaving.

The use of firearms or having them in possession is forbidden, also the killing or disturbing of wild animals, birds or birds' nests.

The directions of the caretakers should be followed. If they seem unreasonable or undesirable, or if suggestions are to be offered, please write to the Secretary or any member of the Commission.

No park employee is permitted to accept tips.

### It Is Permitted

1. To fish in accordance with the Public Statutes.
2. To gather nuts, berries, or wild flowers, except for market.
3. To use any dead wood for the fireplace.
4. To camp for two days or less without a permit, camping for longer periods to be by special permit.

*For further information and permits to camp for more than two days, address the General Superintendent, State Park and Forest Commission, Hartford, Conn.*

[9]

0391

# Exhibit 69

# FIREARMS REGULATIONS IN THE NATIONAL PARKS

## 1897—1936

**May 13, 2008**

**Background**

This information has been compiled to provide National Park Service employees more complete insight into the history of NPS firearms regulations.  The first Servicewide regulations were adopted in 1936.[1]  Although it has not been widely noted, those regulations prohibited firearms and required that they be surrendered when visitors entered the parks. Visitors could obtain written permission to carry them through the park if the weapons were "sealed."

The current Servicewide regulations governing weapons in parks were adopted in almost their present form in 1983, and published at 36 CFR 2.4.[2]  However, in 1984, several adjustments were made to:

a.  Make it clear that Alaska had different rules, and individual parks might have some variations in park-specific special regulations.

b.  Re-order some of the wording to make it easier to follow.

c.  Add a definition of what constitutes a "residential dwelling."

d.  Add the word "temporarily" in front of the word "inoperable."

e.  Clarify that the regulations applied on privately owned lands and waters under the legislative jurisdiction of the US.

f.   Add a definition for the word "unloaded."

Item 1.e above was further amended in 1987 to clarify that the regulations apply "regardless of land ownership, on all lands and waters within a park area that are under the legislative jurisdiction of the U.S."

Prior to adoption of the 1936 Servicewide regulations, parks adopted park-specific regulations prohibiting weapons—the first (apparently) being Yellowstone National Park in 1897. Attached is a compilation of those regulations.  Due to difficulty in retrieving archival materials, there are some gaps in this compilation.  We will continue our efforts to fill these gaps, so check www.nps.gov/policy/Firearms.pdf to ensure you have the latest edition.  We invite park superintendents to provide the NPS Office of Policy any additional information they may have that would help in this effort.

---

[1] The 1936 regulations are on-line at http://www.nps.gov/policy/1936Regulations.pdf

[2] 36 CFR 2.4 is on-line at http://edocket.access.gpo.gov/cfr_2007/julqtr/pdf/36cfr2.4.pdf

# FIREARMS REGULATIONS
## 1897 – 1936

**TABLE OF CONTENTS**

Page(s)

1.  Yellowstone National Park
- (a)   June 1, 1897 — 1
- (b)   April 1, 1899 — 3
- (c)   July 1, 1900 — 3
- (d)   February 7, 1902 — 3
- (e)   July 2, 1908 — 5
- (f)   May 27, 1911 — 5
- (g)   April 15, 1918 — 5
- (h)   February 18, 1929 — 6
- (i)   January 11, 1930 — 6
- (j)   December 20, 1930 — 7
- (k)   January 23, 1932 — 7
- (l)   December 21, 1932 — 8

2.  Sequoia and General Grant National Parks
- (a)   June 2, 1902 (Sequoia) — 9
- (b)   June 2, 1902 (Gen'l Grant) — 9
- (c)   March 30, 1907 — 11
- (d)   March 30, 1912 — 11
- (e)   April 15, 1918 — 11
- (f)   January 14, 1928 — 12
- (g)   January 2, 1930 — 12
- (h)   December 6, 1930 — 13
- (i)   December 21, 1932 — 14

3.  Yosemite National Park
- (a)   June 2, 1902 — 15
- (b)   February 29, 1908 — 18
- (c)   June 1, 1909 — 19
- (d)   March 30, 1912 — 19
- (e)   May 11, 1914 — 20
- (f)   April 15, 1918 — 21
- (g)   November 24, 1928 — 21
- (h)   January 14, 1930 — 22
- (i)   December 8, 1930 — 23
- (j)   January 13, 1932 — 23
- (k)   December 21, 1932 — 24

4.  Mesa Verde National Park
- (a)   March 19, 1908 — 25

0395

    (b)  March 30, 1912                  25
    (c)  April 15, 1918                  26
    (d)  December 11, 1928         26
    (e)  March 1, 1930                   27
    (f)  January 8, 1931                27
    (g)  December 21, 1932          28

5.  Crater Lake National Park
    (a)  August 27, 1902               28
    (b)  June 10, 1908                 29
    (c)  March 30, 1912               29
    (d)  April 15, 1918                30
    (e)  January 19, 1928          30
    (f)  December 28, 1929         31
    (g)  January 14, 1931           31
    (h)  January 15, 1932           32
    (i)  December 21, 1932          32

6.  Mount Rainier National Park
    (a)  August 1, 1903               33
    (b)  June 10, 1908                 34
    (c)  March 30, 1912               34
    (d)  April 15, 1918                35
    (e)  November 22, 1928        35
    (f)  December 30, 1929         36
    (g)  December 8, 1930          36
    (h)  December 21, 1932          37

7.  Platt National Park
        June 10, 1908                 38

8.  Wind Cave National Park
    (a)  June 10, 1908                 38
    (b)  March 30, 1912               38
    (c)  April 15, 1918                39
    (d)  March 8, 1926                39
    (e)  December 28, 1929         40
    (f)  December 2, 1930          40
    (g)  December 21, 1932          41
    (h)  In effect 1933               41

9.  Glacier National Park
    (a)  December 3, 1910          42
    (b)  March 30, 1912               42
    (c)  May 13, 1914                 43
    (d)  April 15, 1918                43

iv

0396

(e)  December 12, 1928                                    44
(f)  March 6, 1930                                        44
(g)  December 3, 1930                                     45
(h)  December 21, 1932                                    46

10. Rocky Mountain National Park
(a)  May 29, 1915                                         47
(b)  April 15, 1918                                       48
(c)  January 17, 1928                                     48
(d)  January 2, 1930                                      48
(e)  December 6, 1930                                     49
(f)  December 21, 1932                                    50

11. Hawaii National Park
(a)  In effect 1929                                       50
(b)  December 21, 1932                                    51

12. Acadia National Park
(a)  In effect 1929                                       51
(b)  In effect 1930                                       52
(c)  January 14 and December 21, 1932                     52

13. Lassen Volcanic National Park
(a)  In effect 1929                                       52
(b)  In effect 1930                                       52
(c)  January 14, 1932                                     53
(d)  December 21, 1932                                    54

14. Mount McKinley National Park
(a)  In effect 1929                                       54
(b)  In effect 1930                                       55
(c)  January 29, 1932                                     56

15. Zion and Bryce Canyon National Parks
(a)  January 12, 1929                                     56
(b)  In effect 1931                                       57
(c)  February 6, 1932                                     57
(d)  December 21, 1932                                    58

16. National Monuments
(a)  November 19, 1910                                    59
(b)  In effect 1930                                       59

17. Carlsbad Caverns National Park
     February 28, 1933                                    59

0397

18.  Great Smoky Mountains National Park
    (a)   May 9, 1932 ............................................... 60
    (b)   March 10, 1933 .......................................... 60
    (c)   In effect 1934/35 ...................................... 60

19.  Grand Canyon National Park
    (a)   January 16, 1928 ....................................... 61
    (b)   January 2, 1930 ........................................ 61
    (c)   January 9, 1931 ........................................ 62
    (d)   February 15, 1932 ...................................... 62
    (e)   December 21, 1932 ...................................... 63

20.  Grand Teton National Park
    (a)   In effect 1929 ......................................... 64
    (b)   In effect 1930 ......................................... 64
    (c)   January 29, 1932 ....................................... 64

21.  General (Service-wide) regulations
       June 18, 1936 ........................................ 65


Appendix A:
    1872 Yellowstone regulations ................................ 67
Appendix B:
    1881 Yellowstone regulations ................................ 68
Appendix C:
    1888 Yellowstone regulations ................................ 69

0398

## FIREARMS REGULATIONS
## 1897 – 1936

YELLOWSTONE NATIONAL PARK[3]

1. Regulations of June 1, 1897 –

    (5)  Hunting or killing, wounding or capturing, of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits[4], including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.

    "Rules and Regulations of the Yellowstone National Park," June 1, 1897.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1898, Miscellaneous Reports [vol. 3]* (Washington:  Gov't Printing Office, 1898), p. 972.  See also, Act of May 7, 1894, ch. 72, 28 Stat. 73, in particular, §4 (28 Stat. 74).

    N.B.  In his report to the Secretary of August 31, 1897, the acting superintendent, Maj. Gen. S.B.M. Young, United States Volunteers (Colonel Third Cavalry), wrote in connection with this regulation:

Carrying Firearms through the Park

    The custom of carrying firearms through the park has been almost universal among those who live in the neighboring States and travel in their own conveyances, or on saddle animals accompanied by pack animals.  During the first half of the season it was found that many firearms, fastened with red tape and sealing wax at the point of entry, had broken seals at the point of exit.  In many cases it was evident that the seals were broken by accident; others showed signs of having been broken and resealed.  To remedy this a new system of sealing has been adopted similar to that used by express companies . . . .  The regulation prohibiting firearms in the park, except on written permission from the superintendent [in which case the arms were sealed], has been strictly enforced.  It is essential to the protection of the park.

---

[3]  The very first park regulations were apparently promulgated by Secretary of the Interior Columbus Delano at the time of the dedication of YELL.  They are attached hereto as Appendix A.

[4]  The first park regulations to mention "outfits," were the YELL regulations of July 1, 1888, reproduced in Appendix C.  The interim regulations, dated May 4, 1881, are found in Appendix B.

A certain sentiment of hostility toward the park and of antagonism toward the efforts of the authorities to protect the wild animals from destruction has existed and continues to exist among the ranchers and the people of the settlements near the park boundaries.  This feeling of hostility seems to be due to an idea, which prevails widely, that a reservation of any part of the public domain for the perpetual benefit of the whole people is an invasion and an abridgement of the private rights of the people of the adjoining region.  This idea naturally arises from an ignorance of the benefits that result from such reservations to the people of the whole country and an equal ignorance of the advantages which accrue to the inhabitants of the immediate vicinity.  In consequence of the benefits which have already resulted to this region from the existence of this park as a breeding place from which the surplus game may wander down into the adjoining country where it may be freely taken, and from the opportunities afforded by the park for remunerative employment during the summer season, there is already a marked diminution of this hostile feeling.  As these benefits come to be better understood I believe that this hostility will further diminish, and my best efforts shall be devoted to the encouragement of a friendly sentiment toward the park among the citizens of the surrounding country.

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1897. Miscellaneous Reports [vol. 3]* (Washington:  Gov't Printing Office, 1897), pp. 781-82.

In his report for the year prior to the regulation's adoption, Acting Superintendent Young stated:

Over 200 stand of arms have been taken from persons entering the park by the two main thoroughfares, including those taken from parties found inside, and as a probable resultant, young broods of quail and grouse abound throughout the park.  The deer, bear, lynx, fox, coon, tree squirrel, and chipmunk, although not scarce, are not so plentiful as they should be in their natural home in the park.  If firearms, hunters, and trappers are kept out of the park they will multiply and become plentiful, and their instinctive fear of man will gradually so lessen in a few years that visitors will be enabled to see and study them in their natural state.  These animals drift down below the heavy snow line in winter and the supply that is taken by ranchmen and hunters outside the park boundaries will be a sufficient trimming in numbers to promote a healthful breeding and growth in the natural game nursery within the boundaries.

*Report of Secretary of the Interior; Being Part of the Message and Documents Communicated to the Two Houses of Congress at the Beginning of the Second Session of the Fifty-Fourth Congress.  In Five Volumes.* (Washington:  Gov't Printing Office, 1896), vol. III, p. 740.

After the regulation's promulgation, the Sec'y of the Interior commented as follows:

The regulations prohibiting firearms in the park, except under written permission of the superintendent, have been strictly observed, the enforcement thereof being essential to the best interest of the park.

2

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1897, Report of the Secretary of the Interior [vol.1] (Washington:  Gov't Printing Office, 1897)*, p. LXXXIII.

2.  Regulations of April 1, 1899 –

  (5)  Hunting or killing, wounding, or capturing of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.</u>

  "Rules and Regulations of the Yellowstone National Park," April 1, 1899.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1900*, p. 535.

3.  Regulations of July 1, 1900 –

  (5)  Hunting or killing, wounding or capturing of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.</u>

  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1901, Miscellaneous Reports, Part I* (Washington:  Gov't Printing Office, 1901), p. 540.

4.  Regulations of February 7, 1902 –

  (5)  Hunting or killing, wounding, or capturing of any bird or wild animal, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under

0401

other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.</u>

"Rules and Regulations of the Yellowstone National Park," February 7, 1902.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1904.  Miscellaneous Reports.  Part I. Bureau Officers, etc.* (Washington:  Gov't Printing Office, 1904), p. 367.

Superintendent S.B.M. Young included the following in his annual report for FY '07:

Evidence of poaching in former unfrequented portions of the park difficult of access have been found particularly in the northwest corner, where within the last fortnight a trapper's cabin, supplied with provisions, cooking utensils, and bedding, was found . . . .

In addition to the trails shown on the map crossing the boundary lines of the park there are numerous other trails – all originally made by hunters, trappers, and prospectors.  There are now four main entrance roads leading into the park – north, east, south, and west – which seem to be sufficient for all purposes concerning the park and for accommodation of visitors.  Applications have come to this office from far and near for permission to enter the park on these various trails with arms, in order to pass through the park for the purpose of hunting outside of the park.  All such applications for permits to carry guns unsealed through any portion of the park have been refused, but permission to carry sealed guns has been granted to persons who enter the park at one of the regular stations where their guns may be sealed, and make exit at one of the regular stations (their route through the park being particularly specified) where their guns may be unsealed and condition reported upon.  Permits to carry game or game trophies through the park have been refused.  There has been much adverse criticism by hunters and guides on these rulings, but the best interests of the park demand that is shall no longer continue a thoroughfare for sportsmen, hunters, and game-slaughterers.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1907.  Administrative Reports in 2 Volumes.* (Washington:  Gov't Printing Office, 1907), pp. 551-52.

In 1908, Young added:

Poachers and other violators of the law were arrested in every quarter of the park, and several arrests were made outside the park in Wyoming and Montana on information and evidence furnished by park scouts, and the parties were convicted.  It is evident, however, that many poachers escaped arrest.  There are not sufficient scouts for thorough protection against poachers.

0402

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1908. Administrative Reports in 2 Volumes.* (Washington: Gov't Printing Office, 1908), p. 409.

5. Regulations of July 2, 1908 –

(5)  Hunting or killing, wounding or capturing any bird or wild animal, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

*Laws and Regulations Relating to the Yellowstone National Park, Wyoming* (Washington: Gov't Printing Office, 1908), p. 13.

6. Regulations of May 27, 1911 –

(5)  Hunting or killing, wounding, or capturing any bird or wild animal, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard parties having firearms, traps, nets, seines, or explosives will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1911. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1912), p. 575.

7. Regulations in effect April 15, 1918 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except

0403

dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.</u>

*General Information Regarding Yellowstone National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), p. 67.

8.  Regulations of February 18, 1929 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Yellowstone National Park* (1929), pp. 61-62.

9.  Regulations of January 11, 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

0404

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Yellowstone National Park* (1930), p. 64.

10.  Regulations of December 20, 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Yellowstone National Park* (1931), pp. 56-57.

11.  Regulations of January 23, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

7

Molesting, teasing, or touching the bears is prohibited.  Persons feeding bears do so at their own risk and peril.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animals shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 of the act of Congress approved May 7, 1894 (28 Stat. 73), entitled: "An act to protect the birds and animals of Yellowstone National Park, and to punish crimes in said park, and for other purposes."

*Circular of General Information Regarding Yellowstone National Park* (1932), pp. 57-58.

12.  Regulations of December 21, 1932 –

 (4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting, or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographing bears do so at their own risk and peril.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animals shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the parks.

8

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 of the act of Congress approved May 7, 1894 (28 Stat. 73), entitled: "An act to protect the birds and animals in Yellowstone National Park, and to punish crimes in said park, and for other purposes."

*General Information Regarding Yellowstone National Park* (Washington:  Gov't Printing Office, 1933), pp. 48-49.

SEQUOIA AND GENERAL GRANT NATIONAL PARKS

1.  Regulations of Sequoia National Park of June 2, 1902 –

(6)  Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent then from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons, violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

"Rules and Regulations of the Sequoia National Park," June 2, 1902.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903*, *Miscellaneous Reports, Part I* (Washington:  Gov't Printing Office, 1903), p. 551.

2.  Regulations of General Grant National Park of June 2, 1902 –

(6)  Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent then from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons,

9

violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

> "Rules and Regulations of the General Grant National Park," June 2, 1902.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903*, *Miscellaneous Reports, Part I* (Washington:  Govt' Printing Office, 1903), p. 553.

<u>N.B.</u>  The acting superintendent of Sequoia and Gen'l Grant National Parks added the following to his annual report for the Fiscal Year ended June 30, 1905:

> In my opinion, tourists entering this park have no use for guns.  Hunting is at no time permitted, and the game is not threatening or dangerous.  The excuse might be offered that the tourists were en route to the forest reserve and were simply taking their guns through.  I would therefore recommend that the carrying of guns through the park be permitted only on the Mineral King road, which is a county road, and that it be made generally known that no gun will be permitted within the park at any other place without first obtaining the permission of the acting superintendent, and that this permission be generally denied, except to those for whom the acting superintendent himself could be individually responsible.  The sealing of guns would soon lead to the belief that the general right to carry guns in the park exists, and that the absence of one authorized to seal the gun at the point where the park was entered was sufficient justification for entering the park with an unsealed gun.  Notices and regulations are soon ignored and lose their effect when privileges begin to be considered as rights, and the work of the rangers and guards is increased, as a practice once tolerated, because of a misunderstanding or mistaken belief, grows into an ungovernable nuisance and a source of never-ending trouble.  I therefore consider it best to have it generally known that no persons will be permitted to carry guns in the park, except over the Mineral King road, above mentioned.  There would then be no excuse for a man being found in the park with an unsealed gun.  Rangers and guards can not be at all points, especially along the reserve, at which people enter.

> *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1905. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington:  Gov't Printing Office, 1905), pp. 712-13.

The next year, the Secretary of the Interior commented thus:

> The rules and regulations were carefully observed by the soldiers, and their duties were performed in a thorough and satisfactory manner.  The visitors to the parks seemed disposed to confirm to all the requirements, while the residents in the vicinity of the parks seemed interested in having the regulations obeyed.  Violations of the regulations occurred in but two instances:  A man brought a pistol into Sequoia Park without having it sealed; it was taken from him and will be held until the close of the season.  Another man was found hunting in Sequoia Park; his gun was taken from him and he was ejected from the park.

0408

> *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1906. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington:  Gov't Printing Office, 1906), p. 203

3.  Regulations [of both parks] of March 30, 1907 –

(6)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons, violating this regulation, and the actual owner thereof was not a party to such violation.  Firearms will only be permitted in the park on written permission from the superintendent thereof.

> *Laws and Regulations Relating to the Sequoia and General Grant National Parks, California* (Washington:  Gov't Printing Office, 1908), pp. 9, 11.

4.  Regulations of March 30, 1912 –

(6)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons, violating this regulation and the actual owner thereof was not a party to such violation.  Firearms will only be permitted in the park on written permission from the superintendent thereof.

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912.  Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 683.

5.  Regulations in effect April 15, 1918 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild

0409

animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.

*General Information Regarding Sequoia and General Grant National Parks – Season of 1918* (Washington:  Gov't Printing Office, 1918), pp. 33-34.

6.  Regulations of January 14, 1928 –

(4)  *Hunting.*—The parks are sanctuaries for wild life of every sort and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said parks.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said parks, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said parks, or either of them, of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  Firearms are prohibited within the parks except upon written permission of the superintendent.  Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the parks sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting the cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*Circular of General Information Regarding Sequoia and General Grant National Parks* (Washington:  Gov't Printing Office, 1928), p. 23.

7.  Regulations of January 2, 1930 –

0410

(4) *Hunting*.—The parks are sanctuaries for wild life of every sort and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said parks.

Molesting, teasing, or touching the bears is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said parks shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said parks, or either of them, of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the parks except upon written permission of the superintendent.  Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*Circular of General Information Regarding Sequoia and General Grant National Parks* (1930), p. 33-34.

8.  Regulations of December 6, 1930 –

(4) *Hunting*.—The parks are sanctuaries for wild life of every sort and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said parks.

Molesting, teasing, or touching the bears is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said parks shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said parks, or either of them, of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the parks except upon written permission of the superintendent.  Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms,</u>

0411

traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*Circular of General Information Regarding Sequoia National Park and General Grant National Park* (1931), pp. 43-44.

9.  Regulations of December 21, 1932 –

(4)  *Hunting*.—The parks are a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographing bears do so at their own risk and peril.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of the parks shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said parks of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the parks carcasses of birds or animals killed outside of the parks.

Firearms are prohibited within the parks except upon written permission of the superintendent.  Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732),

0412

accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*General Information Regarding Sequoia and General Grant National Parks* (Washington: Gov't Printing Office, 1933), pp. 37-38.


YOSEMITE NATIONAL PARK

1.  Regulations of June 2, 1902 –

(6)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party  to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

"Rules and Regulations of the Yosemite National Park," June 2, 1902.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903*, *Miscellaneous Reports, Part I* (Washington:  Govt' Printing Office, 1903), p. 526.

In his Annual Report for 1905, Secretary Hitchcock commented on Yosemite's firearm regulation as follows:

The duty of enforcing the regulation prohibiting the killing of game in the park continues to be a matter of considerable difficulty.  Heretofore the custom has been to require persons entering the park with firearms in their possession to surrender such arms during their stay in the park, or, when the parties desired to leave the reservation by a different route, the arms were sealed up and delivered to the owners, with a permit to carry the sealed arms through the park.  It has been found, however, that this system afforded no protection to the game in the park, inasmuch as persons entering the reservation with the object of hunting would have their arms sealed up by the first detachment of troops they met and as soon as they were out of sight would break the seals; thereafter, if they met other troops, they would claim that their arms had not been previously sealed; and there being no means of disproving this statement, the second detachment could only again put seals upon the weapons, to be a second time broken, so that the owners could use the weapons in violation of the park regulations.

0413

Owing to this practice, the sealing of arms has been discontinued during the past season, and persons entering the park have been required by the first patrol they encountered to surrender any weapons in their possession.  A large number of applications for permits to carry rifles and shotguns into the park for alleged "protection" were received; but as the applicants declined to give any information regarding their plans and purposes, only one such request was granted.  In the case of parties of tourists consisting partly of women permits to carry revolvers were given to some of the men in the party.  Notwithstanding these precautions, it has been impracticable to prevent entirely the killing of game in the park, as entrance thereto can be had at almost any point, and hunters can thus sometimes evade the various detachments of troops patrolling the reservation.

> *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1905.*
> *Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington:  Gov't
> Printing Office, 1905), pp. 165-66.

Captain H.C. Benson, Fourth Cavalry, the acting superintendent of Yosemite reported as follows:

### Permits to Carry Arms

Numerous letters have been prepared at the instance of one Congressman, requesting that a number of parties who are desirous of making trips through the park be permitted to carry firearms for their protection, promising to conform to all the regulations.  Regulations positively prohibit the killing of game.  The carrying of firearms in the Yosemite National Park, or any national park, means that the person so carrying them is on a hunting trip; and it is so recognized throughout this part of the country.  These letters were never presented, as stated in the body of the letter, but were always mailed to the acting superintendent by the party desiring a permit, with the request that the permit be forwarded to him saying nothing, however, about his intention of conforming to the rules and regulations.  Letters were therefore addressed to these people, requesting that they inform the acting superintendent of the date when they expected to reach the park, where they expected to enter, what places they expected to visit, and how long they expected to remain, requesting also a statement from each member of the party that the arms would not be used for the killing of game.  In no instance whatever have these questions been answered.  In some cases the letters were not answered at all, while in other instances their reply simply was that the party had changed his mind and would not visit the Yosemite, and others, again, stated that they had decided not go on a camping trip this year.  The spectacle of from five to seven men arriving on the park limits on the first day of the "open" season, each an provided with a rifle, and the majority of them with shotguns also, all for the purpose of "protection," would be an amusing one were it not for the fact that it meant the slaughter of game within the park.  Under the circumstances, but one such permit was granted.  Permits were given for the carrying of revolvers by men when they were accompanied by women, but in no other cases.

16

It was positively known to the acting superintendent that the sealing of arms in previous years was but a farce, as the seals were broken immediately upon leaving the detachments, in many cases, and that when the next detachment was encountered the statement was made that the guns had not been previously sealed.  As there was nothing to disprove this statement, the guns would be again sealed to be again broken and used in violation of park regulations.  For this reason, arms have not been sealed this season.

The protection of game is a very difficult matter, due to the fact that entrance can be had to the park at almost any point whatever, and to the fact that all of the inhabitants of this region believe that the game in the mountains belongs to them.  With the withdrawal of the troops, there is absolutely nothing to prevent the annual influx of hunters.  The game having been driven from the higher mountains by the snow and having grown quite tame during the summer from not being interfered with or frightened, fall easy prey to the unscrupulous.

   Id. at 697-98.

In his report for the Fiscal Year ended June 30, 1906, Secretary Hitchcock stated:

[According to the Yosemite superintendent] the Yosemite Valley has, under the control of the State of California, been a death trap to game unfortunate enough to enter it.  Practically every person living in the valley kept a rifle, shotgun, and revolver, and game of every description was considered legitimate prey.  It is hoped that within a short time, now that the rules and regulations prescribed by the Department for the protection of game can be enforced in Yosemite Valley, that the game will soon learn that it is a safe retreat and not a death trap.

The rules do not permit the carrying of firearms in the park.  In the early part of the season two men were arrested by the park rangers for killing deer in the park; they were prosecuted under the State game laws and each fined . . . .

   *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1906. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington:  Gov't Printing Office, 1906), p. 195.

The acting superintendent gave an example of the constant battle against poaching in his annual report:

In the latter part of August, 1906, a letter was received from the Department stating that Mr. W.T. Scoon, of Modesto, Cal., with a party of friends, would make a trip through the reservation for protection, promising to conform to all the regulations.  Notice was received by me from Mr. Scoon on September 5 that it was his purpose, with his party of four, to leave Modesto on or about the 10th of September.  I thereafter requested him to advise me as to the names of the people who would compose his party and the point at which he expected to enter the park, in order to make arrangements for their reception at the point of entrance, to which he replied,

0415

under date of September 11, stating "We will go up on the Oak Flat road by the way of Crockers and there will be in the party A.N. Crow, R.B. Crow, James Klo, and myself, and the party expects to leave Modesto September 13."

As there is absolutely no reason for carrying firearms for "protection" in the park, and the rules do not permit the carrying of firearms, and noting that the two members of this party, namely, the Crow Brothers, have on previous occasions killed game in the park when they were carrying firearms under a permit in which they had stipulated to conform to the rules and regulations, I sent an officer and two men to accompany this party in order that they might secure the "protection" they desired.  They seemed much surprised and greatly put out that they were to be furnished with this protection. They stated that they had no intention whatever of hunting generally, but desired only to kill two or three bucks, just sufficient for their own use.  They remained several days, debating whether they would go on the trip if they were not permitted to hunt, but finally moved to Poopenaut Valley, remained there several days, then went to Lake Eleanor for a few days, and finally left the park.  It was undoubtedly their intention of going on a hunting trip pure and simple, as each man carried a rifle and a shotgun and they were provided with thirty days' rations.  They remained in the park but ten days.  It was not "protection" they desired of their firearms, but a definite intention to violate the rules and regulations of the park by hunting.

. . . .  Immediately upon the withdrawal of the troops from the park it is overrun with pot hunters, and these same men often remain throughout the entire winter, killing and trapping all the game in their vicinity.

As the park can be entered from all points of the compass it is impracticable to keep these hunters out except by constant patrolling on the part of troops or rangers.  As the rangers live, one on the south side and the other to the far southwest of the park, and make no attempt to patrol except a few miles from the residence of one, and that only on a wagon road, their services during winter are of but little value, and the game receives scarcely any protection from them.

   Id. at 653-54.

2.  Regulations of February 29, 1908[5] –

   (4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or

---

[5] In connection with YOSE, as early as 1896 the Sec'y of the Interior noted that "all persons [were] required to surrender" firearms, no permits for their carry being issued.  Given "the depredations upon the game and song birds" it was felt that this policy was necessary, in order "[t]o prevent as far as possible trespass and flagrant violation of the rules of the park during the close-season . . . of California."  The Sec'y went on to state that "[p]ersons entering by trails from the north and east on which there were no permanent guard posts, were, when discovered, disarmed by patrol parties.  Notwithstanding the adoption of such stringent measures firearms have been occasionally smuggled in by campers."  *Report of the Secretary of the Interior* [etc.] (Washington:  Gov't Printing Office, 1896), vol. 1, p. CV.

0416

means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

*Laws and Regulations Relating to the Yosemite National Park, California* (Washington: Gov't Printing Office, 1908), p. 15.

3.  Regulations of June 1, 1909 –

    (4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives, will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.

    *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1909. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1910), p. 436.

4.  Regulations of March 30, 1912 –

    (4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives, will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.

0417

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), pp. 670-71.

5.  Regulations of May 11, 1914 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives, will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1914. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1915), p. 738.

In his annual report for Fiscal Year 1916, the superintendent addressed the firearms regulation as follows:

Approximately 1,500 firearms of various sorts and calibers have been sealed or taken up during the year.  At present firearms carried by through automobile passengers are sealed and the owners are permitted to retain possession.  In such cases the number of guns sealed is stated on the permit and the seals are broken by the ranger at the point of exit.  Those brought into the park by people on foot or horseback are taken up and turned in to the supervisor's office, whence they are shipped to the owner at the latter's risk.  This method of handling firearms has proven very satisfactory.  There should, however, be incorporated in the firearms regulations a clause stating, in effect, that in cases where arms once sealed are later found with seals broken, or in cases where arms are brought into the park unsealed in direct violation of the regulations, or in cases where there is any attempt to evade the regulations by denial of possession or concealment, said arms shall be promptly confiscated and the party shall forfeit all claim thereto.

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1916.  Volume I* (Washington:  Gov't Printing Office, 1917), p. 794.

For Fiscal Year 1917, the superintendent noted:

0418

Firearms to the number of 1,794, of various classes, were handled by the ranger department during the year.  Of these 1,236 were sealed at the park entrances, and 558 were taken up by the park rangers at various points and were later returned to their respective owners.  The method of handling firearms was the same as that used through the latter part of the 1916 season.  Firearms carried by automobile passengers are sealed at the park entrance and are allowed to remain in the possession of the owner.  In this case the number of guns sealed is noted on the permit by the ranger issuing the permit and the seals are in turn broken by the ranger at point of exit.  Those brought into the park by people on foot or horseback are taken up and turned into the supervisor's office, whence they are shipped to the owners at the latter's risk.  Likewise, in cases where persons are found in the park with firearms which have not been sealed, such firearms are taken up and handled in the same manner.  In the latter case, unless the owner can readily explain the reason for carrying unsealed firearms, additional penalties in the way of fines are imposed.

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1917.  Volume I* (Washington:  Gov't Printing Office, 1918), p. 935.

6.  Regulations in effect April 15, 1918 –

(5)  *Hunting*.—The park is a sanctuary for wild life of every sort, and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.</u>

> *General Information Regarding Yosemite National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 33-34.

7.  Regulations of November 24, 1928 –

(5)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping,

0419

ensnaring, or capturing birds or wild animals within the limits of said park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (1929), pp. 41-42.

8.  Regulations of January 14, 1930 –

(5)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

0420

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (1930), p. 45.

9.  Regulations of December 8, 1930 –

(5)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (Washington:  Gov't Printing Office, 1931), pp. 45-46.

10.  Regulations of January 13, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or

0421

animals shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park . . . and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (1932), pp. 42-43.

11.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographing bears do so at their own risk and peril.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park

24

officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*General Information Regarding Yosemite National Park* (Washington: Gov't Printing Office, 1933), pp. 34-35.


Mesa Verde National Park

1. Regulations of March 19, 1908 –

(8) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than those prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  Firearms will be permitted in the park only on written permission from the superintendent thereof.

*Laws and Regulations Relating to the Mesa Verde National Park, Colorado* (Washington: Gov't Printing Office, 1908), p. 9.

2. Regulations of March 30, 1912 –

(8) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  Firearms will be permitted in the park only on written permission from the superintendent

0423

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), pp. 715-16.

3.  Regulations in effect April 15, 1918 –

(5)  *Hunting.*—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.

*General Information Regarding Mesa Verde National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), p. 47.

4.  Regulations of December 11, 1928 –

(5)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

0424

*Circular of General Information Regarding Mesa Verde National Park* (Washington:  Gov't Printing Office, 1929), p. 54.

5.  Regulations of March 1, 1930 –

(5)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Mesa Verde National Park* (Washington:  Gov't Printing Office, 1930), p. 56.

6.  Regulations of January 8, 1931 –

(5)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers</u>

27

authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mesa Verde National Park* (Washington:  Gov't Printing Office, 1931), p. 57.

7.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting, killing, wounding, capturing, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*General Information Regarding Mesa Verde National Park* (Washington:  Gov't Printing Office, 1933), pp. 55-56.


CRATER LAKE NATIONAL PARK

1.  Regulations of August 27, 1902 –

(4)  Hunting or killing, wounding or capturing, any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.

<u>Firearms will only be permitted in the park on written permission from the superintendent thereof.</u>

> "Rules and Regulations of the Crater Lake National Park," August 27, 1902.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903.  Miscellaneous Reports.  Part I.  Bureau Officers, etc.* (Washington:  Gov't Printing Office, 1903), p. 567.

2.  Regulations of June 10, 1908 –

   (4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.</u>

> *Laws and Regulations Relating to the Crater Lake National Park, Oregon* (Washington:  Gov't Printing Office, 1908), p. 6.

   <u>N.B.</u>  In his annual report for Fiscal Year 1911, superintendent W.F. Arant addressed the system of surrendering firearms upon arrival thus:

> During the last season all guns were taken at the superintendent's office, checked, and returned upon presentation of the coupon when the visitor was ready to depart from the park.

> As a matter of safety and a prevention of violation of the rules and regulations of the reserve this mode was not objectionable, but was laborious and somewhat inconvenient to both the management of the park and the public.  Under this method there are usually from 20 to 50 guns in the office all the time.  I made requisition to the department for gun seals, such as are used in the Yellowstone Park, with instructions regarding their use.

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1911.  Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1912), p. 657.

3.  Regulations of March 30, 1912 –

   (4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or

0427

means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 730.

4.  Regulations in effect April 15, 1918 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.

> *General Information Regarding Crater Lake National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 14-15.

5.  Regulations of January 19, 1928 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals, when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals or in possession of game killed on the park lands under circumstances other than prescribed above shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited

0428

in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officers nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

    *Circular of General Information Regarding Crater Lake National Park* (Washington:  Gov't Printing Office, 1929), p. 13.

6.  Regulations of December 28, 1929 –

    (4)  Hunting.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals, when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

    The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officers, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

    *Circular of General Information Regarding Crater Lake National Park* (Washington:  Gov't Printing Office, 1930), p. 13.

7.  Regulations of January 14, 1931 –

    (4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals, when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

    The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of

0429

the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Crater Lake National Park* (1931), pp. 14-15.

8.  Regulations of January 15, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 and 5 of the act of Congress approved August 21, 1916 (39 Stat. 521), accepting cession by the State of Oregon of exclusive jurisdiction of the lands embraced in the Crater Lake National Park, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Crater Lake National Park* (1932), pp. 22-23.

9.  Regulations of December 21, 1932 –

0430

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or wild animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 21, 1916 (39 Stat. 521), accepting cession by the State of Oregon of exclusive jurisdiction of the lands embraced in the Crater Lake National Park, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Crater Lake National Park* (Washington:  Gov't Printing Office, 1933), pp. 20-21.


MOUNT RAINIER NATIONAL PARK

1.  Regulations of August 1, 1903 –

(2)  The hunting or killing, wounding or capturing of any bird or wild animal on the Government lands in the park, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  Firearms will only be permitted in the reservation on the written permission of the acting superintendent.

0431

"Regulations Governing Mount Rainier National Park." *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1904.  Miscellaneous Reports.  Part I. Bureau Officers, etc.* (Washington:  Gov't Printing Office, 1904), p. 442.

N.B.  In his annual report, the acting superintendent commented on this regulation thus:

Public sentiment very strongly indorses the regulation which prohibits carrying firearms within the limits of the park except by written permit issued by the acting superintendent.  This regulation has been thoroughly enforced by the forest rangers without any special difficulty.  In one instance they were obliged to take the guns from two men who were in the park under the pretext of being prospectors, but who were actually there to kill whatever large game they might come across.  This was not long after the regulation was issued, and they were, perhaps, not at the time aware that guns were prohibited.

Id. at 440.

2.  Regulations of June 10, 1908 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  Firearms will only be permitted in the park on written permission from the superintendent thereof.

*Laws and Regulations Relating to the Mount Rainier National Park, Washington* (Washington:  Gov't Printing Office, 1908), p. 8.

3.  Regulations of March 30, 1912 –

(4)  Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  Firearms will only be permitted in the park on written permission from the superintendent thereof.

0432

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912.*
*Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913),
p. 700.

4.  Regulations in effect April 15, 1918 –

    (4)  *Hunting*.—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

    The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.</u>

    *General Information Regarding Mount Rainier National Park – Season of 1918* (Washington:  Gov't Printing Office, 1918), p. 33.

5.  Regulations of November 22, 1928 –

    (4)  *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding or capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

    The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds, or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

35

*Circular of General Information Regarding Mount Rainier National Park* (Washington: Gov't Printing Office, 1929), p. 28.

6. Regulations of December 30, 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or wild animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mount Rainier National Park* (1930), p. 29.

7. Regulations of December 8, 1930 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers

0434

authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mount Rainier National Park* (Washington: Gov't Printing Office, 1931), pp. 28-29.

8.  Regulations of December 21, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved June 30, 1916 (39 Stat. 243), accepting cession by the State of Washington of exclusive jurisdiction of the lands embraced within the Mount Rainier National Park.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Mount Rainier National Park* (Washington:  U.S. Gov't Printing Office, 1933), pp. 27-28.

37

0435

PLATT NATIONAL PARK[6]

Regulations of June 10, 1908 –

    (6)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

    *Laws and Regulations Relating to the Platt National Park, Oklahoma* (Washington:  Gov't Printing Office, 1908), pp. 11-12.

WIND CAVE NATIONAL PARK

1.  Regulations of June 10, 1908 –

    (5)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

    *Laws and Regulations Relating to the Wind Cave National Park, South Dakota* (Washington:  Gov't Printing Office, 1908), p. 7.

2.  Regulations of March 30, 1912 –

    (5)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or

---

[6] Originally Sulphur Springs Reservation, renamed and redesignated Platt National Park June 29, 1906; combined with Arbuckle National Recreation Area and additional lands and renamed and redesignated Chickasaw National Recreation Area March 17, 1976.

0436

inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the supervisor and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the supervisor thereof.</u>

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1915. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1916), p. 1046.

3.  Regulations in effect April 15, 1918 –

   (4)  *Hunting.*—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

   The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.</u>

> *General Information Regarding Wind Cave National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 16-17.

4.  Regulations of March 8, 1926 –

   (4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

   The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this

regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.</u>

<u>The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Wind Cave National Park* (Washington:  Gov't Printing Office, 1929), pp. 9-10.

5.  Regulations of December 28, 1929 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Wind Cave National Park* (1930), pp. 9-10.

6.  Regulations of December 2, 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory

40

evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.

The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Wind Cave National Park* (Washington:  Gov't Printing Office, 1931), pp. 9-10.

7.  Regulations of December 21, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*General Information Regarding Wind Cave National Park* (Washington:  U.S. Gov't Printing Office, 1933), pp. 9-10.

8.  Regulations in effect 1933 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting, killing, wounding, frightening, capturing or attempting to capture at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from

0439

destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the Office of National Parks, except I cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms and traps are prohibited within the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender, if required, all firearms, traps, seines, nets or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

General Information Regarding Wind Cave National Park (Washington:  Gov't Printing Office, 1934), p. 11.


G<small>LACIER</small> N<small>ATIONAL</small> P<small>ARK</small>

1.  Regulations of December 3, 1910 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives will turn them over to the officer in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.

Laws, Regulations, and General Information Relating to Glacier National Park, Montana 1910 (Washington:  Gov't Printing Office, 1911), p. 6.

2.  Regulations of March 30, 1912 –

0440

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard parties having firearms, traps, nets, seines, or explosives will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.</u>

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 752.

3.  Regulations of May 13, 1914 –

(4)  Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives will turn them over to the officer in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.</u>

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1914. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1915), p. 833.

4.  Regulations in effect April 15, 1918 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than

43

prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed</u>.

*General Information Regarding Glacier National Park – Season of 1918* (Washington:  Gov't Printing Office, 1918), p. 65.

5.  Regulations of December 12, 1928 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons within said park limits when engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress, approved August 22, 1914 (38 Stat. 700) accepting cession by the State of Montana of exclusive jurisdiction over the lands embraced within the Glacier National Park.

This act by its terms applies to all lands within the park, whether in public or private ownership.

*Circular of General Information Regarding Glacier National Park* (1929), pp. 33-34.

6.  Regulations of March 6, 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited, within the limits of said parks.

0442

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons within said park limits when engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—This paragraph is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 22, 1914 (38 Stat. 700), accepting the cession by the State of Montana of exclusive jurisdiction over the lands embraced within the Glacier National Park.

This act by its terms applies to all lands within the park, whether in public or private ownership.

Game killed or taken within the park, and firearms in possession therein, in violation of these regulations, shall be forfeited to the United States, and any employee of the park assigned to police duty shall have authority to search without a warrant any automobile or other vehicle, or any container therein, for such game or firearms and to seize the same if found, when he has reasonable grounds for belief that the automobile or other vehicle, or container therein, contains game or firearms subject to forfeiture as provided herein.

*Circular of General Information Regarding Glacier National Park* (Washington:  Gov't Printing Office, 1930), p. 33.

7.  Regulations of December 3, 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons within said park limits when engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no

0443

<u>responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

<u>Game killed or taken within the park, and firearms in possession therein, in violation of these regulations, shall be forfeited to the United States, and any employee of the park assigned to police duty shall have authority to search without a warrant any automobile or other vehicle, or any container therein, for such game or firearms and to seize the same if found, when he has reasonable grounds for belief that the automobile or other vehicle, or container therein, contains game or firearms subject to forfeiture as provided therein.</u>

NOTE.—This paragraph is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 22, 1914 (38 Stat. 700), accepting cession by the State of Montana of exclusive jurisdiction over the lands embraced within the Glacier National Park.

This act by its terms applies to all lands within the park, whether in public or private ownership.

*Circular of General Information Regarding Glacier National Park* (1931), pp. 29-30.

8.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographic bears do so at their.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

<u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 22, 1914 (38 Stat.

0444

700), accepting cession by the State of Montana of exclusive jurisdiction of the lands embraced within the National Park.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Glacier National Park* (Washington:  Gov't Printing Office, 1933), p. 23.


ROCKY MOUNTAIN NATIONAL PARK

1.  Regulations of May 29, 1915 –

(5)  The park is a sanctuary for wild life of every sort, and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

(6)  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, must be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the supervisor.  Visitors entering or travelling through the park to places beyond should, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.</u>

"Rules and Regulations Approved May 29, 1915." *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1915, Administrative Reports in 2 Volumes* (Washington: Gov't Printing Office) vol. 1, p. 1124.


In his annual report for Fiscal Year 1916, the superintendent added:

There is no evidence of the slaughter of game during the past year in the park, a strict vigilance having been kept during the winter months for hunters and trappers. Mountain sheep are plentiful and no doubt increasing, and have been seen more frequently by tourists than in former years.   It is now possible to approach them quite closely, and one instance is known where an automobile came within 30 feet of a group which did not disturb them.  One ranger reports seeing 182 in one group near Specimen Mountain.

Firearms are not allowed in the park and notice to this effect is posted at all entrances.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1916.  Volume I* (Washington:  Gov't Printing Office, 1917), p. 794.

0445

2.  Regulations in effect April 15, 1918 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed</u>.

*General Information Regarding Rocky Mountain National Park – Season of 1918* (Washington:  Gov't Printing Office, 1918), pp. 26-27.

3.  Regulations of January 17, 1928 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding or capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

*Circular of General Information Regarding Rocky Mountain National Park* (Washington: Gov't Printing Office, 1929), p. 30.

4.  Regulations of January 2, 1930 –

0446

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Rocky Mountain National Park* (1930), p. 29.

5. Regulations of December 6, 1930 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Rocky Mountain National Park* (Washington: Gov't Printing Office, 1931), p. 30.

0447

6. Regulations of December 21, 1932 –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved March 2, 1929 (45 Stat. 1536), accepting cession by the State of Colorado of exclusive jurisdiction of the lands embraced in the Rocky Mountain National Park.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Rocky Mountain National Park* (Washington:  U.S. Gov't Printing Office, 1933), p. 26.


HAWAII NATIONAL PARK

1. Regulations in effect 1929 –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, wounding, capturing, or frightening any bird or animal in the park, except the wild goat, as provided in Rule 1, is prohibited.  Firearms are prohibited in the park except on written permission of the superintendent, who also has authority to waive inquiry as to the possession of firearms by visitors traveling through the park to places beyond.

0448

*Circular of General Information Regarding Hawaii National Park* (Washington:  Gov't Printing Office, 1929), p. 14.

2.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except wild goats and pigs as provided in Rule I, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park, except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

Note.—The foregoing regulations is [sic] in effect a declaration of the law on this subject as contained in sections 4 and 5 of the act of Congress approved April 19, 1930 (46 Stat. 227), to provide for the exercise of sole and exclusive jurisdiction by the United States over the Hawaii National Park in the Territory of Hawaii, and for other purposes.

The act by its terms applies to all lands within said park, whether in public or private ownership.

*General Information Regarding Hawaii National Park* (Washington:  Gov't Printing Office, 1933), p. 17.

Acadia National Park

1.  Regulations in effect 1929 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is prohibited.

0449

Firearms are prohibited in the park except on written permission of the superintendent.

*Circular of General Information Regarding Acadia National Park* (Washington:  U.S. Gov't Printing Office, 1929), p. 13.

2.  Regulations in effect 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is strictly prohibited.  No light shall be used for the purpose of observing the wild life in the park except as authorized in writing by the superintendent.
Firearms are prohibited in the park except on written permission of the superintendent.

*Circular of General Information Regarding Acadia National Park* (1930), p. 12.

3.  Regulations of January 14 and December 21, 1932 –

(4)  Hunting.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is prohibited.  No light shall be used for the purpose of observing the wild life in the park except as authorized in writing by the superintendent.
Firearms are prohibited in the park except on written permission of the superintendent.

*Circular of General Information Regarding Acadia National Park* (1932), p. 13; *General Information Regarding Acadia National Park* (1933), p. 16.


LASSEN VOLCANIC NATIONAL PARK

1.  Regulations in effect 1929 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is prohibited.
Firearms are prohibited in the park except on written permission of the superintendent.

*Circular of General Information Regarding Lassen Volcanic National Park* (Washington: Gov't Printing Office, 1929), p. 11.

2.  Regulations in effect 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.
The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said park, shall be taken

0450

up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 and 5 of the act of Congress, approved April 26, 1928 (45 Stat. 463), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Lassen Volcanic National Park, and for other purposes.

This act by its terms applies to all lands within said park, whether in public or private ownership.

*Circular of General Information Regarding Lassen Volcanic National Park* (1930), pp. 12-13.

3.  Regulations of January 14, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

<u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 and 5 of the act of Congress, approved April 26, 1928 (45 Stat. 463), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Lassen Volcanic National Park, and for other purposes.

0451

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Lassen Volcanic National Park* (1932), p. 16.

4.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park, except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

Note.—The foregoing regulation is in effect a declaration of the law on this subject as contained in sections 4 and 5 of the act of Congress approved April 26, 1928 (45 Stat. 463), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Lassen Volcanic National Park, and for other purposes.

The act by its terms applies to all lands within said park, whether in public or private ownership.

*General Information Regarding Lassen Volcanic National Park* (Washington:  Gov't Printing Office, 1933), pp. 16-17.

Mount McKinley National Park

1.  Regulations in effect 1929 –

0452

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, and snaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

No game meat shall be taken into the park without prior permission in writing from the superintendent or his nearest representative.

*Circular of General Information Regarding Mount McKinley National Park* (Washington: Gov't Printing Office, 1929), p. 19.

2. Regulations in effect 1930 –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, and snaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

0453

No game meat shall be taken into the park without prior permission in writing from the superintendent or his nearest representative.

*Circular of General Information Regarding Mount McKinley National Park* (Washington: Gov't Printing Office, 1930), pp. 21-22.

3.  Regulations of January 29, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mount McKinley National Park* (1932), pp. 22-23.

Zɪᴏɴ ᴀɴᴅ Bʀʏᴄᴇ Cᴀɴʏᴏɴ Nᴀᴛɪᴏɴᴀʟ Pᴀʀᴋs

1.  Regulations of January 12, 1929 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this

56

regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.</u>

<u>Visitors entering or traveling through the park to places beyond shall at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Zion and Bryce Canyon National Parks* (Washington:  Gov't Printing Office, 1929), p. 14.

2.  Regulations in effect 1931 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.</u>

<u>Visitors entering or traveling through the park to places beyond shall at entrance report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Zion and Bryce Canyon National Parks* (Washington:  Gov't Printing Office, 1931), p. 20.

3.  Regulations of February 6, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the

0455

superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

   *Circular of General Information Regarding Zion and Bryce Canyon National Parks* (1932), pp. 20-21.

4.  Regulations of December 21, 1932 –

   (4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

   The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park be shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

   During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

   Firearms are prohibited within the park, except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

   *General Information Regarding Zion and Bryce Canyon National Parks* (Washington:  Gov't Printing Office, 1933), pp. 16-17.

N̲ATIONAL M̲ONUMENTS

0456

1.  Regulations of November 19, 1910[7] –

  (2)  <u>No firearms are allowed</u>.[8]

  *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 769.

2.  Regulations in effect 1930[9] –

  (5)  *Hunting*.—The national monuments are sanctuaries for wild life of every sort, and the hunting, killing, wounding, capturing, or frightening of any bird or wild animal in any monument is strictly prohibited, except poisonous snakes or dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

    *Glimpses of Our National Monuments* (Washington:  U.S. Gov't Printing Office, 1933), p. 71.

  <u>N.B.</u>  Note that the explicit firearm prohibition of the 1910 regulation has been deleted.

CARLSBAD CAVERNS NATIONAL PARK

Regulations of February 28, 1933 –

  (1)  Preservation of Natural Features and Curiosities.

* * *

  <u>No</u> canes, umbrellas, or sticks of any kind, or <u>firearms</u> or any other explosive material <u>will be permitted to be taken into the caverns</u>.

* * *

---

[7] Prior to being promulgated for general application to all national monuments, this same regulation was prescribed for Muir Woods National Monument, on September 10, 1908. *General Information Regarding the National Monuments Set Aside under the Act of Congress Approved June 8, 1906* (Washington:  Gov't Printing Office, 1917), p. 9.

[8] National Monuments administered by the Department of the Interior at the time, and administered by the National Park Service today, include:  Devils Tower, Montezuma Castle, El Morro, Chaco Canyon, Muir Woods, Pinnacles, Tumacacori, Mukuntuweap (now part of Zion NP), Natural Bridges, Gran Quivira, Sitka, Rainbow Bridge, Colorado, and Petrified Forest.  See, *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912.  Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 769.

[9] National Monuments administered by the National Park Service in 1930:  Arches, Aztec Ruins, Capulin Mtn., Casa Grande, Chaco Canyon, Colorado, Craters of the Moon, Devils Tower, Dinosaur, El Morro, Fossil Cycad, Geo. Washington's Birthplace, Glacier Bay, Gran Quirira, Hovenkeep, Katmai, Lewis and Clark Cavern, Montezuma Castle, Muir Woods, Natural Bridges, Navajo, Petrified Forest , Pinnacles, Pipe Spring, Rainbow Bridge, Scotts Bluff, Shoshone Cavern, Sitka, Tumacacori, Verendyre, Wupatki, and Yucca House. *Glimpses of Our National Monuments* (Washington:  U.S. Gov't Printing Office, 1930), pp. I-II.

0457

(3) Hunting.—The park is a sanctuary for wildlife of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

Story, Isabella F., *Carlsbad Caverns National Park* (Washington:  U.S. Gov't Printing Office, 1935), p. 23.

GREAT SMOKY MOUNTAINS NATIONAL PARK

1.  Regulations of May 9, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, or taking the eggs of any bird, is prohibited within the limits of said park.  Firearms are prohibited within the park except upon written permission of the superintendent.

*General Information [Regarding] Great Smoky Mountains National Park* (1932), p. 11.

2.  Regulations of March 10, 1933 –

(4)  Hunting.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, or taking the eggs of any bird, is prohibited within the limits of said park.  Firearms are prohibited within the park except upon written permission of the superintendent.

*General Information Regarding Great Smoky Mountains National Park* (Washington:  1933), p. 16.

3.  Regulations in effect 1934/35 –

(4)  *Hunting*.—The park is a sanctuary for wildlife of every sort, and all hunting or the killing, wounding, frightening, pursuing, capturing or attempting to capture at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, or taking the eggs of any bird, is prohibited within the limits of said park.  Firearms are prohibited within the park except upon written permission of the superintendent.  The outfits, including guns, teams, traps, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be

0458

adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.  During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

*General Information Regarding Great Smoky Mountains National Park* (1933[10]), p. 16.


GRAND CANYON NATIONAL PARK

1. Regulations of January 16, 1928[11] –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or animal in the park is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (Washington:  U.S. Gov't Printing Office, 1929), p. 43.

2. Regulations of January 2, 1930 –

---

[10] While the publication date given on the face of the pamphlet states "1933," this regulation would appear to be later in date, given that (1) the regulation of March 10, 1933 (see part I at < http://www.nps.gov/policy/Firearmsregs.pdf>) appears to have been significantly expanded, and (2) the pamphlet was found in a bound volume of similar brochures dated 1936.

[11] In a 1928 article entitled "U.S. National Parks Magnificent Schools," Dr. Frank Thomas, formerly the park naturalist at Yellowstone, gave potential visitors to the parks a few helpful tips, including the following:

Don't carry any firearms.  They'll only be sealed at the park entrance, and you lose the gun and a stiffish fine besides if you tamper with the seal.

*The Science News-Letter*, Vol. 13, No. 366, American Traveler Number (April 14, 1928), pp. 227, 228.

0459

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or animal in the park is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (Washington:  U.S. Gov't Printing Office, 1930), p. 44.

3.  Regulations of January 9, 1931 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or animal in the park is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (Washington: Gov't Printing Office, 1931), p. 44.

4.  Regulations of February 15, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal,

62

except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (1932), p. 47.

5.  Regulations of December 31, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

0461

*General Information Regarding Grand Canyon National Park* (Washington:  Gov't Printing Office, 1933), p. 35.

GRAND TETON NATIONAL PARK

1.  Regulations in effect 1929 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent or his authorized representative at the park and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent or his authorized representative.

*Circular of General Information Regarding Grand Teton National Park* (Washington:  U.S. Gov't Printing Office, 1929), p. 17.

2.  Regulations in effect 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent or his authorized representative at the park and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent or his authorized representative.

*Circular of General Information Regarding Grand Teton National Park* (Washington:  U.S. Gov't Printing Office, 1930), p. 16.

3.  Regulations of January 29, 1932 –

0462

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Teton National Park* (1932), pp. 15-16.


GENERAL REGULATION[12]

Regulation of June 18, 1936 –

(7) *Protection of wildlife.*—The parks and monuments are sanctuaries for wildlife of every sort, and all hunting, or the killing, wounding, frightening, capturing, or attempting to capture at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks and monuments.

---

[12] The general regulation states it is "for the proper use, management, government, and protection of, and maintenance of good order in all the National Parks, National Monuments, National Military Parks, National Historical Parks, Battlefield Sites, and miscellaneous memorials which are, or hereafter may be, under the administrative jurisdiction of the National Park Service of the Department of the Interior:  *Provided, however,* That these rules and regulations shall not apply to National Cemeteries or to National Capital Parks.  All previous rules and regulations . . . except such local subsidiary regulations as are continued in force under the provisions hereof . . . are hereby repealed."  Id.  Such "subsidiary regulations" included explicit special regulations, such as those for mining in Death Valley National Monument (section 16), and the prohibition on fishing in Muir Woods National Monument (section 9), contained in the general regulation itself.  Other park-specific regulations were clearly contemplated therein, for example, those regulating the hours of swimming at Hot Springs National Park (section 2(m)), and restricting the use of spring water at Platt National Park (section 4).  No special regulations, either explicit or implicit, were included with respect to firearms.  Id. at 673-75.

Unauthorized possession within a park or monument of the dead body of any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements must be made at entrance stations to identify and transport through the parks and monuments, where necessary, the carcasses of birds or animals legally killed outside the parks and monuments.  Failure to make such arrangements shall be deemed a violation of this regulation.

(8)  *Firearms, etc.*—Firearms, explosives, traps, seines, and nets are prohibited within the parks and monuments, except upon written permission of the superintendent or custodian.  Visitors entering or traveling through the parks and monuments to places beyond shall, at entrance, report and, if required to do so, surrender all such objects in their possession to the first park or monument officer, and, in proper cases, may obtain his written permission to carry them through the park or monument sealed.  Failure to obtain such written permission shall be deemed a violation of this regulation.  The Government assumes no responsibility for the loss of, or damage to, any such objects so surrendered to any park or monument officer, nor are park or monument officers authorized to accept the responsibility or custody of any other property for the convenience of the visitors.

1 *Federal Register* 672, 673-74 (June 27, 1936).

0464

## Appendix A

### Original Rules and Regulations of Yellowstone National Park

1st.  All hunting, fishing, or trapping within the limits of the Park, except for purposes of recreation, or to supply food for visitors or actual residents, is strictly prohibited; and no sales of fish or game taken within the park shall be made outside of its boundaries.

2nd.  Persons residing within the park, or visiting it for any purpose whatever, are required under severe penalties to extinguish all fires which it may be necessary to make, before leaving them.  No fires must be made within the park except for necessary purposes.

3rd.  No timber must be cut in the park without a written permit from the superintendent.

4th.  Breaking the siliceous or calcareous borders or deposits surrounding or in the vicinity of the springs or geysers for any purpose, and all removal, carrying away, or sale of specimens found within the park, without the consent of the superintendent, is strictly prohibited.

5th.  No person will be permitted to reside permanently within the limit of the park without permission from the Department of the Interior, and any person now living within the park shall vacate the premises occupied by him within thirty days after having been served with a written notice so to do, by the superintendent or his deputy, said notice to be served upon him in person or left at his place of residence.

Source:  *Report of the Secretary of the Interior; Being Part of the Message and Documents Communicated to the Two Houses of Congress at the Beginning of the Third Session of the Forty-Fifth Congress, in Two Volumes* (Washington:  Gov't Printing Office, 1878), vol. I, pp. 993-94.

0465

# APPENDIX B

<u>1881 Rules and Regulations of Yellowstone National Park</u>

\* \* \*

4.  Hunting, trapping, and fishing, except for purposes of procuring food for visitors or actual residents, are prohibited by law; and no sales of game or fish taken inside the Park shall be made for purposes of profit within its boundaries or elsewhere.

\* \* \*

Approved by Sec'y of the Interior S.J. Kirkwood, May 4, 1881.

<u>Source</u>:  *Annual Report of the Secretary of the Interior on the Operations of the Department for the Year Ended June 30, 1881, in Four Volumes* (Washington:  Gov't Printing Office, 1882), vol. II, p. 819.

0466

## APPENDIX C

### 1888 Rules and Regulations of Yellowstone National Park

* * *

5.  Hunting, capturing, injuring, or killing any bird or animal within the Park is prohibited. The outfits of persons found hunting or in possession of game killed in the Park will be subject to seizure and confiscation.

* * *

Approved by Sec'y of the Interior William F. Vilas, July 1, 1888.

Source:  *Report of the Secretary of the Interior for the Fiscal Year Ending June 30, 1888.  In Six Volumes* (Washington:  Gov't Printing Office, 1888), vol. III, p. 656.

69

# Exhibit 70

TREASURY DEPARTMENT.

Bureau of Internal Revenue.

[T. D. 4649]

WITHHOLDING OF INCOME TAX UNDER SECTIONS 143 AND 144 OF THE REVENUE ACT OF 1936

*Collectors of Internal Revenue and Others Concerned:*

Paragraph A. The Revenue Act of 1936 (Public, No. 740, Seventy-fourth Congress, second session, H. R. 12395), was approved by the President, June 22, 1936, 9 p. m. eastern standard time.

Paragraph B. Section 143 (Title I, Income Tax) of the Act, relating to withholding of tax at the source, provides:

SEC. 143. WITHHOLDING OF TAX AT SOURCE.—(a) *Tax-Free Covenant Bonds.*—

(1) *Requirement of withholding.*—In any case where bonds, mortgages, or deeds of trust, or other similar obligations of a corporation, issued before January 1, 1934, contain a contract or provision by which the obligor agrees to pay any portion of the tax imposed by this title upon the obligee, or to reimburse the obligee for any portion of the tax, or to pay the interest without deduction for any tax which the obligor may be required or permitted to pay thereon, or to retain therefrom under any law of the United States, the obligor shall deduct and withhold a tax equal to 2 per centum of the interest upon such bonds, mortgages, deeds of trust, or other obligations, whether such interest is payable annually or at shorter or longer periods, if payable to an individual, a partnership, or a foreign corporation not engaged in trade or business within the United States and not having any office or place of business therein: *Provided,* That if the liability assumed by the obligor does not exceed 2 per centum of the interest, then the deduction and withholding shall be at the following rates: (A) 10 per centum in the case of a nonresident alien individual (except that such rate shall be reduced, in case of a resident of a contiguous country, to such rate, not less than 5 per centum, as may be provided by treaty with such country), or of any partnership not engaged in trade or business within the United States and not having any office or place of business therein and composed in whole or in part of nonresident aliens, (B) in the case of such a foreign corporation, 15 per centum, and (C) 2 per centum in the case of other individuals and partnerships: *Provided further,* That if the owners of such obligations are not known to the withholding agent the Commissioner may authorize such deduction and withholding to be at the rate of 2 per centum, or, if the liability assumed by the obligor does not exceed 2 per centum of the interest, then at the rate of 10 per centum.

(2) *Benefit of credits against net income.*—Such deduction and withholding shall not be required in the case of a citizen or resident entitled to receive such interest, if he files with the withholding agent on or before February 1 a signed notice in writing claiming the benefit of the credits provided in section 25 (b); nor in the case of a nonresident alien individual if so provided for in regulations prescribed by the Commissioner under section 215.

(3) *Income of obligor and obligee.*—The obligor shall not be allowed a deduction for the payment of the tax imposed by this title, or any other tax paid pursuant to the tax-free covenant clause, nor shall such tax be included in the gross income of the obligee.

(b) *Nonresident aliens.*—All persons, in whatever capacity acting, including lessees or mortgagors of real or personal property, fiduciaries, employers, and all officers and employees of the United States, having the control, receipt, custody, disposal, or payment of interest (except interest on deposits with persons carrying on the banking business paid to persons not engaged in business in the United States and not having an office or place of business therein), dividends, rent, salaries, wages, premiums, annuities, compensations, remunerations, emoluments, or other fixed or determinable annual or periodical gains, profits, and income (but only to the extent that any of the above items constitutes gross income from sources within the United States), of any nonresident alien individual, or of any partnership not engaged in trade or business within the United States and not having any office or place of business therein and composed in whole or in part of nonresident aliens, shall (except in the cases provided for in subsection (a) of this section and except as otherwise provided in regulations prescribed by the Commissioner under section 215) deduct and withhold from such annual or periodical gains, profits, and income a tax equal to 10 per centum thereof, except that such rate shall be reduced, in the case of a nonresident alien individual a resident of a contiguous country, to such rate (not less than 5 per centum) as may be provided by treaty with such country: *Provided,* That no such deduction or withholding shall be required in the case of dividends paid by a foreign corporation unless (1) such corporation is engaged in trade or business within the United States or has an office or

place of business therein, and (2) more than 85 per centum of the gross income of such corporation for the three-year period ending with the close of its taxable year preceding the declaration of such dividends (or for such part of such period as the corporation has been in existence) was derived from sources within the United States as determined under the provisions of section 119: *Provided further,* That the Commissioner may authorize such tax to be deducted and withheld from the interest upon any securities the owners of which are not known to the withholding agent. Under regulations prescribed by the Commissioner, with the approval of the Secretary, there may be exempted from such deduction and withholding the compensation for personal services of nonresident alien individuals who enter and leave the United States at frequent intervals.

(c) *Return and payment.*—Every person required to deduct and withhold any tax under this section shall make return thereof on or before March 15 of each year and shall on or before June 15, in lieu of the time prescribed in section 56, pay the tax to the official of the United States Government authorized to receive it. Every such person is hereby made liable for such tax and is hereby indemnified against the claims and demands of any person for the amount of any payments made in accordance with the provisions of this section.

(d) *Income of recipient.*—Income upon which any tax is required to be withheld at the source under this section shall be included in the return of the recipient of such income, but any amount of tax so withheld shall be credited against the amount of income tax as computed in such return.

(e) *Tax paid by recipient.*—If any tax required under this section to be deducted and withheld is paid by the recipient of the income, it shall not be re-collected from the withholding agent; nor in cases in which the tax is so paid shall any penalty be imposed upon or collected from the recipient of the income or the withholding agent for failure to return or pay the same, unless such failure was fraudulent and for the purpose of evading payment.

(f) *Refunds and credits.*—Where there has been an overpayment of tax under this section any refund or credit made under the provisions of section 322 shall be made to the withholding agent unless the amount of such tax was actually withheld by the withholding agent.

(g) *Withholding before enactment of act.*—Notwithstanding the provisions of subsections (a) and (b), the deduction and withholding for any period prior to the tenth day after the date of the enactment of this Act shall be upon the items of income and at the rates prescribed in section 143 (a) and (b) of the Revenue Act of 1934, as amended, in lieu of the items and rates prescribed in such subsections.

Paragraph C. Section 144 (Title I, Income Tax) of the Act, relating to payment of corporation income tax at the source, provides:

SEC. 144. PAYMENT OF CORPORATION INCOME TAX AT SOURCE.—(a) *General Rule.*—In the case of foreign corporations subject to taxation under this title not engaged in trade or business within the United States and not having any office or place of business therein, there shall be deducted and withheld at the source in the same manner and upon the same items of income as is provided in section 143 a tax equal to 15 per centum thereof, except that in the case of dividends the rate shall be 10 per centum, and except that in the case of corporations organized under the laws of a contiguous country such rate of 10 per centum with respect to dividends shall be reduced to such rate (not less than 5 per centum) as may be provided by treaty with such country; and such tax shall be returned and paid in the same manner and subject to the same conditions as provided in that section: *Provided,* That in the case of interest described in subsection (a) of that section (relating to tax-free covenant bonds) the deduction and withholding shall be at the rate specified in such subsection.

(b) *Withholding Before Enactment of Act.*—Notwithstanding the provisions of subsection (a), the deduction and withholding for any period prior to the tenth day after the date of the enactment of this Act shall be upon the items of income and at the rates prescribed in section 144 of the Revenue Act of 1934, as amended, in lieu of the items and rates prescribed in such subsection.

Paragraph D. Section 147 (b) (Title I, Income Tax) of the Act, relating to returns of information at the source, provides:

SEC. 147. INFORMATION AT SOURCE.— * * *

(b) *Returns Regardless of Amount of Payment.*—Such returns may be required, regardless of amounts, (1) in the case of payments of interest upon bonds, mortgages, deeds of trust, or other similar obligations of corporations, and (2) in the case of collections of items (not payable in the United States) of interest upon the bonds of foreign countries and interest upon the bonds of and dividends from foreign corporations by persons undertaking as a matter of business or for profit the collection of foreign payments of such interest or dividends by means of coupons, checks, or bills of exchange.

Paragraph E. Section 62 (Title I, Income Tax) of the Act, relating to rules and regulations, provides:

SEC. 62. RULES AND REGULATIONS.—The Commissioner, with the approval of the Secretary, shall prescribe and publish all needful rules and regulations for the enforcement of this title.

credited against the total income tax as computed in the taxpayer's return. If the tax is paid by the recipient of the income or by the withholding agent it shall not be re-collected from the other, regardless of the original liability therefor, and in such event no penalty will be asserted against either person for failure to return or pay the tax where no fraud or purpose to evade payment is involved

ART. 11. *Withholding in the case of nonresident foreign corporations.*—A tax of 15 per cent is required to be withheld in the case of fixed or determinable annual or periodical income paid to a nonresident foreign corporation except (1) income from sources without the United States, including interest on deposits by persons carrying on the banking business paid to persons not engaged in business in the United States and not having any office or place of business therein, (2) interest upon bonds or other obligations of a corporation containing a tax-free covenant and issued before January 1, 1934, where the liability assumed by the obligor does not exceed 2 per cent of the interest, and (3) dividends.

Withholding of a tax at the rate of 2 per cent is required in the case of interest payments made to a nonresident foreign corporation, representing income from sources within the United States, paid upon corporate bonds or other obligations containing a tax-free covenant, issued before January 1, 1934, where the liability assumed by the obligor exceeds 2 per cent of the interest.

A tax of 10 per cent is required to be withheld from income from sources within the United States paid to a nonresident foreign corporation which consists of dividends (other than dividends distributed by a corporation organized under the China Trade Act, 1922, to a resident of China) except that such rate of 10 per cent shall be reduced, in the case of corporations organized under the laws of a contiguous country, to such rate (not less than 5 per cent) as may be provided by treaty with such country. Dividends paid by a foreign corporation are not, however, subject to withholding unless such corporation is engaged in trade or business within the United States or has an office or place of business therein and more than 85 per cent of the gross income of such foreign corporation for the three-year period ending with the close of its taxable year preceding the declaration of such dividends (or for such part of such period as the corporation has been in existence) was derived from sources within the United States as determined under the provisions of section 119 of the Act.

For withholding in the case of dividends distributed by a corporation organized under the China Trade Act, 1922, see articles 4 and 12.

ART. 12. *Withholding by a China Trade Act corporation.*—Dividends distributed by a corporation organized under the China Trade Act, 1922, which are treated as income from sources within the United States under the provisions of section 119 of the Act are subject to withholding at the rate of 10 per cent when paid to persons (other than residents of China) who are (1) nonresident aliens, (2) nonresident partnerships composed in whole or in part of nonresident aliens, or (3) nonresident foreign corporations. The 10 per cent rate of withholding specified in this article with respect to dividends shall be reduced in the case of shareholders who are (a) nonresident aliens residents of a contiguous country or (b) nonresident foreign corporations organized under the laws of a contiguous country, to such rate (not less than 5 per cent), as may be provided by treaty with such country.

ART. 13. *Aids to withholding agents in determining liability for withholding of tax.*—Since no withholding of tax on bond interest or other income is required in the case of a resident foreign corporation, the person paying such income should be notified by a letter from such corporation that it is not subject to the withholding provisions of the Act. The letter from the corporation shall contain the address of its office or place of business in the United States and be signed by an officer of the corporation giving his official title. Such letter of notification, or copy thereof, should be immediately forwarded by the recipient to the Commissioner of Internal Revenue, Sorting Section, Washington, D. C.

Although the burden of withholding tax from dividends is placed upon the payor corporation, or any other person (including a nominee), having the control, receipt, custody, disposal, or payment of dividends, if such payor corporation or person has no other reason to believe that the dividends are subject to withholding, the following procedure in general may be adopted:

(1) As to those stockholders whose name and style indicate that they are nonresident aliens, foreign partnerships, or foreign corporations, the tax shall be withheld in all cases if the address of any such stockholder is without the United States.

(2) If the address of such stockholders is in care of an individual, a partnership, or a corporation within the United States, the tax shall likewise be withheld, but as to any stockholder whose address is within the United States, the tax need not be withheld.

[SEAL]      CHAS. T. RUSSELL,
         *Acting Commissioner of Internal Revenue.*

Approved, June 25, 1936.

HENRY MORGENTHAU, JR.,
    *Secretary of the Treasury.*

[F. R. Doc. 1015—Filed, June 26, 1936; 12:39 p. m.]

## DEPARTMENT OF THE INTERIOR.

### National Park Service.

#### RULES AND REGULATIONS

Made, published, and approved by the Secretary of the Interior on the 18th day of June 1936, and to continue in force and effect until otherwise directed by the said Secretary.

#### GENERAL PROVISIONS

Pursuant to the authority granted to the Secretary of the Interior by the Act of August 25, 1916 (ch. 408, sec. 3, 39 Stat. 535), as amended by the Act of June 2, 1920 (ch. 218, sec. 5, 41 Stat. 731), and by the Act of March 7, 1928 (ch. 137, sec. 1, 45 Stat. 200, 235); and pursuant to the authority granted to the Secretary of War by the Act of March 2, 1933 (ch. 180, 47 Stat. 1420), and transferred to the Secretary of the Interior by Executive Order No. 6166, June 10, 1933, as interpreted by Executive Order No. 6228, July 28, 1933, under the authority of the Act of March 3, 1933 (ch. 212, sec. 403, 47 Stat. 1489, 1518); and pursuant to the authority granted to the Secretary of the Interior by various Acts of Congress relating to particular parks, monuments, and reservations: the following regulations are hereby made and published for the proper use, management, government, and protection of, and maintenance of good order in all the National Parks, National Monuments, National Military Parks, National Historical Parks, Battlefield Sites, and miscellaneous memorials which are, or hereafter may be, under the administrative jurisdiction of the National Park Service of the Department of the Interior: *Provided, however,* That these rules and regulations shall not apply to National Cemeteries or to National Capital Parks. All previous rules and regulations (except the uniform rules and regulations prescribed December 28, 1906, by the Secretaries of the Interior, Agriculture, and War, to carry out the provisions of the "Act for the Preservation of American Antiquities", approved June 8, 1906 (34 Stat. 225), and except such local subsidiary regulations as are continued in force under the provisions hereof), for such National Parks, National Monuments, National Military Parks, National Historical Parks, Battlefield Sites, and miscellaneous memorials, are hereby repealed.

*Definitions.*—The term "park", when used in these rules and regulations, unless otherwise indicated, shall be construed to include National Parks, National Military Parks, and National Historical Parks; and the term "monument", when used in these rules and regulations, unless otherwise indicated, shall be construed to include National Monuments,

Battlefield Sites, and miscellaneous memorials. The term "superintendent", when used in these rules and regulations, shall be construed to include a custodian, caretaker, or other person in charge of a National Park, National Monument, National Military Park, National Historical Park, Battlefield Site, or miscellaneous memorial.

1. *Preservation of public property, natural features and curiosities.*—The destruction, injury, defacement, removal, or disturbance in any way of any public building, sign, equipment, monument, statue, marker, or other structure, or of any tree, flower, vegetation, rock, mineral, formation, stalactite, stalagmite, phenomenon of crystallization, incrustation in any lava tube, cave, steam vent, or cone, or of any animal, bird, or other wildlife, or of any ruins or relics, or of any other public property of any kind is prohibited: *Provided,* That flowers may be gathered in small quantities when, in the judgment of the superintendent or custodian, their removal will not impair the beauty of the park or monument. Before any flowers are picked, permit must be secured from the superintendent or custodian.

Sequoia cones shall not be disturbed, or removed from any national park or monument.

No canes, umbrellas, or sticks of any kind may be taken into caves or caverns. The tossing or throwing of rocks or other material inside the caves or caverns is prohibited.

Collections for scientific or educational purposes shall be permitted only in accordance with written permits first had and obtained from the superintendent.

Bona-fide claimants or entrymen claiming or owning land reasonably adjacent to Grand Teton National Park must secure written permits before cutting any dead or down timber within the park, and are restricted to cutting such timber for firewood for their own consumption.

Visitors in Hawaii National Park may, with the permission of the park superintendent, pick and eat, or carry away, such fruits as the superintendent may designate.

2. *Camping.*—(a) No camping is permitted outside the specially designated camp sites, except when necessary in connection with trips to isolated sections of the parks and monuments.

(b) No person, party, or organization shall be permitted to camp in any public camping area in the parks or monuments more than 30 days in any calendar year.

(c) Campers shall keep their campgrounds clean. Combustible rubbish shall be burned on camp fires and all other garbage and refuse of all kinds shall be placed in garbage cans provided for the purpose. At new or unfrequented camps, garbage shall be burned or buried.

(d) Campers and others shall not wash clothing or cooking utensils in, or pollute in any other manner, the waters of the parks or monuments. Bathing in any of the streams or lakes near the regularly travelled thoroughfares in the parks and monuments is not permitted without suitable bathing clothes.

(e) Saddle, pack, or draft animals shall not be kept in or near any camping area. No such animals shall be kept on the floor of Yosemite Valley except in the operator's corral.

(f) Only in areas designated by the park superintendent may campers use any dead or fallen timber for fuel, except that Sequoia wood or bark shall not be disturbed for any purpose.

(g) The installation of permanent camping facilities by visitors is prohibited in all parks and monuments. The digging or leveling of the ground in any camp site without a ranger's permission is prohibited.

(h) Camps must be completely razed and the sites cleaned before the departure of campers. In dismantling camps, all material, such as poles, bark, planks, platforms, etc., used in construction of temporary camps must be removed, and, if combustible, must be piled on the public camp woodpiles.

(i) Campers shall not leave their camps unattended for more than 48 hours without special permission of the superintendent, obtained in advance. Camping equipment left unattended in any public camping area for 48 hours or more is subject to removal by order of the superintendent,

the expense of such removal to be paid by the person or persons leaving such equipment.

(j) No camp may be established in a park or monument and used as a base for hunting outside such park or monument.

(k) No camp shall be placed within 25 feet of any well-defined water course, water hydrant, or main road.

(l) Any article likely to frighten horses shall not be hung near a road or trail used by horses.

(m) The superintendents or custodians may, with the approval of the Director of the National Park Service, establish hours during which quiet must be maintained at any camp, and prohibit the running of motors at or near a camp during such hours.

(In Hot Springs National Park, the superintendent may establish the hours during which bathing will be permitted in the pool.)

(n) No visitors shall be permitted to camp within the canyon in Canyon de Chelly National Monument.

(o) No camping is permitted in any part of the Muir Woods National Monument, and no hikers or visitors shall enter or remain therein between one-half hour after sunset and one-half hour before sunrise.

3. *Picnicking.*—Picnicking or the eating of lunches is prohibited in restricted areas designated by the superintendent.

4. *Use of park waters.*—In Platt National Park the superintendent may, whenever it becomes necessary to do so, restrict the use of the waters of any of the springs in the park to immediate drinking purposes at such springs.

5. *Sanitation.*—(a) Garbage, papers, or refuse of any kind shall not be thrown or left on or along roads, in camping or picnic areas, or on any other park or monument lands.

(b) All comfort stations shall be used in a clean and sanitary manner.

(c) Contamination of watersheds, of water supplies, or of any water used for drinking purposes is strictly prohibited.

6. *Fires.*—Fires shall not be kindled near or on the roots of trees, dead wood, moss, dry leaves, forest mold, or other vegetable refuse, but in some open space on rocks or earth. On public campgrounds the regular fireplaces constructed for the convenience of visitors must be used. Should camp be made in a locality where no such open space exists or is provided, the dead wood, moss, dry leaves, etc., shall be scraped away to the rock or earth over an area considerably larger than that required for the fire.

Fires shall be lighted only when necessary and, when no longer needed, shall be completely extinguished, and all embers and beds smothered with earth or water, so that there remains no possibility of reignition.

Permission to burn on any cleanup operation within the parks or monuments must first be obtained in writing from the office of the superintendent or custodian, and in such cases as it is deemed advisable such burning will be under Government supervision. All costs of suppression and all damage caused by reason of loss of control of such burning operations shall be paid by the person or persons to whom such permit has been granted.

No lighted cigarette, cigar, pipe heel, match, or other burning material shall be thrown from any vehicle or saddle horse or dropped into any grass, leaves, twigs, tree mold, or other combustible or inflammable material.

Smoking or the building of fires on any lands within the parks or monuments may be prohibited or limited by the superintendent or custodian when, in his judgment, the hazard makes such action necessary.

All persons making trips away from established camps are required to obtain written fire permits from the nearest ranger before building camp fires.

The use of fireworks or firecrackers in the parks and monuments is prohibited, except with the written permission of the superintendent or custodian.

7. *Protection of wildlife.*—The parks and monuments are sanctuaries for wildlife of every sort, and all hunting, or the killing, wounding, frightening, capturing, or attempting to

capture at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks and monuments.

Unauthorized possession within a part or monument of the dead body or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements must be made at entrance stations to identify and transport through the parks and monuments, where necessary, the carcasses of birds or animals legally killed outside the parks and monuments. Failure to make such arrangements shall be deemed a violation of this regulation.

8. *Firearms, etc.*—Firearms, explosives, traps, seines, and nets are prohibited within the parks and monuments, except upon written permission of the superintendent or custodian. Visitors entering or traveling through the parks and monuments to places beyond shall, at entrance, report and, if required to do so, surrender all such objects in their possession to the first park or monument officer, and, in proper cases, may obtain his written permission to carry them through the park or monument sealed. Failure to obtain such written permission shall be deemed a violation of this regulation. The Government assumes no responsibility for the loss of, or damage to, any such objects so surrendered to any park or monument officer, nor are park or monument officers authorized to accept the responsibility or custody of any other property for the convenience of the visitors.

9. *Fishing.*—Persons desiring to fish in the waters of the Yosemite, Sequoia, Lassen, General Grant, Grand Canyon, Grand Teton, Acadia, Wind Cave, Great Smoky Mountains, Mammoth Cave, and Zion National Parks, and the national monuments under the jurisdiction of the National Park Service must secure a sporting fishing license, as required by the laws of the state in which such park or monument is situated. All fishing in such parks and monuments must be done in conformity with the laws of the state regarding open seasons, size of fish, and the limit of catch, except as otherwise provided in the following paragraphs, which are applicable to all parks and monuments:

Fishing with nets, seines, traps, or by the use of drugs or explosives, or for merchandise or profit, or in any other way than with hook and line, the rod or line being held in hand, is prohibited.

Fishing in particular waters may be suspended, or restricted in regard to the use of particular kinds of bait, when the superintendent or custodian, with the approval of the Director of the National Park Service, shall determine such suspension or restriction necessary and shall post such restrictions or suspensions.

The number of fish that may be taken by one person in any one day from the various lakes and streams may be regulated by the superintendent or custodian, with the approval of the Director of the National Park Service. Unless otherwise determined and posted, the number shall be limited to 10 fish. Possession of more than two days' catch by any person at any one time shall be construed as a violation of this regulation.

No fish less than six inches long may be retained, unless a different limit be determined by the superintendent with the approval of the Director of the National Park Service and posted in the particular park or monument. All fish hooked less than such limit in length shall be carefully handled with moist hands and returned at once to the water if not seriously injured. Undersized fish retained because seriously injured shall be counted in the number of fish which may be taken in one day.

The possession of live minnows, chubs, or other bait fish, or the use thereof as bait, is prohibited in all the national parks and monuments, except Acadia National Park and Fort Jefferson National Monument.

The digging of worms for bait is prohibited in all parks and monuments.

The canning or curing of fish for the purpose of transporting them out of a national park or monument is prohibited.

The possession of fishing tackle upon or along any waters closed to fishing shall be prima facie evidence that the person or persons having such fishing tackle are guilty of unlawful fishing in such closed waters.

Fishing is prohibited in the Muir Woods National Monument.

All waters of the Shenandoah National Park are closed to fishing until further notice. This, however, shall not apply to occupants of or guests at the President's Camp on the Rapidan.

10. *Private operations.*—No person shall reside permanently in a national park or monument. No person, firm, or corporation shall engage in or solicit any business, or erect buildings in the parks or monuments without permission in writing from the Director of the National Park Service, Washington, D. C. Applications for such permission may be addressed to the Director through the superintendents and custodians of the parks and monuments.

In Mount McKinley National Park, prospectors and miners may erect necessary shelter cabins or other structures necessary in mining operations on bona fide locations in the park.

11. *Public speeches.*—No person shall make or deliver any address, speech, or sermon upon any subject whatever in Platt National Park without first obtaining a permit in writing from the superintendent, which permit the superintendent is hereby authorized to issue in proper cases and which shall designate the time and locality where such address, speech, or sermon may be given.

12. *Radios.*—The use of radios in public camps, hotels, or other buildings, or in automobiles is prohibited when audible beyond the immediate vicinity of the radio set. Radios shall not be operated to the annoyance of other persons nor so as to disturb the quiet of camps or other public places. The erection of aerials or other radio installations is prohibited.

13. *Cameras.*—Before still pictures may be taken for commercial purposes and before a motion or sound picture requiring the use of artificial or special settings, or special equipment, or involving the performance of a professional cast, may be filmed in any of the parks or monuments, authority must first be obtained, in writing, from the Secretary of the Interior. Still and motion picture cameras may be freely used by amateurs in the parks and monuments for general scenic purposes.

Superintendents may issue permits to take still and motion pictures in the parks and monuments under their supervision without such previous authorization, by the Secretary of the Interior, in the following circumstances, and on condition that the permittees shall refrain from offering any gratuity of whatsoever nature to any employee of the Government in connection with the exercise of the privilege herein authorized to be granted:

1. Professional photographers and motion-picture cameramen desiring to take scenes of, or events in, the national parks as representatives of news concerns and for bona fide news publication;

2. Professional photographers and motion-picture cameramen desiring to take scenes of, or events in, the national parks, not for sale or for exhibition when paid admissions are charged, but for the purpose of stimulating general or park travel;

3. Professional photographers and motion-picture cameraman desiring to take scenes of, or events in, the national parks, for non-profit educational purposes;

4. Professional photographers desiring to take park scenes for general artistic purposes.

14. *Gambling.*—Gambling in any form, or the operation of gambling devices, whether for merchandise or otherwise, is prohibited.

15. *Advertisements.*—Private notices or advertisements shall not be posted, distributed, or displayed in the parks or monuments, excepting such as the superintendent or custodian may deem necessary for the convenience and guidance of the public.

16. *Mining claims.*—The location of mining claims on lands within the parks and monuments is prohibited, except

in Mount McKinley National Park and in Death Valley National Monument. This regulation is subject to the further exception contained in the Act of Congress approved February 14, 1931 (46 Stat. 1161), reserving to the Navajo Tribe of Indians the mineral rights in the Canyon de Chelly National Monument.

Mining in Mount McKinley National Park may be regulated by the Secretary of the Interior as to surface use of locations under the Act of January 26, 1931 (46 Stat. 1043).

Mining in Death Valley National Monument is subject to the following special regulations, which are prescribed to govern the surface use of claims therein:

(a) The claim shall be occupied and used exclusively for mineral exploration and development and for no other purpose; except that, upon written permission of the Director of the National Park Service, the surface of the claim may be used for other specified purposes, the use to be on such conditions and for such period as may be prescribed when permission is granted.

(b) The owner of the claim and all persons holding under him shall conform to all rules now prescribed or which may be made applicable by the Director of the National Park Service, governing occupancy of lands within the national monument.

(c) The use and occupancy of the surface of mining claims as prescribed above shall apply to all such claims located after the date of the Act of June 13, 1933, within the limits of the national monument as fixed by the proclamation of February 11, 1933, and to all mining claims on lands hereafter included in the National monument, located after such inclusion, so long as such claims are within the boundaries of said monument.

(d) Prospectors or miners shall not open or construct roads or vehicle trails without first obtaining a permit from the Director of the National Park Service. Applications for permits may be made through the custodian of the monument, upon submitting a map or sketch showing the location of the mining property to be served and the location of the proposed road or vehicle trail. The permit may be conditioned upon the permittee's maintaining the road or trail in a passable condition as long as it is used by the permittee or his successors.

17. *Archeologic ruins and objects.*—Visitors shall not be permitted to visit the ruins in Mesa Verde National Park nor to enter the canyon in Canyon de Chelly National Monument unless accompanied by National Park Service employees. The superintendent may waive this requirement in Mesa Verde National Park by issuing a special written permit to persons engaged in scientific studies.

Visitors shall not remove any artifacts or other objects of archeological or historical significance from the place where they may be found, nor purchase any such objects from Indians or others. Any such objects purchased or removed in violation of this regulation shall be delivered to the superintendent or his representative on demand.

18. *Lost articles.*—Persons finding lost articles, other than relics, should deposit them at the office of the superintendent or custodian, or at the nearest ranger station, leaving their own names and addresses, so that if the articles are not claimed by the owners within 60 days, they may be turned over to those who found them.

19. *Private lands.*—Owners of private lands within the limits of any park or monument are entitled to the full use and enjoyment thereof; the boundaries of such lands, however, shall be determined, and marked and defined, so they may be readily distinguished from the park or monument lands. While no limitations or conditions are imposed upon the use of private lands so long as such use does not interfere with or injure the Government lands, private owners shall provide against trespass by their livestock upon lands of the parks or monuments, and all trespasses committed will be punished to the full extent of the law. Stock may be taken over the lands of parks and monuments with the written permission and under the supervision of the superintendent or custodian, but such permission and super-

vision are not required when access to such private lands is had wholly over roads or lands not owned or controlled by the United States.

20. *Grazing.*—The running at large, herding, or grazing of livestock of any kind on the Government lands in the parks and monuments, as well as the driving of livestock over the same, is prohibited, except where authority therefor has been granted by the superintendent or custodian, with the approval of the Director of the National Park Service. The owners of livestock found improperly on the park or monument lands will be prosecuted.

The above regulation is subject to the exception contained in the provisions of the Act of Congress approved February 26, 1929 (45 Stat. 1314), relating to grazing in Grand Teton National Park, and to the exception contained in the Act of Congress approved February 14, 1931 (46 Stat. 1161), reserving to the Navajo Tribe of Indians the right to the surface use of the lands in the Canyon de Chelly National Monument for agricultural, grazing, or other purposes.

No authority may be granted for grazing in the Yellowstone National Park.

21. *Authorized operators.*—All persons, firms, or corporations holding franchises in the parks and monuments shall keep the grounds used by them properly policed and shall maintain the premises in a sanitary condition to the satisfaction of the superintendent or custodian. No operator shall retain in his employment a person whose presence in the park or monument may be deemed by the superintendent or custodian subversive to the good order and management of the park or monument.

All operators shall require each of their public contact employees to wear a metal badge with a number thereon, or other mark of identification. The name and number corresponding therewith, or the identification mark, shall be registered in the office of the superintendent or custodian. These badges must be worn in plain sight.

22. *Fraudulently obtaining accommodations.*—The obtaining of food, lodging, or other accommodations in the national parks and monuments with intent to defraud is forbidden, and such fraudulent intent will be presumed from refusal or neglect to pay therefor on demand, or payment therefor with negotiable paper on which payment is refused, or absconding without paying or offering to pay therefor, or false or fictitious showing or pretense of baggage or other property, or surreptitious removal or attempted removal of baggage.

23. *Dogs and cats.*—(a) Dogs and cats are prohibited on the Government lands in the parks and monuments, except that upon written permission of the superintendent or custodian, secured upon entrance, they may be transported over through roads by persons passing through the parks and monuments provided they are kept under leash, crated, or otherwise under restrictive control of the owner at all times while in the park or monument: *Provided, however,* That employees and others may be authorized by the superintendent or custodian to keep dogs for official purposes in the administrative area of a park or monument, and subject to such further conditions as may be determined by the superintendent or custodian.

(b) Stray dogs or cats running at large in the parks and monuments may be killed to prevent molestation of the wildlife therein.

(c) In Mount McKinley National Park, dogs may be used for hauling, with the permission of the superintendent and subject to the following rights and restrictions: In the winter, prospectors and miners may use such dogs as may be necessary for a reasonable time for heavy hauling of supplies, fuel, timber, and other objects; thereafter each person is limited to seven dogs. In the summer, no dogs are allowed except in special cases. In no case nor at any time shall litters of pups be raised in the park except by special permission of the superintendent. Persons entering the park with dogs must register at McKinley Park entrance, Katishna entrance, or the nearest ranger station, giving such information as may be required by the superintendent.

such overtaking vehicle, shall move to the right to allow a safe passage.

When automobiles going in opposite directions meet on a grade, the ascending machine has the right-of-way, and the descending machine shall be backed or otherwise handled as may be necessary to enable the ascending machine to pass in safety.

48. *Following vehicles.*—Except in slow-moving traffic, a vehicle shall not follow another vehicle closer than 50 feet, nor closer than 15 feet at any time.

49. *Clutches and gears.*—No motor vehicle shall be operated on any highway with clutch disengaged or gear out of mesh except for the purpose of changing or shifting gears or stopping or while being towed, or when such vehicle is equipped with commercial free-wheeling devices.

50. *Lights.*—All motor vehicles except motorcycles shall be equipped with two headlights and one or more red taillights, the headlights to be of sufficient brilliancy to insure safety in driving at night, and all lights shall be kept lighted after sunset when the vehicle is on a road, and at all times when passing through unlighted tunnels. Headlights shall be dimmed when meeting other vehicles, riding or driving animals, or pedestrians.

51. *Sounding horn.*—The horn shall be sounded on approaching sharp curves or other places where the view ahead is obstructed, or before passing other vehicles or pedestrians, or, if necessary, before passing riding or driving animals.

52. *Muffler cut-outs.*—Muffler cut-outs shall be kept closed at all times within the limits of the parks and monuments.

53. *Accidents—stop-overs.*—If vehicles stop because of accident or for any other reason, they shall be immediately parked in such a way as not to interfere with travel on the road.

54. *Parking.*—The superintendent may limit the time allowed for parking in any parking area upon the posting of signs indicating such limit.

55 *Traffic signs.*—Drivers of all vehicles shall comply with the directions of all official traffic signs posted in the the parks or monuments.

56. *Intoxication.*—No person who is under the influence of intoxicating liquor or narcotic drugs shall operate or drive a motor-driven vehicle of any kind on the roads of the parks or monuments.

#### LOCAL SUBSIDIARY REGULATIONS

Subsidiary regulations necessary to cover local situations and promulgated under general provisions contained in these regulations will be published in the FEDERAL REGISTER and may be seen at the headquarters of the parks or monuments in which they are operative.

All subsidiary regulations promulgated under general provisions contained in the Rules and Regulations approved by the Secretary of the Interior June 6, 1935, are hereby continued in force and effect until amended or repealed.

#### PENALTIES

(a) Any person who violates any of the foregoing rules or regulations in regard to any park or monument not specified in paragraph (b) hereof shall be deemed guilty of a misdemeanor and shall be punished by a fine of not more than $500 or imprisonment for not exceeding six months, or both.

(b) Any person who knowingly and willfully violates any of the foregoing rules or regulations in regard to any of those national military parks, battlefield sites, national monuments, or miscellaneous memorials transferred to the jurisdiction of the Secretary of the Interior from that of the Secretary of War by Executive Order No. 6166, June 10, 1933, and enumerated in Executive Order No. 6228, July 28, 1933, shall be deemed guilty of a misdemeanor and punished by a fine of not more than $100 or by imprisonment for not more than three months, or by both such fine and imprisonment.

Approved: June 18, 1936.

HAROLD L. ICKES,
*Secretary of the Interior.*

[F. R. Doc. 1006—Filed, June 26, 1936; 10:40 a. m.]

## DEPARTMENT OF AGRICULTURE.

### Agricultural Adjustment Administration.

ORDER TERMINATING OPERATION OF LICENSE FOR MILK—ATLANTA, GEORGIA, SALES AREA

Whereas, W. R. Gregg, Acting Secretary of Agriculture of the United States of America, acting under the provisions of the Agricultural Adjustment Act, as amended, for the purpose and within the limitations therein contained, and pursuant to the applicable general regulations issued thereunder, did, on the 15th day of November 1934, issue under his hand and the official seal of the Department of Agriculture a License for Milk—Atlanta, Georgia, Sales Area, effective the 1st day of December 1934, which license was subsequently amended on August 12, 1935, and suspended on the 25th day of January 1936, said suspension being effective on and after 12:01 a. m., January 27, 1936; and

Whereas, the Secretary of Agriculture has determined to terminate the said license, as amended;

Now, therefore, the undersigned, acting under the authority vested in the Secretary of Agriculture under the terms and conditions of the said act, as amended, and pursuant to the applicable general regulations issued thereunder, hereby terminate the said license, as amended.

In witness whereof, H. A. Wallace, Secretary of Agriculture of the United States of America, has executed this Order of Termination in duplicate, and has hereunto set his hand and caused the official seal of the Department of Agriculture to be affixed in the city of Washington, District of Columbia, this 25th day of June 1936, and hereby declares that this termination shall be effective on and after 12:01 a, m. July 1, 1936.

[SEAL]                             H. A. WALLACE,
*Secretary of Agriculture.*

[F. R. Doc. 1012—Filed, June 26, 1936; 11:58 a. m.]

## FEDERAL TRADE COMMISSION.

Commissioners: Charles H. March, Chairman; Garland S. Ferguson, Jr., Ewin L. Davis, W. A. Ayres, Robert E. Freer.

[File No. 21–267]

IN THE MATTER OF APPLICATION FOR TRADE PRACTICE RULES FOR THE SCHOOL SUPPLIES AND EQUIPMENT DISTRIBUTING INDUSTRY

#### NOTICE OF OPPORTUNITY TO BE HEARD

This matter now being before the Federal Trade Commission under its Trade Practice Conference procedure, in pursuance of the Act of Congress approved September 26, 1914, (38 Stat. 717; 15 USCA, Section 41) ;

Opportunity is hereby extended by the Federal Trade Commission to any and all persons affected by or having an interest in the proposed trade practice rules for the School Supplies and Equipment Distributing Industry to present to the Commission their views upon the same, including suggestions or objections, if any. For this purpose they may, upon application to the Commission, obtain copies of the proposed rules. Communications of such views should be made to the Commission not later than Wednesday, July 15, 1936. Opportunity for oral hearing will be afforded July 15, 1936, at 10 a. m., Room 101, Federal Trade Commission Building, 815 Connecticut Avenue, Washington, D. C., to such persons as may desire to appear, and who have made prior written or telegraphic request to be heard orally. All briefs or other communications received concerning the proposed rules will become part of the public record subject to inspection by interested parties. After giving due consideration to such suggestions or objections as may be received concerning the rules proposed by the industry, the Commission will proceed to their final consideration.

By the Commission.

[SEAL]                             OTIS B. JOHNSON, *Secretary.*

Entered June 24, 1936.

[F. R. Doc. 1007—Filed, June 26, 1936; 11:15 a. m.]