# Exhibit 71

THE

# 𝔖tatutes at 𝔏arge

OF

# PENNSYLVANIA

FROM

## 1682 to 1801

COMPILED UNDER THE
AUTHORITY OF THE ACT OF MAY 19 1887 BY
JAMES T MITCHELL AND HENRY FLANDERS
COMMISSIONERS

---

## VOLUME III
1712 to 1724

---

CLARENCE M BUSCH
STATE PRINTER OF PENNSYLVANIA
1896

0476



five shillings, one-half to the use of the poor of the said city,
and the other half to the use of him or them who shall prose-
cute and cause such offender to be as aforesaid convicted:
which forfeitures shall be levied by distress and sale of the of-
fender's goods as aforesaid; and for want of such distress, if the
offender refuse to pay the said forfeiture, he shall be committed
to prison for every such offense the space of two days, without
bail or mainprise.

Provided, That such conviction be made within ten days
after such offense committed. And if such offender be a negro
or Indian slave, he shall, instead of imprisonment, be publicly
whipped, at the discretion of the magistrate.

Passed August 26, 1721. Apparently never considered by the
Crown, but allowed to become a law by lapse of time in accordance
with the proprietary charter. See Appendix IV, Section II, and
Hill's letter and Fane's opinion in Appendix V, Section I, and the
Acts of Assembly passed August 14, 1725, Chapter 287; February 6,
1730-31, Chapter 322, March 29, 1735-36, Chapter 338, February 9,
1750-51, Chapter 388, March 26, 1762, Chapter 481, March 9, 1771,
Chapter 624; March 21, 1772, Chapter 648, December 24, 1774, Chap-
ter 705; November 25, 1779, Chapter 867; March 28, 1787, Chapter
1279; September 29, 1787, Chapter 1318, April 13, 1791, Chapter
1573; April 11, 1793, Chapter 1698; April 18, 1794, Chapter 1743;
April 18, 1795, Chapter 1857; March 29, 1802, P. L. 127; March 29,
1803, P. L. 542; April 4, 1807, P. L. 132, March 30, 1812, P L 182,
March 14, 1818, P. L 189; March 29, 1824, P. L. 152, February 10,
1832, P. L. 64; June 13, 1836, P. L. 551; March 16, 1847, P. L. 473;
April 11, 1848, P. L. 504, April 8, 1851, P. L. 382, April 14, 1851,
P. L. 549, March 20, 1856, P. L. 137; May 5, 1864, P. L. 841, March
23, 1865, P. L. 744, March 12, 1866, P. L. 160; June 2, 1870, P. L
1315; April 17, 1878, P. L. 23; June 10, 1881, P. L. 111; June 11, 1885,
P L 111

---

## CHAPTER CCXLVI.

AN ACT TO PREVENT THE KILLING OF DEER OUT OF SEASON, AND
AGAINST CARRYING OF GUNS OR HUNTING BY PERSONS NOT QUALI-
FIED.

[Section I.] Be it enacted by Sir William Keith, Baronet,
Governor of the Province of Pennsylvania, &c., by and with the
advice and consent of the freemen of the said Province in Gen-
eral Assembly met, and by the authority of the same, That if

any person or persons, after the publication hereof, shall kill or destroy any buck, doe, fawn, or any other sort of deer whatsoever, at any other time or season except only betwixt the first day of July and first day of January, he shall forfeit and pay for every such buck, doe, fawn, or other deer so killed or destroyed as aforesaid, the sum of twenty shillings; one-half thereof to the poor of the township where the offense is committed, and the other half to him who shall inform or sue for the same, before any justice of the peace of this province, who is hereby empowered and authorized to hear and determine the same, and to convict the offender, by the oath or affirmation of one or more witnesses.

Provided, That such conviction be made within two months after such offense is committed.

And for the better conviction of offenders against this act:

[Section II.] Be it enacted, That every person in whose custody shall be found, or who shall expose to sale any green deer skins, fresh venison, or deer's flesh, at any other time of the year than what is before excepted, and shall be convicted thereof as aforesaid, shall be deemed guilty of the said offense. And that the same green deer skins, fresh venison or deer's flesh so found as aforesaid shall be held to be good evidence in the cases aforesaid.

Provided always, That nothing contained in this act shall be deemed or construed to extend to any free native Indians carrying guns, hunting, killing, and having in their custody any skins or deer's flesh for their own use, anything in this act to the contrary notwithstanding.

And whereas divers abuses, damages and inconveniencies have arose by persons carrying guns and presuming to hunt on other people's lands, for remedy whereof for the future:

[Section III.] Be it enacted by the authority aforesaid, That if any person or persons shall presume, at any time after the sixteenth day of November, in this present year one thousand seven hundred and twenty-one, to carry any gun or hunt on the improved or inclosed lands of any plantation other than his own, unless he have license or permission from the owner of such lands or plantation, and shall be thereof convicted, either

upon view of any justice of the peace within this province, or by the oath or affirmation of any one or more witnesses, before any justice of the peace, he shall for every such offense forfeit the sum of ten shillings. And if any person whatsoever, who is not owner of fifty acres of land and otherwise qualified in the same manner as persons are or ought to be by the laws of this province for electing of members to serve in assembly, shall, at any time after the said sixteenth day of November, carry any gun, or hunt in the woods or uninclosed lands, without license or permission obtained from the owner or owners of such lands, and shall be thereof convicted in manner aforesaid, such offender shall forfeit and pay the sum of five shillings for every such offense.

[Section IV.] And be it further enacted by the authority aforesaid, That no person whatsoever shall presume to shoot at or kill with a firearm any pigeon, dove, partridge, or other fowl in the open streets of the city of Philadelphia, or in the gardens, orchards and inclosures adjoining upon and belonging to any of the dwelling houses within the limits of the said city, upon the forfeiture of five shillings for every such offense, to be convicted in manner aforesaid.

All which penalties and forfeitures shall go, one moiety to the informer, and the other to the poor of the township where such offense is committed. But if convicted upon view of a justice of the peace, the whole forfeiture shall be to the use of the poor. And if the offender refuse to pay, the same shall be levied by distress and sale of the offender's goods, by warrant under the hand and seal of the justice before whom such offender shall be convicted, returning the overplus, if any be, the charge of distraining being first deducted. And for want of such distress he shall be committed to prison, where the forfeiture is twenty shillings, for the space of ten days; and, where the forfeiture is ten shillings, for the space of five days; and, if the forfeiture is five shillings, for the space of two days, without bail or mainprise.

Passed August 26, 1721. Apparently never considered by the Crown, but allowed to become a law by lapse of time in accordance with the proprietary charter. See Appendix IV, Section II, and Hill's letter and Fane's opinion in Appendix V, Section I, and

the Acts of Assembly passed February 6, 1730-31, Chapter 323;
January 27, 1749-50, Chapter 383.  Repealed by Act passed April 9,
1760, Chapter 456.

---

## CHAPTER CCXLVII.

AN ACT FOR THE WELL TANNING AND CURRYING OF LEATHER, AND
REGULATING OF CORDWAINERS, AND OTHER ARTIFICERS, USING
AND OCCUPYING LEATHER WITHIN THIS PROVINCE.

Whereas very great abuses have been committed by tanners,
cutters and other persons, using and working of leather within
this government, and the prices of leather become very exor-
bitant and burdensome to the people of this province: To the
intent therefore that a reasonable and indifferent course for
the true and well tanning, currying and working of leather, may
be from henceforth established and appointed, and yet the per-
sons using the several crafts and mysteries aforesaid may not
be more strictly bound or limited than the necessary regard of
the welfare and general commodity of all His Majesty's sub-
jects within the said province requireth:

[Section I.] Be it enacted by Sir William Keith, Baronet,
Governor of the Province of Pennsylvania, &c., by and with
the advice and consent of the freemen of the said Province in
General Assembly met, and by the authority of the same, That
from and after the twenty-fifth day of November next, in this
present year of our Lord one thousand seven hundred and twen-
ty-one, if any person or persons using, or which shall use, the
mystery or faculty of tanning, or any person or persons im-
porting, or who shall import, any leather into this province,
shall at any time or times hereafter offer or put to sale any kind
of leather which shall be insufficiently and not thoroughly
tanned, so that the same, by the triers of leather lawfully ap-
pointed by virtue of this present act, for the time being, shall
be found to be insufficiently not thoroughly tanned, that then
all and every such person and persons so offending shall for-
feit such leather, as shall be found insufficiently and not thor-
oughly tanned, unless the party importing the same will give

# Exhibit 72

ACTS passed by the General Assembly of the Province of *New-Jersey*, at *Perth Amboy* in 1722, being the Eighth Year of His Majesty's Reign.

## CHAP. XXXIII.

## An ACT for the Security of His Majesty's Government of New-Jersey.

Preamble.

*Sect.* 1. WHEREAS some Persons in this Province, disaffected to His Majesty's Person and Government, propogate their pernicious Principles, to the great Hurt of His Majesty's faithful and loyal Subjects inhabiting within the same. And by Reason of their Intermeddling in publick Affairs, in Contempt of His Majesty's legal and just Authority, obstruct the publick Administration, and will, if not prevented, prove Dangerous to the Government of this Province.

Two or more Justices, or any Person specially appointed by

BE IT THEREFORE ENACTED by the Governor, Council and General Assembly, and it is hereby

by E N A C T E D by the Authority of the same, That it shall and may be lawful to and for two or more Justices of the Peace, or any other Person or Persons who shall be, by the Governor, Commander in Chief, or President of the Council of this Province, for that Purpose specially appointed by Order in Council, or by Commission under the Seal of this Province, to administer and tender the Oaths and Declaration herein after appointed to be taken and made, to any Person or Persons whatsoever, whom they shall or may suspect to be Dangerous or Disaffected to His Majesty or His Government: And if any Person or Persons to whom the said Oaths and Declaration shall be so tendered, shall neglect or refuse to take and make the same, such Justices or other Person or Persons specially to be appointed, as aforesaid, tendering the said Oaths, shall certify the Refusal thereof to the next Supream Court, held in the Division where such Person or Persons shall reside, of this Province of *New-Jersey*, that shall sit after such Neglect or Refusal shall be made. Which Certificate shall be Recorded among the Rolls of the said Supream Court, to be provided and kept for that Purpose only. And that every Person so neglecting or refusing to take the Oaths and make the Declaration herein after mentioned, shall be from the Time of such Neglect or Refusal, taken, esteemed and adjudged *A Popish Recusant Convict*, and as such to forfeit and be proceeded against.

*the Governor, may tender Oaths, &c. And the Names of Persons refusing, to be Certified, &c.*

A N D to the Intent that no suspected Person may avoid taking the several Oaths and the Declaration in this Act hereafter particularly mentioned, upon any Pretence whatsoever;

2. B E I T  F U R T H E R  E N A C T E D by the Authority aforesaid, That it shall and may be lawful unto and for two or more Justices of the Peace, or any other such Person or Persons who shall be by the Governor or Commander in Chief of this Province, for the Time being, for that Purpose specially appointed, by an Order signed by the said Governor or Commander in Chief in Council, or by Commission under the Seal of this Province, by Writing under their Hands and Seals, to Summon any Person ( except Women and all other Persons under the Age of Eighteen Years) to appear before them at a certain Day and Time therein to be appointed, to take the herein after-mentioned Oaths, and make and Subscribe the herein after-mentioned Declaration, *viz.*

*The Person abovesaid may Summons any Persons before them to take the said Oaths, &c. except, &c.*

A a                    I A. B.

## CHAP. XXXV.

*An ACT to prevent Killing of Deer out of Season, and against Carrying of Guns and Hunting by Persons not Qualified.*

AnyPerson killingDeer in the Time by this Act disallowed, to forfeit 30s. &c.

**Sect. 1.** BE IT ENACTED by the Governor, Council and General Assembly, AND IT IS HEREBY ENACTED by the Authority of the same, That if any Person or Persons, after the Publication hereof, shall kill or destroy any wild Buck, Doe or Fawn, or any other Sort of Deer whatsoever, at any Time in the Months of *January, February, March, April, May* or *June,* every such Person shall, for every such Offence, forfeit and pay the Sum of *Thirty Shilings,* for every such Buck, Doe or Fawn, or other Deer, so killed or destroyed as aforesaid, contrary to the true Intent and Meaning of this Act; one half thereof to the Poor of the Township or Precinct where the Offence is committed, and the other half to him who shall Inform or Sue for the same before any Justice of the Peace of this Province, who is hereby impowered and authorized to hear and determine the same, and to convict the Offender by the Oath or Affirmation of one or more Witness. Provided, That such Conviction be made within two Months after the Offence committed.

Sale of green Skins to amount to a Conviction, &c.

2. AND for the better Convicting of Offenders against this Act, BE IT ENACTED by the Authority aforesaid, That every Person in whose Custody shall be found, or who shall expose to Sale, any green Deer Skins, fresh Venison or Deer's Flesh, at any Time in any of the Months of *January, February, March, April, May* or *June,* aforementioned, and shall be convicted thereof, as aforesaid, shall be deemed Guilty of the said Offence.

Not to extend to hinder killing them in Corn Fields, or by Indians

3. PROVIDED ALWAYS, That nothing contained in this Act, shall be deemed or construed to hinder any Person from killing any kind of Deer, within his Fields where Corn is growing, at any Time in the Month of *January,* nor to extend to any Free Native Indians carrying Guns, hunting, killing or having in their Custody any Skins or Deer's Flesh for their own Use; any Thing in this Act to the contrary notwithstanding.

4. And

Digitized from Best Copy Available

# The Eighth of GEORGE I. 101

4. And whereas divers abuses have been committed, and great Damages and Inconveniencies arisen by Persons carrying of Guns and presuming to hunt on other Peoples Land; for Remedy whereof for the future, BE IT ENACTED by the Authority aforesaid, That if any Person or Persons shall presume, at any Time after the Publication hereof, to carry any Gun, or hunt on the improved or inclosed Lands in any Plantation, other than his own, unless he have Licence or Permission from the Owner of such Lands or Plantation, and shall be thereof convicted, either upon the View of any Justice of the Peace within this Province, or by the Oath or Affirmation of any one or more Witnesses, before any Justice of the Peace, he shall, for every such Offence forfeit the Sum of *Fifteen Shillings*, with Costs attending such Conviction. And if any Person whatsoever, who is not Owner of one Hundred Acres of Land, or otherwise qualified, in the same Manner as Persons are or ought to be for electing Representatives to serve in General Assembly, shall at any Time after the Publication hereof, carry any Gun, or hunt in the Woods or uninclosed Lands, without Licence or Permission obtained from the Owner or Owners of such Lands, and shall be thereof convicted, in Manner aforesaid, such Offender shall forfeit and pay the Sum of *Ten Shillings*, with Costs as aforesaid, for every such Offence. All which Penalties and Forfeitures shall go one Moiety to the Informer, and the other to the Poor of the Township or Precinct where such Offence is committed; but if convicted upon View of a Justice of the Peace, the whole Forfeiture shall be to the Use of the Poor. And if the Offender refuse to pay the same, with Costs, as aforesaid, shall be levyed on by Distress and Sale of the Offender's Goods, by Warrant under the Hand and Seal of the Justice before whom such Offender shall be convicted, returning the over-plus, if any be, the Charge of Distraining being first deducted. And for want of Effects whereon to make such Distress, every Person so Offending, contrary to the true Intent and Meaning of this Act, shall be committed to Prison, when the Forfeiture is *Thirty Shillings*, for the Space of Fifteen Days; and when the Forfeiture is *Fifteen Shillings*, for the Space of Eight Days; and when the Forfeiture is *Ten Shillings*, for the Space of Five Days, without Bail or Mainprize.

5. AND BE IT ENACTED by the Authority aforesaid, That every Justice of the Peace, before whom any Person or Persons is convicted of having committed any of the Offences in and by this Act prohibited, is hereby directed and required to issue his Warrants for the bringing such Offender

C c                                                      before

*Margin notes:*
No Person to carry a Gun on Hunt on Land inclosed or by absent Owners &c.

Nor on Lands Un-used, un-less Freeholders &c.

Forfeitures how to be applyed, and how to be levied &c.

Want of Effects to be committed to Gaol.

before him, and in Cafe of the want of Effects whereon to make Diftrefs, to make out his Mittimus to commit fuch Offender to the Gaol of the County in which fuch Conviction is made; and the Sheriff, Under Sheriff, or Gaol-keeper, is hereby directed and required to keep the faid Offender in clofe Gaol, according to the Direction of this Act, and Tenor of fuch Mittimus to fuch Sheriff, Under Sheriff, or Gaoler directed. And every Juftice of the Peace neglecting or refufing to iffue

<span style="float:left">Sheriff refufing &c. to receive the party, to forfeit 6l. &c.</span> fuch Warrant, or make fuch Mittimus, and every Sheriff, or Under-Sheriff or Gaol-keeper, who fhall not receive fuch Offender, and keep him in clofe Gaol, according to the true Intent and Meaning of this Act, fhall, for every fuch neglect or refufal, or undue difcharge of his Office in the Premifes, forfeit the Sum of *Six Pounds*, to be recovered in any Court of Record within this Province, in which there fhall be no Effoyn or Protection; the one half to fuch Perfon as fhall fue for and profecute the fame to Effect, the other half to the King's Majefty, His Heirs and Succeffors, for and towards the Support of the Government of this Province.

<span style="float:left">Not to extend to Negros, &c. but they to be whipped if convicted, &c</span> 6. AND IT IS ALSO FURTHER ENACTED by the Authority aforefaid, That this Act, nor any Part thereof, fhall be conftrued to extend to Negro, Indian or Mulatto Slaves, fo as to commit them to Prifon, during the Time in this Act limitted, in Cafe they fhould be guilty of any of the Offences in this Act prohibited · but that then, and in fuch Cafe, fuch Indian, Negro or Mulatto Slave, killing and deftroying any Deer as aforefaid, or carrying or hunting with any Gun, without Licence from his Mafter, fhall, at the publick Whipping-Poft, on the bare back, be Whipp'd, not exceeding Twenty Lafhes, for every fuch Offence, for which Whipping the Mafter fhall pay to the Whipper the Sum of *Three Shillings*, and pay no greater or other Coft whatfoever; any Thing in this Act to the contrary hereof in any wife notwithftanding.

ACTS

Digitized from Best Copy Available

## The Eighth of GEORGE I. 103

ACTS paſſed by the General Aſſembly of the Province of *New-Jerſey*, at *Burlington*, in 1723, being the Tenth Year of his Majeſty's Reign.

## CHAP. XXXVI

*An ACT for an Additional Support of this Government, and making Current Forty Thouſand Pounds in Bills of Credit, for that and other Purpoſes therein mentioned.*

&. 1. WHEREAS many Petitions and Applications have been made to his Excellency the Governor of this Province, by the Free-holders, Merchants and Inhabitants of the ſame, ſetting forth, That the Silver and Gold formerly Current in this Province, is almoſt entirely exported to *Great-Britain*, and elſe-where, and thereby the many Hardſhips which His Majeſty's good Subjects within this Colony lie under, for want of a Currency of Money, and that both the Neighbouring Provinces of *New-York* and *Pennſylvania*, to which the Exportation of this Province is chiefly carried, have their Currency of Money in Paper Bills, and do pay for the Produce of this Province in no other Specie; and which Bills of Credit of the Neighbouring Provinces being no legal Tender here, does expoſe the Inhabitants of this Province to numerous vexatious Suits, for want of Bills of Credit in this Province, by Law made and declared a legal Tender, as is done in the Neighbouring Provinces. And his Excellency having the Good and Eaſe of His Majeſty's Subjects of this Province at Heart, has been pleaſed to call their Repreſentatives together in General Aſſembly, to provide Remedies for the Grievance aforeſaid, who being convened here at *Burlington*, and taking into their ſerious Conſideration the miſerable Circumſtances of the Inhabitants of

the

# Exhibit 73

# At a GENERAL ASSEMBLY held at

Burlington from the Twentieth Day of November to the Twenty-first Day of December 1771, in the Twelfth Year of the Reign of King George the Third, the following Laws were passed.

### SESSION THE FOURTH.

### CHAP. DXXXIX.

*An* ACT *to continue and amend an Act, entitled, An Act for better settling and regulating the* Militia *of this Colony of* New-Jersey; *for the repelling Invasions, and suppressing Insurrections and Rebellions.\**

Passed Dec. 21, 1771.

WHEREAS the Act passed in the Nineteenth Year of the Reign of our late Sovereign Lord King *George* the Second, entitled, *An* Act *for better settling and regulating the Militia of this Colony of* New-Jersey; *for the repelling Invasions, and suppressing Insurrections and Rebellions*, will expire at the End of this Session of Assembly; *Preamble.*

Sect. 1. BE IT ENACTED *by the Governor, Council and General Assembly, and it is hereby Enacted by the Authority of the same*, That the said Act, entitled, *An* Act *for better settling and regulating the Militia of this Colony of* New-Jersey; *for the repelling Invasions, and suppressing Insurrections and Rebellions,*\* shall be, and hereby is, continued, and every Article and Clause therein contained shall be and remain in full Force, from the Publication hereof, to the first Day of *May* which will be in the Year of our Lord One Thousand Seven Hundred and Seventy-seven, and from thence to the End of the next Session of the General Assembly of this Colony, and no longer. *Limitation.*

2. AND WHEREAS it has been a Custom of late, in some of the Counties of this Colony, to choose the Militia Officers Constables; for preventing the same for the Future, BE IT ENACTED *by the Authority aforesaid*, That, during the Continuance of this Act, it shall not be lawful for any Court of General Quarter-Sessions of the Peace, or for any of the Inhabitants of this Colony, at their annual Town-meetings, to appoint or choose any commissioned Officer, while in Commission, to be a Constable; any Law, Usage or Custom to the contrary notwithstanding. *Commissioned Officers not to be chosen Constables.*

### CHAP. DXL.

*An* ACT *for the Preservation of* Deer *and other Game, and to prevent trespassing with Guns.*

Passed Dec. 21, 1771.

WHEREAS the Laws heretofore passed in this Colony for the

ing with Guns, Traps and Dogs, have, by Experience, been found in-
sufficient to answer the salutary Purposes thereby intended; Therefore,

No Person to
carry a Gun
on Lands not
his own, ex-
cept, &c.

Sect. 1. BE IT ENACTED *by the Governor, Council and General Af-
sembly of this Colony of* New-Jersey, *and it is hereby Enacted by the Au-
thority of the same,* That if any Person or Persons shall presume, at
any Time after the Publication hereof, to carry any Gun on any
Lands not his own, and for which the Owner pays Taxes, or is in his
lawful Possession, unless he hath Licenfe or Permission in Writing from
the Owner or Owners or legal Possessor, every such Person so offending,
and convicted thereof, either upon the View of any Justice of the Peace
within this Colony, or by the Oath or Affirmation of one or more Wit-
nesses, before any Justice of the Peace of either of the Counties, Cities or
Towns-corporate of this Colony, in which the Offender or Offenders
may be taken or reside, he, she or they, shall, for every such Offence, for-

Penalty.

feit and pay to the Owner of the Soil, or his Tenant in Possession, the
Sum of *Forty Shillings,* with Costs of Suit; which Forfeiture shall
and may be sued for and recovered by the Owner of the Soil, or Te-
nant in Possession, before any Justice of the Peace in this Colony, for
the Use of such Owner or Tenant in Possession.

No Person to
drive Deer or
other Game,
except, &c.

2. AND BE IT ENACTED *by the Authority aforesaid,* That if any
Person shall presume, at any Time after the Publication of this Act,
to hunt or watch for Deer with a Gun, or set in any Dog or Dogs to
drive Deer, or any other Game, on any Lands not his own, and for
which the Owner or Possessor pays Taxes, or is in his lawful Possession,
unless he hath Licenfe or Permission in Writing from such Owner or
Owners or legal Possessor; every such Person so offending, and being
convicted thereof in Manner aforesaid, shall, for every such Offence,
forfeit and pay to the Owner of the Soil, or Tenant in Possession, the

Penalty.

Sum of *Forty Shillings,* with Costs of Suit; provided, that nothing
herein contained shall be construed to extend to prevent any Person
carrying a Gun upon the King's Highway in this Colony.

Penalty on
Non-Refi-
dents.

3. AND BE IT FURTHER ENACTED *by the Authority aforesaid,* That
if the Person or Persons offending against this Act be Non-Residents
of this Colony, he or they shall forfeit and pay for every such Offence
*Five Pounds,* and shall forfeit his or their Gun or Guns to any Person
or Persons who shall inform and prosecute the same to Effect, before
any Justice of the Peace in any County of this Colony, wherein the
Offender or Offenders may be taken or apprehended.

Penalty for
killing, &c.
Deer out of
Season.

4. AND BE IT ENACTED *by the Authority aforesaid,* That if any
Person or Persons shall kill, destroy, hunt or take any Doe, Buck,
Fawn, or any Sort of Deer whatsoever, at any other Time or Season,
except only between the first Day of *September* and the first Day of
*January* yearly and every Year, he, she or they so offending, shall for-
feit and pay the Sum of *Forty Shillings* for each and every Offence;
to be sued for, recovered and applied as hereafter is directed.

What shall
be Evidence

5. AND, for the better and more effectual convicting of Offenders
against this Act, BE IT ENACTED *by the Authority aforesaid,* That any

Case 3:23-cv-00056-JBA   Document 28-6   Filed 05/30/23   Page 18 of 47

fhall expofe to Sale, any green Deerfkins, or frefh Venifon killed at any Time after the firft Day of *January*, and before the firft Day of *September* aforefaid, and fhall be thereof convicted by the Oath or Affirmation of one or more credible Witneffes, fhall be deemed guilty of offending againft this Act, and be fubjected to the Penalties of killing Deer out of Seafon.

6. AND WHEREAS great Numbers of idle and diforderly Perfons make a Practice of hunting on the wafte and unimproved Lands in this Colony, whereby their Families are neglected, and the Publick is prejudiced by the Lofs of their Labour, BE IT THEREFORE ENACTED *by the Authority aforefaid*, That, from and after the firft Day of *January* next, no Perfon or Perfons whatfoever (except fuch Perfons as are by the Laws of this Colony qualified to vote for Reprefentatives in General Affembly, in Right of their Freeholds, and their Sons being of the Age of eighteen Years or upwards, and living with their Parent or Parents, or being Freeholders) fhall, on any Pretence whatever, hunt on the wafte and unimproved Lands in this Colony; and if any Perfon or Perfons, not qualified as aforefaid, fhall prefume to hunt as aforefaid, he or they fo offending fhall forfeit and pay, for every fuch Offence, the Sum of *Twenty Shillings*; to be recovered by Action of Debt, with Cofts, by any Perfon who fhall fue for the fame; to be applied one Half to the Profecutor, and the other Half to the Ufe of the Poor of the Townfhip or Precinct where the Fact was committed.

*Who may hunt on unimproved Lands.*

*Penalty on Offenders.*

7. AND BE IT ENACTED *by the Authority aforefaid*, That if any Perfon or Perfons within this Colony fhall fet any Trap or other Device whatfoever, larger than what is ufually and commonly fet for Foxes and Mufkrats, fuch Perfon, fetting fuch Trap or other Device, fhall pay the Sum of *Five Pounds*, and forfeit the Trap or other Device, fhall fuffer three Months Imprifonment, and fhall alfo be liable to make good all Damages any Perfon fhall fuftain by fetting fuch Trap or other Device, and the Owner of fuch Trap or other Device, or Perfon to whom it was lent, fhall be efteemed the Setter thereof, unlefs it fhall be proved, on Oath or Affirmation, what other Perfon fet the fame, or that fuch Trap or other Device was loft by faid Owner or Perfon to whom it was lent, and abfolutely out of his Power; and if the Setter of the Trap or other Device be a Slave, and it be his own voluntary Act, he fhall (unlefs the Mafter or Miftrefs fhall pay the Fine) in Lieu of fuch Fine, be publickly whipped with thirty Lafhes, and committed till the Cofts are paid; and that the faid Trap or other Device fhall be broken and deftroyed in the View and Prefence of the Juftice of the Peace before whom they are brought: And if any Perfon or Perfons fhall have Poffeffion of, or there fhall be found in his or their Houfe, any Trap or Traps, Device or Devices whatfoever, for taking of Deer, fuch Perfon or Perfons fhall be fubjected to the fame Penalty as if he or they were convicted of fetting fuch Trap or Traps, or other Device.

*Penalty on fetting Traps, &c.*

*Penalty on a Slave fetting fuch Trap, &c.*

*Penalty on keeping fuch Trap, &c.*

8. AND, for encouraging the Deftruction of fuch Traps and Devices, BE IT ENACTED *by the Authority aforefaid*, That if any Perfon fhall feize any Trap or other Device for the taking Deer, and fhall carry fuch Trap or other Device to any Magiftrate of the County

*Reward for feizing a Trap, &c.*

Case 3:23-cv-00056-JBA Document 23-6 Filed 03/30/23 Page 19 of 47

an Order from the said Magistrate to the Collector of such County, to pay him the Sum of *Ten Shillings*, out of any Money in his Hands raised for the Use of the County; which Sums shall be allowed to such Collector on the Settlement of his Accounts.

**Penalty on a Smith making or mending such Trap, &c.**

**Penalty on bringing such Trap, &c. into the Colony.**

9. AND BE IT FURTHER ENACTED *by the Authority aforesaid,* That every Smith or other Artificer, who shall hereafter make or mend any such Trap or other Device aforesaid, he shall forfeit and pay the Sum of *Forty Shillings*; and the Person carrying such Trap or other Device to the Artificer aforesaid, shall forfeit and pay the Sum of *Twenty Shillings*. And every Person who shall bring into this Colony any such Trap or Device as aforesaid shall forfeit and pay the Sum of *Forty Shillings*. And if the Person who shall carry the same to the Smith or Artificer shall be so poor as that he shall not be able to pay the Forfeiture aforesaid, he shall be committed to the common Gaol, until he shall prove who is Owner of such Trap or Device, or who delivered the same to him; and in such Case the Forfeiture aforesaid shall be levied on the Goods, or in Failure of Goods, on the Body of the Owner of such Trap or Device, or the Person who delivered the same to the Pauper, and the Trap or Device shall be forfeited and destroyed.

**Penalty for setting loaded Guns.**

10. AND WHEREAS a most dangerous Method of setting Guns has too much prevailed in this Province, BE IT ENACTED *by the Authority aforesaid,* That if any Person or Persons within this Colony shall presume to set any loaded Gun in such Manner as that the same shall be intended to go off or discharge itself, or be discharged by any String, Rope, or other Contrivance, such Person or Persons shall forfeit and pay the Sum of *Six Pounds*; and on Non-payment thereof shall be committed to the common Gaol of the County for six Months.

**Application of Penalties.**

**Jurisdiction given to one Magistrate.**

11. AND BE IT FURTHER ENACTED *by the Authority aforesaid,* That the Fines and Forfeitures in this Act expressed, and not particularly appropriated, shall be paid, one Half to the Prosecutor, and the other Half to and for the Use of the Poor of the Town, Precinct or District, where the Offence is committed; and that the Execution of this Act, and every Part thereof, shall be within the Cognizance and Jurisdiction of any one Magistrate or Justice of the Peace, without any Reference to the Act for Trial of small Causes in this Colony.

**This Act not to affect Parks.**

12. AND BE IT ENACTED, That nothing in this Law shall be construed to extend to restrain the Owners of Parks, or of tame Deer, from killing, hunting or driving their own Deer.

**Penalty on Magistrate neglecting his Duty.**

13. AND BE IT ALSO ENACTED *by the Authority aforesaid,* That if any Justice of the Peace or other Magistrate, within this Province, shall have Information of any Persons offending against this Act, in killing Deer out of Season, setting and making Traps, Non-Residents killing Deer, and Persons setting of Guns, and shall not prosecute the same to Effect within two Months after such Information, he shall forfeit and pay the Sum or Sums to which the Offender against this Act would have been liable.

14. AND BE IT ENACTED *by the Authority aforesaid*, That the Justices at every Quarter-Sessions of the Peace shall cause this Act to be publickly read; and give in Charge to the Grand-Jury to particularly inquire and present all Persons for killing Deer out of Season, setting or making Traps, and all Non-Residents killing, destroying, hunting and taking any Sort of Deer, and all Persons setting of Guns; and, upon Conviction for either of the said Offences, the said Justices shall set and impose the Fines and Penalties herein before-mentioned, with Costs of Suit.

*This Act to be published and executed.*

15. AND BE IT ENACTED *by the Authority aforesaid*, That if any Person or Persons whatsoever, whether the Accused or Accuser, Plaintiff or Defendant, shall think themselves aggrieved by any of the Judgments given by the said Justices or other Magistrates, for any Suit commenced by Virtue of this Act; then it shall and may be lawful for such Person or Persons to appeal, on giving sufficient Security for the Forfeitures and Costs, to the next Court of General Quarter-Sessions, held for such County where such Judgment shall be given; which Court is hereby empowered to hear and determine all and every such Appeal or Appeals.

*Appeal given to next Sessions.*

16. AND BE IT ENACTED *by the Authority aforesaid*, That if any Person or Persons, within this Colony, shall, after the Publication of this Act, watch with a Gun, on any uninclosed Land within two Hundred Yards of any Road or Path, in the Night Time, whether the said Road is laid out by Law or not, or shall stand or station him or themselves upon or within two Hundred Yards of any Road as aforesaid, for shooting at Deer driven by Dogs, he or they so offending, shall, on Conviction, forfeit and pay the Sum of *Five Pounds* for every such Offence; to be recovered by Action of Debt, or Presentment of the Grand-Jury as aforesaid, and pay all Damages.

*Penalty for watching in the Night near a Road.*

17. PROVIDED ALWAYS, That the sixth Section of this Act shall not be construed to affect any Native *Indian;* and that nothing in this Act shall be construed to prevent the Inhabitants of *Essex, Bergen, Morris* and *Sussex*, from making, having in their Houses, or setting Traps of five Pounds Weight or more for Bears, Wolves, Foxes, or any other wild Beasts, Deer only excepted.

*Not to affect Indians, nor Essex, Bergen, Morris or Sussex.*

18. AND BE IT FURTHER ENACTED *by the Authority aforesaid*, That all former Laws made in this Colony for the Preservation of Deer and other Game, and to prevent trespassing with Guns, and regulating the Size of Traps, shall be, and they are hereby repealed.

*Repeal of Former Laws.*

## C H A P. DXLI.

*An* ACT *declaring the River* Delaware *a common* Highway, *and for improving the* Navigation *in the said River*.

Passed Dec. 21, 1771.

WHEREAS the improving the Navigation in Rivers is of great

*Preamble.*

# LAWS

### OF THE

*Enoch Johnson*

## STATE OF NEW-JERSEY.

---

### �export𝔰ed and 𝔓ubli𝔰hed

#### UNDER THE AUTHORITY OF THE LEGISLATURE.

---



STAFFORD LIBRARY

## TRENTON:

PRINTED, FOR THE STATE, BY JOSEPH JUSTICE.

1821.

Digitized by Google

## LAWS OF NEW-JERSEY.

**25.**

1. BE IT ENACTED *by the Governor, Council and General Assembly of this colony, and it is hereby enacted by the authority of the same,* That all that part of the said town of Shrewsbury, beginning at Cranberry inlet, and running thence up the bay to the mouth of Metetecunk river; thence up the said river to the first bridge, which now is over the said river; thence west until it shall intersect a line to be run, south eighteen degrees east, from the place where Burlington old path crosseth the north branch of Tom's river, called Pine-brook; thence, from the intersection of the said lines, south fifty-six degrees west to the old division line, called Keith's line; thence, along said Keith's line, to the line of the town of Stafford; thence, along the same, to the main sea or ocean; and thence bounded by the sea to the above mentioned beginning; shall be, and is hereby divided off from the said township of Shrewsbury, and made a separate town, to be called by the name of the town of Dover.

*1771.*

Bounds of Dover.

2. *And be it further enacted by the authority aforesaid,* That all that part of the aforesaid township of Shrewsbury, beginning at the mouth of Passaquanaqua brook, where it vents into Manasquan river; and from thence running south to the line of the before mentioned town of Dover; then west along the same line to the line of that part of the said town of Shrewsbury, annexed to the town of Upper-Freehold; thence north eighteen degrees west, to where Burlington old path crosseth the north branch of Tom's river, alias, Pine-brook; thence easterly along the bounds of said Freehold, to where it began; shall be, and is hereby, divided off from the said town of Shrewsbury, and annexed unto the town of Freehold, and for ever hereafter shall be accounted part thereof.

Addition to Freehold.

3. *And be it further enacted by the authority aforesaid,* That all that part of the town of Shrewsbury, beginning where Burlington old path crosseth the before mentioned north branch of Tom's river; thence running south eighteen degrees east, to the line of Dover aforesaid; thence south fifty-six degrees west, along said line of Dover, to the before mentioned line called Keith's line; thence along the said line to the line of Upper-Freehold; thence along the line of Upper-Freehold to where it began; shall be, and is hereby, divided off from the said town of Shrewsbury, and annexed unto the town of Upper-Freehold, and for ever hereafter shall be accounted part thereof.

Addition to Upper-Freehold.

AN ACT for the preservation of deer, and other game, and to prevent trespassing with guns.

ALLIS. 343. PAT. 19.

#### Passed the 21st of December, 1771.

WHEREAS the laws heretofore passed in this colony, for the preservation of deer and other game, and to prevent trespassing with guns, traps and dogs, have, by experience, been found insufficient to answer the salutary purposes thereby intended; therefore—

Preamble

* D

Digitized by Google

0496

1771.

No person to carry a gun on lands not his own, except, &c.

1. BE IT ENACTED *by the Governor, Council, and General Assembly of this colony of New-Jersey, and it is hereby enacted by the authority of the same,* That if any person or persons shall presume, at any time after the publication hereof, to carry any gun on any lands not his own, and for which the owner pays taxes, or is in his lawful possession, unless he hath license or permission in writing from the owner or owners, or legal possessor, every such person so offending, and convicted thereof, either upon the view of any justice of the peace within this colony, or by the oath or affirmation of one or more witnesses, before any justice of the peace of either of the counties, cities, or towns corporate of this colony, in which the offender or offenders may be taken or reside, he, she, or they, shall, for every such offence,

Penalty.

forfeit and pay to the owner of the soil, or his tenant in possession, the sum of forty shillings, with costs of suit; which forfeiture shall and may be sued for and recovered by the owner of the soil, or tenant in possession, before any justice of the peace in this colony, for the use of such owner or tenant in possession.

No person to drive deer or other game except, &c.

2. *And be it enacted by the authority aforesaid,* That if any person shall presume, at any time after the publication of this act, to hunt or watch for deer with a gun, or set in any dog or dogs to drive deer, or any other game, on any lands not his own, and for which the owner or possessor pays taxes, or is in his lawful possession, unless he hath license or permission in writing from such owner or owners or legal possessor; every such person so offending, and being convicted thereof in manner afore-

Penalty.

said, shall, for every such offence, forfeit and pay to the owner of the soil, or tenant in possession, the sum of forty shillings, with costs of suit; provided, that nothing herein contained shall be construed to extend to prevent any person carrying a gun upon the highway in this colony.

Penalty on non-residents.

3. *And be it further enacted by the authority aforesaid,* That if the person or persons offending against this act be non-residents of this colony, he or they shall forfeit and pay for every such offence, five pounds, and shall forfeit his or their gun or guns to any person or persons, who shall inform and prosecute the same to effect, before any justice of the peace in any county of this colony, wherein the offender or offenders may be taken or apprehended.

4. Repealed, and supplied by act, February 21, 1820.

What shall be evidence of such killing, &c.

5. *And,* for the better and more effectual convicting of offenders against this act, *Be it enacted by the authority aforesaid,* That any and every person or persons in whose custody shall be found, or who shall expose to sale, any green deer-skins, or fresh venison, killed at any time after the first day of January, and before the first day of September aforesaid, and shall be thereof convicted by the oath or affirmation of one or more credible witnesses, shall be deemed guilty of offending against this act, and be subjected to the penalties of killing deer out of season.

6. Repealed by act, February 21, 1820.

Digitized by Google

0497

# Exhibit 74

# ACTS

## PASSED BY THE GENERAL ASSEMBLY

### OF THE

# STATE OF LOUISIANA,

### AT THE

## EXTRA SESSION,

### HELD AND BEGUN IN THE CITY OF NEW ORLEANS,

#### ON THE 23d OF NOVEMBER, 1865.

#### PUBLISHED BY AUTHORITY.

NEW ORLEANS:
J. O. NIXON, STATE PRINTER,
1866.

0499

# ACTES

## PASSÉS PAR L'ASSEMBLÉE GÉNÉRALE

DE

# L'ETAT DE LA LOUISIANE,

A LA

# SESSION EXTRA,

TENUE ET COMMENCÉE DANS LA VILLE DE LA Nlle-ORLÉANS,

LE 23me JOUR DE NOVEMBRE 1865.

PUBLIÉS PAR AUTORITÉ.

NOUVELLE-ORLÉANS:

J. O. NIXON, IMPRIMEUR D'ÉTAT.

1866.

0500

# ACTS

## OF THE

# STATE OF LOUISIANA.

No. 1.]　　　　　　　　AN ACT

To provide for the payment of the Members, Officers and contingent expenses of the General Assembly of the State of Louisiana.

SECTION 1.　Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That the sum of one hundred thousand dollars, or so much thereof as may be necessary, be and the same is hereby appropriated, out of the funds in the Treasury not otherwise appropriated, for the purpose of paying the members of the Senate and of the House of Representatives, the per diem and mileage to which they are respectively entitled, to pay the officers and the contingent expenses of both Houses of the General Assembly, the same to be paid by the Treasurer on the warrant of the Auditor of Public Accounts, according to law.

SEC. 2.　Be it further enacted &c., That this Act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 6, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
S. WROTNOWSKI,
Secretary of State.

---

No. 2.]　　　　　　JOINT RESOLUTIONS

Relative to Federal Relations.

WHEREAS, It is eminently proper and due both to our constituents and the Government, that this Representative body, fresh from the people of the whole State, the first that has assembled in Louisiana since the surrender, should give a public and unmistakable expression of sentiment in regard to "the situation;" therefore,

1.　Be it resolved by the Senate and House of Representatives of

# ACTES

## DE

# L'ETAT DE LA LOUISIANE.

No. 1.]                    ACTE

Assignant un fonds pour les traitements des membres et officiers de l'Assemblée Générale, et pour l'acquittement de ses dépenses contingentes.

SECTION 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent : La somme de cent mille piastres, ou tout partie d'icelle qui sera nécessaire, est et demeure affectée par ces présentes, sur tous fonds dans le Trésor dont il n'a pas été autrement disposé, au paiement du *per diem* et du millage des membres, des traitements des officiers et des dépenses casuelles de l'Assemblée Générale. Le montant ainsi assigné sera payé par le Trésorier, sur présentation du mandat de l'Auditeur des comptes publics, conformément à la loi.

SEC. 2. Décrètent de plus, Cet acte sortira son effet à compter de son adoption.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 6 décembre 1865.
J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.
Pour copie conforme:
S. WROTNOWSKI,
Secrétaire d'Etat.

———

No. 2.]          RESOLUTION CONJOINTE

Relative aux Relations Fédérales.

Attendu qu'il convient et qu'il est dû à nos constituants et au Gouvernement que cette Législature, récemment sortie du sein du peuple de l'Etat tout entier, la première qui, depuis la Reddition, se soit réunie en Louisiane, exprime d'une manière publique et non équivoque ses sentiments à l'égard de la *situation actuelle*, en conséquence:

1. Le Sénat et la Chambre des Représentants de la Louisiane,

6

the State of Louisiana, in General Assembly convened, That there is no spirit of resistance to Federal authority among the people of Louisiana; that they frankly avowed their purposes and objects in the late struggle for separate government, and having failed in that, they now, with equal frankness, accept, as the inevitable result, the present situation, including the abolition of slavery, the re-establishment of which they do not expect.

2. Be it further resolved, &c., That in the expression that "the Southern people must be trusted," President Johnson exhibited a thorough acquaintance with Southern character, and eminent wisdom and statesmanship, and that it is our firm resolve to justify this confidence and to sustain the President in his efforts to restore these States to representation in Congress and a position of political equality in the Union.

3. Be it further resolved &c., That the people of Louisiana are unreserved in their purpose of loyalty, and, if permitted, that to the Constitution of the United States and the Union of the States thereunder do they now look for their future political happiness and prosperity.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.
Approved December 6, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
S. WROTNOWSKI,
Secretary of State.

No. 3.]          JOINT RESOLUTION.

Be it resolved by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That His Excellency, Governor J. Madison Wells, be respectfully requested to institute immediate proceedings to recover the Statue of the Father of our Country, GEORGE WASHINGTON, which Statue was carried away by the Federal authorities at the capture of Baton Rouge.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.
Approved December 6, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy.
S. WROTNOWSKI,
Secretary of State.

0503

7

réunis en Assemblée Générale, ont résolu: Le peuple de la Louisiane n'a aucun esprit de résistance à l'autorité fédérale; il a franchement avoué ses desseins et son but lors de la dernière lutte pour ériger un gouvernement séparé, et maintenant que le succès lui a fait défaut, il accepte, avec une égale franchise, comme résultat inévitable, la situation actuelle emportant l'abolition de l'esclavage dont il n'attend plus le rétablissement.

2. Ont résolu de plus, Dans cette parole: "il faut se fier au peuple du Sud," le président Johnson a montré une connaissance parfaite du caractère méridional, une profonde sagesse et une capacité d'homme d'Etat éminente. C'est notre ferme résolution de justifier la confiance du Président et de le seconder dans ses efforts pour rétablir la représentation des Etats du Sud au Congrès et leur rendre une position d'égalité politique dans l'Union.

3. Ont de plus résolu, Le peuple de la Louisiane est loyal, sans réserve aucune, et si ce lui est permis, il n'attend que de la Constitution des Etats-Unis et de l'Union des Etats, sous son égide, son bonheur et sa prospérité à venir.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 6 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.
Pour copie conforme:
S. WROTNOWSKI,
Secrétaire d'Etat.

———

No. 3.]       RESOLUTION CONJOINTE

Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, ont résolu: Son Excellence le Gouverneur J. Madison Wells est respectueusement invité à faire immédiatement toutes les démarches nécessaires pour recouvrer la statue de George Washington, le Père de notre patrie, statue que les autorités fédérales ont enlevée après la prise de la ville de Bâton-Rouge.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 6 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.
Pour copie conforme:
S. WROTNOWSKI,
Secrétaire d'Etat.

No. 4.]   JOINT RESOLUTIONS.

Be it resolved by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That we do solemnly protest, in the name of the people of Louisiana, and in the interest of republican government, against the reception by the United States Senate of Messrs. Michael Hahn and R. King Cutler, or either of them, as Senators from this State, upon the ground that they were chosen in flagrant violation of American principles and precedents by a Legislature representing but a small minority of the people, and in which only a fraction of the State of Louisiana had any representation.

Be it further resolved, &c., That this protest be forwarded to the Representatives recently elected by the people to represent this State in Congress, with instructions to lay the same before the Senate of the United States.

Be it further resolved &c., That his Excellency, Governor J. Madison Wells, be requested to forward this protest by telegraph to our said Representatives, in order that the same may be laid before the United States Senate without delay.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.
Approved December 6, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State

---

No. 5.]   JOINT RESOLUTION

To ratify and confirm certain contracts made by the Governor at the instance of the Board of Levee Commissioners.

Be it resolved by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That the General Assembly of the State of Louisiana ratify and confirm the contracts that have been made by the Governor, at the instance of the Board of Levee Commissioners, for the re-building of Levees on the Mississippi river, in the State of Louisiana.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.
Approved December 14, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

0505

9

No. 4.]                RESOLUTION CONJOINTE

Le Sénat et la Chambre des Représentants de l'Etat de la Loui-
siane, réunis en Assemblée Générale, ont résolu: Au nom du peu-
ple de la Louisiane et de la cause du Gouvernement républicain,
nous protestons solennellement contre l'admission par le Sénat des
Etats-Unis, de MM. Michael Hahn et R. King Cutler, ou de l'un
d'eux, en qualité de Sénateurs de cet Etat, par la raison qu'ils ont
été choisis, en violation flagrante des principes et des traditions
américaines, par une Législature composée de Représentants d'une
minorité infime du peuple qui, elle-même, ne représentait qu'une
fraction de l'Etat de la Louisiane.

Ont résolu de plus, La présente protestation sera envoyée aux
Représentants au Congrès, que le peuple de cet Etat vient d'élire,
avec requête de la porter à la connaissance du Sénat des Etats-Unis.

Ont résolu de plus, Son Excellence le Gouverneur J. Madison
Wells est invité à faire parvenir la présente protestation, par la voie
du télégraphe, à nos Représentants, afin que ces derniers la portent
immédiatement à la connaissance du Sénat des Etats-Unis.

> DUNCAN S. CAGE,
> Orateur de la Chambre des Représentants.
> ALBERT VOORHIES,
> Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 6 décembre 1865.

> J. MADISON WELLS,
> Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
> J. H. HARDY,
> Secrétaire d'Etat.

---

No. 5.]                RESOLUTION CONJOINTE

A l'effet de ratifier et confirmer certains contrats fait par le Gouverneur à la demande du Bureau
des Commissaires des Levées.

Le Sénat et la Chambre des Représentants de l'Etat de la Loui-
siane, réunis en Assemblée Générale, ont résolu: L'Assemblée Géné-
rale de l'Etat de la Louisiane déclare par les présentes ratifier et
confirmer les contrats que le Gouverneur, à la demande des com-
missaires des levées, a faits dans le but de reconstruire les levées
sur le Mississipi, dans l'Etat de la Louisiane.

> DUNCAN S. CAGE,
> Orateur de la Chambre des Représentants.
> ALBERT VOORHIES,
> Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 14 Décembre 1865.

> J. MADISON WELLS,
> Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
> J. H. HARDY,
> Secrétaire d'Etat.

2

No. 6.]   JOINT RESOLUTIONS.

An act to authorize the Recorders of the different parishes in the State of Louisiana to appoint Deputies, and to define their powers.

SECTION 1.   Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That the Recorders of the different parishes in the State of Louisiana shall have the right to appoint one Deputy, for whose acts the said Recorders and their sureties shall be responsible.

*Recorders authorized to appoint one deputy.*

SEC. 2.   Be it further enacted, &c., That the said Deputies shall take the oath which the law prescribes in such cases, before entering upon the duties of their office.

*Oath of Office.*

SEC. 3.   Be it further enacted, &c., That the said Deputies be, and they are hereby empowered to transact all the business which the Recorders may have to attend to in their capacity of Recorders and ex-officio Notaries Public.

*Powers of said deputies.*

SEC. 4.   Be it further enacted, &c., That the Recorders, when making their appointments of Deputies, shall obtain in writing the consent of their sureties on their bonds to said appointments, extending their liabilities to the acts of their Deputies, which said written consent shall be deposited with the Clerks of the District Courts of their respective parishes, and certified copies thereof forwarded to the Auditor of Public Accounts.

*Duty of Recorders.*

SEC. 5.   Be it further enacted, &c., That this act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.
Approved December 15, 1865.
J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

No. 7.]   JOINT RESOLUTION

Relative to the election of the Honorable Randell Hunt and the Honorable Henry Boyce as Senators from the State of Louisiana to the Senate of the United States.

Be it resolved by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That copies of the proceedings of the Senate and House of Representatives of the State of Louisiana, in joint session convened, declaring the Honorable Randell Hunt and the Honorable Henry Boyce duly elected United States Senators for the State of Louisiana—the Honorable Randell Hunt for the term of six years, beginning on the 4th day of March, 1865, and the Honorable Henry Boyce for the term of six years, beginning on the 4th day of March, 1861—signed by the President of the Senate and the Speaker of the House of Representatives, to

11

No. 6.]                                ACTE

Autorisant les Recorders des différentes paroisses de l'Etat de la Louisiane, à nommer des députés et définissant leurs pouvoirs.

SECTION 1. Le Sénat et la Chambre des Représentants de l'Etat de <span>Recorders autorisés à nommer un dé-puté.</span> la Louisiane, réunis en Assemblée Générale, décrètent: Les recorders des différentes paroisses de l'Etat de la Louisiane auront le droit de nommer un ou plusieurs députés. Les recorders et leurs cautions seront responsables des actes de ces députés.

SEC. 2. Décrètent de plus, Ces députés prêteront, avant d'entrer <span>Serment d'office</span> en fonctions, le serment que la loi prescrit en pareils cas.

SEC. 3. Décrètent de plus, Ces députés sont et demeurent par les <span>Pouvoirs des dé-putés.</span> présentes autorisés à faire tous actes que le recorder peut être appelé à faire en sa capacité de recorder et de notaire d'office.

SEC. 4. Décrètent de plus,  Lorsque les recorders feront les no- <span>Devoirs des Recorders.</span> minations des députés, ils devront obtenir le consentement écrit de leurs cautions à ces nominations, et celles-ci s'engageront en même temps à couvrir de leur responsabilité les actes de ces députés; le dit consentement écrit sera déposé dans le bureau des greffiers des cours de district des paroisses respectives des recorders, et copies certifiées conformes seront transmises à l'Auditeur des comptes publics.

Décrètent de plus,  Cet acte sortira son effet à dater de son adoption.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 15 Décembre 1865.
J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.
Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

No. 7.]                       RESOLUTION CONJOINTE

Relative à l'élection de l'Hon. Randall Hunt et le l'Hon. Henry Boyce, Sénateurs de l'Etat de la Louisiane au Congrès des Etats-Unis.

Le Sénat et la Chambre des Représentants de l'Etat de  la  Louisiane, réunis en Assemblée Générale, décrètent: Des exemplaires des travaux du Sénat et de la Chambre des Représentants de l'Etat de la Louisiane, réunis en session conjointe, déclarant l'Hon. Randall Hunt et l'Hon. Henry Boyce, dûment élus Sénateurs des Etats-Unis pour l'Etat de la Louisiane, le premier pour le terme de  six  ans, à compter du 4 Mars 1865, et le second pour celui de six ans, à compter du 4 Mars 1861, seront remis aux susdits Sénateurs, re-

be delivered to the Honorable Randell Hunt and the Honorable Henry Boyce, and that his Excellency, Governor J. Madison Wells, be respectfully authorized and requested to furnish the Senators elect with their credentials.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 15, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:

J. B. HARDY,
Secretary of State.

---

No. 8.]                    JOINT RESOLUTION

To request our Representatives in Congress to obtain the restitution of the bonds and securities taken from the State Treasurer.

$4,039,500 to be recovered.

Be it resolved by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That our Representatives in Congress, or either of them, be and they are hereby instructed to use their efforts to obtain the restitution of four millions thirty-nine thousand five hundred ($4,039,500) dollars of State and city bonds, coupons and such other securities as were handed over by B. L. Defreese, the Treasurer of the State, at Shreveport, to Major General F. G. Herron, United States Army, on the surrender of said town of Shreveport.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 15, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:

J. H. HARDY,
Secretary of State.

---

No. 9.]                        AN ACT

Appropriating the sum of seven thousand and fifty dollars and ten cents to defray the expenses of fitting up the Mechanics' Institute for the use of the Legislature.

$7,050 10 appropriated.

SECTION 1. Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That the sum of seven thousand and fifty dollars and ten cents be and the same is hereby appropriated out of any monies in the Treasury not otherwise appropriated, the same being for amount of expenditures

0509

13

vêtus de la signature du Président du Sénat et de celle de l'Orateur de la Chambre des Représentants; Son Excellence le Gouverneur J. Madison Wells, est respectueusement autorisé et invité à remettre aux Sénateurs élus leurs lettres de créance.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 15 Décembre 1865.
J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.
Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

---

No. 8.]              RESOLUTION CONJOINTE

Pour inviter nos Représentants au Congrès à demander la restitution des bons et cautionnements
retirés du Trésor de l'Etat.

Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, ont résolu: Nous invitons par les présentes nos membres au Congrès, ' chacun d'eux, à faire tous leurs efforts pour obtenir la restitution d'une somme de quatre millions trente-neuf mille cinq cents ($4,039,500) piastres, en bons d'Etat et de ville, en coupons et autres garanties que le Trésorier de l'Etat, B. L. Defreese, a remise au Major-Général F. G. Herron, de l'armée des Etats-Unis, après la reddition de la ville de Shreveport.

*Recouvrement de $4,039,500.*

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 15 Décembre 1865.
J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.
Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

---

No. 9.]                   ACTE

Assignant la somme de sept mille cinquante piastres et dix cents au paiement des dépenses faites
pour préparer l'Institut des Artisans pour l'usage de la Législature.

SECTION 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: La somme de sept mille cinquante piastres et dix cents est par les présentes allouée, de tous fonds au trésor non autrement affectés, au paiement des dépenses faites par Son Excellence le Gouverneur J. Madison Wells, afin de

*Allocation de $7,050 10 cts.*

$510

incurred by his Excellency, J. Madison Wells, Governor of the State of Louisiana, in fitting up the Mechanics' Institute for the use of the General Assembly, the said amount to be paid on the warrant of the Auditor of Public Accounts, to the following persons, and as follows:

| | |
|---|---:|
| C. W. Grandjean, two thousand three hundred and twenty-seven dollars and eighteen cents | $2,327 18 |
| Allen Hill, two thousand and seventy-six dollars and fifty cents | 2,076 50 |
| A. Brosseau & Co., one thousand six hundred and thirty-nine dollars and ninety-two cents | 1,639 92 |
| Selby & Donlan, two hundred and eighty-four dollars and thirty-five cents | 284 35 |
| J. P. Coulon, three hundred and seventy-one dollars and sixty-five cents | 371 65 |
| P. Ward, one hundred dollars | 100 00 |
| John Gauche, twenty dollars and fifty cents | 20 50 |
| Sampson & Kean, thirty dollars | 30 00 |
| G. W. R. Bailey, two hundred dollars | 200 00 |
| Total | $7,050 10 |

Sec. 2. Be it enacted, &c., That this act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.
Approved December 18, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

----

No. 10.]                    AN ACT

To prohibit the carrying of fire-arms on premises or plantations of any citizen, without the consent of the owner.

Section 1. Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That it shall not be lawful for any person or persons to carry fire-arms on the premises or plantations of any citizen, without the consent of the owner or proprietor, other than in lawful discharge of a civil or military order; and any person or persons so offending shall be fined a sum not less than one dollar nor more than ten dollars, or imprisoned not less than one day nor more than ten days in the parish jail, or both, at the discretion of any court of competent jurisdiction.

*Penalty.*

Case 3:23-cv-00056-JBA   Document 23-6   Filed 03/30/23   Page 37 of 47

15

préparer, pour l'usage de l'Assemblée Générale, les salles de l'Institut des Artisans.   Le susdit montant sera payé sur le mandat de l'Auditeur des Comptes Publics, aux personnes ci-après désignées, ainsi que suit:

| | |
|---|---|
| C. W. Grandjean, deux mille trois cent vingt-sept piastres et dix-huit cents | $2,327 18 |
| Allen Hill, deux mille soixante-seize piastres et cinquante cents | 2,076 50 |
| A. Brousseau & Cie., mille six cent trente-neuf piastres et quatre-vingt-douze cents | 1,639 92 |
| Selby & Donlaw, deux cent quatrevingt-quatre piastres et trente-cinq cents | 284 35 |
| J. P. Coulon, trois cent soixante-onze piastres et soixante-cinq cents | 371 65 |
| P. Ward, cent piastres | 100 00 |
| John Gauche, vingt piastres et cinquante cents | 20 50 |
| Sampson & Keen, trente piastres | 30 00 |
| G. W. R. Bailey, deux cents piastres | 200 00 |
| Total | $7,050 10 |

Sec. 2. Décrètent de plus: Cet acte sortira son effet à compter de son adoption.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 18 décembre 1865.
J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.
Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

---

No. 10.]                    ACTE

Défendant le port d'armes à feu dans le domaine ou l'habitation de tout citoyen sans le consentement du propriétaire.

Section 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: La loi défend à toute personne de porter des armes à feu dans le domaine ou l'habitation de tout citoyen, sans le consentement du propriétaire, excepté dans l'accomplissement légitime d'un ordre civil ou militaire; toute contravention à cette loi sera punie d'une amende d'au moins une piastre et de dix au plus, ou d'un emprisonnement d'un jour au moins, et qui n'en excèdera pas dix, dans la prison de paroisse; les deux peines pourront être infligées à la fois, à la discrétion de toute cour de juridiction compétente.

Peine contre le port illégal d'armes à feu.

0512

16

Repealing clause.

SEC. 2.   Be it further enacted, &c., That all laws, or parts of laws, to the contrary notwithstanding, be and the same are hereby repealed.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.
Approved December 20, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 11.]                         AN ACT

To Prevent Trespassing.

SECTION 1.   Be it enacted by the Senate and House of Representa-tives of the State of Louisiana, in General Assembly convened, That

Persons offend-ing against this Act, before whom tried.

whosoever shall enter upon any plantation without the permission of the owner or agent, shall be deemed guilty of a misdemeanor, and shall be liable to be arrested and brought before any court of com-petent jurisdiction, and upon proof of the fact shall be fined in a

Fine.

sum not exceeding one hundred dollars, or imprisoned for a term not exceeding one month, and may, moreover, be required to give bond for good behavior during six months.

Repealing clause.

SEC. 2.   Be it further enacted, &c., That all laws, or parts of laws, contrary to the provisions of this act, be and the same are hereby repealed.

SEC. 3.   Be it further enacted, &c., That this act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.
Approved December 20, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 12.]                         AN ACT

To amend and re-enact the one hundred and twenty-first section of an act entitled "An Act rela-tive to crimes and offences," approved March 14, 1855.

SECTION 1.   Be it enacted by the Senate and House of Representa-tives of the State of Louisiana in General Assembly convened, That

0513

# Exhibit 75

# ACTS

OF THE

# GENERAL ASSEMBLY

OF THE

# COMMONWEALTH OF KENTUCKY,

PASSED AT THE

SESSION OF THE GENERAL ASSEMBLY WHICH WAS BEGUN AND HELD
IN THE CITY OF FRANKFORT, ON MONDAY, THE
FOURTH DAY OF DECEMBER, 1865.

## PUBLISHED BY AUTHORITY.

FRANKFORT, KY.:
PRINTED AT THE STATE PRINTING OFFICE.
GEORGE D. PRENTICE, STATE PRINTER.
1866.

0515

52                    LAWS OF KENTUCKY.

CHAPTER 656.

AN ACT to prevent shooting on the Sabbath in this Commonwealth.

*Be it enacted by the General Assembly of the Commonwealth of Kentucky:*

§ 1. That no person shall, within this Commonwealth, on the Sabbath day, enter or go upon the land of another person to catch, shoot, or kill any birds, fowl, or animal of any kind; and any such person having in his possession a gun at the time, or after he enters upon the premises of another as aforesaid, shall, upon proof, be guilty of a violation of this act, and, upon conviction thereof, by proceedings before any justice of the peace, in any county of the State, in the name of the Commonwealth, be fined a sum not less than $20 and not more than $50 and costs, to half of which fines the informer shall be entitled, and the other half shall go to the Commonwealth.

§ 2. This act to take effect from its passage.

Approved February 16, 1866.

*Marginal notes:* Unlawful to hunt on the lands of another on the Sabbath. Misdemeanor to have gun in possession on an'ther's premises on Sabbath. How proceeded against. Penalty.

———

CHAPTER 671.

AN ACT to regulate the public printing and binding.

*Be it enacted by the General Assembly of the Commonwealth of Kentucky:*

§ 1. That the Acts and Journals of the present meeting of the General Assembly shall be printed and bound and distributed as soon after the next adjournment of the General Assembly for recess as can be conveniently done.

§ 2. This act shall take effect from its passage.

Approved February 16, 1866.

*Marginal note:* Acts and Journals to be printed immediately.

———

CHAPTER 672.

AN ACT in relation to contracts with negroes and mulattoes.

*Be it enacted by the General Assembly of the Commonwealth of Kentucky:*

§ 1. That it shall be lawful, in contracts for labor or service between white persons and negroes or mulattoes, for the parties to stipulate that the same are to be held as entire; and if either party shall, without good cause, abandon the contract, the other party shall be held to have completed the same.

§ 2. That all contracts entered into under this act shall be in writing, and attested by some white person.

§ 3. This act to take effect from its passage.

Approved February 16, 1866.

*Marginal notes:* In contracts for labor with negroes, parties may stipulate that they shall be entire. Either party abandoning contract without cause, other held to have performed it. Contracts to be in writing. Attested by white person.

# Exhibit 76

# PUBLIC LAWS

OF THE

# STATE OF NORTH CAROLINA,

PASSED BY THE

# GENERAL ASSEMBLY

AT ITS

## SESSION 1868-'69,

TO WHICH ARE PREFIXED

THE CONSTITUTION OF THE STATE AND A REGISTER OF STATE OFFICERS,

MEMBERS OF THE GENERAL ASSEMBLY AND JUDICIARY.

————————

WITH

## THE AUDITOR'S STATEMENT OF THE PUBLIC REVENUE

AND EXPENDITURE.

————————

*PRINTED FOR THE SECRETARY OF STATE.*

————————

RALEIGH:

M. S. LITTLEFIELD, STATE PRINTER & BINDER.

1869.

Rec. Jan. 17, 1900.

0519

authority hereby granted shall cease with the year eighteen hundred and sixty-nine.

Sec. 3. *Be it further enacted*, That this act shall be in force from and after its ratification.

Ratified the 26th day of January, A. D. 1869.

---

## CHAPTER XVII.

### AN ACT TO TRANSFER CASES FROM THE DOCKET OF THE LATE CRIMINAL COURT IN CRAVEN COUNTY TO THE SUPERIOR COURT OF THE SAME.

Section 1. *The General Assembly of North Carolina do enact*, That the Clerk of the Criminal Court in Craven County, abolished by act of General Assembly, ratified the eleventh day of August, Anno Domini, eighteen hundred and sixty-eight, be, and he is hereby authorized and directed to transfer the cases on the docket of the same at the time it was abolished to the Superior Court of Craven County, on or before the third Monday in January, Anno Domini, eighteen hundred and sixty-nine.

*Clerk Criminal Court directed to transfer cases to Superior Court.*

Sec. 2. This act shall take effect from and after its ratification.

Ratified the 26th day of January, A. D. 1869.

---

## CHAPTER XVIII.

### AN ACT TO PROHIBIT HUNTING ON THE SABBATH.

Section 1. *The General Assembly of North Carolina do enact*, That if any person or persons whomsoever shall be known to hunt in this State on the Sabbath with a

*Hunting on the Sabbath prohibited.*

dog or dogs, or shall be found off of their premises on the Sabbath, having with him or them a shot-gun, rifle or pistol, he or they shall be subject to indictment; and, upon conviction, shall pay a fine not to exceed fifty dollars at the discretion of the Court, two-thirds of such fine to enure to the benefit of the free public schools in the County of which such convict is a resident, the remainder to the informant.

Penalty upon fail-
ure to pay fine.

Sec. 2. That upon failure of such convict to pay the required fine, he shall be imprisoned at hard labor for not more than three months as the Court, in its judgment, shall

Proviso.

direct: *Provided*, That this act shall not apply to any person who may violate its provision in defence of his own property.

Sec. 3 This act shall take effect from and after March first, eighteen hundred and sixty-nine.

Ratified the 27th day of January, A. D. 1869.

---

## CHAPTER XIX.

AN ACT TO AUTHORIZE AND EMPOWER R. W. HARDIE, LATE SHERIFF OF CUMBERLAND COUNTY, TO COLLECT ARREARS OF TAXES FOR THE YEARS EIGHTEEN HUNDRED AND SIXTY-SIX AND EIGHTEEN HUNDRED AND SIXTY-SEVEN.

Sheriff of Cumber-
land empowered to
collect taxes.

Section 1. *The General Assembly of North Carolina do enact*, That R. W. Hardie, late Sheriff of Cumberland County, be and he is hereby authorized and empowered to collect all arrears of taxes due him for the years eighteen hundred and sixty-six and eighteen hundred and sixty-seven, which collection shall be made under the same rules, regulations and restrictions as other collection of taxes by virtue of the laws of the State.

When power to
cease.

Sec. 2. *Be it further enacted*, That the power and