# Exhibit 77

The Avalon Project : Constitution of Delaware; 1776

Yale Law School
LILLIAN GOLDMAN LAW LIBRARY
in memory of Sol Goldman

THE AVALON PROJECT *Documents in Law, History and Diplomacy*

Search Avalon [Sub Sea]

| Avalon Home | Document Collections | Ancient 4000bce - 399 | Medieval 400 - 1399 | 15th Century 1400 - 1499 | 16th Century 1500 - 1599 | 17th Century 1600 - 1699 | 18th Century 1700 - 1799 | 19th Century 1800 - 1899 | 20th Century 1900 - 1999 | 21st Century 2000 - |

## Constitution of Delaware; 1776 (1)

| Art 1 | Art 2 | Art 3 | Art 4 | Art 5 | Art 6 | Art 7 | Art 8 | Art 9 | Art 10 |
| Art 11 | Art 12 | Art 13 | Art 14 | Art 15 | Art 16 | Art 17 | Art 18 | Art 19 | Art 20 |
| Art 21 | Art 22 | Art 23 | Art 24 | Art 25 | Art 26 | Art 27 | Art 28 | Art 29 | Art 30 |

The Constitution, or System of Government, agreed to and resolved upon by the Representatives in full Convention of the Delaware State, formerly styled "The Government of the Counties of New Castle, Kent, and Sussex, upon Delaware," the said Representatives being chosen by the Freemen of the said State for that express Purpose.

**ARTICLE 1.** The government of the counties of New- Castle, Kent and Sussex, upon Delaware, shall hereafter in all public and other writings be called The Delaware State.

**ART. 2.** The Legislature shall be formed of two distinct branches; they shall meet once or oftener in every year, and shall be called, " The General Assembly of Delaware."

**ART. 3.** One of the branches of- the Legislature shall be called, " The House of Assembly," and shall consist of seven Representatives to be chosen for each county annually of such persons as are freeholders of the same.

**ART. 4.**4 The other branch shall be called " The council," and consist of nine members; three to be chosen for each county at the time of the first election of the assembly, who shall be freeholders of the county for which they are chosen, and be upwards of twenty-five years of age. At the end of one year after the general election, the councillor who had the smallest number of votes in each county shall be displaced, and the vacancies thereby occasioned supplied by the freemen of each county choosing the same or another person at a new election in manner aforesaid. At the end of two years after the first general election, the councillor who stood second in number of votes in each county shall be displaced, and the vacancies thereby occasioned supplied by a new election in manner aforesaid. And at the end of three years from the first general election, the councillor who had the greatest number of votes in each county shall be displaced, and the vacancies thereby occasioned supplied by a new election in manner aforesaid. And this rotation of a councillor being displaced at the end of three years in each county, and his office supplied by a new choice, shall be continued afterwards in due order annually forever, whereby, after the first general election, a councillor will remain in trust for three years from the time of his being elected, and a councillor will be displaced, and the same or another chosen in each county at every election.

**ART. 5.** The right of suffrage in the election of members for both houses shall remain as exercised by law at present; and each house shall choose its own speaker, appoint its own officers, judge of the qualifications and elections of its own members, settle its own rules of proceedings, and direct writs of election for supplying intermediate vacancies. They may also severally expel any of their own members for misbehavior, but not a second time in the same sessions for the same offence, if reelected; and they shall have all other powers necessary for the legislature of a free and independent State.

**ART. 6.** All money-bills for the support of government shall originate in the house of assembly, and may be altered, amended, or rejected by the legislative council. All other bills and ordinances may take rise in the house of assembly or legislative council, and may be altered, amended, or rejected by either.

**ART. 7.** A president or chief magistrate shall be chosen by joint ballot of both houses' to be taken in the house of assembly, and the box examined by the speakers of each house in the presence of the other members, and in case the numbers for the two highest in votes should be equal, then the speaker of the council shall have an additional casting voice, and the appointment of the person who has the majority of votes shall be entered at large on the minutes and journals of each house, and a copy thereof on parchment, certified and signed by the speakers respectively, and sealed with the great seal of the State, which they are hereby authorized to affix, shall be delivered to the person so chosen president, who shall continue in that office three years, and until the sitting of the next general assembly and no longer, nor be eligible until the expiration of three years after he shall have been out of that office. An adequate but moderate salary shall be settled on him during his continuance in office. He may draw for such sums of money as shall be appropriated by the general assembly, and be accountable to them for the same; he may, by and with the advice of the privy council, lay embargoes or prohibit the exportation of any commodity for any time not exceeding thirty days in the recess of the general assembly; he shall have the power of granting pardons or reprieves, except where the prosecution shall be carried on by the house of assembly, or the law shall otherwise direct, in which cases no pardon or reprieve shall be granted, but by a resolve of the house of assembly, and may exercise all the other executive powers of government' limited and restrained as by this constitution is mentioned, and according to the laws of the State. And on his death, inability, or absence from the State, the speaker of the legislative council for the time being shall be vice-president, and in case of his death, inability, or absence from the State, the speaker of the house of assembly shall have the powers of a president, until a new nomination is made by the general assembly.

**ART. 8.** A privy council, consisting of four members, shall be chosen by ballot, two by the legislative council and two by the house of assembly: *Provided*, That no regular officer of the army or navy in the service and pay of the continent, or of this, or of any other State, shall be eligible; and a member of the legislative council or of the house of assembly being chosen of the privy council, and accepting thereof, shall thereby lose his seat. Three members shall be a quorum, and their advice and proceedings shall be entered of record, and signed by the members present, (to any part of which any member may enter his dissent,) to be laid before the general assembly when called for by them. Two members shall be removed by ballot, one by the legislative council and one by the house of assembly, at the end of two years, and those who remain the next year after, who shall severally be ineligible for the three next years. The vacancies, as well as those occasioned by death or incapacity, shall be supplied by new elections in the same manner; and this rotation of a privy councillor shall be continued afterwards in due order annually forever. The president may by summons convene the privy council at any time when the public exigencies may require, and at such place as he shall think most convenient, when and where they are to attend accordingly.

0523

Case 3:23-cv-00056-JBA Document 23-7 Filed 02/30/23 Page 3 of 109

**ART. 9.** The president, with the advice and consent of the privy council, may embody the militia, and act as captain-general and commander-in-chief of them, and the other military force of this State, under the laws of the same.

**ART. 10.** Either house of the General assembly may adjourn themselves respectively. The president shall not prorogue, adjourn, or dissolve the general assembly, but he may, with the advice of the privy council, or on the application of a majority of either house, call them before the time they shall stand adjourned; and the two houses shall always sit at the same time and place, for which purpose immediately after every adjournment the speaker of the house of assembly shall give notice to the speaker of the other house of the time to which the house of assembly stands adjourned.

**ART. 11.** The Delegates for Delaware to the Congress of the United States of America shall be chosen annually, or superseded in the mean time, by joint ballot of both houses in the general assembly.

**ART. 12.** The president and general assembly shall by joint ballot appoint three justices of the supreme court for the State, one of whom shall be chief justice, and a judge of admiralty, and also four justices of the courts of common pleas and orphans' courts for each county, one of whom in each court shall be styled *"chief justice,"* (and in case of division on the Ballot the president shall have an additional casting voice,) to be commissioned by the president under the great seal, who shall continue in office during good behavior; and during the time the justices of the said supreme court and courts of common pleas remain in office, they shall hold none other except in the militia. Any one of the justices of either of said courts shall have power, in case of the noncoming of his brethren, to open and adjourn the court. An adequate fixed but moderate salary shall be settled on them during their continuance in office. The president and privy council shall appoint the secretary, the attorney-general, registers for the probate of wills and granting letters of administration, registers in chancery, clerks of the courts of common pleas and orphans' courts, and clerks of the peace, who shall be commissioned as aforesaid, and remain in office during five years, if they behave themselves well; during which time the said registers in chancery and clerks shall not be justices of either of the said courts of which they are officers, but they shall have authority to sign all writs by them issued, and take recognizances of bail. The justices of the peace shall be nominated by the house of assembly; that is to say, they shall name twenty-four persons for each county, of whom the president, with the approbation of the privy council, shall appoint twelve, who shall be commissioned as aforesaid, and continue in office during seven years, if they behave themselves well; and in case of vacancies, or if the legislature shall think proper to increase the number, they shall be nominated and appointed in like manner. The members of the legislative and privy councils shall be justices of the peace for the whole State, during their continuance in trust; and the justices of the courts of common pleas shall be conservators of the peace in their respective counties.

**ART. 13.** The justices of the courts of common pleas and orphans courts shall have the power of holding inferior courts of chancery, as heretofore, unless the legislature shall otherwise direct.

**ART. 14.** The clerks of the supreme court shall be appointed by the chief justice thereof, and the recorders of deeds, by the justices of the courts of common pleas for each county severally, and commissioned by the president, under the great seal, and continue in office five years, if they behave themselves well.

**ART. 15.** The sheriffs and coroners of the respective counties shall be chosen annually, as heretofore; and any person, having served three years as sheriff, shall be ineligible for three years after; and the president and privy council shall have the appointment of such of the two candidates, returned for said offices of sheriff and coroner, as they shall think best qualified, in the same manner that the governor heretofore enjoyed this power.

**ART. 16.** The general assembly, by joint ballots shall appoint the generals and field-officers, and all other officers in the army or navy of this State; and the president may appoint, during pleasure, until otherwise directed by the legislature, all necessary civil officers not hereinbefore mentioned.

**ART. 17.** There shall be an appeal from the supreme court of Delaware, in matters of law and equity, to a court of seven persons, to consist of the president for the time being, who shall preside therein, and six others, to be appointed, three by the legislative council, and three by the house of assembly, who shall continue in office during good behavior, and be commissioned by the president, under the great seal; which court shall be styled the " court of appeals," and have all the authority and powers heretofore given by law in the last resort to the King in council, under the old government. The secretary shall be the clerk of this court; and vacancies therein occasioned by death or incapacity, shall be supplied by new elections, in manner . aforesaid.

**ART. 18.** The justices of the supreme court and courts of common pleas, the members of the privy council, the secretary, the trustees of the loan office, and clerks of the court of common pleas, during their continuance in office, and all persons concerned in any army or navy contracts, shall be ineligible to either house of assembly; and any member of either house accepting of any other of the offices herein before mentioned (excepting the office of a justice of the peace) shall have his seat thereby vacated, and a new election shall be ordered.

**ART. 19.** The legislative council and assembly shall have the power of making the great seal of this State, which shall be kept by the president, or, in his absence, by the vice-president, to be used by them as occasion may require. It shall be called *"The Great Seal of the Delaware State,"* and shall be affixed to all laws and commissions.

**ART. 20.** Commissions shall run in the name of " The Delaware State," and bear test by the president Writs shall run in the same manner, and bear test in the name of the chief-justice, or justice first named in the commissions for the several courts, and be sealed with the public seals of such courts. Indictments shall conclude, *"Against the peace and dignity of the State."*

**ART. 21.** In case of vacancy of the offices above directed to be filled by the president and general assembly, the president and privy council may appoint others in their stead until there shall be a new election.

**ART. 22.** Every person who shall be chosen a member of either house, or appointed to any office or place of trust, before taking his seat, or entering upon the execution of his office, shall take the following oath, or affirmation, if conscientiously scrupulous of taking an oath, to wit:

" I, A. B. will bear true allegiance to the Delaware State, submit to its constitution and laws, and do no act wittingly whereby the freedom thereof may be prejudiced."

And also make and subscribe the following declaration, to wit:

" I, A. B. do profess faith in God the Father, and in Jesus Christ His only Son, and in the Holy Ghost, one God, blessed for evermore; and I do acknowledge the holy scriptures of the Old and New Testament to be given by divine inspiration."

And all officers shall also take an oath of office.

**ART. 23.** The president, when he is out of office, and within eighteen months after, and all others offending against the State, either by maladministration, corruption, or other means, by which the safety of the Commonwealth may be endangered, within eighteen months after the offence committed, shall be impeachable by the house of assembly before the legislative council; such impeachment to be prosecuted by the attorney-general, or such other person or persons as the house of assembly may appoint, according to the laws of the land. If found guilty, he or they shall be either forever disabled to hold any office under government, or removed from office *pro tempore*, or subjected to such pains and penalties as the laws shall

0524

direct. And all officers shall be removed on conviction of misbehavior at common law, or on impeachment, or upon the address of the general assembly.

**ART. 24.** All acts of assembly in force in this State on the 15th day of May last (and not hereby altered, or contrary to the resolutions of Congress or of the late house of assembly of this State) shall so continue, until altered or repealed by the legislature of this State, unless where they are temporary, in which case they shall expire at the times respectively limited for their duration.

**ART. 25.** The common law of England, as-well as so much of the statute law as has been heretofore adopted in practice in this State, shall remain in force, unless they shall be altered by a future law of the legislature; such parts only excepted as are repugnant to the rights and privileges contained in this constitution, and the declaration of rights, &c., agreed to by this convention.

**ART. 26.** No person hereafter imported into this State from Africa ought to be held in slavery under any presence whatever; and no negro, Indian, or mulatto slave ought to be brought into this State, for sale, from any part of the world.

**ART. 27.** The first election for the general assembly of this State shall be held on the List day of October next, at the court-houses in the several counties, in the manner heretofore used in the election of the assembly, except as to the choice of inspectors and assessors, where assessors have not been chosen on the 16th day of September, instant, which shall be made on the morning of the day of election, by the electors, inhabitants of the respective hundreds in each county. At which time the sheriffs and coroners, for the said counties respectively, are to be elected; and the present sheriffs of the counties of Newcastle and Kent may be rechosen to that office until the 1st day of October, A. D. 1779; and the present sheriff for the county of Sussex may be rechosen to that office until the 1st day of October, A. D. 1778, provided the freemen think proper to reelect them at every general election; and the present sheriffs and coroners, respectively, shall continue to exercise their offices as heretofore, until the sheriffs and coroners, to be elected on the said 21st day of October, shall be commissioned and sworn into office. The members of the legislative council and assembly shall meet, for transacting the business of the State, on the 28th day of October next, and continue in office until the 1st day of October, which will be in the year 1777; on which day, and on the 1st day of October in each year forever after, the legislative council, assembly, sheriffs, and coroners shall be chosen by ballot, in manner directed by the several laws of this State, for regulating elections of members of assembly and sheriffs and coroners; and the general assembly shall meet on the 20th day of the same month for the transacting the business of the State; and if any of the said 1st and 20th days of October should be Sunday, then, and in such case, the elections shall be held, and the general assembly meet, the next day following.

**ART. 28.** To prevent any violence or force being used at the said elections, no person shall come armed to any of them, and no muster of the militia shall be made on that day; nor shall any battalion or company give in their votes immediately succeeding each other, if any other voter, who offers to vote, objects thereto; nor shall any battalion or company, in the pay of the continent, or of this or any other State, be suffered to remain at the time and place of holding the said elections, nor within one mile of the said places respectively, for twenty-four hours before the opening said elections, nor within twenty-four hours after the same are closed, so as in any manner to impede the freely and conveniently carying on the said election: *Provided always*, That every elector may, in a peaceable and orderly manner, give in his vote on the said day of election.

**ART. 29.** There shall be no establishment of any one religious sect in this State in preference to another; and no clergyman or preacher of the gospel, of any denomination, shall be capable of holding any civil once in this State, or of being a member of either of the branches of the legislature, while they continue in the exercise of the pastorial function.

**ART. 30.** No article of the declaration of rights and fundamental rules of this State, agreed to by this convention, nor the first, second, fifth, (except that part thereof that relates to the right of sufferage,) twenty-sixth, and twenty-ninth articles of this constitution, ought ever to be violated on any presence whatever. No other part of this constitution shall be altered, changed, or diminished without the consent of five parts in seven of the assembly, and seven members of the legislative council.

GEORGE READ, President.

Attest:

JAMES BOOTH, Secretary. - Friday, September 10,1776.

(1) Verified from " The Constitutions of the Several Independent States of America, Published by order of Congress, Boston: Printed by Norman and Bowen, 1785."

This constitution was framed by a Convention which assembled at New Castle, August 27, 1776, in accordance with the recommendation of the Continental Congress that the people of the Colonies should form independent State Governments. It was not submitted to the people but was proclaimed September 21, 1776. Back

**Source:**
**The Federal and State Constitutions Colonial Charters, and Other Organic Laws of the States, Territories, and Colonies Now or Heretofore Forming the United States of America**
**Compiled and Edited Under the Act of Congress of June 30, 1906 by Francis Newton Thorpe**
**Washington, DC : Government Printing Office, 1909.**

Colonial Charters Page

| Avalon Home | Document Collections | Ancient 4000bce - 399 | Medieval 400 - 1399 | 15th Century 1400 - 1499 | 16th Century 1500 - 1599 | 17th Century 1600 - 1699 | 18th Century 1700 - 1799 | 19th Century 1800 - 1899 | 20th Century 1900 - 1999 | 21st Century 2000 - |

© 2008 Lillian Goldman Law Library
127 Wall Street, New Haven, CT 06511.

Avalon Statement of Purpose　　Contact Us　　Yale Law Library　　University Library　　Yale Law School　　Search Morris　　Search Orbis

# Exhibit 78

OF ALL SUCH

# ACTS

OF THE

# GENERAL ASSEMBLY

OF

# VIRGINIA,

OF A PUBLIC AND PERMANENT NATURE, AS ARE NOW IN
FORCE;

WITH A TABLE OF THE PRINCIPAL MATTERS.

TO WHICH ARE PREFIXED THE DECLARATION OF RIGHTS,
AND CONSTITUTION, OR FORM OF GOVERNMENT.

PUBLISHED PURSUANT TO AN ACT OF THE GENERAL ASSEMBLY, INTI-
TULED, " AN ACT PROVIDING FOR THE REPUBLICATION OF THE
LAWS OF THIS COMMONWEALTH," PASSED ON THE TWENTY-
EIGHTH DAY OF DECEMBER, ONE THOUSAND SEVEN
HUNDRED AND NINETY-TWO.     *13 Hen 531*

RICHMOND:

II.  BE it enacted by the General Assembly, That no man shall be compelled to frequent or support any religious worship, place, or Ministry whatsoever, nor shall be enforced, restrained, molested, or burthened in his body or goods, nor shall otherwise suffer on account of his religious opinions or belief; but that all men shall be free to profess, and by argument to maintain, their opinions in matters of religion, and that the same shall in no wise diminish, enlarge, or affect their civil capacities.

No man compelled to frequent or support any religious worship. All men free to profess, and by argument to maintain their religious opinions.

III.  AND though we well know that this Assembly elected by the people for the ordinary purposes of legislation only, have no power to restrain the Acts of succeeding Assemblies, constituted with powers equal to our own, and that therefore to declare this Act to be irrevocable, would be of no effect in law; yet we are free to declare, and do declare, that the rights hereby asserted, are of the natural rights of mankind, and that if any Act shall be hereafter passed to repeal the present, or to narrow its operation, such Act will be an infringement of natural right.

Declaration that the rights by this Act asserted, are of the natural rights of mankind.



# General Assembly, begun and held at the Public Buildings, in the City of Richmond, on Monday, the 16th Day of October, in the Year of our Lord, 1786.

## C H A P.  XXI.

### An Act forbidding and punishing Affrays.

[Passed the 27th of November, 1786.]

BE it enacted by the General Assembly, That no man, great nor small, of what condition soever he be, except the Ministers of Justice in executing the precepts of the Courts of Justice, or in executing of their office, and such as be in their company assisting them, be so hardy to come before the Justices of any Court, or other of their Ministers of Justice, doing their office, with force and arms, on pain, to forfeit their armour to the Commonwealth, and their bodies to prison, at the pleasure of a Court; nor go nor ride armed by night nor by day, in fairs or markets, or in other places, in terror of the Country, upon pain of being arrested and committed to prison by any Justice on his own view, or proof by others, there to abide for so long a time as a Jury, to be sworn for that purpose by the said Justice, shall direct, and in like manner to forfeit his armour to the Commonwealth; but no person shall be imprisoned for such offence a longer space of time than one month.

Punishment of persons going armed before Courts of Justice, or the Ministers of Justice, or in fairs or markets in terror of the Country.

## C H A P.  XXII.

### An Act against Conspirators.

[Passed the 27th of November, 1786.]

BE it declared and enacted by the General Assembly, That Conspirators be they that do confederate and bind themselves by oath, covenant, or other alliance, that every of them shall aid and bear the other falsely and maliciously, to move or cause to be moved any indict-

Who shall be deemed conspirators.

# Exhibit 79

# LAWS

OF THE

# STATE OF NEW-YORK,

PASSED BY THE

LEGISLATURE AT THEIR TENTH SESSION.

---

## CHAP. 1.

AN ACT concerning the rights of the citizens of this State.

PASSED the 26th of January, 1787.

*Be it enacted by the People of the State of New York represented in Senate and Assembly and it is hereby enacted and declared by the authority of the same.*

*First,* That no authority shall, on any pretence whatsoever be exercised over the citizens of this State but such as is or shall be derived from and granted by the people of this State.

*Second,* That no citizen of this State shall be taken or imprisoned or be disseised of his or her freehold or liberties of free customs or outlawed or exiled or condemned or otherwise destroyed, but by lawful judgment of his or her peers or by due process of law.

*Third* That no citizen of this State shall be taken or imprisoned for any offence upon petition or suggestion unless it be by indictment or presentment of good and lawful men of the same neighbourhood where such deeds be done, in due manner or by due process of law.

*Fourth* That no person shall be put to answer without presentment before justices, or matter of record, or due process of law according to the law of the land and if any thing be done to the contrary it shall be void in law and holden for error.

*Fifth* That no person, of what estate or condition soever shall be taken or imprisoned, or disinherited or put to death without being brought to answer by due process of law, and that no person shall be put out of his or her franchise or freehold or lose his or her life or limb, or goods and chattels, unless he or she be duly brought to answer and be forejudged of the same by due course of law and if any thing be done contrary to the same it shall be void in law and holden for none.

*(Marginal notes:)*
All authority derived from State
Right of property and personal liberty.
Id.
Id.

0530

Case 3:23-cv-00056-JBA   Document 23-7   Filed 03/30/23   Page 10 of 109

*Sixth* That neither justice, nor right shall be sold to any person, nor Justice to be free.
denied nor deferred; and that writs and process shall be granted freely
and without delay to all persons requiring the same and nothing from
henceforth shall be paid or taken for any writ or process but the accus-
tomed fee for writing and for the seal of the same writ or process and
all fines duties and impositions whatsoever heretofore taken or demanded
under what name or description soever, for or upon granting any writs,
inquests, commissions or process to suitors in their causes shall be and
hereby are abolished.

*Seventh* That no citizens of this State shall be fined or amerced with- Fines to be proportioned to offense; contenements.
out reasonable cause and such fine or amerciament shall always be
according to the quantity of his or her trespass or offence and saving to
him or her, his or her contenement; That is to say every freeholder
saving his freehold, a merchant saving his merchandize and a mechanick
saving the implements of his trade.

*Eighth* That excessive bail ought not to be required, nor excessive Excessive bail prohibited.
fines imposed, nor cruel and unusual punishments inflicted.

*Ninth* That all elections shall be free and that no person by force of Elections to be free.
arms nor by malice or menacing or otherwise presume to disturb or
hinder any citizen of this State to make free election upon pain of fine
and imprisonment and treble damages to the party grieved.

*Tenth* That it is the right of the citizens of this State to petition the Right of petition.
person administering the government of this State for the time being,
or either house of the legislature and all commitments and prosecutions
for such petitioning are illegal.

*Eleventh* That the freedom of speech and debates and proceedings in Freedom of speech in legislature.
the senate and assembly shall not be impeached or questioned in any
court or place out of the senate or assembly.

*Twelfth* That no tax duty aid or imposition whatsoever shall be taken Taxes to be laid only by authority of legislature.
or levied within this State without the grant and assent of the people of
this State by their representatives in senate and assembly and that no
citizen of this State shall be by any means compelled to contribute to
any gift loan tax or other like charge not set laid or imposed by the
legislature of this State: *And further,* that no citizen of this State shall
be constrained to arm himself or to go out of this State or to find soldiers
or men of arms either horsemen or footmen, if it be not by assent and
grant of the people of this State by their representatives in senate and
assembly.

*Thirteenth* That by the laws and customs of this State the citizens Billeting of soldiers prohibited.
and inhabitants thereof cannot be compelled against their wills to
receive soldiers into their houses and to sojourn them there and there-
fore no officer military or civil nor any other person whatsoever shall
from henceforth presume to place, quarter or billet any soldier or
soldiers upon any citizen or inhabitant of this State of any degree or
profession whatever without his or her consent and that it shall and
may be lawful for every such citizen and inhabitant to refuse to sojourn
or quarter any soldier or soldiers notwithstanding any command order
warrant or billetting whatever.

Vol. 2. — 44

0531

# Exhibit 80

# A

# COLLECTION

## OF THE

# STATUTES

### OF THE PARLIAMENT O.

# ENGLAND

### IN FORCE IN THE STATE OF

# NORTH-CAROLINA.

PUBLISHED ACCORDING TO A RESOLVE OF THE GENERAL ASSEMBLY.

By FRANCOIS-XAVIER MARTIN, Esq.

COUNSELLOR AT LAW.

*N E W B E R N:*

FROM THE EDITOR's PRESS.

1792.

0533

( 60 )

## C H A P.   VIII.

*Nothing shall be taken for Beaupleader.*

ITEM, Whereas some of the realm have grievously complained, that they be grieved by Sheriffs, naming themselves the King's approvers, which take money by extortion for Beaupleader, the King will, that the statute of Marlebridge shall be observed and kept in this point.

## C H A P.   XIV.

*None shall commit Maintenance.*

ITEM, Because the King desireth that common right be administered to all persons, as well poor as rich, he commandeth and defendeth, that none of his Counsellors, nor of his house, nor none other of his Ministers, nor no great man of the realm by himself, nor by other, by sending of letters, nor otherwise, nor none other in this land, great nor small, shall take upon them to maintain quarrels nor parties in the country, to the let and disturbance of the common law.

Statutes made at Northampton, tribus Septimanis Paschae, in the Second Year of the Reign of Edward the Third, and in the Year of our Lord 1328.

## C H A P.   I.

*A Confirmation of the Great Charter and the Charter of the Forest.*

[*Unnecessary to be inserted.*]

## C H A P.   III.

*No Man shall come before the Justices, or go or ride armed.*

ITEM, It is enacted, that no man great nor small, of what condition soever he be, except the King's servants in his presence, and his Ministers in executing of the King's precepts, or of their office, and such as be in their company assisting them, and also upon a cry made for arms to keep the peace, and the same in such places where such acts happen, be so hardy to come before the King's Justices, or other of the King's

( 61 )

Ministers doing their office with force and arms, nor bring no force in an affray of peace, nor to go nor ride armed by night nor by day, in fairs, markets, nor in the presence of the King's Justices, or other ministers, nor in no part elsewhere, upon pain to forfeit their armour to the King, and their bodies to prison at the King's pleasure. And that the King's Justices in their presence, Sheriffs and other ministers, in their bailiwicks, Lords of Franchises, and their bailiffs in the same, and Mayors and Bailiffs of cities and boroughs, within the same cities and boroughs, and borough-holders, constables and wardens of the peace within their wards shall have power to execute this act. And that the Justices assigned, at their coming down into the country, shall have power to enquire how such officers and lords have exercised their offices in this case, and to punish them whom they find that have not done that which pertain to their office.

## C H A P.  V.

### *The Manner how Writs shall be delivered to the Sheriff to be executed.*

ITEM where it was ordained by the statute of Westminster the second, that they which will deliver their writs to the Sheriff shall deliver them in the full county, or in the rere county, and that the Sheriff or Under-Sheriff shall thereupon make a bill : it is accorded and established, that at what time or place in the county a man doth deliver any writ to the Sheriff or to the Under-Sheriff, that they shall receive the same writs, and make a bill after the form contained in the same statute, without taking any thing therefore. And if they refuse to make a bill, others that be present shall set to their seals, and if the Sheriff or Under-Sheriff do not return the said writs, they shall be punished after the form contained in the said statute. And also the Justices of Assize shall have power to enquire thereof at every man's complaint, and to award damages, as having respect to the delay, and to the loss and peril that might happen.

## C H A P.  VI.

### *Justices shall have Power to punish Breakers of the Peace.*

ITEM, as to the keeping of the peace in time to come, it is ordained and enacted that the statutes made in time past, with the statute of Winchester, shall be observed and kept in every point : and where it is contained in the end of said statute of Winchester, that the Justices assigned shall have power to enquire of defaults, and to report to the King in his next parliament, and the King to remedy it, which no man hath yet seen, the same Justices shall have power to punish the offenders and disobeyers.

Q

# Exhibit 81

Case 3:23-cv-00056-JBA   Document 23-7   Filed 03/30/23   Page 16 of 109

# A C T S

OF THE

## TWENTY-FIRST

# GENERAL ASSEMBLY

OF THE

## S T A T E

OF

# NEW-JERSEY.

AT A SESSION BEGUN AT TRENTON ON THE TWENTY-FIFTH DAY OF
OCTOBER, SEVENTEEN HUNDRED AND NINETY-SIX, AND
CONTINUED BY ADJOURNMENTS.

### BEING THE SECOND SITTING.



T R E N T O N:

PRINTED BY *MATTHIAS DAY*, PRINTER TO THE STATE.

M,DCC,XCVII.

7. *And be it enacted*, That if any of the managers to be appointed by virtue of this act, shall neglect or refuse to perform the duties required of them by this act, either of the said managers, so neglecting or refusing, shall forfeit the sum of ten dollars, to be recovered, by action of debt, by any of the said owners or possessors, or by the succeeding managers, with costs of suit, to be applied towards supporting the said causeway.

*and penalty for neglect of duty.*

A.          Passed at Trenton, February 18, 1797.

---

## C H A P.  DCXXXIV.

An Act to regulate the Election of Members of the Legislative-Council and General Assembly, Sheriffs and Coroners, in this State.

*Sect.* 1.  **B**E IT ENACTED *by the Council and General Assembly of this state, and it is hereby enacted by the authority of the same,* That the clerks of the courts of common pleas of the several counties in this state shall attend at the court-house of their respective counties, on the first Monday in September in each and every year, and shall there receive, at any time between the hours of ten in the morning and five in the afternoon of the same day, from any person qualified to vote for members of the Legislature for such county, a list of the persons proposed as candidates for members of the Legislative-Council, members of the General Assembly, sheriff and coroners of such county ; which list such person or persons shall subscribe with his or their names, and may either deliver personally or transmit by letter to the said clerks.

*Clerks, when and where to receive nominations.*

2. *And be it enacted*, That the said clerks of the court of common pleas respectively, shall, on the same day, after the said hour of five o'clock, make a general list of all the persons nominated, and offices for which they shall have been respectively proposed, and transmit a copy thereof within one week thereafter to each of the clerks of the several townships or precincts of the county ; and no vote shall be received for any person on the day of election, unless he hath been previously nominated in the manner herein beforementioned.

*List of nomination to be sent to the townclerks.*

3. *And be it enacted*, That the clerks of the several townships or precincts of each county shall, fourteen days before the second Tuesday in October in each and every year, put up, or cause to be put up, advertisements, in three or more of the most public places in such township or precinct, making known the time and place or places of holding the election, and the names of the persons proposed as candidates ; and on the said second Tuesday in October yearly, the judge of election, assessor, collector and town-clerk of every township and precinct, shall attend at the place of holding the town-meeting, or at such other place as the people at their an-

*Who shall advertise, &c.*

Case 3:23-cv-00056-JBA   Document 23-7   Filed 03/30/23   Page 18 of 109

nual town-meeting fhall appoint ; and the faid clerk fhall, on the fame day, between the hours of nine and ten in the morning, put up in public view, on the door of the houfe at which the election fhall be held, the general lift received by him, or a fair copy there- *and conduct* of ; and the faid judge of election, affeffor and collector, or any *the election ;* two of them, fhall, at the faid hour of ten o'clock, make or caufe to be made public proclamation, that the poll is opened for the re- ception of voters, and fhall judge and determine the perfons that are qualified to vote agreeably to this act, as they refpectively offer themfelves for that purpofe, and fhall keep good order during the time of election, and may at any time during the day adjourn the poll for a fhort period, as occafion may require, in cafe no voters appear to give in their votes, and fhall clofe the poll and certify the number of votes in the manner herein-after prefcribed.

*their oath, &c.*     4. *And be it enacted,* That the faid judge of election, affeffor and collector fhall, feverally, before they proceed to receive any votes, take the following oath or affirmation : " I     do fwear (or affirm) that I will, during this election, faithfully and impartially execute the duties and fervices required of me by law, and that I will not receive, or affent to the receiving the vote of any perfon, who I fhall have reafon to think is not by law entitled to vote in this election ;" which oath or affirmation they are hereby refpec- tively authorized and required to adminifter to each other, in a public manner, at the place of opening the election.

*Oath of the*     5. *And be it enacted,* That the clerk of the townfhip or precinct, *clerk.* or any perfon by him appointed for the purpofe of the election, and approved of by the faid judge, affeffor and collector, or any two of them, fhall take before the faid judge, affeffor and collector, or any two of them, the following oath or affirmation : " I do fwear (or affirm) that I will faithfully and impartially ferve as clerk of this election, and execute the duties and fervices required of me by law."

*Judge, &c. be-*     6. *And be it enacted,* That if the faid judge, affeffor, collector or *ing abfent, peo-* town-clerk fhall be a candidate at fuch election, fuch perfon or *ple to fill the* perfons fhall be difqualified from ferving or affifting to conduct *vacancy.* the faid election ; and if the faid judge, affeffor and collector, or either of them, fhall not be prefent at the time and place of hold- ing the election, or fhall be difqualified to hold the fame, then, at the faid hour of ten o'clock, the people prefent, entitled to vote, fhall proceed to choofe a perfon or perfons to ferve in the ftead of him or them fo abfent or difqualified ; which perfon or perfons, fo chofen, fhall take the oath or affirmation herein before requir- ed, and fhall in all refpects perform the duties and fervices, and be entitled to the fame rewards, and fubject to the like penalties as are herein-after fpecified for the faid judge, affeffor and collector ; and a certificate fhall be made of fuch choice, figned by at leaft three reputable freeholders prefent, which fhall be tranfmitted to the clerk of the court of common pleas of the county, within three

Case 3:23-cv-00056-JBA   Document 23-7   Filed 03/30/23   Page 19 of 109

days thereafter, whofe duty it is hereby declared to be, to profe-
cute the perfon or perfons fo abfent, in the manner herein-after
directed, unlefs the judges of the faid court of common pleas, at
the next term thereafter, fhall admit the excufe of fuch abfentee to
be good and fufficient.

7. *And be it enacted*, That if the clerk of the townfhip or pre- <span style="float:right">Clerk being<br>abfent, his place<br>how fupplied.</span>
cinct fhall be abfent, or by death, removal or other inability, be
unable to perform the duties enjoined on him by this act, and fhall
not appoint any one in his ftead, to be approved of as aforefaid,
or fhall be difqualified from acting, then the faid judge, affeffor
and collector, or any two of them, fhall be, and they are hereby
empowered to appoint a fit perfon clerk of the election, who fhall
in like manner take the oath or affirmation herein-before required
of the town-clerk, and fhall perform the fame duties and fervices,
and be entitled to the like rewards, and be fubject to the fame pen-
alties as are herein prefcribed for the faid town-clerk; and a cer-
tificate of fuch appointment fhall be made and figned by the faid
judge, affeffor and collector, or any two of them, and tranfmitted
to the clerk of the court of common pleas of the county, who fhall
in like manner profecute fuch abfent clerk, unlefs the judges of the
court aforefaid fhall admit his excufe.

8. *And be it enacted*, That all elections held by virtue of this act <span style="float:right">Votes to be by<br>ballot, and<br>clerks to pro-<br>vide boxes.</span>
fhall be by ballot, and the clerks of the feveral counties fhall pro-
vide, at the expenfe of their refpective counties, a number of elec-
tion boxes, equal to the number of townfhips or precincts within
their refpective counties, and fhall forward them to the clerks of
the feveral townfhips or precincts for the ufe of fuch townfhip or
precinct, on or before the firft Tuefday in October next; and each
box fhall be made about a foot fquare with a lid on the top, faften-
ed with brafs or iron hinges, and with two locks and keys there-
to of different fizes, and conftructions, having an aperture of fuch
fize only as to admit a fingle ticket, and a fliding fpring bolt placed
on the infide, fo as effectually to exclude the admiffion of any
thing into the box during the time of adjournment, through
which aperture all the ballots fhall be put feparately into the box.

9. *And be it enacted*, That every voter fhall openly, and in full <span style="float:right">Ballots, by<br>whom receiv-<br>ed,</span>
view deliver his or her ballot (which fhall be a fingle written ticket,
containing the names of the perfon or perfons for whom he or fhe
votes) to the faid judge, or either of the infpectors, who, on receipt
thereof, fhall, with an audible voice, pronounce the name of fuch
voter, and if no objection is made to the voter, put the ballot im-
mediately into the election box, and the clerk of the election fhall
thereupon take down the name of fuch voter in a book or poll lift,
to be provided for the purpofe; and if an adjournment of the poll <span style="float:right">and box, how<br>to be fecured.</span>
fhall take place during the election, the aperture in the top of the
box fhall be fecured by the bolt aforefaid, and the names on the
poll lift fhall be counted, and the number put down in writing, and
the faid lift locked in the box, and the keys kept feparate by two of
the perfons hereby appointed to conduct the election.

Votes to be
counted.

10. *And be it enacted,* That at the close of the poll, the aperture in the lid of the box shall be covered in the manner aforesaid, and the poll list shall be signed by the said judge and inspectors, or any two of them, and also by the said clerk; and the names contained therein shall be numbered, and the number put down in writing; after which the box shall be opened, and the ballots therein contained taken out, one at a time, by any one of the persons hereby appointed to conduct the election, who shall call out distinctly, while the ballot remains in his hands, the names contained therein, and for what offices, and then deliver the same to one of the other persons associated with him by this law, who shall distinctly read off, and file the same, and the clerk shall enter in distinct columns all the names contained in each ballot, and for what offices, and so on in like manner with the rest of the ballots contained in the box, to the amount of the number of names contained in the poll list; and if it shall so happen that there are a greater number of ballots than there are names on the poll list, then no more ballots shall be examined and enumerated than will amount to the number of names on the poll list; and if two or more ballots shall be found folded or rolled up together, or if a ballot shall contain more names than it ought to contain, or otherwise appear to be fraudulent, such ballot or ballots shall not be estimated, but shall be rejected as utterly void, and as many numbers shall be deducted from the amount of the poll list as shall be equal to the number of ballots so rejected; and after the examination of the ballots shall be completed, the number of votes for each candidate shall be carefully cast up by the said clerk, under the inspection of the persons hereby empowered to conduct the election, or any two of them, and be publicly declared unto the people present.

Who entitled
to vote.

11. *And be it enacted,* That all free inhabitants of this state, of full age, who are worth fifty pounds, proclamation money, and have resided within the county in which they claim a vote, for twelve months immediately preceding the election, shall be entitled to vote for all public officers which shall be elected by virtue of this act; and no person shall be entitled to vote in any other township or precinct, than that in which he or she doth actually reside at the time of the election.

12. *And be it enacted,* That if any candidate shall, at any such election, or previous thereto, solicit any voter or voters, either personally or by letter, message, advertisement or otherwise, to nominate him or to vote for him, or if any person whatsoever shall at any such election, give, offer or promise any fee or reward, victuals, drink, or other consideration to or for the use of any person or persons, or to or for the use of any county, city, township, precinct, or body politic or corporate, or by bribery or corruption, endeavour to prevail on any person to nominate him, or to vote for him, or to nominate or vote for any other person, or shall appear at such election with any weapons of war, or staves, or bludgeons, or use any threats that may tend to put any of the candidates or

Case 3:23-cv-00056-RBA Document 28-1 Filed 03/30/23 Page 21 of 109

voters in fear of perfonal danger, or fhall by any other way endea-
vour to intimidate, or by indirect means perfuade any voter to
give, or to diffuade any voter from giving his vote for the choice
of any candidate, or fhall make any falfe affertion or propagate any
falfe report concerning any candidate, with a view to prevent his
being elected, or that fhall have any evident tendency thereto, or
fhall fummon or requeft any party of militia to attend at the time
and place of election, every fuch perfon fhall, for every fuch offence,
forfeit and pay the fum of thirty dollars, to be recovered, with *Penalty for fo-
cofts of fuit, by any perfon that will fue for the fame, in any court *liciting votes,
having cognizance thereof, one half to the ufe of the profecutor, *&c.*
and the other half to be paid to the collector of the county where-
in fuch offence was committed, for the ufe of the county ; and
fuch offender fhall be further liable to a private action at the fuit
of the party injured.

13. *And be it enacted,* That the faid judge and infpectors, or any *Poll, when to
two of them, fhall continue to receive the votes of all voters offer- *be clofed,
ing themfelves for that purpofe, until feven of the clock in the
evening of the next day, and no longer, and at the clofe of the poll,
the faid judge and infpectors, or any two of them, fhall proceed
to afcertain the number of votes for each candidate in the manner
herein-before prefcribed, and fhall thereupon make a certificate,
under their hands and feals, in the following or like form :

We, the judge and infpectors of election of the townfhip (or *and Election
precinct) of          in the county of          do hereby certi- *certified,
fy, that having proceeded to receive the votes of the voters of the
faid townfhip (or precinct) the following is a lift of all the candi-
dates voted for, of the offices propofed for them, and of the num-
ber of votes for each.

For members of the Legiflative-Council.

A. B.                                Number of votes.
C. D.

For members of the General Affembly.

E. F.                                Number of votes.
G. H.
I. K.
L. M.
N. O.

For Sheriff.

P. Q.                                Number of votes.
R. S.

For coroners.

T. U.                                Number of votes.
V. W.
X. Y.                                                    . l.
Z. A.

The whole number of votes received.

In teftimony whereof, we have hereunto fubfcribed our names
and affixed our feals, this          day of October, in the year of our
Lord

N

Duplicate to be made & filed.

And the faid judge and infpectors, or any two of them, fhall likewife prepare and execute, under their hands and feals, a duplicate certificate of fuch election, which fhall be filed in the office of the town-clerk, together with the poll lift of the election, to be ufed as occafion may require; in all which certificates the number of votes for each candidate fhall be written in words at length and not in figures.

Certificate to be fent to the clerk of the pleas;

14. *And be it enacted*, That the faid judge of elections, or either of the infpectors, fhall deliver or fafely tranfmit the faid certificate of election to the clerk of the court of common pleas, who fhall attend at the court-houfe of the county on the Saturday next after the day of election for the purpofe of receiving the fame, and

his duty,

which certificate fhall be delivered to him before three o'clock in the afternoon of faid day; which faid clerk fhall then proceed in a public manner, to make a lift of the votes for each candidate from the feveral certificates, and fhall add the whole together, and fhall thereby afcertain who are duly elected by plurality of votes to the feveral offices for which an election fhall have taken place, and fhall thereupon file the faid certificates, and the lift of votes made thereupon in his office, certificates of which he fhall prepare for the members of the Legiflative-Council and General Affembly, to be figned and fealed by himfelf, in the following or like form:

"I         clerk of the court of common pleas of the county of         do hereby certify, that         is duly elected member of the Legiflative-Council (or General Affembly, as the cafe may be) for the faid county of         for the enfuing year. Witnefs my hand and feal this         day of         in the year of our Lord

And for the fheriff and coroners, in the following or like form, to be figned and fealed by the faid clerk, together with fix free-holders of the county:

"We,         clerk of the court of common pleas of the county of         and (here infert the names of fix) freeholders in the faid county, do hereby certify, that         is duly elected fheriff (or one of the coroners, as the cafe may be) of the faid county of         for the enfuing year. Witnefs our hands and feals the day of         in the year of our Lord

Which certificate the faid clerk fhall tranfmit to the perfon whofe election is certified therein, and fhall forward duplicate copies of all fuch certificates, together with a copy of the lift of votes filed in his office under a fealed cover to his excellency the governor of the ftate, or the perfon adminiftering the government for the time being; fo that the fame may be received by him within fourteen days thereafter.

15. *And be it enacted*, That if any clerk of the court of common pleas, judge of election, affeffor, collector, town-clerk, or other perfon hereby authorized and directed to conduct the election, fhall neglect, improperly delay or refufe to perform any of the duties or fervices required of him by this act, or fhall be guilty of any cor-

relating to the bufinefs committed to him by this act, or fhall attempt, in an undue manner, to influence the election, every perfon fo offending fhall forfeit and pay the fum of thirty dollars, to be recovered and applied as herein-before directed; and fhall be further liable to a private action at the fuit of the party injured.

Penalty for neglect, or improper delay, &c.

16. *And be it enacted*, That the refpective clerks of the court of common pleas fhall be allowed, for the fervices required of them by this act, the fum of four dollars each; and the clerk of each townfhip or precinct, for advertifing in the manner directed by this act, the fum of one dollar and fifty cents; and the judge of election, infpectors and clerk, for attending the election, the fum of one dollar and fifty cents, by the day, each; and the perfon delivering the certificate of election to the clerk of the court of common pleas, the fum of eight cents for every mile of the diftance from the place of his abode to the court-houfe of the county; all which fums fhall be paid by the collector of the county.

Allowance to the clerk of the pleas.

17. *And be it enacted*, That it fhall and may be lawful for the inhabitants of each townfhip and precinct within this ftate, at their annual town-meetings, to appoint the place or places, not exceeding two, for holding elections within their refpective townfhips or precincts; and in cafe the inhabitants of any townfhip or precinct, as aforefaid, fhall neglect fuch appointment, then, and in fuch cafe, the election fhall be held at their ufual place or places of holding town-meetings.

Elections, where to be held;

18. *And be it enacted*, That the inhabitants of each of the townfhips or precincts in the feveral counties of this ftate, who are qualified by law to elect town officers, fhall be and they are hereby authorized and required, at their annual town-meeting, to choofe one reputable freeholder as a judge of elections.

and judge, how appointed,

19. *And be it enacted*, That if any perfon chofen to reprefent any county in this ftate in Council or Affembly, fhall neglect or refufe to take his feat purfuant to his election, or to fend forward an excufe, which fhall be deemed fatisfactory, within twenty days after the meeting of the Legiflature, or fhall die, or remove out of the ftate, or be expelled from his feat by a vote of the houfe to which he may belong, then; and in every fuch cafe, the vice-prefident of the Council, or fpeaker of the Houfe of Affembly, as the cafe may be, fhall iffue a warrant to the clerk of the county where the vacancy or vacancies may happen, who fhall immediately advertife in five of the moft public places in fuch county, fetting forth, that he will attend at the court-houfe of the county on a day by him named in faid advertifements, not lefs than five, to receive the nomination of perfons to fupply fuch vacancy or vacancies; which nomination and election fhall be conducted, in every refpect, in the mode herein prefcribed for annual elections, except that the nomination fhall be made only fourteen days previous to the day appointed for the election to be held.

On vacancies, warrant for a new election to iffue.

Former acts re-
pealed.

20. *And be it enacted*, That the act, intitled, " An act to regulate the election of members of the Legiflative-Council and General Affembly, fheriffs and coroners, in the counties of Bergen, Monmouth, Burlington, Gloucefter, Salem, Hunterdon and Suffex," paffed the eighteenth day of November, in the year of our Lord, one thoufand feven hundred and ninety, with the feveral fupplements thereto, and all other acts refpecting the election of members of the Legiflature, fheriffs and coroners, now in force in this ftate, fhall be, and the fame is and are hereby repealed after the firft day of March next.

C.                    Paffed at Trenton, February 22, 1797.

---

## C H A P.  DCXXXV.

## An Act to repeal two certain Acts therein mentioned.

Act paffed
December 7,
1763, and the
act paffed De-
cember 21,
1771, repealed.

BE IT ENACTED *by the Council and General Affembly of this ftate, and it is hereby enacted by the authority of the fame*, That the act intitled, " An act to enable the owners and proprietors of the meadows lying on the two runs called and known by the names of *Sandy Run*, and *Shippataukin Run*, or the *Eight-mile-Run*, in Maidenhead, in the county of Hunterdon, to clear, widen and enlarge the faid runs, or fuch parts thereof, and cut fuch ditches as may be neceffary effectually to drain and carry the waters off the fame," paffed the feventh day of December, feventeen hundred and fixty-three, and the act, intitled, " An act for the relief of Thomas Tindall and James Clark the younger, and for other purpofes therein mentioned," paffed the twenty-firft day of December, feventeen hundred and feventy-one, be, and the fame are hereby repealed.

A.                    Paffed at Trenton, February 24, 1797.

---

## C H A P.  DCXXXVI.

## An additional Supplement to the Act, intitled, " An Act to enable the Inhabitants of certain Towns and Townfhips to repair their public Highways by Hire.

Act of 1792
extended to
Upper Penn's-
Neck.

BE IT ENACTED *by the Council and General Affembly of this ftate, and it is hereby enacted by the authority of the fame*, That the act, intitled, " An act to enable the inhabitants of certain towns and townfhips to repair their public highways by hire," paffed the twenty-ninth day of November, feventeen hundred and ninety-two, be, and the fame is hereby extended to the townfhip of Upper Penn's-Neck, in the county of Salem, as fully as if the faid townfhip had been named in faid act ; any law, ufage or cuftom to the contrary notwithftanding.

A.                    Paffed at Trenton, February 24, 1797.

# Exhibit 82

0546



# GENERAL DIGEST

### OF THE

# ORDINANCES AND RESOLUTIONS

### OF THE

# Corporation of New-Orleans.

---

**MADE BY ORDER OF THE CITY COUNCIL,**

BY THEIR SECRETARY,

D. AUGUSTIN, ESQ. COUNSELLOR AT LAW.

---

PRINTED BY JEROME BAYON,

CORNER OF CHARTRES AND ST. LOUIS STREETS.

1831.

Generated on 2023-03-07 19:31 GMT  /  https://hdl.handle.net/2027/nyp.33433014832483
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

0547

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

trate invited by the Mayor to replace him thereto in case of his absence. Provided that the place so reserved for the Mayor or other persons sent in his place shall be furnished without said managers being entitled to any compensation, and they shall adhere to this condition before obtaining a license to open their theatres.

ART. 14.   The Mayor, as often as he may deem it necessary, shall examine whether the theatres, places of public resort be constructed with the requisite solidity, and carefully kept in repair, so that the public may assemble there without danger ; and he shall take suitable measures to prevent the accidents that might result from any negligence in that respect on the part of the proprietors, tenants or other persons having the management or direction of the said theatres, places of public spectacles, or other places of public resort.

ART. 15.   The manager, acting manager or other person having the management or direction of a theatre, shall place and constantly keep, within the play-house, several large tubs, and at least one fire-engine in good repair, which must be filled on days of performance ; and on failure of complying with this requisite, and until the manager shall have complied with it, the Mayor shall order the theatre to be and remain shut up.

ART. 16.   By virtue of the powers granted by law to the Mayor and City Council, the Mayor shall cause to be shut up any place of public resort, whenever the maintenance of order, the public safety or tranquillity may require it.

*Approved, June 8, 1816.*

*An Ordinance respecting public Balls.*

THE CITY COUNCIL ORDAINS AS FOLLOWS :

ART. 1.   It shall not be lawful for any person to enter into a public ball-room with any cane, stick, sword or any other weapon, and every person having either a cane, stick, sword or any other weapon, shall, before he enter the ball-room, deposite the same at the office which shall be at the door of the entrance of said ball-room, where there will be a person appointed to receive and take care of such articles which he shall carefully keep, affixing to each article a number, a check of which he shall give to the owner ; and said articles shall not be returned to the persons respectively depositing them, until said persons are quitting the balls and produce their checks.

ART. 2.   Every person entering in any public ball-room, in contravention to the above provision, shall pay a fine of five dollars ; and every person giving a public ball without having previously established an office at the door of the entrance of said ball-room, and without appointing a person to receive and take care, in the manner aforesaid, of the articles before mentioned shall pay a fine of twenty-five dollars, and if the offence is repeated, the offender shall forfeit the right to hold any further permission to give such public balls.

Generated on 2023-03-07 19:30 GMT  /  https://hdl.handle.net/2027/nyp.33433081432483
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by  Google

Original from
NEW YORK PUBLIC LIBRARY

# Exhibit 83

# A C T S

OF THE

# STATE OF TENNESSEE,

PASSED BY THE FIRST SESSION OF

## THE THIRTY-SIXTH GENERAL ASSEMBLY

FOR THE YEARS 1869-70.

———————

PUBLISHED BY AUTHORITY.

———————

NASHVILLE, TENN.:
JONES, PURVIS & CO., PRINTERS TO THE STATE.
——
1870.

0550

23

## CHAPTER XXI.

AN ACT to Amend An Act, passed on the 13th of March, 1868, entitled "An Act to amend the revenue laws of the State."

SECTION 1.  *Be it enacted by the General Assembly of the State of Tennessee,* That An Act to amend the revenue laws of the State, passed on the 13th day of March, 1868, be so amended as to impose a tax of fifty cents on each room except two in a hotel or tavern, and a tax of fifty cents on each stall in a livery stable, or stable kept by hotel or tavern keepers, instead of one dollar, as now imposed by law. Hotels and Livery Stable

SEC. 2.  *Be it further enacted,* That this Act take effect from and after its passage.

W. O'N. PERKINS,
*Speaker of the House of Representives.*
D. B. THOMAS,
*Speaker of the Senate.*

Passed November 27, 1869.

———

## CHAPTER XXII.

### AN ACT to Amend the Criminal Laws of the State.

SECTION 1.  *Be it enacted by the General Assembly of the State of Tennessee,* That all voters in this State shall be required to vote in the civil district or ward in which they may reside.  Any person violating this Act shall be guilty of a misdemeanor, and upon conviction thereof shall not be fined less than twenty nor more than fifty dollars ; *Provided,* that sheriffs and other officers holding elections shall be permitted to vote at any ward or precinct in which they may hold an election. To vote in Civil District or Ward.

SEC. 2.  *Be it further enacted,* That it shall not be lawful for any qualified voter or other person attending any election in this State, or for any person attending any fair, race course, or other public assembly of the people, to carry about his person, concealed or otherwise, any pistol, dirk, bowie-knife, Arkansas tooth-pick, or weapon in form, shape Deadly Weapons.

24

or size, resembling a bowie-knife, or Arkansas tooth-pick, or other deadly or dangerous weapon.

Penalty.

SEC. 3.   *Be it further enacted*, That all persons convicted under the second section of this Act shall he punished by fine of not less than fifty dollars, and by imprisonment, or both, at the discretion of the Court.

Liquor Shops.

SEC. 4.   *Be it further enacted*, That no liquor shop in this State, shall be kept open on election days, nor shall any person, on said days, give or sell intoxicating liquors to any person for any purpose at or near an election ground.

Grand Juries.

SEC. 5.   *Be it further enacted*, That the grand juries of this State shall have inquisitorial powers concerning the commission of the offenses created by these Acts, and may send for witnesses, as in cases of gaming, illegal voting, tippling and offenses now prescribed by law.

Judges.

SEC. 6.   *Be it further enacted*, That it shall be the duty of the Circuit and Criminal Judges of this State to give the above in special charge to the several grand juries of the courts.

Proviso.

SEC. 7.   *Be it further enacted*, That there shall be no property exempt from execution for fines and costs for this offense; *Provided*, That, if from any cause, there should be a failure to hold an election in any civil district or ward, then nothing in this Act shall be so construed as to prevent any voter from voting in any other civil district or ward in his county or town, for State or county officers, at the time prescribed by law.

SEC. 8.   *Be it further enacted*, That this Act shall take effect from and after its passage.

W. O'N. PERKINS.
*Speaker of the House of Representatives.*
D. B. THOMAS,
*Speaker of the Senate.*

Passed December 1, 1869.

0552

# Exhibit 84

# ACTS AND RESOLUTIONS

## OF THE

# GENERAL ASSEMBLY

### OF THE

# STATE OF GEORGIA,

### PASSED IN ATLANTA, GEORGIA,

#### AT THE

# SESSION OF 1870.

COMPILED AND PUBLISHED BY AUTHORITY.

ATLANTA, GEORGIA:
PRINTED BY THE PUBLIC PRINTER.
1870.

0554

To preserve the peace and harmony of the people of this State, etc.

# TITLE XVI.

## PENAL CODE—AMENDMENTS TO.

SECTIONS.
1. Carrying deadly weapons to certain places prohibited.
2. Violation—misdemeanor—penalty.
3. Chain-gang punishment prohibited.
4. Punishment in lieu of chain-gang.

SECTIONS.
5. Section 415 of the Code changed—nolle prosequi.
6. All indictments, etc., submitted to a jury.

### (No. 285.)

*An Act to preserve the peace and harmony of the people of this State, and for other purposes.*

SECTION 1. *Be it enacted, etc.,* That, from and immediately after the passage of this act, no person in said State of Georgia be permitted or allowed to carry about his or her person any dirk, bowie-knife, pistol or revolver, or any kind of deadly weapon, to any court of justice, or any election ground or precinct, or any place of public worship, or any other public gathering in this State, except militia muster-grounds. *[margin: Carrying deadly weapons to certain places prohibited. Exception.]*

SEC. 2. *Be it further enacted,* That if any person or persons shall violate any portion of the above recited section of this act, he, she or they shall be guilty of a misdemeanor, and upon conviction shall be punished by a fine of not less than twenty nor more than fifty dollars for each and every such offense, or imprisonment in the common jail of the county not less than ten nor more than twenty days, or both, at the discretion of the court. *[margin: Violation a misdemeanor—penalty]*

SEC. 3. All laws and parts of laws militating against this act are hereby repealed.

Approved October 18, 1870.

### (No. 286.)

*An Act to alter and amend section 4245 of Irwin's Revised Code, by striking out of said section the words "to work in a chain-gang on the public works," and for other purposes.*

SECTION 1. *Be it enacted, etc.,* That the words "to work in a chain-gang on the public works," which occur in fourth and fifth lines of section 4245 of Irwin's Code, be, and the same are hereby, *[margin: Chain-gang punishment prohibited.]*

0555

# Exhibit 85

# ACTS

## PASSED BY THE GENERAL ASSEMBLY

### OF THE

# STATE OF LOUISIANA

### AT THE

## THIRD SESSION OF THE FIRST LEGISLATURE,

### BEGUN AND HELD IN NEW ORLEANS, JANUARY 3, 1870,

### AND AT THE

# EXTRA SESSION,

### BEGUN AND HELD IN THE CITY OF NEW ORLEANS, MARCH 7, 1870.

---

*PUBLISHED BY AUTHORITY.*

---

NEW ORLEANS:
A. L. LEE, STATE PRINTER.
1870.

0557

145

No. 100.]                          AN ACT

To regulate the conduct and to maintain the freedom and purity of elections; to
prescribe the mode of making, and designate the officers who shall make the
returns thereof; to prevent fraud, violence, intimidation, riot, tumult, bribery
or corruption at elections or at any registration or revision of registration; to
limit the powers and duties of the sheriffs of the parishes of Orleans and
Jefferson; to prescribe the powers and duties of the Board and officers of the
Metropolitan Police in reference to elections; to prescribe the mode of enter-
ing on the rolls of the Senate and House of Representatives the names of
members; to empower the Governor to preserve peace and order, to enforce
the laws; to limit the powers and duties of the Mayors of the cities of New
Orleans and Jefferson with regard to elections; to prohibit District or Parish
Judges from issuing certain writs to Commissioners of Election; to make an
appropriation for the expenses of the next revision of the registration and
of the next election; and to enforce article one hundred and three of the
constitution.

SECTION 1. *Be it enacted by the Senate and House of Representatives
of the State of Louisiana, in General Assembly convened,* That all *Time of holding
elections* for State, parish and judicial officers, members of the Gen-   elections.
eral Assembly, and for members of Congress shall be held on the
first Monday in November, and said elections shall be styled the gen-
eral elections.

They shall be held in the manner and form, and subject to the
regulations hereinafter prescribed, and no other.

SEC. 2. *Be it further enacted, etc.,* That elections for Represent-   Elections for
atives in the General Assembly shall be held on the first Monday of   representatives
November, one thousand eight hundred and seventy, and every two   in the General
(2) years thereafter; and all elections to supply the place of Sena-   Assembly.
tors in the General Assembly, whose terms of service shall have   Elections for
expired, shall be held at the same time as herein provided for the   State senators.
election of Representatives.

SEC. 3. *Be it further enacted, etc.,* That all elections shall be held in
each parish at the several election polls or voting places to be estab-   When held.
lished as is hereinafter prescribed.

SEC. 4. *Be it further enacted, etc.,* That all elections shall be
completed in one day, and the polls shall be kept open at each poll   When complet-
or voting place, from the hour of six in the morning until six o'clock   ed—polls open.
in the afternoon.

SEC. 5. *Be it further enacted, etc.,* That each parish in this State,
except the parishes of Orleans and Jefferson, is hereby fixed as an   Election pre-
election precinct, and the supervisor of registration in each of said   cincts.
parishes shall direct what number of polls or voting places shall be   Voting places.
established in each precinct, fix the places of holding the election,
and appoint commissioners of election for each poll or voting place.
In the city of New Orleans, each ward shall constitute a precinct,
and in the remaining part of the parish of Orleans, the supervisor
of registration for the said parish shall fix both the precincts and
voting places in each precinct, and in the parish of Jefferson, the
supervisor of registration shall fix both the precincts and the voting
places in each precinct; in the parishes of Orleans and Jefferson the
supervisor of registration of each parish shall appoint commissioners
of election therefor, as in the other parishes. Any duly registered
voter may vote at any poll or voting place within his precinct.

SEC. 6. *Be it further enacted, etc.,* That the elections at each poll
or voting place shall be presided over by three commissioners of   Commissioners
election, residents of the parish, who shall be able to read and write,   of election.
to be appointed by the supervisor of registration for the parish,

19

159

mechanic any part of the wages due to such laborer, employe, tenant or mechanic, on account of any vote which such laborer, employe, tenant or mechanic has given or purposes to give, shall be deemed guilty of a misdemeanor, and on conviction thereof shall be punished by a fine of not less than five hundred dollars, one half of which shall go to the school fund of the parish in which the offense was committed, and by imprisonment in the parish prison for not less than three months.

Sec. 69. *Be it further enacted, etc.,* That any person who shall molest, disturb, interfere with, or threaten with violence, any commissioner of election or person in charge of the ballot boxes, while in charge of the same, between the time of the close of the polls and the time that said ballot boxes are delivered to the supervisor of registration, shall be deemed guilty of a felony, and upon conviction thereof shall be punished by a fine of not less than five hundred dollars, or by imprisonment in the penitentiary not less than one year, or both, at the discretion of the court. *Interference with commissioners, etc.*

Sec. 70. *Be it further enacted, etc.,* That any person not authorized by this law to receive or count the ballots at an election, who shall, during or after any election, and before the votes have been counted by the supervisors of registration, disturb, displace, conceal, destroy, handle or touch any ballot, after the same has been received from the voter by a commissioner of election, shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, be punished by a fine of not less than one hundred dollars, or by imprisonment for not less than six months, or both, at the discretion of the court. *Disturbing the counting of ballots.*

Sec. 71. *Be it further enacted, etc.,* That any person not authorized by this law to take charge of the ballot boxes at the close of the election who shall take, receive, conceal, displace or [in] any manner handle or disturb any ballot box at any time between the hour of the closing of the polls and the transmission of the ballot box to the supervisor of registration, or during such transmission, or at any time prior to the counting of the votes by the supervisor of registration, shall be deemed guilty of a felony, and upon conviction thereof shall be punished by a fine of not less than five hundred dollars, or by imprisonment in the penitentiary not less than one year, or both, at the discretion of the court. *Interference with ballot boxes.*

Sec. 72. *Be it further enacted, etc.,* That if any person shall by bribery, menace, willful falsehood, or other corrupt means, directly or indirectly attempt to influence any elector of this State in the giving his vote or ballot, or to induce him to withhold the same, or disturb or hinder him in the free exercise of the right of suffrage at any election in this State, he shall, on conviction thereof, be deemed guilty of a misdemeanor, and be fined not more than five hundred dollars, and be imprisoned in the parish prison for a term not exceeding six months, and shall also be ineligible to any office in the State for the term of two years. *Interference with free exercise of right of suffrage.*

Sec. 73. *Be it further enacted, etc.,* That it shall be unlawful for any person to carry any gun, pistol, bowie knife or other dangerous weapon, concealed or unconcealed, on any day of election during the hours the polls are open, or on any day of registration or revision of registration, within a distance of one-half mile of any place of registration or revision of registration; any person violating the provisions of this section shall be deemed guilty of a misdemeanor, and on conviction shall be punished by a fine of not less than one hundred dol- *Weapons.*

160

lars, and by imprisonment in the parish jail for not less than one month; provided, that the provisions of this section shall not apply to any commissioner or officer of the election or supervisor or assistant supervisor of registration, police officer or other person authorized to preserve the peace on days of registration or election.

Sec. 74. *Be it further enacted, etc.,* That no person shall give, sell or barter any spirituous or intoxicating liquors to any person on the day of election, and any person found guilty of violating the provisions of this section shall be fined in a sum of not less than one hundred dollars, nor more than three hundred dollars, which shall go to the school fund.

*Liquors.*

Sec. 75. *Be it further enacted, etc.,* That whoever, knowing that he is not a qualified elector, shall vote or attempt to vote at any election, shall be fined in a sum not to exceed one hundred dollars, to be recovered by prosecution before any court of competent jurisdiction.

*Corruptly voting.*

Sec. 76. *Be it further enacted, etc.,* That whoever shall knowingly give or vote two or more ballots folded as one at any election, shall be fined in a sum not to exceed one hundred dollars, to be recovered by prosecution before any court of competent jurisdiction.

*Double vote.*

Sec. 77. *Be it further enacted, etc.,* That whoever, by bribery or by a promise to give employment or higher wages to any person, attempts to influence any voter at any election, shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not less than one hundred dollars, and by imprisonment in the parish prison for not less than three months.

*Bribery to influence voters.*

Sec. 78. *Be it further enacted, etc.,* That whoever willfully aids or abets any one, not legally qualified, to vote or attempt to vote at any election, shall be fined in a sum of not less than fifty dollars, to be recovered by prosecution before any court of competent jurisdiction.

*Obtaining illegal voting.*

Sec. 79. *Be it further enacted, etc.,* That whoever is disorderly at any poll or voting place during an election, shall be fined in a sum not less than twenty dollars, to be recovered by prosecution before any court of competent jurisdiction.

*Disorderly houses.*

Sec. 80. *Be it further enacted, etc.,* That whoever shall molest, interrupt or disturb any meeting of citizens assembled to transact or discuss political matters, shall be fined in a sum not less than fifty dollars, to be recovered by prosecution before any court of competent jurisdiction.

*Meetings of citizens.*

Any sheriff, constable or police officer present at the violation of this section shall forthwith arrest the offender or offenders, and convey him or them, as soon as practicable, before the proper court.

Sec. 81. *Be it further enacted, etc.,* That the court imposing any fine, as directed in sections seventy-four, seventy-five, seventy-six, seventy-seven, seventy-eight, seventy-nine and eighty of this act, shall commit the person so fined to the parish prison until the fine is paid; *Provided,* That said imprisonment shall not exceed six months.

*Imprisonment.*

Sec. 82. *Be it further enacted, etc.,* That in cases where any oath or affirmation shall be administered by any supervisor of registration, assistant supervisor of registration or commissioner of election, in the performance of his duty as prescribed by law, any person swearing or affirming falsely in the premises shall be deemed guilty of perjury, and subjected to the penalties provided by the law for perjury.

*Perjury.*

Sec. 83. *Be it further enacted, etc.,* That the Governor shall take all necessary steps to secure a fair, free and peaceable election; and shall, on the days of election, have paramount charge and con-

*Duty of Governor to insure peace.*

0560

# Exhibit 86

# GENERAL LAWS

OF THE

## TWELFTH LEGISLATURE,

OF THE

# STATE OF TEXAS.

—————

### CALLED SESSION.

—————

**BY AUTHORITY.**



AUSTIN:
PRINTED BY TRACY, SIEMERING & CO.
1870.

0562

# CHAPTER XLVI.

### AN ACT REGULATING THE RIGHT TO KEEP AND BEAR ARMS.

SECTION 1. *Be it enacted by the Legislature of the State of Texas,* That if any person shall go into any church or religious assembly, any school room or other place where persons are assembled for educational, literary or scientific purposes, or into a ball room, social party or other social gathering composed of ladies and gentlemen, or to any election precinct on the day or days of any election, where any portion of the people of this State are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any other public duty, or any other public assembly, and shall have about his person a bowie-knife, dirk or butcher-knife, or fire-arms, whether known as a six shooter, gun or pistol of any kind, such person so offending shall be deemed guilty of a misdemeanor, and on conviction thereof shall be fined in a sum not less than fifty or more than five hundred dollars, at the discretion of the court or jury trying the same; provided, that nothing contained in this section shall apply to locations subject to Indian depredations; and provided further, that this act shall not apply to any person or persons whose duty it is to bear arms on such occasions in discharge of duties imposed by law.

SEC. 2. That this act take effect and be in force in sixty days from the passage thereof.

Approved August 12, 1870.

———

# CHAPTER XLVII.

### AN ACT AUTHORIZING THE GOVERNOR TO ORDER AN ELECTION TO BE HELD IN HILL COUNTY FOR THE PERMANENT LOCATION OF THEIR COUNTY SEAT.

SECTION 1. *Be it enacted by the Legislature of the State of Texas,* That the Governor of the State of Texas be, and is hereby authorized to order an election to be held in the county of Hill, on the second Monday in September, A. D. 1870, (or as soon thereafter as possible), for the permanent location of the county seat of the

# Exhibit 87

# LAWS

OF THE

# STATE OF MARYLAND,

## MADE AND PASSED

AT A

SESSION OF THE GENERAL ASSEMBLY, BEGUN AND HELD AT THE CITY
OF ANNAPOLIS, ON THE SEVENTH DAY OF JANUARY, 1874,
AND ENDED ON THE SIXTH DAY OF APRIL, 1874.

———•———

PUBLISHED BY AUTHORITY.

———•———

ANNAPOLIS:
S. S. MILLS & L. F. COLTON, PRINTERS.
1874.

0565

366            LAWS OF MARYLAND.

dred and forty-five, chapter three hundred and ten, the Maryland Tract Society was incorporated with a provision that the said act should inure for thirty years from the date of its passage, and it is therefore necessary that the corporate franchises, granted by the said act, should be renewed and extended in order to promote and continue the beneficent purposes of said corporation; therefore—

**Renewed and extended.** SECTION 1. *Be it enacted by the General Assembly of Maryland*, That the corporate franchises granted by the said act of Assembly, entitled "an act to incorporate the Maryland Tract Society," passed at December session, eighteen hundred and forty-five, chapter three hundred and ten, be and the same are hereby renewed and extended without any limitation as to the duration of said corporation; provided, however, that the said General Assembly reserves to itself the right at any time to amend, alter or repeal this act.

**In force.** SEC. 2. *And be it enacted*, That this act shall take effect from the date of its passage.

Approved April 11th, 1874.

———•◦•———

## CHAPTER 250.

AN ACT to prevent the carrying of guns, pistols, dirks, dirk-knives, razors, billies or bludgeons, by any person in Kent, Queen Anne's or Montgomery counties, on the day of election in said counties.

**Not lawful to carry.** SECTION 1 *Be it enacted by the General Assembly of Maryland*, That from and after the passage of this act, it shall not be lawful for any person in Kent, Queen Anne's or Montgomery counties, to carry, on the days of election, secretly or otherwise, any gun, pistol, dirk, dirk-knife, razor, billy or bludgeon; and any person violating the provisions of this act shall be deemed guilty of a misdemeanor, and on conviction thereof, before any justice of the peace in either

of said counties, shall be fined not less than five nor more than twenty dollars, and on refusal to pay said fine shall be committed by such justice of the peace to the jail of the county, until the same is paid.

Sec. 2. *And be it enacted*, That the fines collected Fines. under this act shall be paid by the officer collecting the same, to the school commissioners of the county where such offence shall have been committed, for school purposes.

Sec. 3. *And be it enacted*, That any constable of either of said counties, or the sheriff thereof, who shall refuse to arrest any person violating any provision Discharged. of this act, upon information of such offence, shall be deemed guilty of a misdemeanor, and on conviction thereof, before the Circuit Court for such county, shall be fined not less than twenty nor more than fifty dollars, and shall forthwith be discharged from office.

Approved, April 6th, 1874.

—————•·•·————

## CHAPTER 251.

AN ACT for the relief of the Cambridge and Chesapeake Railroad Company.

Section 1. *Be it enacted by the General Assembly of Maryland*, That the Cambridge and Chesapeake Railroad Company, be and it is hereby authorized and To demand empowered, to demand and receive for the trans-and receive. portation of passengers, goods, produce, merchandise or property of any description, upon said railroad, such sum or sums of money, as the President and Directors of said Company shall from time to time deem reasonable and proper.

Sec. 2. *And be it enacted*, That upon every subscription to the capital stock of said company there Subscriptions shall be paid, at the time of making the subscription, to capital stock the sum of one dollar on every share subscribed, and

# Exhibit 88

# LAWS OF MISSOURI.

## GENERAL AND LOCAL LAWS

PASSED AT THE

ADJOURNED SESSION

OF THE

XXVII<sup>TH</sup> GENERAL ASSEMBLY,

BEGUN AND HELD AT

THE CITY OF JEFFERSON, WEDNESDAY, JANUARY 7, 1874.

*BY AUTHORITY.*



JEFFERSON CITY:
REGAN & CARTER, STATE PRINTERS.
1874.

0569

SEC. 5.  The clerks so appointed shall, before entering upon their duties, enter into bond, with two or more sufficient securities, in the sum of not exceeding five thousand dollars, payable to the state of Missouri, conditioned for the faithful performance of the duties devolved upon them by this act—said bond to be taken and the amount thereof fixed by the judge of the circuit court of the county in which such clerk shall be appointed; which bond shall be filed in the office of the clerk of the circuit court of said county, and may be sued on in the name of the state of Missouri, for the use of any one injured by the breach thereof.

SEC. 6.  This act to take effect and be in force from and after its passage.

APPROVED March 19, 1874.

---

## CRIMES AND MISDEMEANORS: CARRYING CONCEALED WEAPONS.

### AN ACT to prevent the carrying of concealed weapons.

| SECTION | SECTION |
|---|---|
| 1.  Carrying concealed weapons in public assemblages prohibited. | 2.  Act to take effect immediately. |

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

SECTION 1.  Whoever shall, in this state, go into any church or place where people have assembled for religious worship, or into any school-room, or into any place where people may be assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court-room during the sitting of court, or into any other public assemblage of persons met for other than militia drill or meetings, called under the militia law of this state, having concealed about his person any kind of fire-arms, bowie-knife, dirk, dagger, slung-shot, or other deadly weapon, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not less than ten nor more than one hundred dollars, or by imprisonment in the county jail not to exceed six months, or by both such fine and imprisonment: *Provided*, that this act shall not apply to any person whose duty it is to bear arms in the discharge of duties imposed by law.

SEC. 2.  This act shall take effect and be in force from and after its passage.

APPROVED March 26, 1874.

0570

# Exhibit 89

# A DIGEST

OF THE

# LAWS OF TEXAS:

CONTAINING THE LAWS IN FORCE,

AND

# THE REPEALED LAWS

ON WHICH RIGHTS REST,

FROM 1754 TO 1874,

CAREFULLY ANNOTATED.

BY GEORGE W. PASCHAL,

OF AUSTIN, TEXAS,

LATE REPORTER OF THE SUPREME COURT OF TEXAS, AUTHOR OF PASCHAL'S ANNOTATED
CONSTITUTION, PASCHAL'S DIGEST OF DECISIONS, ETC., ETC.

Fourth Edition—Volume II

WASHINGTON, D. C.:

W. H. & O. H. MORRISON,

HOUSTON, TEXAS: E. H. CUSHING.

NEW YORK: BAKER, VOORHIS & CO.

1874.

0572

Entered according to Act of Congress, in the year 1874, by

GEORGE W. PASCHAL,

In the Office of the Librarian of Congress, at Washington, D. C.

STEREOTYPED AND PRINTED BY
M'GILL & WITHEROW,
WASHINGTON, D. C.

CRIMINAL CODE.                                    1317

‍ceeding one thousand dollars, and imprisoned in the penitentiary for a period not exceeding three years.

[Arts. 6485–6509 repealed by art. 6809A, p. 1303c.]

CHAPTER IV.—RIOTS AND UNLAWFUL ASSEMBLIES AT ELECTIONS, VIOLENCE USED TOWARDS ELECTORS.

11 July, 1870. Art. 6476 for caption.

ART. 6485. [28] Any person who may, by threats, intimidation, or violence, resist or impede a registrar, or board of appeals or revision, in the discharge of their duties, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine of not less than fifty, nor more than one hundred dollars, and by imprisonment of not less than sixty days, or more than six months, in the county jail.

Punishment of threats and intimidation impeding registration. Art. 6684. Repealed, 6809A.

ART. 6486. [28] Any registrar who, by violence or threats, is impeded in the discharge of his duty, shall report the same to the sheriff, who shall furnish a sufficient force to enable him to proceed in the discharge of his duty.

Registrars to report violence.

ART. 6487. [38] Any person or persons who shall disturb the registrars or boards of revision in the full and fair discharge of their duties, by acts of intimidation, by inciting or encouraging a tumult or mob, or who shall cause such disturbance, or encourage, or abet any tumult, mob, or violence in the vicinity of any place of registry, shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding five hundred dollars, or by imprisonment in the penitentiary for a period not exceeding two years, nor less than six months.

Disturbers of registrars punished.

Fine or imprisonment.

ART. 6488. [46] (cl. 1) Any person who shall, by threats of discharge from employment, of withholding wages, or of proscription in business, influence, or attempt to influence, any voter in the casting of his vote at any election, shall be deemed guilty of a misdemeanor, and, upon conviction thereof, shall be punished by a fine of not less than five hundred dollars, one-half of which shall go to the informer, and the other half to the school fund of the state, and by imprisonment in the county prison for not less than three months.

Intimidation of voter by threats punished as misdemeanor. Art. 1893.

Fine not less than $500,

and 3 months imprisonment.

ART. 6489. [43] (cl. 2) Any person who shall discharge from his employment any laborer, employé, tenant, or mechanic, who shall have been working for such person under contract, written or oral, for a specified time, before such time shall have expired, or who shall withhold from any laborer, employé, tenant, or mechanic, any part of the wages due to such laborer, employé, tenant, or mechanic, on account of any vote which such laborer, employé, tenant, or mechanic has given, or purposes to give, shall be deemed guilty of a misdemeanor, and, on conviction thereof, shall be punished by a fine of not less than five hundred dollars, one-half of which shall go to the informer, and the other half to the school fund of the state, and by imprisonment in the county jail for not less than three months.

Punishment for discharging laborer on account of his vote; made a misdemeanor, and punished by

fine not less than $500

and 3 months' imprisonment.

ART. 6490. [55] (1) It shall be unlawful for any person to carry any gun, pistol, bowie-knife, or other dangerous weapon, concealed or unconcealed, on any day of election, during the hours the polls are open, within a distance of one half mile of any place of election. (2) Any person violating the provisions of this section shall be deemed guilty of a misdemeanor, and on conviction shall be punished by a fine of not less than one hundred dollars, and by imprisonment in the county jail for not less

Carrying weapons at election punished. Art. 1891.

Penalty for violating this section.

1318                          CRIMINAL CODE

Officers of election and police exempted.

than one month: *Provided*, That the provisions of this section shall not apply to any officer of the election, police officer, or other person authorized to preserve the peace on the days of election.

Selling liquor on days of election.

ART. 6491. [56] No person shall give, sell, or barter any spirituous or intoxicating liquor to any person on the days of election ; and any person found guilty of violating the provisions of this section shall be fined in a of sum not less than one hundred dollars, nor more than three hundred dollars, which shall go to the school fund.

School fund.

15 Aug., 1870; art. 6481 for caption. Disturbing election by mob punished. Arts. 1891-1894.

ART. 6492. [49] Any person or persons who shall disturb an election, by inciting or encouraging a tumult or mob, or shall cause such disturbance in the vicinity of any poll or voting place, shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by a fine not exceeding five hundred dollars, nor less than two hundred dollars, and by imprisonment in the penitentiary for a period not exceeding two years, nor less than six months.

11 July, 1870. Art. 6476 for caption.

CHAPTER V.—MISCELLANEOUS OFFENSES AFFECTING THE RIGHT OF SUFFRAGE.

Alterations, changes, and mutilations of registration books punished by fine or imprisonment. Art. 1900. [Arts. 6493-6500 repealed by art. 6500A, p. 13.&c.]

ART. 6493. [26] If any person shall alter, change, mutilate, or in any manner deface any book of registration, or shall take and carry away the same from the office of the clerk of the district court, registrar, or judge of election, or other place where the same may be lawfully deposited, or from the lawful possession of any person whomsoever, with intent to destroy, suppress, alter, or conceal, or in any wise mutilate or destroy the same, so as to prevent the lawful use of such book or books of registration, such person shall be deemed guilty of felony, and, upon conviction thereof, shall be punished as prescribed in section twenty-five of this act.

Art. 6480.

Punishment for false registration and illegal voting. Perjury. Art. 1898.

ART. 6494. [32] (cl. 1) Any person who shall take and subscribe the registration oath falsely shall, upon conviction thereof, be punished as provided by law for the crime of perjury, and any person who shall knowingly and willfully vote, or attempt to vote, upon the registration certificate of another, or of one who may be dead, shall, upon conviction thereof, forfeit and pay a fine of five hundred dollars, and in default thereof shall be imprisoned in the county jail for a term not exceeding one year.

Penalty.

Giving false name punished by fine or imprisonment.

ART. 6495. [32] (cl. 2) Any person giving a false name, with intent to deceive a registrar, shall, upon conviction thereof, be deemed guilty of a misdemeanor, and fined in a sum not to exceed one hundred dollars, or be punished by imprisonment in the county jail for a term not to exceed one year.

15 Aug., 1870. Art. 6481 for caption. Disturbing ballots punished by fine or imprisonment.

ART. 6496. [47] Any person not authorized by this law to receive or count ballots at an election, who shall, during or after any election, and before the votes have been counted by the judges of election, disturb, displace, conceal, destroy, handle, or touch any ballot, after the same has been received from the voter by the judge of election, shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, be punished by a fine of not less than one hundred dollars, or by imprisonment for not less than six months, or both, at the discretion of the court.

At discretion.

Repeaters punished by fine and imprisonment. Art. 1897.

ART. 6497. [48] Any person who shall vote, or attempt to vote, more than once at the same election, shall be deemed guilty of a felony, and, upon conviction thereof, shall be pun-

0575

1322                              CRIMINAL CODE.

days' imprison-
ment.

jail nor less than one day nor more than ten days, or both, in the discretion of the court or jury before whom the trial is had.

AN ACT REGULATING THE RIGHT TO KEEP AND BEAR ARMS.

12 Aug., 1870;
took effect 12
Oct. 1870. Vol. 21,
part 1, p. 63.
Persons not to
bear arms at pub-
lic assemblies.
Social inter-
course and elec-
tions not to be
made dangerous.

Art. 6512.

ART. 6511. [1] If any person shall go into any church or religious assembly, any school-room or other place where persons are assembled for educational, literary, or scientific purposes, or into a ball-room, social party, or other social gathering, composed of ladies and gentlemen, or to any election precinct on the day or days of any election, where any portion of the people of this state are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any other public duty, or any other public assembly, and shall have

Kinds of weapons
prohibited.

Fine $50 to $500.
Notes, 111, 167.

about his person a bowie-knife, dirk, or butcher-knife, or fire-arms, whether known as a six-shooter, gun, or pistol of any kind, such person so offending shall be deemed guilty of a misdemeanor, and on conviction thereof shall be fined in a sum not less than fifty or more than five hundred dollars, at the discretion of the court or jury trying the same: *Provided,* That nothing contained in this section shall apply to locations subject

Scalp-lifting
country except-
ed.

Armed officials.

to Indian depredations: *And provided further,* That this act shall not apply to any person or persons whose duty it is to bear arms on such occasions in discharge of duties imposed by law.

12 April, 1871;
took effect 12
June, 1871. Vol.
21, part 2, p. 25.
Carrying arms a
misdemeanor,
punishable by
fine and forfeit-
ure, unless, &c.
Patriots and mili-
tiamen excepted.
Art. 6511.
[This section is
constitutional.
*English* v. *The
State,* 35 Tex.,
474.]

Fine $25 to $100
for first offense.

AN ACT TO REGULATE THE KEEPING AND BEARING OF DEADLY WEAPONS.

ART. 6512. [1] Any person carrying on or about his person, saddle, or in his saddle-bags, any pistol, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manufactured or sold for the purpose of offense or defense, unless he has reasonable grounds for fearing an unlawful attack on his person, and that such ground of attack shall be immediate and pressing; or unless having or carrying the same on or about his person for the lawful defense the state, as a militiaman in actual service, or as a peace officer or policeman, shall be guilty of a misdemeanor, and, on conviction thereof, shall, for the first offense, be punished by fine of not less than twenty-five nor more than one hundred dollars, and shall forfeit to the county the weapon or weapons so found on or

Imprisonment
for second of-
fense.
Notes 111, 167.

about his person; and for every subsequent offense may, in addition to such fine and forfeiture, be imprisoned in the county jail for a term not exceeding sixty days; and in every case of fine under this section the fines imposed and collected shall go into the treasury of the county in which they may have been

People at home
and officials ex-
cepted.
[Carrying weap-
ons to and from
market is within
the proviso. *Wad-
dell* v. *The State,*
37 Tex., 356. But
carrying a pistol
hog hunting in
the woods is not
within the ex-
ception. *Baird*
v. *The State,* 39
Tex., 609.]

Art. 6512.
Justification
must be immedi-

imposed: *Provided,* That this section shall not be so construed as to prohibit any person from keeping or bearing arms on his or her own premises, or at his or her own place of business, nor to prohibit sheriffs or other revenue officers, and other civil officers, from keeping or bearing arms while engaged in the discharge of their official duties, nor to prohibit persons traveling in the state from keeping or carrying arms with their baggage: *Provided further,* That members of the legislature shall not be included under the term "civil officers" as used in this act.

ART. 6513. [2] Any person charged under the first section of this act, who may offer to prove, by way of defense, that he was

in danger of an attack on his person, or unlawful interference with his property, shall be required to show that such danger was immediate and pressing, and was of such a nature as to alarm a person of ordinary courage; and that the weapon so carried was borne openly and not concealed beneath the clothing; and if it shall appear that this danger had its origin in a difficulty first commenced by the accused, it shall not be considered as a legal defense. *[ate and pressing danger; and weapon not concealed. Impending danger.]*

ART. 6514. [3] If any person shall go into any church or religious assembly, any school-room, or other place where persons are assembled for amusement, or for educational or scientific purposes, or into any circus, show, or public exhibition of any kind, or into a ball-room, social party, or social gathering, or to any election precinct on the day or days of any election, where any portion of the people of this state are collected to vote at any election, or to any other place where people may be assembled to muster, or to perform any other public duty, (except as may be required or permitted by law,) or to any other public assembly, and shall have or carry about his person a pistol, or other firearm, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manufactured and sold for the purposes of offense and defense, unless an officer of the peace, he shall be guilty of a misdemeanor, and, on conviction thereof, shall, for the first offense, be punished by a fine of not less than fifty, nor more than five hundred dollars, and shall forfeit to the county the weapon or weapons so found on his person; and for every subsequent offense may, in addition to such fine and forfeiture, be imprisoned in the county jail for a term of not more than ninety days. *[Attending public meetings armed an offense to be punished in like manner. Society protected and attempted civilization. Character of arms prohibited. Fine $50 to $100 for first offense, and imprisonment for perseverance.]*

ART. 6515. [4] This act shall not apply to nor be enforced in any county of the state which may be designated in a proclamation of the governor as a frontier county, and liable to incursions of hostile Indians. *[Governor may exempt frontier counties by proclamation.]*

ART. 6516. [5] All fines collected under the provisions of this act shall be paid into the treasury of the county, and appropriated exclusively to the keeping in repair and maintenance of public roads, and all weapons forfeited to the county under the provisions of this act shall be sold as may be prescribed by the county court, and the proceeds appropriated to the same purpose. *[Art. 6517. All fines under this act must be paid into county treasury.]*

ART. 6517. [6] It shall be the duty of all sheriffs, constables, marshals, and their deputies, and all policemen and other peace officers, to arrest any person violating the first or third sections of this act, and to take such person immediately before a justice of the peace of the county where the offense is committed, or before a mayor or recorder of the town or city in which the offense is committed, who shall investigate and try the case without delay. On all such trials the accused shall have the right of a trial by jury, and of appeal to the district court; but, in case of appeal, the accused shall be required to give bond, with two or more good and sufficient sureties, in a sum of not less than one hundred, nor more than two hundred dollars, if convicted under the first section, and in a sum of not less than two hundred, nor more than one thousand dollars, if convicted under the third section of this act; said bond to be payable to the state of Texas, and approved by the magistrate, and conditioned that the defendant will abide the judgment of the district court that may be rendered *[Peace officers to arrest offenders, &c. 1330a. Justices have jurisdiction of this offense. Hilliard v. The State, 37 Tex., 359. Jury trial and appeal allowed. Appeal bond. Payable to State.]*

1324                              CRIMINAL CODE.

in the case; and in case of forfeiture the proceedings thereon shall be as is or may be prescribed by law in similar cases; and all moneys collected on any bond or judgment upon the same, shall be paid over and appropriated as provided in the fifth section of this act.

ART. 6518. [7] Any officer named in the sixth section of this act who shall refuse or fail to arrest any person whom he is required to arrest by said section on his own information, or where knowledge is conveyed to him of any violation of the first or third sections of this act, shall be dismissed from his office on conviction in the district court, on indictment or information, or by such other proceedings or tribunal as may be provided by law, and, in

addition, shall be fined in any sum not exceeding five hundred dollars, at the discretion of the court or jury.

ART. 6519. [8] The district courts shall have concurrent jurisdiction under this act, and it is hereby made the duty of the several judges of the district courts of this state to give this act especially in charge to the grand juries of their respective counties.

ART. 6520. [9] It is hereby made the duty of the governor to publish this act throughout the state; and this act shall take effect and be in force from and after the expiration of sixty days after its passage.

TITLE XIII.—OF OFFENSES AGAINST PUBLIC POLICY AND ECONOMY.

CHAPTER I.—ILLEGAL BANKING AND PASSING SPURIOUS MONEY.

                          AN ACT CONCERNING PRIVATE CORPORATIONS.

ART. 6521. [79] Every such corporation shall semi-annually, in the months of July and January, publish in one or more newspapers in the county where such corporation shall have its place of business, a statement, verified by the oath of its president or secretary, setting forth its actual financial condition, and the amount of its property and liabilities, under a penalty of five

hundred dollars to the state, to be recovered by indictment against the president, cashier, or directors, and shall also deposit a copy of said statement, verified as aforesaid, in the office of the secretary of state.

CHAPTER III.—OF SELLING TO INDIANS.

ART. 6522. [408] If any person shall give or barter, or cause to be sold, given, or bartered, any ardent spirits, or any spirituous or intoxicating liquors, or firearms, or ammunition, to any Indian of the wild or unfriendly tribes, he shall be fined not less

than ten nor more than one hundred dollars. Justices of the peace and mayors shall have jurisdiction under this article.

                               CHAPTER IV.—GAMING.

[AN ACT TO AMEND ARTICLES FOUR HUNDRED AND TWELVE AND FOUR HUNDRED AND EIGHTEEN OF THE PENAL CODE, AS AMENDED BY ACT PASSED 11 MAY, 1871.

ART. 6523. [412] If any person shall keep or exhibit, for the purpose of gaming, any gaming table or bank of any name or description whatever, or any table or bank used for gaming which has no name, or pigeon hole table, or Jenny Lind table, or nine or ten pin alley, used for gaming; and such pigeon hole

# Exhibit 90

# L A W S ·

OF THE

# STATE OF MISSISSIPPI,

PASSED AT A REGULAR SESSION

OF THE

# MISSISSIPPI LEGISLATURE,

HELD IN THE

# CITY OF JACKSON,

Commencing Jan. 8th, 1878, and Ending March 5th, 1878.

## PRINTED BY AUTHORITY.

JACKSON, MISS.:
POWER & BARKSDALE, STATE PRINTERS.
1878.

0580

## CHAPTER XLVI.

AN ACT to prevent the carrying of concealed weapons, and for other purposes.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi*, That any person, not being threatened with, or having good and sufficient reason to apprehend an attack, or traveling (not being a tramp) or setting out on a journey, or peace officers, or deputies in discharge of their duties, who carries concealed, in whole or in part, any bowie knife, pistol, brass knuckles, slung shot or other deadly weapon of like kind or description, shall be deemed guilty of a misdemeanor, and on conviction, shall be, punished for the first offence by a fine of not less than five dollars nor more than one hundred dollars, and in the event the fine and cost are not paid shall be required to work at hard labor under the direction of the board of supervisors or of the court, not exceeding two months, and for the second or any subsequent offence, shall, on conviction, be fined not less than fifty nor more than two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor not exceeding six months under the direction of the board of supervisors, or of the court. That in any proceeding under this section, it shall not be necessary for the State to allege or prove any of the exceptions herein contained, but the burden of proving such exception shall be on the accused.

*When concealed weapons may be carried.*

*Penalty for carrying weapons.*

*Burden of proof on accused.*

SEC. 2. *Be it further enacted*, That it shall not be lawful for any person to sell to any minor or person intoxicated, knowing him to be a minor or in a state of intoxication, any weapon of the kind or description in the first section of this Act described, or any pistol cartridge, and on conviction shall be punished by a fine not exceeding two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor under the direction of the board of supervisors or of the court, not exceeding six months.

*Minors, or persons intoxicated.*

176                    LAWS OF THE

**Minor under 16 years.**

SEC. 3. *Be it further enacted,* That any father, who shall knowingly suffer or permit any minor son under the age of sixteen years to carry concealed, in whole or in part, any weapon of the kind or description in the first section of this Act described, shall be deemed guilty of a misdemeanor, and on conviction, shall be fined not less than twenty dollars, nor more than two hundred dollars, and if the fine and costs are not paid, shall be condemned to hard labor under the direction of the board of supervisors or of the court.

**Students.**

SEC. 4. *Be it further enacted,* That any student of any university, college or school, who shall carry concealed, in whole or in part, any weapon of the kind or description in the first section of this Act described, or any teacher, instructor, or professor who shall, knowingly, suffer or permit any such weapon to be carried by any student or pupil, shall be deemed guilty of a misdemeanor, and, on conviction, be fined not exceeding three hundred dollars, and if the fine and costs are not paid, condemned to hard labor under the direction of the board of supervisors or of the court.

**Tax fee of justice.**

SEC. 5. *Be it further enacted,* That each justice of the peace before whom a conviction is had, shall, in addition to the costs now allowed by law, be entitled to a tax fee of two dollars and a half.

**Act to be read in courts**

SEC. 6. *Be it further enacted,* That immediately after the passage of this Act, the Secretary of State shall transmit a copy to each circuit judge in the State, who shall cause the same to be read in open court on the day for the calling of the State docket of the court.

SEC. 7. *Be it further enacted,* That this Act take effect from and after its passage.

APPROVED, February 28, 1878.

0582

# Exhibit 91

# THE

# REVISED STATUTES

OF THE

# STATE OF MISSOURI.

# 1879.

TO WHICH ARE PREFIXED THE DECLARATION OF INDEPENDENCE, WASHINGTON'S
FAREWELL ADDRESS, ARTICLES OF CONFEDERATION, CONSTITUTION OF THE
UNITED STATES, ACT OF CONGRESS FOR THE FORMATION OF A STATE
GOVERNMENT, ORDINANCE OF THE CONVENTION ASSENTING THERETO,
AND CONSTITUTION OF MISSOURI: WITH AN APPENDIX CONTAIN-
ING CERTAIN ACTS OF CONGRESS, AND PRACTICAL FORMS,
REQUIRED TO BE PUBLISHED THEREIN.

## REVISED AND PROMULGATED BY THE XXXTH GENERAL ASSEMBLY.

———

## VOLUME ONE.

———

COLLATED AND ANNOTATED BY JOHN A. HOCKADAY, THOMAS H. PARRISH,
BENJAMIN F. McDANIEL AND DANIEL H. McINTYRE, COMMITTEE
APPOINTED FOR THAT PURPOSE.

———

PUBLISHED BY AUTHORITY OF CHAPTER 46, ARTICLE V, OF THE REVISED STATUTES OF THE STATE OF MISSOURI.

———

CITY OF JEFFERSON:
CARTER & REGAN, STATE PRINTERS AND BINDERS.
1879.

0584

SEC. 1271. *Abandonment of children.*—If any father or mother of any child under the age of six years, or any other person to whom such child shall have been confided, shall expose such child in a street, field or other place, with intent wholly to abandon it, he or she shall, upon conviction, be punished by imprisonment in the penitentiary not exceeding five years, or in the county jail not less than six months.  (G. S. 781, § 39.)

SEC. 1272. *Mistreatment of apprentices.*—If any master or mistress of an apprentice or other person having the legal care and control of any infant, shall, without lawful excuse, refuse or neglect to provide for such apprentice or infant, necessary food, clothing or lodging, or shall unlawfully and purposely assault such apprentice or infant, whereby his life shall be endangered, or his health shall have been or shall be likely to be permanently injured, the person so offending shall, upon conviction, be punished by imprisonment in the penitentiary not exceeding three years, or by imprisonment in the county jail not exceeding one year, or by a fine of not more than one thousand dollars, or by both such fine and imprisonment. (New section.)

SEC. 1273. *Abandonment of wife or child.*—If any man shall, without good cause, abandon or desert his wife, or abandon his child or children under the age of twelve years born in lawful wedlock, and shall fail, neglect or refuse to maintain and provide for such wife, child or children, he shall, upon conviction, be punished by imprisonment in the county jail not more than one year, or by a fine of not less than fifty, nor more than one thousand dollars, or by both such fine and imprisonment.  No other evidence shall be required to prove that such husband was married to such wife, or is the father of such child or children, than would be necessary to prove such fact or facts in a civil action. (Laws 1867, p. 112, amended—*m.*)

SEC. 1274. *Carrying deadly weapons, etc.*—If any person shall carry concealed, upon or about his person, any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct, on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose, other than for militia drill or meetings called under the militia law of this state, having upon or about his person any kind of firearms, bowie-knife, dirk, dagger, slung-shot, or other deadly weapon, or shall, in the presence of one or more persons, exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, or shall, directly or indirectly, sell or deliver, loan or barter to any minor, any such weapon, without the consent of the parent or guardian of such minor, he shall, upon conviction, be punished by a fine of not less than five nor more than one hundred dollars, or by imprisonment in the county jail not exceeding three months, or by both such fine and imprisonment.  (Laws 1874, p. 43; laws 1875, p. 50, and laws 1877, p. 240, amended.)

SEC. 1275. *Above section not to apply to certain officers.*—The next preceding section shall not apply to police officers, nor to any officer or person whose duty it is to execute process or warrants, or to suppress breaches of the peace, or make arrests, nor to persons moving or traveling peaceably through this state, and it shall a good defense to the charge of carrying such weapon, if the defendant shall show that he has been threatened with great bodily harm, or had good reason to carry the same in the necessary defense of his person, home or property.  (New section.)

SEC. 1276. *Fire arms not to be discharged near court house.*—Hereafter it shall be unlawful for any person in this state, except he be a sheriff or other officer in the discharge of official duty, to discharge or fire off any

(m)  Wife held to be a competent witness to prove fact of abandonment.  43 Mo. 429.  The fact that the defendant has brought suit for divorce is no defense.  52 Mo. 172.

# Exhibit 92

# THE

# REVISED CODE

OF THE

## STATUTE LAWS

OF THE

# STATE OF MISSISSIPPI,

PREPARED BY

## J. A. P. CAMPBELL,

AND

REPORTED TO AND AMENDED, AND ADOPTED BY THE LEGISLATURE AT ITS
BIENNIAL SESSION, IN 1880.

WITH REFERENCES TO DECISIONS OF THE HIGH COURT OF ERRORS
AND APPEALS, AND OF THE SUPREME COURT,
APPLICABLE TO THE STATUTES.

**PUBLISHED BY AUTHORITY OF THE LEGISLATURE.**

JACKSON, MISS.:
J. L. POWER, STATE PRINTER
1880.

0587

prisonment in the county jail, not longer than six months, or by both; and any person who shall discharge such fire-arm, so intentionally pointed or aimed, shall be punished by not exceeding double such fine or imprisonment, or both; and any person, who, by such discharge shall maim, kill or injure another, shall be punished by imprisonment in the penitentiary, not exceeding five years; and on the trial of an indictment for a homicide, if the jury shall be satisfied that the accused is guilty under this section, it may find him not guilty of murder or manslaughter, and render a verdict of guilty under this section.

### CARRYING CONCEALED WEAPONS.

§ 2985.* Any person, not being threatened with, or having good and sufficient reason to apprehend an attack, or travelling (not being a tramp) or setting out on a journey, or a peace officer, or deputy, in discharge of his duties, who carries concealed, in whole or in part, any bowie knife, pistol, brass or metalic knuckles, slung-shot, or other deadly weapon of like kind or description, shall be deemed guilty of a misdemeanor, and on conviction, shall be punished by fine not exceeding one hundred dollars, and in the event the fine and costs are not paid, shall be required to work at hard labor under the direction of the board of supervisors or of the court, not exceeding two months, and for the second or any subsequent offence, shall, on conviction, be fined not less than fifty nor more than two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor, not exceeding six months, as above provided, and in any proceeding under this section, it shall not be necessary for the state to allege or prove any of the exceptions herein contained, but the burden of proving such exception shall be on the accused.

§ 2986. It shall not be lawful for any person to sell to any minor or person intoxicated, knowing him to be a minor or in a state of intoxication, any weapon of the kind or description in the foregoing section described, or any pistol cartridge, and on conviction he shall be punished by a fine not exceeding two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor under the direction of the board of supervisors or of the court, not exceeding six months.

§ 2987. Any father who shall knowingly suffer or permit any minor son under the age of sixteen years to carry concealed, in whole or in part, any weapon of the kind or description in the foregoing section described, shall be deemed guilty of a misdemeanor, and on conviction, shall be fined not less than twenty dollars, nor more than two hundred dollars, and if the fine and costs are not paid, shall be condemned to hard labor as provided in the preceding section.

§ 2988. Any student of any university, college, or school who shall carry concealed, in whole or in part, any weapon of the kind or description in the foregoing section described, or

* 57 M., 685.

Case 3:23-cv-00056-JBA   Document 23-7   Filed 03/30/23   Page 68 of 109

any teacher, instructor or professor who shall knowingly, suffer or permit any such weapon to be carried by any student or pupil, shall be deemed guilty of a misdemeanor, and on conviction, be fined not exceeding three hundred dollars, and if the fine and costs are not paid, be condemed to hard labor as above provided.

§ 2989.  Each justice of the peace, before whom a conviction is had, under this title, shall, in addition to the costs now allowed by law, be entitled to a tax fee of two dollars and fifty cents.

# CHAPTER 78.

## AN ACT

### IN RELATION TO CRIMINAL PROCEDURE.

#### JURISDICTION.

§ 2990.  The several courts of justice, organized under the constitution and laws of this state, shall possess the sole and exclusive jurisdiction of trying and punishing all persons, in the manner prescribed by law, for crimes and offences committed in this state, except such as are exclusively cognizable by the courts deriving their jurisdiction from the constitution and laws of the United States.

§ 2991.  The local jurisdiction of all offences, unless otherwise provided by law, shall be in the county where the offence was committed.  But, if on the trial the evidence makes it doubtful in which of several counties, including that in which the indictment alleges it, the offence was committed, such doubt shall not avail to procure the acquittal of the defendant.

§ 2992.  Where an offence is commenced out of this state, and consummated in it, or where an offence is consummated in this state, by any means or agency, proceeding from a person out of this state, the person so commencing such offence or putting in operation such means or agency, although out of the state, at the time such offence was actually consummated, shall be liable to indictment and punishment therefor, in the county where the offence was consummated.

§ 2993.  Where an offence is commenced in this state, and

0589

# Exhibit 93

# THE LAWS AND ORDINANCES

OF THE

## CITY OF NEW ORLEANS

FROM THE

## CONSOLIDATION OF THE MUNICIPALITES IN 1852

TO THE 1st OF JANUARY, 1882.

Generated on 2023-03-07 19:34 GMT  /  https://hdl.handle.net/2027/nyp.33433014832970
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

0591

# JEWELL'S DIGEST

OF THE

# CITY ORDINANCES,

TOGETHER WITH THE

CONSTITUTIONAL PROVISIONS, ACTS OF THE GENERAL ASSEMBLY
AND DECISIONS OF THE COURTS RELATIVE TO
THE GOVERNMENT

OF THE

# CITY OF NEW ORLEANS




BY  AUTHORITY  OF  THE  CITY  COUNCIL.

COMPILED AND PUBLISHED BY EDWIN L. JEWELL,
ATTORNEY AT LAW.

NEW ORLEANS.
1882.

Generated on 2023-03-07 19:35 GMT  /  https://hdl.handle.net/2027/nyp.33433014832970
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

# LAWS AND ORDINANCES

### OF THE

# CITY OF NEW ORLEANS.

## I TITLE.

## AMUSEMENTS.

### CHAPTER FIRST.

### GENERAL ORDINANCES.

ARTICLE 1.   That hereafter it shall not be lawful for any person to carry a dangerous weapon, concealed or otherwise, into any theatre, public hall, tavern, pic-nic ground, place for shows or exhibitions, house or other place of public entertainment or amusement. — *Concealed weapons or otherwise in halls or theatres. May, 1879. A. S. 5045.*

ART. 2.   That any person violating the provisions of the first section of this ordinance, by carrying a dangerous weapon, not concealed, into any of the places designated in said section, shall be subject to the payment of a fine not exceeding twenty-five dollars, or to imprisonment in the parish prison not to exceed twenty days, to be imposed by the Recorder within whose jurisdiction the offense is committed. — *Penalty. Ibid.*

ART. 3.   That any person violating the provisions of the first section of this ordinance by carrying a dangerous weapon concealed about his person, in any of the places designated in said section, shall be arrested and prosecuted for violation of the law relative to the carrying of dangerous weapons concealed about the person. — *Penalty. Ibid.*

ART. 4.   That the Chief of Police and the members of the police force of the city of New Orleans be charged with the enforcement of this ordinance, and to that end they are authorized and required to examine all persons entering any of the places specified in section one of this ordinance, and to arrest and prefer the proper charge against all persons violating this ordinance. — *Police to enforce ordinance. Ibid.*

ART. 5.   That the provisions of this ordinance shall not apply to the officers and members of military organizations, when acting as such, nor to the carrying of arms or weapons intended to be used in any show, exhibition or other entertainment. — *Military organizations excepted.*

Generated on 2023-03-07 19:33 GMT  /  https://hdl.handle.net/2027/nyp.33433014832970
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

# Exhibit 94

# LAWS

OF THE

# STATE OF MARYLAND,

## MADE AND PASSED AT A SESSION OF THE GENERAL ASSEMBLY,

Begun and held at the City of Annapolis, on the Sixth day of January,
and ended on the Fifth day of April, 1886.

# 1886



PUBLISHED BY AUTHORITY.

BALTIMORE:

JOHN MURPHY & CO.

Publishers of the New Revised Code of Maryland, Hinkley's Testamentary Law, &c.

182 BALTIMORE STREET.

GEORGE T. MELVIN, STATE PRINTER.

1886.

0595

G. L. Copeland; and also to issue his warrant upon the Treasurer for the sum of sixty dollars, payable to the order of Abram Zarks; and also to issue his warrant upon the Treasurer for the sum of sixty dollars, payable to the order of C. E. Gordon; the said sums of money having been paid for State license erroneously issued to said persons by the Clerk of the Circuit Court of Anne Arundel county.

SEC. 2. *And be it enacted,* That this act shall take effect from the date of its passage.   Effective.

Approved April 7, 1886.

---

## CHAPTER 189.

AN ACT to prevent the carrying of guns, pistols, dirk-knives, razors, billies or bludgeons by any person in Calvert county, on the days of election in said county, within one mile of the polls.

SECTION 1. *Be it enacted by the General Assembly of Maryland,* That from and after the passage of this act, it shall not be lawful for any person in Calvert county to carry, on the days of election and primary election, within three hundred yards of the polls, secretly, or otherwise, any gun, pistol, dirk, dirk-knife, razor, billy or bludgeon, and any person violating the provisions of this act, shall be deemed guilty of a misdemeanor, and on conviction thereof by the Circuit Court of Calvert county having criminal jurisdiction thereof, or before any Justice of the Peace in said county, shall be fined not less than ten nor more than fifty dollars for each offence, and on refusal or failure to pay said fine, shall be committed to the Jail of the county until the same is paid.

Unlawful to carry weapons to the polls.

SEC. 2. *And be it enacted,* That the fines collected under this act shall be paid by the offi-

316                    LAWS OF MARYLAND.

Fines go to
schools.

cer collecting the same, to the School Commissioners of the county in which the offence was committed, for School purposes.

SEC. 3. *And be it enacted*, That any Constable of said county, or the Sheriff thereof, who shall refuse to arrest any person violating any provision of this act, upon information of such offence, shall be deemed guilty of a misdemeanor, and on conviction thereof before the Circuit Court for Calvert county, as the case may be, shall be fined not less than fifty nor more than one hundred dollars, and shall, in the discretion of the Court, be discharged from office.

Misdemeanor.

Penalty.

SEC. 4. *And be it enacted*, That this act shall take effect from the date of its passage.

Effective.

Approved April 7, 1886.

---

CHAPTER 190.

AN ACT to repeal section three of the acts of eighteen hundred and eighty-four, chapter sixteen, entitled an act for the protection of birds in Prince George's and Anne Arundel counties, and to re-enact the same with amendments, and to add new sections thereto.

SECTION 1. *Be it enacted by the General Assembly of Maryland*, That section three of chapter sixteen of the acts of eighteen hundred and eighty-four, entitled an act for the protection of birds in Prince George's and Anne Arundel counties, be and the same is hereby repealed and re-enacted so as to read as follows, and that new sections be added thereto.

Repealed and
re-enacted.

SEC. 3. *And be it enacted*, That it shall not be lawful for any person or persons in said counties to shoot, kill or catch or in any way to

# Exhibit 95

# ACTS,

## RESOLUTIONS AND MEMORIALS

OF THE

### FIFTEENTH

# LEGISLATIVE ASSEMBLY

OF THE

## TERRITORY OF ARIZONA.

SESSION BEGUN ON THE TWENTY-FIRST DAY
OF JANUARY, A. D. 1889.

PRESCOTT
OFFICE OF THE COURIER,
1889

0599

SEC. 3   This Act shall be in force and effect from and after its passage.

Approved March 18, 1889.

<hr>

No. 13.       AN ACT

Defining and Punishing Certain Offenses Against the Public
Peace.

*Be it Enacted by the Legislative Assembly of the Territory
of Arizona:*

SECTION 1.   If any person within any settlement, town,
village or city within this Territory shall carry on or about
his person, saddle, or in his saddlebags, any pistol, dirk,
dagger, slung shot, sword-cane, spear, brass knuckles, bowie
knife, or any other kind of knife manufactured or sold for
purposes of offense or defense, he shall be punished by a fine
of not less than twenty-five nor more than one hundred dol-
lars; and in addition thereto, shall forfeit to the County in
which he is convicted, the weapon or weapons so carried.

SEC. 2.   The preceding article shall not apply to a person
in actual service as a militiaman, nor as a peace officer or police-
man, or person summoned to his aid, nor to a revenue or other
civil officer engaged in the discharge of official duty, nor to
the carrying of arms on ones own premises or place of busi-
ness, nor to persons traveling, nor to one who has reasonable
ground for fearing an unlawful attack upon his person, and
the danger is so imminent and threatening as not to admit of
the arrest of the party about to make such attack upon legal
process.

SEC. 3.   If any person shall go into any church or relig-
ious assembly, any school room, or other place where persons
are assembled for amusement or for educational or scientific
purposes, or into any circus, show or public exhibition of any
kind, or into a ball room, social party or social gather-
ing, or to any election precinct on the day or days
of any election, where any portion of the people of this
Territory are collected to vote at any election, or to any
other place where people may be assembled to muster or
to perform any other public duty, or to any other public as-
sembly, and shall have or carry about his person a pistol or

other firearm, dirk, dagger, slung shot, sword-cane, spear, brass knuckles, bowie knife, or any other kind of a knife manufactured and sold for the purposes of offense or defense, he shall be punished by a fine not less than fifty nor more than five hundred dollars, and shall forfeit to the County the weapon or weapons so found on his person.

Sec. 4.   The preceding article shall not apply to peace officers, or other persons authorized or permitted by law to carry arms at the places therein designated.

Sec. 5.   Any person violating any of the provisions of Articles 1 and 3, may be arrested without warrant by any peace officer and carried before the nearest Justice of the Peace for trial; and any peace officer who shall fail or refuse to arrest such person on his own knowledge, or upon information from some credible person, shall be punished by a fine not exceeding three hundred dollars.

Sec. 6.   Persons traveling may be permitted to carry arms within settlements or towns of the Territory for one-half hour after arriving in such settlements or town, and while going out of such towns or settlements; and Sheriffs and Constables of the various Counties of this Territory and their lawfully appointed deputies may carry weapons in the legal discharge of the duties of their respective offices.

Sec. 7.   It shall be the duty of the keeper of each and every hotel, boarding house and drinking saloon, to keep posted up in a conspicuous place in his bar room, or reception room if there be no bar in the house, a plain notice to travelers to divest themselves of their weapons in accordance with Section 9 of this Act, and the Sheriffs of the various Counties shall notify the keepers of hotels, boarding houses and drinking saloons in their respective Counties of their duties under this law, and if after such notification any keeper of a hotel, boarding house or drinking saloon, shall fail to keep notices posted as required by this Act, he shall, on conviction thereof before a Justice of the Peace, be fined in the sum of five dollars to go to the County Treasury.

Sec. 8.   All Acts or parts of Acts in conflict with this Act are hereby repealed.

Sec. 9.   This Act shall take effect upon the first day of April, 1889.

Approved March 18, 1889.

# Exhibit 96

# GENERAL LAWS

OF THE

# TERRITORY OF IDAHO,

PASSED AT THE

## FIFTEENTH SESSION

OF THE

## TERRITORIAL LEGISLATURE,

CONVENED ON THE

TENTH DAY OF DECEMBER, A. D. 1888, AND ADJOURNED ON THE
SEVENTH DAY OF FEBRUARY, A. D. 1889.

AT

## BOISE CITY.

PUBLISHED BY AUTHORITY.

———

JAMES A. PINNEY, TERRITORIAL PRINTER.
1889.

0603

Case 3:23-cv-00056-JBA   Document 23-7   Filed 03/30/23   Page 83 of 109

around the head of Panther Creek, to the divide between Hat Creek and Ellis Creek, thence on the divide between Hat and Ellis Creeks in an easterly direction to the Salmon River, thence up the main channel of said Salmon River to the place of beginning.

SEC. 2.   This act to take effect and be in force, from and after its passage.

Approved February 4, 1889.

---

# CARRYING DEADLY WEAPONS.

## AN ACT

REGULATING THE USE AND CARRYING OF DEADLY WEAPONS IN IDAHO TERRITORY.

*Be it enacted by the Legislative Assembly of the Territory of Idaho, as follows:*

SECTION 1.   That it is unlawful for any person,  except  United States officials, officials of Idaho Territory, County officials,  Peace officers, Guards of any jail, and officers or employees of any Express Company on duty, to carry, exhibit or flourish any  dirk, dirk-knife, sword, sword-cane, pistol, gun or other deadly  weapons,  within  the  limits or confines of any city, town or village or in any public assembly of Idaho Territory.   Every person so doing  is  guilty  of  a  misdemeanor and is punishable by fine  not  less  than  fifty dollars nor more than one hundred dollars, or by imprisonment in the county  jail for a period of not less than twenty days nor  more  than fifty days, or by both such fine and imprisonment.

SEC. 2.   One half of all fines collected under the  provisions of this act shall be paid to the officer making the arrest, which amount shall be payment in full for his services.   The other one half shall be  paid into the Common School Fund of the county, after deducting the necessary costs of the prosecution of the case.

SEC. 3.   All acts or parts of acts in conflict with this act are hereby repealed.

SEC. 4.   This act shall take effect and be in force from and  after its passage.

Approved February 4, 1889.

0604

# Exhibit 97

# THE

# STATUTES OF OKLAHOMA

## 1890.

Compiled under the supervision and direction of Robert Martin,
Secretary of the Territory,

—BY—

WILL T. LITTLE,  L. G. PITMAN and R. J. BARKER,

—FROM—

The Laws Passed by the First Legislative Assembly of the Territory.

GUTHRIE, OKLAHOMA:
THE STATE CAPITAL PRINTING CO.,
PUBLISHERS.
1891.

0606

(2430) § **6.** Every person who, with intent to extort any *Chap. 25.* money or other property from another, sends to any person any *Sending* letter or other writing, whether subscribed or not, expressing or *threatening letter.* implying, or adapted to imply, any threat, such as is specified in the second section of this article, is punishable in the same manner as if such money or property were actually obtained by means of such threat.

(2431) § **7.** Every person who unsuccessfully attempts by means *Attempting to* of any verbal threat such as is specified in the second section of *export money.* this article, to extort money or other property from another is guilty of a misdemeanor.

### ARTICLE 47.—CONCEALED WEAPONS.

| SECTION. | SECTION. |
|---|---|
| 1.  Prohibited weapons enumerated. | 6.  Degree of punishment. |
| 2.  Same. | 7.  Public buildings and gatherings. |
| 3.  Minors. | 8.  Intent of persons carrying weapons. |
| 4.  Public officials, when privileged. | 9.  Pointing weapon at another. |
| 5.  Arms, when lawful to carry. | 10.  Violation of certain sections. |

(2432) § **1.** It shall be unlawful for any person in the Terri- *Prohibited* tory of Oklahoma to carry concealed on or about his person, sad- *weapons enu-* dle, or saddle bags, any pistol, revolver, bowie knife, dirk, dagger, *merated.* slung-shot, sword cane, spear, metal knuckles, or any other kind of knife or instrument manufactured or sold for the purpose of defense except as in this article provided.

(2433) § **2.** It shall be unlawful for any person in the Terri- *Same.* tory of Oklahoma, to carry upon or about his person any pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon, except as in this article provided.

(2434) § **3.** It shall be unlawful for any person within this *Minors.* Territory, to sell or give to any minor any of the arms or weapons designated in sections one and two of this article:

(2435) § **4.** Public officers while in the discharge of their *Public officials,* duties or while going from their homes to their place of duty, or *when privileged.* returning therefrom, shall be permitted to carry arms, but at no other time and under no other circumstances: *Provided, however,* That if any public officer be found carrying such arms while under the influence of intoxicating drinks, he shall be deemed guilty of a violation of this article as though he were a private person.

(2436) § **5.** Persons shall be permitted to carry shot-guns or *Arms, when* rifles for the purpose of hunting, having them repaired, or for kill- *lawful to carry.* ing animals, or for the purpose of using the same in public muster or military drills, or while travelling or removing from one place to another, and not otherwise.

(2437) § **6.** Any person violating the provisions of any one of *Degree of* the foregoing sections, shall on the first conviction be adjudged *punishment.* guilty of a misdemeanor and be punished by a fine of not less than twenty-five dollars nor more than fifty dollars, or by imprisonment in the county jail not to exceed thirty days or both at the discretion of the court. On the second and every subsequent con-

0607

## CRIMES AND PUNISHMENT.

**Chap. 25.** viction, the party offending shall on conviction be fined, not less than fifty dollars nor more than two hundred and fifty dollars or be imprisoned in the county jail not less than thirty days nor more than three months or both, at the discretion of the court.

*Public buildings and gatherings.* (2438) § **7.** It shall be unlawful for any person, except a peace officer, to carry into any church or religious assembly, any school room or other place where persons are assembled for public worship, for amusement, or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into any ball room, or to any social party or social gathering, or to any election, or to any place where intoxicating liquors are sold, or to any political convention, or to any other public assembly, any of the weapons designated in sections one and two of this article.

*Intent of persons carrying weapons.* (2439) § **8.** It shall be unlawful for any person in this Territory to carry or wear any deadly weapons or dangerous instrument whatsoever, openly or secretly, with the intent or for the avowed purpose of injuring his fellow man.

*Pointing weapons at another.* (2440) § **9.** It shall be unlawful for any person to point any pistol or any other deadly weapon whether loaded or not, at any other person or persons either in anger or otherwise.

*Violation of section seven.* (2441) § **10.** Any person violating the provisions of section seven, eight or nine of this article; shall on conviction, be punished by a fine of not less than fifty dollars, nor more than five hundred and shall be imprisoned in the county jail for not less than three not more than twelve months.

### ARTICLE 48.—FALSE PERSONATION AND CHEATS.

| SECTION. | SECTION. |
|---|---|
| 1. False impersonation, punishment for. | 7. False representation of charitable purposes. |
| 2. False impersonation and receiving money. | 8. Falsely representing banking corporations. |
| 3. Personating officers and others. | 9. Using false check. |
| 4. Unlawful wearing of grand army badge. | 10. Holding mock auction. |
| 5. Fines, how paid. | |
| 6. Obtaining property under false pretenses. | |

*Punishment for false impersonation.* (2442) § **1.** Every person who falsely personates another, and in such assumed character, either:

First. Marries or pretends to marry, or to sustain the marriage relation toward another, with or without the connivance of such other person; or,

Second. Becomes bail or surety for any party, in any proceeding whatever, before any court or officer authorized to take such bail or surety; or,

Third. Subscribes, verifies, publishes, acknowledges or proves, in the name of another person, any written instrument, with intent that the same may be delivered or used as true; or,

Fourth. Does any other act whereby, if it were done by the person falsely personated, he might in any event become liable to any suit or prosecution, or to pay any sum of money, or to incur any charge, forfeiture or penalty, or whereby any benefit might accrue to the party personating, or to any other person.

# Exhibit 98

# THE ANNOTATED CODE

—OF THE—

## GENERAL STATUTE LAWS

—OF—

# THE STATE OF MISSISSIPPI,

——PREPARED BY——

R. H. THOMPSON, GEORGE G. DILLARD,
and R. B. CAMPBELL,

——AND——

Reported to and amended and adopted by the Legislature at its Regular
Session in 1892.

PUBLISHED BY AUTHORITY OF THE LEGISLATURE.

NASHVILLE, TENN.:
MARSHALL & BRUCE, LAW PUBLISHERS.
1892.

0610

**1025** (2766). **The same; opening graves for certain purposes.**—Every person who shall open a grave or other place of interment with intent to move the dead body of any human being for the purpose of selling the same, or for the purpose of dissection, or to steal the coffin or any part thereof, or the vestments or other articles interred with the dead body, or any of them, shall, upon conviction, be punished by imprisonment in the penitentiary not exceeding two years, or in the county jail not more than six months, or by fine of not more than three hundred dollars, or both.

**1026** (2985). **Deadly weapons; carrying of concealed.** (Laws 1888, p. 89).—Any person who carries concealed, in whole or in part any bowie-knife, dirk-knife, butcher-knife, pistol, brass or metallic knuckles, slung-shot, sword, or other deadly weapon of like kind or description, shall be guilty of a misdemeanor, and, on conviction, shall be punished by a fine of not less than twenty-five dollars nor more than one hundred dollars, or be imprisoned in the county jail not less than one month nor more than three months, or both.

**1027. The same; not applicable to certain persons.**—Any person indicted or charged for a violation of the last section may show as a defense—

(*a*) That he was threatened, and had good and sufficient reason to apprehend a serious attack from an enemy, and that he did so apprehend ; or

(*b*) That he was traveling and was not a tramp, or was setting out on a journey, and was not a tramp; or

(*c*) That he was a peace officer or deputy in the discharge of his duties; or

(*d*) That he was at the time in the discharge of his duties as a mail carrier; or

(*e*) That he was at the time engaged in transporting valuables for an express company or bank; or

(*f*) That he was in lawful pursuit of a felon.

And the burden of proving either of said defenses shall be on the accused.

The "traveling or setting out on a journey" in the statute means a travel of such distance as to take one beyond the circle of his friends and acquaintances. McGuirk v. State, 64 Miss., 209.

The pursuit of a fugitive daughter, begun without knowing where it will lead, is "traveling on a journey." Haywood v. State, 66 Miss., 402.

"Threatened with an attack" does not contemplate mere denunciation, but menace such as to cause a reasonable apprehension of an attack that might properly be resisted with the deadly weapon. Tipler v. State, 57 Miss., 685.

Even if the accused was "threatened" and entertain the "apprehension," it will be no defense if he carried the weapon for some other reason, and for some other purpose. McGuirk v. State, 64 Miss., 209.

The threats must not be too remote. McGuirk v. State, 64 Miss., 210.

The act of 1888, amendatory of the Code, 1880, on the subject of carrying weapons concealed, was ex post facto in its application to offenses previously committed. (1) It cut off a defense, and (2) it changed, but did not mitigate, the penalty. Lindsey v. State, 65 Miss., 542; Hodnett v. State, 66 Miss., 26.

The statute makes the fact of carrying a weapon concealed criminal, regardless of intent. Strahan v. State, 68 Miss., 347.

**1028** (2986). **The same; and cartridges not sold to infant or drunk person.**—It shall not be lawful for any person to sell, give, or lend to any minor or person intoxicated, knowing him to be a minor or in a state of intoxication, any deadly weapon, or other weapon the carrying of which concealed is prohibited, or pistol cartridge; and, on conviction thereof, he shall be punished by a fine not less than twenty-five dollars nor more than two hundred dollars, or imprisoned in the county jail not exceeding three months, or both.

**1029** (2987). **The same; father not to suffer infant son to have or carry.**—Any father who shall knowingly suffer or permit any son under the age of sixteen

326

0611

years to have or to own, or to carry concealed, in whole or in part, any weapon the carrying of which concealed is prohibited, shall be guilty of a misdemeanor, and, on conviction, shall be fined not less than twenty dollars nor more than two hundred dollars, or may be imprisoned not more than sixty days in the county jail, or both.

**1030** (2988). **The same; college students not to have, etc.**—A student of any university, college, or school, who shall carry, bring, receive, own, or have on the campus, college or school grounds, or within two miles thereof, any weapon the carrying of which concealed is prohibited, or a teacher, instructor, or professor who shall knowingly suffer or permit any such weapon to be carried, or so brought, received, owned, or had by a student or pupil, shall be guilty of a misdemeanor, and, on conviction, be fined not exceeding three hundred dollars or imprisoned in the county jail not exceeding three months, or both.

**1031** (2804). **The same; exhibiting in rude, angry, or threatening manner, etc.**—If any person, having or carrying any dirk, dirk-knife, sword, sword-cane, or any deadly weapon, or other weapon the carrying of which concealed is prohibited, shall, in the presence of three or more persons, exhibit the same in a rude, angry, or threatening manner, not in necessary self-defense, or shall in any manner unlawfully use the same in any fight or quarrel, the person so offending, upon conviction thereof, shall be fined in a sum not exceeding five hundred dollars or be imprisoned in the county jail not exceeding three months, or both. In prosecutions under this section it shall not be necessary for the affidavit or indictment to aver, nor for the state to prove on the trial, that any gun, pistol, or other fire-arm was charged, loaded, or in condition to be discharged.

The omission of the word "manner," after the words "rude, angry, and threatening," in an indictment, is a formal defect, and may be amended as such. In such indictment it is unnecessary to aver that the defendant was "carrying" the weapon. Gamblin v. State, 45 Miss., 658.

**1032** (2769). **Disturbance of family; noises and offensive conduct.**—A person who willfully disturbs the peace of any family or person by an explosion of gunpowder or other explosive substance, or by loud or unusual noise, or by any tumultuous or offensive conduct, shall be punished by fine and imprisonment, or either; the fine not to exceed one hundred dollars, and the imprisonment not to exceed six months in the county jail.

What constitutes the offensive conduct, or the nature or character of the offensive conduct, should be stated in the affidavit or indictment. Finch v. State, 64 Miss., 461.

This section and the next one are intended to protect the peace of families. An affidavit or indictment averring the disturbance merely of an individual, charges no offense under either section. Brooks v. State 67 Miss., 577.

**1033** (2770). **The same; using abusive, etc., language, etc.**—Any person who enters the dwelling-house of another, or the yard or curtilage thereof, or upon the public highway, or any other place near such premises, and in the presence or hearing of the family of the possessor or occupant thereof, or of any member thereof, or of any female, makes use of abusive, profane, vulgar, or indecent language, or is guilty of any indecent exposure of his person at such place, shall be punished for a misdemeanor.

Place is material. An indictment charging the use of abusive language in a yard, is not sustained by proof of its use near the yard. Quin v. State, 65 Miss., 479.

**1034** (2767). **Disturbance of worship; proceedings and penalty.**—If any person shall willfully disturb any congregation of persons lawfully assembled for reli-

# Exhibit 99

# ACTS AND RESOLVES

PASSED BY THE

## GENERAL ASSEMBLY

OF THE

# STATE OF VERMONT,

AT THE

## TWELFTH BIENNIAL SESSION, 1892.



## PUBLISHED BY AUTHORITY.

BURLINGTON:
THE FREE PRESS ASSOCIATION, PRINTERS AND BINDERS.
1892.

0614

Sec. 5.  This act shall take effect on the first day of May, 1893.

Approved November 22, 1892.

---

No. 84.—AN ACT IN AMENDMENT OF SECTION 4074 OF THE REVISED LAWS, RELATING TO GAMES.

*It is hereby enacted by the General Assembly of the State of Vermont :*

Section four thousand and seventy-four of the Revised Laws is hereby amended by inserting therein, after the word "billiard table," in the first line of said section, the words "pool table."

Approved November 15, 1892.

---

No. 85.—AN ACT AGAINST CARRYING CONCEALED WEAPONS.

*It is hereby enacted by the General Assembly of the State of Vermont :*

Section 1.  A person who shall carry a dangerous or deadly weapon, openly or concealed, with the intent or avowed purpose of injuring a fellow man, shall, upon conviction thereof, be punished by a fine not exceeding two hundred dollars, or by imprisonment not exceeding two years, or both, in the discretion of the court.

Sec. 2.  A person who shall carry or have in his possession while a member of and in attendance upon any school, any firearms, dirk knife, bowie knife, dagger or other dangerous or deadly weapon shall, upon conviction thereof, be fined not exceeding twenty dollars.

Approved November 19, 1892.

---

No. 86.—AN ACT TO PREVENT FRAUD AT AGRICULTURAL FAIRS AND EXHIBITIONS OF HORSES.

| Section. | Section. |
|---|---|
| 1. Societies authorized to hold public fairs may offer premiums or purses for competition of horses in respect to speed, and may make rules for the conduct of their exhibitions. | 2. Societies may classify horses respecting previous exhibitions of speed. |
| | 3. Penalty for entering disguised horse, representing animal to be another horse; or entering horse in a class in which he is not eligible. |
| | 4. When to take effect. |

*It is hereby enacted by the General Assembly of the State of Vermont:*

Section 1.  Agricultural societies, corporations and associations, authorized under the laws of this State to hold public fairs

# Exhibit 100

# THE STATUTES

OF

# OKLAHOMA,

## 1893.

———————

Being a Compilation of all the Laws now in force in the
Territory of Oklahoma.

———————

Compiled Under the Direction and Supervision of Robert Martin, Secretary
of the Territory

BY

**W. A. McCARTNEY, JOHN H. BEATTY and J. MALCOLM JOHNSTON,**

a Committee Elected by the Legislative Assembly.

———————

GUTHRIE, OKLAHOMA,
STATE CAPITAL PRINTING CO.,
1893.

0617

504                            CRIMES AND PUNISHMENT.

Chap. 25.   viction, the party offending shall on conviction be fined, not less
than fifty dollars nor more than two hundred and fifty dollars or
be imprisoned in the county jail not less than thirty days nor
more than three months or both, at the discretion of the court.

Public
building and
gatherings.

(2410) § 7.   It shall be unlawful for any person, except a peace
officer, to carry into any church or religious assembly, any school
room or other place where persons are assembled for public wor-
ship, for amusement, or for educational or scientific purposes, or
into any circus, show or public exhibition of any kind, or into any
ball room, or to any social party or social gathering, or to any elec-
tion, or to any place where intoxicating liquors are sold, or to any
political convention, or to any other public assembly, any of the
weapons designated in sections one and two of this article.

Intent of
persons carry-
ing weapons.

(2411) § 8.   It shall be unlawful for any person in this Terri-
tory to carry or wear any deadly weapons or dangerous in-
strument whatsoever, openly or secretly, with the intent or for the
avowed purpose of injuring his fellow man.

Pointing
weapon at an-
other.

(2412) § 9.   It shall be unlawful for any person to point any
pistol or any other deadly weapon whether loaded or not, at
any other person or persons either in anger or otherwise.

Violation of
section seven.

(2413) § 10.   Any person violating the provisions of section
seven, eight or nine of this article; shall on conviction, be punish-
ed by a fine of not less than fifty dollars, nor more than five hun-
dred and shall be imprisoned in the county jail for not less than
three not more than twelve months.

### ARTICLE 46.—FALSE PERSONATION AND CHEATS.

SECTION.
1.   False impersonation, punishment for.
2.   False impersonation and receiving money.
3.   Personating officers and others.
4.   Unlawful wearing of grand army badge.
5.   Fines, how paid.
6.   Obtaining property under false pre-
     tenses.

SECTION.
7.   False representation of charitable pur-
     poses.
8.   Falsely representing banking cor-
     porations.
9.   Using false check.
10.   Holding mock auction.

Punishment
for false im-
personation.

(2414) § 1.   Every person who falsely personates another, and
in such assumed character, either:

First.   Marries or pretends to marry, or to sustain the mar-
riage relation toward another, with or without the connivance of
such other person; or,

Second.   Becomes bail or surety for any party, in any proceed-
ing whatever, before any court or officer authorized to take such
bail or surety; or,

Third.   Subscribes, verifies, publishes, acknowledges or proves,
in the name of another person, any written instrument, with in-
tent that the same may be delivered or used as true; or,

Fourth.   Does any other act whereby, if it were done by the
person falsely personated, he might in any event become liable to
any suit or prosecution, or to pay any sum of money, or to incur
any charge, forfeiture or penalty, or whereby any benefit might
accrue to the party personating, or to any other person.

# Exhibit 101

BY AUTHORITY OF THE LEGISLATIVE
ASSEMBLY.

# THE

# REVISED  STATUTES

OF

# ARIZONA  TERRITORY

CONTAINING ALSO

THE LAWS PASSED BY THE TWENTY-FIRST LEGISLATIVE
ASSEMBLY, THE CONSTITUTION OF THE UNITED
STATES, THE ORGANIC LAW OF ARIZONA
AND THE AMENDMENTS OF CON-
GRESS RELATING THERETO.

# 1901

COLUMBIA, MISSOURI
PRESS OF E. W. STEPHENS
1901

0620

noise, or by tumultuous or offensive conduct, or by threatening, traducing, quarreling, challenging to fight or fighting, or who applies any violent or abusive or obscene epithets to another, is punishable by fine not exceeding two hundred dollars, or by imprisonment in the county jail for not exceeding two months.

**380.** If two or more persons assemble for the purpose of disturbing the public peace, or committing any unlawful act, and do not disperse on being desired or commanded so to do by a public officer, the persons so offending are severally guilty of a misdemeanor.

Persons assembling to disturb the peace.

**381.** Any person who shall, purposely or carelessly, discharge any gun, pistol or other firearm in any saloon, dance house, store or other public house or business house in this territory, thereby endangering the life or person of another, or thereby disturbing any of the inmates thereof, or who shall thereby injure, destroy or damage any property therein, or who shall discharge the same in any city, village or town of this territory, except in necessary self-defense, shall be fined in any sum not exceeding three hundred dollars, or be imprisoned in the county jail for a period not exceeding six months, or shall be punished by both such fine and imprisonment.

Discharging guns in certain places.

**382.** It shall be unlawful for any person (except a peace officer in actual service and discharge of his duty), to have or carry concealed on or about his person, any pistol or other firearm, dirk, dagger, slung-shot, sword-cane, spear, brass knuckles, or other knuckles of metal, bowie-knife or any kind of knife or weapon, except a pocket-knife, not manufactured and used for the purpose of offense and defense.

Certain arms not to be carried concealed.

**383.** Any person violating any of the provisions of the preceding section shall be guilty of a misdemeanor, and may be arrested with or without a warrant, either in the day-time or night-time, and taken before the nearest justice of the peace for trial; and any peace officer who shall fail, neglect or refuse to arrest any such person on his own knowledge of the violation of said section, or upon the information from some credible person, or who shall appoint any person a deputy, not intended to be used in regular service, but as a mere pretext for the purpose of carrying a concealed weapon, shall be guilty of a misdemeanor.

Penalty for carrying concealed weapons.

Arrest of violators.

**384.** Any person found guilty of violating any of the provisions of the two preceding sections shall be punished by a fine of not less than five nor more than three hundred dollars, and shall forfeit to the county, such weapon or weapons.

Punishment.

**385.** If any person within any settlement, town, village or city within this territory shall carry on or about his person, saddle, or in

Carrying weapons concealed while in villages, etc.

saddlebags, any pistol, dirk, dagger, slung-shot, sword-cane, spear, brass knuckles, bowie-knife, or any other kind of knife manufactured or sold for purposes of offense or defense, he shall be punished by a fine of not less than twenty-five nor more than one hundred dollars; and, in addition thereto, shall forfeit to the county in which he is convicted the weapon or weapons so carried.

**Peace officers and militiamen may carry.**

**386.** The preceding section shall not apply to a person in actual service as a militiaman, nor as a peace officer or policeman, or person summoned to his aid, nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on one's own premises or place of business, nor to persons traveling, nor to one who has reasonable ground for fearing an unlawful attack upon his person, and the danger is so imminent and threatening as not to admit of the arrest of the party about to make such attack upon legal process.

**Carrying certain weapons to church.**

**387.** If any person shall go into church or religious assembly, any school room, or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into a ball room, social party or social gathering, or to any election precinct, on the day or days of any election, where any portion of the people of this territory are collected to vote at any election, or to any other place where people may be assembled to minister or to perform any other public duty, or to any other public assembly, and shall have or carry about his person a pistol or other firearm, dirk, dagger, slung-shot, sword-cane, spear, brass knuckles, bowie knife or any other kind of a knife manufactured and sold for the purposes of offense or defense, he shall be punished by a fine not less than fifty nor more than five hundred dollars, and shall forfeit to the county the weapon or weapons so found on his person.

**Peace officers not included.**

**388.** The preceding section shall not apply to peace officers or other persons authorized or permitted by law to carry arms at the places therein designated.

**Violators may be arrested, how.**

**389.** Any person violating any of the provisions of sections 382 and 385 may be arrested without warrant by any peace officer and carried before the nearest justice of the peace for trial; and any peace officer who shall fail or refuse to arrest such person on his own knowledge, or upon information from some credible person, shall be punished by a fine not exceeding three hundred dollars.

**Travelers may carry arms, when.**

**390.** Persons traveling may be permitted to carry arms within settlements or towns of the territory, for one-half hour after arriving in such settlements or towns, and while going out of such towns or

# Exhibit 102

# Laws, Resolutions and Memorials

OF THE

## STATE OF MONTANA

PASSED AT THE

## ... EIGHTH REGULAR SESSION...

OF THE

## LEGISLATIVE ASSEMBLY

———— ————

HELD AT HELENA, THE SEAT OF GOVERNMENT OF SAID STATE, COM-
MENCING JANUARY 5th, 1903, and ENDING MARCH 5th, 1903.

———— ————

### PUBLISHED BY AUTHORITY

————

Helena, Montana:
STATE BUBLISHING COMPANY,

Legislative Stationers, Printers and Binders
1903

0624

## CHAPTER XXXV.

*An Act to prohibit unlawful carrying of concealed weapons, to provide penalties for violations of this act and to define the meaning of the term concealed weapons.*

*Be it Enacted by the Legislative Assembly of the State of Montana:*

### Section 1.

Any person in this State who shall carry concealed or partially concealed on or about his person any revolver, pistol, dirk, dagger, slung shot, sword cane, or knuckles made of any metal or any hard substance shall be deemed guilty of a misdemeanor and shall be punished by a fine of not less than twenty five nor more than two hundred dollars, or by imprisonment in the County jail not less than ten nor more than thirty days, or by both such fine and imprisonment.

*Carrying weapons concealed or partially concealed about person.*

*Penalty.*

### Section 2.

The preceeding section shall not apply to a person in actual service as a militiaman, nor to a police officer or policeman, or person summoned to his aid nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on one's own premises, or place of business.

*Reservation.*

Section 3. If any person shall go into any church or religious assembly, any school room or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show, or public exhibition of any kind, or into a ball room, social party, or social gathering, or to any election precinct or any place of registration, on the day or days of any election or registration, where any portion of the people of the State are collected to register or vote at any election, or to any other place where people may be assembled to perform any public duty, or at any public assembly, and shall have or carry concealed or partially concealed about his person a

*Carrying weapons in certain places.*

pistol or other firearm, dirk, dagger, slung shot, sword cane, knuckles, or bowie knife, he shall be punished by a fine of not less than fifty nor more than five hundred dollars.

**Penalty.**

### Section 4.

The preceding section shall not apply to peace officers or other persons authorized or permitted by law to carry arms at the places therein designated. "And any District Judge of any judicial district of the State of Montana, may, upon satisfactory proof being produced before him of the good moral character and peaceable disposition of any person, grant permission to such person to bear concealed or otherwise a "pistol" or "revolver" for such a period of time as such judge may deem necessary."

**Reservation.**

**Permit of District Judge.**

### Section 5.

Any person violating any of the provisions of sections one and three of this act may be arrested without warrant by any peace officer and carried before the nearest justice of the peace for trial: and any peace officer who shall fail or refuse to arrest such person on his own knowledge, or upon information from some creditable person, shall be punished by a fine not exceeding five hundred dollars.

**Arrest.**

**Peace officer failing to arrest.**

**Penalty.**

### Section 6.

The term concealed weapons shall be taken to mean any weapon mentioned in the foregoing sections which shall be wholly or partially covered by the clothing or wearing apparel of the person so carrying the weapon.

**"Concealed weapon" defined.**

### Section 7.

The provisions of this Act shall not apply to or be in force in any county which the governor may designate by proclamation as a frontier county and liable to incursions by hostile Indians.

**Act not to apply to county designated by proclamation by Governor.**

0626

### Section 8.

All Acts and parts of Acts in conflict herewith are hereby repealed.

*Repealing clause*

### Section 9.

This Act shall take effect and be in force from and after its passage and approval.

*When act takes effect.*

Approved Feby 27th 1903

---

## CHAPTER XXXVI.

An Act to amend Section 402 of the Code of Civil Procedure, and to confer upon the Supreme Court exclusive jurisdiction of proceedings and prosecutions for the disbarment or suspension of Attorneys and Counselors at Law; to provide for appeals to the Supreme Court from judgments rendered by District Courts in such cases; to provide for a stay of such judgments pending appeals therefrom, and to regulate the proceedings on the trial of such appeals.

*Be it Enacted by the Legislative Assembly of the State of Montana:*

### Section 1.

That Section 402 of the Code of Civil Procedure be amended so as to read as follows:

*Section 402, Code Civil Procedure, amended.*

### Section 402.

The Supreme Court of the State shall have exclusive jurisdiction to remove or suspend Attorneys and Counselors at law, and an Attorney and Counselor may be removed or suspended, for either of the following causes, arising after his admission to practice.

*Supreme Court has exclusive jurisdiction of disbarment proceedings.*

*Causes.*

#### 1.

His conviction of a felony or misdemeanor involving moral turpitude, in which case the record of conviction is conclusive evidence.

*Conviction of felony or misdemeanor. Record of conviction conclusive evidence.*

#### 2.

Wilful disobedience or violation of an order of the

*Disobedience of order of Court.*

# Exhibit 103

# The Revised

# Codes of Montana

## of 1907

CONTAINING ALL LAWS OF A PERMANENT AND
GENERAL NATURE IN FORCE AFTER THE
ADJOURNMENT OF THE TENTH
LEGISLATIVE ASSEMBLY

COMPILED AND REVISED PURSUANT TO AUTHORITY OF
ACTS 1907, CHAPTER 85

BY

E. C. DAY, Commissioner.

## VOL. II.

### III. CODE OF CIVIL PROCEDURE.
### IV. PENAL CODE.

*ANNOTATED BY HENRY N. BLAKE*

STATE PUBLISHING COMPANY
Printers, Stationers, Binders
HELENA, MONTANA
1908

0629

direction of any court, tribunal or officer, and who afterwards returns to settle, reside upon or take possession of such lands is guilty of a misdemeanor.

8582.    (§ 758.)    *Carrying concealed weapons in city or town.* Am. 12 - 5.
—Every person who within the limits of any city or town carries or bears concealed upon his person a dirk, dagger, pistol, revolver, or other deadly weapon is punishable by a fine not exceeding one hundred dollars. This Section does not apply to peace officers in discharge of their official duty.

8583.    *Carrying concealed weapons generally.*—Any person in this State who shall carry concealed or partially concealed on or about his person any revolver, pistol, dirk, dagger, slung shot, sword cane, or knuckles made of any metal or any hard substance shall be deemed guilty of a misdemeanor and shall be punished by a fine of not less than twenty five nor more than two hundred dollars, or by imprisonment in the County jail not less than ten nor more than thirty days, or by both such fine and imprisonment.    [*Act approved February 27th, 1903,* § 1.] (*8th Sess. Chap. 35.*)

8584.    *Exception.*—The preceding section shall not apply to a person in actual service as a militiaman, nor to a police officer or policeman, or person summoned to his aid nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on one's own premises, or place of business.    [*Act approved February 27th, 1903,* § 2.]    (*8th Sess. Chap. 35.*)

8585.    *Carrying concealed weapons in places of public resort.*—If any person shall go into any church or religious assembly, any school room or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show, or public exhibition of any kind, or into a ball room, social party, or social gathering, or to any election precinct or any place of registration, on the day or days of any election or registration, where any portion of the people of the State are collected to register or vote at any election, or to any other place where people may be assembled to perform any public duty, or at any public assembly, and shall have or carry concealed or partially concealed about his person a pistol or other firearm, dirk, dagger, slung shot, sword cane, knuckles, or bowie knife, he shall be punished by a fine of not less than fifty nor more than five hudred dollars.    [*Act approved February 27th, 1903,* § 3.] (*8th Sess. Chap. 35.*)

8586.    *Exception.    Permit.*—The preceding section shall not apply to peace officers or other persons authorized or permitted by law to carry arms at the places therein designated. And any District Judge of any judicial district of the State of Montana, may, upon satisfactory proof being produced before him of the

643