# Exhibit 118

A

# COPY OF THE LAWS

OF

# HARVARD COLLEGE,

## 1655.

With an Introduction

BY SAMUEL A. GREEN, M.D.

STANFORD LIBRARY

CAMBRIDGE:

PRESS OF JOHN WILSON AND SON.

1876.

 Digitized by Google  0976

453233

STANFORD LIBRARY

Digitized by Google

# A COPY OF THE LAWS

OF

# HARVARD COLLEGE, 1655.

————

THE following copy of the laws of Harvard College, in 1655, appears to have been given to the library in the year 1799. It has recently been found among the papers of a deceased member of the Society, and been returned by one of his family. According to the memorandum written on the cover, this copy was "presented to the Histor' Society, 1799, by John Pinchon, of Salem"; and this is the only record in regard to the manuscript. It comprises fourteen pages of closely written paper, of duodecimo size, the last two pages being in a different handwriting and on different paper. The first twelve pages seem to have been· more used, and are considerably torn and worn about the edges. These have been placed in a double paper cover, of which one leaf at the back contains the two pages in the different hand. At the end is written "Admittatur Jonathan Mitchellus in collegiû Harvardinû 22. 8. 1683. Jnᵒ Rogers. Pᵗses. Samuel Andrew" [Socius]. From this it would appear that it was given to Jonathan Mitchell, a graduate of 1687, on his admission as a Freshman. It was the custom then, as it is now, for each student, on entering college, to have a copy of the laws, though now it is given to him in print. At that time, he was obliged to procure it himself; and, as paper was scarce, it is likely that the body of the pamphlet was sometimes handed down from one generation of students to another, and constituted a kind of *transmittendum*. Under such circumstances, it was natural that there should be verbal variations in the laws, as they were sometimes written by different hands. As the students graduated, their copies were frequently put in new covers, and, with the addition of the last two pages including the "Admittatur," &c., taken by the Freshmen.

The figures in the brackets show where the pages in the manuscript begin.

Digitized by Google


4

In the " Old Colony Memorial " (Plymouth, Massachusetts) for June 3, 1875, a similar code of college laws is published, which was also in force in 1655. It varies considerably in language from the one in the possession of the Society, though there is no great difference between them in the general tenor.

*The lawes of Harvard Colledge agreed upon by the Overseers, President, and fellowes. Many of them in former yeares at severall times, and the rest more lately, but all of them, (as they here-after follow) received ratified, and concluded upon at a meeteing of the overseers, President and fellowes of the said Colledge on the 30 day of the second month. 1655.*

*First concerneing admission and manners of students, as also toucheing theire expences In the Colledge.*

1. When any Scholler is able to read and understand Tully, Virgill or any such ordinary classicall authors, and can readily make, speake, or write true latine in prose, and hath skill in makeing verse, and is competently grounded in the greek language, so as to be able to con-strue and grammatically to resolve ordinary greek, as the greeke testa-ment, Isocrates, and the Minor Poets or such like, haveing withall meet testimony of his towardness, he shall be capable of his admis-sion Into Colledge, and every Scholler shall procure for himselfe a true coppy of the lawes, which being signed with the Presidents and one of the Fellows hands shall be a testimony of his admission into colledge, and also of the time thereof which he shall keepe with him-selfe for his better guidance, whilst he shall continue a member of the colledge.   Every one shall consider the maine of his life

which is to know God and Jesus Christ [2] [and] answerably to lead an honest sober godly life.

3. Every one shall so exercise himselfe in reading the scriptures twice every day, that he shall be ready to give an account of his pro-ficiency therein, both in theoreticall observations of Language and logick, and in practicall and spirituall truths, as his tutor shall require according to theire severall standings respectively, seeing the entrance of the word gives light.   Psalmes 119, 130.

4. All Students shall eschew the profanation of gods name, attrib-utes, word, or ordinances and times of worship, and in the publick assemblies they shall carefully eschew what soever may shew any con-tempt or neglect thereof: and be ready to give an account to theire tutors, of theire profiteing, and to use such helps of storeing themselves with knowledge as theire Tutors shall direct.

5. They shall honour as theire naturall Parents, so also magistrates, elders, The President, Tutors, fellows and all superiors, keepeing due silence in theire presence, and not disorderly gainesayeing them, but

Digitized by Google

5

sheweing all those laudable expressions of honour and reverence that
are in use, as uncovering the head and the like.

6. All Students shall be slow to speake and eschew and in as much
as in them lies, shall take care, that others may avoid all sweareing,
lieing, curseing, needless asseverations, foolish talkeing. scurrility, bab-
ling, filthy speakeing, chideing, strife, raileing, reproacheing, abusive
jesting, uncomely noise, uncertaine rumors, divulging secrets, and all
manner of troublesome and offensive gestures, as being the    [*torn*]
should shine before others in exemplary life.   [3]

7. No scholler shall goe out of his chamber without coate, gowne,
cloake, and every one every where shall weare modest and sober habit,
without strange ruffian like or new fangled fashions, without all lavish
dress, or excess of apparel what soever: nor shall any weare gold and
silver or such ornaments, except to whome upon just ground the Pres-
ident shall permit the same, neither shall it be lawfull for any to weare
long haire, locks, or foretops, nor to use curling, crispeing, parteing or
powdering theire haire.

8. No undergraduate upon any pretence of recreation or any other
cause whatsoever, (unless allowed by the President or his Tutor)
shall be absent from his studies or appointed exercises in the Colledge,
except halfe an houre at breakefast, an houre and halfe at dinner, and
after evening prayer untill nine of the clock: but while he is in the
Colledge he shall studiously redeeme his time, both observing the
houres common to all the Students to meet in the hall, and those that
are appointed to theire own lectures, where unto he shall diligently
attend, being inoffensive in word and gesture.

9. No Student shall goe into any Taverne, vittaileing house, or Inne
to eate or drink, unless he be called by his parents, Guardians, or with-
out some sufficient reason such as the President or his Tutor may
approve of: neither shall any one entertaine any stranger to logde or
abide in the Colledge, unless by the leave of the President or his Tutor,
or in case of theire absence of one of the fellows: neither shall he
without sufficient reason such as the President or his Tutor shall
approve, either take Tobacco or bring or permit to be brought into his
chamber strong beare, wine, or strong water or any other enebriateing
drink, to the end that all excess and abuse thereof may be prevented.

10. No Student shall under any pretence whatever use the company
or familiar acquaintance of persons of ungirt and dissolute life, [4] inter-
meddle with other mens buisiness, nor Intrude himselfe into chambers,
neither may any undergraduate goe out of the town, nor be present at
any Courts, Elections, Faires, Traineings, or any such like assemblies,
except upon leave obtained of the President or his Tutor, or two of
his fellows in theire absence.

11. No Student shall board or lie out of the Colledge, without just
cause allowed by the President, nor shall any stay out of the Colledge
after nine of the clock at night, nor watch after eleven, nor have a
light before four in the morning, except upon extraordinary occasions.

12. Every undergraduate shall be called onely by his sur name
unless he be the son of a nobleman, or a knights eldest son, or a fellow
commoner.

Digitized by Google   0980

6

13. Every fellow commoner shall bring a peice of Silver plate to the Colledge to the value (at the least) of three pounds with his name engraven thereupon, which he may have the use of while he shall abide in the Colledge, and shall leave it to the propriety of the Colledge when he departs from it.

14. Every Student that is an undergraduate shall be bound to continue in the Colledge, excepting upon weighty occasions made known to the President and his Tutor and with theire consent and notwithstanding his discontinuance shall pay halfe the Tuition.

15. Every discontinuer shall beare a share in Colledge detriments ; viz.

16. He shall pay after five shillings a quarter for the removall of those many distractions and great burdens of labour, care and cost that heretofore have pressed the steward, and the great debts that hitherto sundry have run into, and unsutable pay, whereby the house hath been disappointed of sutable provision, occasioning inoffensive complaints. It is therefore provided.

1. That before the admission of any Scholler, his Parents or freinds shall both lay down one quarters expences, and also give the colledge Steward security for the future, [5] and without this Ingagement no Scholler shall be admitted into the Colledge.

2. That all such payments shall be discharged to the Steward of the Colledge either in the currant coine of the country, or wheat or malt, or in such provision as shall satisfie the steward for the time being, and supply the necessitie of the Colledge.

3. That who soever is Indebted to the Colledge at the end of any Quarter (besides his being liable to the course of the law for the recovering the debt) he shall have his stewards bill given in, and in case the bill be not paid within a moneth he not being suffered to run any farther into debt by expences, untill his whole debt be discharged.

4. The Students that now have studies in the Colledge shall pay for them the accustomed rent, but all that are hereafter admitted shall pay rent to the Colledge quarterly for theire chambers, and studies as they shall be valued by the President and fellows. likewise where as certaine summs of money have been set upon the students heads for the building of the gallery in the meeting house (for which the Colledge is Indebted) It is provided that each student that shall be admitted hereafter shall pay 3 shillings four pence for the use of the said gallery at theire admission which they shall be charged withall without any repaiment.

8. [sic] It is also ordered that for the charges of his commencement each commoner shall pay three pounds.

*2ly : Lawes about holy duties Scholasticall exercises and helps of learneing.*

1. Seeing God is the giver of all wisedome, all and every Scholler besides private prayers (where in every one is bound to ask wisedome) shall be present morneing and evening at [6] publick prayers at the

7

accustomed houres; viz: ordinarily at six of the clock in the morneing, from the tenth of March at Sun riseing and at five of the clock at night all the yeare long.

2. It is appointed that part of the holy Scripture be read at morne-ing and evening prayer, to wit, some part of the old testament at morneing and some part of the new at evening prayer on this manner: Thatt all Students shall read the old Testament in some portion of it out of Hebrew into greek, and all shall turne the new Testament out of English into greeke, after which one of the Bachelors or Sophisters shall in his course Logically analyse that which is read, by which meanes both theire skill in logick, and the Scriptures originall language may be Increased.

3. All undergraduates shall publickly repeat sermons in the Hall in theire courses, as also Bachelors untill they have commonplaced that so with reverence and love they may retaine god and his truths in theire minds. Also the Students shall be commonly examined in the last day of the week at evening prayer, and give an account of theire profiting by the sermons the week past.

4. A scholler shall not use the English tongue in the Colledge with others schollers, unless he be called thereunto in publick exercise of oratory or the like.

5. In the first yeare after admission for foure dayes of the week all Students shall be exercised in the Studies of the greek and Hebrew tongues, onely beginning logick in the morneing towards the latter end of the yeare: unless the Tutor shall see cause by reason of theire ripeness in the languages to read logick sooner. Also they shall spend the second yeare in Logick with the exercise of the former Languages and the third yeare in the principles of Ethicks, and the fourth in [7] metaphisicks and mathematics, still carrying on theire former studies of the week for Rethorick, oratory and Divinity.

6. It is appointed that in the teacheing of all arts such authors be read as doe best agree with the Scripture truths, wherein the speciall care of the President and fellows shall be used and theire direction therein attended.

7. All Students in the Colledge shall observe theire course in dispu-tation: Bachelors once a fortnight, and the undergraduates such as have read logick, twice a week, excepting two moneths for the com-mencers before and a fortnight after the commencement for all the Students. Likewise all undergraduates shall declaime once in two moneths the number of declaimers being so divided that in the space of two moneths all may constantly declaime, excepting onely the times afore mentioned.

8. There shall be a Common place handled in Divinity once a fort-night, the President beginning and the Masters of Art and senior Bachelors following according to theire seniority: wherein the Presi-dent and fellows take care that heretick opinions and doctrines may be avoided and refuted, and such as are according to the analogie of faith be held forth and confirmed.

9. To the Intent that the progress of learning amongst the Schollers

8

of the Colledge be yearly made known unto and Incouraged by meet Judges : All Questioners shall sit in the Colledge Hall on the second and third days of the third weeks next followeing the summer Solstice from nine of the clock till eleven in the foornoon and from one till three in the afternoon to be examined by any according to the law hereafter provided for such as are to commence Bachelors : also in case of eminent defect or notorious Insufficiency in any student by experience found or known by the President and fellows they signifieing this to six [8] or seven of the overseers with theire consent the deserveing may be preferred according to theire merit, and the Insufficient placed with such as better further theire progress in learning.

10. Every Scholler that upon proofe is able to read extempore the pentateuch of [or ?] the new testament into latine out of the originall tongues, and be skilled in logick, and competently principled in naturall and morall philosophie and the mathematicks, and also of honest life and conversation, and at any publick act hath the publick approbation of the overseers, and president of the Colledge, he may be Invested with the first degree : but ordinarily besides such approbation none shall expect it, untill they have been four whole yeares in the Colledge, or three yeares and 10 moneths at the least, being blameless and attending upon and performeing in theire courses all publick exercises or otherwise If they be discontinuers approved as before, and in matters of learning and manners qualified as continuers.

11. What Bachelors soever shall present unto the President a written Synopsis or Compendium of logick, naturall philosophy morall philosophie, Arethmatick, Geometry, or Astronomy within a week of the summer Solstice in his third yeare after his first degree, which Synopsis shall be kept in the Colledge Library and shall be read to defend his propositions, and be skilfull in the originall tongues as afore said, haveing stayed three yeers after his first degree, and therein thrice problemed, twice declaimed, and once made a commonplace, or else some answerable exercises to the studies that he is most conversant in, and remaineing of a blameless conversation, and the President of the Colledge, shall be capable of his second degree, viz ; to be master of Arts. [9]

*Thirdly concerneing penall lawes.*

1. There shall be appointed a generall Monitor that shall observe them that are faileing, either by absence from prayers or sermons, or come tardy to the same, which shall bring weekly a catalogue of the names of delinquents to the President which Monitor shall be allowed a stipend of three pounds per annum for this paines of his, which shall quarterly by equall division be set upon the heads of all the undergraduates whose names are in the Buttery.

2. Each Student that shall absent himselfe from prayers (there being no Just reason given to and allowed by the President for such absence) shall for the first offence, being absent more then once or comeing tardy more then twice in a week space be punished a penny a time for once absent or twice tardy.

Digitized by Google

9

3. If he offend again in the like kind within a fortnight, he shall be nonplusht so many daies as he hath been absent from the duties of Gods worship and comeing twice tardy to prayers, and being once absent from sermons, It shall be accounted of as twice absent from prayers.

4. If this shall not work reformation in him or them, but within a fortnight he shall so offend againe, It is appointed that for the next offence any such delinquent or delinquents shall be publickly admonished before the Students of the Colledge, and the admonition with the time thereof noted by the Butler.  If this shall not work reformation in him or them, but that within another fortnight he or they shall offend again in the like manner It is appointed that every such delinquent shall make publick confession of his offence a written forme prescribed by the President which shall also be recorded by the Butler.

5. If any shall refuse to make such conf[ession] [torn] confession of his offence sha [10] [torn] profanely negligent within a moneths time, [the]n he shall be suspended from his seniority, and the priviledge thereof at meales and for a weeks time or more according to the nature of his offence.

6. If he shall continue in manifest obstinacy and contempt of au-thoritie, and of meanes of reformation, then It is appointed that by the notes of all or the major part; viz : of the President and fellowes such an one shall be expelled out of Colledge, which condition, shall be attended still in all the after lawes concerning expulsion.

7. Each undergraduate that shall neglect to read sermons in his course shall be nonplusht two dayes and lose his commons one meale for such neglect, and the dutie shall still lie upon him, and his con-tinued neglect thereof shall be punished according to the gradation of penalties in the former lawes.

8. Also in case any student shall be negligent to repaire to lectures in the Colledge with the rest of his classis: It is appointed such negli-gent persons. be carefully observed by theire tutors, who shall send for any such students and admonish them before the rest of his classis.

9. For the second offence his Tutor shall complaine to the President who shall publickly admonish him. & after such admonition and no reformation there upon, the President shall appoint him a publicke confession (as before) of his offence.

After this If it manifestly appeare, he reforme not thereby the Pluralitie of the notes of the President and fellowes (due patience being used) he shall be expelled out of the Colledge.

Every student that shall neglect the performing of any Scholasticall exercise in his course, shall [for] the first offence by the President or his Tutor [be] appointed to make Double exercise, or some scholas-ticall exercise, [besi]des the performance of that which was omitted.

[If he sh]all still refuse the exercise, then he shall [be suspende]d from his seniority as above ; and If he were the lowest of his classis before for his [11] learnings sake he shall performe exercises with the rest of his classis, but be put below some of the n[ext] classis in sitting.

3. If he continue negligent, then such neglect shall be punished with the loss of seniority in his classis such as he had before.

Digitized by Google

10

4. If the former course prevaile not to work more paines and dili-gence in the party, It is further appointed that such wilfull neglect shall be punished with degradation from his classis, and the loss of a yeares time.

5. If thereupon no reformation should follow, then after a moneths patience by the pluralitie of notes of the President and fellows such a shameless non perficient shall be expelled out of the Colledge.

6. If any undergraduate shall depart out of the Hall at dinner or supper before thanks be given without just cause, or the leave of the senior fellow that shall be present in the Hall, he shall lose his com-mons so many meales, as he shall so offend: also they that needlesly frequent the Kitchen shall be non plusht by the President.

7. If any Scholler shall abide out of the Colledge or be absent from his studies beyond the times before allowed, either spending his time in any house or place of the town, or goeing out of the town without the leave of the President or his Tutor, or haveing leave of the President or his Tutor, shall without cause stay longer then his appointed time; he shall for such offences be nonplusht by the President and his Tutor, and tasked to make some scholasticall exercise by the appointment of the President.

8. No undergraduate shall buy, sell, barter, or exchange books, apparrell or any thing of considerable value; but by the leave of the President or his Tutor, Guardian or Parent, or If he shall sell or pawne any thing to any scholler, the President shall make the bargaine and admoni[sh] [12] [the] student noe students shall be suffered to have [a g]un in his or theire chambers or studies, or keepeing for theire use any where else in the town, or If they be found to have such by the President or Theire Tutors, then they shall be admonished by the President or theire Tutors to put it away: which If they shall refuse to doe, the President shall have power to take it quite away from them, and If they resist the President herein, they shall upon due proofe be expelled out of the Colledge by the advise of the Colledge overseers: the same penalty is appointed to any student that shall make resistance against or offer violence unto the President or fellows.

10. If any Student shall weare long haire, or other wise offensive contrary to the former seventh law the President shall have power to reforme it, or as need shall require to make his address to any three or more of the overseers, who shall take order concerning it.

11. It is appointed that every Student that shall by good evidence be convicted of any hainous and flagitious crime, As Robbery, Bur-glary, Speakeing blasphemous words, notorious profanations of the lords day, ordinances or word, uncleanness or such like, shall be ex-pelled Ipso facto, and in case that any be convicted of drunkeness, fighteing, raileing, sweareing, curseing, filthy speakeing, profaness, reveling, playeing at cards and dice, or such like, for the first offence If it be private, he shall be privately admonished by the President or his Tutor; and for the second offence If it be publick he shall be pub-lickly admonished by the President; and for the third shall make pub-lick [con]fession of his offence at some publick [meeting?] of the

11

Students, and for the fourth [offence shall be n]oted down for a prophane
person. [13] having his commons sitting in the Hall uncovered, &
if upon this he reform not & make not some expression of sorrow
& repentance after a months triall & patience he shall be expelled out
of the Colledg.

12. It is provided that in such gross offences, as attaines to the lawes
aforesaid are punishable with expulsion, It shall be in the liberty of
the president & fellowes to inflict corporall punishment by the rod (as
a degree anteceding expulsion according to the condition of the
offender, & nature of the offence.

13. Concerning the penalties abovesaid It is provided that if any of
the prescribed degrees of punishmēt do work reformation, then whatso-
ever degrees of punishment have been passed before, shall be made
void in order to any further censure.

14. It is required of every Colledg officer or Servant that he be
faithfull in discharging the place, & trust committed to him, so as may
tend to the welfare of the Colledge & of all the members thereof, & in
case of unfaithfullness, negligence, or any other miscarriage in his place,
he shall be accountable to, & punishable by the President & fellowes
to the quality of yᵉ offĕce.

All These Lawes upon publishing openly in the Colledg Hall shall
be of force immediately.

At a meeting of the overseers yᵉ 30 day of yᵉ 3ᵈ month For as
much as the overseers have been certified that there hath been uncom-
fortable defects in the diet of the students as also in their lodging :
It is ordered that the Corporation speedily inquire into the causes
[14] thereof, & take order wᵗʰ the Steward & Treasurer or any other
Colledg Officer, whom may concern for the just redress of the same,
& the Overseers do promise their best assistance for the effecting of it,
wᶜʰ may be needfull.

Another penall Law is exacted by the generall Court held at Bos-
ton ; yᵉ 17 of yᵉ 8 month 1656 & published in the audience of the
Students in yᵉ Colledge.

It is hereby ordered that the President & fellowes of Harvard
Colledge, for the time being, or that the major part of them are im-
powred to punish all misdemeenours of the youth in their Society
either by fine or whipping openly in the Hall as the nature of the
offence requires not exceeding 10 shillings or 8 stripes for one offĕce
& this law to continue in force untill the Court or Overseers of the
Colledge provide some other orders for

Such offences.

ADMITTATUR JONATHAN
MITCHELLUS in collegiū Harvardinū
22. 8. 1683.  JNͦ. ROGERS. Pʳses.
SAMUEL ANDREW.

Digitized by Google    0986

# Exhibit 119

# BIOGRAPHICAL SKETCHES

### OF THE

# GRADUATES OF YALE COLLEGE

#### WITH

## Annals of the College History

### VOL. II.

### MAY, 1745—MAY, 1763

#### BY

### FRANKLIN BOWDITCH DEXTER, M.A.



### NEW YORK
## HENRY HOLT AND COMPANY
1896

0988
Digitized by Google

# BIOGRAPHICAL SKETCHES

### AND

# ANNALS OF YALE COLLEGE

## Annals, 1745

With the grant of a new charter, in the middle of May, 1745, a new era begins in the history of Yale College. The charter was put in force on the 1st day of June, when President Clap took the oaths imposed by it before Governor Law in the College Hall.

It may be useful to specify here some of the points secured by the new legislation.   They were :—the legalization of the name, Yale College, and the change from " Rector and Trustees" to " President and Fellows"; the promotion of the President to the leading place in the body of Fellows; the grant of power to a majority of the Corporation to remove a Fellow from office ; the provisions for annual and special meetings of the Corporation, and for the time and mode of convening them ; a limited exemption of the College property, and the property of College officers,* from taxation ; and, in general, a more explicit statement of the powers and privileges conferred in 1701.

At the first meeting of the President and Fellows (at Commencement, 1745), the Rev. William Russell (Yale 1709), of Middletown, was chosen Fellow, in place of the Rev. Jonathan Marsh (Harv. 1705), of Windsor, resigned. At the same time the Rev. Samuel Cooke, notorious for his New-Light tendencies, was notified of the " dissatisfac-

---

* This last exemption was cancelled by an Act of the Assembly in 1834.

Digitized by Google

tion with sundry things in his conduct," and was desired to make answer to the charges against him.

At the same meeting the Laws of the College, as digested in order and revised by a previous committee (of which President Clap was the leading spirit) were read and approved. The Rev. Dr. Trumbull* has called particular attention to this compilation, as a work which the President considered of prime importance; a section in the new charter gave power to the Corporation to ordain such laws, with a reservation to the Assembly of a right of repeal.

The Laws are subjoined, printed from the manuscript copy in the College archives, in the handwriting of Ezra Stiles, then just commencing Senior, acting as Clap's amanuensis. They may be compared with those printed in volume I of this work, under date of 1726 (pp. 347–51):—

### Chap. I.

#### Concerning Admission into College.

1. That none may Expect to be admitted into this College unless upon Examination of the Præsident and Tutors, They shall be found able Extempore to Read, Construe and Parce Tully, Virgil and the Greek Testament: and to write True Latin in Prose and to understand the Rules of Prosodia, and Common Arithmetic, and shall bring Sufficient Testamony of his Blameless and inoffensive Life.

2. That no Person shall be admitted a Freshman into this College who is more than Twenty one Years old, unless by the special allowance of yᵉ President and Fellows or their Committee.

3. That no Person shall be admitted Undergraduate in this College untill his Father, Guardian or some proper Person hath given a Sufficient Bond to the Steward of the College, to pay the Quarter Bills of the sᵈ Scholar allowed by the authority of College from Time to Time as long as He Shall continue a Member of sᵈ College: which Bond The Steward Shall keep untill Such Scholar hath Taken his Second Degree, unless He Shall Receive Order from the President to Deliver it up before.

4. That Every Candidate for admission Shall Transcribe and Keep by himself a Copy of these College Laws, which being

* History of Connecticut, ii, 304.



Sign'd by the President and One or more of the Tutors Shall be the Evidence of his Admission into this College.

5. That Every One who has been admitted into this College Shall be Deem'd to continue a Member thereof and Shall be Obliged to Pay Tuition and other College Dues (whether absent or Present) untill He is regularly Dismissed : or untill He Shall with the Advice & Consent of his Parent or Guardian (if under age) Signifie to the President his Desire to be dismissed.

6. That if any Student Shall Refuse or Neglect to Pay his Quarter Bill or Bills allowed and Sign'd by the Authority of College, and his Parent or Guardian upon Application to Them made Shall also Refuse Upon the Complaint of the Steward, He may by the President with the Advice of the Tutors be Dismissed.

7. That none Shall be admitted Freshmen after the End of the Vacancy unless Detaind a few Days by Sickness or Some Such Extraordinary Occasion : and if any who are Examin'd and Approved in y�\* Vacancy Shall not attend by the End of it, They Shall be Subject to the Same Fine which the other Scholars are ; and if any Shall Tarry longer than the End of the First Quarter without Sufficient Reason allowed by the President, They Shall be Rejected for that Year or Placed the Lowest in the Class.

8. That the President with the Advice of the Tutors, Shall at or about the Expiration of the First Quarter Place Each Class in Some proper Order in which They Shall Declare and Stand at Prayers and Recitations.

## Chap. II.

### Of a Religious and Virtuous Life.

1. All Scholars Shall Live Religious, Godly and Blameless Lives according to the Rules of Gods Word, diligently Reading the holy Scriptures the Fountain of Light and Truth ; and constanly attend upon all the Duties of Religion both in Publick and Secret.

2. That the President, or in his absence One of the Tutors Shall constantly Pray in the College-Hall every morning and Evening : and Shall read a Chapter or Suitable Portion of the Holy Scriptures, unless there be Some other Theological Discourse or Religious Exercise : and Every Member of the College whether Graduates or Undergraduates, whether Residing in the College or in the Town of New-Haven Shall Seasonably Attend upon Penalty that every Undergraduate who Shall be absent (without Sufficient Excuse) Shall be Fined one Penny and for comeing Tardy after the Introductory Collect is made Shall be fin'd one half penny.

3. The President is hereby Desired as he hath Time & Opportunity to make and Exhibit in the Hall Such a publick Exposition,

0991
Digitized by Google

4 *Yale College*

Sermon or Discourse as he shall think proper for the Instruction of y$^e$ Scholars, and when He Shall See cause So to do and Give public Notice thereof, Every Undergraduate Shall be Obliged to Attend upon the Same Penalty as aforesaid.

4. Every Student of the College Shall diligently attend upon the Duties of Religious Worship, both Private and Publick of the Sabbath Day, and Shall attend upon the Said Public Worship of God in the Meeting-House with the President and Tutors on the Lord's Day and on Days of public Fasting and Thanksgiving appointed by Authority, and all Public Lectures appointed by the Minister of the first Society of New Haven, upon Penalty of Four Pence for absence (without Sufficient reason) on either Part of the Sabbath or any Day of Public Fasting or Thanksgiving and three Pence for Absence on a Lecture, one Penny for comeing Tardy. And if any Student Shall be Detain'd by Sickness or a necessary Occasion He Shall Signifie the Same to the President or any of the Tutors on the morning ; or otherwise his Excuse Shall be judged as Groundless unless it otherwise manifestly appear to be Sufficient.

5. No Student of this College Shall attend upon any Religious Meetings either Public or Private on the Sabbath or any other Day but Such as are appointed by Public Authority or Approved by the President upon Penalty of a Fine, Public Admonition, Confession or Otherwise according to the Nature or Demerit of the Offence.

6. That if any Student Shall Prophane the Sabbath by unnecessary Business, Diversion, Walking abroad, or makeing any Indecent Noise or Disorder on the Said Day, or on the Evening before or after, or Shall be Guilty of any Rude, Profane or indecent Behaviour in the Time of Publick Worship, or at Prayer at any Time in the College Hall, He Shall be punished, Admonished or otherwise according to the Nature and Demerit of his Crime.

7. Every Student of this College Shall in Words and Behaviour Shew all Due Honour, Respect and Reverence towards all their Superiours, Such as their natural Parents, Magistrates and Ministers, and Especially to the President, Fellows and Tutors of this College ; and Shall in no case use any Reproachful, reviling, Disrespectful or contumacious Language : but on the contrary Shall Shew Them all proper Tokens of Reverence, Obedience and Respect : Such as Uncovering their Heads, Rising up, Bowing and Keeping Silence in their Presence. And particularly all Undergraduates Shall be uncovered in the College Yard when the President or either of the Fellows or Tutors are there : and when They are in their Sight and View in any other Place : and all the

Bacchelors of Arts Shall be uncovered in the College Yard when the President is there; and all the Scholars shall Bow when he Goes in or out of the College Hall, or into the Meeting-House, provided that the Public Worship is not Begun. And Scholars Shall Shew due Respect and Distance to those who are in Senior and Superiour Classes.

CHAP. III.

Concerning Scholastical Exercises.

1. Every Student Shall diligently apply himself to his Studies in his Chamber as well as attend upon all Public Exercises appointed by the President or Tutors, and no Student Shall walk abroad, or be absent from his Chamber, Except Half an hour after Breakfast, and an hour and an half after Dinner, and from prayers at Night to Nine o' the Clock, without Leave, upon Penalty of Two Pence or more to Six pence, at the Discretion of $y^e$ President and Tutors.

2. To this End the President or Tutors Shall, by Turns, or as They conveniently can visit Student's Chambers after Nine o'Clock, to See whether They are at their Chambers, and apply themselves to their Studies.

3. That the President and Each of the Tutors Shall according to the best of their Discretion Instruct and bring forward their respective Classes in the Knowledge of the Three Learned Languages, and in the Liberal Arts and Sciences. In the first Year They Shall principally Study the Tongues & Logic, and Shall in Some measure pursue the Study of the Tongues the Two next Years. In the Second Year They Shall Recite Rhetoric, Geometry and Geography. In the Third Year Natural Philosophy, Astronomy and Other Parts of the Mathematicks. In the Fourth Year Metaphysics and Ethics. And the respective Classes Shall Recite Such Books, and in Such a manner as has been accustomed, or Such as the President upon the Consultation with the Tutors Shall think proper: but every Saturday Shall Especially be alloted to the Study of Divinity, and the Classes Shall dureing the whole Term recite the Westminster Confession of Faith received and approved by the Churches in this Colony, Wollebius, Ames Medulla, or any other System of Divinity by the Direction of the President and Fellows: and on Friday Each Undergraduate in his Order about Six at a Time Shall Declaim in the Hall in Latin, Greek, or Hebrew and in no other Language without Special Leave from the President; and Shall presently after Deliver up his Declamation to his Tutor, fairly written and Subscribed. And

0993
Digitized by Google

6                    *Yale College*

the Two Senior Classes Shall Dispute in the Fall Twice a week ;
and if any Undergraduate Shall be Absent from Reciting or Dis-
puteing without Sufficient Reason, He Shall be fined two Pence ;
and from Declaiming Six Pence.

4. That if any Student Shall be notoriously negligent in attend-
ing upon, or Shall Slightly or carelesly Perform his public Exer-
cises as aforesaid he Shall be punished by Fine, Admonition,
Degradation or Expulsion as the Nature and Degree of the
Offence may Require.

5. That the Senior Sophisters Shall continue in their Recitations
and other public Exercises untill the 15ᵗʰ Day of July at least
annually and then They Shall not Depart without Leave from the
President, nor untill They have compleated their Theses, and
other Such Preparations for the Commencement.        .

6. That about the 15ᵗʰ of July annually on Such a Day as the
President Shall appoint the Senior-Sophisters Shall Set Two or
more Hours in the Hall to be publickly Examined by the Presi-
dent or either of the Fellows or Tutors or any other Gentleman
of Liberal Education, touching their Knowlege in the Liberal
Arts and Sciences, or any other Qualification for their Expected
Degree.

7. That all Resident Masters & Bachellors Shall constantly
attend Prayers and Lectures or other public Discourses in the
Hall upon Penalty of having the Privilege of the Library Taken
from them.

8. That All Resident Bachellors Shall Dispute in the Hall under
the President once a Week or Fortnight, as the President Shall
appoint, upon Penalty of Four Pence for every Neglect without
Sufficient Reason.

9. The President may Order and Direct the Resident Batchellors
or Undergraduates to make Analyses in the Hall or any Other
Scholastic Exercises upon Suitable Subjects for their Tryal and
Exercise of their Skill and Learning.

10. That Every Student of this College Shall in his ordinary
Discourse Speak in the Latin Tongue ; and the President and
Tutors may at their Discretion Enjoyn the Observation of this
Law by Some proper and reasonable Penalties.


CHAP. IV.

Of Penal Laws.

1. If any Scholar Shall be Guilty of Blasphemy, Fornication,
Robbery, Forgery, or any other such Great and Atrocious Crime
he Shall be Expelled forthwith.

2. If any Scholar Shall deny the Holy Scriptures or any Part of Them to be the Word of God : or be guilty of Heresy or any Error directly Tending to Subvert the Fundamentals of Christianity, and continuing Obstinate therein after the first and Second Admonition, He Shall be Expelled.

3. If any Scholar shall be Guilty of Profane Swearing, Cursing, Vowing, any Petty or Implicit Oath, Profane or Irreverent Use of the Names, Attributes, Ordinances or Word of God ; Disobedient or Contumacious or Refractory Carriage towards his Superiours, Fighting, Striking, Quarrelling, Challenging, Turbulent Words or Behaviour, Drunkenness, Uncleaness, Lacivious Words or Actions, wearing woman's Aparrel, Defrauding, Injustice, Idleness, Lying, Defamation, Tale bareing or any other Such like Immoralities, He Shall be Punished by Fine, Confession, Admonition or Expulsion, as the Nature and Circumstances of the Case may Require.

4. If any Person be Guilty of Stealing, He Shall besides the Fine Pay Trible Damage and in all other Cases of Injustice Shall make full Restitution to the Party injured.

5. If any Scholar Shall break open any Other Scholars Door or Open it with a Pick-Lock or a False Key, He Shall be Fined One Shilling for the first Offence : and Two Shillings for the Second : and for the Third publickly admonished, Degraded or Expelled.

6. If any Scholar Shall Play at Cards or Dice at all : or at any Lawfull Game upon a Wager : or Shall bring any Quantity of Rum, Wine, Brandy or other Strong Liquor into College or into his Chamber where he Resides without Liberty from the President or Tutors, or Shall Go into any Tavern within Two miles of College and call for any Strong Liquor, or Spend his Time idly there unless with his Parent or Guardian, he shall for the first Offence be Fined Two Shillings and Sixpence, or be admonished : and for the Second Offence be Fined Five Shillings and be Degraded : and for the Third Offence be Expelled : and if any Scholar Shall Play at Swords, Files or Cudgels, He Shall be Fined not Exceeding One Shilling.

7. That if any Scholar Shall do any Damage to the College House, Glass, Fences, or any other Things belonging to College, or Shall jump out of College Windows, or over the Board Fences, he Shall be Fined not exceeding One Shilling, and Pay all Damages to be charged in his Quarter Bill.

8. That Every Student Shall abstain from Singing, loud Talking and all other Noises in Studying Time, on Penalty of Four Pence : and if any Scholar Shall at any Time make any Rout, Disorder or Loud, Indecent Noises, Screamings or Hollowing or Shall call loud or Hollow to any other Scholar in the Presence of

0995
Digitized by Google

8                    *Yale College*

the President or Tutors, He Shall be fined not Exceeding Two Shillings.

9. That if any Scholar Shall associate himself with any Rude, Idle Disorderly Persons: or Shall Entertain Companions at his Chamber either in College or out after Nine o'Clock, or Shall Take any Person who is not a near Relation to Lodge with Him without Liberty from the President or a Tutor he Shall be Fined not Exceeding Two Shillings.

10. That the President or Either of the Tutors may when he See Cause Break open any College Door to Suppress any Disorder ; And if any Scholar Shall refuse to Give the President or Either of the Tutors admittance into his Chamber when Demanded, or to assist in Suppressing any Disorder when required ; or to come when he is Sent for, or to Give in Evidence when he is called, he Shall be Fined Two Shillings ; or be punished by Admonition, Confession, Degradation or Expulsion as the Nature of the case may Require.

11. If any Scholar Shall behave himself obstinately, refractorily or Contemtionally toward the President or either of the Tutors, He Shall for the first Offence be punished by Fine, Admonition or Confession, or Being Deprived of the Liberty of Sending Freshmen for a certain Time : For the Second Offence he Shall be Degraded or Expell'd.

12. That if any Scholar Shall write or Publish any Libel : or raise any false or Scandalous Report of the President or either of the Fellows or Tutors or the Minister of the first Church of New-Haven, or Shall directly or indirectly Say that either of Them is a Hypocrite, or Carnal or Unconverted, or use any Such reproachful or reviling Language concerning Them, He Shall for the first Offence make a Public Confession in the Hall ; and for the Second be Expelled.

13. If any Scholar Shall Go out of the College Yard without a Hat, Coat or Gown except at his Lawful Diversion, He Shall be Fined Three Pence : and if He Shall wear any indecent Apparrell He Shall be punished not exceeding Two Shillings.

14. If any Scholar Shall keep a Gun or Pistol, or Fire one in the College-Yard or College, or Shall Go a Gunning, Fishing or Sailing, or Shall Go more than Two Miles from College upon any Occasion whatsoever : or Shall be Present at any Court, Election, Town-Meeting, Wedding, or Meeting of young People for Diversion or any Such-like Meeting which may Occasion Mispence of precious Time without Liberty first obtain'd from the President or his Tutor, in any of the cases abovesaid he Shall be fined not exceeding Two Shillings.

15. That all the Scholars Shall behave Themselves inoffencively, blamelessly and justly toward the People in New-Haven : not unnecessarily Frequenting their Houses, or Intresting Themselves into any Controversey among Them. And upon Complaint of any Wrong done by any Scholar to any of Them, or any other Scholar, the President Shall Order Them to Do Justice and make Restitution. And if any Scholar Shall refuse So to do, He Shall be publickly Admonished, and if he continue Obstinate He Shall be Expelled and his Bond put in Sale if need be.

16. That Every Freshman Shall be Obliged to Go any reasonable and proper and reasonable Errand when he is Sent by any Student in any Superior Class ; and if he Shall refuse So to Do he may be punished : provided that no Graduate Shall Send a Freshman out of the College Yard, and no Undergraduate Shall Send a Freshman anywhere in Studying Time, without Liberty first had from ye President or Oone of the Tutors.

17. If any Undergraduate Shall Tarry out of Town longer than He has Leave from the President or his Tutor and Shall Send no Excuse he Shall be punished Four Pence a Day for every Day's Absence : & if he Shall not come nor Send any Excuse till the End of the Quarter, and the Fine be made up in the Quarter Bill, it Shall not be taken out again upon any Excuse or Pretence whatsoever, unless it amount to more than Five Shillings.

18. That when any Scholar is Ordered to make a public Confession for any Crime or Breach of the Laws of this College, and he refuse after admonition, he Shall be Expelled : and no Scholar Shall be Readmitted or admitted to a Degree unless he first make a public Confession in the Hall or Meeting-House.

19. If any Scholar Shall make an assault upon the Person of ye President or either of the Tutors or Shall wound, Bruise or Strike any of Them, He Shall forthwith be Expelled.

20. That no Scholar Shall undertake to Do or Transact any Matters or Affairs of Difficulty and Importance, or which are any ways new or beside the common & approved Customs & Practises of the College, without first Consulting with the President and Obtaining his Consent.

21. That the Fine for ordinary and common Crimes & Misdemeanours Shall be from Three Pence to One Shilling. For those of a Greater and more heineous Nature from One Shilling to Three Shillings : and for the highest not to exceed Eight Shillings. And when any particular Fine or Punishment is Set for any particular Crime, if it Shall appear that it was committed obstinately, audaciously, carelessly, or repeatedly, or Justified when committed, it Shall be in the Power of the President & Tutors at their Discretion to increase the Fine not Exceeding Double.

0997 Digitized by Google

22. That inasmuch as particular Laws cannot be made for all Emergent Affairs and Cases that may occur in the Government of College, the President Shall have Power to Give Such particular Direction, Orders and Rules from Time to Time as he shall think proper, agreable to the Nature and Tenour of the Laws here prescribed. And besides the particular Crimes herein mentioned Shall have Power to inflict any reasonable Punishment agreable to the Tenour of these herein Mentioned for any other Crimes of the like Nature which are contrary to the holy Rules of God's Word, the wholesom Laws of the Civil Government, or the Good Order and Regulation of this Society.

## CHAP. V.

### Of Chambers in or out of College.

1. The President Shall from Time to Time Dispose of the Chambers and Studies in College and assign Them to particular Scholars to Live in according to his Discretion. And if any Scholar Shall not Dwell in or Shall Move out of any Chamber assigned to him, or into any other Chamber not assigned without Liberty, he Shall be Fined One Shilling, or otherwise Punished according to the Nature & Circumstances of the Offence.

2. If any Scholar who has a Chamber assigned to Him Shall be absent from College longer than He has Liberty, or Shall be Guilty of any Misdemeanour or Disorder if there Shall be need of Room for One in a Superiour Class or for any Such like reason, the President may at his Discretion Take away Such a Chamber from him & assign it to another.

3. When any Scholar Shall have any Chamber or Study assigned him, if there be any Damage done in it by Breaking the Glass, Doors or otherwise, he Shall immediately give the Scholar of the House Notice, & he Shall make an Entry of it : and bring a Copy thereof to the President that Those who Lived last in it or Did the Damage may make Satisfaction. And dureing the Time that any Chamber Stands assigned to any Scholars, They Shall be accountable for all Damages done in it, unless They can Prove that it was done by the inevitable Providence of God, without any carelessness of theirs ; or by Some other Scholars.

4. That when any Glass is broke in any of the Entrys of or in the College, the charge thereof Shall be equally Born by all the Scholars who live in or near that Entry. And when any Glass is broke in the Hall, Library or Dark Room, and any Damage is Done to the college Pump, Fences, or any other appurtenances of college, and the particular Person that did it be not known, the

0998
Digitized by Google

# Exhibit 120

THE MINUTES OF THE SENATUS ACADEMICUS

1799 – 1842

Transcribed by Leslye Seltzer

University of Georgia Libraries

Department of Records Management & University Archives

November 4, 1976

& Rendered into Electronic Form by Zubin Patel, 2008

(1)

MINTUES OF THE SENATUS ACADEMICUS 1799 - 1842

At a meeting of the Senatus Academicus of the State of Georgia, at the State House in Louisville, on Wednesday the 27th November 1799 pursuant to public notice.

Present His Excellency Governor Jackson, in the Chair

Judge Carnes,

David Emanuel esq. president of the Senate,

David Meriwether esq. Speaker of the House. of Reps.,

Hugh Lawson,

Abraham Jackson,

Peter Early,

Joseph Clay Jun.,

Seaborn Jones,

William Stith,

George Walker

Read the Charter of the University, as also an Act explanatory of the said Charter.

Ordered, that a Committee consisting of Messrs. Clay, Stith and Meriwether, be appointed to draw up rules for the government of the Senatus Academicus.

The board then adjourned till tomorrow at half past four o'clock P.M.

Thursday 29th November 1799

The Senatus Academicus met pursuant to adjournment

Present His Excellency Governor Jackson

(34)

## LAWS OF THE COLLEGE OF GEORGIA

### Chapter. I.

I. The government of the College at Athens shall be vested in the President, Professor and Tutors, legally elected, qualified, and introduced into office.

II. The President shall have power to direct in all matters relating to the College; - to govern the undergraduate Students, and the resident Graduates, and to punish all Crimes and offenses committed by them against the laws of the College; unless in cases, in which the concurrence of the Professors and Tutors is made necessary by law.

III. The Professors and Tutors, severally, shall have power to govern the undergraduate Students, and to punish them for any crime, where the penalty by law does not exceed fifty cents.

IV. Every judgment of expulsion, dismission for fault and rustication for any term longer than nine months, shall be by the President, Professors and Tutors, and the same shall be in writing, and published in such manner as the President shall direct.

V. Any Student charged with a crime punishable by expulsion, dismission, or rustication, shall, at least three days before his trial be furnished with a copy in writing of the charge or charges against him. And copies of all judgments of expulsion, dismission, or rustication, on application to the President, shall be given to all persons concerned. And if any Student shall apprehend himself aggrieved by any such judgment he shall have liberty, at any time within thirty five days after the same shall have been given, of applying to the President by petition in writing,

(35)

and on such petition the President shall, within a convenient time, order a new trial to be had, and provided, on such new trial, the former judgment shall be confirmed, such student still apprehending himself aggrieved, or, in case he shall be a minor, his parent, or Guardian, shall have the liberty of bringing a petition to the board of Trustees for relief; which petition he shall lodge with the President, within thirty days after the said new trial: and the President shall lay the said petition before the board of Trustees at their next meeting.

VI. Annually at the Public Commencement shall be appointed a committee (which shall consist of not less than three Members of the Board of Trustees) to be called the Prudential Committee; which shall be authorized and required, to order such repairs of the College and other College

buildings and appurtenances, as they shall judge necessary – to Audit the accounts of the Treasurer and the Steward – to make annual Statement and report of the expenditures of the College, and state of the Treasury, and of the revenue and funds of the College – to examine and adjust all accounts which any person or persons may have with the College, and shall lay before them; and where balances shall be found due to nay such person or persons, to give orders on the Treasurer for the payment of them, to institute or cause to be instituted in the name of the Board of Trustees suits for the recovery and preservation of the College property and interest, whenever it shall be necessary – and to do and manage all other matter and things, whereunto they are or shall be further authorized or required, by law, or by any special resolve of the Board of Trustees.

(36)

VII. In case of the deaths of the President, it shall be the duty of the Prudential Committee to meet immediately at the College; and to make such regulations, and give such orders and directions as they shall judge necessary; which the Professors, Tutors, and Students, shall, observe untill there shall be a meeting of the Senatus Academicus,

which meeting the Committee shall call, as soon as may be convenient.

Chapter II.

Of admission into the college; of the distribution of Classes ; of Resident Graduates; and of other manners of the Students.

I. Candidates for admission into the College shall be examine by the Professors, or Tutors; and no one shall be admitted, unless he shall be found able to read, translate and parse Cicero, Virgil, and Greek Testament, and to write true latin in prose; and shall also have learned the rules of vulgar arithmetic; and shall produce satisfactory evidence of a blameless life and conversation: nor untill some sufficient person shall have given to the President and Board of Trustees a bond for the payment of his quarter-bills to be approved by the Prudential Committee, from time to time, so long as he shall continue a member of the College.

II. Every candidate, at his admission, shall receive a Copy of the Laws of the College, which being signed by the President, shall be the evidence of his admission; and being admitted he shall be obliged to pay all College-dues (except for victualling)

(37)

when he shall be absent as well as present, so long as he shall continue, a member of the College.

III. Every Candidate for admission to an advanced standing shall be examined by the President and one or more of the Professors, or Tutors, or, under the direction of the President, by two or more of the Professors and Tutors: And no such Candidate shall be admitted to, such standing in the College, unless he shall be found fully qualified in all branches of learning proper for the same; nor until he shall have first paid to the Treasurer, a sum equal to the whole of the Tuition-money, which shall have been paid by others of the Class, into which he is admitted. And when any Scholar after a dismission from the College, shall be readmitted, he shall first pay to the Treasurer, a sum equal to the whole of the tuition-money, which he should have paid had he not been dismissed. Any scholar, however, who comes recommended form any other college may be admitted, without any pecuniary consideration, to the standing for which he shall be found qualified on an examination, as before directed for the admission of candidates to an advanced standing.

IV. Masters and Bachelors of Arts, who shall signify to the President their purpose of residing at the College or in Athens with a view of pursuing literature, under his directions, and under the government of the College, and give a sufficient bond to the Board of Trustees for the payment of their quarter bills, shall be considered as resident Graduates and Students of the College.


(38)


V. Every Student, whether a Graduate or Undergraduate, shall be subject to the laws and government of the College and show in speech and behaviour, all proper respect and obedience to the President, Professors and Tutors of the College.

VI. The undergraduate Students shall be divided into four distinct classes, the first Year they shall be called Freshmen; the Second Sophomores; the third Junior-Sophisters; and the fourth Senior-Sophisters: And in order to preserve a due subordination among the Students, the Classes shall give and receive, in the course of their Collegiate-life those tokens of respect which tend to the preservation of due subordination.

VII. It shall be the duty of the Senior-Class to inspect the manners of the lower Classes especially of the Freshman-Class; and to instruct them in the Customs of the College; and in that graceful and decent behaviour toward Superiors, which politeness and a just and reasonable subordination require.

<u>Chapter III</u>

<u>Of the Religious worship and Order of the College: and of Monitors</u>.

I. It shall be the duty of the President, Professors, and Tutors, diligently to inspect and watch over the manners and behaviour of the Students, and in all proper methods both by example and precept, to recommend to them a virtuous and blameless life, and a diligent attention to the publick & private duties of religion.

II. The President, or, in his absence, one of the Professors, or one of the Tutors, shall pray, every morning and evening in the

(39)

Chapel, and read a Chapter, or some suitable portion of scripture. And every undergraduate shall be obliged to attend, upon the penalty of six & a quarter Cents for every instance of absence, and of three Cents for being tardy, or egressing, without sufficient reason.

III. Monitors shall be appointed by the President, who shall be furnished with bills, in which they shall note down those, who are absent from, come late to, or egress from, prayer or other public exercises, on which the Students are by Law obliged to attend; which bills they shall deliver to the President, a Professor, or a Tutor, whenever they shall be required.

<u>Chapter IV</u>.

<u>Of the Course of Academic Literature and Instruction in the College</u>.

I. The President, Professors and Tutors shall instruct the undergraduate students in the learned languages, the liberal arts and sciences, and the whole course of academic Literature.

II. The Senior Class shall be under the especial instruction of the President: Each Tutor shall take the care of, and instruct the particular class committed to his charge by the President. The Professors shall deliver public, and private lectures and give instruction to the classes and Students, in the several branches of science which they severally profess, under the direction of the President.

III. The established course of study in the College shall be as follows, viz.

The first of Freshman class shall study Virgil, Cicero's Oratore, Greek Testament, arithmetic, Book keeping and keeping and practice

(40)

Elocution. The second class shall read Homer, Homer's Iliad, Algebra, Geometry, Mensuration of superficies and solids, the ascertaining of heights and distances, Conic sections, Plane and Spherical Trigonometry. Navigation, surveying, Geography, Composition, English Grammar, and practice Public Speaking. The third Class shall study Astronomy; determinations of Geographic Longitudes and Latitudes by Observations of Eclipses, and Lunar Observation, and use of Celestial Globe, Natural & experimental Philosophy. Chemistry. Botany. Cicero de Oratore, Logic. Priestly's lectures on History. Forensic Disputation. Composition and public speaking. The fourth Class shall study, Rhetoric, Laws of Nature and Nations, the Constitution of the United States, & the Constitutions of the individual States. Moral Philosophy Forensic disputation and Composition.

IV. If any Student shall appear on examination deficient in those branches of knowledge, which, according to the regular course of

literature in the College, he hath been pursuing, it shall be the duty of the President or his Tutor, to admonish him of such deficiency that he may be incited to apply with greater diligence to study: and if, notwithstanding, at the next succeeding public examination holden after an interval of at least six months, he shall appear so deficient as to be unfit for his standing, and unable with profit and reputation to pursue his studies with his Class, he shall be degraded by the President, Professors and Tutors, to the next lower class, or dismissed from the college.

V. If any Scholar shall frequently neglect the public exercises, or if he shall spend the hours of study in idleness and manifest a prevailing inclination to a dissolute behaviour; or if he entice others from their studies and draw on them into bad practices,

(41)

he shall be dismissed from the College.

VI. On the Wednesday before the twentieth of March annually, the Senior Sophisters shall be examined, under the direction of the President, by the Professor, Tutors and other Gentlemen of liberal education, who may be present, as to their knowledge and proficiency in the learned languages, and the liberal Arts & Sciences; and being found well skilled in them, and the whole course of Academic Literature, shall be advanced to the standing of Candidates for the degree of Bachelors of Arts; and having made all necessary preparation for commencement, the President may give them leave of absence from the College, until the Saturday before the Commencement.

Chapter V.

<u>Of Vacations, and of Absence from the College</u>.

I. There shall be two vacations annually. The first, six

weeks immediately after the commencement: the Second, Six weeks from

and after the first Wednesday in December.

II. The President shall appoint some suitable person, who, during the Vacation shall take care of and prevent damages from being done to the College, or to any of the appurtenances belonging to it. And such person shall have a reasonable compensation made by him by the Board of Trustees.

III. No undergraduate shall reside in the College during any of the Vacations, without the knowledge and permission of the President.

IV. Immediately upon the expiration of every vacation,

(42)

the undergraduate Students shall assemble at the College; and if any such Student shall not return to the College at the end of a vacation, or of the time of absence allowed him by the President, Professor, or a Tutor, and shall send no sufficient excuse, he shall be fined twenty-five Cents for every days absence; and if he shall not return to the College nor send a sufficient reason before the end of the quarter, and the fine shall be charged in the quarter-Bill, it shall not be taken off upon excuse, unless it shall mount to more than fifteen dollars.

<u>Chapter VI</u>.

<u>Of the Location of the Students</u>.

I. The President shall have authority to locate the Students in the Chambers and Studies of the College; and if any Student shall refuse to dwell in the Chamber assigned to him by the President, he shall be dismissed from the College; and if any Student shall remove from his own into any other Chamber, or make up his bed for lodging in any other Chamber than his own, he may be fined, or punished in

some other way was the circumstances of the case may require.

II. If the College chambers shall not be sufficient to receive all the Students, the President and a Majority of the Prudential Committee shall give liberty to so many as necessity shall require, to reside among the Inhabitants of Athens of a good moral character: In which case a

preference shall be requested by them, their Parents, or Guardians, that they may reside in the families to which they belong.

(43)

III. All Scholars, living out of the College, and in Athens, shall be subject to the same laws and rules, in their chambers, as those, who reside in the College.

Chapter VII.

Of college Damages, and Assessment of them.

I. When any damage shall be found done to any chamber or any study in the College, the person or the persons to whom such chamber or study is assigned and belongs, shall make good the same, unless such damage shall have happened, while they were absent, in vacation. And when any damage is done to any chamber or study, in vacation, or to any other parts of the College, or the appurtenances thereof, at any time the same shall be assessed upon all the Undergraduate Students, and charged in their quarter-Bills: Provided always, if the person or persons, who were principals or accessories in doing any such damages, shall be discovered, he or they shall make full satisfaction for the same, and if they shall have done intentionally by a scholar or scholars, they shall each e liable to a fine not exceeding five dollars, and to any other College punishment which the circumstances of the offence shall require.

II. The President shall estimate all damages of broken glass, at the end of every quarter, and the same assess upon the Students, according to law, and charge in their quartet-Bills.

Chapter VIII.

Of the crimes and Misdemeanors

I. If any Scholar shall be guilty of blasphemy, robbery,

(44)

fornication, theft, forgery, or any other crime, for which an infamous punishment may be inflicted by the laws of the State, he shall be expelled.

II. If any Scholar shall give or accept a challenge to a duel, he shall immediately be expelled.

III. If any Scholar shall assault, strike or wound, the President, a Professor or a Tutor--or shall designedly break their doors or windows, he shall be expelled.

IV. If any Scholar shall be guilty of prophaneness--of fighting, or quarreling--if he shall go more than two Miles from Athens without leave from the President, a Professor or a Tutor,- if he shall disturb other by noisiness, loud talking or singing during the time of study,- if he shall ring the Bell without order of permission--if he shall play at billiards, cards or any unlawful game--if he shall associate with vile, idle or dissolute persons, or shall admit them into his chamber, -if he shall instigate or advise any student to a refactory or stubborn behaviour--he shall for either of these Offenses be punished by fine, admonition, or rustication, as the nature of the circumstances of the case may require.

V. Whereas the laws of the College and few and general, and cases may occur, which are not expressly provided by law; in all such case the President, Professors and Tutors shall proceed accordingly to their best discretion, and may punish a Scholar by inflicting a fine or any other College censure, according to the nature and circumstances of his crime.

(45)

## Chapter IX.

### Of the Library; of the Museum; of the Philosophical chamber and Apparatus.

I. No person, except the President, the Members of the Senatus Academicus, Professors, Tutors, Secretary, resident Graduates, and Senior and Junior Sophisters shall have the liberty of taking books out of the Library, but by permission from the President: Provided, that no student shall take more than three Books, out of the Library at one time.

II. The Librarian shall enter down in a bill, the title and size of every book borrowed out of the Library, the name of the person, who borrowed it, and the time when it was borrowed and returned; for which a reasonable compensation shall be paid by the Students.

III. The Philosophical chamber, the Apparatus Room, and Apparatus shall be under the care of the President, and the Professor of Mathematics and Natural Philosophy, who shall be the keeper of the Museum.

## Chapter X.

### Of Commons.

I. The Steward appointed by the Board of Trustees, shall when required by the President provide in the College-Hall, victuals, after the manner of living in common Families, for all the Professors and Tutors, Graduates and Undergraduates, who reside in the College; and shall at all times cause the tables to be decently spread, and attended, at such a price as shall be fixed by the President and Board of Trustees. And if any Student residing in the College refuses to be in common he shall be dismissed from the College.

(46)

Chapter XI.

Of College Dues, and Quarter-Bills.

I. The College Year shall begin at the Commencement evening. The first quarter shall end on the first Wednesday in August; The second on the first Wednesday in November; The third on the first Wednesday in February. And the fourth at the Commencement which shall be on the first Wednesday in May annually. The President may vary the ending of the three first quarters for a few days sooner or later at his discretion.

II. Towards the end of each quarter, the President shall cause to be written out a bill, with a duplicate thereof, containing the following sums, which shall be paid quarterly by each student into the College Treasury, viz$^t$, for Tuition six dollars; for a chamber in the College one dollar; and for ordinary repairs and other contingent charges fifty cents; for sweeping, living out of college twelve & an half cents; and for sweeping and making beds, living in College fifty cents.

III. The President having approved and signed the said bills, shall deliver one of them to the Treasurer of the College, and keep the other himself; and thereon take a writing signed by the Treasurer acknowledging his receipt of the other bill, and that he will be accountable to the President and Board of Trustees for the whole sum

therein contained. And the Treasurer shall collect the same of the Students, and shall hold it subject to the order of the Board of Trustees.

IV. Toward the end of each quarter the Steward shall write a bill of the several sums, payable to him for commons at the price stated by the President and the Board of Trustees, with

(47)

1010

a duplicate thereof, both which bills he shall present to the President; and the President having approved and signed them, shall deliver one of them to the Steward, and keep the other himself, and thereon take a writing signed by the Steward, acknowledging the receipt of the other bill, which he shall be authorized to collect of the Students, and apply to his own use, and if he shall not be able to collect the sums of money due on said bills, without a suit, he shall have a right to use the bond given to the Treasurer and Board of Trustees, at admission: provided he shall give sufficient security of the Treasurer to indemnify them .

V. The several sums, charged in the quarter-Bills shall be considered as due, and payable as soon as the bills are made up according to law; and the Treasurer shall be authorised to demand the same, immediately on the bills being delivered to him for collection, with lawful interest for all the time afterwards, during which they shall remain unpaid. And whenever bonds are entered for a student by nay person or persons, not resident in this State, it shall be the duty of the Treasurer, in case any quarter-bill of such Student shall remain unpaid for the term of three Months after it shall become due, to notify the President thereof; and it shall thereupon be the duty of the President to require other bonds for such Student from some person or persons resident in this State; and on a noncompliance with such requision, (sic) such statement shall be dismissed,

VI. In case of the absence, sickness or any other incapacity of the President; and also in case the President's Office shall be vacant, the Professors and Senior Tutor at the College shall

(48)

be authorised and required to do every thing relating to the quarter-bills of the Treasurer, and Steward, which by law the President is authorised and required to do.

Chapter XII.

Of Commencement and Academical Degrees.

I. No Scholar may expect the honor of the first degree, who hath not attended and performed the course of academical exercises, as appointed by law, for the space of four years; except such as have been regularly admitted to an advanced standing, nor unless he shall also have produced on the day before the Commencement, certificates from the Treasurer, Steward and Librarian that he has paid to them their respective dues.

II. No candidate for the second degree may expect the honor of the same, unless he shall have preserved a good moral character, and previously to the commencement shall have signified to the President, his desire of the same.

III. All candidates for either degree shall personally present, unless, in any instance, the President and the Board of Trustees shall judge it proper to confer the honor of a degree upon an absent Candidate.

IV. All academical honours shall be given by the President with the consent of the Board of Trustees, and the Candidates for the first or a second degree, shall each for the same, pay to the President four

dollars.

V. The Candidates for either degree, shall perform the public exercises which shall have been previously appointed for them by the President: and no public exhibition shall be made

(49)

without such appointment, nor without having been previously approved by the President. The President shall begin and close the business and public entertainments of the day with prayer.

VI. There shall be no parade, illumination or fireworks at the time of Commencement, but by the permission and under the direction of the President.

VII. No scholar shall attend the instructions of any person who may undertake to teach any language, art, or science, in Athens, unless such person shall (have) liberty of teaching granted him by the President or Board of Trustees, and if any Undergraduate shall transgress this law, he shall be punished by fine or otherwise, according to the circumstances of the case.

VIII. That the students may, as far as possible, be saved from the disgrace of public and known punishment, it is declared to be the duty of the President, Professors, and Tutors carefully and critically to watch over and inspect the conduct and manners of the Students at all times, and when necessary to admonish them in a private manner.

IX. The foregoing laws shall be subject to such alterations and amendments as may at any time be found necessary.

X. These laws shall be printed and each Student furnished with a copy thereof, nor shall any student be subject to the penalties, punishments or censures herein contained, until at least ten days after he shall have been furnished with a copy as above-mentioned.

Made, enacted, and Ordained at Louisville, the Twelfth day of November, in the Year of Our Lord One Thousand eight hundred

(50)

and three, and of the Independence of the United States of America the Twenty eighth.

Jn<sup>o</sup> Milledge Governor,

(SEAL)                                       and President of the Senatus Acadmemicus

Attest J. Hamill Secy.

     of the University.

(50)

and three, and of the Independence of the United States of America the Twenty eighth.

Jn<sup>o</sup> Milledge Governor,

(SEAL)                                       and President of the Senatus Acadmemicus

Attest J. Hamill Secy.

     of the University.

(51)

     State House, Louisville, Monday 14th Nov. 1803

     The Board met pursuant to adjournment,

(82)

Half past 5.

The Board met pursuant to adjournment – present as in the morning – Mr. Early moved that the resolution of yesterday proposing a sale of the lands of this Institution be taken up which was unanimously agreed to, and on the question whether the resolution should now pass it was decided unanimously in the negative.

Mr. Flournoy moved that the statement of the Committee appoin (<u>sic</u>) on the part of the Board of Trustees to examine into state of funds be now taken up which was agreed to.

Whereupon Resolved that the statement of the accounts and expenditures up to the first of the present month is satisfactory and that it be returned to the Board of Trustees and form a part of the annual report to the next Legislature. A statement of the situation and funds of the Meson Academy was presented and ordered to be filed. Mr. Hull moved to take up the report of the President of the College which was agreed, and the said report after being sometime discussed was ordered to lie on the table.

The Board then adjourned until half after 8 oclock tomorrow morning -

9th August 1810

The board met pursuant to adjournment. Present.

David B. Mitchell – president

Judges Walker, Early and Carnes

Mess[rs] Twiggs, Clark , O Neal, Stewart, Hull, Irwin & Flournoy.

The President of the University submitted to the Board a letter containing his resignation as president of the University, which is a follows –

To the President of the Senatus Academicus of the University of Georgia –

(83)

Sir,

This day completes a period of nine years since my first passing the Cedar Shoals of the Oconee. I have lived to see the spot selected for the site of the University by George Walton, Abraham Baldwin, John Milledge, John Twiggs and Hugh Lawson and become a very interesting object to the citizens of the State. At my first arrival it was a new wilderness – it is now a beautiful village containing one of the most valuable Collegiate buildings in the United States. And an experience of nine years proves that it is one of the most healthful spots in the Universe.  When I left a literary Society of the first order Merit and embarked with a much beloved and numerous family from Newhaven for Savannah, I flattered myself that I might be useful to my fellow citizens by inculcating that knowledge and fixing those principles in the minds of young men which while they should influence them to respect their own rights might also induce them to respect the right of others. I have always, believed that knowledge pure and unveiled (either politically or religiously) was the true basis of the happiness of individuals or of nations Ideots and fools alone will consent to unreasonable laws, and dishonest men alone will declare their belief of that which their judgment and conscience declare to be false. I have like all other public characters been a target for the shafts of those who dread the true light of science. I have in common with my fellow Citizens many faults, but among them I deft them to find hypocrisy. I believe it to be for the interest of the University for the present moment that I should resign the office of president  That resignation I now formally offer; but I trust sir that you will believe that I blame not the Senatus Academicus nor the Board of Trustees –


(84)


They have done their duty in the best manner that circumstances would admit. To the true, real and essential integrity of the institution as expressed in the preamble to your Charter I shall always be a Cordial friend. And I trust that after I shall be laid in the grave my children and friends on a fair view of my whole conduct with all its attendant circumstances of difficulty & embarrassment will at least not blush that their father and friend was once by the recommendation of Abraham Baldwin the president of the University of Georgia.

I am Sir with the high esteem and consideration

Yours &c

Athens 9th Aug.t                    J. Meigs.

1810

The foregoing communication being taken up, Resolved (on motion) that the resignation of the President be accepted and that the Board of Trustees be immediately informed thereof.

A communication was received from the Board of Trustees informing this Board that they had nominated the Rev^d Henry Kollock of Savannah as president of the University of this State to supply the vacancy occasioned by the resignation of Mr. Josiah Meigs, and thereupon the Board proceeded to the appointment of a president to supply the aforesaid vacancy; when it appeared that the Rev^d Henry Kollock was unanimously elected. It was then resolved that his Excellency the Governor do make a communication to the President elect informing him of his appointment.

Be it ordained that the prudential Committee or a majority of them shall exercise and perform all the duty &

(85)

authority vested in the President by the laws of College until the president elect shall be regularly inducted into office; Except the superintendance of the academic exercises which shall be attended to, and performed by the professor of Mathematicks and Natural philosophy.

The Committee to whom it was referred to enquire if any and what alterations and amendments are necessary to be made in the laws of the University respectfully report the following as additional clauses or ordinances. In the third chapter.

It shall be the duty of the President to inculcate into the minds of the students a strict observance of the sabbath day, and on each sabbath when no sermon is preached to read or cause to be read by some one of the professors or of the Senior class a lecture or sermon which my be selected from any Moral or religious Book at the usual hour of public worship. And it shall be the duty of every student in College strictly and with becoming decency to attend in the Chapel during such exercises. And every student in College who shall fail to attend as aforesaid unless he do furnish a good excuse for such absence to be judged of by the president shall for every such neglect be publicly admonished by the president. And be it further ordained that if any Student of College shall be so far lost to his own Character or reputation as to be found in any public tavern, store, tippling shop or any other place where spirituous liquors are retailed in the Village of Athens and partaking of the liquor called for and drank at any such place he or they so offending shall for the first offence be publicly admonished and for the second rusticated.

That the 4th sec. of the 8th chapter be amended to read as follows. If any scholar shall be guilty of profane swearing of fighting or quarreling – if he shall open the door

(86)

of a fellow student – If he shall go more than two miles from Athens without leave from the president a professor or tutor. If he shall disturb others by noise loud talking or singing during the time of study – if he shall ring the Bell without order or permission – if he shall play at Billiards, Cards, or any unlawful game, if he shall associate with vile idle or dissolute persons, or shall admit them into his chamber – if he shall instigate or advise any student to a refractory or stubborn behaviour he shall for either of those offences be punished by admonition, rustication or expulsion as the nature and circumstances of the case may require And be it further ordained that no student shall be allowed to keep any gun, pistol, Dagger, Dirk sword cane or any other offensive weapon in College or elsewhere, neither shall they or either of them be allowed to be possessed of the same out of the college in any case whatsoever.

That the third section of the fourth chapter be altered and amended to read as follows, to wit,

The established course of study in the College shall be as follows – to wit, the first or Freshman Class, shall study the French language, Cicero's Orations, Greek Testament, Arithmetic – Bookkeeping and practice eloqution. The second class shall read Horace, Homers Iliad, Algebra, Geometry – Mensuration of superfices & solids the ascertaining of heights and distances, conic sections Plane and Spherical Trigonometry – navigation surveying – Geography – Compostion, English Grammar practice public speaking and also study the French language But the french languages mat be studied by any person not a Member of the College or of the grammar school on paying the same for tuition that is paid in College. And children from the Grammar

(87)

School may at the same time take lessons from the professor of the french language.

The Senior Sophisters shall be examined on the second Thursday in June in every year under the direction of the President and prudential Committee or a majority of them, and by such gentlemen of liberal education as may be appointed by them for that purpose.

Additional section to 5th Chapter –

The legislature by an act passed since the last meeting of this Board having directed that the meeting of the Senatus Academicus shall be at the seat of the University on the first Monday of August annually the public Commencement shall henceforth take place on the first Wednesday thereafter.

The Board then adjourned to meet at Milledgeville on the 2nd Monday in Nov<sup>r</sup> next.

Attest,

Duncan G. Campbell                                      D.B. Mitchell Governor

<u>Secretary</u>                                    & President of the
Senatus                                                        Academicus of Georgia.


(88)


Thursday 1st August 1811 –

At a meeting of the Board of Visitors pursuant to the request of the prudential Committee, Present – his Excellency David B. Mitchell Governor, Jared Irwin President of the Senate, Judge Gresham and Judge Walker

There not being a sufficient number to proceed to the transaction of business, those present adjourned 'til tomorrow morning 9 oclock –

Friday 2nd August 1811 –

On this day his Excellency the Governor, Jared Irwin President of the senate, Judge Walker and Gresham attended as visitors, and adjourned 'til tomorrow morning 9 oclock.

Saturday 3rd August 1811 –

His Excellency the Governor, Jared Irwin & Judge Walker attended and adjourned, 'til tomorrow morning 9 oclock.


Monday 5th August 1811

On this day the following persons attended being a majority of the Board of Visitors, towit, his Excellency the Governor, Judges Early, Gresham and Walker. The Board of Trustees was then informed that the Board of Visitors had convened and were ready to receive them and form the Senatus Academicus. The following members of the Board of Trustees attended, to wit, Mess<sup>rs</sup> Clarke, Stewart, Mounger, Hull, Carnes, Irwin & Flournoy. Whereupon the Senatus Academicus was formed and proceeded to business –

# Exhibit 121

# LAWS

### AND

## REGULATIONS

#### OF THE

## COLLEGE OF WILLIAM AND MARY,

##### IN

### VIRGINIA.

RICHMOND:

PRINTED BY THOMAS W. WHITE.

1830.

1020

Digitized by Google

# REGULATIONS

## OF

# THE SOCIETY.

1. No Student shall be admitted into any of the Scientific Courses under sixteen years of age, unless he is at the same time prosecuting his studies in the Department of Ancient or Modern Languages—or unless the abilities and acquirements of the applicant be such as to justify a departure from this rule.

2. Students from other Colleges may enter any of our Classes, but they cannot obtain a Degree without passing an examination upon all the studies required by Statute.

3. No Student who enters a Class, according to the Regulations of the College, shall quit the same without the consent of the Society.

4. No Student, except those whose primary object it is to attend the Law Class, shall be permitted to enter the Class of Natural Philosophy, who is not acquainted with Plane Geometry, Plane Trigonometry, and Simple Equations in Algebra, unless the Society shall deem it expedient to permit a deviation from that course.

5. Every room in College, except such as may be otherwise specially appropriated, shall contain, if necessary, two Students, and no more.

6. Students are strictly forbidden to go either to York or Jamestown, without permission from the Society.

7. Students are required to be employed in study at least seven hours out of the twenty-four, exclusive of the time occupied in Lecture, and in case of the want of due preparation at any time, they shall be considered as offending against the Law for the good Government of the College, unless they shall prove that they have complied with this requisition.

8. It shall be the duty of the Students, as well as the Professors, to attend on each Public Examination; and to induce a regular attendance, it shall be the duty of the Examining Professor (whenever the Society shall deem it necessary,) to call a general roll from the Matriculation Book, and to note the absentees.

9. Those Students who may be absent from a Public Examination in consequence of sickness, shall, as soon as they have recovered, if it be deemed requisite, be examined fully before the Faculty.

10. In the Mathematical Course, Geometry and Algebra shall be included in all the Examinations, so that the Student may at any time be interrogated on those subjects.

3

1021

18

11. All the Junior and Senior Students shall every year attend to Composition and Elocution, in such manner as the Belles Lettres Professor may direct.

12. Students may be punished by admonition, reproof, censure, suspension, dismission or expulsion, according to the nature of the offence, and the previous deportment of the offender.

13. No Student shall leave the Lecture room, during Lecture, except by permission of the Professor.

14. The Grammar Scholars are forbidden to go up stairs in the College Building, except in the necessary discharge of their duties.

15. In coming to, or going from Lecture, Prayer and Examination, the Student shall avoid making any unnecessary noise, and shall not disturb these exercises by talking, whispering, moving to and fro in the apartment, or in any other manner.

16. No Student shall make, or be concerned in making any unnecessary noise, disturbance, or uproar in the street, in the College, or elsewhere.

17. No Student or Scholar shall engage in the usual sports in the public passages or apartments, between the two western wings, or in the front yard.

18. No Student shall play upon any instrument of music during the forenoon, nor at any other time, whilst any School is engaged. No music shall be permitted in College or on the premises on Sundays, nor shall playing on any instrument, singing, or any loud noises be allowed at any time, on the stairs, or in the passages, or in any part of the College, or its environs, where it may disturb or interrupt those who are orderly and studious.

19. Ringing the College Bell is strictly prohibited; and every one concerned in this offence, either directly or indirectly, will be punished at the discretion of the Society.

20. No Student shall in any way injure, deface or disfigure the building, or the Statue, or any other College property, under pain of restitution for all damages done, beside being subjected to such College punishment as the Society may impose.

21. If in case of disorder in town or College, by night, any Student when bidden by a Professor does not immediately retire to his own room, or if having so retired, he again leaves it before the next day, he shall be liable to such punishment as the Society may think proper to inflict.

22. The Bell shall be rung at 10 o'clock every night, and no Student shall be in any of the streets of Williamsburg after this hour, unless for reasons satisfactory to the Society.

23. The Students who do not room in College shall not be there after candle-light without permission from a Professor; and the weekly meetings of their Societies shall always take place in the day, and not continue after candle-light.

24. Students and Scholars are strictly forbidden to buy, or employ others to buy any wines, ale, porter, or spirituous liquors, and they are equally forbidden to drink them, even in moderation, except when visiting, or invited out by some inhabitant of the town.

1022



19

Students, however, are allowed the use of beer and cider at dinner, at their respective boarding houses.

25. Except when invited by a private family, the Students and Scholars shall not be permitted, during the Session, to have, to give, or to be present at any suppers, any private or public eating or drinking parties, by day or by night, either at their rooms, boarding houses, or elsewhere, except on the 22nd February and 4th of July.

26. No Student, without the permission of the President or a Professor, shall go into a tavern, or any other place in town, or elsewhere, where he may purchase and drink any intoxicating liquor.

27. No Student shall bet or play at any game whatever, nor keep, or permit to be used or introduced into his room, any cards, dice, or other implements of gaming whatsoever.

28. No Student or Scholar shall go into the garden against the consent of the President.

29. Students are strictly forbidden to keep, or to have about their person, any dirk, sword or pistol.  Firing squibs or crackers in and about College or elsewhere is also strictly forbidden.

30. Students who have been suspended or dismissed will be held subject to all the Laws of the College during their stay in town—that Statute excepted which requires their attendance at Lecture. They shall leave town as soon as practicable; and every such Student as, without permission from the Faculty, shall remain in Williamsburg longer than a week after sentence pronounced, shall be liable to severe punishment.

31. Every two months the Faculty shall send to every parent or guardian, a report, stating how often, and the days of the month when, his son or ward was absent from Lecture; the reasons of his absence; the number of times he has been reported to the Society for not being prepared at Lecture—together with an account of every misdemeanor which he may have committed, as well as the penalty which it drew after it.  Should the conduct of the Student require it, *monthly* or more frequent reports shall be sent home.

32. Morning prayers will take place in the Chapel every day, immediately before the first Lecture in the morning, in order that Professors, Scholars, and all who come to attend Lecture, may likewise have it in their power to attend Prayers.

33. One quarter of an hour before the Bell rings for the *first* Lecture in the morning, during the Collegiate Session, the Bell shall toll for three minutes, during which time all who wish to attend Prayers must assemble in the Chapel,—as the Religious exercises will commence so soon as the Bell shall cease to toll.

34. On the Sabbath day, all the Students and Scholars have it in their power to attend some place of public worship; and both at public worship and in the Chapel, every pupil is required to behave with all that decorum and solemnity which are due to the place and the occasion.

Digitized by Google

20

## LIBRARY.

Students shall have access to the Library on the following terms, viz:

1. The Library shall be open from 12 to 2 o'clock on every Saturday, when Students may attend, and receive from the hands of the Librarian the book desired.

2. No book so received shall be kept longer than a fortnight; at that time the book must be returned in good order.  In case of injury done to a set, by abuse or loss of the volume lent, such sum shall be required to be paid as will repair the injury.

3. No books presented by the late King of France, shall be lent out to Students.

4. The Librarian shall keep a book, in which he shall regularly enter every volume taken out, together with the name of the receiver, and the time when.  He shall annually report to the Society, at the meeting before the Public Examination in June, the state of the Library; he shall keep an account of all damages done to the books, and exhibit it at the first subsequent meeting of the Society; and he shall keep a catalogue of such books as the Society may recommend to the perusal of the Students.  In this catalogue the books shall be arranged under different heads, according to the different subjects treated of in them.

5. None shall be permitted to take books out of the Library but the Professors and matriculated Students; nor shall any Student take out more than one volume at a time.

6. No Student shall enter beyond the Librarian's counter, when the Library is open for the delivery of books, nor shall any be permitted to take down any book from its place.

7. The members of the Society may, through the Librarian, take whatever books they please, and keep them as long as they find it necessary.  But all books must be annually returned to the Librarian by the first of June, that he may have time to make out his report to the Society.  No book belonging to the Library shall ever be carried away, further than the City of Williamsburg, except by special permission.

## STEWARD, BOARDING, &c.

1. The Steward shall prohibit all servants, excepting those belonging to the Brafferton, and those in the employment of the Professors, from entering the College building after night; and in order to be admitted, the last must have a note in writing.

2. No meals shall be sent into the private room of a Student, unless he be sick, or so much indisposed as to render it unsafe to go out.

Digitized by Google

3. The Steward shall cause every lodging room to be twice swept and put in good order daily, and to be scoured once a fortnight. All the passages and steps above stairs shall be swept daily, and scoured out once a month.

4. The Steward is required to make a weekly report to the Faculty of every instance of great indecorum, or misbehavior, by a Student, not only at the public table as ordered by the Visitors, but also in his lodging room.

## OF DEGREES.

Whereas, Literary Honors, judiciously conferred, have a manifest tendency to stimulate ingenious youth in the pursuit of knowledge, and are also to be considered as the distinguishing rewards of improved genius, and established worth:

*It is therefore Resolved, by the President and Professors,* That Degrees in different branches of Science shall be conferred under the regulations and considerations following:

I. The Degrees to be conferred shall be—first, that of *Bachelor;* second, that of *Master;* third, that of *Doctor.*

Of the Bachelor's Degree, there shall be two kinds, viz: Bachelor of Arts and Bachelor of Law.

The Master's Degree shall be that of Arts.

The Doctor's, of Law and Divinity.

II. The Rules to be observed by Students desirous of obtaining the above Degrees, shall be the following:

*First.* No Student shall be admitted as a candidate for a Bachelor's Degree, unless he be of one year's standing at least, in this College.

*Second.* For a Degree of Master, the candidate must have been a Bachelor two years.

*Third.* The Degrees shall be conferred in the order they are here arranged. No one shall be admitted as a candidate for the higher Degrees, unless he has graduated in the lower.

III. The qualifications requisite for each Degree shall be the following:

*First.* For the Degree of Bachelor of Arts, the Student must have a competent knowledge of Mathematics, including Algebra, Fluxions, and the Projections of the Sphere; must have acquired a knowledge of Mechanical and Chemical Philosophy, Optics, and Astronomy; must be well acquainted with Logic, Belles-Lettres, Ethics, Rhetoric, Law of Nature and Nations, Metaphysics, Politics and Political Economy.

*Second.* For the Degree of Bachelor of Law, the Student must have been Bachelor of Arts; he must moreover be well acquainted with Municipal Law and Police.

Digitized by Google

*Third.* For a Master's Degree, the Student must have an intimate acquaintance with Science in general, or he must have distinguished himself for his researches in a particular Science.

*Fourth.* For the Doctor's Degree, the candidate must prove himself deeply versed in the Science in which his Degree is to be taken.

IV. Regulations to be observed.

*First.* In conferring the above Degrees, the strictest regard shall always be had to the moral character of the candidate, nor shall Degrees ever be conferred but upon those whose conduct as Students shall be irreproachable.

*Second.* Every Student who may be a candidate for the Degree of A. B., shall deliver to the President of the College, on or before the first of May in every year, a Thesis written upon such subject as may be proposed or approved by the Society; which Thesis shall, without delay, be submitted to the private examination of each Professor, and then to a meeting of the Society.

*Third.* The Thesis shall afford a proof that the candidate is well acquainted with the principles of composition; and for this purpose, it shall be distinguished for a clear order or proper arrangement of all its parts, for just argumentation, for perspicuity and neatness of style, and an entire exemption from defects in punctuation and orthography; it shall, moreover, afford proof that the candidate has carefully studied the subject of his Thesis, and has obtained such philosophical and correct ideas respecting it, as are the result of industrious research, and of that degree of scientific attainment which may be reasonably expected from those who have availed themselves of the advantages of Collegiate instruction.

*Fourth.* Those whose Thesis are approved by the President and Professors, shall immediately be examined by the Faculty, in private, upon all those studies that are necessary for a Degree. They shall subsequently be examined publicly, in company with the other members of their classes, as early as practicable, at the Public Examination which shall commence on the             day of June.

*Fifth.* The Society, notwithstanding the foregoing Regulations, still reserve to themselves the liberty of publishing to their country, the merits of Students who may be so particularly circumstanced as not to come within the said Regulations, by conferring Degrees, when they find such extraordinary literary merit and virtue united, as to induce a deviation from these Regulations.

*Sixth.* The time for conferring Degrees shall be on the fourth day of July, in every year.

Digitized by Google

23

## VACATIONS.

1. There is but one vacation, commencing on the fifth July and ending the last week in October. On the last Monday in this month, precisely at 12 o'clock, the College is annually opened, Collegiate duties are immediately resumed, and it is disadvantageous to the Student to delay entering beyond that time.

2. There is no intermission of Collegiate exercises except on Good Friday, Christmas, and the 22nd of February. During which three days the Students and Scholars are exempted from the duty of attending Lecture. But no permission will be given them to go home, unless they live so near that they can return and be prepared for Lecture on the ensuing day, and that at the request of the parent or guardian expressed in writing.

3. The vacation in the Department of Ancient Languages extends from the first of August to the first of October; and the Law Course terminates on the Saturday before the last Monday in April.

A. EMPIE,

*President and Professor.*

Digitized by Google

# Exhibit 122

*Pamph. V. 4*                    *87*

# CONSTITUTION & LAWS

OF THE

## INSTITUTION OF LEARNING

UNDER THE CARE OF THE

## MISSISSIPPI PRESBYTERY.

*Oakland college, Claiborn*
*Press*

———

HERALD-OFFICE, CARLISLE, PA.—1831.

Hosted by Google

# PREFACE.

AT a meeting of the Mississippi Presbytery in April 1830, a petition, from a number of gentlemen residing in the State of Mississippi, was laid before that body, requesting them to adopt measures for the establishment of an Institution of learning in some eligible site within the bounds of Presbytery, and to be under their control. This petition was accompanied by an offer of about $13,000, payable by instalments yearly for five years, to be expended in the erection of buildings for the use of the Institution. At that time there was not an Institution of learning in the State at which a young man could receive a liberal education; and the bounds of the Presbytery extended over the States of Mississippi and Louisiana. Attempts had been made to establish Colleges and liberal donations made by the Legislature, but had failed. And the failure, it was thought, was owing chiefly to the fact, of their being no religious society or permanent body of men, men, in connection with these attempts. To secure the patronage of at least one religious denomination, and through them, all the other religious denominations in fraternal correspondence with them, towards this object, was the desire of the petitioners. The Presbytery granted the request and adopted measures to accomplish the object. At that same meeting, the Presbytery adopted the following Constitution and appointed a Board of Trustees. The Trustees located the Institution on a tract of two hundred and fifty acres of land which they purchased within five miles of the river Mississippi, in the county of Claibourne, Miss. They have also erected on this land, buildings sufficient to accommodate about fifty pupils, besides a house for the accommodation of a Professor and his family, and Recitation rooms. The Institution was opened last summer, and at the end of last Session it consisted of three Instructers and sixty-five Pupils. A good and sufficient Charter was obtained from the Legislature at their last session, and is published after the Constitution. The location is in the midst of a populous part of the State, and is considered one of the most healthy in the southern section of our country.

July, 1831.

L. D
4141
.0575

Hosted by Google

10

all the Students shall be present, unless having previously obtained leave of absence from the President.

3. A biblical lecture shall be attended every Sabbath afternoon by all the Faculty and Students, at such time and place as the President shall direct.

4. It is enjoined upon all the Students to observe the Christian Sabbath as holy and sacred to the duties of religion; and all amusements and recreations shall be avoided, which are inconsistent with their duties.

5. As it is the right of every religious denomination to enjoy its peculiar sentiments and modes of worship, it is ordered that the officers of College in their instructions avoid every species of sectarianism.

## CHAPTER X.

### OF THE DEPORTMENT AND DRESS OF THE STUDENTS.

*Sec.* 1. The Students are to consider themselves and each other as young gentlemen associated for purposes of mutual improvement, and are to behave themselves accordingly; avoiding all turbulence, rudeness and violence.

2. They are to treat the President, Professors, and Tutors, on all occasions, with profound respect, obeying implicitly all their lawful commands, and in every respect so demeaning themselves as those should, who know that their character for correct behaviour is not less important than their character for intellectual acquirements.

3. They shall treat all persons with whom they have intercourse with decency and respect.

4. It is enjoined on all the Students to be neat and economical in their dress ; and if any Student be negligent in either of these respects it shall be the duty of the Faculty to censure him according to the nature of his offences.

## CHAPTER XI.

### OF MISDEMEANORS, OFFENCES AND PUNISHMENTS.

*Sec.* 1. Neglect of study—interrupting the studies of others—profaneness—playing at games of cards or chance—duelling, or aiding or abetting it—wearing or carrying a dirk or other deadly weapon—intemperance in any degree—keeping company with persons of known immoral character—resorting to places of expensive amusement, & every other species of immoral conduct, of which the Faculty are the sole judges, are offences; and shall be punished as hereinafter directed.

2. The punishments of the Institution shall be admonition, rebuke, suspension and expulsion.

3. The Faculty shall apply these punishments, except expulsion; and whenever the offence in their estimation shall merit expulsion, the President shall convoke the Board of Trustees, and lay before them, the facts in the case for their decision.   But the Board shall act exclusively on the written report of the Faculty.

## CHAPTER XII.

### OF EXAMINATIONS AND VACATIONS.

*Sec.* 1. There shall be two Public Examinations in each

Hosted by Google

11

year, of all the Classes, and in all the departments. In the College Proper, the first Examination shall commence on Monday preceding the last Wednesday in March ; and the second on Monday preceding the last Wednesday in September. The Examinations in the other departments shall commence on the week preceding the Examinations in the College.

2. The President shall give public notice of these Examinations, three weeks previous to the time appointed for them.

3. There shall be two Vacations in each year, the first commencing on Friday after the last Wednesday in March, and continuing until the first Monday in May; and the second commencing on the Friday after the last Wednesday in September, and continuing until the first Monday in November, in the College; and in the other departments, the Vacations shall commence on the same days and continue three weeks.

### CHAPTER XIII.

#### OF THE COLLEGE FEES.

*Sec.* 1. Each Student upon his admission into College, shall pay in advance to the Treasurer, Twenty Dollars for tuition ; and shall pay the further sum of Twenty Dollars at the commencement of every Session afterwards.

2. In the other departments each pupil shall pay Fifteen Dollars at the commencement of every Session.

3. All Students entering at any time before the middle of a Session shall pay for the whole Session; and if after half a Session has expired, they shall pay for half the Session.

4. The price of Board will be One Hundred Dollars for the College year; paid quarterly in advance. The Board shall include, besides diet, lodging, washing and fuel.

## AN ACT,

*To incorporate the Board of Trustees of the Institution of Learning under the care of the Mississippi Presbytery.*

Sec. 1. *Be it enacted by the Senate and House of Representatives of the State of Mississippi, in General Assembly convened,* That Doctor Rush Nutt, David Hunt, James McGill, Thomas Freeland, Matthew Bolls, Smith C. Daniel, John Snodgrass, William Young, Horace Carpenter, Isaac Ross, Pierce Noland, Charles S. Lee, be, and they are hereby incorporated and made a body corporate and politic, by the name of "The Board of Trustees of the Institution of Learning under the care of the Mississippi Presbytery," which may hereafter be changed at the discretion of the Board; and the board of trustees aforesaid, shall have perpetual succession, according to the constitution already adopted by the aforesaid institution, and may have a common seal, which they may alter at will, and may purchase and receive by gift or devise, lands, tenements, and real estate of any kind, and hold the same in fee simple, or less estate ; the annual in-

Hosted by Google

12

come and profits whereof shall not exceed the value of ten thousand dollars; and the said board of trustees is hereby enabled to take and receive subscriptions of charitably disposed persons, and may take any personal estate in succession, and all donations to the institution, either by subscription, legacy, or otherwise, (excepting such as shall be differently appropriated by the donor) shall make a part of, or be put into the capital stock of the institution, which shall be put out on good interest, on good security, or otherwise improved to the best advantage, and the income or profits applied to the support of the institution.

Sec. 2. *And be it further enacted*, That the said board of trustees shall choose a secretary and treasurer, and the present constitution of said institution shall not be altered, unless in the manner therein pointed out, and no alteration shall ever be made, repugnant to the constitution of this state.

Sec. 3. *And be it further enacted*, That the board shall make provision for instruction to be given in the English Language, in the Latin and Greek Languages, in Mathematics and the Arts and Sciences, and such other branches of Literature as may be within their means, in order to prepare young men for business, or any of the learned professions, and shall have power to confer such degrees, and grant such certificates or diplomas as are usually given by the colleges or universities in the United States.

Sec. 4. *And be it further enacted*, That the board of trustees shall have full power to attach to the institution, a school for the education of young females, which shall be endowed and supported by funds contributed especially for this purpose.

Sec. 5. *And be it further enacted*, That the board of trustees aforesaid may, at all times, under the name, style, and title aforesaid, sue and be sued, plead and be impleaded, appear, prosecute and defend to final judgment and execution; and may appoint an agent or agents to prosecute and defend suits, with power of substitution; and it shall be lawful for said board of trustees to make sale of any estate or personal property given or purchased, or in any other way or right, accruing to them in their corporate capacity, and convey the same by deed or other legal instrument, duly executed; and when the property to be conveyed is real estate, under the hand of the treasurer and the seal of the institution, provided that this section shall not be construed to affect the purchase of real estate already made in any other way than to sanction it.

Sec. 6. *And be it further enacted*, That Thomas Freeland be, and he is hereby authorized to give ten days notice, in writing, to all the members, and appoint the time and place of the first meeting of the board, under this act of incorporation.                                  GERARD C. BRANDON,
Governor of the State of Mississippi.

Approved : December 3d, 1830.

Hosted by Google

# Exhibit 123



Colby College, Waterville, Me.

# LAWS

OF

# WATERVILLE COLLEGE,

## MAINE.

*HALLOWELL:*
GLAZIER, MASTERS & CO.
1832.

1035

Digitized by Google

# STATE OF MAINE.

*An Act in furtherance of good discipline in the Colleges of this State.*

SEC. 1. *Be it enacted by the Senate and House of Representatives in Legislature assembled*, That no innholder, tavern keeper, retailer, confectioner, or keeper of any shop or boarding house for the sale of drink or food, or any livery stable keeper, shall give credit to any undergraduate of either of the Colleges within this State, without the consent of such officer or officers of the said Colleges respectively, as may be authorized to act in such cases by the governments of the same or in violation of such rules and regulations as shall be, from time to time, established by the authority of said colleges respectively.

SEC. 2. *Be it further enacted*, That no person shall be approved by the Selectmen of any town within this State, as fit to be licensed for either of the employments aforementioned ; nor shall a license be granted to any person within this State, provided the President of either of said Colleges or other officer specially authorized for that purpose, shall certify or make known to such Selectmen, or Court empowered to grant such license, that such person, so applying, shall have within the year then last past, given credit to any undergraduate of either of said Colleges contrary to the provisions of the first section of this Act.

SECT. 3. *Be it further enacted*, That if any person shall give credit to any undergraduate of any of the Colleges within this State, contrary to the provisions of this Act, the corporations of the said Colleges respectively, or the Treasurers of the same, may have and maintain, in any Court within this State proper to try the same, an action on the case in the corporate name of the said Colleges respectively, or in the name of the Treasurers thereof respectively, against the person or persons so giving credit, and shall have and recover a sum equal to the amount so unlawfully trusted or credited, whether the amount so credited to any such undergraduate, shall have been paid or not : and the amount so recovered shall go and enure, the one half thereof to the benefit of the said Colleges, respectively, and the other to the benefit of the poor of the town in which such credit may have been given.

[Approved February 28, 1821.]

10

and Thanksgivings, at the usual and appointed place.   Provided, however, that whenever any Student proposes to attend, statedly, on the service of any other regular christian Society, he may, if of the age of twenty-one years, signify his desire to the Faculty, or if a minor, may produce a written request from his Parents or Guardian, for that purpose, and such application shall entitle the applicant to attend worship with such particular Society, but not with any other ; and, in this case, such evidence of punctual attendance shall be given as the Faculty may require.

3. It is enjoined upon all the Students to " Remember the Sabbath day, to  keep it holy," to apply themselves to the duties of Religion, and to avoid, on that day, every thing inconsistent with its religious observance, and, particularly, all unnecessary business, visiting, walking abroad, receiving company, and playing on musical instruments.

4. A violation of any of the above regulations shall subject the delinquent to such punishment as the Faculty may think proper to inflict.

---◦●◦---

## CHAPTER VI.

### Moral Deportment and Miscellaneous Regulations.

1. It is the  duty of every  Student  to  maintain an  honorable and gentlemanly deportment in all respects.

2. Every Student is required to treat the Officers of the College, his fellow Students, and  all  other  persons, with  respect ; and a violation of the requisitions of this article shall be punished according to the aggravation of the offence.

3. No Student, without permission, shall be absent from his room after nine o'clock at night.   He shall not remove from the room which shall have been assigned him, or lodge in any other room, without becoming liable to the severest reprehension.   In case of vexatious deportment towards his room mate, or of any other adequate cause, a Student shall be subject to the forfeiture of the room he may occupy, and be removed to such other as the Faculty may assign.

4. Every Student shall pay strict attention to cleanliness in his person, in his room, and in relation to every part of the College buildings.

1037

11

5. Damages done to a room, or to any part of the buildings or premises, shall be repaired, whatever the expense may be, by entirely renewing the damaged part, when practicable; or, if that shall be impracticable, then by making the damaged part as good as before, and charged to the person to whom it is fairly assignable; or if done to a room, and the person be not known, it shall be charged on all the persons occupying that room, unless it shall appear that the damage was not occasioned by their fault or carelessness.  Damages done on any of the premises, when the authors are unknown, shall be assessed by the Faculty, equally on the Students.

6. No Student shall keep firearms, or any deadly weapon whatever.  He shall bring no gunpowder upon the College premises; nor shall cats or dogs be kept by Students for their private use or pleasure.

7. No Student shall, at any time, smoke a pipe or cigar in any of the entries or public rooms of the College, or in or near any of the out-buildings on the College premises; nor shall any Student keep any ardent spirits, wines, or intoxicating liquors of any kind, except when prescribed by his attending physician for medicine, or permitted by the Faculty.

8. A person expelled or suspended from the College, shall not be suffered to enter upon the College premises without express permission from the President, nor shall it be lawful for any Student to associate with him.

9. If any Student shall associate with vicious company, or a person suspended or expelled from the College, or shall play at dice, cards, billiards, backgammon, or any such game, or shall be guilty of contention, falsehood, intemperance, injustice, profaneness, or any other species of immorality, he shall be punished according to the aggravation of the offence.

10. Any member of the Faculty shall have power at all times to order Students to go to their own rooms; and it shall be the duty of every Student, in such case, to obey the order, without delay.

11. No Student shall be concerned in any combination to re-

Digitized by Google

12

sist the laws of the College, or to disturb its order, and any vio-
lation of this law shall be signally punished.

12. Students, when required, shall give evidence in cases of
violation of the laws of the College.  Every refusal to do this,
and every kind of persecution or manifestation of ill will from
others, in consequence of a Student's compliance with this requi-
sition, shall be deemed a contempt of the Faculty, and shall be
punished accordingly.

13. Every Student shall maintain a sacred respect for the
property of persons living adjacent to the College.  He shall not
enter upon their ground, nor do any injury to their possessions,
on any pretext whatever, under pain of severe punishment, inde-
pendently of his subjecting himself to the penalty of the laws of
the country.

14. No Student shall enter any apartment appropriated to the
Steward, without his permission, under any pretext whatever ;
and any attempt to do so, shall be deemed an offence worthy of
reprehension.

15. No Student shall enter the room of another Student, at
any time, without his permission.

16. In addition to all other pains and penalties, any Student
shall be liable to be fined, viz. : for absence from the College
without permission, and not excused, not exceeding twenty-five
cents a day—for absence from any College exercise without per-
mission, and not excused, and for tardiness, not exceeding ten
cents.

17. Any Student shall have an honorable dismission, if his
parent or guardian request it : *Provided* his College bills are ful-
ly discharged, and his deportment during his connexion with the
College has been correct.   -

18. No Clubs or Societies shall be formed in the College, for
any purpose whatever, unless a statement of the design of such
associations, with the rules by which they are desirous of being
governed, and their hours of meeting, be previously submitted to
the Trustees, and receive their approbation ; and such associations
shall, at all times, be subject to the direction of the Faculty.

19. No Student, without leave of the President, shall eat or

Digitized by Google

## 13

drink in any tavern in Waterville, except in company with his
Parent or Guardian, or on invitation of the family to him in the
character of a friend or acquaintance; nor shall he attend any
theatrical entertainment or idle show, in Waterville; nor frequent
any house or shop, after being forbidden by the President, nor be
guilty of disorderly behavior to the dishonor of the College or
disturbance of any citizen.

No Student shall make any bonfire, play off fireworks or be
in any way concerned in the same—nor shall he, without permis-
sion of the President, go shooting or fishing, under penalty of
admonition or suspension.

20. No class meeting, nor assemblage of Students for consult-
ation, shall be held, without the permission of the President.

                                   hall

                                 d

                               r

22. If any Student shall refuse to appear personally before the
Faculty, or either of the Officers of the College, when required
to do so, he shall be punished for contempt of authority.

23. No Student shall be allowed to disturb, or attempt any
imposition on his fellow Students, in any manner whatever; and
every Student shall be required to preserve order and decorum in
his own room, and shall be responsible for all disorder therein.

24. No Student shall go out of the town of Waterville, with-
out permission from the President.

25. Each member of an inferior class shall pay due deference
and respect to all the members of a class superior in standing,
and shall give them the precedency wherever the rules of civility
have established a distinction; and the members of superior clas-
ses shall endeavor, by propriety and dignity of conduct, and ur-
banity of manners, to secure that deference and respect which
are the object of this requisition.

26. All the Students are required to walk in processions, form-
ed by order of the Faculty, on days of Exhibition and Com-
mencement.

27. Every transgression of the above regulations, or failure to

Digitized by Google

14

comply with them, shall subject the delinquent to such punishment as the Faculty may think proper to inflict.

28. Whereas Students may be guilty of disorders and misdemeanors, against which no express provision is made in the laws; in such cases the Faculty may punish according to the nature and aggravation of the offence. And if any Student shall speedily evince penitence for his fault, it shall be in the power of the Faculty, on his private or public confession, to pass over the offence without entering the case on their records.

···•●●•···

## CHAPTER VII.

### *Vacations and absence from College.*

1. THERE shall be two Vacations in each year; the first from Commencement four weeks; the second from the last Wednesday in November nine weeks.

2. Immediately upon the expiration of each Vacation, the President, Professors, and Tutors shall enter on the business of their respective offices; and all the Undergraduates shall assemble at the College.

3. If any Undergraduate shall not return to the College at the end of a Vacation, or of the time of absence allowed him, by the Faculty, and shall not immediately render to them a satisfactory excuse, he shall be liable to a fine of twenty-five cents for every day's absence, or to such other punishment as the Faculty may think proper to inflict; and, should he be thus absent more than eight weeks, he may be admonished, suspended, or degraded as the Faculty think proper.

4. No Student shall reside in College during a Vacation, unless by particular permission of the President, and under such regulations and restrictions as he shall appoint.

5. At the close of each Term, those Students who leave College, shall deposit, with the President, the keys of their respective rooms; each key so deposited, having attached to it a label, containing the number of the room and the names of the occupants. And, should any Student presume to occupy a room in College, during Vacation, without permission as above, or should

Digitized by Google

# Exhibit 124



Princeton University Library

32101 050878139

UNIV. OF NORTH CAROLINA

ACTS OF THE
GENERAL ASSEMBLY
FOR THE ORGANIZATION
AND GOVERNMENT



LIBRARY

OF

PRINCETON UNIVERSITY

1044



# ACTS

OF THE

## GENERAL ASSEMBLY

AND

## ORDINANCES OF THE TRUSTEES,

FOR THE

## ORGANIZATION AND GOVERNMENT

OF THE

## UNIVERSITY OF NORTH-CAROLINA.

RALEIGH:
PRINTED AT THE OFFICE OF THE RALEIGH REGISTER.
1838.

# ACTS

*Ges Mc of the Neill*

## GENERAL ASSEMBLY

AND

## ORDINANCES OF THE TRUSTEES,

FOR THE

## ORGANIZATION AND GOVERNMENT

*Ges Mc of the Neill*

### UNIVERSITY, OF NORTH-CAROLINA.

RALEIGH:
PRINTED AT THE OFFICE OF THE RALEIGH REGISTER.

1838.

1046

Digitized by Google

# ACTS OF THE GENERAL ASSEMBLY.

---

AN ACT TO CONSOLIDATE INTO ONE, THE SEVERAL ACTS OF
THE GENERAL ASSEMBLY OF THIS STATE RELATIVE TO THE
APPOINTMENT OF TRUSTEES OF THE UNIVERSITY, FOR THE
GOVERNMENT THEREOF, AND FOR OTHER PURPOSES.

(Passed at the Session of 1821.)

*Be it enacted, &c.* That John Haywood, Benjamin Smith, William
Polk, Henry Potter, Archibald D. Murphey, Duncan Cameron, Joseph
Caldwell, Thomas Winns, Edward Jones, James Webb, Henry Seawell,
Calvin Jones, John D. Hawkins, Robert H. Jones, Jeremiah Slade, Jo-
seph H. Bryan, Robert Williams, William Gaston, Thomas Brown, Fran-
cis Locke, Montfort Stokes, Thomas Leve, Archibald McBride, Atlas
Jones, Lewis Williams, William M'Pheeters, Frederick Nash, Thomas
Ruffin, James W. Clark, John Stanly, Bartlett Yancy, Leonard Hender-
son, John Branch, William Miller, Simmons J. Baker, George E. Bad-
ger, Kemp Plummer, Thomas Bennehan, Willie P. Mangum, James Me-
bane, John Witherspoon, John B. Baker, James Iredell, William Martin,
Joseph B. Skinner, James C. Johnston, Enoch Sawyer, Alfred Moore,
John D. Toomer, John Owen, Gabriel Holmes, Romulus M. Saunders,
Lewis D. Schweinitz and Thomas P. Devereux, are hereby declared to
be Trustees of the University of this State, and the successors of the Trus-
tees appointed by an Act of the General Assembly of this State, passed in
the year one thousand seven hundred and eighty-nine, entitled " An Act
to establish a University in this State," and that the appointment of the
Trustees aforesaid is hereby confirmed, and they are declared to have all
the power and authority heretofore conferred by law on the Trustees of
the said Institution.

2. *Be it enacted,* That the Board of Trustees of the University shall
consist of sixty-five members, all of whom shall be resident citizens of
this State.

610043

1047

(RECAP)

4                          UNIVERSITY OF NORTH CAROLINA.

**3.** *Be it enacted*, That the additional number of Trustees hereby authorized shall be elected by joint ballot of both Houses of the General Assembly ; and that, hereafter, when any vacancy or vacancies shall happen
in the said Board, by death, resignation, refusal to act, removal out of this
State or other cause, it shall be the duty of the President of the Board to
communicate, or cause to be communicated by the Secretary, to the General Assembly, the said vacancy or vacancies, and thereupon, they shall
elect, by joint ballot of both Houses, a suitable person or persons to fill the
same.

**4.** *Be it enacted*, That the Board of Trustees shall have power to vacate the appointment and remove a Trustee for improper conduct, stating
the cause of such removal on their journal : *Provided*, the same shall be
done at an annual meeting of the Board, and that there shall be present
at the doing thereof at least twenty of the members of the Board.

**5.** *Be it enacted*, That the Governor of this State for the time being
shall be, and he is hereby declared to be President of the Board of Trustees of the University, and as such, shall preside at all the meetings of
said Board at which he may be present ; and if, by indisposition or other
cause, the Governor shall be absent from any meeting of the Board, he
may appoint, in writing, some other person, being a Trustee, to act as
President for the time being, and who shall preside accordingly : and if,
at any time, the Governor shall be absent at the meeting of the Board,
and shall not have appointed, as aforesaid, a President, it shall be lawful
for the Board to appoint a President for the time being, who shall preside
as such.

**6.** *Be it enacted*, That there shall be an annual meeting of the Board
of Trustees during the Session of the General Assembly, in the City of
Raleigh, and at such time and place as the President of the Board may
appoint ; and at any of the annual meetings of the Board, any number of Trustees, not less than seven, shall constitute a quorum, and be
competent to exercise full power and authority to do the business of the
Board ; and the said Board, or the President thereof, shall have power
to appoint special meetings of the Trustees at such time and place as in
their opinion the interest of the Institution may require ; but no special
meeting shall have power to revoke or alter any order, resolution or vote
of an annual meeting.

**7.** *Be it enacted*, That in case the office of Secretary or Treasurer of
the Board of Trustees of the University shall be vacant from any cause
whatever, in the recess of the Board, the President shall appoint a suitable person to fill the same, until the annual meeting of the Board of Trus-

1048

UNIVERSITY OF NORTH CAROLINA.                5

tees, at which time the said Board shall elect a proper person to fill the said vacancy.

8. *Be it enacted,* That the second section of an Act passed in the year one thousand eight hundred and five, entitled "An Act appointing the Governor for the time being President of the Board of Trustees of the University," and that so much of the several Acts of the General Assembly of this State, as is inconsistent with this Act, be, and the same is hereby repealed ; and that this Act shall be in force from and after the ratification thereof.

---

AN ACT TO AMEND AN ACT, PASSED IN THE YEAR EIGHTEEN HUNDRED AND TWENTY-ONE, ENTITLED "AN ACT TO CONSOLIDATE INTO ONE, THE SEVERAL ACTS OF THE GENERAL ASSEMBLY OF THIS STATE, RELATIVE TO THE APPOINTMENT OF TRUSTEES OF THE UNIVERSITY, FOR THE GOVERNMENT THEREOF, AND FOR OTHER PURPOSES."

(Passed at the Session of 1824.)

*Be it enacted, &c.,* That the Board of Trustees, at their annual meeting, may, by resolution, vote or ordinance, from time to time, as to them shall seem meet, limit, control and restrain the business to be transacted, and the power to be possessed and exercised by special meetings of the Board, called according to the sixth section of the above recited act ; and the powers of such special meetings shall be limited, controlled and restrained accordingly. And every order, vote, resolution, or other acts done, made or adopted by any special meeting, contrary to any order, resolution, vote or ordinance of the Board, at an annual meeting, shall be absolutely, to all intents and purposes, null and void.

---

AN ACT CONCERNING THE UNIVERSITY OF N. CAROLINA.

1. *Be it enacted by the General Assembly of the State of North Carolina, and it is hereby enacted by the authority of the same,* That it shall be unlawful for any merchant, shop-keeper, or other person at Chapel-Hill, or within two miles thereof, to sell to any Student of the University, goods, wares, merchandise, spirituous liquors or wine, without the consent of the Faculty, or some one of the Professors thereof, given in wri-

boilerplate>Digitized by Google

6                UNIVERSITY OF NORTH CAROLINA.

ting; and if any contract for the sale of such articles shall be made, it is
hereby declared to be null and void, and no recovery shall be had thereon.

2. No license shall be granted to retail spirituous liquors at Chapel-
Hill, or within two miles thereof; any license obtained for that purpose
shall be null and void, nor shall it be lawful for any person to give an
electioneering treat or entertainment within two miles of the University
of the State.

3. It shall not be lawful for any person or persons to exhibit any the-
atrical, sleight of hand, or equestrian performances, dramatic recitations,
rope or wire dancing, or natural or artificial curiosities, at Chapel-Hill,
or within five miles thereof, without the special permission, in writing,
of the Faculty.

4. No person shall set up or keep up any billiard table, or other public
table, constructed or erected for playing games of chance, by whatever
name called.

5. If any person or persons shall offend against the provisions of this
Act, or any of them, he, she or they, thus offending, shall be liable to be
indicted under this Act, and fined or imprisoned at the discretion of the
Court, or under any general Act or Acts of the General Assembly, pro-
hibiting said offences.

Digitized by Google

# ORDINANCES OF THE TRUSTEES.

(Adopted, January 2, 1835.)

## EXECUTIVE COMMITTEE.

*Be it ordained,* That a Committee of seven members of this Board (of whom the President shall, *ex officio,* be one) shall be appointed at every regular annual meeting of the Board, to be called " the Executive Committee of the Trustees of the University of North-Carolina," a majority of whom shall form a quorum for transacting business: that all the duties heretofore assigned to, and powers vested in the Land Committee, the Committee of Appointments, and the Building Committee, be, and they are hereby assigned to, and vested in the Executive Committee hereby provided for.

The Secretary of the Board of Trustees shall be Secretary of the Executive Committee; he shall attend their meetings, and enter their proceedings in a regular Journal, to be kept for that purpose.

The Executive Committee shall have power to make such contracts for the sale of the property and effects, both real and personal, of the University, as they may deem best for the interest of the same.

The Executive Committee shall have power to alter, change and regulate the course of studies and discipline prescribed at the University, and to dismiss any Professor or Tutor for such cause as they may deem sufficient.

All the Acts of the Executive Committee, under the authority of this Ordinance, shall be fully stated in the Journal of this Committee, and shall be laid before the Trustees at the next regular annual meeting of the Board.

All former Ordinances and Resolutions of the Board of Trustees, appointing a Committee of Appointments, a Land Committee and a Building Committee, are hereby repealed.

The Executive Committee to be appointed under this Ordinance, shall have power to fill all vacancies happening in their own body.

Digitized by Google

# LAWS

### FOR THE GOVERNMENT OF

# THE UNIVERSITY.

(Revised, September 11, 1838.)

## CHAPTER I.

### *Of the Faculty.*

The Faculty of the University of North-Carolina shall be composed of the President, Professors, and Tutors ; a majority of whom being assembled, after due notice given by the President, or presiding Professor, to all the members, shall be competent to the transaction of business.

2. Every matter brought before the Faculty, shall be decided by votes, and it shall be the additional privilege of the President, or presiding Professor, to give a casting vote, when otherwise there would be a tie.

3. The Professors shall take rank according to the dates of their appointment.

4. The President may convoke the Faculty at his discretion, and the Faculty may also meet by adjournment.

5. The opinion or vote of any member of the Faculty, shall not be made known directly or indirectly to any one who is not a member of the body, except when express order shall be given to that effect by a unanimous decision of the Faculty.

6. A member of the Faculty shall not be a sitting member of any Society of Students.

7. It shall be the duty of every member of the Faculty individually, to be vigilant in carrying into effect every law of the College : and to report to the President or to the Faculty, such transgressions as ought to be punished by that body.

8. The Faculty shall keep a record of their proceedings, the senior Tutor shall be their Clerk, and make a fair and regular entry of their

Digitized by Google

transactions in a book kept for that purpose. This record shall be laid before the Board of Trustees, when required by them.

9. No act of the Faculty, which is not recorded by their order, shall be considered valid.

10. It shall be the duty of the Tutors to reside in the buildings of the University, to maintain order and decorum among the students, and to assist under the direction of the President and Professors, in the instruction of the classes.

11. The Professors and Tutors shall, in succession, examine the rooms of the College, at least once a week, and see that cleanliness and neatness be preserved. In these visitations, they shall take an account of the locks, doors, windows and furniture, with the names of the inhabitants in each room. When damage of any description in the College buildings is at any time observed by a member of the Faculty, it shall be his duty to report it as soon afterwards as possible to the Bursar, that it may be immediately repaired.

12. It shall be the duty of each member of the Faculty, when he is to hear a class recite, to go to the Recitation Room, and take possession of it a reasonable time before the hour for the bell to ring, to prevent assemblages of Students before the proper time, and to see that the Recitation Room is in a proper condition for the reception of the class. The recitation of the class shall continue through the hour, or at least until the bell shall give notice of its expiration.

13. Every Professor shall have a room appropriated to him in the College. It is expected of the Professors, as pertinent to their office, to pass as much of their time every day in these rooms, as they conveniently can, to aid in the order and instruction of the College. The Board of Trustees will also look to the Professors to visit in succession the rooms of the Students at night, as often as convenient.

14. The Faculty of the University, that is the President and Professors, by and with the consent of the Trustees, shall have the power of conferring all such degrees or marks of literary distinction as are usually conferred in Colleges or Universities.

15. Immediately after every annual Commencement, the Faculty shall cause to be transmitted to the Secretary of the Board of Trustees, a certificate signed by the Clerk of the Faculty, containing a specification of the persons graduated, and of the degrees respectively conferred upon them.

1053

Digitized by Google

## CHAPTER II.

### *Of admission into the University.*

1. To take regular standing as a Student in the University, a candidate must sustain an approved examination before the Faculty, on such parts of the plan of education as have been already prosecuted by the class into which he would enter.

2. To become a Student on partial or irregular standing, the candidate, if he be not twenty-one years of age, must exhibit a certificate from his parent or guardian, that he is permitted to enter on such terms. If he would prosecute any branch of science, into which a class is already advanced, he must be examined with approbation on such parts of the science as the class has already completed.

3. Every Student, at his admission, shall obtain a copy of the Laws from the Bursar, and a certificate with the name of the President or presiding Professor, signed by himself, of the Student's regular admission into the University; and these shall be at all times, a necessary testimony of his being a Student, to be shown when called for, to any member of the Faculty.

4. Every person, on admission into the University, shall pay the College dues for the session in advance.

5. If a Student shall enter before the session shall be half elapsed, he shall pay for the whole session; if he shall arrive at the middle of the session, or after it, he shall pay for half the session only; but room rent shall always be paid for the whole session.

6. If any person whose object it is to become a Student, shall fail to report himself to the President, on the first day after his arrival, he shall be excluded, if his reasons for delay be deemed invalid by the Faculty.

7. Any native of the State, desirous of prosecuting his studies in the University, who shall furnish satisfactory evidence of good talents, studious habits and exemplary morals, and who shall be unable to defray the expense of tuition, may, at the discretion of the Faculty, be admitted to all the recitations of the Classes, free from any demand for tuition. Such beneficiaries may occupy the rooms of the College, free of rent, when the rooms are not necessary for the accommodation of such Students as pay tuition and room rent.

8. The Faculty shall be authorised, in all cases, when, from examination, reasonable hopes can be entertained that deficiencies can be made up, to admit applicants for a single session, to whom regular standing shall be awarded at the end of that time, if the individual shall, upon examination, be found entitled to it.

9. An applicant shall not ordinarily be admitted into the University under the age of sixteen; but any applicant exhibiting in the opinion of the Faculty, the requisite strength and maturity of physical and mental constitution, and ample acquirements, and producing satisfactory testimonials of established moral character and steady habits, may be admitted, in the sound discretion of the Faculty, though he may not have attained this age.

## CHAPTER III.
### Of the Bursarship.

One of the Professors shall be appointed Bursar of the University. It shall be his duty to receive from the Students the money or drafts for money they may bring with them, and disburse the same in paying the Board, Tuition fees, College dues, and other necessary expenses of the Students. He shall keep an account of the money received of, or for, and disbursed, for each Student, and at the close of each session, he shall render a copy of such account to the Parent or Guardian of each Student, and pay the balance (if any there be) to such Parent or Guardian, or to his or her written order.

2. Each Student, on his arrival at the University, shall pay over to the Bursar all money, or drafts for money, which may be committed to him for the payment of College expenses; and for his so doing, shall be considered as acting under a pledge of honor.

3. The Bursar shall be allowed five dollars for receiving and disbursing the money of each Student, which shall be paid at the close of each session, by the Treasurer of the University.

4. No Student of the University shall, during the session of College, under any pretence, contract any debt whatsoever; and if any Student violate this Ordinance, or if the Parent or Guardian of any such Student, or any other person in his or her behalf, shall pay or satisfy any debt so contracted by any such Student, such Student shall be forthwith dismissed from the University.

## CHAPTER IV.
### Collegiate Duties and Restrictions.

1. The business of the University shall commence without delay, on the first day of the session.

2. From the 1st of November to the 15th of February, morning prayers shall be at a quarter before 7 o'clock; the rest of the year, morni

Digitized by Google

12        UNIVERSITY OF NORTH-CAROLINA.

prayers shall be at sunrise.  From the first of September to the first of
May, the hours of study in the forenoon shall be from 9 till 12, and from
2 till 5 in the afternoon ; and the bell shall be rung for summoning the
Students to their rooms at 8 o'clock in the evening.   Through the other
part of the year, the hours of study in the forenoon shall be from half past
8 till 12, and from 3 till 6 in the afternoon ; and the bell shall be rung in
the evening at 9 o'clock.

3.  Every student shall regularly and punctually attend the recitation of
his class at the place appointed by his instructer, and at the ringing of the
bell to give him notice.   He is not to be at the door of the recitation
room, nor within it, nor loitering about the doors or passages of the build-
ings, before such notice is given.   His Professor or Tutor shall call him
to account for absence or delay, or neglect of preparation on the subjects
assigned, and shall be the judge of his excuse.   If a good reason be not
shown for the delinquency, he may be cited before the Faculty to answer
for it.

4.  In the computation of absences from prayers and recitations, two
tardinesses will be considered and marked as one absence, and retiring
from the Recitation room during the progress of recitation will also be
considered equivalent to an absence, and reported accordingly.

5.  Whenever the absences of a student other than those occasioned by
sickness or consequent upon permission either from prayers or recitation,
shall exceed in any one month one fourth the whole number which such
student was bound to attend, the fact shall be reported to his parent or
guardian, with a request that he be forthwith withdrawn from the Insti-
tution, or he shall be dismissed, at the discretion of the Faculty.

6.  Every student shall observe a strict propriety of conduct at recita-
tion or lecture ; refraining from every thing which shall interrupt busi-
ness, or divert the attention of others ; he shall not recline or lounge up-
on the benches, nor be employed in reading newspapers, nor any book
or paper whatever, except such as the Professor or Tutor at the time shall
direct.   It is the duty of the student to attend exclusively to the subjects
of lecture or recitation, as they proceed with a view to his own improve-
ment and to that of the class.   For gross or persevering violations of these
rules of decorum, he may be forthwith dismissed from the room, when his
instructer shall deem it necessary.

7.  For the improvement of the students in public speaking, two or more
of them shall each deliver an oration, every evening immediately after
prayers, on the stage in the public hall : and to this duty they shall be
called in alphabetical rotation ; nor shall any student be exempted from

1056

Digitized by Google

it, except for natural impediments, or other disqualifications, of which the Faculty may judge. The members of the Senior Class shall be excused from these exercises, and instead of them, shall pronounce at stated times, during each session, two orations of their own composition, one of which shall be at the commencement.

8. Should any student be absent from examination, he may be summoned before the Faculty to show the reasons of such absence, and he shall be examined publicly by the Faculty, before he shall be permitted to join his class.

9. No student shall absent himself from the University during the session, without permission first obtained from the President, or in his absence from the presiding Professor. But leave of absence from recitation may be granted to a student by his Professor or Tutor.

10. If any student shall be habitually indolent or inattentive to business, or absent from prayers, recitation or public worship, or at any other time when it shall be his duty to attend, he shall be subject to penalty according to the aggravation of his delinquency.

11. If a student at an examination be found deficient, he may be publicly mentioned as a bad scholar by the Faculty or Trustees, admonished to greater diligence, or put into such class as shall suit his standing.

12. On the day of commencement, the candidates for degrees, shall perform such exercises as shall be appointed them, and no candidate shall decline the exercise assigned him, under penalty of being refused his diploma.

13. Every person obtaining a diploma, shall pay to the President of the University, for the degree of Bachelor of Arts four dollars, and for the degree of Master of Arts, five.

14. Nothing indecent, profane or immoral, shall at any time be delivered on the public stage, under such penalty as the Faculty or Trustees shall think necessary. And with a view to preserve all public exercises of the students from impropriety of any kind, every student, during the whole of his senior year, and previously to his commencement performances, especially, shall show to the President or presiding Professor, or to some officer designated by him, the whole of what he proposes to speak, and shall not fail to observe such corrections as shall be made, and if any. student pronounce any thing in public of a censurable nature, in contradiction to the directions or corrections of the officer to whom he has shown his piece, the President or presiding Professor may stop him on the public stage, and he shall be otherwise censured as the Trustees or Faculty shall determine.

Digitized by Google

14          UNIVERSITY OF NORTH-CAROLINA.

15. If any student shall cut, or injure the buildings or furniture of the College, or in any manner disfigure or deface them, especially with obscenity, profaneness or vulgarity, he shall beside making good the damage, be subject to such other punishment as may be judged necessary.

16. The degree of Bachelor of Arts shall not be conferred on any member of the College, until he shall have been a student at least one year; but the honorary degree of Bachelor of Arts, may be conferred agreeably to former custom.

17. When a student occupies a room at the beginning of a session, he shall continue in it until the end of the session, unless a change be permitted or directed by the Faculty.

18. A student shall not be permitted to make any alterations in the studies which he has undertaken to prosecute in any session, until the session shall expire.

19. There shall be no ball playing in or among the College buildings or against the walls. All athletic exercises must be kept at a distance, so as to prevent damage to the buildings and interruption to study.

---

### CHAPTER V.

*Of the Moral and Religious conduct of the Students, and their conduct towards the Faculty.*

1. If any student shall deny the being of a God, or the divine authority of the Holy Scriptures, or shall assert, and endeavor to propagate among the students any principle subversive of the Christian religion, he shall be dismissed.

2. Every student, whether he live in College or in the village, shall attend public prayers morning and evening in the Chapel, and while attending shall refrain from all noise, conducting himself with such reverence and decorum as are suited to these sacred services. On Sunday it shall be the duty of every student to be present at the reading or delivery of a sermon in the Chapel, at the hour appointed by the Faculty for that purpose. No whispering, talking, reading, laughing or indecent behaviour of any kind shall be allowed on such occasions.

3. The students shall attend such instructions in morals or religion, as their Professors and Tutors, or the Faculty jointly shall appoint on Sunday. And if any student absent himself, or evade such instructions, he shall be punished by his instructer, or by the Faculty, according to his offence.



1058

Digitized by Google

4. At all times the students shall deport and express themselves respectfully towards the Faculty, and every member of it. Any deficiency in this duty shall be considered as peculiarly in conflict with the laws and principles essential to a College, and shall be punished accordingly.

5. If a student making application for a privilege or immunity to one member of the Faculty, be refused, he shall not go to another member with the same request without informing him of the fact. His application however, may be renewed, if he shall think proper, to the Faculty as a body.

6. A Student shall not possess nor expose to another any book or picture that is impious or obscene.

7. No insulting language or treatment shall be offered by a Student or any number of students, to the people of the village, the country around the University, or of any other place.

8. If any Student or Students shall destroy or trespass on the property in the village or elsewhere, the authority of the College shall inflict an exemplary punishment on him or them, and any combination to prevent the execution of the civil law shall be severely punished.

9. A Student shall not go into the village on any account in the hours of study, without leave from some member of the Faculty.

10. No Student shall absent himself from the University, nor shall he attend any election without leave, unless it be to exercise the right of suffrage.

11. No Student shall make or attend horse races, nor bet upon them. They shall not keep fowls, nor in any manner participate in sporting with them.

12. A Student shall not engage in a game of hazard, nor shall he make any bet.

13. No Student shall keep a dog, or fire arms, or gunpowder. He shall not carry, keep, or own at the College, a sword, dirk, sword-cane, or any deadly weapon; nor shall he use fire arms without permission from the President.

14. No Student shall have spirituous or fermented liquors in his room, or even make use of them without permission from a Professor or Tutor.

15. A Student who shall be guilty of intoxication, shall be admonished, suspended, or dismissed, according to the nature and aggravation of his conduct.

16. No Student shall go to a tavern, beer house, or any such place, for the purposes of entertainment or amusement, without permission from some officer of the College; nor shall he on any occasion, keep company

Digitized by Google

with persons of publicly bad character, under penalty of admonition, and if the practice be continued, of suspension or dismission.

17. If any clubs or combinations of the Students shall at any time take place, either for resisting the authority of the College, interfering in its government, showing disrespect to the Faculty, or to any of its members, or for concealing or executing any evil design, the Faculty are empowered and directed to break up all such combinations as soon as discovered, and to inflict a severer punishment on each individual than if the offence intended had been committed in his individual capacity, whatever be the number concerned, or whatever be the consequence to the College.

18. Written petitions for the removal of grievances, shall not be signed by more than three Students.

19. All profane and indecent language shall be utterly excluded from the University. The Student who is guilty of using such language, and on being warned, still perseveres, shall be admonished, suspended or dismissed, according to his offence.

20. Every Student who shall send to any person a challenge or message, either in writing or otherwise, purporting to be a challenge to fight a duel, shall be expelled.

21. Every Student who shall be the bearer of any challenge or message, in writing or otherwise, purporting to be a challenge, or in any wise relating thereto; or who shall, either directly or indirectly, have any agency therein, or in the duel that may be the consequence thereof, shall be expelled.

22. Any Student who shall accept a challenge to fight a duel, shall be expelled.

23. When a Student shall be expelled in consequence of the provisions of these Ordinances, he shall be delivered over to the civil authority, to be prosecuted as the law directs.

24. The Faculty of the University shall have full cognizance and jurisdiction of all offences under these laws against the atrocious act of duelling, and are hereby authorised and required to carry the same into full effect.

25. No Student shall associate or keep company with any person expelled from the University, on pain of such punishment as the Faculty shall think proper to inflict, consistently with the laws of the Institution; provided that such punishment shall not extend to expulsion.

26. On Sunday the Students shall refrain from their ordinary diversions and exercises. They shall not fish, hunt or swim, nor shall they walk far abroad, but shall observe a quiet and orderly behaviour.

Digitized by Google

27. If any Student shall use any indecent gesture or language to any other Student or person, he shall be liable to be admonished.

28. If any Student shall be convicted of lying, he shall be admonished, suspended or dismissed, according to the degree of the offence.

29. If any Student, on being requested by any member of the Faculty to open the door of the chamber where he is, shall refuse or delay to comply, the door may be forced open and the Student compelled to make good the damage, and be otherwise punished as the Faculty shall judge proper.

30. If any Student shall be sent for by any member of the Faculty, and shall fail to come, he shall be held guilty of contempt of authority, and be punished accordingly.

31. The Students shall keep their rooms clean, and shall not put or procure to be introduced into the College, filth of any kind. Nor shall they throw on the outside of the College, against the walls, or around the buildings, any sort of dirt or rubbish, under such penalty as the offence may deserve.

32. No shouting, whistling, dancing, or any boisterous noise shall be permitted in the passages or rooms of the College at any time, upon such penalty as the nature of the offence may, in the judgment of the Faculty, properly incur. The Students shall not station themselves either singly, or in groups in the doors or passages, or any where among the buildings, especially in the hours of study ; and at any time when it shall appear necessary to the order of the College, such assemblies may be broken up and dispersed by any member of the Faculty.

33. If a Student shall strike another Student in anger, or in any manner be guilty of a breach of the peace, it is a high offence, and shall be punished as such.

34. The absence of a Student from prayers, or from his room after the ringing of the bell, without leave in the evening, shall be registered by the Clerk of the Faculty. Once a week the absentees shall be regularly called to show their reasons of absence, and when the absences of a Student from prayers, from recitation, or from his room, especially in the evening, become frequent or numerous, he may be cited to answer for habitual delinquency, and such penalty be adopted as shall be judged necessary by the Faculty.

35. A Student who shall reside within two miles of the University in the vacation, shall be subject to the laws of the Institution in regard to moral conduct, so as to be responsible for violations of them, when he shall apply for admission in the ensuing session.

3.

1061

Digitized by Google

## CHAPTER VI.
### Punishments.

The punishments authorized for enforcing the laws shall be,

1. Private admonition by a member of the Faculty.

2. Admonition before the Faculty, by the President, or in his absence, by any one of their members whom the Faculty shall appoint.

3. Admonition before the class to which the Student belongs, by the President, or in his absence, by one of the members of the Faculty.

4. Public admonition before all the Students. This may be accompanied with a public confession of the fault, and a promise of reformation.

5. Suspension for a fixed time, not exceeding six months. This may be attended with admonition before the Trustees.

6. Dismission by order.

7. Expulsion; which punishment, except in cases of duelling, shall not be inflicted but with the sanction of five Trustees assembled.

8. When any Student shall be suspended, dismissed, or expelled, the President or presiding Professor shall address a letter to the parent or guardian of such Student, informing him of the event and its cause.

9. Any Student who may be suspended or dismissed by the Faculty, shall not during his suspension, or during the remainder of the session in which he is dismissed, reside within two miles of the University, upon pain of a change of sentence by the Trustees into that of expulsion. To this, exception is admissible, when the parents of the Student live within the assigned limits.

10. When a Student shall so persist in habits of indolence and neglect of collegiate duties, or in disorderly behaviour, that there is no hope of reclaiming him to habits of industry and order, it shall be the duty of the President to address a letter to the parent or guardian of such Student, stating the circumstances and advising him to withdraw him from the Institution; provided nevertheless, that nothing herein contained shall be so construed as to prevent the Faculty from suspending any Student when the same shall appear necessary.

## CHAPTER VII.
### Miscellaneous Regulations.

1. At the beginning of every session, the Students shall pay in advance one dollar each as room rent, and at the same time deposit with the Bursar three dollars each, to repair any damage they may commit; which sum, as far as unexpended, shall be returned at the end of the session;

Digitized by Google

but if the damage shall exceed the sum deposited, the author shall pay the excess.

2. A Student shall not live in the College buildings in the vacation, without permission expressly obtained from the Bursar, or in his absence, from some member of the Faculty. The officer is expected to register the name of the Student thus permitted to reside, who is considered as pledging himself to make good all damages which he may commit. For all damages done in the room which he occupies, he is responsible, whether he cause them personally or not; and he may be directed to relinquish his residence in the buildings at any time in the vacation.

3. The Students on leaving their rooms at the end of the session, or at any other time during the vacation, shall put the keys of their rooms into the hands of the Bursar.

4. It shall be the duty of the Bursar, at the beginning of every vacation, to have the doors and windows of the public buildings carefully fastened, where they are not inhabited. And if damages be done which he could not prevent, and of which the authors are unknown, he shall repair them at the expense of the Board.

5. It is recommended to the Students to be plain in their dress, but it is required of them always to appear neat and cleanly. If any Student be negligent in this respect, it shall be the duty of the College officers to admonish him for it, and if he persevere, to report him to the Faculty.

6. If a Student be present at the beginning of a session, he may claim the room occupied by him at the end of the preceding session; but if not, it may be inhabited by the first occupant. More than two persons may not live in one room at any time, without permission specially obtained.

7. No Student, without permission from the President or presiding Professor, shall go beyond the prescribed limits in study hours, or at any other time when the bell may call him to his duty.

8. A Student shall not receive visitors into his room, nor shall he visit others in the hours of study, without leave from a member of the Faculty.

9. No Student shall disturb or attempt any imposition on any of his fellow Students in any manner whatever; and every Student shall preserve order and decorum in his own room, and shall be responsible for all disorder committed in it, unless he give information, when in his power, of the person or persons from whom it proceeded.

10. The Faculty may interdict any house in the village as improper for the reception of Students as boarders, on account of the irregularities in which they are permitted or tempted to live, or the disorderly and pernicious examples set before them.

Digitized by Google

11. A Student may not occupy a room for residence out of College, till each of the rooms shall have two inmates. But Professors may receive Students to reside in their houses, and the Faculty may permit a Student to live in the village, when they shall judge his situation requires such indulgence.

12. At the ringing of the bell the first time in the morning, the Students shall rise to prepare for business. As soon as the bell shall ring a second time, they shall repair to the hall without delay, and attend prayers:

## CHAPTER VIII.
### Of the Librarian and Library.

1. No person but a Trustee or Member of the Faculty shall at any time have access to the Library, without the presence of the Librarian or some officer of the College.

2. The Senior Tutor shall be the Librarian, and at the end of every session, shall present to the Faculty a written report on the state of the Library.

3. Such books as, by a determination of the Faculty, ought not to be taken out by the Students, may be consulted by them in the Library, on such days, and within such hours, as shall be appointed by the Faculty.

4. A Student may not, at any time, take down a book from the shelves of the Library. The Librarian alone is to deliver it to him, and return it to its place.

5. When a Student shall take a book out of the Library, he shall sign a receipt, in which the book shall be specified by the Librarian.

6. A volume shall not be kept out of the Library more than one week, without being returned to the Librarian, and the receipt for it renewed. If any other person shall want the volume at the end of that time, the one who has already had it shall not then take it out anew.

7. When a book shall be given out or returned, the Librarian shall examine it, to see if it be damaged or defaced; and if a Student shall deface or damage a book belonging to the Library, he shall pay according to the damage done, as estimated by the Faculty, even to the re-placing of the set. If he shall lose it, he shall pay to the Librarian its value, as estimated by the Faculty, or else he shall replace it as above. If he shall fail to return it in two weeks after taking it out of the library, he may be judged to have lost it, and the Faculty may proceed accordingly. If a Student shall refuse to comply with the decisions of the Faculty on these subjects,

Digitized by Google

he may be admonished, suspended or dismissed, as the nature of the case may require.

8. The Librarian shall keep a catalogue of all the books of the Library. If any book shall be presented to the University, the name and residence of the donor shall be recorded.

9. The Librarian shall appoint a day and hour for delivering and receiving books, and shall attend once a week for these purposes.

10. While the Students are attending at the Library, they shall observe an orderly deportment.

11. A Student shall not lend a book which he has taken out of the Library, without permission from the Librarian.

12. It shall be the duty of each Professor and Tutor in the University, to keep a regular account of the scholarship of each Student during his course, noting his regularity and moral conduct, and at the end of each session, to furnish the parent or guardian of the Student with an abstract or account of the same, and cause this account to be laid before the Board of Trustees at the Public Anniversary Examinations.

---

## CHAPTER IX.
### The Literary Societies.

1. The two Literary Societies having by former compact, agreed to apportion between them the College Buildings, and to make good the damages and dilapidations they may sustain, the following partition shall be recognized and respected, viz: the South ends of the East and West Buildings shall be occupied by the members of the Dialectic Society, and the North ends by those of the Philanthropic; the division of the South Building, as heretofore made by the Societies, shall be still maintained.

