# Exhibit 125

# LAWS

## OF THE

# State of New-Hampshire.

### NOVEMBER SESSION, 1820.

—◆—

### CHAPTER XXXVI.

AN ACT for forming, arranging and regulating the Militia. Passed Dec, 22d, 1820.

SECTION 1. BE *it enacted by the senate and house of representatives in general court convened*, That the several laws heretofore made for arranging, forming and regulating the militia, be and hereby are repealed: *Provided*, that all officers actually in commission agreeably to the laws hereby repealed, shall be continued in their command; and the clerks of companies now in office shall be continued in office, and all actions or processes depending in any court, or before any magistrate, by force of said laws, and all arrests for offences committed under said laws, and all forfeitures incurred by virtue of said laws, shall and may be carried on, tried and prosecuted to final judgment, sentence and execution, in the same manner they would have been, had said laws not been repealed. *(Repealing clause. Proviso.)*

SEC. 2. *And be it further enacted*,

1. That the companies in the town of Portsmouth shall constitute the first regiment. *(1st regiment.)*

2. That the companies in the towns of Dover, Somersworth, Rochester, Farmington, and Milton, shall constitute the second regiment. *(2d regiment.)*

3. That the companies in the towns of Hampton, North-Hampton, Hampton-Falls, Seabrook, Kensington, and South-Hampton, shall constitute the third regiment. *(3d regiment.)*

40

Digitized from Best Copy Available

cer shall be responsible for the safe return of such arms and <sub>A.D. 1820.</sub>
equipments to the place of deposit.

Sec. 46. *And be it further enacted,* That all parents, mas-<sub>Parents; &c. to furnish</sub> ters, and guardians, shall furnish all minors enrolled in the <sub>arms, &c.</sub> militia, who shall be under their care respectively, with the arms and equipments required by this act; and if any parent, master or guardian, having any minor under his care enrolled as aforesaid, shall neglect to provide such minor with the arms and equipments required as aforesaid, he is hereby subjected and made liable to the same forfeitures as such minor would be liable to for a like deficiency or neglect, if such minor were of age: *Provided however,* that such parents, masters or guardians, as shall produce on or before the first Tuesday of May annually, certificates from the <sub>Towns to pro-</sub> overseers of the poor of the town or district in which they <sub>vide.</sub> reside, of their inability to provide arms and equipments as aforesaid to the commanding officer of the company in which the minor under their care is enrolled, shall be exempted from the forfeitures aforesaid.

Sec. 47. *And be it further enacted,* That parents, masters <sub>Parents, &c.</sub> and guardians shall be liable for the non-appearance and <sub>liable.</sub> neglect of such persons as are under their care (and are liable by law to train) and are to be proceeded against for the penalty in the same manner as by this act is provided against other delinquents.

Sec. 48. *And be it further enacted,* That each non-commissioned officer or private who shall appear on parade not <sub>Fines for defi-</sub> completely equipt according to law, shall for each article <sub>ciency.</sub> with which he shall neglect to appear, pay the following sums as fines for the equipments with which he shall not be provided, to wit; a gun, eighty cents; steel or iron ram rod, twenty cents; bayonet, scabbard and belt, twenty-five cents; for neglecting to have his musket and bayonet clean and in good order, fifty cents; pistol, forty cents; sword, forty cents; two spare flints, ten cents; priming wire and brush, ten cents; cartridge box capable of containing twenty-four rounds, twenty-five cents; knapsack, twenty cents; and canteen, ten cents; to be recovered as hereinafter pointed out.

Sec. 49. *And be it further enacted,* That no non-commissioned officer or private soldier shall, upon any muster day, <sub>Penalty for</sub> or evening of the same day, discharge or fire off a musket <sub>firing a gun without leave.</sub>

1069

Digitized from Best Copy Available

A.D.1820.  or pistol, in any public road or near thereunto, or in or near to any house, or on or near the place of parade, unless leave therefor be first had from a commissioned officer, on penalty of paying for each offence so committed, the sum of two dollars, to be recovered by action before any justice of the peace within the county where such offence shall be committed, by any person who shall sue for the same, with costs of prosecution.

Penalty for loaded arms.  If any non-commissioned officer or private shall come on to any parade with his musket, rifle or pistol loaded with powder and ball, slugs or shot, he shall for such offence forfeit not less than two nor more than ten dollars: and if any non-commissioned officer or private shall, without leave from his officer, quit his guard, section, platoon or company, he shall for each offence forfeit not less than one, nor more than five dollars.

Fines—how recovered.  Sec. 50. *And be it further enacted,* That all fines for non-appearance, non-equipment, coming on parade without uniform, coming on parade with musket, rifle or pistol loaded with powder and ball, slugs or shot, shall be prosecuted for and recovered with costs by the respective clerks of the companies to which such non-commissioned officer or officers, private or privates, incurring such fine or forfeiture, belong, in the manner following, to wit:

The clerk of each company, after the expiration of fifteen days, and within sixty days after the day of any parade of the company to which he belongs, either company or regimental, shall make out and subscribe an information against the offending non-commissioned officer or officers, private or privates of the company, who have not been excused by the commanding officer of the company, or who have not, within fifteen days aforesaid, paid to such clerk the fine or forfeiture, or fines or forfeitures, which he or they may have incurred; which information shall within the sixty days aforesaid, be left with some justice of the peace, not being at the same time a military officer, of the county in which the offending non-commissioned officer or officers, private or privates, reside or resides; which information shall be in substance as follows, to wit:

Digitized from Best Copy Available

# Exhibit 126

# ACTS

AND

# RESOLVES

PASSED BY THE

## General Court of Massachusetts,

IN THE YEAR

# 1866,

TOGETHER WITH

THE CONSTITUTION, THE MESSAGES OF THE GOV-
ERNOR, LIST OF THE CIVIL GOVERNMENT,
CHANGES OF NAMES OF PERSONS,

ETC., ETC., ETC.

---

PUBLISHED BY THE
SECRETARY OF THE COMMONWEALTH.

---



BOSTON:
WRIGHT & POTTER, STATE PRINTERS,
No. 4 SPRING LANE.
1866.

1072

provided in section one hundred and five of this act, one dollar; at any meeting or parade for escort or other duties ordered by the commander-in-chief, in pursuance of the provisions of the one hundred and sixteenth section of this act, three dollars.

SECTION 119.  Every non-commissioned officer or private who appears at a parade or drill required by law, deficient in any arm or article of uniform or equipment furnished him by the state, or with such arms, uniforms or equipments unserviceable or in bad condition, shall forfeit two dollars; and every such officer or private so appearing, deficient in any article of equipment or ammunition furnished to or required of him by law or general order, or with such equipment or ammunition of bad quality or condition, shall forfeit one dollar. *Deficiency in arms, equipments, &c.*

SECTION 120.  A soldier who unnecessarily or without order from a superior officer comes to any parade with his musket, rifle or pistol loaded with ball, slug or shot, or so loads the same while on parade, or unnecessarily or without order from a superior officer discharges the same when going to, returning from or upon parade, shall forfeit not less than five nor more than twenty dollars. *Coming to parade with arms loaded, or discharging same without order.*

SECTION 121.  A soldier behaving with contempt towards an officer, or conducting in a disorderly manner, or exciting or joining in a tumult or riot, or being guilty of unmilitary conduct, disobedience of orders or neglect of duty when under arms or on duty, shall forfeit not less than ten nor more than forty dollars; and the delinquent may be put and kept under guard by the commander of the company, regiment, or of the field, for a time not extending beyond the time of service for which he is ordered out. *Contempt toward officer or disorderly conduct.*

SECTION 122.  A soldier quitting his guard, section, platoon or company, shall forfeit not less than two nor more than ten dollars. *Quitting duty without leave.*

SECTION 123.  For any offence mentioned in the preceding section, the delinquent may be put and kept under guard by the commander of the company, regiment or of the field, for a time not extending beyond the term of service for which he is then ordered.  A non-commissioned officer, for an offence mentioned in this chapter, or for disobedience of orders or unmilitary conduct at a regimental or battalion parade, may, besides incurring the fine prescribed, be reduced to the ranks by the commander of his regiment or battalion; and for such misconduct at any other parade, by such commander, with the advice of his company commander. *Soldier may be placed under arrest, non-commissioned officer reduced to ranks.*

SECTION 124.  Soldiers in companies without officers, when ordered out to be trained and disciplined, shall, for absence, deficiency, misconduct or neglect, be liable to the fines pre- *Soldiers in companies without officers to be liable.*

# Exhibit 127

# DIGEST

# THE STATUTES

OF THE

# STATE OF LOUISIANA,

IN TWO VOLUMES.

## VOL. II.

COLLATED AND ARRANGED UNDER APPROPRIATE HEADS, AND EMBRACING ALL THE STATUTE
LAWS OF THE STATE OF A GENERAL CHARACTER, INCLUSIVE OF THE ACTS OF ONE
THOUSAND EIGHT HUNDRED AND SEVENTY, EXCEPT WHAT ARE CONTAINED
IN THE REVISED CIVIL CODE AND CODE OF PRACTICE, ADOPTED
IN ONE THOUSAND EIGHT HUNDRED AND SEVENTY.

JOHN RAY, COMPILER.

*BY AUTHORITY.*

NEW ORLEANS:
PRINTED AT THE REPUBLICAN OFFICE, 94 CAMP STREET.
1870.

aforesaid, for the supplies and expenses of said Board of said Police, shall be and they are hereby made receivable for all parish and municipal licenses, and taxes and debts, due, or to become due, to the parishes of Orleans, Jefferson and St. Bernard, and the cities of New Orleans, Jefferson and Carrollton; *provided*, that the aggregate of said warrants, checks or orders, so received in each current year, shall not exceed the amount of the apportionment made by the Board of Metropolitan Police Commissioners upon said parishes or cities for that year.

86. [SEC. 2.] Any Treasurer or other officer of either of the aforesaid parishes or cities who shall refuse to receive such warrants, checks or orders, in payment of licenses, taxes and dues to such parish or city, when tendered to him in payment thereof, shall, with the securities on his official bond, be liable *in solido* for, and may be condemned in any court of competent jurisdiction to pay to any holder of such warrant, check or order, the full amount of such warrant, check order, with eight per cent. interest from the time of said tender, and shall cease to be such Treasurer or officer of such parish or city, and the Governor shall appoint his successor to serve out the balance of such Treasurer or other officer's term of office on being made aware of said refusal, the evidence of which shall be the production, to the Governor, of the protest made by any Notary Public, in due form, of any such warrant, check or order having been tendered and refused as aforesaid. *Penalty for refusal to receive warrants for taxes.*

87. [SEC. 3.] The Treasurer of the State of Louisiana shall receive, from the Parish and City Treasurer of the aforesaid parishes and cities, all such warrants, checks or orders, so, as aforesaid, issued by the said Board of Metropolitan Police Commissioners, and receipt for the same as cash received from such parishes and cities in payment of the proportions of the apportionment assessed on them by said Board. *Treasurer to receive them as cash from the parishes and cities.*

---

## MILITIA.

---

### CONSTITUTIONAL PROVISIONS.

| | ARTICLE. | | ARTICLE. |
|---|---|---|---|
| Governor Commander in Chief.... | 59 | Appointment of Commissioned officers—Exception.... ............ | 145 |
| Military power subordinate to the civil.................. ........ | 125 | Oath of office................... | 145 |
| | | The Militia, when and by whom called into service—Their pay... | 146 |
| Organization of the Militia........ | 144 | | |

|  | NO. |  | NO. |
|---|---|---|---|
| Of whom Militia composed | 1 | Duty of Clerks in regard to fines | 50 |
| Divisions | 2 | Manner of collecting fines | 50 |
| List of names to be taken by Collectors of Taxes in country parishes. | 3 | Fines, how applied | 51 |
| List of names in Orleans to be taken by Assessors | 4 | Trial of Commissioned officers | 52 |
| Duplicate lists | 5 | Commissions, when to issue | 52 |
| Fees for listing | 6 | Acceptance of appointment | 53 |
| Assignment to service | 7 | Duties of soldiers and officers | 54 |
| Number of troops | 8 | Brigade Inspector | 55 |
| Officers | 9 | Resignations | 56 |
| Companies | 10 | Officers bound to serve | 57 |
| Number to be organized, etc | 11 | When officer is absent, who is to act. | 58 |
| First Division | 12 | Term of service of Non-commissioned officers | 59 |
| Commander in Chief | 13 | Punishments of officers guilty of offenses | 60 |
| Pay | 14 | Publication of sentence | 60 |
| Term of service | 15 | Arrest of inferior officers | 61 |
| Discharge | 16 | Court martial | 62 |
| Staff officers | 17 | Details of courts martial, etc | 63 |
| Staff officers of Commander in Chief, | 18 | Officers of courts martial | 64 |
| Mileage of Staff officers | 19 | Charges and specifications | 65 |
| Rules and regulations | 20 | Supernumeraries | 66 |
| Pay rolls, vouchers, etc | 21 | Oaths of members of courts martial. | 67 |
| Stores | 22 | Oath of Provost Marshal | 68 |
| Purchase of arms, etc | 23 | Judge Advocate | 69 |
| Office of Major General | 24 | Powers of military courts | 70 |
| Vacancies | 25 | Challenges | 71 |
| Active service | 26 | Sentence referred to Commander in Chief | 72 |
| Bonds of Paymasters | 27 | Pay of officers of military courts | 73 |
| Volunteer companies | 28 | Fines of officers | 74 |
| Muster and pay rolls | 28 | When courts ordered | 75 |
| Officers' pay | 29 | Neglect of duty by Majors, Colonels, etc | 76 |
| First Division—Service | 30 | Offenses by Generals | 77 |
| Musicians | 31 | Recovery of fines against officers | 78 |
| When liable to active service | 32 | Fines, how applied | 79 |
| Sale of military stores | 33 | Certificate of officer excuses personal attendance | 80 |
| Escort | 34 | Plea entered for accused | 81 |
| Voluntary service | 35 | Absent members of court | 82 |
| Deficiency of equipments on drill, etc | 36 | Annual review | 83 |
| Loaded weapons on parade | 37 | Non-attendance at review | 84 |
| Contempt to officers | 38 | Preparations for review | 85 |
| Quitting guard, etc | 39 | Freedom from arrest | 86 |
| Penalty for above | 40 | Ferries | 87 |
| When company is not officered | 41 | Parade limits | 88 |
| Orderly book | 42 | Delivery of arms, etc | 89 |
| Invasion and insurrection | 43 | Seizure of arms, etc | 90 |
| Absence without leave | 44 | Uniform | 91 |
| Supplies by Police Juries, etc | 45 | Tactics | 92 |
| Tumults, riots, etc | 46 | Conflagrations and inundations | 93 |
| Refusal of officer to order out company | 47 | Exemption | 94 |
| Mileage and drill | 48 | Address of returns | 95 |
| Wounded and deceased soldiers | 49 |  |  |

*MILITIA.*                                                                183

|  | NO. |  | NO. |
|---|---|---|---|
| Acts of Congress | 96 | Regulations of court martial | 104 |
| Armorer | 97 | What the term "Soldier" includes | |
| Definition of soldiers | 98 | besides men carrying arms | 105 |
| Offenses punishable by death | 99 | Civil officers | 106 |
| Offenses punished by cashiering, etc | 106 | Collection of fines imposed by | |
| Offenses cognizable by court mar- | | courts martial | 107 |
| tial | 101 | Commander in Chief may call | |
| Fines | 102 | boards of officers to settle military | |
| Rules | 103 | questions | 108 |

---

### CONSTITUTIONAL PROVISIONS.

ART. 59.  He shall be Commander in Chief of the Militia of this State, except when they shall be called into the service of the United States.   *Governor Commander in Chief*

ART. 125.  The military shall be in subordination to the civil power.   *Military power.*

ART. 144.  It shall be the duty of the General Assembly to organize the militia of the State; and all able bodied male citizens, *The militia.* between the ages of eighteen and forty-five years, not disfranchised by the laws of the United States and of this State, shall be subject to military duty.

ART. 145.  The Governor shall appoint all Commissioned officers, subject to confirmation or rejection by the Senate, except the Staff *Appointment of commissioned officers—Exception.* officers, who shall be appointed by their respective chiefs, and commissioned by the Governor.  All militia officers shall take and subscribe to the oath prescribed for officers of the United States *Oath of office.* army and the oath prescribed for officers in this State.

ART. 146.  The Governor shall have power to call the militia into active service for the preservation of law and order, or when the *The militia, when and by whom called into service.* public safety may require it.  The militia, when in active service, shall receive the same pay and allowances as officers and privates, *Their pay.* as is received by officers and privates in the United States army.

---

1.  [SEC. 1.]  The militia of the State of Louisiana shall be composed of all the able bodied male citizens thereof, between the ages *1870—164—Extra session.* of eighteen and forty-five years, who are not disfranchised by the *Of whom militia composed.* laws of the United States and of this State.

2.  [SEC. 2.]  The militia of the State shall be, and are hereby, divided into three divisions, which shall be known, respectively, *Divisions.* as the First, Second and Third Divisions of the Louisiana State Militia.

190                         *MILITIA.*

companies or corps so ordered out shall present their accounts for necessary music to the Quartermaster General, who shall pay them out of the money of the State in his hands.

*Voluntary service.*

35.  [Sec. 36.]  Nothing herein contained shall be construed to prevent any company from meeting for the purpose of drill, funeral or other escort, or a voluntary service, nor to impair the obligation arising under constitutional articles of agreement adopted by the company, so far as regards the members who have signed the same, unless they are repugnant to law.  All fines, penalties and assessments incurred by officers or soldiers of such company, under such constitutional articles of agreement signed by them and approved by the Commander in Chief, may, in addition to any other remedy thereon, be recovered before any court of competent jurisdiction on complaint of the clerk.

*Deficiency of equipments on drill, etc.*

36.  [Sec. 37.]  Every Non-commissioned officer or private who appears at a parade or drill required by law, deficient in any arm furnished him by the State, or with such arms unserviceable, or in a bad condition, shall forfeit one dollar; and every such officer or private so appearing deficient in any article of equipment furnished to, or required of him by law or general order, or with such equipment or ammunition of bad quality or condition, shall forfeit fifty cents, to be recovered before any court of competent jurisdiction on complaint of the clerk, one-half to his use, and one-half to the use of the Commanding officer.

*Loaded weapons on parade.*

37.  [Sec. 38.]  A soldier, who unnecessarily or without order from a superior officer, comes to any parade with his musket, rifle or pistol loaded with ball, slug or shot, or so loads the same while on parade, or unnecessarily or without order from a superior officer, discharges the same when going to, returning from, or upon parade, shall forfeit not less than five nor more than twenty dollars, to be recovered before any court of competent jurisdiction upon complaint of the clerk, one-half to his use and one-half to the use of the Commanding officer.

*Contempt to officers.*

38.  [Sec. 39.]  A soldier behaving with contempt towards an officer, or conducting in a disorderly manner, or exciting or joining in a tumult or riot, or being guilty of unmilitary conduct, disobedience of orders, or neglect of duty, when under arms or on duty, shall forfeit not less than five nor more than twenty dollars, to be recovered as provided in the preceding section.

*Quitting guard etc.*

39.  [Sec. 40.]  A soldier quitting his guard, section, platoon or company, shall forfeit not less than two nor more than ten dollars, to be recovered before any court of competent jurisdiction, if the

# Exhibit 128

# THE

# GENERAL STATUTES

OF THE

## COMMONWEALTH OF KENTUCKY.

———

COMPILED BY EDWARD I. BULLOCK, JAMES M. NESBITT, AND GEORGE
W. CRADDOCK, AND ADOPTED BY THE GENERAL ASSEMBLY.

TO WHICH ARE PREFIXED

MAGNA CHARTA, THE CONSTITUTION OF THE UNITED
STATES, THE CONSTITUTIONS OF KENTUCKY, AND
THE OTHER DOCUMENTS ORDERED BY LAW.

———

EDITED BY
EDWARD I. BULLOCK AND WILLIAM JOHNSON,
COMMISSIONERS.

———————————

FRANKFORT, KENTUCKY:
PRINTED AT THE KENTUCKY YEOMAN OFFICE.
MAJOR & JOHNSTON.
1873.

# CHAPTER 76.

## MILITIA.

### Organization of the Kentucky militia.

Art. 1. Of the militia of the reserve.
" 2. Of the enrolled militia—Assessors and clerks' duties.
" 3. Of the organization of the volunteer militia.
" 4. Of troops called out by civil authorities.
" 5. Fines and penalties.
" 6. Of the military fund.
" 7. Courts-martial.
" 8. Miscellaneous.

## Organization of the Kentucky Militia.

§ 1. That the Kentucky militia shall be divided into three classes:

1. The volunteer militia.
2. The enrolled militia.
3. The militia of the reserve.

### ARTICLE I.

## Of the Militia of the Reserve.

§ 1. The militia of the reserve shall consist of all male persons less than eighteen and more than forty-five years of age, resident in the State, and of all other persons exempt by law from enrollment, and not members of the volunteer militia. *(Militia of reserve, of whom to consist.)*

§ 2. The reserve shall be called into the State service only on occasions of extreme danger to the State. *(Occasion for calling into service.)*

### ARTICLE II.

## Of the Enrolled Militia—Assessors and Clerks' Duties.

§ 1. The enrolled militia shall consist of all able-bodied male persons between the ages of eighteen and forty-five years who may be citizens or residents of the State, except persons who have served not less than five years in the army or navy of the United States, persons who may be active members of the volunteer militia, and persons already exempt from military service by the laws of the United States or of this State. (a) *(Enrolled militia, of whom to consist.)*

---

(a) The militia of this Commonwealth shall consist of all free, able-bodied male persons (negroes, mulattoes, and Indians excepted) resident in the same, between the ages of eighteen and forty-five years, except such persons as now are, or hereafter may be, exempted by the laws of the United States, or of this State; but those who belong to religious societies, whose tenets forbid them to carry arms, shall not be compelled to do so, but shall pay an equivalent for personal services.  *(Constitution, article 7, section 1, page 111.)*

Filed 03/30/23 Page 17 of 22

rolls furnished by the Adjutant General, and approved by
the Governor.

## ARTICLE V.
### Fines and Penalties.

§ 1. Every non-commissioned officer and private unneces- <span style="float:right">Penalty for fail-<br>ing to appear at<br>appointed place.</span>
sarily neglecting to appear at the time and place appointed
for military duty, shall forfeit and pay one dollar for such
neglect.

§ 2. Every non-commissioned officer or private who ap- <span style="float:right">Appearing, but<br>deficient in arms,<br>&c.</span>
pears at a parade or drill required by law, deficient in any
arm, equipment, or uniform furnished him by the State, or
required of him by law or general order, or with such arms,
equipments, or uniform unserviceable or in bad condition,
shall forfeit one dollar.

§ 3. A soldier who unnecessarily, or without order from a <span style="float:right">Coming with a<br>loaded gun.</span>
superior officer, comes to any parade with his musket, rifle,
or pistol loaded with ball, slug, or shot, or shall so load the
same while on duty, or unnecessarily, or without order from
a superior officer, discharges the same when going to, return-
ing from, or upon parade, shall forfeit not less than one nor
more than five dollars.

§ 4. A soldier behaving with contempt towards an officer, <span style="float:right">Disorderly con-<br>duct.</span>
or conducting himself in a disorderly manner, or exciting or
joining in a tumult or riot, or being guilty of unmilitary con-
duct, disobedience of orders, or neglect of duty when under
arms or on duty, shall forfeit not less than five nor more than
twenty dollars.

§ 5. A soldier, wantonly or without leave, quitting his <span style="float:right">Quitting his post.</span>
guard, section, platoon, or company, shall forfeit not less
than five nor more than twenty dollars.

§ 6. All fines incurred by a non-commissioned officer or <span style="float:right">Fines for benefit<br>of company.</span>
soldier, unless otherwise provided, shall inure to the benefit
of his company.

§ 7. Any officer neglecting to make returns required of <span style="float:right">Neglect to make<br>returns.</span>
him shall forfeit twenty-five dollars for each neglect; and for
making a false return in any case shall forfeit one hundred
dollars to the Commonwealth, to be prosecuted for by the
officer to whom the return should be made.

§ 8. No member of the militia shall use any public arms <span style="float:right">Using the public<br>arms for private<br>purpose.</span>
or equipments for private use, under the penalty of not less
than five nor more than ten dollars for each offense.

# Exhibit 129



OF THE

# LAWS OF PENNSYLVANIA,

FROM THE YEAR

## ONE THOUSAND SEVEN HUNDRED

TO THE TENTH DAY OF JULY,

## ONE THOUSAND EIGHT HUNDRED AND SEVENTY-TWO.

———

ORIGINALLY COMPILED BY
JOHN PURDON, Esq.

———

TENTH EDITION,
Revised, with Notes to the Judicial Decisions.

BY

FREDERICK C. BRIGHTLY, Esq.,
AUTHOR OF THE "UNITED STATES DIGEST," "FEDERAL DIGEST," ETC.

## VOL. II.

PHILADELPHIA:
KAY & BROTHER, 17 AND 19 SOUTH SIXTH STREET,
LAW BOOKSELLERS, PUBLISHERS AND IMPORTERS.
1873.

1085

1038 MECHANICS' UNIONS—MILITIA.

14 June 1872.

for conspiracy, under the criminal laws of this commonwealth: *Provided*, That this act shall not be held to apply to the member or members of any club, society or organization, the constitution, by-laws, rules and regulations of which, are not in strict conformity to the constitution of the state of Pennsylvania, and to the constitution of the United States: *Provided*, That nothing herein contained shall prevent the prosecution and punishment, under existing laws, of any person or persons who shall, in any way, hinder persons who desire to labor for their employers from so doing, or other persons from being employed as laborers.

# Militia.

I. OF THE PERSONS LIABLE TO MILITARY DUTY.

1. National guard of Pennsylvania.
2. Who to be subject to military duty.
3. Exempts.
4. Discharged soldiers to be exempt from bounty taxes and militia fines.
5. Additional exemptions.

II. OF ENROLMENTS.

6. Assessors to prepare a military roll.  Record to be notice of enrolment.
7. Public notice to be given.  Review of enrolments.
8. Persons claiming to be exempt to make affidavit of facts.  False swearing to be perjury.
9. Commissioners to determine on exemptions.  To make entries on the roll.
10. List of exempts to be filed.
11. Commissioners to report to the adjutant-general.
12. Affidavit of assessors.  Where rolls to be deposited.
13. Penalty for neglect of duty.  Appropriation of penalties.  District-attorneys to prosecute.
14. Compensation of assessors.
15. Heads of families, &c., to give information to assessors.  Penalty for refusal.

III. COMMUTATION TAX.

16. Commutation tax.  How collected.  Compensation for collection.
17. Disbursement of military fund.

IV. OF MILITARY SERVICE.

18. When enrolled militia to be liable to actual service.
19. How organized for active service.  State to furnish arms and pay.
20. Counties to provide ordnance stores and camp equipage.  Penalty for neglect.
21. Volunteers to be first ordered into service.
22. Punishment for neglect to appear for active service.

V. ORGANIZATION OF THE MILITIA.

23. Brigades.
24–25. Divisions.
26. Organization of companies.
27. Election of company officers.
28. Recruits to sign the roll.
29. When to be attached to other organizations.
30. When companies may be disbanded.
31. Organization and alteration of divisions brigades, &c.
32. Terms of service.

VI. OF THE OFFICERS OF THE MILITIA.

33. Grand staff.  Division officers.  Brigade officers. Regimental officers.  Infantry.  Cavalry.  Artillery.  Non-commissioned staff-officers.
34. Appointment of non-commissioned officers.
35. Detail of commanding officers.
36. How military officers to be chosen.
37. Appointment of staff-officers.
38. Bonds of quartermaster-general, &c.
39. Assistant adjutant-general.
40. Assistant quartermaster and commissary generals.
41. Salaries.

42. Surgeon-general.
43. Clerks.  Their compensation.
44. Commissions.  Warrants.
45. Appointment of major-generals.
46. Notice of holding elections.
47. Election officers.
48. Candidates not to act as election officers.  Record to be kept.
49. Notice of election.  Election on refusal to accept. Elections may be adjourned.
50. Vacation of prior office.
51. Delivery of commissions.
52. Refusal to accept to be indorsed on commission.
53. Penalty for treating.
54. Exemption from arrest.
55. Commissioned officers to be sworn.
56. Resignations.
57. Reasons to be approved.
58. Dismissal of officers.
59. Commissions of staff-officers.
60. Suspension of officers under arrest.
61. Paymaster.
62. Selection of non-commissioned officers.
63. Discharging officers.
64. Additional staff-officers.
65. Reports of commanders of companies.  Penalty for neglect.
66. Rank of recommissioned officers.
67. Judge-advocate-general.

VII. OF THE ADJUTANT-GENERAL.

68. Term of office.
69. To distribute orders, &c.
70. To furnish blank forms, &c.
71. To make abstracts of returns.
72. To make annual reports.
73. To account annually.

VIII. OF ARMS AND EQUIPMENTS.

74. Volunteers to provide uniforms.
75. To be exempt from execution, &c.
76. Camp equipage.  Responsibility therefor.
77. Distribution of arms, &c.
78. Applications for arms, &c.
79. Musical instruments.
80. Batteries, &c., for artillery companies.  Target practice.
81. Horses for artillery.
82. Tactics.
83. Sale of military stores.
84. Armories to be provided.
85. Penalty for neglecting to provide uniforms.
86. Allowance for uniforms.
87. Flags and standards.

IX. OF MILITARY ORDERS.

88. Distribution of orders.
89. Company notices.
90. How notices to be served.  Orders to be read on parade.
91. How notice to be given when there is no officer in commission.
92. Clerks to record orders.

## MILITIA. 1039

### X. OF THE DISCIPLINE OF THE MILITIA.

93. System of discipline.
94. Drill.
95. Encampments.
96. Reviews and inspections.
97. Company roll-call.
98. Parades.
99. Military duty not to be required on election day. Penalty for violation.
100. Company meetings.
101. Penalty for appearing on parade, not duly equipped.
102. Penalty for appearing on parade, with loaded arms.
103. Penalty for quitting guard.
104. Additional punishments regulated.
105. Penalty for neglecting to appear on parade, inspection, &c. Collection of fines.
106. Parades for inspection and drill, by regiments and companies.

### XI. OF MUSTER-ROLLS AND RETURNS.

107. Rosters and order-books.
108. Muster-rolls.
109. Company order-books.
110. Returns after encampments.
111. Rolls to be certified.
112. Penalty for neglect.
113. Rolls of field and staff officers.
114. Brigade returns.
115. Duty of commanders of brigades.
116. Duty of commanders of divisions.

### XII. OF CALLING OUT THE MILITIA.

117. When militia to be called out.

### XIII. OF THE COMPENSATION OF THE MILITIA.

118. Relief in case of disability or death.
119. Pay and rations.
120. Military accounts.

### XIV. OF COURTS OF INQUIRY AND COURTS-MARTIAL.

121. When courts of inquiry may be instituted. How composed.
122. To report. Court-martial may be ordered.
123. Courts-martial for trial of general officers.
124. For trial of commissioned officers.
125. Accused to be furnished with copy of charge and specifications. And list of members.
126. Vacancies, how supplied. Challenges.
127. Oath of members.
128. Sentences and votes to be kept secret.
129. What punishments may be inflicted.
130. Approval of proceedings and sentence. When to be executed.
131. Right of appeal to commander-in-chief.
132. Collection of fines.
133. Compensation of members, &c.
134. Accounts to be audited. How paid.
135. Regimental courts-martial.
136. Proceedings of such courts.
137. Oath of members.
138. Before whom taken.
139. Parties to be summoned.
140. Returns.
141. Powers of such court.
142. Appeals.
143. Collection of fines. Compensation and mileage.
144. Appropriation of fines, &c.
145. By whom subpœnas may be issued.
146. Powers of president.
147. Penalty for disobeying subpœna. President to report to district-attorney.
148. Power to issue attachments.
149. Execution of attachments. Fees and costs. How collected.
150. Who to preside, in absence of president. Members to be in uniform. Appointment of marshals.
151. Proceedings on appeal.
152. Warrants may be renewed. Penalty for neglect to execute, &c.

153. Fines, &c., to be paid to military fund.
154. Courts-martial may excuse delinquents.
155. Delinquents duly summoned, &c., not to maintain actions, &c.
156. In suits against officers for acts done in official capacity, plaintiffs to give security for costs. Defendants may plead the general issue. To recover treble costs.
157. Military courts.
158. Appointment of military boards. Their duties.

### XV. REGULATIONS WHEN IN ACTUAL SERVICE.

159. Duties of adjutant-general.
160. When governor may call militia into service.
161. To order detachments for service of the U. S.
162. Vacancies, how supplied. Of detachments.
163. Time, &c., of marching.
164. Proceedings on requisition of the president.
165. Duty of brigade inspectors. And commanding officers. Form of notice.
166. Governor to appoint general officers.
167. Pay and rations.
168. May be formed into battalions.
169. Notice to be given to brigade inspectors.
170. Of the paymaster and quartermaster. Paymaster to keep accounts.
171. Horses to be appraised. Compensation to owners when killed.
172. Pay and rations.
173. Clothing.
174. Governor may draw money, in case of emergency.
175. Of substitutes.
176. Penalty on officers for neglect to serve.
177. Non-commissioned officers and privates.
178. Courts-martial in such cases. List of delinquents to be furnished.
179. Penalty for neglect to serve on call of the governor. Court-martial to be summoned. Members to be sworn. Duty of brigade inspector. Warrant to issue against delinquents. Additional punishment in case of officers.
180. Governor to appoint paymasters. Their duties.
181. Penalty for persuading to desert.
182. Exemption from process.
183. Exemption extended.
184. Medical and staff officers.
185. Rank and allowances of staff-officers.
186. Notification of place of rendezvous. Proposals to be issued for supplies. Inspection of military stores.
187. Hospital department.
188. Settlement of bills. Oath. Certificates. Punishment of perjury.
189. When volunteers may leave the state.
190. Regulations for drafting to be prescribed by the governor.

### XVI. GENERAL PROVISIONS.

191. Excuses of delinquents.
192. Courts-martial, &c.
193. Collection of fines, &c.
194. Claims on brigade funds.
195. Disbursement of brigade fund.
196. Existing military organizations preserved.
197. Penalty on assessors, &c., for neglect of duty.
198. County military boards. Payment from brigade fund to members.
199. Disbanding of companies.
200. Penalty for neglect of duty by county treasurers.
201. And by district-attorneys.
202. Brigade fund and board, in Philadelphia.

### XVII. CONTESTED MILITARY ELECTIONS.

203. Contested election of major-general.
204. Of brigadier-general and brigade inspector.
205. Of field officers.
206. Of company officers.
207. Of officers of volunteers.
208. Duties of senior officers.
209. Duties of the board, when election is set aside; commissions to be void.

# I. Of the persons liable to military duty.

1. The active militia of this commonwealth shall hereafter be styled the Na-   7 April 1870 § 1.
P. L. 62.

MILITIA. 1051

hereafter be directed for the militia by laws of the United States, shall be observed by the militia of this commonwealth.

94. The commander of every regiment, battalion and detached company may annually order out the commissioned and non-commissioned officers under his command, for elementary drill, two separate days, between the middle of May and the middle of July, at such place as he deems most convenient; and if the place of any such officer in a company is vacant, the commander thereof shall detail from the privates under his command, a sufficient number to make up the deficiency; every person unnecessarily neglecting to attend at the time and place appointed for such drill, shall forfeit, to the use of the brigade fund, three dollars.

95. The commander-in-chief may prescribe the time, place and manner of assembling the troops for the purposes declared in this section, and each commander of division shall, upon notification from the commander-in-chief, order an encampment of his division, by brigades or regiments; the orders for encampment by brigade shall be promulgated in the brigade, thirty days before the time appointed for the encampment; the orders for encampment by regiment shall be promulgated in the regiment, twenty days before such time.

96. Each encampment may last three days; the troops shall be inspected, reviewed and thoroughly exercised as companies, battalions or brigades, in the whole routine of camp and field duty; every officer, non-commissioned officer and private, held by law to do military duty, and unnecessarily neglecting to appear at the time and place appointed for encampment, shall forfeit, commissioned officers, ten dollars per day, and non-commissioned officers and privates, five dollars per day, to the use of the brigade fund.

97. Each company roll-call shall be made during the term of encampment, under the supervision and in presence of a regimental or commissioned staff-officer, to be designated by the commanding officer of the regiment or battalion to which the company is attached.

98. Every commanding officer, when on duty, may ascertain and fix necessary bounds and limits to his parade, not including a road, so as to seriously obstruct passing, within which no spectator shall enter without leave from such commanding officer; whoever intrudes or attempts to intrude within the limits of the parade, after being forbidden, and whoever resists a sentry who attempts to put him or keep him out of such limits, may be arrested, and confined under guard during the time of parade, or a shorter time, at the discretion of the commanding officer.(a)

99. No officer or soldier shall be holden to perform military duty, except in case of invasion, insurrection, riot or tumult made or threatened, or in obedience to the orders of the commander-in-chief, on a day appointed for a general or state election, in the place of his residence; and an officer parading his company, or ordering it to parade, contrary to the provisions of this section, shall, besides being liable to court-martial, forfeit not more than three hundred dollars, for the use of the brigade.

100. Nothing herein contained shall be construed to prevent any company from meeting for the purpose of drill, funeral or other escort, or a voluntary service, nor to impair the obligation arising under constitutional articles of agreement, adopted by the company, so far as regards the members who have signed the same, unless they are repugnant to law.

101. Every non-commissioned officer or private who appears at a parade or drill, required by law, deficient in any arm furnished him by the state, or with such arms unserviceable or in bad condition, shall forfeit one dollar; and every such officer or private, so appearing deficient in any article of equipment or ammunition furnished to or required of him by law or general order, or with such equipment or ammunition of bad quality or condition, shall forfeit two dollars, for the use of the brigade fund.

102. A soldier who unnecessarily, or without order from a superior officer, comes to any parade with his musket, rifle or pistol loaded with ball, slug or shot, or so loads the same while on parade, or unnecessarily or without order from a superior officer, discharges the same, when going to, returning from, or upon parade, shall forfeit not more than twenty dollars, to the use of the brigade fund.

103. A soldier quitting his guard, section, platoon or company, shall forfeit not more than ten dollars, to be recovered, if the offence is committed at a regimental or battalion parade, to the use of the brigade fund.

*Side notes:*
4 May 1864.
Ibid. § 71. Drill.
Ibid. § 72. Encampments.
Ibid. § 73. Reviews and inspections.
Ibid. § 74. Company roll-call.
Ibid. § 75. Parades.
Ibid. § 76. Military duty not to be required on day of election. Penalty for violation.
Ibid. § 77. Company meetings.
Ibid. § 78. Penalty for appearing on parade, not duly equipped.
Ibid. § 79. Penalty for appearing on parade, with loaded arms.
Ibid. § 80. Penalty for quitting guard.

(a) By act 2 June 1871 § 4, this is not to include any street or highway within the city of Philadelphia. P. L. 286. But whether this exception applies to the enacting part of the 75th section of the act in the text, or to the exception therein contained, it is difficult to decide.

68