**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ. | : | No. 3:23-cv-00056 (JBA) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| KATIE DYKES, *in her official capacity*, | : | |
| *Defendant*. | : | |

**DECLARATION OF PROFESSOR LEAH GLASER**

I, Leah Glaser, declare as follows:

**Background**

1.      I am a citizen of the United States and a Resident of Connecticut.

2.      I am over 21 years of age.

3.      I am a tenured, full Professor of History at Central Connecticut State University and coordinator of the Public History program. For the last 20 years, I have taught college-level courses on American History, the history of the American West, Public History, and, more recently Environmental History, for which I focus on historic preservation. I have taught students and supervised over 40 capstone projects on topics primarily related to Connecticut history.

4.      I earned a PhD in American History, the American West and Public History from Arizona State University, where I also earned a Master's degree in Public History. During and since my 8 years in the West, I worked for several entities whose mission addresses public land use and resource management, including the Salt River Project, the United States Bureau of Reclamation (USBR), for the National Park Service (NPS) in Alaska and Pennsylvania, and as a consultant for the cities of Tucson and Tempe. This included a deposition for the City of Tucson in front of the Court of Appeals: US WEST COMMUNICATIONS INC v. CITY OF TUCSON (2000) testifying that the City of Tucson owns its

1

streets. (A copy of my complete CV is attached as Attachment 1.)

5.      Since 2009, I have also been a leader in encouraging environmental issues as a central component in the field of Public History, editing an issue of the professional journal and as a theme for two national conferences, one in Hartford in 2019. From 2010-2013, I conducted extensive research into Connecticut forests and parks in anticipation of the centennial of the Connecticut Park and Forest Commission. I presented conference papers (see CV), and published on the topic for connecticuthistory.org (Connecticut Humanities), and I edited an issue of *Connecticut Explored*, the popular history magazine of the state, on the relationship between Connecticut and the American West, including the state's influence on national public land policy and the activities of Samuel Colt involving mining investment. I am currently co-editing a book on the cultural significance of trees in American history, for which I wrote an essay that focuses on forestry in Connecticut.

6.      I am currently contracted with the National Council on Public History (NCPH) and the National Park Service to conduct a Historic Resource Survey of the soon to be established Coltsville National Historic Park in Hartford, Connecticut.

7.      I currently serve on the Connecticut State Historic Preservation Council, and the Boards of Connecticut Preservation Action and on the Advisory Board of Wesleyan University's Center for the Study of Guns and Society, the first academic center in the U.S. dedicated to interdisciplinary humanities study and teaching on the social and cultural history of firearms.

8.      I am aware of this lawsuit, have reviewed the Amended Complaint ("Complaint") filed by David Nastri ("Plaintiff") in this matter, and am familiar with the claims and allegations of the Complaint.

9.      I am being compensated for services performed in the above-entitled case at an hourly rate of $100 for reviewing materials and preparing reports; and $150 per hour for depositions and court appearances.  My compensation is not contingent on the results of my analysis or the substance of any

2

testimony.

10.     The testimony in this Declaration is based upon a combination of my professional training, research, and work experiences in my various academic roles; from personally reviewing relevant documents, rules, regulations, and historical sources of information regarding the State's parks and forests.  Any information I obtained from those outside sources is consistent with my own understanding.

11.     This Declaration is a presented in a form that is much different from academic writings. It reflects an accurate recounting of my research and conclusions regarding this historical period and the subject matter discussed. However, given the time constraints at issue in this case, as well as the fact is it prepared in connection to a pending lawsuit, it is not drafted at the level of depth, nor with the historical context and discussion of scholarship that would be expected for academic writing. Thus, I reserve the opportunity to supplement this declaration to reflect any additional research or context that may be necessary.

**Summary of Declaration**

12.     The idea of setting aside land expressly for public parks (primarily municipal and national) began as a mid-19th century movement in response to the rapid urbanization and industrialization of the East as well as the American West. The state park movement, based on similar ideals, expanded primarily in the twentieth century when city parks grew insufficient and workers gained access to automobiles allowing them to leave the city for less manicured and more "natural" and meditative spaces.

13.     The development of the state park system emerged through national and municipal efforts, led by Progressive era ideologies, particularly notions of reserving certain lands "the greatest good for the greatest number of people." A great number of thinkers whose ideas helped define public land use and management at all levels, hailed from Connecticut, one of the most industrialized states in the country

3

in the 19th and 20th centuries. These included urban park designer Frederick Law Olmsted and his firm, the first two Chiefs of the U.S. Forest Service, Gifford Pinchot and Henry Graves who introduced and promoted scientific forestry in America, their protégé and Connecticut's state forester, National Park Service Directors Stephen Mather and Conrad Wirth, and finally, Austin Hawes, and the State Park Commission's field secretary, Albert Turner. The "park-builders" based their ideas about use and purpose on philosophies of natural resource conservation, land preservation, and health, mental and physical. These ideas and practices reflected anxious responses to the rapid changes that new technology, brought by urbanization, the industrial economy, and western expansion.

14.     Scientific forestry heavily influenced the management of Connecticut's public lands, but the recreational needs and desires of the public in the industrial state eventually demanded all public lands serve multiple uses, regardless of whether lands were designated as "forests" or "parks". While in the West, most lands remained in the public domain, that was not the case in the original thirteen colonies where land remained largely under private ownership. The state park system gained momentum with the increase in leisure time, urban density, increased recreational access, and the proliferation of the automobile, which allowed more people of all socioeconomic backgrounds, to escape the city for short periods of time. However, the federal government, and each state, interpreted the management of their natural resources and the uses of public lands differently.

15.     Today, there are 110 state parks (c. 32,000 acres) and 32 state forests (c. 175,000 acres) in Connecticut. Reports and correspondence regarding Connecticut's state parks and forests since the State Park (and Forest) Commission was formed in 1914 only refer to firearms in the context of hunting, usually as one of the few examples of something the Commission should actually regulate and prohibit in parks. As a general matter, the references to firearms in these sources are limited to outright prohibition of carrying firearms in parks, or allowing carry for firearms for limited recreational purposes like hunting. This prohibition was formalized in 1918 and posted on standard signage throughout the park system.

4

From the beginning, primary function of state forests was always around the idea of public resource conservation, particularly of trees for lumber, for the benefit of the greatest number of people.

### Open Space Preservation in 18th and 19th Century New England

16.     As a site of early English settlement, Connecticut is steeped in Puritan tradition and work ethic, famously anathema to the concept of "idleness," or leisure.  As Englishmen, they brought with them the belief that property was a "natural right," and land ownership equated to independence and self-sufficiency. However, early New England towns featured centralized public land, known as commons, or greens, for planting and shared grazing, around which many built their homes. According to some, the tradition dates back to medieval England to protect livestock from wild animals, for use by commoners who did not own much land, or for public markets and fairs, but that is still highly debated. English colonists of the Connecticut Colony established a green as a central feature in the nation's oldest planned city of New Haven, Connecticut.[1]

17.     As the primary public space in the community, "town greens" served as public gathering spaces, particularly religious, and many historic churches continue to occupy prominent spaces adjacent to these public spaces today. They also became sites for military exercises, public executions, and sometimes dumping grounds for discarded household items. It was not until after the Revolutionary War, in the 19th century, when improvements in roads allowed some people to move further away from the town center, that the green became more of a commercial and civic center.

18.     The landscaping and manicured, or "parklike," maintenance of the green corresponded with a larger movement, beginning shortly before the Civil War, to find way to beautify the increasingly industrialized cities.

### Western Expansion, Industrialization, and Urbanization

---

[1] Rob Shirley, *Village Greens of England: a Study in Historical Geography*, Durham theses, Durham University, 11-12, 21 (1994). Available at Durham E-Theses Online: http://etheses.dur.ac.uk/6120/

19.     After the Civil War, the proliferation of the railroad and technology spurred settlement out west. The urbanization of the agrarian nation, and the realization that not every part of arid western lands could be farmed, became important factors in the federal government setting aside other lands for public use. The modern notion of parks, which had begun in the years before the Civil War, evolved out of a sense of anxiety over profound social and economic changes of "modern" life.

20.     In 1872, Congress reserved and established the first national park in Yellowstone "for the benefit and enjoyment of the people."  To "provide timber for the purposes of western agrarian settlement," the Department of Agriculture created a Division of Forestry in 1881, eventually becoming the U.S. Forest Service in 1901.[2] Both public forests and parks served to protect natural resources, but forests followed the progressive idea of efficient resource use for the "greatest good" of the most people. Parks served to preserve natural resources for the enjoyment and benefit of present and future generations.

**The Progressive Era:  Conservation vs Preservation**

21.     Conservation and development seem like opposing inclinations, but Connecticut residents redefined this complex relationship over time and influenced our nation's perception of those terms as well. In 1910, Gifford Pinchot of Simsbury, the first chief of the United States Forest Service (and the founder of scientific forestry in the United States), asserted that, "The first principle of conservation is development, the use of natural resources now existing on this continent for the benefit of the people who live here now. There may be just as much waste in neglecting the development and use of certain natural resources as there is in their destruction."[3] His ideas reflected the Progressive Era, a time when the proliferation of technology spurred an industrial economy. Reformers protested against corruption and the

---

[2] Harold K. Steen, *The U.S. Forest Service: A Centennial* History (Seattle, WA: University of Washington Press), 3-21.

[3] Gifford Pinchot, "The Fight for Conservation," 1910. (University of Washington Press, 1967), reprint, 42-43.

6

consolidation of wealth, which compromised the values of equality in the United States. For many, like Pinchot, this imbalanced allocation of resources included natural resources. Pinchot found a like mind in President Theodore Roosevelt, a well-known supporter of progressive reforms. Both embraced a conservationist philosophy that discouraged waste and advocated the scientifically planned development of natural resources, particularly forests, for the benefit of the public good- "the greatest good to the greatest number of people for the longest time"— often, but not always, defined in economic terms.

### Parks in America: National, Municipal, and State

22.     Neither the public, nor Congress, trusted the Forest Service to protect cherished sites of natural beauty, but both Pinchot and Henry Graves, Dean of the Yale School of Forestry and a Chief of the USFS, insisted that creating a park board, in addition to the Forest Service, was "No more needed than two tails to a cat."[4] Congress dismissed their view by establishing the National Park Service (NPS) within the Department of the Interior in 1916 to protect exceptional lands for "public enjoyment."

23.     Distraught over the idea of two agencies with overlapping resources operating in two different agencies, Graves argued that the Forest Service was not anti-park, but they were different in purpose, not administration. Forestland produced lumber and public forests served as demonstration areas of scientific forest management. The nation could preserve park resources, but only until the citizens needed them.[5] Graves insisted that forests were multi-use: Recreation was compatible with commodity uses like water resource protection, timber, mining, and grazing in the national forests, which created conditions for "settlement, mining, timbering, grazing, and summer homes."[6] He increased recreational options in the forests and pushed to craft some kind of cooperative agreement in forest management with NPS Director Stephen Mather.[7]

---

[4] Steen, 113-114
[5] Steen, 115-116, 119.
[6] Steen, 118.
[7] Steen 120-122.

24.     At the same time, Graves encouraged states to establish permanent state forests with objectives suitable to their economic needs. However, his ideas about state forests ironically carried less weight in his home of the Northeast than the West or South, recipients of more government land grants.[8]

**Frederick Law Olmstead and Municipal Parks**.

25.     This philosophical and rhetorical struggle over the proper use and administration of parks and forests on the national level had roots in local, municipal responses to its industrial and urban development in the Northeast particularly. In the East, industrialization heightened the desire and need for parks. Municipal parks proliferated throughout the region since the 1850s, shaping public perceptions of state parks and forests. Not so different from the agrarian ideals that pulled 1840s Americans westward and shaped western land policy, New England's brand of conservation also fused agrarianism with "newer Romantic, urban-based visions of the forest."[9]

26.     Cities looked to set aside nature for the enjoyment of urban workers and in the 1870s, Frederick Law Olmsted, who was designing New York City's Central Park by the 1850s, and was instrumental in designing Hartford's park system, began work on Walnut Hill Park in New Britain, Connecticut. Municipal park design essentially began with the Hartford-born Olmsted, who witnessed how growth of Connecticut cities and industry had transformed the state's rural landscapes and homogenous population, not to mention the nation's incorporation of over half the lands in today's American West through migration and war.  In all, the state commissioned almost 300 jobs from Olmsted and his firm over the course of a century.

27.     Olmsted's parks echo the aesthetic of the Hudson River Valley (HRV) school of painters he surely viewed as they later translated their naturalistic landscape vision to western lands depicting vast

---

[8] Henry S. Graves, "A Policy for Forestry for the Nation," Washington, DC: United States Department of Agriculture, Circular 148, Office of the Secretary, December 1919, 5.

[9] Richard William Judd, *Common Lands, Common People: The Origins of Conservation in Northern New England* (Cambridge: Harvard University Press, 2000), 91; Ney C. Landrum, *The State Park Movement in America: A Critical Review* (Columbia, MO: University of Missouri Press, 2004)**,** 15-20.

8

fields and vistas, majestic mountains, and calming lakes and streams, where man was inconsequential, luring out thousands of explorers and homesteaders. Hartford's Frederic Church, the founder of the HRV painting school, was an early advocate of national parks, particularly Niagara Falls in New York, now the nation's oldest state park in 1885.[10] These images convinced many Americans that nature was important to physical, emotional, and mental health, but defined the spiritual core of a newer nation, the equivalent of the cathedrals of Europe. They inspired the government to establish its first preserve in Yellowstone National Park in 1872. Like the popular HRV School and other nineteenth century landscape painters, Olmsted advocated the park as a pastoral and naturalistic landscape, where urban residents could feel invigorated and escape the harsh realities of industrial work without losing the comforts of the city.

28.     Hartford influenced Olmsted, who in turn influenced land use and the development of parks in Connecticut. In addition to his own experience as a child growing up in pre-industrial Central Connecticut River Valley, Olmsted also developed his philosophy about the influence of natural beauty on moral and social behavior from close family friend and spiritual advisor, Reverend Horace Bushnell. Bushnell's sermons, in "Unconscious Influence," and others in the Transcendentalist movement (Ralph Waldo Emerson and Henry David Thoreau) of the 1820s and 30s surely inspired young Olmsted's ideas about nature and "public parks as instruments of moral influence and reform and the value of passive recreation and unconscious mental and spiritual refreshment…" as well as communal well-being as way of coping with and healing from the stresses of industrial New England's industrial revolution.[11] In Hartford, Bushnell Park became the nation's oldest publicly funded park in the country, conceived by the Reverend Bushnell in the mid-1850s, prior to Olmsted's work on Central Park in New York City.

---

[10] California first designated Yosemite a state park, but Congress later designated it as the second national park behind Yellowstone.

[11] "Olmsted in Connecticut: Landscape Documentation Project, Statewide Context and Survey Report (September 2022), 20-25, 58-59; George Scheper. "The Reformist Vision of Frederick Law Olmsted and the Poetics of Park Design," *The New England Quarterly* 62: 3 (1989), 378.

29.     After New York's Central Park, Connecticut's cites of Hartford, New Haven, Stamford, Bridgeport, Waterbury, Norwich, New Britain, Meriden, and New London began establishing parks in 1860s, joined by Chicago in 1869, Boston in 1893, and Providence, Rhode Island in 1904. As in the West, anxiousness about urbanization overtaking rural and "natural" places and the proliferation of urban power helped create support to establish national parks. Worker volatility contributed to support for urban parks. However, people disagreed as to whether parks served a therapeutic role or that of amusement and/or activity.[12]

30.     Not everyone seemed to understand the concept and the use of a park in the same way. Socioeconomic interpreted recreation in different ways. Genteel ideas about recreation like that of Bushnell and Olmsted, stressed receptive (or passive) recreation (arts, music) to restore the soul.

31.     Conrad Wirth, who served as NPS Director in the 1950s, began his memoir quoting Transcendentalist Henry David Thoreau. He then wrote, "The importance of reserving space for what we have come to call recreation has long been understood."[13] So, it is not coincidental that like other New England states, Connecticut's approach to designing a park system evolved out the same urbanization conditions as the national and urban parks, but as the birthplace for ideas about American conservation forestry, Connecticut itself greatly influenced by the 1920s national and state park movement.

**Conservation in Connecticut**

32.     Urban development strained the state's natural resources and prominent, concerned citizens found ways to set aside certain places for preservation without significant opposition. As a center of the country's industrialization and manufacturing, Connecticut naturally became a leader in public park

---

[12] Roy Rosenzweig, *Eight Hours for What We Will: Workers and Leisure in an Industrial City, 1870-1920*, Interdisciplinary Perspectives on Modern History. Cambridge; New York: Cambridge University Press, 1985); Alexander Von Hoffman, *Local Attachments: The Making of an American Urban Neighborhood, 1850 to 1920* (Johns Hopkins Paperbacks Ed., 1996. ed. Creating the North American Landscape. Baltimore: Johns Hopkins University Press, 1996); Stephen Hardy, "Parks for the People: Reforming the Boston Park System,1870-1915," *Journal of Sport History* 7:3 (Winter 1980), 5-24. 18

[13] Conrad Wirth, *Parks, Politics, and the People* (Norman: University of Oklahoma Press, 1980), 3-5.

10

development. The state's growing population pushed for large areas for recreation that would be protected from any development and accessible by the increasing popular and affordable automobile transportation and expanded roads. Those desires would challenge the conservationists' approaches to managing large acres of forests, their watersheds, and undeveloped, open spaces in Connecticut. State policy had to balance economic development with the nurturing and protection of natural resources.

33.     Into the 1920s, some of the nation's most prominent foresters and conservationists, particularly Gifford Pinchot, Henry Graves, and their protégé, longtime Connecticut State forester and fellow Yale alumni Austin Hawes and Park Commission Field Secretary Albert Turner, influenced the design of an administrative structure for managing the state's natural resources in both forests and parks within the conservationist philosophy of managed use and public benefit. Those preserves were, ironically, not primarily for preservation and recreation, but for conservation (protection, controlled development, and equitable economic use).

34.     The state established a Board of Agriculture as early as 1866 and opened Agricultural Experiment Stations, research centers associated with land-grant universities in Middletown, New Haven, and Storrs, but by the 1890s, citizens feared for Connecticut's natural resources.

35.     In 1901, private citizens, particular the Connecticut Forest and Parks Association, lobbied the state's General Assembly to develop a forest policy, appoint a state forester and town tree wardens placing the public tree planting, especially by the roadside, under public supervision. The group also successfully lobbied to use state funds to purchase land for the establishment of state forests. Connecticut was the first state to establish a State Forester and to purchase state forests.

36.     Meanwhile, as municipal parks and the national parks grew in popularity, and three years before the establishment of the National Park Service, cities could not meet the demand.  As access to cars allowed more people to travel out of the city as a further escape valve for the congested urban cores. National Parks were primarily located in the West, beyond the means of most Connecticut workers. New

11

York had established Niagara Falls (to join the forest preserves of the Adirondacks and the Catskills). In 1911, the General Assembly of Connecticut appointed three State Park Commissioners, Morton Plant, Edward Bradley, and Lucius Robinson, to explore the park idea. Only the Wisconsin State Park commission and Massachusetts Board of Trustees of Public Reservations (1891) convened earlier.

37.     At first, the Commissioners saw their role only as one of reconnaissance: assessing the need and most desired locations for state reservations and balancing recreation with the conservationist needs of forests. The report predicted Connecticut's parks would be managed on the model of the national ones: leasing camps, cottages, and other accommodations, and regulating hunting and fishing activities "with certain restrictions." Notably, the state forester would still manage all timber lands. "In this way, if properly managed, such parks would soon pay for themselves." They recommended the establishment of a permanent Commission of five members, empowered to have staff to accept gifts, purchase, and administer properties. James Goodwin of Hartford, a recent graduate of the Yale School of Forestry, served as the first Field Secretary through whom the commission surveyed town officials. Target areas included seaside parks not under the jurisdiction of large cities.[14] Upon the Commission's recommendation, the General Assembly passed legislation for a permanent commission of 5-7 commissioners, with the state forester as *ex-officio*.

38.     The Commission also defined the relationship between state parks and forests: "The relationship between state parks and state forests is close and they have many features in common, although their essential purposes are quite distinct and should not be confused. State parks are primarily for public recreation, or for the conservation of natural scenic beauty, wildlife and sites of historic interest. Logically they must be game sanctuaries, but fishing may well be encouraged. The practice of forestry and the production of timber, when not inconsistent with its main purpose, may be included in the

---

[14] *Report of the State Park Commission: Commission Appointed by the General Assembly of 1911: Report Presented to the General Assembly of 1913.*, 1913. Connecticut State Library, Hartford, CT., 14-21;

park program. State forests, however, have for their primary object the production of timber as an economic proposition, which involves the systematic management of large areas of forest land for long periods of time. Such land may have little of park quality at the time of acquisition, but with the growth of timber it will gain in scenic beauty and perhaps in recreational value. Recreational use of state forests may, therefore, become an important secondary purpose which should not be overlooked. And later, "Timber lands should be under the care of the state forester and no trees should be cut, except with his permission." "… if properly managed, such parks would soon pay for themselves."[15]

39.    According to the first state report (1913), the rationale for the establishment of the Commission rested heavily on the perception that modernity had destroyed leisure and family time and the worker was in desperate need for outlets of recreation. This idea seemed to rely heavily on the "American Park Idea" as articulated by Horace McFarland, President of the American Civic Association and a key figure in the City Beautiful Movement.  In his 1910 convention speech, McFarland argued that like the ideas for municipal parks in the 1850s, county and state parks could also serve a broader purpose that fell somewhere in between the city park and the national park. "If, when a natural wonder is found to be of national importance and to need national protection, it may properly be controlled by the nation, surely a location or opportunity too large for local or municipal control may as properly be controlled by the state."  In line with other proponents, he agreed that state parks "must be unmistakenly beautiful, they must present to the enjoyment of all some consistent unspoiled type of landscape."  He added that they should be accessible by the public and ideally connected by parkways—so he sees the park system and recreation as integrated and consistent with to auto transportation through parkways criss-crossing the state. They should lie no more than a day's travel to industrial populations. Ideally, a state should hold and ace of land per 1000 population. "Trees," he added, "are almost essential…The relation of State Parks

---

[15] *Report of the State Park Commission: Commission Appointed by the General Assembly of 1911: Report Presented to the General Assembly of 1913.*, 1913. Connecticut State Library, Hartford, CT.

to State Forests is not mine to discuss." But he pressed for recreation in both and shared the suspicions of many post-Hetch Hetchy conservationists: "As yet, State parks are not safe in the unguarded custody of the forester, and if we have worthwhile state parks, they must be administered as such." Seemingly as an afterthought, he added that another characteristic of the state park "may well be the inclusion of historical sites, to be suitably and permanently marked so that in a sense of life of the state as man has dealt with it is preserved for future generations, as well as the natural features of the state as Nature made them. Not infrequently both of these characters may be combined to advantage in one state."[16]

40.     The establishing legislation granted the all-volunteer Commission power to acquire public open spaces by purchase, gift, or devise, lands or right – for the purposes of public recreation or the preservation of natural beauty or historical association and, among other authority, "to have charge and supervision of such lands, or to cooperate with various specified local authorities in such care," "to have large powers over the care and regulation of all tracts within their jurisdiction and over the use of the same by the public," and notably "to have power to accept in behalf of the state any unconditional gifts of tracts, which in its judgment would be desirable for state reservation…" [17] Upon hire of field secretary Albert Turner, the Commission first looked to the shoreline and other water sites, complicated by the numerous privately owned summer cottages, many owned by out-of-state residents. The survey identified only five possible shoreline sites, purchasing its first property in Westport (now Sherwood Island State Park). Other purchases include land along the bank of the Connecticut River in Chatham, and lakefront in Litchfield and Washington. These provided the first (historic-based) parks. In the case of Sleeping Giant State Park in Hamden, a private group of citizens worked for years to end quarrying and to secure the

---

[16] J. Horace McFarland, President, American Civic Association, "A Brief Discussion of the Later Development of the Recreation Movement" by J. Horace McFarland, President, American Civic Association, Washington Convention, December 14, 1910, SFPC, Wilkins, Documents 1909-1915, State Archives; McFarland, "State Park- Their size and character" Parks and Recreation, volume 5, p. 471. 1921-22.

[17] *Report of the State Park Commission: Commission Appointed by the General Assembly of 1911: Report Presented to the General Assembly of 1913.*, 1913. (Connecticut State Library, Hartford, CT), 31-31.

lands for preservation, turning it all over to the state in 1924. Alain Campbell White, with his sister May, established the White Memorial Foundation and began buying large parcels of land for conservation and preservation in memory of their parents. White would later serve as President of the Connecticut Forest and Park Association. In a speech to the Garden Clubs of America in December of 1920, he discussed the Connecticut's parks and forests, he listed recreative opportunities, including camping, motoring, boating, swimming, climbing and fishing, noting that the Commission hoped to make as few restrictions as possible. However, he then noted that "hunting is not allowed," and the largest park, Macedonia Brook, is patrolled, anticipating that others would also be patrolled with additional funding.[18]

     41.     State Park Commission Secretary Field Secretary Albert Turner saw the definition of parks as fluid, but consistently stressed the conservationist philosophy that conceived parks and forests as shared, public spaces set aside for the "greatest good for the greatest number of people." As far as the "proposed rules and regulations for use of the State Parks," he asked that Commission "to make the rules as few and simple as is consistent with the preservation of the public property and individual freedom. In general, that measure of freedom may be permitted which does not interfere with the rights or enjoyment of others, pollute the waters, or injure the forest-growth. This would involve the prohibition of firearms, but not the gathering of nuts, berries, or wild flowers…."[19] In 1918, the Commission adopted a general "form of notice," to be posted in all parks addressed "To the Citizens of Connecticut," explaining that the state park "belongs to you," the general public.  It stated that "there is a reason for every rule and regulation made… It is desired that this park shall be used for picnic parties, camping, and outdoor life by the people of Connecticut, provided the park is used in a wholesome and reasonable way, and the trees, shrubs, and plants are not injured, and all rubbish is placed in receptacles prepared for it, or buried, or burned.  The People using this state park should not monopolize it, nor disturb, nor unpleasantly intrude

---

[18] Alain White, for Garden Clubs of American, Dec 1920. Series 2, Box 3, Folder 1, RG 079:017 State Park and Forest Commission, Connecticut State Archives, Hartford, CT.

[19] Annual Report, Report of State Park Commission, 1914, 29.

upon other parties using it." Fires outside of stone fireplaces were prohibited, and "the use of firearms or having then in your possession is forbidden, also the killing or disturbing of wild animals, birds, or birds' nests." [20]

**The Connecticut State Park (and Forest) System**

42.       In order to protect the exclusiveness of the National Park designation, National Park Service Director and Connecticut-native Stephen Mather organized the first meeting of the National Association of Parks in Des Moines, Iowa in 1921. This National Conference on (State) Parks grew out of the National Park movement.[21] Its stated objective was "to urge upon our governments, local, county, State, and National, the acquisition of additional land and water areas suitable for recreation, for the study of natural history and its scientific aspects, and the preservation of wild life, as a form of the conservation of our natural resources, until there shall be public parks, forests, and…."[22]

43.       The definition of a park, however, varied by state, and Mather believed each state should determine its own park development. As Historian Rebecca Conard observed, "A common vision of parks as special places, whether they be they valued for their scenic quality, their recreational amenities, their scientific attributes, or their educational potential, makes it incumbent that public land management agencies serve as society's fulcrum to balance demands of 'the public' who would enjoy parks to environmental ruin with those of 'the public' who would unnecessarily limit access to them."[23]

44.       Albert M. Turner, the Field Secretary Connecticut's State Park Commission hired in 1914, served on the organization's executive committee. That same year, Turner implored the newly

---

[20] Report of the State Park Commission, State of Connecticut (1918), 30-31.

[21] Ney C. Landrum, *The State Park Movement in America a Critical Review*, 2004; State Park Anthology: Rebecca Conard, "The National Conference on State Parks: Reflections of Organizational Genealogy," *George Wright Forum* 14:4 (1997), 47-93.

[22] Conard, 35.

[23] Conard, 40; Stephen Mather to Albert Turner, February 6, 1922. Series 2, Box 3, Folder 1, RG 079:017 State Park and Forest Commission, Connecticut State Archives, Hartford, CT.

founded National Conference on State Parks to distinguish forests and parks.  "We have supposed the Park to be first of all for recreation, and the Forest for economic purposes- to wit, namely to grow timber. This subtle distinction seems to be confined almost entirely to the old Nutmeg state…"[24] That distinction worked because when the Commission acquired administrative oversight of state forests, starting with the privately donated 4,000-acre Peoples' Forest, it allowed the new state forester, Austin Hawes, to practice scientific forestry for economic development essentially independently for over twenty years, while a superintendent managed the parks for aesthetic and recreational enjoyment. Even the private Connecticut State Forest *Association* added "and park" to their name, thus including recreation in their mission of scientific forest management (a move that divided association members).[25]

45.     As Douglas McDonald also observed in his 1969 dissertation on the multi-use forest, "The State Forester, Hawes, stressed recreation as a subsidiary benefit of the state forests. Although he claimed that state forests should serve the interests of all classes of people, he made sure that as small a portion of the forestry appropriation as possible was spent on objectives *other* than timber production. For this reason, he emphasized extensive forms of recreation which did not hinder timber and required only a low development cost." He stressed that forests must be "maintained in a wild condition without any of the attractions to draw a crowd, and the true measure of their value for recreation is the number of acres per person rather than the number of people who use them."[26]

46.     Field Secretary Albert Turner, who trained at Yale like the state's foresters, was an intellectual at heart, but he was far more confused about what was driving his charge for reviewing and acquiring lands, and he wrote about extensively and exhaustively. In his first report, later published in an

---

[24] Turner to Miss Harlean James, December 31, 1921, Series 2, Box 3, Folder 1, RG 079:017 State Park and Forest Commission, Connecticut State Archives, Hartford, CT.

[25] "Report of the Sub-Committee of State Forests 1943-45, Box 1, Folder 26, MS 637, Austin Foster Hawes Papers; George McLean Milne, *Connecticut Woodlands: A Century's Story of the Connecticut Forest and Park Association* (Connecticut Forest and Park Association, 1995), 15, 23.

[26] McDonald, 99-100.

anthology by the National Conference on State Parks, he candidly complained about the pace of private land acquisition for parks in the state. Due to the lack of public lands, he lamented, "… the state park remains an idea only." He argued that "At the end of a week or a month or a year, or in some cases possibly a lifetime, the city sights and sounds and pavements become unbearable, and a rest and contrast become necessary to sleep at night…The public park reservation, or open place, (and the old word "common" seems perhaps best of all) is the natural solution of these new troubles, and the people of New York and Massachusetts have evidently discovered this about a generation ahead of us." [27]

47.     Turner laid out his "system" approach, which other state park officials would cite as a model for other states, as well- stressing such factors as natural suitability, beauty, fitness; historical or traditional association; distribution with regards to centers of population, size, accessibility, and level of development of park properties. Finally, he stipulated that such places should have low agricultural value, but recognized that the fact that Connecticut was increasingly more industrial than agricultural was the reason for parks in the first place.[28]

48.     Unlike many of his peers, Turner's ideas about public land use aligned with the Yale-trained foresters and he wrote prolifically about those ideas in letters, reports, and speeches.  He believed that state parks had a specific purpose quite different from city parks, which were more art than science, more "museum-like" than natural. State parks provided a more natural, less landscaped aesthetic to the controlled movement and limited recreative options in the Olmstedian city parks, without departing from those basic values. "Let the formal museum stay in the city where it is now, and have field study in the field," wrote Turner. Turner wrote State Park Commissioner Herman H. Chapman, also President of the Society of Foresters and Yale faculty, that he approved the appointment for the State Park Superintendent, Hartford's Park Superintendent and the aptly named George Parker, because he drew a clear distinction

---

[27] Annual Report, Report of State Park Commission, 1914, 21-23.
[28] Annual Report, Report of State Park Commission, 1914, 23-20.

between a state and city park.[29] Furthermore, Turner wrote that, "The State Park is much more closely

allied to the idea of a National Park and the [Connecticut] Act of 1913 repeatedly enumerates the

purposes of recreation, preservation of natural beauty, or historic association, and for the purposes of

recreation..."[30]

49.      By the end of 1920, the state boasted four public forests, with another on the way, almost

4500 acres. The Commission had acquired 25 parks totaling just over 5000 acres.  The 1920 annual report

continued to debate the purposes of state parks: public recreation, historical association, and/or natural

and scenic beauty. Turner began to emphasize a state park's purpose as one of public mental health, an

essential refuge from the stresses of modern urban life, and he decried the carrying and use of firearms as

an example of something to be avoided in parks, even for a recreative activity like hunting:

> Why do we issue hunting licenses by tens of thousands to "sportsmen" who frequently tramp
> the woods all day without getting a legitimate shot at a moving thing? Must we forever be
> condemned to carry a gun as an excuse for the pleasure of walking in the woods? Of course, just
> to walk in the woods for pleasure would be idleness pure and simple- conspicuous and
> unashamed idleness, and not to be seriously thought of or condoned in New England. It is
> respectable to be idle only when Nature finally rebels and the doctor, for a consideration, send
> us to the sanitarium- a healthy place for the unhealthy, if we go to the root of this lovely word.[31]

50.      The recreational demands of the 1920s further shifted Connecticut's conservation efforts

from private activism to public responsibility. Unlike management at the national level, where different

Departments, that of Agriculture and the Interior, respectively, administered the forests and parks,

Connecticut developed a single body for oversight of its natural and historic resources. In 1921, the State

Park Commission became the State Park *and Forest* Commission and assumed responsibility for

appointing the Superintendent of Park and State Forester, who would head separate operation

---

[29] Turner to Chapman, February 10, 1917, Series 2, Box 1, Folder 1B, RG 079:017 State Park and Forest Commission, Connecticut State Archives, Hartford, CT.

[30] Obituary, A.M. Turner, 76, Dies in Litchfield, *The Hartford Daily Courant*, June 29, 1944. He received the Pugsley Medal in 1933 for his service, American Scenic and HP society awarded at Conference.  Turner later named Director to the Board in 1936 in Hartford.

[31] Report of the State Park Commission to the Governor, 1920, 23. Connecticut Digital Archive,  http://hdl.handle.net/11134/30002:21895214.

administrations. To separate interests and expertise.[32] Unlike forest and park management at the national level, where the Departments of Agriculture and the Interior respectively administered the lands (an issue of great dismay for conservationists Pinchot and Graves), Connecticut developed a single body for oversight of all natural and cultural resources, specifically because both addressed recreational needs.

51.    In addition to forming a clear definition of purpose, a preponderance of privately owned land in the state proved a challenge for public land acquisition. Whereas most of the lands in the American West were largely still under federal ownership, Connecticut mostly had to acquire its public lands from private gifts or fund for purchase. The 1914 report stipulated that the Commission should be permitted reasonable latitude for the use of such funds. In some cases, private citizens' groups worked to achieve state protection for valuable recreational sites. For example, the Sleeping Giant Park Association successfully lobbied to protect the Mount Carmel site against quarry operations through park designation. Similar local groups in Stamford (Laddin's Rock) and Westport (Sherwood Island) worked with the Connecticut Forest & Park Association (CF&PA), a nonprofit, non-governmental group active since 1895, to establish conservation areas. Such partnerships brought the conservation-minded organization, which had previously focused on the preservation, restoration, and scientific maintenance of forests, into the realm of recreational development.

**Depression-era Programs Advance Conservation Projects**

52.    The Great Depression provided additional opportunity for state conservation efforts through the Civilian Conservation Corps (CCC), initiated in 1933 and one of the flagship work programs of President Franklin Delano Roosevelt's New Deal.

53.    The Great Depression was therefore a boon for its recreational and economic forest development. Under Hawes, Connecticut's 21 CCC crews built hundreds of miles of hiking trails, access

---

[32] See *Wooden Nutmeg XIX* (December 1943), 10. Connecticut Digital Archive, http://hdl.handle.net/11134/30002:720539080.

roads, sawmills, dams, picnic areas, trails, swimming ponds, and fire towers throughout the forests. In addition to creating accessible preserves, Connecticut's CCC helped the state revive a commercial forest products' business by helping to build wood treatment plants, charcoal kilns, and a state sawmill. They even harvested ice from state forest ponds for commercial sale. The CCC also developed a state trail system, passing through public and some private lands, with miles of hiking, bridle, and ski trails marked by blue paint (the Connecticut Blue Blazed Trail System, now 700 miles).[33]

54.     Yet of this activity further confused the role of forests and parks in a rapidly industrializing state. Opposing philosophies of nature—one advocating carefully managed resource use and the other promoting preservation and recreation—inevitably encountered conflicts. Indeed, the increased access allowed more interest on recreational use. Hawes reluctantly admitted that, "There is evidently a relationship between the recreational use of the forests and economic conditions. The use of the forests for this purpose has at least doubled during the past two years. This is partly due to improved facilities and more widespread knowledge of the forests, and partly to the need of the public for cheap recreation."[34]

**Park Use and the Triumph of Recreation**

55.     The developments in the 1930s combined with rising popularity and access of the car, increased recreational demand. This meant more visitors, fewer appropriations for acquiring additional lands.[35] The 1935 report examined recreation on public lands called vehemently for money to further develop and acquire parks or else cause bigger problems, and outlined five recreational divisions in the state: parks, forests, fisheries and game, historic sites and monuments, state highways. Only the parks had

---

[33] "An account of my last visit with Gifford Pinchot written immediately afterwards," Box 1, folder 24, Austin Foster Hawes Papers.

[34] Report of the State Forester, 1932. Tenth Biennial Report of the State Park and Forest Commission to the Governor, 1932. State of Connecticut; Public Document No. 60), 106.

[35] The Development of State Provision for Recreation in CT, 1935. CT State Planning Board, 5-6.

recreation as a primary purpose. The report argued that recreation served as state priority, and expert-endorsed "… solution to the mental and physical damage of growing city/ urban lifestyles."  It claimed that "we live in a time when the functions of government are constantly being added," but the report argued that care of the "insane and other mental defectives" demanded General Assembly attention to alleviate mental disorders.[36]

56.      In 1944, the SPFC had begun pushing for a more social purpose, than an economic mission for public lands, particularly forests which had previously focused more on environmental and economic purpose. This meant increased recreational opportunity in state forests: " The controlling over-all policy of the (Park and Forest) Commission in the discharge of its duties is the proper utilization of all lands under its supervision, including both forests and parks, and to provide the maximum practical recreational facilities for the greatest number of Connecticut residents, consistent with the conservation of natural resources on such lands...In providing recreational facilities, aesthetic as well as practical considerations will govern.  The immediate objective of the Forestry Division shall be the restoration of natural resources, the reclamation of eroded, cut-over, or abandoned lands, the providing of greatly increased opportunity for outdoor recreation and the protection and enhancement of the natural beauty of the state."[37]

57.      After the war, post-war housing and commercial building, the proliferation of the automobile, and demand for local leisure opportunities positioned conservation efforts as the foe, rather than a partner, of development. The automobile raised demand for local leisure opportunities by the general public, nationally and in the state. While Connecticut's industries expanded and spurred urban development, forests increasingly became multi-use.[38]

---

[36] The Development of State Provision for Recreation in CT, 1935. CT State Planning Board, 5-6.

[37] Sixteenth Biennial Report of State Park and Forest Commission to the Governor, June 30, 1944 (1-2, 7).

[38] MacDonald, R. Douglas S. "Multiple Use Forestry in Megalopolis: A Case Study of the Evolution of Forest Policies and Programs in Connecticut," (New Haven: Yale University, 1968), 5.

58.     Although there was profound disagreement over the particular uses of forests and parks, use of firearms was not part of this schism. The Commission continued its ban on firearms in the parks, and allowed hunting and other "exertive recreation" in most forests with limitations.

59.     Upon the request of the Commission, an independent group evaluated the Commission in 1946 consulted with governor's office, interested groups around the state, advisors. It concluded that the statutory authority of the Commission over the acquisition, maintenance, and control of Parks recreational, scenic or historical lands, was "both clear and broad." It recommended that statutes and policy "all responsibility and authority for parks and forests" the Commission, which should act as an "operating" body, rather than just an advisory one.[39] In 1949, the Department of Natural Resources eliminated any administrative distinction between forests and parks. [40]

60.     This Declaration is based on my previous research of State Park and Forest Commission reports and correspondence. In initially conducting this research, however, I was not looking specifically for references to firearms and hunting. In reviewing that research for the purposes of this Declaration, I have combed through hundreds of documents discussing and debating the purpose and use of parks, searching for definitions of parks and forests, and this time, also for references to firearms.  There may some more explicit discussion of prohibition or regulation in documents like land deeds that may include provisions beyond maintenance, or patrolling reports, that could imply something more specific about the regulations. There are also likely additional resources such as sermons, other literary writings, and correspondence that provide evidence of intent for these public land reservations, or further insight into the values and definitions around recreation, including additional evidence regarding public attitudes towards firearms in these spaces.

---

[39] General Survey, Connecticut State Park and Forest Commission, Barrington Associates, 17. Connecticut State Library, Hartford Connecticut.
[40] McDonald, 206.

Pursuant to 28 U.S.C. § 1746, I, Leah Glaser, state under penalty of perjury that the foregoing declaration is true and accurate to the best of my knowledge, information, and belief.

Executed: ___March 29___, 2023

Leah Glaser

# Attachment 1

# Leah S. Glaser, PhD

Department of History, Central Connecticut State University
1615 Stanley Street, PO Box 4010
New Britain, CT  06050-4010
860-832-2825, glaserles@ccsu.edu

## EDUCATION

**Arizona State University**, Tempe, AZ                                                    May 2002
*Doctor of Philosophy* in American History
*Fields*: Public History, U.S. History from 1865, American West
*Dissertation*: "Rural Electrification to Multiethnic Arizona: A Study in Power, Urbanization, and Change."

Advisors: Jannelle Warren-Findley, Peter Iverson, Robert Trennert, Vicki Ruiz

*Master of Arts* in Public History: Historic Preservation emphasis.            December 1996
*Thesis*: "The Story of Guadalupe, Arizona: The Survival and Preservation of a Yaqui Indian Community."

**Tufts University**, Medford, MA
*Bachelor of Arts* in History and Art History.                                        May 1992

**Syracuse University**, Florence, Italy                                                Fall 1990

## TEACHING

**Central Connecticut State University**, New Britain, CT
*Coordinator, Public History Program*                            Spring 2014- *present*
*Professor of History*                                                        Fall 2017-*present*
*Associate Professor of History* (tenured)                        Fall 2011-Spring 2017
*Acting Coordinator, Public History Program*                    Fall 2009- Spring 2010
*Assistant Professor of History*                                              Fall 2006

HIST 511: Historic Resource Preservation and Planning (Graduate)

HIST 510: Seminar in Public History (Graduate)

HIST 502: Historiography: American West (Graduate /team-taught)

HIST 405/505/LTN 470: Local History and Community Development (Undergraduate/ Graduate)

HIST 492: Public History Intern Experience (Undergraduate)

HIST 302: Introduction to Public History (Undergraduate)

HIST/LTN 316: History of the American West to 1890 (Undergraduate)

HIST/LTN 317: History of the from 1890 (Undergraduate)

HIST 305: Connecticut and the Nation (Undergraduate online)

HIST 301: The Historical Imagination: Immigration/ Mexican Immigration and Labor/
American West/ Borderlands/ Japanese Internment/The 60s (Undergraduate)

HIST 162: History of American Life II (Undergraduate /classroom and online)

*Supervise internships for MA in Public History (2-4 annually)*

*Supervise capstone projects for MA in Public History (39 to completion)*

1. Valerie Chase, "A Study of House Museums and Why Reinterpretation is Vital," Program, w/ Prudence Crandall Museum, Canterbury, CT, 2022.
2. Ryan Cafaro, "Industrial Valley: The Story of Industrialization and Deindustrialization in the Lower Naugatuck Valley," Exhibit, w/ Derby Historical Society, Derby, CT, 2022.
3. Eric Ott, "Invisible Legacies: The Past and Present of Hartford's Potsdam Worker House Community in Coltsville, A Potsdam Worker Houses Historic Resources Survey," Historic Resource Survey w/ Coltsville National Historical Park, Hartford, CT, 2022.
4. Christina Volpe, Amendment to National Register Nomination of the Cass Gilbert National Register Historic District, Waterbury, Connecticut w/ *State Historic Preservation Office*, Hartford, Connecticut, 2021.

5. Elizabeth Correia, Draft, National Register Nomination of Congregation Mishkan Israel, w/ *Congregation Mishkan Israel*, Hamden, Connecticut, 2019.

6. Gabriel Benjamin, "A Story of Survival: A History Harvest within the Golden Hill Paugussett Tribal Nation," in association with the *Institute for American Indian Studies* in Washington, Connecticut, 2019.

7. Regan Miner, "Village Districts: Placemaking through Preservation: Design Guidelines for Norwich, CT," *City of Norwich*, Connecticut, 2018.

*8.* Sarajane Cedrone, Administrative History of the Harriet Beecher Stowe Center, Hartford, CT, *Harriet Beecher Stowe Center*, 2018.

*9.* Chelsea Farrell, National Register Nomination of Lindsey Farm, North Branford w/ *Connecticut Trust for Historic Preservation*, 2018.

10. Anthony Vinci, Exhibit on "Urban Renewal in New Britain," New Britain Visitor's Center, New Britain, 2018.

11. Ira Hessmer, National Register Nomination of the Burnside Ice Company, Hartford, 2017.

12. Shaun Winton, "Historic Preservation in the Model City: New Haven Preservation Trust and a Half-Century of Activism and Advocacy," *New Haven Preservation Trust* (*in process*).

13. Zachary Keith, National Register Nomination of Waterbury Clock Case Shop, Waterbury, CT for *Crosskey Architects*, 2017.

14. Sally Givens, State Register Nomination of Saint Paul's Universalist Church, Meriden, CT, 2017.

15. Garrett Coady, National Register Nomination of J.H. Sessions and Son Company, Bristol, CT, for *Crosskey Architects* 2017.

16. Brianna Dunlap, "The Tobacco Valley of Connecticut," *The History* Press, 2016.

17. Kathleen Von Jena, National Register Nomination of Swedish Congregational Covenant Church w/ *Town of Weston*, Weston, CT, 2016.

18. Aileen Bastos Zylman, State Register Nomination of the Raphael Building, New Britain, CT w/ *Connecticut Main Street Center*, 2015.

19. Sabastian Holquist, Film Documentary of Roger Tory Peterson, *Fish and Wildlife Service*, State of Connecticut, 2015.

20. Timothy Adams, National Register Nomination of "Simon Lake Laboratory," w/ *Milford Preservation Trust*, Milford, CT, 2015.

21. Austin Sullivan, "Voices from Vietnam" Exhibit, w/ *Veterans History Project*, CCSU/ New England Air Museum, East Granby, 2015.

22. John Mooney, Connecticut Humanities Council Grant for Exhibit, *City of Bristol*, Bristol, CT, 2015.

23. Whitney Ceremicoli, HABS Report of the Hatch Building, w/ *City of New Britain*, New Britain, CT, 2014.

24. Owen Rogers, "Oral History of Modernist Architects in New Haven," *New Haven Preservation Trust*, 2014.

25. Erin Marchitto, "Connecticut Shoreline Historic Context Study," *State Historic Preservation Office*, 2014.

26. Lindsey Steward, "The Women of Stanley-Whitman," *Teaching with Historic Places* curriculum, *Stanley-Whitman House*, 2014.

27. Kira Holmes, "Circus Collection," Finding Aid and Guide, *New Britain Youth Museum*, 2014.

28. Jordan Sorenson, National Register Nomination of Good Hill Farm w/ *Connecticut Trust for Historic Preservation*, Woodbury, 2013.

29. Sarah A. Hill, Cultural Landscape Report, w/ *Wethersfield Land Trust*, Wethersfield, 2013.

30. Caitlin Sjaarda, Painting Sites Trail Guide, Weir Fram National Historic Site, *National Park Service*, Wilton, CT, 2012 (Winner of 2014 NCPH Graduate Student Project Award).

31. Alison Golomb, Digital Burying Ground Project, Wethersfield, w/ *Wethersfield Historical Society*, Wethersfield, CT, 2012.

32. Rachel St. Onge, National Register Nomination of Goodwin Park, Hartford, CT w/ *Hartford Preservation Alliance*, 2012.

33. Amy Gagnon, National Register Nomination of Temple Street Garage, *New Haven Preservation Trust*, New Haven, CT, 2012.

Glaser                                                                                                                3

34. Cheryl LeBeau, "Dark Tourism," w/ *Cedar Hill Cemetery*, Hartford, CT, 2011.

35. Todd Jones, National Register Nomination of Keney Park, Hartford w/ *Hartford Preservation Alliance*, Hartford, CT, 2011.

36. Michelle Malinowski, National Register Nomination of "Stanley-Quarter Subdivision," w/ *City of New Britain*, New Britain, CT,  2011.

37. Diana Sheil, National Register Nomination of Martin Luther King Elementary School, Hartford w/ *Hartford Preservation Alliance*, Hartford, CT, 2010.

38. Katherine Parlato, Glebe House Museum, Woodbury w/ Teaching with Historic Places curriculum, Woodbury, CT, 2009.

39. Lucas Karmazinas, National Register Nomination of Underwood Typewriter Factory, Hartford w/ *Hartford Preservation Alliance*, Hartford, CT, 2008.

**Supervise theses for MA in History (2 to completion)**

Michael Marinaro, "Reviving the Public Memory of the USS Monitor: From Faded Legend to Historical Monument," 2010.

Daniel R. Morisse-Corsetti, "At the Doorstep of the Model City: New Haven, Urban Renewal, and the Oak Street Project," 2009.

**Class Projects**:

"Rooted in History:" Connecticut Tree Stories, *Grating the Nutmeg*, podcast, HIST 405/505, Spring 2021.

"Pandemic in Perspective," Online Exhibit, CCSU Burritt Library, HIST 302, Fall 2020.

Women's Suffrage Transcription Project, Connecticut State Archives, HIST 302, Fall 2019.

Latino History Harvest, HIST 405/505, Spring 2017-2018.

Iwo Jima Biography Project, HIST 302, Fall 2014-2018.

"Historic Structure Reports," Coltsville National Historic Park, Hartford, CT, HIST 511, Fall 2016 and Spring 2017.

New Britain Industrial Museum Visitors' Survey, HIST 302, Fall 2016.

"Triumph Through Adversity: The Borinqueneers," Exhibit, New Britain Visitors' Center Gallery, New Britain, CT, HIST 302, Fall 2015.

"Voices from Vietnam," Veterans History Project, CCSU, HIST 302, Fall 2014.

"The History of Homelessness in New Britain," HIST 405/505, Spring 2012.

| | |
|---|---|
| **Quinnipiac University,** Hamden, CT | |
| *Adjunct Assistant Professor of History* | Fall 2003- Spring 2006 |

Introduction to Public History
The Gilded Age and Progressive Era
The West in American History to 1900
United States History (to 1877 and from 1877)

| | |
|---|---|
| **Arizona State University,** Tempe, AZ | |
| *Faculty Associate* | Fall 1999-Fall 2001 |

American Cultural History from 1865 to Present
United States History Survey (to 1877 and from 1865)

| | |
|---|---|
| **Maricopa County Community Colleges,** Maricopa County, AZ | |
| *Adjunct Faculty* | Fall 1998-Spring 2002 |

Chandler-Gilbert Community College, Chandler, AZ
  United States History Survey (to 1877 and from 1865)
South Mountain Community College, Phoenix, AZ
   Yaqui Indian History and Culture (designed, developed and co-taught)

| | |
|---|---|
| **Arizona State University,** Tempe, AZ | |
| *Research Graduate Assistant,* Center for Indian Education | Fall 1995-Fall 2001 |
| *Teaching and Research Graduate Assistant,* History Department | Fall 1994-Fall 1996; 1998 |

Glaser                                                                                             4

# PUBLICATIONS

**Books**

w/ Philip Levy, eds. *Branching Out: The Public History of Trees*. Amherst, MA: University of Massachusetts Press (Public History in Historical Perspective series), *under contract.*

*Interpreting Energy at Museums and Historic Sites*. Lanham, MD: American Association of State and Local History (AASLH)/ Rowman and Littlefield (Interpreting History series), 2023.

*Electrifying the Rural American West: Stories of Power, People, and Place.* Lincoln, NE: University of Nebraska Press, 2009.

> Favorably reviewed in 13 prominent and prestigious academic journals including the *American Historical Review, Journal of American History, Western Historical Quarterly,* the *Pacific Historical Review*, and the *Montana, The Magazine of Western History.*

*The History, Values, and Visions of Carollo Engineers*. Walnut Creek, CA: Carollo Engineers, 2003.

Linenberger, Toni Rae and Leah S. Glaser, *Dams, Dynamos, and Development: The Bureau of Reclamation's Power Program and Electrification of the West.* Washington, DC: US Government Printing Office, 2002.

**Book Chapter**

"When a Tree Falls…: Listening to and Managing Connecticut's Historic Landscape," in *Branching Out: The Public History of Trees.* University of Massachusetts Press (Public History in Historical Perspective series), *under contract.*

" 'An Absolute Paragon of Paradoxes:' Native American Power and the Electrification of Arizona's Reservations," in Sherry L. Smith and Brian Frehner, eds. *Indians and Energy: Exploitation and Opportunity in the American Southwest.* Santa Fe, NM: School of Advanced Research Press, 2010.

**Edited Journal**

Glaser, Leah S., Guest Editor (theme issue), "Public History and Environmental Sustainability," *The Public Historian* 36:3 (August 2014).

**Articles in Academic Journals**

"Hidden Gems: Hopewell Furnace National Historic Site," *Pennsylvania Magazine of History and Biography*, Special Issue on Energy (October 2015), 353-355.

w/ Nicholas Thomas, "Sam Colt's Arizona: Investing in the West," *Journal of Arizona History* 56:1 (Spring 2015), 29-52.

"Identifying and Defining Issues of Environmental Sustainability in Public History" *The Public Historian* 36:3 (August 2014), 10-16.

"Let's Sustain This!" *The Public Historian* 36:3 (August 2014), 130-144.

"Beyond the Boom/Bust Cycle: Locating Enduring Stories in the Cultural Resources of the West," in Field Notes, *Western Historical Quarterly* 41 (Summer 2010): 218-226.

"Nice Towers, eh? Evaluating a Transmission Line in Arizona," *CRM: Cultural Resource Management* 20:14, U.S. Department of the Interior, National Park Service (1997): 23-24.

"Working for Community: The Yaqui Indians at the Salt River Project," *Journal of Arizona History* 37: 4 (Winter 1996):  337-356.

**Articles in Popular Magazines, Newspapers**

"Trees as Memorials and Witnesses to History," *Connecticut Explored* (Spring 2021): 14-19.

"Readers Respond to Removal of Christopher Columbus Statues," *Hartford Courant* (June 26, 2020).

"Historic Preservation Checks a Lot of Boxes," *Connecticut Preservation News* (January/February 2019): 4-5.

"Taking Away Conservation Funds Hurts the State," editorial, *Hartford Courant* (June 20, 2017).

Guest Editor (theme issue), "Connecticut in the West," *Connecticut Explored* (Winter 2017).

-   "Sam Colt Mines the Arizona Territory," *Connecticut Explored* (Winter 2017).

-   "Western Ideas for Eastern Lands," *Connecticut Explored* (Winter 2017).

**Reports (peer-reviewed)**

Glaser                                                                                                                           5

w/ Elizabeth Correia. National Register of Historic Places, "Congregation Mishkan Israel," Hamden, New Haven County, Connecticut, *approved by Connecticut State Historic Preservation Review Board, March 2021*.

National Register of Historic Places, "New Haven Armory," New Haven, New Haven County, Connecticut, *approved by Connecticut State Historic Preservation Review Board, December 4, 2020*.

Glaser, Leah S. *et.al.* National Register of Historic Places, "Downtown New Britain," New Britain, Hartford County, Connecticut, National Register #93000771. Reviewed/approved by Connecticut State Preservation Board, December 7, 2015. Submitted to National Park Service February 2016. Listed May 3, 2016.

Glaser, Leah S. (chair) with Maren Bzdek, Priya Chhaya, Rebecca Conard, David Glassberg, William Ippen, Melinda Jetté, and Angela Sirna (National Council on Public History Task Force on Environmental Sustainability), "Public History and Environmental Sustainability: A Role for the National Council on Public History," White Paper, submitted to the NCPH Board in September, 2014.

Connecticut State Register of Historic Places, "1631 Chapel Street," New Haven, New Haven County, Connecticut, Reviewed/approved by Connecticut Historic Preservation Council, 2006.

Connecticut State Register of Historic Places, "Short Beach Union Chapel," New Haven, New Haven County, Connecticut, Reviewed/approved by Connecticut Historic Preservation Council, 2006.

National Register of Historic Places, "Ball's Oyster Dock," Branford, New Haven County, Connecticut, Reviewed/approved by Connecticut State Preservation Board, 2006.

National Register of Historic Places, "Perry Avenue Bridge," Norwalk, Fairfield County, Connecticut, Reviewed/approved by Connecticut State Preservation Board, 2006.

National Register of Historic Places, "Westville Village Historic District (Boundary Increase)," Reviewed/approved by Connecticut State Preservation Board, 2005.

National Register of Historic Places, "Knickerbocker Golf Club," New Haven, New Haven County, Connecticut, Reviewed/approved by Connecticut State Preservation Board, 2005.

"An Industrial Place in a Rural Space: The Administrative History of Hopewell Furnace National Historic Site," Philadelphia. PA: Northeast Regional Office/ National Park Service/ Bloomington, IN: Organization of American Historians, August 2005.

"The Navajo Indian Irrigation Project," Bureau of Reclamation History Program, Denver, CO, 1998.

"The San Juan-Chama Project," Bureau of Reclamation History Program, Denver, CO, 1998.

"The EMA Transmission Line," No. AZ-6- B. Historic American Engineering Record (HAER), National Park Service, Western Region, 1996.

**Encyclopedia Entries**

"Dynamic Tensions: Conservation and Development in Connecticut to 1920s," *ConnecticutHistory.org.* Connecticut Humanities Council, September 2012.

"A Public Responsibility: Conservation and Development in Connecticut in the Twentieth Century," *ConnecticutHistory.org.* Connecticut Humanities Council, September 2012.

"Hopewell Furnace National Historic Site," *United States Geography* Database. ABC-CLIO, Santa Barbara, CA. (posted August 2011).

**Blog and Newsletter Publications**

"Guidelines for Historic Tree Preservation," *History@Work* in "Public Historians in our Climate Emergency" series. www.ncph.org (October 5, 2021).

"From the Desk of Leah Glaser: Hey Texas! Read my Electricity Book," UNP Guest Blog, University of Nebraska Press, March 1, 2021.

Michelle McClellan, Carolyn Barske Crawford, and Leah Glaser, "Repairing National Register Nominations: Educational Institutions and The National Register Process," *History@Work*, The NCPH Blog, www.ncph.org, July 28, 2020.

"Public History and Sustainability: An Overview and Invitation," *History@Work*, www.ncph.org,  (June 7, 2013).

"A Point Paper from the Public Historians and Sustainability Working Group," *History@Work*, www.ncph.org, (July 20, 2012).

w/ Will Ippen. "Public History and Sustainability," *Public History News* 32:4 (September 2012), 11.

"Public Historians Take on Climate Change," *History@Work* (April 29, 2012).

w/ Jannelle Warren-Findley, "Negotiating Histories: Perspectives on Public History," *Perspectives: A Newsletter of the American Historical Association* (May 1999).

**Reviews**

Book Review of Debra Reid and David Vail, *Interpreting the Environment at Museums and Historic Sites*. Lanham, MD: AASLH/Rowan and Littlefield, 2019 in *The Public Historian* 43:2, (May 2021), 167-169.

Book Review of Casey P. Cater, *Regenerating Dixie: Electric Energy and the Modern South*. (History of the Urban Environment.) Pittsburgh, Pa.: University of Pittsburgh Press, 2019 in *American Historical Review* 126:1 (March 2021), 352-353.

Book Review of Marisa Elena Duarte, *Network Sovereignty: Building the Internet Across Indian Country*. Seattle, WA: University of Washington Press, 2017 in *Pacific Historical Review* (2018), 43-44.

Exhibit Review of "Rising Tides: Fairfield's Coast: Past to Future," Fairfield Museum and History Center, Fairfield, CT in *The Public Historian* 39:2 (May 2017), 91.

Book Review of James Robert Allison, III, *Sovereignty for Survival: American Energy Development and Indian Self-Determination*. New Haven, CT: Yale University Press, 2015 in *Journal of American History* 103: 3 (December 2016), 841-842..

Book Review of David B. Danbom, ed. *Bridging the Distance: Common Issues of the Rural West*. Forward by David M. Kennedy. Salt Lake City, UT: University of Utah Press, 2015 in *Western Historical Quarterly* 21 (July 2016), 488-489.

Book Review of Don E. Albrecht, *Rethinking Rural: Global Community and Economic Development in the Small Town West*, Pullman: University of Washington Press, 2014 in *Environment, Space, Place* (Fall 2015).

Book Review of Greg Gordon, *When Money Grew on Trees: A.B. Hammond and the Age of the Timber Baron*. Norman: University of Oklahoma Press, 2014 in *Journal of American History* 101:4 (2015), 1287-1288.

Book Review of Diane Barthel-Bouchier, *Cultural Heritage and the Challenge of Sustainability*. Walnut Creek, CA: New Left Press, 2013 in *H-Environment, H-Net Reviews* (June 2014).

Book Review of Paul Hirt, *The Wired Northwest: The History of Electric Power, 1870s–1970s*. Lawrence, KS: University Press of Kansas, 2012 in *Western Historical Quarterly* 44 (Autumn 2013), 355-356.

Book Review of Mary S. Melcher, *Pregnancy, Motherhood, and Choice in Twentieth Century Arizona*. Tucson, AZ: University of Arizona Press, 2012 in *Journal of Arizona History* 54:3 (Autumn 2013), 349-530.

Book Review of Ronald M. James*, Virginia City: Secrets of a Western Past.* Historical Archaeology of the American West Series. Lincoln: University of Nebraska Press and the Society for Historical Archeology, 2012 in *Western Historical Quarterly* 43:4 (Winter 2012), 526-527.

Exhibit Review of "Making Connecticut," Connecticut Historical Society Museum in *Connecticut History* 51:1 (Spring 2012), 103-107.

Book Review of Brian Q. Cannon, *Reopening the Frontier: Homesteading in the Modern West*. Lawrence: University Press of Kansas, 2009 in *American Historical Review* 116: 2 (April 2011), 484.

Book Review of Marsha Weisiger, *Dreaming of Sheep in Navajo Country*. Seattle: University of Washington Press, 2010 in *Agricultural History* 85:2 (Spring 2011), 261-2.

Book Review of David Grayson Allen, *The Olmsted National Historic Site and the Growth of Historic Landscape Preservation*. Boston: Northeastern University Press, 2007 in *Connecticut History* 47:1 (Spring 2008), 174-176.

Exhibit Review of "Remembering Our History: The Chinese American Presence in Phoenix," Phoenix Museum of History in *The Public Historian* 24:3 (Summer 2002), 86-88.


# CONFERENCE Participation

*Chair,* "Telling a Revolving American Story: Museums and Firearms History,"                    October 14, 2022
        "Current Perspectives on the History of Guns and Society,"
        **Center for the Study of Guns and Society, Wesleyan University**, Middletown, CT

*Organizer and Participant,* "Environmental Stewardship and Storytelling through the Humanities,"      May 19, 2021
**Campuses for Environmental Stewardship 2021 Summit,** Maine Campus Compact (virtual).
http://mainecompact.org/ces-summit-2021/

*Participant,* **National Council on Public History,** "The Presence and Persistence of Stories,"      March 2021
Salt Lake City, UT (virtual)

*Participant,* Working Group: "Public Historians in our Climate Emergency"      March 2020
**National Council on Public History,** "Threads of Change," Atlanta, GA (virtual)

*Co-Chair, Local Arrangements Committee,*      April 2018- March 2019
*Member, Program Committee,*
**National Council on Public History,** "Repair Work," Hartford, CT

*Planner/ Coordinator,* Public Plenary, "Considering Coltsville: A Revolving Story," Center Church, Hartford
**National Council on Public History,** "Repair Work," Hartford, CT      March 2019
A conversation with community leaders and local gun safety advocates about the future of
Coltsville in Hartford, a city facing serious concerns about gun violence.  What role will the park play in
communities most affected?

*Participant,* Structured Conversation: "Trees, Preservations, and Public Historians:
Challenges and Opportunities"
**National Council on Public History,** "Repair Work," Hartford, CT      March 2019

*Participant,* Working Group: "Repairing National Register Nominations,"
**National Council on Public History,** "Repair Work," Hartford, CT      March 2019

*Co-Chair,* "History on the Fly: Gun Violence, Gun Safety, and Gun Rights,"      April 2018
**National Council on Public History,** "Power Lines," Las Vegas, NV

*Co-Chair,* Local Arrangements Committee, Planning and Presentation (Awards Breakfast Presentation)      April 2018
for Annual NCPH Conference 2019, "See You in Hartford"
**National Council on Public History,** "Power Lines," Las Vegas, NV

*Participant,* Structured Conversation: "Resources and Best Practices for Public History Education      April 2018
and Training and Environmental Sustainability"
**National Council on Public History,** "Power Lines," Las Vegas, NV

*Participant,* Working Group: "Public History Education and Sustainability,"      April 2017
**National Council on Public History,** "In the Middle," Indianapolis, IN

*Paper,* "Urban Tree Preservation in this Era of Climate Change,"      March 2016
**National Council on Public History,** "Challenging the Exclusive Past," Baltimore, MD

*Invited Panelist,* "Old Roots, New Routes," **Connecticut Trust for Historic Preservation**,      October 2015
Hartford, CT

*Panelist,* "Sustaining Historic Preservation as a Cultural Practice: A Structured Conversation"      April 2015
**National Council on Public History,** "On the Edge," Nashville, TN

*Co-facilitator,* "Memorials and Violence and the American West" Discussion,      May 2014
**Western Historians in the Northeast Region,** Yale University, New Haven, CT

*Invited Panelist,* "Sustaining Public History in a Changing Climate- A State of the Field Roundtable,"      April 2014
**New England Historical Association,** Springfield College, Springfield, MA

*Co-Chair,* Program Committee
**National Council on Public History,** "Sustainable Public History," Monterey, CA      March 2014

*Co-Moderator,* Public Plenary, A Conversation with Keynote Speaker Richard Heinberg, "The End of Growth,"
**National Council on Public History,** "Sustainable Public History," Monterey, CA      March 2014

*Chair,* "Public History and Environmental Sustainability Task Force White Paper: Feedback,"
**National Council on Public History,** "Sustainable Public History," Monterey, CA      March 2014

Glaser                                                                                                          8

*Discussant,* "Beyond Saving: Achieving Sustainability in Historic Preservation" Working Group            March 2014
    **National Council on Public History,** "Sustainable Public History," Monterey, CA

*Paper*, "Choo, Choo (Cough, Cough): Interpreting and Preserving Western Scenic Railroads           October 2013
    in the Era of Sustainability," **Western History Association**, "Vital Signs," Tucson, AZ

*Co-Chair*, Program Committee, Planning for Annual NCPH Conference 2014.                                   April 2013
    **National Council on Public History,** Ottawa, ON, Canada

*Paper,* "Western Ideas for Eastern Lands: The Influence of Western Environmental Policies            October 2012
    on Connecticut's State Parks and Forests, 1913-1943,"
    **Western History Association**, "Boundary Markers and Border Crossings," Denver, CO

*Paper,* "'Now, That's the Smell of History!' Addressing Environmental Sustainability            September 2012
    in Historic Preservation," **Preservation Education: Best Practices**, Providence, RI

*Organizer, Co-facilitator*, Working Group: "Public History and Sustainability,"                          April 2012
    **National Council on Public History/ Organization of American Historians**, Milwaukee, WI

*Organizer, Chair, Panelist*, "Public History and Sustainability" Roundtable,                             April 2011
    **American Society for Environmental History**, Phoenix, AZ

*Chair*, "Many Languages, Cultures, and Wests: Contestation of American Education                      October 2010
    in the Southwest and the United States." **Western History Association**, "Many Wests," Lake Tahoe, NV

*Organizer and Chair*, "Green Planning: Green Jobs for Liberal Arts Majors,"                              April 2010
    **Global Environmental Sustainability Symposium,** "A Green Economy for a Sustainable Future,"
    Central Connecticut State University, New Britain, CT

*Organizer, Chair, Panelist*, "History in the Balance: Reconciling the Management                       March 2010
    of Natural and Cultural Resources in the National Parks" Roundtable,
    **National Council on Public History/ American Society for Environmental History**, Portland, OR

*Organizer, Co-facilitator*, Working Group: "Recycling Buildings? Reframing Historic Preservation        March 2010
    in the Language of Sustainability and the Green Economy,"
    **National Council on Public History/ American Society for Environmental History**, Portland, OR

*Panelist,* "The Electric West" Roundtable                                                             October 2009
    **Western History Association**, "The Wired West," Denver, CO

*Co-Organizer*, "Memory and the American West" Discussion,                                                 May 2009
    **Western Historians in the New England Region**, Amherst, MA

*Discussant,* "So You're Teaching in a Public History Program," Working Group                             April 2009
    **National Council for Public History**, Providence, RI

*Organizer,* "Recycling Buildings: Historic Preservation and Embodied Energy"                             April 2009
    **Global Environmental Sustainability Symposium:** Renewable Energy and Carbon Neutrality**,**
    Central Connecticut State University, New Britain, CT

*Chair*, "Learning the Hard Way: A Century of National Park Planning,"                                 January 2009
    **American Historical Association**, New York, NY

*Organizer and Chair*, Roundtable: "Historic Preservation IS Smart Growth,"                           November 2008
    **Statewide Smart Growth Conference**, New Haven, CT

*Paper,* "Power to the Indians: The Production and Use of Electricity                       September 2007/ April 2008
    on Arizona's Reservations," **Indians and Energy: Exploitation and Opportunity**
    **in the American Southwest Symposium and Conference** at the School of American Research, Santa Fe,
    New Mexico (September 2007) and at Clements Center for Southwestern Studies, Southern Methodist
    University, Dallas, TX (April 2008), respectively.

*Panelist,* "Environmental History and Changes at Hopewell,"                                            August 2003
    **Hopewell Furnace National Historic Site Natural Resources Roundtable,** Birdsboro, PA
    Sponsored by the National Park Service

*Panelist,* "The Founding Legislation and Intent of Hopewell Furnace National Historic Site,"            June 2003
    **Hopewell Furnace National Historic Site Natural Resources Roundtable,** Birdsboro, PA
    Sponsored by the National Park Service

Glaser                                                                                                    9

*Paper,* "Power Through Diversity: Rural Electrification to Arizona's White Mountains,"                   April 2001
    **Arizona History Convention**, Pinetop/Lakeside, AZ

*Paper,* "Native American Power: The Navajo Tribal Utility Authority,"                                    October 1999
    **Western History Association**, Portland, OR

*Paper,* "Surviving Across the Border: Yaqui Immigration to the United States, 1880-1940,"               June 1998
    **National Association for Chicano and Chicana Studies,** Mexico City, Mexico

*Paper,* "Guadalupe's Current Problems and Past Issues,"                                                  May 1997
    **National Council for Public History,** Albany, NY

*Paper,* "Working for Community: The Yaqui Indians at the Salt River Project,"                            April 1996
    **Arizona History Convention**, Sierra Vista, AZ

## HONORS and AWARDS

***Excellence in Teaching Honor Roll***, Central Connecticut State University,
2008-9, 2016-17, 2017-18, 2018-19, 2019-20, 2020-21, 2021-22.

State of Connecticut Board of Regents for Higher Education,
***Connecticut State University <u>System-Wide</u> Norton Mezvinsky Research Award***, 2012.

State of Connecticut Board of Regents for Higher Education,
***Central Connecticut State University-Level Norton Mezvinsky Research Award***, 2012.

***Best Graduate Student Paper***, "Working for Community: The Yaqui Indians at the Salt River Project,"
    Arizona Historical Convention, 1996.

## GRANTS

Consultant, Institute of Museums and Library Services w/ Connecticut Historical Society, Hartford, CT, "Community
    Historian Project," 2021. < $200K

Participant/ Consultant, National Park Service Battlefield Preservation Interpretation Grant, "Forgotten Voices of the
    Revolutionary War," w/ CRIS Radio, Windsor, CT. October 2021-May 2023.

Sabbatical Leave, "Love and War: Climate and Trees," Spring 2020.

*Campuses for Environmental Stewardship Grant*, (awarded with Dr. Charles Button, *et. al.*). 2019. $7000

*National Endowment for the Humanities/ American Library Association Grant*, Host on-campus screenings of PBS'
    *Latino Americans* (awarded with Heather Rodriguez (Sociology) for Latino Studies). Recruited and booked
    up guest speakers. Involved students through class projects (see load credit), 2015-16. $10,000

Sabbatical Leave, "Public History and Sustainability," Spring 2013.

*Faculty Development Grant,* "The National Council on Public History 2014 Conference: Making CCSU a Leader in
    Public History Education, 2013-14 (awarded with Professor Heather Prescott). $1350

*Faculty Development Grant*, "Public History and Sustainability," 2010-2011. $900

*CCSU Community Engagement Grant*, "Local History and Community Development: Homelessness and Affordable
    Housing in New Britain," 2011-2012. $1000

*CCSU Community Engagement Grant*, "Sustainability Education Programs for the CCSU Community and Beyond,"
    2010-2011. $1000

*Dean's Research Initiative Grant,* College of Arts and Sciences, Central Connecticut State University, 2008. $900.

*Associated Students of Arizona State University (ASASU) Graduate Research Grant,* 2000.

*Charles Redd Center for Western Studies Upper Division and Graduate Student Summer Research Award,* 2000.

*Max Millett Family Fund Summer Research Award,* 2000.

## OTHER PROFESSIONAL WORK EXPERIENCE

**Connecticut Department of Energy and Environmental Protection**                          October 2021-*present*
*Historical Consultant*
Drafted text for an interpretative panel with Dr. Stephen Amerman and Ms. Rachel Sayet, MA (Mohegan) on Native
use and connections for Sleeping Giant State Park, in Hamden.

Glaser                                                                                                          10

**Arcadis, Inc.**                                                                              August 2019-March 2021
*Historical Consultant*
National Register nomination for Goffe Street Armory and text for an interpretative panel for 71 Shelton Street, both in the City of New Haven.

**Department of Public Works**, New Britain, CT                                    January 2014-*present*
*Writer, Contributor, and Content Development* for Downtown Way-finding and Historic Signage project

**New Britain Historic District Commission,** New Britain, CT          January 2014-December 2015
*Historical Consultant*
Worked with Commission and State Historic Preservation Office to revise a draft, develop, further research, document, write, and submit the New Britain Downtown Historic District for listing on the National Register of Historic Places.

**Morgan, Angel, and Associates,** Washington, DC                    2004-2012 (*intermittent*)
*Historical Consultant*

**Wild and Scenic River, Lower Farmington River and**                                        Fall 2009
**Salmon Brook Study Committee**, **National Park Service,** Simsbury, CT
*Lead Consultant* of Cultural Landscape Study. Senior researcher for reviewing and documenting the cultural landscape of the lower Farmington River and Salmon Brook for proposal to Congress to designate the river as a National Wild and Scenic River.  Worked with Public History MA students (one former and one current as my co-consultants).

**New Haven Preservation Trust**, New Haven, CT                        October 2004-September 2007
*Historical Consultant, Secretary/ Recorder for New Haven Historic District Commission, and Volunteer*

**Greater New Haven Holocaust Memory, Inc.**  New Haven, CT              October 2005- May 2007
*Curriculum Committee*
Consulted on the development of grade school curriculum to examine the role and function of memorials and memory.

**Virginia Center for Digital History,** University of Virginia, Charlottesville, VA          April-August 2004
*Contract Historian*
Identified online primary documents for and wrote bibliographic summaries on several topics in American History corresponding to Virginia Standards of Learning. Teachers in Virginia use these essays to help guide development of eleventh grade curriculum.

**National Park Service/ Organization of American Historians**, Philadelphia, PA          July 2002-June 2004
*Contract Historian*
Researched and wrote administrative history of Hopewell Furnace National Historic Site in Pennsylvania to inform park's general management plan regarding the management and preservation of the park's resources.

**Carollo Engineers**, Walnut Creek, CA                              March 2002-December 2003
*Contract Historian*
Researched, documented, and wrote published corporate history of a sanitary engineering company. Also authored script for company training video.

**City of Tucson,** Tucson, AZ
*Litigation Consultant*                                                December 1999-July 2000
Provided historical research support for law firm representing Tucson in unresolved court case regarding telephone utilities and property issues. Provided information for opposing council in formal deposition.

**National Park Service**, Anchorage, AK
*Cultural Landscape Historian*, GS-170-7/9                              June 1-August 11, 1999
Compiled data, explored sites, assessed historical and cultural significance, and developed inventories, maps, and histories for cultural landscapes (CLIs) in accordance with federal preservation regulations for Alaska parks.

**United States Bureau of Reclamation**, Lands, Recreation, and Cultural Resources Office, Lakewood, CO
*Historian*, GS-170-5/7                                              May 28-September 30, 1998
Co-authored 100+ page draft describing the development of Reclamation's hydroelectric power program (see publications).  Conducted primary research and drafted historical studies of historic Reclamation projects.

**Salt River Project Archives**, Phoenix, AZ
*Research Historian*                                                  June 1995-November 1996
Conducted historical research and analysis for water and power corporation.

Glaser                                                                                                          11

**EPS (Electronic Publishing Services)**, Boston, MA                    December 1993-June 1994
*Graphic Designer*

**City Marketing, Inc.**, Boston, MA                                    February 1993-November 1994
*Graphic Designer*

***The Improper Bostonian***, Brookline, MA                             March 1993-June 1994
*Advertisement Designer*

## CONFERENCES/WORKSHOPS/ PROFESSIONAL DEVELOPMENT, TRAINING and SKILLS

"Connecticut's Sites of Conscience," **CT Humanities/State Historic Preservation Office**           August 8, 2022
Mashantucket Pequot Museum, Mashantucket/Ledyard, CT

"The Presence and Persistence of Stories," **National Council on Public History,**                 March 2021
Salt Lake City, UT (virtual)

Certified Interpretative Guide Training, **National Association for Interpretation**,               January 6-9, 2021
Fort Collin, CO (virtual).

**Past Forward Online,** a conference of the **National Trust for Historic Preservation** (virtual) October 27-30, 2020

"Migrations, Meeting Grounds, and Memory," **Western History Association** (virtual)               October 12-17, 2020

"Dismantle Preservation Unconference." (virtual)                                                   July 28, 2020

"Coltsville in Context: Presentation and Public Discussion Scholars"                               March 26, 2019
Roundtable for Coltsville National Historic Park, Church of the Good Shepherd, Hartford, CT

"Preservation in a Changing Environment," **Connecticut State Historic**                            May 18, 2017
**Preservation Office**, Storrs, CT

"Olmsted Parks in Transition," **Connecticut Chapter of the American Society**                      April 28, 2017
**of Landscape Architects**, Hartford, CT

The Future of the Past in Connecticut: The National Historic Preservation Act at 50,"             October 29, 2016
**New Haven Preservation Trust/ CT Trust for Historic Preservation/ State Historic Preservation Office**,
New Haven, CT

"Preserving Diverse Communities: Making Historic Tax Credits Work,"                                October 7, 2016
**Connecticut Preservation Action** Symposium, Mashantucket, CT

"Keeping History Above Water: A Conference on Sea-level Rise and Historic Preservation,"
**Newport Restoration Foundation**, et. al., Newport, RI                                            April 11, 2016

"Connecticut Preservation Now! Challenges and Opportunities in Funding"                            November 2015
**Connecticut Preservation Action** Symposium, Bridgeport, CT

**Connecticut Main Street Center**, 2015 Awards Gala, New Britain, CT                              June 8, 2015

"Precision Valley Symposium," **Springfield Armory National Historic Site**                        May 2015
and **Springfield Technical Community College**, Springfield, MA

"Where There's a Mill, There's a Way! Effective Strategies for Restoring,                          May 2015
Repurposing, and Redeveloping Connecticut's Historic Mills and Factories."
**Torrington Historic Preservation Trust**, Warner Theater, Torrington, CT

Advocacy Day for History, Preservation, and the Humanities.                                        April 2015
**Connecticut League of History Organizations**

"New Money for Old Places: Revenue Sources for Gap Funding: A Seminar for Developers,             January 2012
Contractors, Architects, and Historic Preservationists," **Connecticut Preservation Action** Symposium,
Bloomfield, CT

"New Money for Old Places: Historic Preservation Incentives for the Economy,"                      September 2010
**Connecticut Preservation Action** Symposium, Hartford, CT

Short Course on *Historic Preservation: Sustainability,*
*"Green Building: Tools and Strategies for Sustainable Reuse"*                                      June 2008
**Cornell University Historic Preservation Planning Program**, Cornell AAP Center, New York, NY

Glaser                                                                                                    12

*New Faculty Meetings with Provost: College Teaching*                                     Fall 2006
**Central Connecticut State University**, New Britain, CT

*Summer Technology Institute*
**Chandler Gilbert Community College,** Chandler, AZ                     June 2000, May 2001
Training in technology for teaching and curriculum development.

*Teaching Tools Workshop*                                                                  Fall 1999
**Arizona State University**, Tempe, AZ

*Automating Processing Practices and Finding Aids*                              February 1996
**Society of American Archivists**

*Identification and Management of Traditional Cultural Places*                   Spring 1997
**National Preservation Institute**

*Oral History Workshop*                                                                    Fall 1996
**Southwest Oral History Association**

## PROFESSIONAL ACTIVITY

### Professional Affiliations, past and present
National Council on Public History; Western History Association, Western Historians in the Northeast Region;
American Society of Environmental History, American Association of State and Local History

### Service to Professional Organizations

*Panelist/Reviewer*, "Public Humanities Projects; Exhibitions and Historic Sites" grants          October 28, 2021
**National Endowment for the Humanities**.

*Presenter*, "Talking About Preservation: Future Preservationists," **Preservation Connecticut**     September 23, 2020
Invited to speak for lunchtime series on historic preservation in Connecticut.

*Panelist Reviewer*, "Public Humanities Projects: Humanities Discussions grants,"               November 15, 2019
**National Endowment for the Humanities**
"A More Perfect Union: NEW Special Initiative Advancing Civic Education and Celebrating the Nation's 250th Anniversary."

*Chair*, **Local Arrangements Committee**, "Repair Work"                            March 2017-March 2019
**National Council on Public History,** Hartford, CT
Directing 15-person committee on arranging field trips, off-site sessions, and working with program committee on
2019 National Council of Public History Conference in Hartford.

*Member*, **Sustainability Standing Committee**, **National Council on Public History**              2017-*present*
Established as a result of recommendation from a white paper, we will advise the NCPH Board on matters of
environmental sustainability around conferences and the development of the profession.

*Chair*, **Sustainability Standing Committee**, **National Council on Public History**                2015-2017
Established as a result of recommendation from a white paper, we will advise the NCPH Board on matters of
environmental sustainability around conferences and the development of the profession.

*Chair*, **Sustainability Task Force**, **National Council on Public History**                         2013-2015
Proposed and led the production of a white paper to NCPH Board with suggestions to the organization for addressing
the obligations of the organization toward environmental issues.

*Co-Chair*, **Program Committee**, "Sustainable Public History,"                                  March 2014
**National Council on Public History Annual Conference**, Monterey, CA
Conceived, organized, and set the program for the conference, which at the time became had the highest number of
participants of any previous NCPH conference.

*Local Arrangements Committee,*                                                               April 2009
**National Council for Public History Annual Conference**, Providence, RI

**Peer Review**
*Peer reviewer*, **Journal of Transport History**                                            November 2020
"Environmental Control: Charting a Course for the Navajo Nation through Road Planning, 1945-1978."

*Editorial Board*, **Journal of Arizona History**                                             2014- 2019

Glaser                                                                                                      13

*Peer reviewer, **Technology and Culture Journal***                              April 2016 & February 2018
(Society of the History of Technology, Johns Hopkins University Press)
"""Not Quite So Freely as Air": The Political Economy of Rural Electrification in the United States and Canada."

*Peer reviewer, **University of Massachusetts Press***                                              August 2015
Max Page and Marla Miller, *Bending the Future: 50 Ideas for the Next 50 Years of Historic Preservation*

*Peer reviewer, **International Social Science Review**,*                                            Summer 2012
"Stimulating Profits, Providing Jobs, and Relieving Drudgery:
Businessmen, Politicians, and Progressives Tackling Rural Electrification."

*Peer reviewer, **Sustainability*** (online peer-reviewed journal),                                 Summer 2011
Ryan Shelby, Yael Perez, Alice Agogino, "Partnering with the Pinoleville Pomo Nation: Co-Design Methodology:
Case Study for Creating Sustainable, Culturally Inspired Renewable Energy Systems and Infrastructure," Article
submitted to special issue: Changing the Energy System to Renewable Energy Self-Sufficiency (RESS) - Selected
Papers from the RESS Conference, 15-16 September 2011, Freiburg, Germany

*Peer reviewer, **The Public Historian***, "Roundtable on Ken Burns' National Park Series:                 Fall 2010
'America's Best Idea.'"

*Peer reviewer, **Western Historical Quarterly**,*                                                  Spring 2009
"Tranquil and Troubled Waters: The Responses of Drowned Towns to Cold War Consensus" (Manuscript)

## Invited Presentations

*Panelist,* "Your First Book: Producing It, Publicizing It, Teaching It,"                         October 2012
sponsored by the Library of Congress and the Committee on Teaching and Publication,
**Western History Association** Conference, "Boundary Markers and Border Crossings," Denver, CO

*Panelist*, "Scholarship Direct to the Classroom Luncheon:                                     October 14, 2010
Authors share their work with K-12 teachers of Western History." Sponsored by the
Committee on Teaching and Publication, **Western History Association** Conference, Lake Tahoe, NV

*Participant*, Roundtable Luncheon                                                             January 5, 2009
Invitation-only *roundtable discussion* about water issues with seven other "water" historians by Charles Vörösmarty
Professor, Civil Engineering and Director, CUNY Environmental Cross-Roads Initiative regarding a **National Science
Foundation** grant for a project entitled, **"Hydrology and the 500-Year Challenge:** Pilot Synthesis Studies on an
Evolving Human-Water System in Northeast United States."

"Examples of Historical Thinking," National History Education Clearinghouse.                    January 5, 2009
**George Mason University Center for History and New Media** and
**Stanford University School of Education**, Fairfax, VA
Recorded 20-minute segment for a central interactive website where K-12 American History teachers can find,
resources, research, advice and support to enhance their teaching, including history content, lesson plans,
and video for classroom teaching in action.
https://teachinghistory.org/best-practices/examples-of-historical-thinking/23420

## SERVICE to the Community

*Council Member,* **Connecticut Historic Preservation Council**, Hartford, CT                   June 2016- *present*
        State appointment by the Governor.

Invited Speaker, "The Goffe Street Armory: Putting History in Historic Preservation,"          February 21, 2021
        John Herzan Lecture Series, **New Haven Preservation Trust**

Invited Speaker, "Talking About Preservation: Future Preservationists,"                       September 18, 2020
        **Preservation Connecticut**

Invited Speaker, "Colleague Circle: Digital Internships," **CT League of History Organizations**   June 19, 2020

Member, **Spring Forward** (*A Task Force for Housing Equity)* in Hamden, CT                   September 3, 2020- *present*

Member, **Desegregate Connecticut**                                                            July 2020-*present*

Guest, "Through Local History: A Stronger Sense of Place,"                                     February 13, 2018
*Where We Live* w/ Lucy Nalpathanchil, **WNPR**, Hartford, CT

Glaser                                                                                                                        14

"Iwo Jima Biography Project at CCSU,"                                                          November 7, 2015; May 27, 2017
Interview on **WTIC News- Talk 1080** with Steve Parker, CBS Connecticut.

"Tour of Walnut Hill Park," New Britain, CT for "Olmsted Parks in Transition,"                               April 29, 2017
**Connecticut Chapter of the American Society of Landscape Architects**

*Panelist,* "Salon at Stowe," **Harriet Beecher Stowe Center**, Hartford, CT                                    April 2017

Invited Speaker, "Sam Colt Mines the West," *Grating the Nutmeg*/ *Connecticut Explored*            February 28, 2017

*Board Member*, **Whitneyville Cultural Commons**, Hamden, CT                                     January 2016-*present*
          Helped oversee the creation of this non-profit, non-denominational community center located in a historic
          church and parish that serves to develop, preserve, and maintain the aesthetic, spiritual, and social center
          of the neighborhood, while envisioning a future where every community has valuable resources
          preserved for perpetual public use, with just and equitable access to enhance the quality of life for all.

*President,* **Connecticut Preservation Action,** Hamden, CT                                       June 2015- *July 2018*
          "Taking Away Conservation Funds Hurts the State," *Hartford Courant*                              July 20, 2017

          "Testimony Regarding SB90: An Act Regarding Responsible Development,"                         February 19, 2016
          **Committee of Planning and Redevelopment**, Connecticut Legislature, Hartford, CT

          Host, "Preserving Diverse Communities: Making Historic Tax Credits Work,"                        October 7, 2016
          **Connecticut Preservation Action** Symposium, Mashantucket, CT

          "Connecticut Preservation Now! Challenges and Opportunities in Funding"                          November 2015
          **Connecticut Preservation Action** Symposium, Bridgeport, CT

*Board Member*, **Connecticut Preservation Action,** Hartford, CT        February 2010- June 2015, July 2018-*present*
          Work with Connecticut state legislature to preserve funding for historic
          preservation in Connecticut. Set monthly meeting agendas, testify to legislature. Plan symposia.

          "Testimony Regarding Elimination of the Community Investment Act,"                                March 9, 2015
          **Finance, Revenue and Bonding Committee**, Connecticut Legislature, Hartford, CT

*Board of Directors,* **Jewish Historical Society of New Haven,** New Haven, CT                           2016-*present*
          Archives Committee

*Board of Trustees*, **Jewish Historical Society of New Haven,** New Haven, CT                                2014-2016

*Invited Panelist,* "Surviving Academic Motherhood,"                                                      April 15, 2016
          **Southern Connecticut State University**, New Haven, CT

"Testimony Regarding HB 5150: An Act Concerning Tree Wardens'                                       February 19, 2016
          Notices on Trees and Shrubs Prior to Removal, Tree Removal along State Highways
          and Clean-up by Public Utility Corporations following Certain Tree Removal,"
          **Environment Committee**, Connecticut Legislature, Hartford, CT

*Invited Participant,* "Imagining the Future of Parks," *Next Parks*, Coltsville Workshops,            December 7, 2015
          **National Park Service** and **Van Allen Institute**, Hartford, CT                         November 16, 2015
          The two workshops brought together key stakeholders- NPS staff, historians, local residents, designers,
          government officials, social programs- to brainstorm and develop ideas for innovative visitor experiences,
          partnerships, and stories to guide future planning and programming of the new Coltsville National Historic
          Park. Invited to give part of tour on "Coltsville National Historic Park and Sustainability."

*Grant Advisory Committee*, "Come Home to Downtown,"                                         February 2014-Summer 2015
          **Connecticut Main Street Program**, New Britain, CT

*Advisor/ Consultant*, Way-Finding and Historic Signage Project                                     January 2014-*present*
          **Department of Public Works**, City of New Britain, CT

*Invited Speaker,* "The Downtown New Britain National Register Historic District: A Proposal"              October 2014
          *Trinity-on-Main*, **New Britain Historic Preservation Commission**, New Britain, CT

*Invited Keynote Speaker,* "The History and Architecture of the Knickerbocker Golf Clubhouse,"           September 2014
          *Knickerbocker Golf Club 70th Anniversary Gala*, **Knickerbocker Golf Club**, New Haven, CT

Glaser                                                                                                                 15

*Workshop Leader,* "Western Expansion," **American Voices**, **Teaching American History**,          January 2011
    Central Connecticut State University, New Britain, CT

*Panelist,* "Making Use of Old Buildings,"                                                      September 16, 2010
    *Where We Live* with John Dankowsky, **WNPR**, Hartford, CT

*Lecture,* "The Role of Art in Western History,"                                                 November 2, 2009
    **New Britain Museum of American Art**, New Britain, CT

*Lecture and Workshop,*
    "Energy and the Development of Natural Resources in the West"                                    July 24, 2009
    "Technology and the West"                                                                        April 30, 2009
    **Teaching American History** Grant, Capitol Region Education Council (CERC), Hartford, CT

"Researching Your Historic House," **Fair Haven Homeowner's Association**,                            April 5, 2008
    Fair Haven Public Library, New Haven, CT

 "Water Rights in the City of Tempe: Past and Present."                                              April 2002
    **Moving Waters: The Colorado River and the West,** Lecture Series, Tempe Public Library, Tempe, AZ

## SERVICE to Central Connecticut State University
CCSU Foundation Grant Advisory Committee                                                     Fall 2022-Spring 2024
Asian-American/ Pacific Islander Studies Advisory Board                                            Fall 2021-*present*
Graduate Studies Committee                                                                  Fall 2012, Fall 2016-2021
CCSU Global Environmental Sustainability Action Committee (GESAC) Board                            2008-*present*
    Co-Organizer, **Annual GESAC Sustainability Symposium**                                          April 14, 2016
    "Building Sustainability: Historic Preservation, Reuse, and Green Building."
Latino and Puerto Rican Studies (LPR) Advisory Board                                              2009-*present*
    Co-recipient of $10,000 grant from the National Endowment for the Humanities and the American Library
    Association for 2015-16. Co-organized six film screenings including reception and discussion; Recruited and
    organized lecture by National Humanities Award Winner **Dr. Vicki L. Ruiz** and OAH Distinguished Scholar
    **Dr. Lorrin Thomas**.
Search Committee for Diversity Associate, Office Equity and Inclusion                        Fall 2019, Spring 2019
President's Task Force on Events (*appointed* by Dr. Zulma Toro, President)                   May 2018-January 2019
Committee for the Concerns of Women                                                          2007- Spring 2021
    Co-chair, Work-Life Balance Sub-Committee
Community is Central Planning Committee, Chair                                               May 2017-Fall 2018
    Fall 2018 Lecture Series with **Dr. Nicholas Long** and **Dr. Timothy Eatman**
Promotion and Tenure Committee                                                                       2014-2016
Retention and Graduation Council                                                                     2008-2014
    Chair, Attendance Sub-Committee                                                                   Fall 2012
Child Care Task Force, Faculty Senate, Co-chair                                                      2009-2013
University-Museum-Community Collaborative Steering Committee                                         2007-2012
*Invited Panelist*, Sabbatical Leave Workshop, Academic Affairs                                      May 4, 2012
Tourism-Hospitality Studies Advisory Committee                                                       2006-2010

## SERVICE to History Department, Central Connecticut State University
Department Evaluation Committee (DEC)            2012- 2015, 2015-2016 (served as Chair), 2020-22
Graduate Committee                                    Spring 2009- Fall 2012, Spring 2014-*present*
    Admissions, planning (including orientation events, grants, marketing, recruitment)
*Chair,* Public History Advisory Committee                                                          2006-*present*
Academic Advising (undergraduate and graduate)                                                      2006-*present*
Search Committee for Assistant Professor in Latinx/o/a History                                       Spring 2019

Glaser                                                                                                        16

*Chair*, Search Committee for Assistant Professor in Public History                    Fall 2014-Spring 2015
    and African-American History
      Included attendance at **American Historical Association**, New York, NY (January 2 & 4, 2015)

Planning and Personnel Committee                                                        2011-2012; 2014-2015

Nominating Committee                                                                            2009-2012

Screening Committee, Social Studies Program                                                     2007-2010

Co-Coordinator, *Phi Alpha Theta*                                                               2008-2010

Recording Secretary                                                                        2006-2007, 2018-19