## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

DAVID J. NASTRI, ESQ.     :   No. 3:23-cv-00056 (JBA)
 *Plaintiff*,         :
             :
    v.        :
             :
KATIE DYKES, *in her official capacity*, :
 *Defendant*.        :

## DECLARATION OF PROFESSOR TERENCE YOUNG

I, Terence Young, declare as follows:

### Background

1. I am a citizen of the United States and resident of California.

2. I am over 21 years of age.

3. Since fall 2020, I am Emeritus Professor of Geography in the Department of Geography & Anthropology, California Polytechnic State University, Pomona.

4. I was an Assistant, Associate, and full Professor of Geography, Department of Geography & Anthropology, California Polytechnic State University, Pomona between fall 2002 and spring 2020. During the same period, I was also an adjunct in the university's Regenerative Studies program. Before fall 2002, I held academic positions as a geographer at California State University, Long Beach, University of Southern California, UCLA, Clemson University, George Washington University, and Mary Washington University. In 1996-1997, I was Acting Director of Studies in Landscape Architecture, Dumbarton Oaks Library and Research Center, Harvard University, Washington, DC.

1

5.      I earned a Bachelor of Arts in Anthropology at UC Berkeley (1973), a Master of Arts in Geography at UCLA (1987), and a Ph.D. in Geography at UCLA (1991).[1]

6.      As a scholar, I have studied the history an historical geography of the American park movement, including from its earliest years, the meanings, purposes, developments, designs, and usages of various types of protected areas since I began work on my doctoral degree in fall 1987.  In my professional capacity, I authored award-winning scholarly books, book chapters, and journal articles concerning American protected areas and the American park movement.  These publications have been cited by authors in multiple disciplines, including history, geography, anthropology, natural resources management, and more.

7.      I am aware of this lawsuit, have reviewed the Amended Complaint ("Complaint") filed by David Nastri ("Plaintiff") in this matter, and am familiar with the claims and allegations of the Complaint.

8.      I am being compensated for services performed in the above-entitled case at an hourly rate of $200 for reviewing materials and preparing reports; and $400 per hour for depositions and court appearances.  My compensation is not contingent on the results of my analysis or the substance of any testimony.

9.      The testimony in this Declaration is based upon a combination of my professional training, research, and work experiences in my various academic roles; from personally reviewing relevant documents, rules, regulations, and historical sources of information regarding the public parks and forests.  Any information I obtained from those outside sources is consistent

---

[1] For a copy of my full CV, please see Attachment 1 to this Declaration.

with my own understanding.[2]

**Overview of Opinions**

10.     When the American park movement launched in the 1850s, it drew on the idea

that American urban society was flawed and that urban parks could repair and reform it.

Specifically, urban parks would foster a healthier, wealthier, more democratic, and less criminal

urban society.  Backed by a Romantic ideology, this social transformation occurred because

parks contained natural scenery, which when quietly and passively contemplated, was thought to

improve someone's mind and body, and thus society.  Any features or actions in a park that

interfered with natural scenery contemplation were excluded from a park.  In keeping with a

park's purpose and its function as a society-improving device, firearms were specifically

prohibited.

11.     Near the end of the nineteenth century, a rationalistic ideology joined the earlier

Romantic one.  The new ideology emphasized such active recreation in parks as baseball and

bicycling because these were also thought to lead to a healthier, wealthier, more democratic and

less criminal society.  However, the new ideology did not eliminate the passive contemplation of

natural scenery.  Instead, urban parks were re-designed to provide separate spaces for active play

and for quiet contemplation.  These two uses of public urban parks continue to this day, each

with its own spaces.

12.     In the late nineteenth and early twentieth centuries, America's natural national

parks were also created to protect landscape of natural scenery.  Like their urban counterparts,

they ere romantic places for quiet and passive contemplation in order to improve urban society.

---

[2] For the list of the specific sources relied upon for preparing this Declaration, see Attachment 2.

3

Later, national parks also became places for active recreation, but it was never as important as in the urban parks. Today's national parks remain places for the contemplation of natural scenery and for active play.

13.     At roughly the same time that national parks were being created, state parks appeared. Like urban and national parks, they were protected to be places for contemplating natural scenery and for active play. They remain so to this day.

### Growth of the 19th Century Parks Movement

#### Urban Parks

14.     The development of the American park system and the park movement evolved over decades and centuries in response to new societal concerns and circumstances as they came into existence.

15.     During the early American Republic, dedicated greenspaces in urban areas were limited and where they existed they did not exceed three square miles. The early American greenspaces usually took the form of public squares in places like Philadelphia and Savannah or commons agricultural spaces like the Boston Common.

16.     As cities developed into primary engines of commerce in the American economy their populations necessarily grew. For example, from 1830 to 1860, the population of New Haven grew from 10,000 to 39,000, Boston from 61,000 to 178,000, Philadelphia from 80,000 to 566,000, and New York from 203,000 to 814,000.

17.     The push for larger greenspaces in cities began in earnest in the pre-Civil War years as increasing numbers of Americans chose to live in cities. Early proponents of expanded urban greenspace drew upon the example of the recently popular "rural" cemeteries. America's

4

earliest cemeteries were undesigned graveyards and churchyards. The first designed cemetery was New Haven's New Burying Ground of 1796, but it, unlike its successors, was gridded and rectilinear. In 1831, the Massachusetts Horticultural Society created the first of and prototype for the many subsequent "rural" cemeteries – Boston's Mount Auburn. These cemeteries, which were romantic in design, incorporated extensive tracts of suburban land with lawns, hills, woods, water features, and scenic vistas. By the mid-nineteenth century, these cemeteries were popular tourist attractions drawing thousands each year (Linden-Ward, 1989).

18.     Rural cemeteries, however, inadequately addressed the societal concerns of the pre-Civil war era arising from increased urbanization because they were privately owned, did not permit full public access, and being suburban were inaccessible to many city dwellers due to their distance. Moreover, they were inaccessible to most working people. In the 1840s and 1850s, urban greenspace proponents applied the lessons of cemeteries when arguing for large publicly owned parks.

19.     New York's Central Park was the first major attempt to achieve this goal and was based on an 1858 design by Frederick Law Olmsted and Calvert Vaux. Before the Nineteenth Century ended, America's best-known urban parks had appeared, including Boston's Franklin Park, Brooklyn's Prospect Park, Philadelphia's Fairmount Park, Chicago's Washington and Jackson Parks, San Francisco's Golden Gate Park, Los Angeles's Griffith Park, and San Diego's Balboa Park. The initiation and development of each park was unique, but they occurred where supported by a significant portion of the population, were all relatively large in area, generally over 500 acres, and shared a common purpose – the improvement of American society (Schuyler, 1986; Young, 2004).

5

20.     The creation of large urban parks began at this time and in these locations for cultural reasons that go back to the early Republic. A national mistrust of and suspicion about urban life. Thomas Jefferson, for example, had argued in 1787's *Notes on the State of Virginia* that the ideal society would flourish where the economy was agricultural and the settlements small and dispersed. Invoking a geographic contrast, Jefferson promulgated a valorized rural-urban imaginary that regarded the former as healthy and positive while casting the latter as damaging and negative. Farmers, he insisted, were the backbone of America. "Those who labor in the earth are the chosen people of God, if ever he had a chosen people, whose breasts he has made his peculiar deposite (sic) for substantial and genuine virtue." Manufacturing and cities, in contrast, were sources of vice. Drawing a particularly repulsive word picture, Jefferson suggested that "The mobs of great cities add just so much to the support of pure government, as sores do to the strength of the human body." The roots of the republican nation, urged Jefferson, lay in the rejection of urban life (Jefferson, 1829, 171-173; Young, 2022).

21.     Until the middle of the Nineteenth Century, the vast majority of Americans lived in rural settings, but in the immediate pre-Civil War years, industrialization increased rapidly, surface transportation encouraged urban spreading, and cities grew in area and population numbers. This concentration of people accentuated social problems, making them more obvious to more people. Cities became increasingly perceived as socially degraded places in contrast to virtuous rural America. In line with this perception, cities were condemned as unhealthy, impoverished, undemocratic, and crime ridden. A range of solutions were proposed to remedy these urban vices (Boyer, 1978), including municipal parks. In a large park, urban residents could "retreat" from the city to be back in touch with nature, which would lead to social reform

6

and improvement. Parks, proponents and supporters argued, would produce a virtuous society characterized by health, wealth, equality, and little crime (Young, 2004).

22.     Park proponents believed that society's characteristics were strongly shaped by its physical environments. Urban environments of noise, traffic, pollution, crowding and ugly buildings lead to a vicious society while an urban park's "natural" environment, in contrast, would lead to a virtuous one. Urban vice did not occur because society was evil by nature but because its members were out of touch with nature, a source of goodness. Public urban parks were devices for social reform. They succeeded best where urban environments and urban ways of life were excluded from the greenspace (Young, 2004). For example, according to an 1867 Newark, New Jersey park report, a park was designed to produce "a certain [positive] effect upon the mind and the character of those who approach it" (Schuyler and Turner Censer, 1992, 211). Forty years later, Charles Mulford Robinson, made a similar link between society and its surroundings. A leader in the "City Beautiful" movement that sought visible expressions to Progressive Era reforms aimed at revitalizing public life and instilling civic awareness, Robinson argued for the creation of public flower beds, new parks, and street trees because "Social problems are to a large degree problems of the environment." Create parks where adults and children can find "brightness, entertainment, and fellowship without throwing them into temptation… and many of sociology's hardest problems will be solved" (Robinson, 1909, 245).

23.     The foundation for the ideology of the early urban park proponents and supporters lies in Romanticism and the Romantic Movement. While the philosophy and movement had diverse expressions, it can be broadly recognized by a rejection of rationalism, a regard for history and a focus on perception and beauty, particularly that of nature. Moreover, the

7

movement embraced the belief that a group of people's character or nationality grew organically and emerged over a long period of time. In addition, Romanticism contributed to the growth of democracies, to a belief in progress and to the more open societies that are common features of modern life (Barzun 1961). Romantic park supporters, like many contemporary artists and scientists (Novak 1995), saw nature as an interrelated world of mind, body, and being, an organic whole that included God, people, and the physical world. Social problems resulted from the physical disjunction that developed between nature and people in any city large enough to be dominated by streets and buildings. Ignoring the benefits of urban life, they viewed the city as a dangerous environmental aberration that could lead to the dissolution of society. Parks were the necessary corrective because they brought nature, which was God's handiwork, balanced and inherently good, back into cities. As the minister Henry Ward Beecher enunciated in 1869, for "the multitude," natural beauty was a gift of God "without price." It could "confer pleasure and profit from merely the looking at it" (Beecher, 281-284).

24.     Nature was not a simple, unconsidered object in this era. Park designers and their supporters believed it could occur in three landscape art categories or "genres" on park landscapes: the "Beautiful" (also called the "Pastoral" by Frederick Law Olmsted), the "Picturesque," and the "Sublime." Each was yoked to a set of unique attributes. Smallness, roundness, smoothness, delicacy, and color best captured the Beautiful, making it the preferred genre for parks with extensive lawns or water features bordered by shrubs and trees. The Sublime countered the Beautiful, being linked to terror, obscurity, difficulty, power, vastness, majesty, and infinity, but it remained beyond the ability of urban park designers because their landscapes were too restricted to create it. However, it informed the selection of and lay behind

8

the drive for national parks. The Picturesque mediated the two extremes, expressing the pleasure gained by abrupt, unexpected, or rude forms and textures, as well as the roughness that could exist at any scale. Many large urban parks incorporated picturesque elements as a stimulating contrast to beautiful ones, but picturesque rarely dominated (Novak, 1995; Young 2004).

25.    And, like some landscape scene in a painting, a municipal park's "naturalistic" landscape was intended to support only pastoral and picturesque activities. As built, large urban parks were places for "passive recreation," which meant sitting, strolling, slow horse riding, and other quiet activities while contemplating the scenery. Activities that were fast moving, active, boisterous, or worse ran counter to a park's purpose. In support of these aesthetics, Parade Grounds were isolated from the park proper in both Olmsted and Vaux's Prospect Park and in Olmsted's unbuilt 1866 plan for San Francisco (Graff 1985; Young 2018). Places for military exercises and displays, Parade Grounds were spaces "for citizens to demonstrate their commitment to defense of their government" (Rosenzweig and Blackmar, 1992, 143). According to Olmsted (1990b, 532), these places were necessary, but they should not conflict with "the safety or the quiet of those not interested in them." That is, a park's visitors. Consequently, Parade Grounds were closed off or moved away from a park proper. They were, argued Schuyler (1986, 131), "locations for functions that, while essential in a city, would be antithetical to the tranquility of a naturalistic landscape."

26.    Moreover, in March 1858, one month before Central Park's first Commissioners (1858, 166) awarded a plan for the new park, they adopted a set of rules and regulations that forbade "all persons" from carrying "fire-arms" in the park. The public did not necessarily know how to behave in their new park so the commissioners adopted rules to prompt proper behavior

and decorum.  Aligned with these rules and regulations, and as a practical matter, they also created a force of Park Keepers in 1859 to control activities deemed inappropriate.  "A woods shared by 'thousands' demanded a different kind of care than woods visited by a few," noted David Thacher before quoting the *New York Times* of February 21, 1859: "Nature in the neighborhood of large towns needs rules and regulations to enable her to do herself justice, just as certainly as in the country she does better without them" (Thacher, 2015, 591).  Proponents and supporters of large urban parks understood that the heavy use of the nature in a park that would result from its being easily accessible, necessarily mandated rules and regulations to control and direct visitors in order to allow nature to reform society.

27.     Beginning in the 1880s and 1890s, an increasing number of American urban park advocates and supporters embraced a new rationale for municipal parks, what I term "rationalistic" parks.  American cities continued to be plagued by poverty, disease, undemocratic acts, and crime, but these new park proponents did not abandon the idea of urban social improvement through parks.  Instead, they stepped back from the romantic idea that scenic park landscapes alone reformed society and also embraced a more Darwinian and mechanistic view of nature.  As their perspective grew in importance, the value of nature contemplation somewhat retreated, and parks were re-imagined as favored settings for organized play and other leisure-time activities.  Flower gardens, museums, baseball diamonds, and children's playgrounds became common parks features as rationalistic park proponents pursued their formula for encouraging the good society.  These advocates saw romantically designed parks as underdeveloped rather than mis-designed, so they did not seek to remove and replace the features of romantic-era parks.  Instead, they wished to share space in the large parks by introducing the

10

features they believed would reform society. In addition, municipal park authorities created numerous, generally smaller greenspaces throughout cities in order to bring the reforming abilities of parks into neighborhoods. Visitors would no longer have to travel long distances to the large parks. These small parks utilized both romantic and rationalistic characteristics and were more tools in the effort to improve urban society (Young, 2004).

28.     Today, the romantic and rationalistic ideals still thrive in America's urban parks.

29.     At no point did my research reveal any evidence that supported the passive carrying fire-arms for self-defense in these urban parks. Such encouragement would have been inconsistent with romantic and rationalistic ideals and antithetical to the social purpose of urban parks as promoted by those ideals.

**National Parks**

30.     The emergence and development of America's national parks followed an ideological arc quite similar to urban parks and for much the same purpose – the improvement of American society. Like urban parks, national park advocates and supporters initially embraced Romanticism. The creation of American national parks and state parks (see below) began in 1864 when President Lincoln signed legislation ceding the Yosemite Valley and Mariposa Big Tree Grove to the state of California for "public use, resort, and recreation; [and] inalienable for all time" (Dilsaver, 2016a, 4). Frederick Law Olmsted, who lived in California at the time, was appointed a commissioner on the new park's board and supervised the creation of the report for its administration. In addition to this "skillful" plan for the park's administration, "he advocated a policy of establishing national parks across the nation and laid the foundation for our current national park system" (Freeman, 1989, 172).

11

31.   For Olmsted, the creation of national parks was not a gift but a duty. "It is the main duty of government, if it is not the sole duty of government, to provide means of protection for all its citizens in the pursuit of happiness" (Olmsted, 1990a, 502). Where Romantic urban parks had employed the Beautiful and the Picturesque, California's Yosemite Park improved society through a blend of the Beautiful and the Sublime. The new park was, argued Olmsted, a "union of the deepest sublimity with the deepest beauty of nature, not in one feature or another, not in one part or one scene or another, not any landscape that can be framed by itself, but all around and wherever the visitor goes, constitutes the Yo Semite the greatest glory of nature" (Olmsted, 1990a, 500). Immersed in the park's natural beauty, visitors were improved through passive interaction with the scenery. "[T]he enjoyment of scenery," stated Olmsted, "employs the mind without fatigue and yet exercises it, tranquilizes it and yet enlivens it; and thus, through the influence of the mind over the body, gives the effect of refreshing rest and reinvigoration to the whole system" (Olmsted, 1990a, 504). Consequently, Olmsted thought the principal duty of the park's commissioners was "to give every advantage practicable to the mass of the people to benefit by that which is peculiar to this ground" (Olmsted, 1990a, 506). At the same time, he cautioned that constraints had to be applied to the "mass" of visitors in order for the park to benefit society both in the present and in the future. "[I]t should be remembered that in permitting the sacrifice of anything that would be of the slightest value to future visitors to the convenience, bad taste, playfulness, carelessness, or wanton destructiveness of present visitors, we probably yield in each case the interest of uncounted millions to the selfishness of a few individuals" (Olmsted, 1990a, 507). Finally, he pointed to the uniqueness that had "caused Congress to treat [Yosemite Valley and Mariposa Big Tree Grove] differently from other parts of

12

the public domain" and to that which would guide the creation of subsequent national parks.
"This peculiarity consists wholly in its natural scenery" (Olmsted, 1990a, 506).

32.     In less than a decade, the first, officially designated "national park" was created in
1872: Yellowstone. A large, protected area of approximately 2.2 million acres, its origin lay in
the Romantic path of scenery identified by Olmsted. "Yellowstone's awesome natural
phenomena had inspired a political phenomenon" (Sellars,1997, 7). In the authorizing act, the
park was "hereby reserved and withdrawn from settlement, occupancy or sale… and dedicated
and set apart as a public park or pleasuring ground for the benefit and enjoyment of the people."
Placed under the Interior Secretary, the act directed the Secretary "to make and publish such
rules and regulations as he may deem necessary or proper for the care and management of the
same." Among these, the Secretary "shall provide against the wanton destruction of the fish and
game found within said park" and he "generally shall be authorized to take all such measures as
shall be necessary or proper to fully carry out the objects and purposes of this act" (Dilsaver,
2016b, 20-21). Over the next 40 years, Congress and the President designated (and sometimes
transferred) numerous natural preserves under federal jurisdiction, including Sequoia, Yosemite,
Mount Rainier, Glacier, and Rocky Mountain National Parks. Like the original Yosemite
cession and Yellowstone National Park, these subsequent parks were large, relatively distant
from most of America's population because they were out west while the people were back east,
and "preserved largely for their aesthetic qualities," which like urban parks, were thought to
improve society (Mackintosh, 2005, 14).

33.     The rationalistic rationale began to inform national park features and usage
toward the end of the Nineteenth and the beginning of the Twentieth Centuries. As the public,

which increasingly lived in America's cities, came to expect urban parks to be both scenic and places for museums, bicycling, and other forms of active play, they also came to see county, state, and national parks as serving the same purpose. Consequently, Interior Secretary Franklin K. Lane (Dilsaver, 2016c, 37) instructed Stephen T. Mather that "All outdoor sports which may be maintained consistently with the observation of the safeguards thrown around the national parks be law will be heartily endorsed and aided wherever possible. Mountain climbing, horseback riding, walking, motoring, swimming, boating, and fishing will ever be the favorite sports. Wintersports will be developed in the parks that are accessible throughout the year." In contrast, however, "Hunting will not be permitted in any national park."

34.     The American Civic Association (ACA), a private, eastern-based organization that had originated in the nineteenth century and promoted the creation of all parks as social reforming devices,  incorporated all types of parks—municipal, county, state, or national—in their reform agenda because they believed that any given park comprised the local expression of a more durable concept, that all parks were socially impactful when they shared three important features: nature, scenery, and play, which when combined properly, created the ideal of the park. According to the ACA's president, J. Horace McFarland (1912, 3), this park performed a valuable social function; it "act[s] immediately and favorably on the health and the orderliness of the community, and consequently increase[s] materially the average of individual efficiency. In other words, they pay dividends in humanity." That is, such parks at every geographic scale reformed a rapidly urbanizing America. National parks, like urban parks, would foster a virtuous society characterized by health and wealth. The ACA further claimed that national parks would foster democracy and patriotism among Americans (Young, 1996).

14

35.     Today, the same rationales applicable to urban parks guide the public's expectations and inform the actions of national park proponents and supporters.

36.     Again, at no point in my research did I discover any evidence of support for the passive carrying of fire-arms for self-defense in national parks. Such encouragement would have been inconsistent with romantic and rationalistic ideals and antithetical to the social purpose of national parks as promoted by those ideals.

**State Parks**

37.     America's state parks today appear in every state and in types that vary from state to state and sometimes even within a single state. The history of their designation and development reveals a halting and uneven pattern, but it nonetheless followed the same ideological arc that guided the unfolding of urban and national parks, and for much the same purpose – the improvement of society. Like national park advocates and supporters, state park activists thought striking scenic places would lead to a society that was healthier, wealthier, more democratic and more socially coherent.

38.     Before California eventually returned Yosemite valley and grove to the federal government in 1906 for inclusion in Yosemite National Park, it had inspired such scenic state parks as Palisades and Watkins Glen in New York and Mount Mitchell in North Carolina, as well as "sites uniquely worth preserving" in Connecticut, Indiana, Iowa, and Wisconsin (Cutler, 1989, 195). Most state parks, however, did not appear until the Twentieth Century when, as J. Horace McFarland (1910, 9) noted, they came to be seen as the logical extension between city or county parks and national parks. "If, when a natural wonder is found to be of national importance and to need national protection, it may properly be controlled by the nation, surely a

15

location or opportunity too large for local or municipal control may as properly be controlled by the state." During the first quarter of the Twentieth Century, state parks came to incorporate both romantic and rationalistic features as people increasingly saw them as places for the passive admiration of the scenery and for play. Nevertheless, state parks were not common.

39.     After the 1921 conference the pace of state park creation increased. Park proponents kept recommending new sites for designation, but they often did so to the new National Park Service. The Park Service recognized that many of these recommendations had merit, but they did not rise to the level of national significance so instead of just rejecting the recommendations, it organized the National Conference on Parks to facilitate the designation of these sites protected by the states. The conference transformed the state park movement, stimulating more widespread interest in their creation.

40.     Furthermore, the National Park Service developed a plan during the Great Depression to create "a healthier and happier citizenry by developing a nationwide system of state parks. The goal was to 'cure the ills of society' by constructing a park within fifty to one hundred miles" of the American populace. And, since a rationalistic park ideology was premier by the 1930s, "one of the primary principles of the plan was to place recreational parks within the reach of every citizen" (Smith, 2013, 207). Working with the Civilian Conservation Corps, the Park Service dramatically increased the number of state parks by building 800 between 1933 and 1942.

41.     For the third time, at no point in my research did I discover any evidence of support for the passive carrying of fire-arms for self-defense in state parks. Such encouragement

16

would have been inconsistent with romantic and rationalistic ideals and antithetical to the social purpose of state parks as promoted by those ideals.

42.     This Declaration is a presented in a form that is much different from academic writings.  It reflects an accurate recounting of my research and conclusions regarding this historical period and the subject matter discussed. However, given the time constraints at issue in this case, as well as the fact it was prepared in connection to a pending lawsuit, it is not drafted at the level of depth that would be expected for academic writing. This declaration was prepared in approximately one week, so the research was limited to my own office bookshelves and short searches on the internet.  If I had more time to travel to libraries and to more thoroughly review primary documents, I would likely be able to frame a more focused case with greater detail. Thus, I reserve the opportunity to supplement this declaration to reflect any additional research or context that may be necessary as this case proceeds.

Pursuant to 28 U.S.C. § 1746, I, Terence Young, state under penalty of perjury that the foregoing declaration is true and accurate to the best of my knowledge, information, and belief.

Executed: March 29, 2023

Terence Young

17

# Attachment 1

# CURRICULUM VITAE

Terence George Young
570 Croyden Lane
Cambria, CA 93428
626-716-5927 (cell)
tgyoung@cpp.edu
www.cpp.edu/~tgyoung

## POSITIONS HELD

Academic

**2020 – present**  – Professor Emeritus of Geography, Department of Geography & Anthropology, California State Polytechnic University, Pomona, California 91768

**2011 – 2020** – Professor of Geography, Department of Geography & Anthropology (and Adjunct Professor, Lyle Center for Regenerative Studies through 2013), California State Polytechnic University, Pomona, California 91768

**2006 – 2011** – Associate Professor of Geography, Department of Geography & Anthropology and Adjunct Associate Professor, Lyle Center for Regenerative Studies, California State Polytechnic University, Pomona, California 91768

**2002 – 2006 -** Assistant Professor of Geography, Department of Geography & Anthropology and Adjunct Assistant Professor, Lyle Center for Regenerative Studies, California State Polytechnic University, Pomona, California 91768

**2001 – 2002** - Visiting Assistant Professor, Department of Geography, California State University, Long Beach, California 90840 (renewable)

**2001 – 2002** - Research Assistant Professor, Department of Geography, University of Southern California, Los Angeles, California 90089

**2000 – 2001** - Visiting Lecturer, Department of Geography, University of California, Los Angeles, California, 90095 (Spring Quarter each year)

**1999 – 2000** - Visiting Lecturer, Department of Geography, University of Southern California, Los Angeles, California 90089 (Fall Semester each year)

**1992 – 1999** - Assistant Professor of Geography, Department of History and Adjunct Assistant Professor, Department of Parks, Recreation, and Tourism Management, Clemson University, South Carolina 29634 (On leave 1995-1997)

**1998** - Visiting Lecturer, Departments of Geography, George Washington University, Washington, D.C. 20052 and Mary Washington College, Fredericksburg, Virginia 22401

**1992** - Visiting Lecturer, Department of Geography, University of California, Los Angeles 90095

Research

**2000 – 2001** - Research Associate, Sustainable Cities Program, University of Southern California, Los Angeles

Administration

**2001 – 2002** - Project Manager, Sustainable Cities Program, University of Southern California, Los Angeles

**1996 – 1997** - Acting Director, Studies in Landscape Architecture, Dumbarton Oaks Library and Research Center, Harvard University, Washington, DC 20007

Consulting

**2013 – 2015** – "Geographies of Wonder: Americans and the National Park Idea," an exhibit celebrating the centennial of the US National Park Service, Peter Blodgett, curator, Huntington Library & Collections, San Marino, CA

**2008 – Present** - "City of White Gold," A documentary on San Francisco in the Silver Age, Geordie Lynch, independent filmmaker, 218 Larkspur Plaza Drive, Larkspur, CA 94939 (A trailer and more information is available at: http://www.cityofwhitegold.com)

**1999 – 2000** - California League of Conservation Voters-Education Fund, 10780 Santa Monica Blvd., Suite 210, Los Angeles, CA 90025

**EDUCATION**

**Ph.D.** - University of California, Los Angeles, 1991 (Cultural-Historical Geography)
**M.A.** - University of California, Los Angeles, 1987 (Biogeography)
**B.A.** - University of California, Berkeley, 1973 (Anthropology)

**PUBLICATIONS**

Periodicals – In Print

**2021** – "From Competition to Cooperation: A History of Canada-US National Park Relations" *Environment and History* 27(4): 607-634 (co-authored with Alan MacEachern and Lary Dilsaver)

**2018** – "Murray's Rush: The Adirondack Beginning of American Camping" *NY Archives Magazine* 18(1): 11-17

**2014** – "The End of Camping: Coming Home to the City" *BOOM: A Journal of California* 4(3): 70-75

   – "'Green and Shady Camps': E.P. Meinecke and the Restoration of America's Public Campgrounds" *The George Wright Forum* 31(1): 69-76

**2011** – "Collecting and Diffusing 'the World's Best Thought': International Cooperation by the National Park Service" *The George Wright Forum* 28(3): 269-278 (co-authored with Lary Dilsaver)

**2010** – "On Camping and Its Equipment" *Environmental History* 15(1, January 2010): 120-128

**2009** – "'A Contradiction in Democratic Government': W.J. Trent, Jr. and the Struggle for Non-Segregated National Park Campgrounds" *Environmental History* 14(4, October 2009): 651-682

**2008** – "Four Visions of Nature in American Protected Areas" *Past Place* 16(2, Spring/Summer): 8-10 (Newsletter of the Historical Geography Specialty Group, Association of American Geographers)

**2007** – "U.S. Parks and Protected Areas: Origins, Meanings and Management" *Historical Geography* 35:

2

5-9 (co-authored with Lary Dilsaver)

**2006** – "German Influences on San Francisco's Nineteenth-Century Greenspace" *Die Gartenkunst* 18(1): 69-80

**2006** – "False, Cheap and Degraded: When History, Economy, and Environment Collided at Cades Cove, Great Smoky Mountains National Park" *Journal of Historical Geography* 32(1): 169-189

**2001** - "Place Matters" *Annals of the Association of American Geographers* 91(4): 681-682 (This is the introduction to a "Forum" of papers I originally organized at the 1998 meeting of the Association of American Geographers in Boston.)

      - "Moral Order, Language, and the Failure of the 1930 Recreation Plan for Los Angeles County" *Planning Perspectives* 16(4): 333-356

**2000** - "Belonging not Containing: The Vision of Bioregionalism" *Landscape Journal* 19(1): 46-49

**2000** - "Camping In America: From 1869 to the Present" *Arroyo View* 12(2): 9

**1998** - "From Manure to Steam: The Transformation of Greenhouse Heating In the United States, 1870-1900" *Agricultural History* 72(3): 574-596

**1996** - "Social Reform Through Parks: The American Civic Association's Program for a Better America" *Journal of Historical Geography* 22(4): 460-472

**1995** - "Modern Urban parks" *Geographical Review* 85(4): 544-560

      - "`I am my own authority': the landscape gardening of William Frederick Poppey" *Journal of Garden History* 15(4): 226-230

      - "Modern Cities and Nature" *The Society for Philosophy and Geography Newsletter* 1(2): 4-5

**1994** - "Trees, The Park, and Moral Order: The Significance of Golden Gate Park's First Plantings" *Journal of Garden History* 14(3): 158-170

**1993** - "San Francisco's Golden Gate Park and the Search for a Good Society, 1865-1880" *Forest and Conservation History* 37(1): 4-13

<u>Periodicals – Online</u>

**2022** – "Outdoor Imaginaries: The Emergence of Camping in Modern America" *Mondes du Tourisme* 21: http://journals.openedition.org/tourisme/4790

**2020** – "Pandemics & Public Lands" *National Parks Traveler* (August 26): https://www.nationalparkstraveler.org/2020/08/essay-pandemics-public-lands

**2018** – "E.P. Meinecke and the Development of the Modern Auto Campground" *IdeAs - Idées d'Amériques* 12(Automne/Hiver): https://journals.openedition.org/ideas/3502

      – "Why Americans Invented the RV" in *What It Means to be American*: *A Conversation Hosted by the Smithsonian and Arizona State University* (September 4). Available at: http://www.zocalopublicsquare.org/2018/09/04/americans-invented-rv/ideas/essay/

**2017** – "The Religious Roots of America's Love for Camping" *What It Means to be American*: *A*

3

*Conversation Hosted by the Smithsonian and Arizona State University* (October 12).  Available at: http://www.whatitmeanstobeamerican.org/encounters/the-religious-roots-of-americas-love-for-camping/

**2003** – "It's Not As Complicated As People Think" *LA Forum for Architecture and Urban Design Online Newsletter 5: Constructing Nature* (Spring 2003).  Available at: http://www.laforum.org/programs/pub/forum_issue_5_parks

Periodical – Special Issue Edited

**2007** – "US Parks and Protected Areas" for *Historical Geography* 35: 5-213 (co-edited with Lary Dilsaver)

**2000** - "Bioregionalism and Its Influence in Europe and the United States" for *Landscape Journal* 19(1, Spring): 46-88

Books – Authored

**2017** – *Heading Out: A History of American Camping*, Cornell University Press (Winner of the American Association of Geographers' J.B. Jackson Prize for 2018; Winner of the Western History Association's Hal K. Rothman Prize for 2018)

**2004 –** *Building San Francisco's Parks: 1850-1930,* The Johns Hopkins University Press

Books – Edited

**2002 -** *The Landscapes of Theme Parks: Antecedents and Variations*, Terence Young and Robert Riley, eds., Dumbarton Oaks Library and Research Center Press

Reports – Authored

**2000 -** *Creating Community Greenspace: A Handbook for Developing Sustainable Open Spaces in Central Cities*, The California League of Conservation Voters-Education Fund: Los Angeles, CA

Book Chapters

**2018** – "Frederick Law Olmsted's Abandoned San Francisco Park Plan" in *The American Environment Revisited: Environmental Historical Geographies of the U.S.* (Lanham: Rowman & Littlefield), 145-160

**2014** – "The Passionate Geographer" in *North American Odyssey: Historical Geographies for the Twenty-first Century* (Lanham: Rowman & Littlefield), 315

**2008** – "Urban Parks, Leisure and the Good Society" in *Loisir et Liberté en Amérique du Nord*, P. Lagayette, Editor (Paris: Université Paris-Sorbonne, Paris IV), 59-71

**2006** – "Four Visions of Nature Conservation and Democracy in the United States" in *Naturschutz und Demokratie!?*, J. Wolschke-Bulmahn and G. Groening, Editors (Hannover, Germany: Centre of Garden Art + Landscape Architecture), pp. 215-220

**2004** - 'Historical Geography of the Environment' in *Geography in America at the Dawn of the 21st Century*, C. Wilmott and G. Gaile, Editors (NY: Oxford University Press), pp. 153-154

**2002** - "Grounding the Myth: Theme Park Landscapes in an Era of Commerce and Nationalism" in *The Landscapes of Theme Parks: Antecedents and Variations,* T. Young and R. Riley, Editors. (Washington: Dumbarton Oaks Library and Research Center), pp. 1-10

**2002** - "Virtue and Irony in a U.S. National Park" in *The Landscapes of Theme Parks: Antecedents and*

4

*Variations,* T. Young and R. Riley, Editors. (Washington: Dumbarton Oaks Library and Research Center), pp. 155-179

**1999** - "Confronting Sustainability" in *Sustainable Landscape Design In Arid Climates*, William O'Reilly, Ed. (Geneva: The Aga Khan Trust for Culture), pp. 6-9

Encyclopedia Entries:

**2001** -"Urban Parks" in *The Oxford Companion to United States History*, P. Boyer, Editor In Chief (New York: Oxford University Press), p. 582

**1998**  - "Golden Gate Park" in *Encyclopedia of Urban America: Cities and Suburbs*, Two Volumes, N.L. Shumsky, editor (ABC-Clio Publishing), p. 328

Book Reviews:

**2021** – *Camping Grounds: Public Nature in American Life from the Civil War to the Occupy Movement* by Phoebe S.K. Young for H-Environment, URL: https://www.h-net.org/reviews/showrev.php?id=56824

**2018** – *On the Trail: A History of American Hiking* by Silas Chamberlin for *Agricultural History* 92(3): 439-440

**2017** – *Trout Culture: How Fly Fishing Forever Changed the Rocky Mountain West* by Jen Corrinne Brown for *Environmental History* 22: 180-182

**2015** – *Inventing Stanley Park: An Environmental History* by Sean Kheraj for *Pacific Historical Review* 84: 97-98

**2014 –** *Vacationland: Tourism and Environment in the Colorado High Country* by William Philpott for *Environmental History* 19: 589-590

**2013** – *Observation Points: The Visual Poetics of National Parks* by Thomas Patin, Ed. for *Journal of Historical Geography* 42: 220

**2011** – *Campsite: Architecture of Duration and Place* by Charlie Hailey for *Geographical Review* 101(3): 467-469

 – *Pilgrims of the Vertical: Yosemite Rock Climbers and Nature at Risk* by Joseph E. Taylor III for *Journal of Historical Geography* 37: 511-512

**2010** – *A Marvelous Hundred Square Miles: Black Hills Tourism, 1880-1941* by Suzanne Barta Julin for *Environmental History* 15(4): 788-789

**2008** – *National Park, City Playground: Mount Rainier National Park in the Twentieth Century* by Theodore Catton for *Environmental History* 13(2): 376-377

**2007** – *The Invention of the Park: From the Garden of Eden to Disney's Magic Kingdom* by Karen R. Jones and John Wills for *Journal of Cultural Geography* 24(2): 113-114

**2006** – *Cumberland Island National Seashore: A History of Conservation Conflict* by Lary M. Dilsaver for *Geographical Review* 96(2): 322-325.

**2004** – *Republic of Shade: New England and the American Elm* by Thomas J. Campanella for *Environmental History* 9(4): 741-2

**2001** - *Enduring Roots: Encounters with Trees, History, and the American Landscape* by Gayle

Brandow Samuels for *Planning Perspectives* 16(4): 409-410

**2001**- *The Los Angeles River: Its Life, Death, and Possible Rebirth* by Blake Gumprecht for *Technology and Culture* 42(2): 361-363

   - *How the Canyon Became Grand* by Stephen Pyne for *Professional Geographer* 53(1): 132-134

**2000** - *The World of André Le Nôtre* by Thierry Mariage for *Geographical Review* 90(3): 133-34

**1997** - *Invented Cities* by Mona Domosh for *Annals of the Association of American Geographers* 87(3): 539-540

**1996** - *Southern California Gardens* by Victoria Padilla for *Journal of Garden History* 16(3): 225-226

**1995** - *The American Environment: Interpretations of Past Geographies*, edited by Lary M. Dilsaver and Craig E. Colten for *Journal of Historical Geography* 21(1): 105-107

   - *The Ecological City: Preserving and Restoring Biodiversity*, edited by Rutherford H. Platt, Rowan A. Rowntree, and Pamela C. Muick for *The Annals of the Association of American Geographers* 85(2): 395-397

   - *Geography and the Human Spirit* by Anne Buttimer for *Environment and Planning A* 27(11): 1865-1866

**1993** - *Hard Places: Reading the Landscape of America's Historic Mining Districts* by Richard V. Francaviglia for *Technology and Culture* 34: 422-424

Websites-Co-authored:

**2004** – "Pomona Valley: Assessing Natural Boundaries and Greenspace" by Montgomery McIntosh, Terence Young, and Richard Worthington at
http://www.csupomona.edu/~tgyoung/Pomona_valley/pvindex.htm

**EXHIBITS CURATED**

**1997** - "Urban Parks in America" Studies In Landscape Architecture, Dumbarton Oaks, Washington DC

**1996** - "Le Jardin d'Anglais" Studies In Landscape Architecture, Dumbarton Oaks, Washington DC

**TELEVISION APPEARANCES**

**2000** - "Camping Technology" on *Modern Marvels*, The History Channel, June 5.

**RADIO APPEARANCES**

**2011** – Discussant about "The Parks of San Francisco: What's in Store for our Urban Oases" on "City Visions Radio" at KALW – 91.7 FM, San Francisco, California, January 24

**PODCASTS**

**2021** – "William Coffin Coleman and The History of the Coleman Company" on The RV Atlas, June 25, available at: https://thervatlas.com/podcast/william-coffin-coleman-and-the-history-of-the-coleman-company/

**2020** – "Pandemics & the National Parks" on National Parks Traveler, August 23, available at:

https://www.nationalparkstraveler.org/podcast/2020-08-23-national-parks-traveler-episode-80-pandemics-and-national-parks

**2019** – "Heading Out: A History of American Camping" on Writing Westward Podcast, March 8, available at: http://reddcenter.byu.edu/Blogs/redd-center-blog/Post/writing-westward-podcast-episode-007---terenc

**2017** – "Heading Out: The History of Camping" on The Art of Manliness, August 3, available at: http://www.artofmanliness.com/2017/08/03/podcast-327-heading-history-camping/

## ADMINISTRATION

**2000-2002** - Project Manager, Environmental Sciences, Policy and Engineering Sustainable Cities Program, University of Southern California, Los Angeles.  I was responsible for the administration and timely completion of "Toward a Sustainable Los Angeles: 'A Nature Services' Approach," a $380,000 grant to investigate the applicability of an environmental GIS (CITYgreen) to the urbanized landscape of Southern California as well as its usefulness as a tool in Public Participation Planning in an older, densely populated, ethnically diverse neighborhood.  Funding came from the Haynes Foundation of Los Angeles.

**1996-1997** - Acting Director, Studies in Landscape Architecture, Dumbarton Oaks, Harvard University. This research program is one of three at Dumbarton Oaks.  It is international in scope with its focus on the critical and historical study of landscape.  I was responsible for the department to Dumbarton Oaks's Director.  Among other things, my duties included public and professional contacts, supervising a staff of four (two librarians, an administrative assistant, and a departmental assistant), selecting and supervising research fellows, public and professional outreach, budgeting, purchase of more than 900 rare and contemporary monographs, treatises, prints, and journals, developing museum exhibitions, organizing and moderating four one-day conferences (one in collaboration with the National Gallery and the Aga Khan Trust for Culture, and one with the American Institute for Contemporary German Studies) and one two-day conference, and editing a scholarly monograph of the presentations at the two-day conference.

## TEACHING

Undergraduate:
Biogeography
California
Cultural Geography
Cultural Geography of the Environment
Ethnicity in the American City
Environmental Geography
Geographical Foundations (History and Philosophy of Geography)
Geography of Cultural and Historical Landscapes
Geography of US and Canada
Geography of World Cities
Historical Geography (Upper-Division introductory course)
Historical Geography: Diffusion of Europeans and their Environments
Introduction to Geography (Physical and Human)
Introduction to Human Geography
Introduction to Cultural Geography
Introduction to Physical Geography
Parks and Protected Areas
Protected Areas in a Regenerative World (Regenerative Studies Program)
Tourism in a Globalizing World
Urban Geography
World Regional Geography

7

Graduate:
Historical Geography of the United States
Protected Areas in a Regenerative World (Regenerative Studies Program)
Regenerative Concepts and Social Practices (Regenerative Studies Program)
Topics in Geography: Camping in America
Urban Geography: Utopianism in American Urban Planning

Post-graduate:
US National Parks, Forests and other protected areas – An Overview
Social & Legislative Aspects of US National Parks & Forests

**2005** – "Sustainable Tourism" at School for Hospitality and Tourism, Bulawayo Polytechnic University, Bulawayo, Zimbabwe, May 2-4

**AWARDS & GRANTS**

Awards

**2018** – J.B. Jackson Prize from the American Association of Geographers for *Heading Out: A History of American Camping* published by Cornell University Press

- Hal K. Rothman Prize from the Western History Association for *Heading Out: A History of American Camping* published by Cornell University Press

Fellowships

**2005-2006** – Lyle Center Faculty Fellowship, California State Polytechnic University, Pomona ($4,500)

**2001** - Huntington Fellowship, The Huntington Library, Art Collections, and Botanical Gardens, San Marino, CA (five months @ $2,000/mo.)

**1999** - W. M. Keck Foundation and Andrew W. Mellon Foundation Fellow, The Huntington Library, Art Collections, and Botanical Gardens, San Marino, CA (two months @$2,300/mo.)

**1995-1996** - Postdoctoral fellow, National Museum of American History, Smithsonian Institution, Washington, DC (twelve months)

**1991-1992** - Postdoctoral fellow, Dumbarton Oaks Library and Research Center, Harvard University, Washington, DC (Fall Semester)

Grants

**2021 –** California State University Emeritus and Retired Faculty & Staff Association, Research Grant of $600.00 for Travel to Washington, DC.  Title: "The African Student Program, 1961-1969."

**2013 –** Association of American Geographers, Research Grant of $1,000.00 for travel to Washington, DC and Yellowstone National Park.  Title: "US National Park Service Cooperation with Canada and In Africa."

**2008 – 2018 –** US National Park Service, Park History Program, Washington, DC – Volunteers in Parks Program – $4,600.00 and continuing for travel and research expenses.  Titles: "International Cooperation and the National Park Service" and "Yosemite State Park and the US National Parks"

**2008-2009** - California State Polytechnic University – Pomona, Research, Scholarship, and Creative Activities Grant of $4,736.00 for one course release to compose a scholarly article for a journal *Environmental History*. Title: "The Smooth Way to Rough It: Pilgrimage, McDonaldization and the Evolution of

Camping Equipment."

**2008-2009** - California State Polytechnic University – Pomona, Faculty Professional Development Mini-grant of $400.00 to travel to a conference: American Society for Environmental History, Presentation title: "'A Clearer Picture of this Country': Airstream Trailers and the (Re)Discovery of America"

**2007-2008** – California State Polytechnic University – Pomona, International Center Faculty Travel Grant of $1,000.00 to travel to a conference: Common Ground, Converging Gazes: Integrating the Social and Environmental in History in Paris, France, Presentation title: "Going Home to Wilderness: Nature, Camping and American Sustainability"

**2007-2008** – California State Polytechnic University – Pomona, Faculty Professional Development Mini-grant of $600.00 to travel to a conference: Designing the Parks, Presentation title: "E.P. Meinecke and the Modernization of Autocamping"

**2005-06** - California State Polytechnic University – Pomona, Faculty Professional Development Mini-grant of $1,250.00 to support research travel, Title: "William J. Trent, jr. and The Struggle to Eliminate Segregated Campgrounds in U.S. National Parks."

**2006** – Benson Ford Research Center, The Henry Ford, Dearborn, MI – Clark Travel to Collections Grant of $1,200.00 to support travel to and research at the Research Center.

**2005** – The Adirondack Museum, Blue Mountain Lake, NY – Warder and Julia Cadbury Research Grant of $1,500.00 and housing to support travel to and research at the museum.

**2004-05** - California State Polytechnic University – Pomona, Faculty Professional Development Mini-grant of $2,000.00 to support research travel, Title: "William H.H. Murray and the origins of American camping."

**2004-05** - California State Polytechnic University – Pomona, Research, Scholarship, and Creative Activities Mini-grant of $4,276.00, Title: "The Garage in the Forest: E.P. Meinecke and the Origin of the Auto Campground."

**2003-04** - California State Polytechnic University – Pomona, Faculty Professional Development Mini-grant of $800.00 to support research travel, Title: "E.P. Meinecke's Modern Auto Campground"

**2002-03** - California State Polytechnic University – Pomona, Faculty Professional Development Mini-grant of $560.00 to support research travel, Title: "A Campground Policy: E.P. Meinecke and the Development of the American Campground"

**2002-03** - California State Polytechnic University – Pomona, Academic Affairs Research Mini-grant of $3,568.00, Title: "Culture, History, & Environmental Management in a U.S. National Park"

**2003** – Pomona College – Mellon Professional Activities Grant of $2,900.00, Title: "Pomona Valley Greenspace"

**1999** - Association of American Geographers Research Grant of $500.00 for field photographs.  Title: "Camping in America."

**1998** - An Association of American Geographers Annual Meeting Enrichment Grant of $400.00 to defray the participation expenses of Professor Edward Casey (Philosophy, SUNY-Stony Brook) in the Annual Meeting of the AAG in Boston, Massachusetts

    - A Cultural Geography Specialty Group (AAG) Grant of $250.00 to defray the participation expenses of Professor Edward Casey (Philosophy, SUNY-Stony Brook) in the Annual Meeting of the AAG in Boston, Massachusetts

9

- An Historical Geography Specialty Group (AAG) Grant of $250.00 to defray the participation expenses of Professor Edward Casey (Philosophy, SUNY-Stony Brook) in the Annual Meeting of the AAG in Boston, Massachusetts

**1997** - A Graham Foundation Grant of $5,875.00 for travel, map production, photo reproduction, and permissions in preparation for the publication of *Building San Francisco's Parks, 1850-1930*

**1994** - A National Endowment for the Humanities Faculty Development Grant of $544.00 for travel to present a paper at the biannual meeting of the American Society for Environmental History in Las Vegas, Nevada

- Association of American Geographers Research Grant of $500.00 for travel to collections and photo reproductions.  Title: "The American Civic Association and the U.S. National Parks, 1900-1940"

**1993** - A National Endowment for the Humanities Faculty Development Grant of $1,000.00 for electronic database searches, photo reproductions and travel to collections.  Title: "The American Civic Association and the U.S. National Park Service, 1900-1940"

- A National Endowment for the Humanities Faculty Development Grant of $1,527.00 to travel to collections.  Title: "Country for the City: The Urban Motivations for National Parks"

- Clemson University Teaching Award Grant of $1,860.00 to purchase equipment for Geography laboratories

**1992** - Clemson University Library Grant of $1,200.00 for Humanities Acquisitions in Geography

Sabbatical Leave

**2013-2014** – California State Polytechnic University, Pomona to research and write three professional articles about wilderness and international cooperation

**2006-2007** – California State Polytechnic University, Pomona to research and write *Heading Out: American Camping Since 1869*

**CONFERENCES ORGANIZED**

**1998** - "Environmentalism in Landscape Architecture," a two-day symposium at Dumbarton Oaks, Washington DC

- "Designing Nature: Landscape Architecture in the U.S. National Parks" a one-day conference at Dumbarton Oaks, Washington, DC

- "Modernism and the Pastoral" a one-day conference at Dumbarton Oaks, Washington, DC

**1997** - "Perspectives on the Study of Garden History," a two-day symposium at Dumbarton Oaks, Washington DC

- "The Landscapes of Suburbia" a one-day conference at Dumbarton Oaks, Washington, DC

- "Bioregionalism and Its Influence in Europe and the United States" a one-day conference at Dumbarton Oaks, Washington, DC (co-organized with the American Institute for Contemporary German Studies, Washington, DC)

- "Landscape Architecture and the Health of the Public" a one-day conference at Dumbarton Oaks,

10

Washington, DC

**1996** - "Sustainable Landscape Design in Arid Climates" a one-day roundtable at Dumbarton Oaks, Washington, DC (co-organized with The Center for Advanced Studies in the Visual Arts/National Gallery of Arts, Washington, DC and the Aga Khan Trust for Culture, Geneva, Switzerland)

**PRESENTATIONS**

Papers:

**2022** – Annual Meeting of the Association of Pacific Coast Geographers, Bellingham, WA, ?????: AFRICAN STUDENT PROGRAM OUTCOMES?  WHO AFFECTED…

   – Annual Meeting of the European Society for Environmental History, Bristol, UK, July 4: "'Nature is not something optional': Essentialism and the History of American Urban Greening" (presented via Zoom)

   – Annual Meeting of the American Society for Environmental History, Eugene, OR, March 26: "An Appreciation for Conservation and Wildlife Management": The National Park Service's African Student Program, 1961-1965"

   – Annual Meeting of the American Association of Geographers, New York, NY, February 25: "The Potential African Leaders of Tomorrow": The National Park Service's African Student Program, 1961-1965 (presented via Zoom)

**2021** – Annual Meeting of the American Association of Geographers, Seattle, WA, April 8: "Essential Nature: Biophilia and the Greening of American Cities" (presented via Zoom)

**2019** – Annual Meeting of the Western History Association, Las Vegas, Nevada, Friday, October 18: "'To Keep in Touch with the Real America': The Wally Byam Foundation's Trailer-Camping Program of National Discovery and Re-Discovery"

**2018** – Annual meeting of the American Association of Geographers, New Orleans, LA, April 10: "'Nature is not something optional': Biophilia, Essentialism, and the Greening of American Cities"

   – Annual meeting of the American Society for Environmental History, Riverside, CA, March 17: "'Nature is not something optional': Biophilia, Essentialism, and the Greening of American Cities"

**2017** – Annual meeting of the Association of Pacific Coast Geographers, Chico, CA, October 27: "'The Most Elaborate and Valuable Apparatus': Transnational Politics and the Linking of Canadian and American Park Agencies"

   – Annual meeting of the American Association of Geographers, Boston, MA, April 7: Roundtable in honor of Nicholas Entrikin

   – Annual meeting of the American Association of Geographers, Boston, MA, April 7: "For what did Lavoy Finicum die?"

   – Biennial meeting of the George Wright Society, Norfolk, VA, April 3: "Yosemite and the Origins of America's National Parks"

**2016** – Annual meeting of the Association of Pacific Coast Geographers, Portland, OR, October 7: "Yosemite and the Origins of America's National Parks"

   – Annual meeting of the American Association of Geographers, San Francisco, CA, April 1: "*In*

11

*Media Res*: California as National Park-State Park Intersection"

**2015** – Annual meeting of the Association of Pacific Coast Geographers, Palm Springs, CA, October 23: "Christian Nationalism and the Antimodern Origins of the Pacific Crest Trail"

– Triennial meeting of the International Conference of Historical Geographers, London, United Kingdom, July 6: "Frederick Law Olmsted's Abandoned San Francisco Park Plan"

– Biennial meeting of the George Wright Society, Oakland, CA, March 30: "Renewing Our Faith and Ideals: Christian Nationalism and the Origins of the Pacific Crest Trail"

– Annual meeting of the American Society for Environmental History, Washington, DC, March 21: "'An Outstanding Feature of Our Relations': The Melding of Canadian and US Park Management after World War II"

**2013** – Annual meeting of the Association of American Geographers, Los Angeles, CA, April 9: "'To Think and Feel and Become Sanctified': Camping as American Pilgrimage"
– Biennial meeting of the George Wright Society, Denver, CO, March 11: "'The Illusion of Wildness' in America's Automobile Campgrounds"

**2012** – Annual meeting of the Association of American Geographers, New York, NY, February 25: "'The Cord that Binds the Necklace': The Development and Meaning of the Pacific Crest Trail"

**2011** – Annual meeting of the Association of Pacific Coast Geographers, San Francisco, CA, October 1: "Renewing Our Faith and Ideals: Pacific Crest Trail as Sacred Path"

– Biennial meeting of the European Society for Environmental History, Turku, Finland, June 28: "Exporting Yellowstone: The Office of International Affairs and the US National Park Service's Diffusion of Park Management around the World"

– Annual meeting of the American Society for Environmental History, Phoenix, AZ, April 17: "'I Am Especially Interested in Yellowstone and Glacier': NPS Interactions with Canada and the World"

– Annual meeting of the Association of American Geographers, Seattle, WA, April 13: "'I Am Especially Interested in Yellowstone and Glacier': Diffusing America's National Park Management to Canada and the World"

– Biennial meeting of the George Wright Society, New Orleans, LA, March 15: "Exporting Yellowstone: The Office of International Affairs and the US National Park Service's Diffusion of Park Management around the World"

**2010** – Annual meeting of the Association of American Geographers, Washington, DC, April 16: "The Authenticity of Backpacking"

– Annual meeting of the American Society for Environmental History, Portland, OR, March 11: "Backpacking as Authentic Reconnection to Nature"

**2009** – Annual meeting of the Social Science History Association, Long Beach, CA, November 12: "Smoothing Out the Roughness: McDonaldization and the Evolution of Camping Equipment"

– Faculty Seminar in Regenerative Studies, John T. Lyle Center for Regenerative Studies, California Polytechnic State University – Pomona, November 7: "In Gaia's Garden: Reflections on John Lyle's Approach to Protected Areas"

– Annual meeting of the Association of Pacific Coast Geographers, San Diego, CA, October 2: "Smoothing Out the Roughness: Modernity and the Development of Camping Equipment"

12

– Annual meeting of the Association of American Geographers, Las Vegas, NV, March 24: "'A Clearer Picture of this Country': Trailering to (Re)Discover America"

– Annual meeting of the American Society for Environmental History, Tallahassee, FL, February 26: "'A Clearer Picture of this Country': Airstream Trailers and the (Re)Discovery of America"

**2008** – Common Ground, Converging Gazes: Integrating the Social and Environmental in History, École des Haute Études en Sciences Sociales, Paris, France, September 12: "Going Home to Wilderness: Parks, Camping and a Sustainable American Society"

– Annual meeting of the Association of American Geographers, Boston, MA, April 18: "'A Contradiction in Democratic Government': W.J. Trent and the Struggle to Desegregate National Park Campgrounds"

– Annual meeting of the American Society for Environmental History, Boise, ID, March 14: "Liberalizing Local Society: W.J. Trent, Jr. and the Fight to Desegregate National Park Campgrounds"

**2007** – Annual meeting of the Association of Pacific Coast Geographers, Long Beach, CA, October 20: "Seeing God in the Original: William H.H. Murray and the Origin of American Camping"

**2006** – Trienniel meeting of the International Conference of Historical Geographers, Hamburg, Germany, August  22: "To See God in the Original: William H.H. Murray and the Origins of American Camping"

– Annual meeting of the Association of American Geographers, Chicago, IL, March 10: "Practical Pilgrimage: How W.H.H. Murray Opened the Adirondacks to Tourism"

**2005** – Annual Meeting of the American Society for Environmental History, Houston, TX, March 19: "Going 'Home' to Wilderness: The Logic of American Camping"

**2004** – Nature Conservation and Democracy?!, Zentrum fur Gartenkunst + Landschaftsarchitektur, Universitat Hannover, Konigswinter, Germany, November 19: "Scene, Setting, System, and Story: Four Visions of Nature Conservation and Democracy in the United States"

 - Leisure and Liberty, Universite Paris Sorbonne, Paris France, November 13: "Urban Parks, Leisure and the Good Society"

 - Annual Meeting of the American Society for Environmental History, Victoria, BC, April 2: "The Garage in the Forest: E.P. Meinecke and the Modern Auto Campground"

 - Annual Meeting of the Association of American Geographers, Philadelphia, PA, March 19: "E.P. Meinecke and the Modern Auto Campground"

**2003** – Annual Meeting of the Association of American Geographers, New Orleans, LA, March 5: "Camping, A Pilgrimage to Nature"

**2002** – Annual Meeting of the Association of Pacific Coast Geographers, San Bernardino, California, October 5: "Nature's Pilgrims: American Camping From 1869 to the 1990s"

 - Convivial Design in a Remote-Controlled World, Pomona College, Claremont, CA: "Parks, Playgrounds and Beaches for the Millions"

 - Annual Meeting of the Association of American Geographers, Los Angeles, CA: "GIS and Public Participation Planning: Recommendations from Hollywood, California"

13

- Annual Meeting of the American Society for Environmental History, Denver, CO: "Nature's Pilgrims: American Camping from 1869 to 1940"

**2001** - Annual Meeting of the American Society for Environmental History, Durham, NC: "Culture, History, and the Environmental Management of Cades Cove"

**1999** - Biennial Meeting of the Society for American City and Regional Planning History, Washington, DC: "Moral Order, Language, and the Failure of the 1930 Los Angeles Recreation Plan"

**1998** - Roundtable on Landscape Architecture and the National Parks, Studies in Landscape Architecture, Dumbarton Oaks, Washington, DC: "Ritual and Campgrounds in U.S. National Parks"

- Annual Meeting of the Association of American Geographers (AAG), Boston, MA: "Parks, Playgrounds, and Beaches: The Plan for a Healthy and Prosperous Los Angeles"

**1997** - Annual Symposium, Studies in Landscape Architecture, Dumbarton Oaks, Harvard University, Washington, DC: "Down the Garden Past"

- Annual Meeting of the AAG, Fort Worth, TX: "The Ritual of American Camping"

- Biennial Meeting of the American Society for Environmental History (ASEH), Baltimore, MD: "Imagining the Profitable Greenhouse: Heating Adoption and the Florification of the American Urban Landscape"

**1996** - Annual Conference on DC Historical Studies, Washington DC: "The Message of Landscape"

- Annual Meeting of the AAG, Charlotte, NC: "Administration, Development, and Access: The American Civic Association's Motivations for a National Park Service"

- Annual Meeting of the AAG, Charlotte, NC: "Nature as a Source of Goodness" (Panel)

- Annual Symposium, Studies in Landscape Architecture, Dumbarton Oaks, Harvard University, Washington, DC: "Virtue and Irony at Cades Cove"

**1995** - Annual Meeting of the AAG, Chicago, IL: "The American Civic Association and the National Park Service"

- Biennial Meeting of the ASEH, Las Vegas, NV: "Moral Order and the Origins of the National Park Service"

**1993** - Annual Meeting of the AAG, Atlanta, GA: "Viewing the Wilderness, or Recognizing Determinism in Two Environmental Movements"

**1992** - Annual Meeting of the AAG, San Diego, CA: "Creating Nature: The Use of Succession as a Technological Practice"

- Moderator and presenter at a colloquium on the nursery business and landscape architecture presented by Studies in Landscape Architecture, Dumbarton Oaks, Harvard University, Washington, DC. Presentation title: "The Historic Relationship between the Business of Ornamental Horticulture and the Art of Landscape Architecture"

**1991** - Annual Meeting of the AAG, Miami, FL: "From Local to National Parks: The Changing Scale of an American Interpretation of Nature"

- Fellows' Series at Dumbarton Oaks, Harvard University, Washington, DC: "`To Recognize the Good in the New:' Technology and Landscape in Nineteenth Century California"

Invited Lectures & colloquia:

**2020** – Keynote Speaker – "Outdoor Imaginaries: Camping in Modern America," Tourist Imaginaries and Mobility in the United States Conference, American Studies Program, University of Versailles Saint-Quentin-en-Yvelines, Versailles, France, February 6

**2019** – "'Roughing It Smoothly': American Autocamping in the Early Twentieth Century," Ohio University, Athens, OH, November 5

– "Modernity & Nature in America," Dumbarton Oaks Graduate Seminar, Washington, DC, May 21

– "Heading Out: To Walk in the Woods" at the Huntington Westerners, Pasadena, CA, May 4

**2018** – "'Roughing It Smoothly': The Appeal and Aftereffects of American Autocamping" at Montana State University, November 1

– "'Roughing It Smoothly': The Appeal and Aftereffects of American Autocamping" at Idaho State University, October 30

– "To Feel at Home in the Wild: E.P. Meinecke's Modern Autocampground" at Dumbarton Oaks, Washington, DC, October 17

– "Heading Out: To Walk in the Woods" at the Historical Society of Crescenta Valley, La Crescenta, CA, August 20

– "Heading Out: To Walk in the Woods" at the Pasadena Museum of History's At Home Series, May 22

– "Three California Connections" at Flintridge Bookstore, La Canada-Flintridge, CA, March 22

**2017** – "Values, Conflicts and America's Protected Lands" at Department of Geography and Environmental Studies, California State University San Bernardino, November 16 (for Geography Awareness Week)

– "The Value of Parks" in the District Planning and Compliance Course, California State Parks at the California Citrus Historic State Park, Riverside, CA, October 9

– "Fashionable Twaddle": Murray's Rush and America's First Camping Controversy" at the Kelly Adirondack Center, Union College, Schenectady, NY, August 9

– "Fashionable Twaddle": Murray's Rush and America's First Camping Controversy" for the public lecture series of the Adirondack Experience, Blue Mountain Lake, NY, August 7

– "Smoothing Out the Roughness: The Evolution of Camping Gear," National Museum of American History, Smithsonian Institution, Washington, DC, August 1

**2014** – "Swept Up in 'Murray's Rush': The Adirondack Beginnings of Camping in America" for the public lecture series of the Adirondack Museum, Blue Mountain Lake, NY, July 28

**2010** – "Camping: Between 'Roughing It' and Comfort" for Ontario Museum of History and Art, Ontario, CA, July 8

15

**2008** – "The Meaning of Golden Gate Park" for the Studio for Urban Projects, San Francisco, CA, October 18

- "Into the Wild: William H.H. Murray and the Beginning of American Camping" for the public lecture series of the Adirondack Museum, Blue Mountain Lake, NY, July 21

– "The Garage in the Forest: E.P. Meinecke's Modern Campground Program" for the Western History Workshop, Autry Center for the American West, Los Angeles, CA, February 7

**2007** – "Sequoias, Cars and the Transformation of Camping" for the California Historical Society, San Francisco, CA, December 6

– "Into the Wild" for the North American Environmental History Seminar, Huntington Library, San Marino, CA, March 10

**2006** – "Camping as American Palliative" for John Lyle Center for Regenerative Studies, Cal Poly Pomona, May 25

– "'A Recreation Ground for the Citizens': Frederick Law Olmsted's Abandoned San Francisco Park Plan" for California Studies Association, UC Berkeley, CA, April 20

- "A Park System for National Reform" for Pilgrim Congregational Church, Pomona, CA, February 7

**2005** – "German Influences on the Nineteenth-Century Greenspace of San Francisco" for the German Historical Institute and Bavarian American Academy, Munich, Germany, June 17

– "A Park System for National Reform" for Ontario Museum of History and Art, Ontario, CA, May 25

**2004** – "Building San Francisco's Parks" for Strybing Arboretum at the Conservatory of Flowers, Golden Gate Park, San Francisco, March 4

**2003** – "Liberty, Nature, and Public Places in the Writings of Alexis de Tocqueville and Frederick Law Olmsted", a Liberty Fund colloquia, Oak Park, Illinois, October 23-26, which came with a $900.00 stipend and all expenses paid.

- "Historical Geography of San Francisco's Parks" for California Council for the Humanities, San Francisco, CA, June 25

- "How Did We Get Here?: A Brief History of American Park Design" in Going Native: Planning and Maintaining Parks for a Changing Los Angeles, a conference organized by the USC Center for Sustainable Cities for the Los Angeles Department of Recreation and Parks, May 14

**2001** – San Gabriel Valley Council of Governments, Industry, CA

- Sierra Club, Angeles Chapter, West Los Angeles Group

**2000** - Department of Geography, University of Southern California

- Interdisciplinary Studies, California State University-Dominguez Hills

- Sierra Club, Angeles Chapter, Pasadena Group

- Sierra Club, Angeles Chapter, Palos Verdes/South Bay Group

16

- Historic Preservation Program, University of Southern California

**1999** - University of California, Los Angeles, California Geographic Alliance, Institute for Teaching Advanced Placement Human Geography

- California State University-Hayward, Department of Geography

- Texas A&M University, College Station, Department of Geography

- Clemson University, Department of Parks, Recreation and Tourism Management

**1998** - San Francisco State University, Department of Geography and Human Environmental Studies

**1997** - Louisiana State University, Baton Rouge, Department of Geography and Anthropology

**1996** - University of Delaware, Newark, History Workshop in Technology, Society, and Culture

- Smithsonian Institution, Washington, DC, National Museum of American History

- University of Maryland, College Park, Department of Geography

**1995** - University of Tennessee, Knoxville, Department of Geography

- Clemson University/Tri-County Technical College, Anderson, SC, SCUREF Program in Environmental Education

**1994** - Smithsonian Institution, Washington, DC, National Museum of American History

- University of South Carolina, Spartanburg, Department of Psychology

**1993** - University of South Carolina, Columbia, Department of Geography

- Clemson University, Department of Parks, Recreation, and Tourism Management

**1992** - University of Wisconsin, Madison, Department of Geography

**1991** - University of California, Los Angeles, Folklore and Mythology Program

- University of California, Los Angeles, Department of Geography

Commenter/Discussant

**2019** – Session Title: ""Getting Here: Travel, Capitalism, and Leisure in the Evolving West," Annual Meeting of the Western History Association, Las Vegas, NV, October 18

**2014** – Discussant concerning "925,000 Campsites," an exhibit by Martin Hogue, SUNY-Syracuse at WUHO, Woodbury University's Hollywood Art Gallery, Los Angeles, California, October  5

**2013** – Session Title: "Down and Out in Parks and Protected Areas: Social, Cultural and Historical Approaches," Annual Meeting of the Association of American Geographers, Los Angeles, California, April 10

**2007** – Session Title: "Constructed Nature: Urban Parks as Public Space/Civic Culture – Historical Perspectives," Annual Meeting of the Association of American Geographers, San Francisco, California, April 20

17

**2003** – Session Title: "Prehistoric Landscapes and Finite Resources," Haynes Foundation Conference: A Sustainable Future? Environmental Patterns and the Los Angeles Past, California Institute of Technology, Pasadena, California, September 19.  Available on the web at: http://today.caltech.edu/theater/03_04/la_sustainability/

**2000** - Session Title: "Playing Out-of-Doors between the Wars: The Role of Outdoor Recreation in Re-creating American Nature, 1919-1945," Annual Meeting of the American Historical Association, Chicago, Illinois

**1999** - Session Title: "When You Went to See Nature, What Did You See?," Annual Meeting of the American Society for Environmental History, Tucson, Arizona

Scholarly Fieldtrips

**2007** – "Los Angeles Against the Mountains" at the annual meeting of the Association of Pacific Coast Geographers, Long Beach, California, October 18

    - "The Great Sand Waste: An Historical Look at Golden Gate Park" at the annual meeting of the Association of American Geographers, San Francisco, California, April 19


**SERVICE**

Departmental Assignments

**2010 – 2013** – Departmental Website Administrator

Departmental Committees

**2019** – DRTP member

**2014 – 2020** – Chair, Faculty Presentations

**2014 – 2019** – Chair, Temporary Faculty RTP

**2007- 2009** – Policies and Procedures

**2002-2007** – Computer Lab Committee

**2002-2003** – Ad Hoc Committee on Combining GEO 200 and GEO 461

College Committees

**2012 – 2013, 2014 - 2015** – CLASS RTP Committee

**2003-2006, 2007- 2010** – Curriculum (co-member from our department with Michael Reibel in 2003-04)

**2004-2006** – International Education Committee

University Committees

**2002-2006, 2007 - 2013** – Course Grade Appeals

**2003-2005** – Faculty/Staff Affairs

18

**2002-2003** – Outstanding Staff Awards

Ph.D. Committees

Robert Dye, Department of Parks, Recreation and Tourism Management, Clemson University, Clemson, SC

Kathleen Mengak, Department of Parks, Recreation and Tourism Management, Clemson University, Clemson, SC

M.A./M.S./M.L.A. Committees

Angelica Rocha, Regenerative Studies Program, California State Polytechnic University – Pomona (Co-chair of committee) (MS awarded 2019)

Norma Saldana, Regenerative Studies Program, California State Polytechnic University – Pomona (MS awarded 2019)

Crystal Weintrub, Regenerative Studies Program, California State Polytechnic University – Pomona (MS awarded 2014)

Rachel Boldt (nee Camp), Regenerative Studies Program, California State Polytechnic University – Pomona (Chair of committee) (MS awarded 2012)

April Garbat, Department of Landscape Architecture, California Polytechnic State University – Pomona (MLA awarded 2011)

Jacob Feldman, Regenerative Studies Program, California State Polytechnic University – Pomona (MS awarded 2011)

Martin Hogue, Department of Landscape Architecture, University of Toronto (MLA degree awarded 2010)

Leslie Johnson, Department of Art, California State University – Long Beach (MA degree awarded 2007)

Doug Kent, Regenerative Studies Program, California State Polytechnic University – Pomona (MS degree awarded 2006)

Keith Miller, Department of Geography, California State University – Long Beach (MA degree awarded 2003)

Undergraduate Support

McNair Scholars Program, California State Polytechnic University – Pomona, Advisor for Jennifer Stevens, 2004-2005

McNair Scholars Program, California State Polytechnic University - Pomona, Advisor for Stephanie Marley, 2003-2004

Presentations Organized:

Individuals:

**2017** - Professor Gert Gröning from the Institute for the History and Theory of Design, University of the

19

Arts, Berlin, Germany to present a public lecture at California State Polytechnic University – Pomona entitled "Aspects of the Creation of the Prince Pűckler Estate at Bad Muskau, Germany – A UNESCO World Heritage Site"

   - Professor Brian Pompeii from the California Polytechnic State University, San Luis Obispo to present a public lecture at California State Polytechnic University – Pomona entitled "Unmet needs in a creeping hazard:  The Great California Drought in Tulare County"

**2015** - Professor Gert Gröning from the Institute for the History and Theory of Design, University of the Arts, Berlin, Germany to present a public lecture at California State Polytechnic University – Pomona entitled "Allotment Gardens in Germany"
   - Professor Lary Dilsaver from the University of South Alabama, Mobile, AL to present a public lecture at California State Polytechnic University – Pomona entitled "The Evolving Perception of Arid Lands and the Management of Joshua Tree National Park"

**2003** – Professor Gert Gröning from the Institute for the History and Theory of Design, University of the Arts, Berlin, Germany to present a public lecture at California State Polytechnic University – Pomona entitled, "Nazism and Landscape Architecture, A Strange Connection" as well as studios in the Landscape Architecture Department.  Co-organized with Professor Joan Woodward, Department of Landscape Architecture.

**1998** - Professor Edward Casey from the Department of Philosophy, State University of New York, Stony Brook to give a lecture at the Annual Meeting of the Association of American Geographers, Boston, MA. Professors J. Nicholas Entrikin (Geography, UCLA), Edward Relph (Geography, University of Toronto), and Edward Soja (Urban Planning, UCLA) responded.

**1994** - Professor Gert Groening from the Fachbereich Architektur, Hochschule der Kuenste Berlin, Germany to give a lecture at Clemson University on Nazi ideology and landscape architecture.

Series:

**2010** – "Sustainability and …", An eight week series of speakers during spring quarter for the John T. Lyle Center for Regenerative Studies, California Polytechnic University – Pomona

Group:

**2017** – "People, Politics, and Place in the Historic Shaping of America's Western National Parks" (One session of four speakers and a discussant) at the biennial meeting of the George Wright Society, Norfolk, VA, April 3

**2015** – "The Many Consequences of Seeing 'Nature'" (One session of five speakers) at the biennial meeting of the George Wright Society, Oakland, CA, March 30

**2015** – "The Internationalization of Nature Protection in North America" (One session of four speakers and a discussant) at the annual meeting of the American Society for Environmental History, Washington, DC, March 21

**2013** – "Bargaining with Distant Places: Historical and Cultural Aspects of Real and Virtual Travel" (One session of 4 speakers and a discussant) at the annual meeting of the Association of American Geographers, Los Angeles, CA, April

**2011** – "Seeing the Park in the Trees: Historical Approaches to Parks and Protected Areas" (One session of 5 speakers) co-organized with Yolonda Youngs, Oklahoma State University) at the annual meeting of the Association of American Geographers, Seattle, WA, April 13

**2010** – "To Protect and Serve: Explorations into the Nature-Culture Dialectic in America" (Four sessions of 16 speakers co-organized with Yolonda Youngs, Oklahoma State University and Geoff Buckley, Ohio University) at the annual meeting of the Association of American Geographers, Washington, DC, April 16

**2009** – "Parks Gone Wild: Exploring the Boundaries of Nature Protection" (Two sessions of 8 speakers co-organized with Yolonda Youngs, Arizona State University) at the annual meeting of the Association of American Geographers, Las Vegas, NV, March 24

**2008** – "Conversations with the Arch Amenity" (Three sessions of 12 speakers co-organized with Yolonda Youngs, Arizona State University) at the annual meeting of the Association of American Geographers, Boston, MA, April 18
     – "The Shifting Good of National Parks" at the annual meeting of the American Society for Environmental History, Boise, ID, March 14

**2007** – "Going Wild, Going Out of Bounds: Reshaping the American Encounter with Wilderness" (co-organized with Yolonda Youngs, Arizona State University) at the annual meeting of the Association of Pacific Coast Geographers, Long Beach, CA, October 20

     - "North American Parks and Protected Areas" (Three sessions of 12 speakers co-organized with Yolonda Youngs, Arizona State University) at the annual meeting of the Association of American Geographers, San Francisco, California, April 21

**2005** – "Ideology and Recreational Environments" at the annual meeting of the American Society for Environmental History, Houston, Texas, March 19.

**2004** – "Natural Camps, Natural Scenes and Naturists: Popular Environmentalism in the 1930s and Beyond" at the annual meeting of the American Society for Environmental History, Victoria, BC, April 2.

**2003** – "Desire, Escape, Identity, and Relevance: The Allure and (Ab)use of Tourist and Recreational Environments" at the Annual Meeting of the Association of American Geographers, New Orleans, LA, March 5.

**2002** – "Suburbanization in Southern California" at the Annual Meeting of the California Studies Association, San Juan Capistrano, CA

**2002** - "Managing the Rivers and Coast of Southern California" at the Annual Meeting of the California Studies Association, San Juan Capistrano, CA

**2002** - "Toward a Sustainable Los Angeles: A 'Nature's Services' Approach" at the Annual Meeting of the Association of American Geographers, Los Angeles, CA

**1996** - "Accessing America's Parks" at the Annual Meeting of the Association of American Geographers (AAG), Charlotte, NC

**1996** - "The Uses of Nature" at the Annual Meeting of the AAG, Charlotte, NC

**1993** - "Rethinking Environmental Determinism: New Perspectives on a Geographical Taboo" at the Annual Meeting of the AAG, Atlanta, GA

Manuscripts and proposals reviewed for:

*Agricultural History*
*Association of Pacific Coast Geographers Yearbook*
*California History*
Center for American Places/University of Chicago Press

*cultural geographies*
*Ecumene*
*Environmental History*
*Gender, Place and Culture*
*Geographical Review*
*GeoJournal*
*Historical Geography*
*Journal of Cultural Geography*
*Journal of Historical Geography*
*Journal of Planning History*
*Journal of Urban Design*
*Land Use Policy*
*Landscape Journal*
*Landscape Research*
Louisiana State University Press
National Science Foundation
*Pacific Historical Review*
*Park Stewardship Forum*
*Philosophy and Geography*
*Society and Space*
*Studies in the History of Gardens and Designed Landscapes*
US National Park Service
University of Massachusetts Press
University of Virginia Press
*Western Historical Quarterly*

<u>Other</u>

**2021-present** – Member, Publications Committee, George Wright Society

**2020-present** –  Vice Chair, Protected Areas Specialty Group, American Association of Geographers

**2013-2017** – Member, Editorial Board, *Environmental History*

**2013-2014** – Local Arrangements Committee for American Society for Environmental History's 2014 annual meeting in San Francisco, CA

**2012-2013** – Local Arrangements Committee for Association of American Geographers 2013 annual meeting in Los Angeles, CA

**2008-2011** – Publications Committee, Association of American Geographers

**2006-2007** – WINGS Advisory Board, Earth Science and Anthropology Department, Los Angeles Valley College, Valley Glen, CA (Project funded by USDA)

**2003-2004** – Program Committee for the 2004 meeting of the California Studies Association, Loyola Marymount University, Westchester, California

**2002-2006** – Steering Committee, California Studies Association

**2002** - Program Committee for the annual meeting of the Association of American Geographers, Los Angeles, California

**2002** - Program Committee for the annual meeting of the California Studies Association, Orange County, California

22

**2001** - Member, Technical Advisors, World of Ecology Exhibition, Los Angeles County Museum of Natural History

**2001** - Program Committee for the annual meeting of the American Society for Environmental History, Durham, North Carolina

**1999 to 2008** - Editorial Board, *Historical Geography*

**1995 to 1999** - Book Review Editor, *Historical Geography*

**1996** - Member, Teller Committee, Association of American Geographers

**1994 to 1998** - Director & Awards Committee Chair, AAG-Cultural Geography Specialty Group

**1993 to 1995** - Bibliographic compiler for the AAG-Historical Geography Specialty Group newsletter, *Past Place*

**1993-1994** - Judge for the AAG-Historical Geography Specialty Group student paper competition

**1993-1994** - Judge for the AAG-Cultural Geography Specialty Group student paper competition

**PROFESSIONAL MEMBERSHIPS**

American Society for Environmental History
American Association of Geographers
Association of Pacific Coast Geographers
European Society for Environmental History
George Wright Society

23

# Attachment 2

Citations

Barzun, Jacques. 1961. Classic, Romantic and Modern, 2nd Ed., Boston: Little, Brown & Co.

Beecher, Henry Ward. 1869. Eyes and Ears, Boston: Fields, Osgood, and Co.

Board of Commissioners. 1858. Minutes of the Proceedings of the Board of Commissioners of the Central Park, for the Year Ending April 30, 1858, New York: Wm. C. Bryant & Co.

Boyer, Paul. 1978. Urban Masses and Moral Order in America, 1820-1920, Cambridge: Harvard University Press.

Cranz, Galen. 2004. "Defining the Sustainable Park: A Fifth Model for Urban Parks" Landscape Journal 23(2): 102-120.

Cutler, Phoebe. 1989. "State Parks" in American Landscape Architecture: Designers and Places, Washington, DC: Preservation Press, 194-199.

Dilsaver, Lary M. 2016a. "An Act Authorizing a Grant to the State of California of the 'Yo-Semite Valley,' and of the land Embracing the 'Mariposa Big Tree Grove." Approved June 30, 1864 (13 Stat. 325)" in America's National Park System: The Critical Documents, 2nd Ed. Lanham: Rowman and Littlefield, 4-5.

1

Dilsaver, Lary M. 2016b. "An Act to Set Apart a Certain Tract of Land Lying Near the Headwaters of the Yellowstone River as a Public Park, Approved March 1, 1872 (17 Stat. 32)" in America's National Park System: The Critical Documents, 2nd Ed. Lanham: Rowman and Littlefield, 20-21.

Dilsaver, Lary M. 2016c. "Secretary Lane's Letter on National Park Management, May 13, 1918" in America's National Park System: The Critical Documents, 2nd Ed. Lanham: Rowman and Littlefield, 35-39.

Engbeck Jr., Joseph H. 1980. State Parks of California, from 1864 to the Present, Portland: C.H. Belding.

Freeman, Raymond L. 1989. "National Parks" in American Landscape Architecture: Designers and Places, Washington, DC: Preservation Press, 172-175.

Graff, M.M. 1985. Central Park-Prospect Park: A New Perspective, New York: Greensward Foundation.

Jefferson, Thomas. 1829 (1787). Notes on the State of Virginia, Boston: Wells & Lilly.

Landrum, Ney. 2004. The State Park Movement in America: A Critical Review, Columbia: University of Missouri Press.

Linden-Ward, Blanche. 1989. "Cemeteries" in American Landscape Architecture: Designers and Places, Washington, DC: Preservation Press, 120-125.

2

Lyle, John Tillman. 1994. Regenerative Design for Sustainable Development, New York: Wiley.

Mackintosh, Barry. 2005. The National Parks: Shaping the System, Rev. Ed., Harpers Ferry: Harpers Ferry Center.

McFarland, J. Horace. 1910. "Are State Parks Worth While?" typed manuscript, J. Horace McFarland Papers, Pennsylvania Historical and Museum Commission, Harrisburg.

McFarland, J. Horace. 1912. "Are National Parks Worth While?" typed manuscript, J. Horace McFarland Papers, Pennsylvania Historical and Museum Commission, Harrisburg.

Novak, Barbara. 1995. Nature and Culture: American Landscape and Painting, 1825-1875, Rev. Ed., New York: Oxford.

Olmsted, Frederick Law. 1990a (1865). "Preliminary Report upon the Yosemite and Big Tree Grove" in The Papers of Frederick Law Olmsted, Volume V: The California Frontier, 1863-1865, VP Ranney, GJ Rauluk, and CF Hoffman, Eds. Baltimore: The Johns Hopkins University Press, 488-516.

Olmsted, Frederick Law. 1990b (1865). "Preliminary Report in Regard to a Plan of Public Pleasure Grounds for the City of San Francisco" in The Papers of Frederick Law Olmsted, Volume V: The California Frontier, 1863-1865, VP Ranney, GJ Rauluk, and CF Hoffman, Eds. Baltimore: The Johns Hopkins University Press, 518-546.

Robinson, Charles Mulford. 1909. Modern Civic Art; or, The City Made Beautiful, 3rd Ed., New York: G.P. Putnam's Sons.

Rosenzweig, Roy and Elizabeth Blackmar. 1992. The Park and the People: A History of Central Park, Ithaca: Cornell University Press.

Schuyler, David. 1986. The New Urban Landscape: The Redefinition of City Form in Nineteenth-Century America, Baltimore: The Johns Hopkins University Press.

Schuyler, David and Censer, Jane Turner, Eds. 1992. The Papers of Frederick Law Olmsted, Volume VI: The Years of Olmsted, Vaux & Company, 1865-1874, Baltimore: The Johns Hopkins University Press.

Sellars, Richard West. 1997. Preserving Nature in the National Parks, A History, New Haven: Yale University Press.

Smith, Langdon. 2013. "Democratizing Nature Through State Park Development" Historical Geography 41: 207-223.

Spirn, Anne Whiston. 1984. The Granite Garden: Urban Nature and Human Design, New York: Basic Books.

Thacher, D. 2015. "Olmsted's police" Law and History Review 33(3): 577-620.

Young, Terence. 1996. "Social Reform Through Parks: The American Civic Association's Program for a Better America" Journal of Historical Geography 22(4): 460-472.

4

Young, Terence. 2004. Building San Francisco's Parks, 1850-1930, Baltimore: The Johns Hopkins University Press.

Young, Terence. 2018. "Frederick Law Olmsted's Abandoned San Francisco Park Plan" in The American Environment Revisited, Geoffrey L. Buckley and Yolonda Youngs, Eds. Lanham: Rowman & Littlefield, 145-160.

Young, Terence. 2022. "Outdoor Imaginaries: The Emergence of Camping in Modern America" *Mondes du Tourisme* 21: http://journals.openedition.org/tourisme/4790