UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID J. NASTRI, ESQ.<br>   *Plaintiff* | No. 3:23-cv-00056 (JBA) |
| v. | |
| KATIE DYKES, *in her official capacity,*<br>   *Defendant* | |

## DECLARATION OF ANTHONY ANTHONY

I, Anthony Anthony, declare as follows:

### Personal Background

1. I am the Chief Marketing Officer at the Connecticut Department of Economic and Community Development ("DECD").

2. As the Chief Marketing Officer at DECD, I am responsible for overseeing all marketing strategy, public facing messaging and narratives, and tactical initiatives across the agency, including the Office of Tourism.

3. As the Chief Marketing Officer at DECD, I am familiar with DECD's marketing and public communication efforts. Additionally, I am familiar with such efforts from my time working in the governor's office, where I was employed from May 2021 through March 2023. During this time, I served on the communications staff, including five months as director of communications and two months as special advisor to the governor, a strategic communications role taking on special projects to market the

1

governor's policy positions and the state. As director of communications, I was part of the governor's senior staff who helped administer and execute policy, including working with agencies like the Connecticut Department of Energy and Environmental Protection to market State parks and forests to Connecticut residents and visitors. Based on my experiences, I believe they are an integral part of Connecticut's extraordinary quality of life, something that not every state offers.

4. I am aware that a federal lawsuit in the above captioned case challenges a regulation in the State of Connecticut ("State") that generally prohibits individuals from carrying guns in State parks and forests.

5. The testimony in this Declaration is based upon my personal knowledge, which I have obtained through a combination of my training, observations, work experience, from reviewing relevant documents, and in speaking with colleagues within and outside DECD who themselves are knowledgeable about the subjects discussed herein. Any information I obtained from those outside sources is consistent with my own understanding of the subjects discussed herein.

## Background on DECD and the Office of Tourism

6. DECD is the State's lead agency responsible for strengthening the State's competitive position in the rapidly changing global economy. Among other

2

initiatives, DECD works to make tourism a leading economic contributor and a source of pride for the State.

7. The Office of Tourism is a department within DECD. As Chief Marketing Officer at DECD, I oversee all efforts to market the state, including the Office of Tourism.

8. Broadly speaking, the Office of Tourism promotes and markets what the State has to offer prospective tourists, as well as strengthening State pride within our current community of residents.

9. Through various initiatives and strategic partnerships with the business community and others, the Office of Tourism works to make tourism a leading economic contributor and source of pride for the State, strives to position the State as a prime destination for leisure and business travelers, and seeks to encourage strategic investment in the State. Such efforts are also designed to market the State as an attractive destination to live for future residents.

10. In furtherance of these overarching objectives, DECD and the Office of Tourism create television advertisements, operate several social media channels, publish e-Newsletters, and manage the CTVisit.com website.

11. By viewing and/or accessing the information provided across these various mediums, individuals can see, read, and/or hear what the State has to offer to prospective tourists and residents.

12. To help carry out its objectives and assess the impact of tourist visitation on the State, the Office of Tourism works closely with Adams & Knight, Inc., a third-party agency, to market the State, track analytical data captured through surveys, and conduct relevant research regarding visitation and public sentiment in order to market the State's assets more effectively.

## Tourism in Connecticut Generally

13. Recent data illustrates that tourism is an important contributor to the State's economy. For example, in 2022, tourist spending generated $17 billion for State businesses, led to $1.1 billion in State and local tax proceeds (excluding casino revenue), grossed $1.3 billion in lodging income, and supported approximately 120,000 jobs. In 2021, tourist spending generated $15.4 billion for State businesses, grossed $892 million in lodging profits, and supported approximately 111,000 jobs.

14. In 2022, approximately 66.6 million tourists visited the State. In 2021, approximately 64.8 million tourists visited the State.

15. In 2022, approximately 7.1 million users accessed CTVisit.com. In 2021, approximately 7 million users accessed CTVisit.com.

## State Parks and Forests Play a Key Role in Connecticut's Tourism Efforts

16. The State's parks and forests are a key part of the State's efforts to promote and market what the State has to offer prospective tourists and residents.

4

17. For example, State parks and forests are marketed or promoted in some form in approximately 90% of our marketing efforts.

18. Additionally, many of the articles marketing and advertising the State on CTVisit.com leverage the State's parks and forests and promote activities commonly experienced in such locations like hiking, biking, kayaking, going to the beach, walking a dog, viewing fall foliage, and viewing waterfalls. Just last year, more than 5 million individuals read such articles that were posted on CTVisit.com.

19. CTVisit.com also has pages dedicated to "Parks & Forests,"[1] "Hiking & Biking,"[2] "Beaches,"[3] and "Nature & Outdoors."[4] Each of these pages promote the State's parks and forests, at least in part, in an effort to attract tourist visitation to the State.

20. CTVisit.com also posts various stories, such as "Instagrammable CT: On the Water at Connecticut's State Parks,"[5] "6 Parks Kids will Love,"[6] "Favorite Park Closed? Here Are Others to Try,"[7] and "Connecticut's Best Swimming Holes!"[8] Each of these stories are additional examples of the State's

---

[1] See https://www.ctvisit.com/interest/parks-forests.
[2] See https://www.ctvisit.com/interest/hiking-biking.
[3] See https://www.ctvisit.com/interest/beaches.
[4] See https://www.ctvisit.com/interest/nature-outdoors.
[5] See https://ctvisit.com/articles/instagrammable-ct-water-connecticuts-state-parks.
[6] See https://ctvisit.com/articles/6-parks-kids-will-love.
[7] See https://ctvisit.com/articles/favorite-park-closed-here-are-others-try.
[8] See https://ctvisit.com/articles/connecticuts-best-swimming-holes.

5

marketing content that promotes various State parks and what they have to offer prospective tourists and in-state residents.

21. Currently, 156 articles on the CTVisit.com website specifically promote at least one State park or forest by name. And during the height of the COVID-19 pandemic, approximately 100% of the Office of Tourism's messaging efforts focused on promoting State parks and forests.

22. Many of the television advertisements organized by DECD and the Office of Tourism similarly showcase the outdoor activities that tourists can enjoy in places like State parks and forests.[9]

23. State parks and forests are a huge attraction for both in-state and out-of-state visitors because of the diverse offerings that people can experience at such locations like hiking, water activities, beautiful scenery, and countless other experiences. The State capitalizes on such offerings in some capacity in most of its efforts to market and promote the State, and such marketing and promotional materials seek to portray State parks and forests as locations that are beautiful, scenic, peaceful, leisurely, and inclusive for people and families of all walks of life.

---

[9] A link to the Office of Tourism's current television advertising campaign, which shows some of the activities that people can enjoy in State parks and forests as part of the diverse array of activities that people can enjoy in the State, is available here: https://we.tl/t-E33HQYlZFt.

## The Presence of Firearms in State Parks and Forests Could Impact the State's Marketing Efforts

24. If guns were generally allowed in State parks and forests, that could impact the State's marketing efforts in various ways. Among other things:

    a. If an incident occurred involving the discharge or display of a firearm in a State park or forest, that would likely have a huge impact on individuals wanting to engage in activities like hiking in the woods, bringing their children to such locations, or otherwise visiting a State park or forest. And such an incident would cause the State to consider stopping any marketing efforts in State parks or forests until public discourse about the incident settled down.

    b. Similarly, an incident involving the discharge or display of a firearm in a State park or forest could lead to an increase in the State's marketing or promotional expenses because our marketing efforts might need to change in order to put people at ease about visiting State parks and forests—some of the State's most important marketing assets.

    c. We have made progress in recent years in promoting and marketing Connecticut, seeing an improvement in how residents and visitors feel about the state's reputation and offerings. If an incident involving the discharge or display of a firearm occurred, it would set back the progress and good will we have built up. Additionally, it would require a dramatic shift in our strategies, budgeting, and tactical planning for the future as

7

    reputation management is a key part of DECD's communications strategy,

    which goes hand in hand with our marketing initiatives.

Pursuant to 28 U.S.C. § 1746, I, Anthony Anthony, state under penalty of perjury that the foregoing declaration is true and accurate to the best of my knowledge, information, and belief.

Executed: March 28, 2023

                _____
                Anthony Anthony