UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

DAVID J. NASTRI, ESQ.,
   *Plaintiff*,

v.

KATIE DYKES, *in her official capacity*,
   *Defendant*.

No. 3:23-cv-00056 (JBA)

## DECLARATION OF GARY HIGHSMITH

I, Gary Highsmith, declare as follows:

**Professional Background**

1. I am the Superintendent of Hamden Public Schools. I have held this position since September of 2022.

2. From 1995 to 2000, I was a Social Studies Teacher at Troup Magnet Academy of Science in New Haven, CT.

3. From 2000-2002, I was an Assistant Principal at East Rock Global Magnet School in New Haven, CT.

4. From 2002-2006, I was Principal of L.W. Beecher Elementary School in New Haven, CT.

5. From 2006-2015, I was Principal of Hamden High School in Hamden, CT.

6. From 2015-2021, I was Director of Human Resources for Hamden Public Schools in Hamden, CT.

1

7. From 2021-2022, I was Assistant Superintendent for Human Resources and Administration for Hamden Public Schools in Hamden, CT.

8. I have a Bachelor of Arts Degree in American History from Southern Connecticut State University (SCSU, 1989).

9. I have a Masters of Science Degree in American History from SCSU (1995).

10. I have a Sixth Year Degree in Educational Leadership from SCSU (2001).

11. I have a valid State of Connecticut Teaching Certificate in 7-12 Social Studies (since 1995).

12. I have a valid Sixth Year Certificate in Administrative Leadership (since 2000).

13. I have a valid State of Connecticut Superintendent's Certificate (since 2017).

14. As Superintendent, I serve as the chief executive officer of the Hamden Board of Education. In harmony with the policies of the Hamden Board of Education and state law, I have executive authority over the school system and I am responsible for the day-to-day operations and supervision of the school district. I have the general authority to act at my discretion, subject to later approval by the Board of Education,

2

upon all emergency matters and those as to which my powers and duties are not expressly limited or are not particularly set forth. I advise the Board on policies and plans that the Board takes under consideration, and I take the initiative in presenting to the Board policy and planning issues for the Board's attention.

15. I am responsible for final decisions regarding personnel, and maintain the authority to direct other administrators in the district to serve as my designee when appropriate in matters related to personnel.

16. I am also responsible for academic programming from grades K-12. For field trips, final approval rests with me or my designee as appropriate.

17. It is my understanding that the above-captioned case involves the permissibility of individuals to carry firearms in any State Park or Forest in Connecticut.

18. The testimony in this declaration is based upon my personal knowledge, which I have obtained through a combination of my training, observations, work experience, employment history, review of relevant documents, and in speaking with colleagues within and outside of the Hamden Public Schools system who themselves are knowledgeable about the subjects discussed herein. Any information I

3

obtained from those outside sources is consistent with my own understanding of the subjects discussed herein.

## Background on Hamden Public Schools

19. As of March 24, 2023, The Hamden Public School District enrolls 5,479 students district-wide.

20. The Hamden Public School District consists of eight elementary schools, one middle school, one high school, one secondary alternative program (The Hamden Collaborative Learning Center) and one special education Pre-K school (The Alice Peck Learning Center).

21. The names of all Hamden Public Schools (and programs) are as follows, with student population listed parenthetically:

Alice Peck Learning Center (132)
Bear Path Elementary School (433)
Church Street Elementary School (293)
Dunbar Hill Elementary School (302)
Helen Street Elementary School (364)
Ridge Hill Elementary School (313)
Shepherd Glen Elementary School (288)
Spring Glen Elementary School (380)
West Woods Elementary School (317)
Hamden Middle School (832)

4

Hamden High School (1687)

Hamden Collaborative Learning Center (61)

Wintergreen (Special Ed. Elementary classes) (77)

## The Impact of the Presence of Guns in State Parks and Forests

22. The Town of Hamden currently has three State Parks: 1) Sleeping Giant State Park; 2) West Rock Ridge State Park; and 3) Farmington Canal Greenway State Park (shared by Hamden and Cheshire). It is worth noting here that Quinnipiac River State Park is in North Haven, CT and is, therefore, contiguous to the Town of Hamden, as is Lighthouse Point Park in New Haven, CT.

23. In May/June of 2022, primarily sophomore Hamden High School students participated in the Quinnipiac University Advancing Diversity in Science (QUADS) Program that took place at Sleeping Giant State Park. The QUADS Program is designed to engage Connecticut high school students in developing science skills and knowledge through a place-based science educational experience. The QUADS Program was based in Sleeping Giant State Park for team building and hiking. Students participating in this program visited Sleeping Giant State Park daily for a four-week period.

24. If individuals were allowed to carry firearms in State Parks and Forests, and the QUADS Program was again based at Sleeping Giant

State Park, I would not allow our students to participate due to safety concerns. Similarly, if the QUADS program were to take place at another State Park or Forest, I would not allow our students to participate due to the same safety concerns.

25. If individuals were allowed to carry firearms in State Parks and Forests that would, in effect, deny our students an opportunity to take advantage of any educational program taking place in any such State Parks or Forests.

26. It is my understanding that organizers of the QUADS Program have had preliminary discussions about going back to Sleeping Giant State Park in the Spring of 2023, but that decision has not been finalized yet.

27. In prior years, other classes throughout Hamden Public Schools have gone to Sleeping Giant State Park for the purposes of utilizing the nature trails, for plant identification, and to learn about some of its geological history. These trips were for school field trips.

28. In prior years, teachers in Hamden Public Schools have taken their students to Lighthouse Point Park for the purposes of doing low-tide collections and subsequent plant and animal identification, and also to engage in beach studies (i.e. transect and erosion studies). These were also school sponsored field trips.

6

29. A Hamden High School Science Teacher is currently planning a trip to Sleeping Giant State Park for the Spring 2023 as an incentive for students who have made the honor roll.

30. If individuals were allowed to carry firearms in State Parks and Forests, I would immediately notify all of the district's parents and guardians of the change in the law. I can say with full confidence that our parents and guardians would be extremely concerned about their child being in a State Park or Forest if people are allowed to carry guns there. I also believe that parents would, if made aware a change in the law such that individuals could carry firearms in State Parks and Forests, not allow their children to attend any school-sponsored trips to State Parks or Forests due to safety concerns.

31. Relatedly, if individuals were allowed to carry firearms in State Parks and Forests, I would consider not allowing our students to participate in such school-sponsored field trips to such locations due to safety concerns.

32. It is my understanding that The Town of Hamden offers summer programming through the Town of Hamden's Recreation Department for children ages 3½ years old to 14/15 years old. It is my understanding that hundreds of Campers in that summer program have gone to Sleeping Giant State Park.

7

33. If individuals were allowed to carry firearms in State Parks or Forests, I would urge the Mayor's Administration to reconsider allowing Campers participating in the summer program to visit Sleeping Giant State Park. Similarly, if Campers from the summer program were to visit other State Parks or Forests, I would urge the Mayor's Administration to reconsider allowing campers to visit such State Parks or Forests due to the same safety concerns.

34. It is my understanding that the pending lawsuit implicates State Parks and Forests, but I would have a concern about the lawsuit's applicability to parks in general.

35. In that regard, it is important to note here that over the years, we have received reports of students using social media in order to arrange fights in the park in the Town of Hamden.

36. My concern regarding the lawsuit's potential impact on all parks would be that someone (whether connected to the prearranged physical altercations or not) would be carrying a gun and use the gun to either break up the fight (i.e. vigilantism) or use the gun to harm an adversary.

37. To reiterate, if individuals were allowed to carry firearms in State Parks and Forests, it would have a chilling effect on our students'

8

38. As with any school-sponsored activity occurring off school grounds, there are numerous general safety concerns. Allowing firearms in State Parks and Forests would add an additional layer of concern that our students and staff should not have to worry about, and which would impact my decision-making regarding whether to allow our students to participate in such school-sponsored activities in State Parks and Forests.

Pursuant to 28 U.S.C. § 1746, I, Gary Highsmith, state under penalty of perjury that the foregoing declaration is true and accurate to the best of my knowledge, information, and belief.

Executed: March 28, 2023

Gary Highsmith

9