UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ.<br>*Plaintiff,* | : <br> : <br> : <br> : | No. 3:23-cv-00056 (JBA) |
| v. | : <br> : | |
| KATIE DYKES, *in her official capacity,*<br>*Defendant.* | : <br> : | |

### DECLARATION OF MARK BENIGNI, Ed.D.

I, Mark Benigni, Ed.D., declare as follows:

### Background

1. I am the superintendent of the Meriden Public Schools, where I have served since 2010. Prior to that, I was the principal of Cromwell High School and an adjunct professor of Educational Leadership at Southern Connecticut State University.

2. I obtained my Ed.D. from the University of Hartford in 2001 and my Master's in Education in 1996.

3. I am the co-author of two books published by Rowman & Littlefield Education. I have also authored over 30 articles in various educational journals and publications.

4. My most recent book, *The Great Equalizer: Six Strategies to Make Public Education Work in America,* was published in 2022.

5. I am aware that a federal lawsuit in Connecticut in the above captioned case challenges a state regulation that generally prohibits individuals from carrying guns in state parks and forests.

6. The testimony in this Declaration is based upon my personal knowledge, which I have obtained through a combination of my training, observations, work experience, employment history, review of relevant documents, and in speaking with colleagues within and outside of the Meriden Public Schools system who themselves are knowledgeable about the subjects discussed

1

herein. Any information I obtained from those outside sources is consistent with my own understanding of the subjects discussed herein.

## District Profile

7. Meriden Public Schools has 13 schools (8 elementary, three middle, and two high schools), three programs, and over 8,700 students.

8. 75% of our students identify as students of color.
   a. 3% identify as American Indian.
   b. 2% identify as Asian.
   c. 16% identify as Black.
   d. 46% identify as Hispanic/Latino.
   e. 10% identify as Multiple Ethnicities.
   f. 22% identify as White.

9. 77% of our students qualify for free/reduced-price meals; however, we provide universal free breakfast and lunch.

10. 19% of our students are in special education.

11. 17% of our students identify as Multilingual learners.

12. As superintendent of schools, my primary responsibility is to provide a safe, engaging learning environment for all our students. Our goal is to ensure that all of our learners leave our schools prepared for college, career, and civic life.

## School Field Trips

13. Our schools visit state parks and forests a few times a year and have done so for a number of years.

14. Parks and forests recently visited over the past few years by our schools include Hammonasset Beach State Park, Indian Rock Nature Center, Dinosaur State Park, and Sleeping Giant State Park. Examples of those visits are listed in the attached table, which provides a true and accurate reflection of our schools' trips to state

parks and forests (Attachment 1).[1]

15. These state parks and forests were visited by all levels of our schools, elementary, middle, and high school.

16. Field trips to state parks and forests are cost-effective ways to enhance course curricula, our schools have frequently used them in the past, and I expect that they will continue to do so in the future.

17. Our schools organize field trips months in advance, including arranging transportation and having parents complete permission slips.

18. I anticipate that plans by our schools to go on more field trips, including visits to state parks and forests, will increase as restrictions and concerns surrounding the COVID-19 pandemic continue to subside.

19. Principals at each school provide initial approval of any field trips that are in Connecticut, including to state parks and forests.

20. Ultimately, the superintendent and assistant superintendents in our district's Central Office determine the acceptability of any field trip.

### Impact of the Presence of Guns at State Parks and Forests

21. If individuals were permitted to carry guns in state parks and forests, that would impact our schools' plans to visit such locations in the following ways:

    a. It might eliminate the location as a field trip option for our students.

    b. It will likely require additional information to be shared with parents and other language in the permission slips shared with them.

---

[1] The locations bolded in Attachment 1 correspond with state parks and forests and similar locations visited by Meriden Public Schools in recent years. The names of our schools that visited such locations, or their acronyms, are listed directly below the bolded locations.

c. If state park and forest rules change, and individuals were allowed to carry guns in those locations, we would undoubtedly notify parents before having them complete a permission slip.

d. If parents were informed that individuals were allowed to carry guns in state parks and forests, I am confident that such information would be received with mixed emotions and would influence parents' decisions to let their children participate in field trips to state parks and forests. I suspect that some, if not many, parents would not want to send their children on field trips to state parks and forests if they were informed that individuals were allowed to carry guns in those locations.

e. It might impact our schools' staffing and programming. For example, if parents did not want to send their children on a planned field trip to a state park or forest due to the possible presence of guns, that would require us to hire substitute teachers to supervise students who are not attending the field trip.

f. It might result in parent volunteers accompanying our students on field trips to state parks and forests requesting to carry their own guns with them. If that were to happen, that would create various complications for our schools.

g. We might consider sending the School Resource Officer (SRO), who is a police officer that works in a school setting, on the field trip to the state park or forest. Having police officers with a weapon might make some parents more comfortable sending their children on the trip. However, the trip might need to be canceled if the SRO is unavailable.

h. The uncertainties of this environment and caution for potential safety risks may result in pressure from students, staff, and families to eliminate onsite trips. Instead, we may need to consider having state park and forest representatives visiting our schools rather than our students experiencing the state parks and forests for themselves.

22. In short, the ability for individuals to lawfully carry guns in state parks and forests will require our district's Central Office to consider various factors before deeming it acceptable to send our students on

4

        field trips to such locations.

23. Current law supports utilizing our state parks and forests for student field trips.

24. Allowing the presence of guns could jeopardize state parks and forest usage for our students going forward.

Pursuant to 28 U.S.C. § 1746, I, Mark Benigni, Ed.D., state under penalty of perjury that the foregoing declaration is true and accurate to the best of my knowledge, information, and belief.

Executed: March 28, 2023

*Mark Benigni*

Mark Benigni, Ed.D.

# Attachment 1

| Meriden Public Schools | | | |
|---|---|---|---|
| **Facility** | Dates | | |
| **Dinosaur State Park** | | | |
| Ben Franklin | 11/17/2021 | | |
| N. Hale | 5/29/2019 | | |
| **Hammonasset/ Meigs Point** | | | |
| N. Hale | 2019 | | |
| WMS | 5/17/2019 | 5/21/2019 | |
| MHS | Once per year every spring pre-Covid | | |
| PHS | 5/10/2022 | | |
| **Indian Rock Nature Center** | | | |
| John Barry | 4/20/2022 | | |
| N. Hale | 5/23/2022 | | |
| Hanover | 5/8/2018 | | |
| Putnam | 4/2015 | 4/25/2018 | 6/20/2022 |
| **Sleeping Giant** | | | |
| PHS | 5/27/2022 | | |