# Exhibit 1

# MINUTES OF PROCEEDINGS

OF THE

# BOARD OF COMMISSIONERS

OF THE

# CENTRAL PARK,

FOR THE

## YEAR ENDING APRIL 30, 1858.

———◄••►———

NEW YORK:

WM. C. BRYANT & CO., PRINTERS, 41 NASSAU ST., COR. LIBERTY.

———

1858.

Digitized by Google

0002

## State of New York:

I, the subscriber, one of the Commissioners of the Central Park, named in and by an Act of the Legislature of the State of New York, entitled "An Act for the Regulation and Government of the Central Park in the City of New York," passed April 17th, 1857, do solemnly swear that I will support the Constitution of the United States and the Constitution of the State of New York, and that I will faithfully discharge the duties of the office of a Commissioner of the Central Park, according to the best of my ability.

| | |
|---|---|
| Sworn and subscribed, this 28th day of April, A. D., 1857, before me.     TH. W. CLERKE, A Justice of the Supreme Court of the State of New York. | ANDW. H. GREEN, J. F. BUTTERWORTH, JAMES HOGG, THOS. C. FIELDS, CHARLES W. ELLIOTT, JNO. A. C. GRAY, WM. K. STRONG, ROBT. J. DILLON, J. E. COOLEY. |

Sworn and subscribed, this 29th day of April, 1857, before me by Waldo Hutchins. } WALDO HUTCHINS.

           TH. W. CLERKE.

Sworn and subscribed this 30th day of April, 1857, before me, by Charles H. Russell. } CHS. H. RUSSELL.

           TH. W. CLERKE.

CLERK'S OFFICE,
CITY AND COUNTY OF NEW YORK. } ss.

I certify that the preceding is a true copy of the original thereof, which was this day filed in my office, and of the whole of such original.

[SEAL.]

In testimony whereof, I have hereunto set my hand and affixed my official seal, this 30th day of April, A. D., 1857.

           RICHD. B. CONNOLLY,
                 Clerk.

374188

Digitized by Google

## TUESDAY, MARCH 16, 1858.

### REGULAR MEETING—3 P. M.

#### PRESENT:

Commissioner Gray,  
    "     Dillon,  
    "     Russell,  
    "     Butterworth,  
    "     Hutchins,  

Commissioner Fields,  
    "     Green,  
    "     Strong,  
    "     Hogg.

On motion, the reading of the minutes of the previous meeting was dispensed with.

On motion of Mr. BUTTERWORTH, it was

*Resolved*, That the Annual Report of this Board to the Common Council, dated January 30, 1858, be printed as one of the documents of this Board.

As follows:

*Ayes*—Messrs Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

On motion of Mr. DILLON, the ordinances recommended by the Superintendent were adopted, as follows:

"Be it ordained by the Commissioners of the Central Park:

All persons are forbidden

To enter or leave the Park except by the gateways.

To climb or walk upon the wall.

To turn cattle, horses, goats or swine into the Park.

To carry fire-arms or to throw stones or other missiles within it.

To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the Park;

Or to converse with, or in any way hinder those engaged in its construction.

All persons offending against these ordinances shall be deemed guilty of misdemeanor, and be punished, on conviction before the Mayor, Recorder, or any magistrate of the city of New York. by a fine not exceeding fifty dollars; and, in default of payment, by imprisonment not exceeding thirty days."

Visitors may obtain all necessary information and directions from the police.

The business offices and the police station of the Park are on Fifth avenue at Seventy-ninth street."

Mr. DILLON also moved the adoption of the following:

*Ordered*, That the Superintendent cause these ordinances to be posted on the Park, in such number and manner as he may deem advisable.

*Ordered*, That it be published for ten days in the Daily Times, Tribune, Sun, and Staats Zeitung.

Which was carried, as follows:

*Ayes*—Messrs. Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

A communication from the Chief Engineer, submitting a report on " A Comprehensive Plan of Drainage " of the Park, accompanied by a map of the same, was received.

Mr. DILLON moved that the report be printed and referred to the Committee on Draining and Sewerage.

Which was carried, as follows:

*Ayes*—Messrs. Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

A report from the Chief Engineer, announcing the completion of the sectional and drainage maps of the Park, and the discharge of all persons directly employed by him, was referred to the Executive Committee.

A communication from the same, as to a plan for receiving within the limits of the Park the waste water from the present and new reservoirs, was also referred to the Executive Committee.

A communication from Thomas F. Webb, as to furnishing blasting powder for the Park, was also referred to the same committee.

# Exhibit 2

# ANNUAL REPORTS

OF THE

## BROOKLYN

# PARK COMMISSIONERS.

## 1861—1873.

———•◦•———

REPRINTED
BY ORDER OF THE BOARD,
WITH SUCH ACTS OF THE LEGISLATURE
IN THEIR AMENDED FORM,
AS RELATE TO THE
BROOKLYN PARKS, AND THEIR MANAGEMENT.

———•◦•———

JANUARY,
1873.

Generated on 2023-02-10 23:29 GMT / https://hdl.handle.net/2027/ucl.c070473596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google


Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

# SEVENTH ANNUAL REPORT

OF THE

# COMMISSIONERS OF PROSPECT PARK.

1867.

Generated on 2023-02-10 23:29 GMT / https://hdl.handle.net/2027/uc1.c070473596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

# PARK ORDINANCE, No. 1.

The Commissioners of Prospect Park, in the city of Brooklyn, do ordain as follows:

ARTICLE I.—All persons are forbidden,

1. To take or carry away any sod, clay, turf, stone, sand, gravel, leaves, muck, peat, wood, or anything whatever belonging to the park, from any part of the land embraced within the boundaries of the park;

2. To climb upon, or in any way cut, injure, or deface any tree, shrub, building, fence, or other erection within the park;

3. To turn cattle, horses, goats, swine, or poultry of any description upon the park;

4. To carry firearms, or to throw stones or other missiles within the park;

5. To hinder or in any manner delay or interfere with men employed upon the park;

6. To expose any article or thing for sale, or engage in any picnic or game upon the park, except by permission derived from the Board of Commissioners;

7. To post or otherwise display any bill, notice, advertisement, or other paper or device upon any tree, structure, or other erection within the park, or upon any of its inclosures.

ARTICLE II.—Any person who shall violate or offend against any of the provisions of the foregoing article, shall be deemed guilty of a misdemeanor, and shall be punished on conviction, before any court of competent jurisdiction in the county of Kings, by a fine not exceeding fifty dollars, and in default of payment, by imprisonment not exceeding thirty days.

Generated on 2023-02-10 23:28 GMT / https://hdl.handle.net/2027/uc1.c070473596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google



Original from
UNIVERSITY OF CALIFORNIA

# Exhibit 3

# L A W S

OF THE

## GENERAL ASSEMBLY

OF THE

## STATE OF PENNSYLVANIA,

PASSED AT THE

## SESSION OF 1868,

In the Ninety-second Year of Independence.

## WITH AN APPENDIX.

BY AUTHORITY.

HARRISBURG:
SINGERLY & MYERS, STATE PRINTERS.
1868.

No. 1019.

## A Supplement

To an act, entitled "An Act to Incorporate the Farmers' Coal and Iron
Company," approved the seventeenth day of April, Anno Domini
one thousand eight hundred and sixty-six.

SECTION 1. *Be it enacted by the Senate and House of Represen-*
*tatives of the Commonwealth of Pennsylvania in General Assem-*
*bly met, and it is hereby enacted by the authority of the same,*
That said company shall have the power and authority to **Authorized to** build a bridge across the Susquehanna river, so that the same **construct** may be a toll and railroad bridge, and charge and receive **bridge.** tolls for crossing the same.

SECTION 2. That it shall be lawful for any other chartered **Other corpora-** company to subscribe to the capital stock of this company or **tions may sub-** to loan the said company money. **scribe to capital stock.**

SECTION 3. That said company shall have the right to ex- **May extend** tend their railroad and branches, and cross at grade the tracks **railroad, &c.** of any railroads now made or hereafter to be made, in such manner as to connect with any other railroads or to any land-ings on any canal or slack-water navigation.

ELISHA W. DAVIS,
Speaker of the House of Representatives.

JAMES L. GRAHAM,
Speaker of the Senate.

APPROVED—The fourteenth day of April, Anno Domini one
thousand eight hundred and sixty-eight.

JNO. W. GEARY.

No. 1020.

## A Supplement

To an act, entitled "An Act appropriating ground for public purposes
in the city of Philadelphia," approved the twenty-sixth day of March,
Anno Domini one thousand eight hundred and sixty-seven.

SECTION 1. *Be it enacted by the Senate and House of Represen-*
*tatives of the Commonwealth of Pennsylvania in General Assem-*
*bly met, and it is hereby enacted by the authority of the same,*
That the boundaries of the Fairmount park, in the city of **Boundaries of** Philadelphia, shall be the following, to wit: Beginning at a **Fairmount park** point in the north-easterly line of property, owned and occu- **defined.**

confirmed by the court, the valuation made shall be forthwith payable by the city of Philadelphia.

SECTION 11. The city of Philadelphia shall be authorized and required to raise, by loans from time to time, such sums of money as shall be necessary to make compensation for all grounds heretofore taken or to be taken for said Fairmount park, and for the laying out and construction thereof for public use, for the permanent care and improvement thereof, and for all culverts and other means for preserving the Schuylkill water pure for the use of the citizens of said city, and shall annually assess taxes for keeping in repair and good order the said park, and shall also provide for the payment of the interest on all said loans and the usual sinking fund for the redemption thereof. *City to effect loans to make compensation for grounds taken, &c.*

SECTION 12. The said park commissioners shall from time to time appoint such officers, agents and subordinates as they may deem necessary for the purposes of this act and the act to which this is a supplement, and they shall prescribe the duties and the compensation to be paid them; and so much of the second section of the act to which this is a supplement, as requires that the secretary shall be chosen from the commissioners, be and the same is hereby repealed. *Commissioners to appoint officers, agents, &c.*

SECTION 13. It shall be lawful for said park commissioners to acquire title to the whole or any tract of land, part of which shall fall within the boundaries mentioned in the first section of this act, and to take conveyance thereof in the name of the city of Philadelphia; and such part thereof as shall lie beyond or within the said park limits again to sell and convey in absolute fee simple to any purchaser or purchasers thereof by deeds, to be signed by the mayor under the seal of the city, to be affixed by direction of councils, either for cash or part cash, and part to be secured by bond and mortgage to the city, paying all cash into the city treasury: *Provided*, That the proceeds of such sales shall be paid into the sinking fund for the redemption of the loan created under the provisions of this act: *Provided also*, That no commissioner nor any officer under the park commission shall in any wise be directly or indirectly interested in any such sale of lands by the commissioners as aforesaid; and if any commissioner or officer aforesaid shall act in violation of this proviso, he shall, if a commissioner, be subject to expulsion, if an officer, to be discharged by a majority of votes of the board of park commissioners, after an opportunity afforded of explanation and defence. *May acquire and sell lands situate in part within boundaries mentioned.* *Proviso.* *Proviso.*

SECTION 14. The said board of commissioners shall annually hereafter, in the month of December, make to the mayor of the city of Philadelphia a report of their proceedings and a statement of their expenditures for the preceding year. *To make report to mayor annually.*

SECTION 15. The said park commissioners shall have exclusive power to lease from year to year all houses and buildings within the park limits, which may be let without prejudice to the interests and purposes of the park by leases, to be signed by their president and secretary, and to collect the rents and pay them into the city treasury. *May lease houses, &c., within park limits.*

**Buildings erected on grounds built on boat clubs, &c., relative to.**

SECTION 16. All houses and buildings now built or to be built on any part of the park grounds, by or for boat or skating clubs, or zoological or other purposes, shall be taken to have rights subordinate to the public purposes intended to be subserved by acquiring and laying out the park, and shall be subject to the regulations of said park commissioners under licenses, which shall be approved by the commission and signed by the president and secretary, and will subject them to their supervision and to removal or surrender to the city whensoever the said commissioners may require.

**Commissioners may accept property upon trusts.**

SECTION 17. The said park commissioners shall have power to accept in the name and behalf of the city of Philadelphia devises, bequests and donations of lands, moneys, objects of art and natural history, maps and books, or other things, upon such trusts as may be prescribed by the testator or donor: *Provided*, Such trusts be satisfactory to the commission and compatible with the purposes of said park.

**Proviso.**

**Debts to bind commissioners, how created.**

SECTION 18. None of the park commissioners nor any person employed by them shall have power to create any debt or obligation to bind said board of commissioners, except by the express authority of the said commissioners at a meeting duly convened.

**Management, &c., of park**

SECTION 19. The said park commissioners shall have the power to govern, manage, lay out, plant and ornament the said Fairmount park, and to maintain the same in good order and repair, and to construct all proper bridges, buildings, railways and other improvements therein, and to repress all disorders therein under the provisions hereinafter contained.

**May license laying down of passenger railways.**

SECTION 20. That the said park commissioners shall have authority to license the laying down and the use for a term of years from time to time of such passenger railways as they may think will comport with the use and enjoyment of the said park by the public, upon such terms as said commissioners may agree, all emoluments from which shall be paid into the city treasury.

**Rules and regulations.**

SECTION 21. The said park shall be under the following rules and regulations, and such others as the park commissioners may from time to time ordain:

I. No person shall turn cattle, goats, swine, horses or other animals loose into the park.

II. No person shall carry fire arms or shoot birds in the park or within fifty yards thereof, or throw stons or other missiles therein.

III. No one shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures or statuary, or foul any fountains or springs within the park.

IV. No person shall drive or ride therein at a rate exceeding seven miles an hour.

V. No one shall ride or drive therein upon any other than upon the avenues and roads.

VI. No coach or vehicle used for hire shall stand upon any part of the park for the purpose of hire, nor except in waiting for persons taken by it into the park, unless, in either case, at points designated by the commission.

VII. No wagon or vehicle of burden or traffic shall pass through the park, except upon such road or avenue as shall be designated by the park commissioners for burden transportation.

VIII. No street railroad car shall come within the lines of the park without the license of the park commission.

IX. No person shall expose any article for sale within the park without the previous license of the park commission.

X. No person shall take ice from the Schuylkill within the park without the license of the said commission first had, upon such terms as they may think proper.

XI. No threatening, abusive, insulting or indecent language shall be allowed in the park.

XII. No gaming shall be allowed therein, nor any obscene or indecent act therein.

XIII. No person shall go in to bathe within the park.

XIV. No person shall fish or disturb the water-fowl in the pool or any pond, or birds in any part of the park, nor discharge any fire-works therein, nor affix any bills or notices therein.

XV. No person shall have any musical, theatrical or other entertainment therein without the license of the park commissioners.

XVI. No person shall enter or leave the park except by such gates or avenues as may be for such purpose arranged.

XVII. No gathering or meeting of any kind assembled through advertisement shall be permitted in the park without the previous permission of the commission, nor shall any gathering or meeting for political purposes in the park be permitted under any circumstances.

XVIII. That no intoxicating liquors shall be allowed to be sold within said park.

SECTION 22. Any person who shall violate any of said rules and regulations, and any others which shall be ordained by the said park commissioners for the government of said park, not inconsistent with this act or the laws and constitutions of this state and United States, the power to ordain which rules and regulations is hereby expressly given to said commissioners, shall be guilty of a misdemeanor, and shall pay such fine as may be prescribed by said park commissioners, not to exceed five dollars for each and every violation thereof, to be recovered before any alderman of said city, as debts of that amount are recoverable; which fines shall be paid into the city treasury: *Provided,* That if said park commissioners should license the taking of ice in said park, or the entry of any street railroad car therein, or articles for sale, or musical entertainments, it may be with such compensation as they may think proper, to be paid into city treasury: *And provided,* That any person violating any of said rules and regulations shall be further liable to the full extent of any damage by him or her committed, in trespass or other action; and any tenant or licensed party who shall violate the said rules, or any of them, or consent to or permit the same to be violated on his or her or their premises, shall forfeit his or her or their lease or license, and shall be liable to

*(margin notes: Penalty for violating rules and regulations. Proviso. Proviso.)*

69

1090                          LAWS OF PENNSYLVANIA,

he forthwith removed by a vote of the park commission; and every lease and license shall contain a clause making it cause of forfeiture thereof for the lessee or party licensed to violate or permit or suffer any violation of said rules and regulations, or any of them; it shall be the duty of the police appointed to duty in the park, without warrant, forthwith to arrest any offender against the preceding rules and regulations whom they may detect in the commission of such offence, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

**Profits realized, to be paid into city treasury.**
SECTION 23. All rents, license, charges and fees, all fines, proceeds of all sales, except of lands purchased, and profits of whatsoever kind, to be collected, received or howsoever realized, shall be paid into the city treasury as a fund to be exclusively appropriated by councils for park purposes, under the direction of said commission: *Provided,* That moneys or property given or bequeathed to the park commissioners upon specified trusts shall be received and receipted for by their treasurer, and held and applied according to the trusts specified.

**Proviso.**

**Councils may approve approaches to park.**
SECTION 24. That the councils of the city of Philadelphia be and they are hereby authorized to widen and straighten any street laid upon the public plans of said city, as they may think requisite to improve the approaches to Fairmount park.

**Act not to affect proceedings pending in court.**
SECTION 25. That nothing in this act contained shall suspend or affect any proceeding pending in court under any existing law, but the same shall be proceeded in as if this act had not been passed

**Damages, how ascertained, &c.**
SECTION 26. The damages for ground and property taken for the purpose of this act shall be ascertained, adjusted and assessed in like manner as is prescribed by the act to which this is a supplement.

**Commissioners to employ park force to maintain order.**
SECTION 27. The said park commissioners shall employ, equip and pay a park force adequate to maintain good order therein and in all houses thereupon; which force shall be subject to the orders of the mayor upon any emergency, and so far as said force shall consist of others than the hands employed to labor in the park, it shall be appointed and controlled as the other police of the city.

**City solicitor to appoint additional assistant.**
SECTION 28. There shall be an additional assistant appointed by the city solicitor, whose duty it shall be, under the direction of the city solicitor, to attend to the assessments of damages, and to such other business of a legal nature connected with the park as said commissioners may require.

GEO. T. THORN,
Speaker of the House of Representatives *pro tem.*

JAMES L. GRAHAM,
Speaker of the Senate.

APPROVED—The fourteenth day of April, Anno Domini one thousand eight hundred and sixty-eight.

JNO. W. GEARY.

# Exhibit 4

# EIGHTH ANNUAL REPORT

OF THE

# BOARD OF COMMISSIONERS

OF

# PROSPECT PARK,

## BROOKLYN.

## JANUARY, 1868.

BROOKLYN:

I. VAN ANDEN'S PRINT, EAGLE BUILDINGS, 30 & 32 FULTON STREET.

1868.

24

# RULES AND REGULATIONS

## FOR THE GOVERNMENT OF THE PUBLIC PARKS OF BROOKLYN.

The Commissioners of Prospect Park, in the City of Brooklyn, do make and publish the following Rules and Regulations to be observed by all persons who visit the Public Parks in said city:

1. The Parks will be open to the public daily, except when special occasion may require either of them to be closed, and will continue open from sunrise to 10 o'clock in the evening during the months of June, July, August, and September, and from sunrise to 9 o'clock in the evening during the other months of the year. The City Hall Park will remain open at all times.

2. No person, unless he is employed by the Board of Commissioners, will be permitted to enter or remain in or upon any of the Parks except when they are open, as above provided. Nor shall any person enter or leave any of said Parks except by the usual gateways, nor climb upon, or in any manner cut, injure, or deface any tree, shrub, plant, grass, or turf, or any fence or other erection thereon.

3. No person shall make use of any loud, threatning, abusive, or indecent language; nor throw stones or other missiles; nor play upon any musical instrument; nor post any bill, notice, or other device upon any tree or structure; nor do any obscene or indecent act whatever upon or within any of said Parks.

4. No cattle, horses, goats, swine, or poultry of any description will be allowed within said Parks; nor any dog, unless led by a suitable chain or cord not exceeding six feet in length; nor shall any person expose anything for sale thereon, unless by special permission from the Commissioners.

5. No person shall fire or discharge any gun, pistol, squib, torpedo rocket, or other fireworks whatever in or upon any of said Parks; nor shall any military or target company or any civic or other procession march or parade thereon, unless by special permission from said Commissioners.

6. The above Rules and Regulations apply to all Parks under the control of the Commissioners, and extend to the sidewalks adjacent to said Parks.

7. The drives of Prospect Park will be open to the use of the public, solely for pleasure riding or driving. Animals to be used upon them, must be well broken, and constantly held in such control, that they may be easily and quickly turned or stopped. They will not be allowed to move at a rate of speed, which shall cause danger or reasonable anxiety to others; nor

25

under any circumstances at more than eight miles an hour.  The park keepers will be held responsible, for such regulation of the speed of animals passing under their observation, as the general safety and convenience of those using the drives may require.  And when in the judgment of a keeper, any animal is moving too rapidly, and the keeper shall intimate this by a gesture, it shall be the duty of the rider or driver of such animal, immediately to moderate its speed.  And no animal or vehicle, will at any time be allowed to stand upon the rides or drives, to the inconvenience of travel thereon.

8. No horse or vehicle of any description, will be allowed upon any part of said Park, except upon the rides, drives, concourses, or other places appropriated for horses and carriages ; nor will any vehicle, drawn by any animal, be allowed upon any foot-walk or ride in said Park.

9. No hackney coach, carriage, or other vehicle for hire, shall stand anywhere within said Park, for the purpose of taking up passengers other than those which shall have been carried by it to said Park ; nor shall any person upon said Park solicit or invite passengers.

10. No omnibus or express-wagon, either with or without passengers, nor any cart, dray, wagon, or other vehicle carrying goods, merchandise, manure or other articles, or which shall be ordinarily used for such purposes, shall be allowed upon any part of said Park, except upon such roads as may be specially provided for the purpose.

11. No person shall bathe, or take fish, or send or throw any animal or thing, in or upon any of the waters of said Park, or in any manner disturb or annoy any water-fowl, singing or other bird, deer, or other animal appertaining to said Park : nor shall any boat or vessel be placed upon said waters, except by special permission from the said Commissioners.  And no skating or sledding will be allowed thereon, unless the officer in charge shall consider the ice to be in a suitable condition for that purpose.

12. For any violation of these rules and regulations, the offender will be liable to be summarily ejected from the premises, and to such punishment as the law directs.

0020

# Exhibit 5

# FIRST

# ANNUAL REPORT

OF THE

# Commissioners of Fairmount Park.

PHILADELPHIA:

KING & BAIRD, PRINTERS, No. 607 SANSOM STREET.

1869.

Generated on 2023-03-27 17:30 GMT / https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Case 3:23-cv-00056-JBA    Document 24    Filed 04/03/23    Page 23 of 271

18

SECT. 19. The said Park Commissioners shall have the power to govern, manage, lay out, plant and ornament the said Fairmount Park, and to maintain the same in good order and repair; and to construct all proper bridges, buildings, railways, and other improvements therein, and to repress all disorders therein under the provisions hereinafter contained.

SECT. 20. That the said Park Commissioners shall have authority to license the laying down, and the use for a term of years, from time to time, of such passenger railways as they may think will comport with the use and enjoyment of the said Park by the public, upon such terms as said Commissioners may agree; all emoluments from which shall be paid into the City Treasury.

SECT. 21. The said Park shall be under the following rules and regulations, and such others as the Park Commissioners may from time to time ordain:

I. No persons shall turn cattle, goats, swine or horses or other animals loose into the Park.

II. No persons shall carry fire-arms, or shoot birds in the Park, or within fifty yards thereof, or throw stones or other missiles therein.

III. No one shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures or statuary, or foul any fountains or springs within the Park.

Generated on 2023-03-27 17:32 GMT / https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# Exhibit 6

LITTAUER LIBRARY

LI 1E2C P

# SAN FRANCISCO, Cal. —

# MUNICIPAL REPORTS

FOR THE

## FISCAL YEAR 1874-5, ENDING JUNE 30, 1875.

PUBLISHED BY ORDER OF THE

## BOARD OF SUPERVISORS.



SAN FRANCISCO:

SPAULDING & BARTO, PRINTERS, "SCIENTIFIC PRESS" JOB PRINTING OFFICE,
414 CLAY STREET.
1875.

Digitized by Google

886   ORDINANCES OF THE

four months, nor more than six months, or by both such fine or imprisonment; and one-half of any fine that may be collected for a violation of any of the provisions of this order, shall be paid to the persons making the complaint.

———

## ORDER NO. 1,226.

### PROHIBITING THE CARRYING OF CONCEALED DEADLY WEAPONS.

[Approved July 9, 1875.]

*The People of the City and County of San Francisco do ordain as follows :*

SECTION 1.   It shall be unlawful for any person, not being a public officer or traveler, or not having a permit from the Police Commissioners of this City and County, to wear or carry, concealed, in this City and County, any pistol, dirk or other dangerous or deadly weapon.

Every person violating any of the provisions of this order shall be deemed guilty of a misdemeanor and punished accordingly.   Such persons, and no others, shall be termed "travellers" within the meaning of this order, as may be actually engaged in making a journey at the time.

The Police Commissioners may grant written permission to any peaceable person, whose profession or occupation may require him to be out at late hours of the night, to carry concealed deadly weapons for his own protection.

NOTE.—General Orders, as amended, to November 1st, 1875.

———

# PARK COMMISSIONERS' ORDINANCES.

———

## ORDINANCE No. 1.

[Adopted October 27th, 1870.]

*The Park Commissioners do ordain as follows:*

No person shall trespass on the grounds within the limits of the Avenue, Golden Gate and Buena Vista Parks.

No person shall cut or remove from said Avenue and Parks, any trees, shrubs, stakes, wood, turf, grass or soil.

It shall be the duty of the custodian of the Park to arrest all trespassers, and all parties violating this Ordinance.

Digitized by Google

PARK COMMISSIONERS.                    **887**

## ORDINANCE No. 2.

[Adopted September 24th, 1872.]

AN ORDINANCE TO PROVIDE FOR THE REGULATION AND GOVERNMENT OF THE
AVENUE AND PUBLIC PARKS IN THE CITY AND COUNTY OF SAN FRANCISCO,
IN CHARGE OF THE PARK COMMISSIONERS.

SECTION 1. The objects of this Ordinance are those grounds which are
known as Golden Gate and Buena Vista Parks, and the Avenue leading to
said Golden Gate Park, all particularly described in the first section of an
Act of the Legislature of the State of California, entitled "An Act to provide
for the improvement of Public Parks in the City of San Francisco," approved
April 4th, 1870.

SEC. 2. Within the said grounds all persons are hereby forbidden:
1. To turn in or let loose any cattle, horses, goats, sheep, or swine.
2. To carry and especially to discharge firearms.
3. To cut, break, or in any way injure or deface any trees, shrubs, plants,
buildings, fences, or structures of any kind.
4. To bathe in, or otherwise pollute the water of any pond, lake, or pool.
5. To chase, set snares for, catch, or destroy any rabbits, quails, or other
wild quadrupeds or birds.
6. To make or kindle a fire of any kind.
7. To camp, lodge, or tarry over night.
8. To ride or drive any horse or other animal, with vehicle or without,
elsewhere than on the roads or drives for such purposes provided.
9. To indulge in riotous, boisterous, or indecent conduct, or language.
10. To drive or ride at a furious speed.

SEC. 3. No dray, truck, wagon, cart, or other vehicle carrying, or if not
carrying, employed regularly in carrying goods, merchandise, manure, soil,
or other articles, shall be allowed to travel upon the drive of said avenue for
any other purpose than to cross immediately at the regular street intersec-
tions, nor upon the drives of said parks. For the present the road now and
heretofore commonly traveled to and from "The Central Macadamized Toll
Road," is excepted from this rule. But all such vehicles shall be driven over
the least worked portion of such excepted road as directed by the Superinten-
dent or any of the Park police officers hereinafter mentioned, unless com-
pelled to turn out in obedience to the "rule of the road," as hereinafter
laid down.

The provisions of this subdivision shall also apply to light vehicles regularly
driven for business purposes between the country beyond the parks and
the city.

SEC. 4. The rule of the road for equestrians or vehicles meeting upon the
avenue or park drives shall be: PASS TO THE RIGHT.



888                    ORDINANCES OF THE

SEC. 5.  There is hereby established a Pound, to be located within the Park limits, for the impounding of the animals mentioned in the first subdivision of section two of this ordinance, and of all strays found trespassing upon said grounds.  All such animals shall be driven or carried to the Pound and there kept enclosed at a charge to their owners at the rate of one dollar per day or fraction of a day, for each animal so impounded.  No animal thus in custody shall be released except on proof of property and on production of a receipt signed by the Secretary of the Board of Park Commissioners, countersigned by the Park Superintendent.

If unclaimed for three days, all such animals shall be impounded in the City Pound.  [This Section amended by Ordinance No. 5.]

SEC. 6.  All moneys accruing from the Pound charges aforesaid, and also from fines collected from offenders against any of the provisions of this ordinance, shall be placed in the "Park Improvement Fund," and duly accounted for.  [This Section amended by Ordinance No. 5.]

SEC. 7.  1.  When the number of participants in any picnic or other organized party, about to enter these grounds will exceed ten persons, they, or one of them, shall communicate their intention to the keeper of the gateway at which they enter, or to the keeper of the Stanyan street entrance, pending the appointment of keepers for the other gates.

2.  Any company, society or organization of any kind, being desirous of resorting to these grounds in a body, the number of individuals in which will exceed twenty-five, for the purpose of picnicing; any military or other organized company desirous of parading within the same; any base ball, cricket, or sporting club desirous of using the grounds set aside for their peculiar purposes, shall at least one day prior to the proposed date of the excursion, report, or cause to be reported, such intention to the Secretary of the Park Commissioners, or to the Superintendent of the Parks and Avenues.

3.  All waste material, scraps, litter or rubbish of any kind brought upon these grounds by such picnic or other parties, shall be promptly collected and removed by them or their employees.  In the event of the non-observance of this regulation, the actual cost of thoroughly performing the necessary duty by the Park force shall be charged, and a bill for the same be presented to the representatives of the organization so offending.

4.  The representatives of any such organized party which shall have resorted to these grounds will be held responsible for the damage done through any transgression of these ordinances by any member of the same, when the offending individual in person cannot be identified.

SEC. 8.  The Superintendent of the Parks and Avenue is hereby instructed to enforce and cause to be enforced the provisions of this Ordinance.

SEC. 9.  Power and authority are hereby given to the Park-Keeper, the Head Gardener, the Foreman and the Foreman Teamster, to arrest and detain and deliver to the proper authorities, or in their discretion eject from the



0028

grounds, all persons wilfully or knowingly offending against the provisions of this Ordinance, or any other Ordinance hereafter to be passed by said Board for the regulation, use and government of said Parks and Avenue.

Sec. 10. The Superintendent is herby clothed with the powers enumerated in Section 9 of this Ordinance.

Sec. 11. Whenever it may be necessary to appoint assistant keepers, there shall be delivered to each of them a certificate of appointment, signed by a majority of said Board, sealed and attested by the Secretary. Said assistant keepers shall possess all the powers enumerated in Section 9 of this Ordinance, but shall exercise the same under the direction of the Superintendent, and report to him forthwith any action which they may take under the same.

Sec. 12. The Park Keeper, the Head Gardener, the Foreman Teamster, and such assistant keepers as may be appointed as aforesaid, shall constitute the Park Police, and shall provide themselves with a badge of office consisting of a metallic star, inscribed with the words "Park Police," and the initials of the words indicating their particular office. A roll number shall be added to the initials on the badges of the assistant keepers.

Sec. 13. The Secretary of said Board shall, within five days after the passage of this ordinance, make and certify an accurate copy of the same, and cause the same to be published, as required by law, for ten days, Sundays excepted, and this ordinance shall take effect fifteen days after its passage.

---

## ORDINANCE No. 3.

[Adopted May 23, 1873.]

Section 1. The object of this ordinance, is that ground known as the Golden Gate Park, as described in the first section of an Act of the Legislature of the State of California, entitled " An Act to provide for the improvement of Public Parks in the City of San Francisco," approved April 4th, 1870.

Sec. 2. All vehicles used regularly for business purposes in hauling material or produce over the roads in the said Park, shall rest upon tires at least three and one-half ($3\frac{1}{2}$) inches wide.

Sec. 3. All trucks or wagons, other than those fitted with steel springs, used regularly in transporting heavy loads of material of any description over the said roads, shall rest upon tires at least five (5) inches wide.

Sec. 4. The Secretary of said Board shall, within five days after the passage of this ordinance, make and certify an accurate copy of the same, and

Digitized by  Google

# Exhibit 7

# LAWS

AND

# ORDINANCES

GOVERNING THE

# CITY OF CHICAGO.

[PUBLISHED BY AUTHORITY OF THE COMMON COUNCIL OF THE CITY.]

COMPILED AND ARRANGED BY

MURRAY F. TULEY,

Counsel to the Corporation.

CHICAGO:

PUBLISHED BY THE BULLETIN PRINTING COMPANY,

132, 134 & 136 MONROE STREET.

1873.

Digitized by Google

# CHAPTER 31.

## PARKS AND PUBLIC GROUNDS.

SECTION.
1. Names established.
2. What games are prohibited in—Penalty.
3. Duty of board of public works to superintend
4. Ingress and egress regulated.
5. Animals to be excluded.
6. Firearms. etc., prohibited in—Injury to shrubbery.
7. Hindering employes prohibited.
8. Speed in driving regulated.
9. Animals, etc., to keep on drives.
10. Obstruction of ways prohibited.
11. Hacks, etc., not to ply for hire.
12. Peddling in. prohibited.
13. Certain vehicles prohibited.
14. Fortune telling, gaming, indecency, etc., prohibited.
15. Power to close part of parks.

SECTION.
16. When parks to be open.
17. Right to open and close parks.
18. Conduct of visitors regulated.
19. Bathing, fishing, etc. in forbidden.
20. Fireworks prohibited.
21. Perambulators on walks.
22. Posting bills forbidden.
23. Processions, fire apparatus, etc. prohibited. when.
24. Funeral processions prohibited.
25. Fires prohibited.
26. To keep off grass, except when.
27. Power of police in.
28. Chapter applies to public squares.
29. Penal clause.
30. Use of grass grown.

**1.** NAMES ESTABLISHED.] *Rev. Ord.* 1866.   The several public parks, squares and grounds in the city of Chicago, shall be known and designated by the names applied thereto respectively on the map of the city of Chicago published by Mr. J. Van Vechten in the year 1872.

**2.** GAMES IN PROHIBITED—PENALTY.]   No person shall play at ball, cricket, or at any other game or play whatever, in any of the inclosed public parks or grounds in this city, under the penalty of five dollars for every offense.

**3.** BOARD OF PUBLIC WORKS—DUTY OF.]   It shall be the duty of the board of public works to superintend all inclosed public grounds and keep the fences thereof in repair, the walks in order and the trees properly trimmed, and improve the same according to plans approved by the common council. They shall likewise cause printed or written copies of the prohibitions of this chapter to be posted in the said grounds or parks.

**4.** WALLS AND FENCES.]   *Ord. Jan.* 11, 1869.   No person shall enter or leave any of the public parks of the city of Chicago, except by their gateways ; no person shall climb or walk upon their walls or fences.

**5.** ANIMALS TO BE EXCLUDED.]   Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of the said parks by any person.

**6.** FIREARMS AND MISSILES PROHIBITED—PROTECTION OF SHRUBBERY.] All persons are forbidden to carry firearms or to throw stones or other missiles within any one of the public parks.   All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of



the buildings, fences, bridges, or other construction or property, within or upon any of the said parks.

**7.** HINDERING EMPLOYES.] No person shall converse with, or in any way hinder those engaged in their construction.

**8.** SPEED OF DRIVING.] No animal shall travel on any part of either of the said parks at a rate exceeding six miles per hour.

**9.** VEHICLES AND ANIMALS ON DRIVES.] No vehicle, or horse, or other animal shall be permitted on the foot walks, the same being devoted exclusively to pedestrians; nor shall any vehicle, horse or animal of burden go upon any part of either of the parks, except upon the carriage drives and upon such places as are appropriated for carriages at rest.

**10.** OBSTRUCTION OF WAYS.] No animal or vehicle shall be permitted to stand upon the drives or carriage roads of any of the public parks of the city, or any part thereof, to the obstruction of the way, or to the inconvenience of travel, nor shall any person solicit passengers within either of said parks.

**11.** HACKS, ETC., NOT TO PLY FOR HIRE.] No hackney coach, carriage' or other vehicle for hire, shall stand upon either of the parks of the city of Chicago for the purpose of taking in any other passengers, or persons, than those carried to the park by said coach, carriage or vehicle.

**12.** PEDDLING IS NOT ALLOWED.] No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the board of public works, nor shall any hawking or peddling be allowed therein.

**13.** PROHIBITED VEHICLES.] No omnibus or wagon with or without passengers, nor any cart, dray, wagon, truck or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure or other articles, shall be allowed to enter any part of either of the said parks. This, however, does not apply to vehicles engaged in the construction of such parks, nor private family wagons.

**14.** BOISTEROUS LANGUAGE—FORTUNE TELLING—GAMING—INDECENCY.] No threatening, abusive, insulting or indecent language shall be allowed therein whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

**15.** POWER TO CLOSE PART OF PARKS.] In case of any emergency, where life or property is endangered, all persons, if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants, and remain off the same until permission is given to return.

**16.** PARKS—WHEN OPEN.] Lincoln park and Union park shall be open daily to the public during the months of December, January and February from seven o'clock in the morning until eleven o'clock in the evening; during the months of March, April, May, October and November from six o'clock in the morning until ten o'clock in the evening, and during the months of June, July, August and September, from five o'clock in the morning until eleven o'clock in the evening.

**17.** POWER TO OPEN AND CLOSE PARKS.] The superintendent may, for


Digitized by Google

cause, direct that any of the entrances to either of the said parks be closed
at any time, and may, on special occasions, also direct that any of the said
parks or any portion thereof, remain open at other times than those above
specified.

**18.** DUTY OF VISITORS.]   No person other than employes in the park
shall enter or remain in it except when it is open as above specified.   No
person other than employes shall bring upon any of the public parks any
tree, shrub or plant, nor any newly plucked branch or portion of a tree,
shrub or plant.

**19.**   BATHING, FISHING, ETC.]   No person shall bathe or fish in, or go,
or send, or ride any animal in any of the waters of either of the said public
parks, or waters of Lake Michigan in front of any of said parks, nor disturb
any of the fish, water fowl or other birds in any of said parks, or any deer,
sheep or other animal belonging to and preserved therein, nor throw, or place
any article or thing in the waters within either of said parks.

**20.**   FIREWORKS PROHIBITED.]   No person shall fire, discharge or set off
in any of said public parks any rocket, cracker, torpedo, squib, balloon, snake,
chaser or double-header, nor any fireworks or thing under any other name,
composed of the same or similar material, or of the same or similar character
as the fireworks above specified.

**21.**   PERAMBULATORS.]   No person shall place or propel any invalid's
chairs or perambulators upon any portion of said parks except upon the
walks.

**22.**   POSTING BILLS.]   No person shall post or otherwise affix any bills,
notice or other paper, upon any structure or thing within either of said parks,
nor upon any of the gates or inclosures thereof.

**23.**   MUSIC—FLAGS, ETC.—PROCESSIONS—FIRE APPARATUS.]   No per-
son shall, without the consent of the board of public works, play upon any
musical instrument, nor shall any person take into, or carry or display in
the said public parks, any flag, banner, target or transparency.   No military
or target company, civic or other, shall be permitted to parade, drill or per-
form therein any military or other evolutions or movements.   No fire engine,
hook and ladder truck, hose cart or other machine on wheels commonly used
for the extinguishing of fires, shall be allowed on any part of said parks,
without the previous consent of the board of public works.

**24.**   FUNERAL PROCESSIONS PROHIBITED.]   No funeral procession or
hearse or other vehicle carrying the body of a deceased person shall be al-
lowed upon any part of a public park.

**25.**   FIRES PROHIBITED.]   No person other than employes shall light,
make or use any fire thereon.

**26.**   TO KEEP OFF GRASS.]   No person on foot shall go upon the grass,
lawn or turf of the parks, except when and where the word "common" is
posted, by order of the board of public works, indicating that persons
are at liberty at that time and place to go on the grass.

**27.**   POLICE, POWER OF.]   *Rev. Ord.* 1866.   Any member of the city
police shall have power to arrest any person who shall not desist from any
violation hereof, when directed, and cause him to be committed for examina-
tion.



Case 3:23-cv-00056-JBA   Document 24   Filed 04/03/23   Page 35 of 271

**28.** APPLICATION TO SQUARES.]  *Ord. Jan.* 11, 1869.  The foregoing sections of this chapter, so far as applicable, shall apply to all the public squares of the city of Chicago.

**29.** PENALTY.]  Any person who shall violate any or either of the provisions of this chapter, or any section, or clause, or any provision of any section thereof, or who shall neglect, or fail, or refuse to comply with any, or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars, nor more than one hundred dollars.

**30.** USE OF GRASS.]  *Rev. Ord.* 1866.  The fire marshal may cause any grass fit for hay, growing or grown upon any of the public parks or grounds, to be cut and cured, under the direction of the board of public works and appropriated for the use of the teams used by the fire department.

# CHAPTER 32.

## PAWNBROKERS.

SECTION.
1. To be licensed—Penalty.
2. Definition of the word pawnbroker.
3. How license obtained—Fee—Bond.
4. When license to expire.

SECTION.
5. Registration of licenses.
6. Pawnbroker's record—Penalty for not keeping.
7. Inspection of record—Penalty for refusing.
8. Dealing with minors prohibited—Penalty.

**1.** TO BE LICENSED—PENALTY.]  *Rev. Ord.* 1866.  No person or persons shall carry on or conduct the business or calling of a pawnbroker, within the city of Chicago, without having first obtained a license so to do, under a penalty of not less than twenty dollars nor more than one hundred dollars for each offense.

**2.** PAWNBROKER DEFINED.]  Any person who loans money on deposit, or pledge of personal property, bonds, notes or other securities, or who deals in the purchasing of personal property or choses in action, on condition of selling the same back again at a stipulated price, is hereby defined and declared to be a pawnbroker.

**3.** LICENSE—HOW OBTAINED—FEE—BOND.]  The mayor is hereby authorized to grant a pawnbroker's license to any person of good character who may apply therefor, on the following conditions:  The person so applying shall first pay to the collector a sum of money in proportion to the sum of one hundred dollars per annum for the time such license shall be granted, and shall execute a bond to the city of Chicago in the sum of five hundred dollars conditioned that the said applicant will in every particular conform to the requirements of this chapter, and with the requirements or provisions of any ordinance hereafter to be passed concerning pawnbrokers, and thereupon the clerk shall issue a license in due form, under the corporate seal,



0035

# Exhibit 8

# LAWS AND ORDINANCES

GOVERNING THE

# VILLAGE OF HYDE PARK

TOGETHER WITH ITS

## CHARTER AND GENERAL LAWS

AFFECTING MUNICIPAL CORPORATIONS; SPECIAL ORDINANCES AND
CHARTERS UNDER WHICH CORPORATIONS HAVE VESTED RIGHTS
IN THE VILLAGE. ALSO, SUMMARY OF DECISIONS OF THE
SUPREME COURT RELATING TO MUNICIPAL CORPO-
RATIONS, TAXATION AND ASSESSMENTS.

---

PRINTED AND PUBLISHED BY
AUTHORITY OF THE PRESIDENT AND BOARD OF TRUSTEES
OF THE VILLAGE OF HYDE PARK.

---

REVISED AND ARRANGED
By CONSIDER H. WILLETT,
VILLAGE ATTORNEY.

CHICAGO
HISTORICAL
SOCIETY

HYDE PARK:
1876.



172 AND 174 CLARK STREET.

FEB 4   1915

§ 2.  The bonds authorized to be issued by the act of which this is amendatory and supplemental, may be issued, sold, and the proceeds applied for acquiring said lands, and for any and all purposes in the said act mentioned.  Said bonds shall be retired and canceled as fast as the money for that purpose can be obtained, by the collection of the money due upon the special assessment provided for in section seven of the act hereinbefore mentioned, and a sufficient amount of any bonds that may be issued by the city of Chicago under any law now in force or hereinafter enacted, and received oy said commissioners, shall be applied to the purpose of retiring the bonds authorized by said act.

§ 3.  The ninth section of said act is hereby so amended that the words "during the current year," shall read "during the next succeeding year."

§ 4.  That the twelfth section of said act be and the same is hereby amended so as to read as follows: The said commissioners, or either of them, may be removed from office by the judge of the circuit court of Cook county, upon the petition presented to him in term time, or in vacation, by one hundred freeholders of said towns of South Chicago, Hyde Park and Lake, if it shall appear after hearing proof before said judge, that the said commissioners, or either of them, have been guilty of misdemeanor or malfeasance in office under this act; and if the said judge shall remove any one or more of said commissioners from office for any cause before the expiration of their term of office, he is hereby authorized and empowered to fill the vacancy or vacancies thus created by appointing other commissioners in their place, who shall serve during the unexpired terms of the commissioners so removed.

§ 5.  The commissioners to be appointed under said act are hereby vested with the same powers and duties as are conferred by said act in relation to lands designated for parks, over all streets running longitudinally along and adjoining any and all of the proposed parks, or strips of land designated in said original act, as are conferred by said act in relation to such parks and strips of land, as may be necessary to improve and keep in repair the same, in connection with the said parks or strips of land without obstructing the fences or other structures, free access to the said streets from existing roads and streets, and by owners of land abutting on the same.

§ 6.  The elections held in the towns of South Chicago, Hyde Park and Lake, on the twenty-third day of March, A. D. 1869, under and by virtue of the eighteenth section of the act to which this is an amendment, are hereby legalized and confirmed, and said act shall be held and deemed to have been regularly and legally adopted by the legal voters of said towns, and shall remain in full force and effect, and shall be liberally construed in all courts, with a view to carry out and enforce the intent and meaning of the same.

§ 7.  This act is hereby declared a public act, and shall take effect and be in force from and after its passage.


## SOUTH PARK ORDINANCES.


Whereas, by an act of the general assembly of the State of Illinois, entitled an act to provide for the location and maintenance of a park for the towns of South Chicago, Hyde Park and Lake, it is provided as follows, to-wit:

" The said board shall have full and exclusive powers to govern, manage and direct said park ; to lay out and regulate the same ; to pass ordinances for the regulation and government thereof ; to appoint such engineers, surveyors, clerks, and other officers, including a police force, as may be necessary ; to define and prescribe their respective duties and authority ; to fix the amount of their compensation ; and, generally, in regard to said park, they shall possess all the powers and authority now by law conferred upon or possessed by the common council of the city of Chicago, in respect to public squares and places in said city."

*Therefore, be it ordained by the South Park Commissioners as follows:*

§ 1.   The said park, which is under the management and direction of the South Park Commissioners, shall be, and the same is hereby designated, as the South Park.

§ 2.   No person shall, without the consent of the superintendent, play at ball, cricket, or any other game or play whatever, in said park.

§ 3.   No person shall climb or walk upon any wall or fence of said park.

§ 4.   Cattle, horses, goats, swine, or other animals, or domestic fowls, shall not be turned into said park, or allowed to run at large therein.

§ 5.   No dog or bitch, or domestic fowl, belonging to any officer or employee of said commissioners residing within the limits of said park, shall be permitted to run at large.

§ 6.   All persons are forbidden to carry fire arms, or to throw stones or other missiles within said park.   All persons are forbidden to cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other construction or property within or upon said park.

§ 7.   No person shall converse with, or in any manner hinder those engaged in constructing or repairing said park.

§ 8.   No animal shall be driven or ridden in said park, at a rate of speed exceeding eight miles per hour.

§ 9.   No vehicle, or horse, or other animal, shall be permitted on the foot walks, the same being assigned exclusively to pedestrians ; nor shall any vehicle, or horse or other animal of burden, go or be taken upon any part of said park, except upon the carriage drives and upon such places as are appropriated for carriages at rest.

§ 10.   No vehicles or animals shall be permitted to stand upon the drive or carriage roads of said park, or of any part thereof, to the obstruction of the way, or the inconvenience of travel ; nor shall any person solicit passengers within said park without consent of the board.

§ 11.   No person shall, within said park, expose for sale any article or thing, nor shall any hawking or peddling be allowed therein.

§ 12.   No omnibus, wagon, cart, dray, truck, or other vehicle for carrying goods, merchandise, manure, or other articles, except such as are engaged in repairing or constructing said park, shall be allowed to enter the same.

§ 13.   No language, abusive, insulting, obscene, or calculated to occasion a breach of the peace, shall be permitted in said park, nor shall persons tell fortunes, play at any game of chance, at any table or instrument, be drunk, or do any indecent acts therein.

§ 14.  No person shall bathe or fish, or go or send, or ride any animals into the waters of said park, nor shall any person disturb any fish, fowl or other animals kept therein, or throw or place any article or thing into the waters or upon the grounds thereof.

§ 15.  No person shall discharge, or set, or touch off, or enkindle, or operate any manner of fire, or fireworks in the said park.

§ 16.  No person shall, in the said park, post or fix any notice or bill ; nor shall such be posted or fixed on any tree, fence, or any place therein.

§ 17.  No person shall, in the said park, play any musical instrument, nor carry or display any flags, banners, transparencies, or target.

§ 18.  No band or company shall be permitted to parade, drill, or perform any movements, evolutions or ceremony in said park without the consent of the park commissioners.

§ 19.  No funeral procession, or hearse carrying a deceased body, shall be in the said park permitted.

§ 20.  No horse or other animal shall be permitted to go upon any grass or lawn, nor shall any person be permitted to go thereon except where the word "common" shall be posted to indicate the permission so to do.

§ 21.  Any member of the South Park police shall have power to arrest, and commit for examination, any person who shall not, when directed, desist from any violation thereof.

§ 22.  Any person who shall disobey, or neglect, fail, or refuse to comply with this ordinance, or any section thereof, except when otherwise herein provided, shall, on conviction thereof, pay a fine of not less than *five*, or more than one hundred dollars.

§ 23.  The police force of said South Park Commissioners, shall consist of one captain, three sergeants, and such number of policemen as shall from time to time be appointed, and they shall hold their respective offices during the pleasure of the park commissioners.  The captain of police shall have the general charge of the police force, subject to such rules and regulations as shall from time to time be established, and it shall be his duty to report to the commissioners, in writing, the delinquency of any member of the police force, and may suspend any such member, until such delinquency shall be acted upon by the commissioners.

§ 24.  The several members of the police force, when on duty, shall devote their time and attention to discharge of the duties of their station according to the ordinance, rules, and regulations and directions of the superintendent, and it shall be their duty, to the best of their ability, to preserve order, peace, and quiet, and to enforce the laws and the ordinances of said commissioners, and they shall not engage in conversation with an employée of the park during working hours, except in the line of duty ; they shall have power to arrest any persons in the park found in the act of violating any law or ordinance, or abetting and aiding in any such violation, and shall take all such persons so arrested, as follows, to-wit : when the offense is committed in that portion of the park situated in the town of Hyde Park, to some justice or magistrate in Hyde Park ; when the offense is committed in that portion of the park situated in the town of Lake, to some justice or magistrate in said town of Lake ; and when the offense

is committed in that portion of the park situated in the town of South Chicago, to some justice of the peace in said town of South Chicago.

§ 25.   Whoever, in said park, shall resist any member of the police force in the discharge of his duty, or shall in any way interfere with, or hinder or prevent him from discharging his duty, as such member, or shall offer or endeavor to do so; and whoever shall in any manner assist any person in custody of any member of the police force to escape, or attempt to escape, from such custody, or shall rescue, or attempt to rescue, any person in custody, shall be fined not less than five dollars, or more than one hundred dollars.

§ 26.   The superintendent, in cases of emergency, is hereby authorized and empowered to appoint special policemen, and such special policemen shall have the same power and authority of regular policemen, provided the appointment of such special policeman shall in no case continue for a period exceeding twenty-four hours.

§ 27.   The sergeant of police shall perform the duties of the captain when the latter shall be absent from duty.

§ 28.   The police force shall be uniformed as follows: Gray frock coat, pants and vest, and cap with brass buttons, and black cord on leg of the pants.

§ 29.   Any person who shall falsely represent or personate any of the members of the police force, or who shall maliciously, with intent to deceive, use or imitate any of the signs, signals, or devices adopted and used by the police department, or shall wear in public the uniform adopted as the police uniform, after having been removed or suspended, shall be subject to a fine of not less than five dollars nor more than one hundred.

§ 30.   These ordinances shall take effect and be in force from and after the 19th day of November, 1875.

# Exhibit 9

*Phoenixville, Pa.--Ordinances, etc.* (1)

# A DIGEST

OF THE

# ORDINANCES

OF

## TOWN COUNCIL

OF THE

### BOROUGH OF PHOENIXVILLE

TOGETHER WITH THE ACTS OF ASSEMBLY AND
DECREES OF COURT ESPECIALLY
RELATING TO PHOENIXVILLE

———

*Originally compiled by P. G. Carey, Esq.,*
*Revised by H. P. Waitneight, Esq., 1896, and*
*by Samuel A. Whitaker, Esq., 1906.*

———

PHOENIXVILLE, PA.
"THE DAILY REPUBLICAN" PRINT.
1906

Digitized by Google

tered at large in the minute book, and said Council shall
proceed to a reconsideration of such ordinance or resolu-
tion. If after such reconsideration two-thirds of all the
members elected to said Council shall vote to pass such

*To be pre-sented to chief burgess* ordinance or resolution it shall become and be of as full
force and effect as if said Chief Burgess had signed it;
but in such cases the votes of the members of Council shall
be determined by the yeas and nays, and the names of the
members voting shall be entered on the minutes of said
Council: *Provided,* That when the number of Council-
men is less than nine, a majority of Council and one vote

*Veto and pas-sage over* more shall be required to pass an ordinance over the veto.
If such ordinance or resolution shall not be returned by
the Chief Burgess at the next regular meeting of said
Council after the same shall have been presented to him,
the same shall likewise become and be in as full force
and effect as if he had signed it: *Provided,* That before
any ordinance shall come into force and effect as afore-
said the same shall be recorded in the Borough ordinance
book with the certificate of the secretary and be adver-
tised as heretofore required by law.

### PARADISE STREET.

*Ord. 25 Feb. 1875*   1. The width of  *  *  *  Paradise street from Nutts
avenue to the Borough line  *  *  *  shall be  *  *  *
forty feet.

*Ord. 26 Feb. 1877.  § 4*   2. Ordained  *  *  *  that Paradise street begin at
a limestone in Nutts avenue, a corner of lands of Benja-
min Moyer and Joseph Rapp, thence south thirty-two and
one-half degrees west 508 feet six inches to an iron monu-
ment planted to indicate the centre of Pennsylvania ave-
nue, thence the same course 250 feet to the centre of Ches-
ter avenue, thence the same course continued 250 feet to
the centre of Columbia avenue, thence the same course
continued 980 feet six inches to a spike at the Borough
line.

### PARK ALLEY.

*Ord. 23 Sept. 1874*   1. Ordained, etc., that an alley twenty feet wide 150
feet east of Main street, dedicated by the Phoenix Iron

*Dedicated and accepted* Company to the use of the public, running in a parallel line
with Main street from Washington avenue to Second ave-



nue, be and the same is hereby accepted and ordered to be marked on the Borough plot.

2. Park alley be and is hereby continued from Third Ord. 5 Aug., avenue south to Fifth avenue, the centre line of said alley 1895 to be 190 feet east of the centre line of Main street, said Continued alley to be twenty feet wide, or ten feet on each side of above described centre line.

3. The owners of lots or lands bounding on and oppo- Ord. 3 Aug., site the sidewalks along * * * both sides of Park 1886 alley from Washington avenue to Second avenue * * * are hereby required to put up curbstones at the Curb, pave edge of the sidewalks and to pave and gutter the said side- and gutter walks under the direction of the Borough Surveyor and the Street Committee. * * *

[If neglected after thirty days' notice Street Committee to have work done and file lien therefor. See Quick street § 4.]

## PARKS.

1. The following rules and regulations shall be adopted Ord. 2 July, for the government and protection of Reeves Park, in the 1878 Borough of Phoenixville:

### SECTION I, PENAL.

1. No person shall enter or leave the park except by Rules of such gates or avenues as may be for such purposes ar- Reeves' Park ranged.

2. No person shall indulge in any threatening, abusive, insulting or indecent language in the park.

3. No person shall engage in gaming or commit any obscene or indecent act in the park.

4. No person shall carry fire-arms or shoot birds or throw stones or other missiles therein.

5. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, seats, fences, lamps or statuary in the park.

6. No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the park.

7. No person shall injure, deface or destroy any notices, rules or regulations posted, or in any other manner permanently fixed for the government of the park.

8. No person shall engage in any play at baseball,



cricket, shinny, football or any other games with ball and bat, except croquet, within the limits of the park.

Any person who shall violate any of said rules and regulations shall be guilty of a misdemeanor, and for each and every such offence shall pay the sum of five dollars, to be recovered before the Burgess or either of the Justices of the Peace of the Borough of Phoenixville, which fines shall be paid into the Borough treasury for park purposes.

### SECTION 2, LICENSES.

1. No person shall expose any article for sale within the park without permission from the Town Council or its representative.

2. No person or persons shall have any musical, theatrical or other entertainments therein, nor shall any military or other parade or procession take place in the park without permission from the Town Council or its representative.

3. No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the park without permission from Council or its legal representative.

### SECTION 3, PROHIBITIONS.

1. No gathering or meeting for political purposes, nor spirituous or malt liquors shall be allowed within the park under any circumstances.

N. B.—And we do hereby earnestly appeal to all peaceable, law-abiding citizens, entreating that in the exercise of their proprietary rights they will diligently co-operate in the enforcement of all lawful measures for the care and preservation of all things pertaining to Reeves Park. It is *your own property;* won't you take care of it?

## PARTY WALLS.

(See CHARTER § 7, VII.; BUILDINGS § 1 TO 4.)

## PAVEMENTS.

(See CHARTER § 7; BUILDINGS § 4, 5; FINES AND PENALTIES § 5, 6, 7, 19, 20.)

Act 20 April, 1905

1. All Boroughs are hereby authorized and empowered to direct and require the grading, paving, repaving and repairing of all sidewalks on the streets of the Borough,


Digitized by Google

# Exhibit 10

THE

# MUNICIPAL CODE

OF

# CHICAGO:



COMPRISING THE

LAWS OF ILLINOIS RELATING TO THE CITY OF CHICAGO,

AND THE

ORDINANCES OF THE CITY COUNCIL;

CODIFIED AND REVISED

———

BY

EGBERT JAMIESON AND FRANCIS ADAMS.

———

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CHICAGO:
BEACH, BARNARD & CO., LEGAL PRINTERS.
1881.

0049

person who shall be convicted of any such breach shall be adjudged to pay a fine of not less than three dollars nor more than one hundred dollars.

1683. In every prosecution brought for a violation of any ordinance of the city of Chicago, where the offense charged is one punishable under the laws of the State of Illinois as a misdemeanor, the court or magistrate trying the cause may upon conviction in lieu of the fine imposed by the ordinance or in addition thereto, cause the offender to be imprisoned in the house of correction for a period not exceeding three months.

1684. All the printed books containing the revised ordinances shall be deposited with the city comptroller. He shall deliver one copy thereof to each officer of the city, and to such other persons as the city council may direct.

1685. The mayor shall have power to extend to or reciprocate courtesies of other cities, by presenting to them a copy of the revised ordinances bound at the expense of the city in such manner as to him may seem suitable.

## ARTICLE XLIII.

### Parks and Public Grounds.

1686. The several public parks, squares and grounds in the city of Chicago, shall be known and designated by the names applied thereto respectively on the map of the city of Chicago published by J. Van Vechten and Snyder in the year 1877.

1687. It shall be the duty of the commissioner of public works to superintend all inclosed public grounds and keep the fences thereof in repair, the walks in order and the trees properly trimmed and improve the same according to plans approved by the city council. He shall likewise cause printed or written copies of prohibitions of this article to be posted in the said grounds or parks.

1688. No person shall enter or leave any of the public parks of the city of Chicago except by their gateways; no person shall climb or walk upon their walls or fences.

1689. Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of the said parks by any person.

1690. All persons are forbidden to carry firearms or to throw stones or other missiles within any one of the public parks. All persons are forbidden to cut, break or in any way injure or deface

the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property within or upon any of the said parks.

1691.  No person shall converse with or in any way hinder those engaged in their construction.

1692.  No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the commissioner of public works, nor shall any hawking or peddling be allowed therein.

1693.  No threatening, abusive, insulting or indecent language shall be allowed in any part of either of the said parks whereby a breach of the peace may be occasioned.  No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

1694.  In case of any emergency where life or property is endangered, all persons if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants and remain off the same until permission is given to return.

1695.  The commissioner of public works may direct that any of the entrances to the public parks be closed at any time.

1696.  No person shall bathe or fish in, or go or send or ride any animal in any of the waters of either of the said public parks, nor disturb any of the fish, water fowl or other birds in any of said parks, or any deer, sheep or other animal belonging to and preserved therein, nor throw or place any article or thing in the waters within either of said parks.

1697.  No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within either of said parks nor upon any of the gates or inclosures thereof.

1698.  No person shall without the consent of the commissioner of public works, play upon any musical instrument nor shall any person take into or carry or display in the said public parks any flag, banner, target or transparency.  No military or target company civic or other shall be permitted to parade, drill or perform therein any military or other evolutions or movements.  Nor shall any fire engine, hook and ladder truck, hose cart or other machine on wheels commonly used for the extinguishing of fires be allowed on any part of said parks without the previous consent of the commissioner of public works.

# Exhibit 11

# THE

# REVISED ORDINANCE

OF THE

# CITY OF ST. LOUIS,

TOGETHER WITH

THE CONSTITUTION OF THE UNITED STATES, CONSTITUTION
OF THE STATE OF MISSOURI, THE SCHEME FOR THE
SEPARATION OF THE GOVERNMENTS OF THE
CITY AND COUNTY OF ST. LOUIS, THE
CHARTER OF THE CITY, AND A
DIGEST OF THE LAWS AP-
PLICABLE TO THE
CITY.

*9155*

M. J. SULLIVAN, Reviser.

ST. LOUIS:

TIMES PRINTING HOUSE, FIFTH AND CHESTNUT.

1881.

Generated on 2023-02-09 22:42 GMT  /  https://hdl.handle.net/2027/nyp.33433014085702
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

0053

Case 3:23-cv-00056-JBA   Document 24   Filed 04/03/23   Page 54 of 271

# ARTICLE XI.

## PROTECTION OF BIRDS.

SECTION
1. Disturbance of birds or nests prohibited.
2. Penalty for disturbing same.
3. Throwing stones, wood, &c., prohibited.

SECTION
4. Penalty for throwing same.
5. Protection of all birds, except hawks, &c., intended.
6. Duty of police.

SECTION 1.   All persons are forbidden to molest, injure or disturb in any way, any small bird in the city of St. Louis, or the nest, young or brood of any small bird in said city.

SEC. 2.   If any person shall willfully injure, molest, take or disturb in any way, any small bird in the city of St. Louis, or the nest, eggs, young or brood of any such small bird, he shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall forfeit and pay to said city not less than five dollars for each bird so by him injured, molested, taken or disturbed, and not less than twenty dollars for each nest of eggs or brood of young of any such small bird in the city of St. Louis, so by him injured, molested taken or disturbed.

SEC. 3.   No person shall throw from his hand any fragment of stone, wood, metal or other missile capable of inflicting injury, in any street, alley, walk or park of the city of St. Louis, or use or have in his possession ready for use in any street, alley, walk or park of the city of St. Louis, any sling, cross bow and arrow, air gun or other contrivance for ejecting, discharging or throwing any fragment, bolt, arrow, pellet, or other missile of stone, metal, wood or other substance capable of inflicting injury or annoyance.

SEC. 4.   If any person shall throw from his hand, in any alley, street, walk or park of the city of St. Louis, any missile of wood, stone, metal or other substance, or sub-

*Marginal notes:*

Birds, or nests not to be disturbed.
Ord. 8436, sec. 1.

Penalty for disturbing birds or nests.
Ibid. sec. 2.

Throwing stones, wood, &c., prohibited.
Ibid. sec. 3.

Penalty.
Ibid. sec. 4.

Generated on 2023-02-09 22:41 GMT  /  https://hdl.handle.net/2027/nyp.33433014085702
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google          Original from NEW YORK PUBLIC LIBRARY

0054

stances capable of inflicting injury or annoyance, or use or have in his possession, ready for use in any street, alley, walk or park of the city of St. Louis, any sling, air gun, cross bow and arrow, or other contrivance for ejecting, discharging or throwing any missile, pellet, fragment or bolt of stone, metal, wood or other substance, or substances capable of causing injury or annoyance, he shall be deemed guilty of a misdemeanor, and on conviction thereof, be punished by a fine of not less than one nor more than twenty dollars for each offense.

All birds to be protected, except hawks, &c. Ibid. sec. 5.

SEC. 5.   The birds intended to be protected by this article shall be and are defined as all varieties of birds except hawks, vultures and owls.

Duty of police. Ibid. sec. 6.

SEC. 6.   It is made the special duty of the police force of the city of St. Louis, to enforce the provisions of this article, and arrest and bring to trial, all offenders against the same; and any member of the police force conniving at any breach of the foregoing provisions, by failing to arrest or report the offender, shall, on conviction thereof, be subject to a fine of not less than five dollars.

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

# Exhibit 12

# THE REVISED

# ORDINANCES

### OF THE

# CITY OF DANVILLE.



## PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.



### REVISED AND ARRANGED BY

## MANN, CALHOUN & FRAZIER.

DANVILLE, ILL.:
BOWMAN & FREESE, BOOK AND JOB PRINTERS.
1883.



# GENERAL INCORPORATION LAW

OF

# CITIES AND VILLAGES.

OCT 1 3 1915

Case 3:23-cv-00056-JBA   Document 24   Filed 04/03/23   Page 59 of 271

# CHAPTER XIX.

## PARKS.

SECTION.

1. Committee on public grounds, etc. to have charge.
2. Entering Parks, etc.—Climbing on fences.
3. Turning animals into park, etc.
4. Firearms—Shooting—fire works prohibited.
5. Injury to trees, grass, buildings.
6. Selling, hawking, peddling, etc. forbidden.
7. Bathing, fishing, etc. prohibited.

SECTION.

8. Abusive, profane language, etc. prohibited.
9. Gaming, etc. prohibited.
10. Intoxicated persons, indecent or unlawful acts.
11. Fires in parks forbidden.
12. Carriages on turf, etc.— hitching horses to trees, etc.
13. Throwing stones, rubbish, etc. in parks.
14. Posting bills, etc. forbidden.

COMMITTEE ON PUBLIC GROUNDS, ETC., TO HAVE CHARGE OF PARKS.] § 1. It shall be the duty of the committee on Public Grounds and Buildings to superintend all inclosed public grounds or parks in said city, and keep the fences thereof in repair, the walks in order, the trees properly trimmed, and to improve the same according to plans approved by the city council.

PENALTY FOR LEAVING PARK EXCEPT AT GATEWAYS—CLIMBING ON FENCE, ETC.] § 2. Whoever shall enter or leave any of the public parks of this city except by their gateways, or shall walk or climb upon any of the fences inclosing, or in the same, shall be fined not less than one dollar nor more than ten dollars for each offense.

TURNING ANIMALS INTO PARK PROHIBITED.] § 3. Whoever shall turn any cattle, horses, goats, swine or other animals into any park of said city, or permit the same, or any of them, to run therein, shall be fined not less than three dollars, nor more than fifty dollars, for each offense.

FIRE-ARMS AND FIRE-WORKS FORBIDDEN.] § 4. Whoever shall carry any fire-arms into said parks, or shall fire off or discharge the same in, or into said parks, or any of them; or whoever shall shoot, fire or discharge any kind of fire-works therein, shall be fined not less than one dollar nor more than one hundred dollars, for each offense.

INJURY TO TREES, GRASS, BUILDINGS, ETC.] § 5. Whoever shall cut, break or injure in any way any tree, shrub or plant, in any such park ; or shall cut, tramp, or injure in any way the turf or grass therein, or shall walk or lie upon the grass at any place where placards are posted directing persons to keep off, or not to walk upon the same ; or shall cut, mark, deface or in any way injure any of the buildings, fences, bridges, or other constructions, or property of any kind, in any such park, shall be fined not less than one dollar, nor more than one hundred dollars for each offense.

0059

SELLING, HAWKING OR PEDDLING FORBIDDEN.] § 6. Whoever shall sell, or offer to sell, any article or thing, in any such park, or shall hawk or peddle any article or thing therein, or attempt so to do, shall be fined not less than three dollars, nor more than one hundred dollars.

BATHING—FISHING, ETC., PROHIBITED.] § 7. Whoever shall bathe, fish in, or ride or drive any animal in the waters of any such park, or throw any rubbish or garbage or other thing into any stream or waters of such park, shall be fined not less than three dollars, nor more than ten dollars.

ABUSIVE LANGUAGE, ETC.] § 8. Whoever shall use any threatening, abusive, insulting, profane, or indecent language in any part of any such park, shall be fined not less than three dollars, nor more than one hundred dollars.

GAMING, ETC., PROHIBITED.] § 9. Whoever shall gamble for money or other valuable thing, or anything representing or intended to represent money, or other thing of value, or shall play at any game of chance, or at or with any table, instrument or device of gaming, in any part of any such park, shall be fined not less than five dollars, nor more than two hundred dollars for each offense.

INTOXICATED PERSONS—INDECENT OR UNLAWFUL ACTS.] § 10. Whoever shall be found in any such park in an intoxicated condition, or shall resort to such park for any indecent, or unlawful purpose ; or shall be guilty of any indecent, obscene, vulgar, improper or unlawful act while there, shall be fined not less than five dollars, nor more than two hundred dollars.

FIRES IN PARK PROHIBITED.] § 11. Whoever, except employees, or laborers in such park, shall light or make any fire in said parks, shall be fined not less than three dollars, nor more than one hundred dollars.

DRIVING CARRIAGES, ETC., ON TURF—HITCHING HORSES TO TREES.] § 12. Whoever shall drive any carriage or vehicle of any kind, or any horse or other animal upon the grass, lawn or turf, of any such park, or shall hitch a horse to any of the shrubs or trees therein, shall be fined not less than one dollar, nor more than fifty dollars for each offense.

THROWING STONES, RUBBISH, ETC., IN PARKS.] § 13. Whoever shall throw any stones into, or in such parks, or shall throw or place any rubbish or garbage of any kind therein, or shall leave or place any bottle, cans, paper, or scraps of any kind therein, shall be fined not less one dollar, nor more than twenty-five dollars for each offense.

POSTING BILLS, ETC., FORBIDDEN.] § 14. Whoever shall post, or otherwise affix any bills, notice or other paper, upon any fence, tree, bridge, building or other structure therein, shall be fined not less than three dollars.

# Exhibit 13



*From Henry Shaw to Dr. Asa Gray, Cambridge, April 1884*

# TOWER GROVE PARK

— OF THE —

## CITY OF ST. LOUIS.

Review of its Origin and History, Plan of Improvement, Ornamental Features, Etc.

WITH ILLUSTRATIONS.

Prepared by Order of the Board of Commissioners.

By David H. MacAdam.

1883:

R. P. STUDLEY & CO., PRINTERS.

ST. LOUIS, MO.

Digitized by Google

## RULES AND REGULATIONS.

In accordance with the authority conferred by the Act creating Tower Grove Park, the Board of Commissioners have adopted the following rules and regulations:

All persons are forbidden —

1.  To enter or leave the park except by the gateways.

2.  To climb the fences.

3.  To turn cattle, horses, goats or swine into the park or the avenues surrounding the park.

4.  To carry firearms or to throw stones or other missiles within it.

5.  To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park;

6.  Or to converse with, or in any way hinder, those engaged on the work of the park.

7.  A pound is hereby established within the Tower Grove Park for the impounding of horses, cattle, sheep, goats, dogs and swine found trespassing upon said park or the adjacent avenues. All such animals found at large may be taken by any person or persons and driven or carried to the pound, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction; provided, that, within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound or vicinity.

Any person claiming property in such impounded animals before the day of sale, may recover the same, after suitable proof of his or her right thereto, upon payment for each animal of the sum of two dollars and the expenses of keeping; the expenses of keeping to be reckoned as follows:

For each horse, dog, or head of neat stock, sixty cents per day;

For each goat, swine, or sheep, twenty-five cents per day.
These charges shall be paid to the chief park keeper of Tower Grove Park, and the money thus collected shall by him be handed over within one week to the comptroller of the board.

If within one month after the sale of any impounded animals their former owner shall appear and claim the same, the treasurer shall, after deducting the full amount of the charges provided for above, pay over to him the proceeds of their sale; otherwise the amount shall be added to the funds of the board.

8.  No animal shall travel on any part of the Tower Grove Park, except upon the drive or carriage road, at a rate exceeding six miles per hour. Persons on horseback shall not travel on the drive or equestrian road at a rate exceeding seven miles per hour.

9.  No vehicle or riding shall be permitted on the walks, the same being devoted exclusively to pedestrians; nor shall any vehicle, horse, or burden, go

Digitized by Google

118          TOWER GROVE PARK.

upon any part of the park except upon the "drive," and upon such places as are appropriated for carriages at rest.

10.  No animal or vehicle shall be permitted to stand upon the "drive" or carriage roads of the park, or any part thereof, to the obstruction of the way or to the inconvenience of travel, nor shall any person upon the park solicit or invite passengers.

11.  No hackney coach, carriage, or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any other passengers or persons than those carried to the park by said coach, carriage, or vehicle, unless invited by the persons having said vehicle.

12.  No person shall expose any article or thing for sale upon the park except previously licensed by the Board of Commissioners of Tower Grove Park, nor shall any hawking or peddling be allowed on the park.

13.  No omnibus or express wagon, with or without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of Tower Grove Park, or any vehicle carrying more than six persons.

14.  No threatening, abusive, insulting or indecent language shall be allowed on the park whereby a breach of the peace may be occasioned.

15.  No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do any obscene or indecent act whatever in Tower Grove Park.

16.  Tower Grove Park shall be open daily to the public during the months of December, January and February from seven o'clock in the morning until half an hour after sunset in the evening; during the months of March, April, May, June, October, and November, from six in the morning until half an hour after sunset, and during the months of July, August, and September, from five in the morning until half an hour after sunset in the evening.

17.  The comptroller or superintendent may direct that the park or any of the entrances to the park be closed at any time, and may, on special occasions, also direct that the park or any portion thereof remain open at other times than those specified.

18.  No person other than employees of the Board of Commissioners of Tower Grove Park shall enter or remain in the park except when it is open as above provided.

19.  No person, except in the employ of the Board of Commissioners of the Tower Grove Park, shall bring upon the Tower Grove Park any tree, shrub, plant, or flower, nor any newly plucked branch or portion of a tree, shrub, plant, or flower.

20.  No person shall fire, discharge or set off in Tower Grove Park any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks or thing under any other name composed of the same or similar material, or of the same or similar character, as the fireworks above specified, except with consent of Board of Commissioners or comptroller.

21.  No person shall place or propel any invalid chairs, perambulators,

*89*

Digitized by Google

0064

bicycles or velocipedes upon any portion of the Tower Grove Park except upon the walks.

22.  No person shall post or otherwise affix any bill or notice, in paper or paint, upon any structure or thing within the park, nor upon any of the gates or surrounding avenues.

23.  No person shall without the consent of the comptroller of the park play upon any musical instrument within Tower Grove Park, nor shall any person take into or carry or display in the park any flag, banner, target, or transparency.

24.  No military or target company, or civic or other procession, shall be permitted to parade, drill or perform upon the park any military or other evolutions or movements without the written consent of the comptroller.

25.  No fire-engine, hook or ladder, cart, hose, truck, or other machine on wheels commonly used for the extinguishing of fire, shall be allowed on any part of Tower Grove Park without the previous consent of the comptroller of the park.

26.  No funeral procession or hearse, or other vehicle or person carrying the body of a deceased person, shall be allowed on any part of Tower Grove Park.

27.  No person, except in the employ of the Board of Commissioners of Tower Grove Park, shall light, make or use any fire upon the Tower Grove Park.

Digitized by Google

# Exhibit 14

# City of Boston.

## DEPARTMENT OF PARKS.

---

### THIRTEENTH ANNUAL REPORT

OF THE

# BOARD OF COMMISSIONERS

FOR THE

## YEAR 1887.



### PRINTED FOR THE DEPARTMENT.

1888.

Digitized by Google

86

## PARK ORDINANCES.

IN BOARD OF PARK COMMISSIONERS, Aug. 20, 1886.

*Voted*, That the following rules, under the title of Ordinances, be adopted for the use and government of the Public Parks. *Provided, however*, that said rules shall not invalidate any pending prosecution or procedure, or any liability of any person for breach of any previous rule.

The Board of Park Commissioners of the City of Boston, by virtue of its authority to make rules for the use and government of the Public Parks of said city, and for breaches of such rules to affix penalties, hereby ordains that within the Public Parks, except with the prior consent of the Board, it is forbidden : —

1.   To cut, break, injure, deface, defile or ill use any building, fence, or other construction, or any tree, bush, plant or turf, or any other thing or property.

2.   To have possession of any freshly-plucked tree, bush or plant, or portion thereof.

3.   To throw stones or other missiles ; to discharge or carry fire-arms, except by members of the Police Force in the discharge of their duties ; to discharge or carry fire-crackers, torpedoes, or fire-works ; to make fires ; to play musical instruments ; to have any intoxicating beverages ; to sell, offer or expose for sale, any goods or wares ; to post or display signs, placards, flags, or advertising devices ; to solicit subscriptions or contributions ; to play games of chance, or have possession of instruments of gambling ; to make orations, harangues or loud outcries ; to enter into political canvassing of any kind ; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act ; to bathe or fish ; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4.   To allow cattle, horses, or other animals, to pass over or stray upon the Park lands ; provided that this shall not apply to

Digitized by Google

# Exhibit 15

# A  DIGEST

OF THE

# Laws  and  Ordinances

FOR THE GOVERNMENT OF THE MUNICIPAL CORPORATION OF THE

## CITY  OF  READING,  PENNSYLVANIA,

IN FORCE APRIL 1, 1897.



[PUBLISHED BY AUTHORITY OF THE CITY COUNCILS.]

COMPILED  BY  LOUIS  RICHARDS.

READING, PA.:
EAGLE BOOK PRINT, 542 PENN STREET
1897.

Digitized by Google

Copyright by

LOUIS RICHARDS

1897.

THE NEW YORK
PUBLIC LIBRARY
30705
ASTOR, LENOX AND
ILDEN FOUNDATIONS.
1897.



Digitized by Google

be and the same are hereby repealed so far as the same affects **9 March 1891.**
this ordinance.

7. From and after the passage of this resolution, it shall be **30 Sept. 1885. J. 1885-86, App.** the duty of the city clerk to send to the residences of all mem- **379.** bers of councils, previous to the meetings of councils, printed **To furnish** copies of the calendar and ordinances which are to receive con- **calendars, etc., in advance of** sideration at each meeting. **meetings.**

8. From and beginning with the first day of April, A. D. **18 Mar. 1894 § 1. J. 1893-94, App.** 1894, the compensation to be paid the assistant in city clerk's **643.** office shall be and is hereby fixed at eight hundred and forty **Salary of assist-** dollars per annum, payable as the salaries of other officials are **ant.** payable.

## City Park.

### I. PENN'S COMMON AND COMMON COMMISSIONERS.

1. Public commons dedicated to the public by the title of " Penn's Common."
2. City districted for the election of common commissioners. Qualifications of commissioners.
3. Commissioners to be elected by councils. First election. Succeeding elections. Minority vote. Term. Organization. Election to be valid if held within sixty days after first Monday of September.
4. Vacancies, how filled. Minority representation. Removal of commissioners. Oath.
5. Common to be under control of commissioners. Appropriations by councils.
6. Plan of improvements.
7. Powers of commissioners. To employ superintendent and laborers. To purchase materials. Estimates to be submitted to councils. When mayor to give casting vote. Creation of debts and obligations. Councils to make appropriations therefor. No contracts to be made unless in pursuance of appropriation.
8. Meetings. Rules and Regulations.
9. Employment of police.
10. Interpretation of former ordinance relative to districts for election of commissioners.
11. City clerk to be secretary of board. Salary.

12. Mineral Spring property transferred to common commissioners for park purposes. Proviso.
13. Occupancy by Mount Penn Gravity and City Passenger Railway Companies.
14. Commissioners empowered to acquire driveway to connect with Egelman property. Damages.
15. Right of way granted to Mount Penn Gravity Railroad Company.
16. Conditions.
17. Purpose.
18. Mode of payment of employees of park and water departments. Pay rolls to be certified by superintendent.
19. How warrants to be drawn and moneys disbursed.

### II. PARK RULES AND REGULATIONS.

20. Limit of speed. Driving confined to roads. Vehicles of burden. Entrance and exit. Coaches for hire. Threatening language, etc. Gaming and obscenity. Firearms, etc. Disturbance of fish, birds or animals. Fireworks. Placards. Injury to trees, shrubbery, statuary, etc. Dead animals, etc. Animals at large. Impounding and disposition of estrays. Tearing down notices. Leading of horses. Fakirs. Musical entertainments, etc. Parades or funeral processions. Public meetings. Games of sport.
21. Penalty.

### I. "Penn's Common" and Common Commissioners.

1. That the tract of land situated at the head of Penn street, **28 Sept. 1887 § 1. J. 1887-88, App.** in the city of Reading, commonly known as the " Public Com- **312.** mons," which in a recent suit by the city of Reading against **Public com-** the county of Berks, was adjudged and decreed by the Supreme **mons dedicated to the public by** Court of Pennsylvania to belong to the city of Reading, be laid **the title of** out, improved and maintained forever as a public common for **"Penn's Common."** the health, benefit and enjoyment of the inhabitants of said city, and shall hereafter be known and designated by the name of " Penn's Common."

2. The city of Reading is hereby divided into four districts **Id. § 2.** for the election of common commissioners in manner following, **City districted** to wit : That portion of the city lying east of Sixth street and **for the election** south of Penn street shall compose one district ; that portion **of common** of the city lying west of Sixth street and south of Penn **commissioners.** street shall compose one district ; that portion of the city lying west of Sixth street and north of Penn street shall compose one district ; and that portion of the city lying east of Sixth street and north of Penn street shall compose one district,[1] which districts shall be numbered one, two, three and

---

[1] See *infra* 10.

Digitized by  Google

## CITY PARK. 239

law authorizing cities of this commonwealth to acquire by pur- 2 April 1896.
chase, or otherwise, private property for public park purposes.[1]

15. That the Mount Penn Gravity Railroad Company be and 7 May 1889 § 1.
is hereby granted the right to occupy a portion of the northeast J. 1889-90, App.
266.
section of Penn's Common with their railroad and station ap-
Right of way
purtenances, and also the right to cross the Mineral Spring granted to
property of the city of Reading with their railroad track. Mount Penn
Gravity R. R.
Company.

16. That the right to occupy Penn's Common is granted sub- Id. § 2.
ject to the control and management of the common commis- Conditions.
sioners, and the right to cross the Mineral Spring property is
granted subject to the control and management of the water
commissioners.

17. That the rights herein are granted to the said railroad Id. § 3.
company for the purpose of constructing, maintaining and op- Purpose.
erating a gravity railroad, and shall continue during the cor-
porate existence of the said company.

18. The employees of the water and park departments shall 5 Feb. 1894 § 2.
and are hereby directed to be paid semi-monthly, by pay roll, J. 1893-94, App.
632.
to be approved by the proper departments or committees ; said Mode of pay-
pay roll to contain name of person, kind and time of service, ment of em-
ployees of park
rate per day, amount due, and a receipt to be signed by the and water de-
person receiving the amount set opposite his name, and shall be partments.
prepared and certified by the superintendent of each of said de- Pay rolls to be
partments to the city clerk and city controller. certified by su-
perintendent.

19. Upon presentation to the city clerk of pay rolls properly Id. § 3.
certified and approved as beforementioned, the city clerk shall How warrants
and he is hereby directed to draw warrants as follows : *   *   * to be drawn
*   *   *   For the park department, "to the order of the super- disbursed.
intendent."

Said officials to dispose of the money in the manner indicated
on the pay roll, and to be responsible for the proper disburse-
ment of the same.[2]

### II. Park Rules and Regulations.

20. That the following rules and regulations be and are hereby 30 Dec. 1887 § 1.
established as the rules and regulations for the government and J. 1887-88, App.
339.
protection of Penn's Common, viz.:

(1) No person shall drive or ride in Penn's Common at a Limit of speed.
rate exceeding seven miles an hour.

(2) No one shall ride or drive therein, upon any part of the Driving confin-
common, than upon the avenues and roads. ed to roads.

(3) No vehicle of burden or traffic shall pass through the Vehicles of
common. burden.

(4) No person shall enter or leave the common except by Entrance and
such gates or avenues as may be for such purposes arranged. exit.

(5) No coach or vehicle used for hire shall stand upon any Coaches for
part of the common for the purposes of hire. hire.

(6) No person shall indulge in any threatening, abusive, in- Threatening
sulting or indecent language in the common. language, etc.

---

[1] See the ordinance of October 1, 1889 (Jour. 1889-90, App. 294), forever exempting from being paved a triangular piece of ground at the inter-section of Centre Avenue, Third and Windsor Streets, 108 feet on Third and 51 feet on Windsor Street, deeded by the owners to citizens of the vi-cinity for conversion into a park : "Provided, That it be sodded and laid out with walks of proper width, and that it be improved and beauti-fied and kept as a park."

[2] By the resolution of May 14, 1889, the common commissioners were requested to see that all per-sons employed at the park are residents and tax-payers of the city, and to give such as are willing to earn off their taxes preference when they ap-ply for work. Jour. 1889-90, App. 333.


Digitized by Google

240                          CITY PARK.

**30 Dec. 1887.**
**Gaming and**
**obscenity.** (7) No person shall engage in any gaming, nor commit any obscene or indecent act in the common.

**Firearms, etc.** (8) No person shall carry firearms, or shoot in the common, or within fifty yards thereof, or throw stones or other missiles therein.

**Disturbance of**
**fish, birds or**
**animals.** (9) No person shall disturb the fish or water fowl in the pool or pond, or birds in any part of the common, or annoy, strike, injure, maim or kill any animal kept by direction of the commissioners, either running at large or confined in a close, nor dis-

**Fireworks.**
**Placards.** charge any fireworks, nor affix any bills or notices therein.

**Injury to trees,**
**shrubbery,**
**statuary, etc.** (10) No person shall cut, break, or in any wise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, structures or statuary, or foul any fountains or springs within the common.

**Dead animals,**
**etc.** (11) No person shall throw any dead animal or offensive matter or substance of any kind within the boundaries of Penn's Common.

**Animals at**
**large.** (12) No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the common. Nor shall they be permitted in or around the common, unless accompanied by the owner ; and whether accompanied by the owner or not, if any of said animals are found running at large in and about the said common, it shall be lawful for, and the park watchman or any of his assistants shall have full power and authority to impound them, or any of them, and if the said animals or any

**Impounding**
**and disposition**
**of estrays.** of them are not called for by their respective owners within forty-eight hours after the impounding of the same, it shall be lawful for the city authorities to sell and dispose of the said animals or kill the same.[1]

**Tearing down**
**notices.** (13) No person shall injure, deface or destroy any notices, rules or regulations for the government of the common, posted or in any other manner permanently fixed by order or permission of the commissioners of Penn's Common, within the limits of the same.

**Leading of**
**horses.** (14) No person shall be permitted to bring or lead horses within the limits of Penn's Common, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

**Fakirs.** (15) No person shall expose any article for sale within the common, without the previous license of the commissioners.

**Musical enter-**
**tainments, etc.**
**Parades or fu-**
**neral proces-**
**sions.** (16) No person shall have any musical, theatrical or other entertainment therein, nor shall any military or other parade or procession, or funeral, take place in or pass through the limits of the common, without the license of the common commissioners.

**Public meet-**
**ings.** (17) No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the common without the previous permission of the commissioners.

**Games of**
**sport.** (18) No person shall engage in any play at base ball, cricket, shinney, foot ball, croquet, or at any other games with ball and bat, nor shall [any] foot race or horse race be permitted within the limits of the common, except on such grounds only as shall be specially designated for such purpose.

---

[1] This rule amended as above by ordinance of June 26, 1895, Jour. 1895-96, App. 549.



21.  Any person who shall violate any of said rules and regulations shall be guilty of a misdemeanor, and for each and every such offence shall pay the sum of five dollars, to be recovered before any alderman of the city of Reading, with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid, which fines shall be paid into the city treasury for common purposes.[1]

*30 Dec. 1887 § 2. Penalty.*

[1] These rules are supplemented by a series of additional regulations adopted by the board of park commissioners, June 14, 1895, prescribing the duties of the superintendent, gardener and park police.

# Clerks of Councils.

1. Election of clerk of select council.
2. Term.
3. Duties.

4. Salary.
5. Repeal.
6. Duties of clerk of common council.

1.  That the office of clerk of select council be and the same is hereby established.   Said clerk of select council to be elected on the day fixed for the organization of council, or as soon thereafter as practicable ; a majority of the votes cast shall be necessary for an election.

*9 Mar. 1891 § 1. J. 1890-91, App. 359. Election of clerk of select council.*

2.  The term of office of the said clerk shall be one year, or until his successor shall have been duly elected and qualified.

*Id. § 2. Term.*

3.  That it shall be the duty of the said clerk to keep a regular and accurate journal of the acts and proceedings of the said branch and prepare the same for printing, together with a calendar of unfinished business at each stated meeting ; he shall also act as clerk of councils in joint convention.

*Id. § 3. Duties.*

4.  That the salary of the clerk of select council shall be three hundred dollars per annum, payable as the salaries of other city officials are payable.[1]

*Id. § 4. Salary.*

5.  That the ordinance, entitled "An ordinance defining the duties and fixing the bond and salary of the clerk of select council," approved by the mayor December 24th, 1875, and any other ordinance or ordinances, or part of ordinance or ordinances conflicting with the provisions of this ordinance, be and the same are hereby repealed so far as the same affects this ordinance.

*Id. § 5. Repeal.*

6.  It shall be the duty of the clerk of the common council to keep a regular and accurate journal of the proceedings of said branch and prepare the same for printing, together with a calendar of unfinished business at each stated meeting.[2]

*31 Dec. 1875 § 1. J. 1875-76, App. 247. Duties of clerk of common council.*

[1] By Section 4 of the act of March 21, 1865, creating the Reading Water Board (*ante*, p. 186), the clerk of select council is *ex-officio* secretary of that body.  His annual salary in that capacity is three hundred and sixty dollars.

[2] The annual salary of the clerk of common council remains at two hundred and fifty dollars, as fixed by the salary ordinance of February 17, 1877, (Jour. 1876-77, App. 183), those of all other officers therein named having been changed by subsequent legislation.

Digitized by Google


# Exhibit 16

[Published by Authority.]

# THE

# REVISED ORDINANCES

OF

# Salt Lake City,

*Ordinances, etc.*

WITH THE

# CITY CHARTER AND AMENDMENTS THERETO.

---

## FEBRUARY 14, 1888.

---

SALT LAKE CITY, UTAH:
PRINTED BY THE STAR PRINTING COMPANY.

1888.

CC
Salt Lake City
3
1888

44-158
Judah P. Benjamin

0078

OF SALT LAKE CITY.

247

# CHAPTER XXVII.

## OF LIBERTY PARK.

1.  May'r to control Park and appoint Keepers.    Keepers given police powers.
2.  When gates to be closed.
3.  Drays, trucks, etc., not to travel upon drives.
4.  Rate of speed.  Racing prohibited.
5.  Vending in Park prohibited.
6.  Injuring property.    Disturbance.    Animals trespassing, etc. Firearms.
7.  Rule in meeting vehicles.
8.  Associations, etc., to get permit.
9.  Penalty.

SECTION 1.  The Mayor shall have the control and charge of Liberty Park, and shall have power to appoint one or more Park Keepers, whose duties shall be to have charge of the Park ,under the Mayor's direction, and to see that the provisions of this chapter are carried into effect; and for that purpose they are hereby given police powers and authorized to arrest any person violating any of the provisions of this chapter.

Mayor to control Park and appoint Keepers.

Keepers given police powers.

SEC. 2.  All the gates of Liberty Park shall be closed at nine o'clock each evening; and all travel on the roads of said Park, or other use of the grounds between nine o'clock P. M. and five o'clock A. M., shall be unlawful except by permission of the Mayor.

When gates to be closed.

SEC. 3.  No dray, truck, wagon, cart or other vehicle carrying, or if not carrying, employed regularly in carrying goods, merchandise, manure, soil or other article of commerce or trade, shall be allowed to travel upon the drives of said Park.

Drays, trucks, etc., not to travel upon drives.

SEC. 4   All  persons  are hereby prohibited from riding or driving upon the roads within said

Rate of speed.

Case 3:23-cv-00056-JBA   Document 24   Filed 04/03/23   Page 80 of 271

Park at a rate of speed exceeding eight miles per
hour, and it shall be unlawful for two or more
persons to engage in racing with animals in said
Park except by consent of the Keeper thereof.

*Racing prohibited.*

SEC. 5.   No person shall vend or sell, or offer
to vend or sell any article or thing whatever
within said Park without the consent of the City
Council.

*Vending in Park prohibited.*

SEC. 6.   No person shall, within Liberty Park,
cut, break, or in any way injure or deface any
trees, shrubs, plants, buildings, fences or property
of any kind; or indulge in noisy, boisterous, riot-
ous, or indecent behavior, or use any boisterous or
offensive language; or, except authorized by the
Mayor:   1—Let loose any cattle, horses, goats,
sheep or swine.   2—Drive a herd of said animals
through the grounds.   3—Carry or discharge
firearms.   4—Camp, lodge or tarry over night.
5—Ride or drive any horse or other animal, with
or without vehicle, elsewhere than on the roads or
drives for such purposes provided.   6—Catch or
kill any birds or fish of any kind.

*Injuring property.*

*Disturbance.*

*Animals trespassing, etc.*

*Firearms.*

SEC. 7.   All persons in riding or driving in
said Park, when meeting other animals or vehi-
cles, shall pass to the right.

*Rule in meeting vehicles.*

SEC. 8.   When any company or association
of persons exceeding fifty in number desire to re-
sort to the Park for any lawful purpose, they, or
one representing them, shall first get the permis-
sion of the Mayor.

*Associations, etc., to get permit.*

SEC. 9.   Any person violating any of the
provisions of this chapter shall, upon conviction,
be liable to a fine of not to exceed fifty dollars.

*Penalty.*

# Exhibit 17

# ANNUAL REPORTS

OF THE

# CITY OFFICERS AND CITY BOARDS

OF THE

# CITY OF SAINT PAUL,

FOR THE FISCAL YEAR ENDING DECEMBER 31, 1888.

———————

GLOBE JOB OFFICE,
D. RAMALEY & SON, PRINTERS,
1889.

Digitized by Google

688      REPORT OF BOARD OF PARK COMMISSIONERS

The amount paid during the year for labor was about $10,500, a very large proportion being for teams. The monthly pay rolls for the past six months have averaged less than $200, while for May, June and July the average was about $2,500.

In addition to the hired labor as above there was received the services of inmates of the workhouse, averaging 28 men per day for the year.

With this force, which generally works by itself, it was possible to transform several unsightly borders and steep high slopes into pleasing bits of landscape. The force works under many disadvantages in respect to economy of labor. First, all must work in one compact mass, so that every man will be constantly under the eyes of the guards; again, the hours for work are short, and each workman has so little interest that what is done must often be done again before any satisfactory result is reached.

Appended are: (See Appendix.)

First.  A list of trees, etc., in the park nursery.

Second.  A list of plants in the park propagating house.

Third.  Flora of St. Paul and vicinity, by Frederick Nussbaumer, the gardener at Como Park.

Not knowing that similar work had already been done under the geological survey of the state and published as the "Flora of Minnesota," Mr. Nussbaumer completed his list. It was then submitted to an amateur botanist in the city who, after careful examination, recommended that the spelling and order of arrangement be made to conform to the "Flora of Minnesota."

This has been done, and the revised list hereto appended will be found to contain some species not before reported in this state. It will be specially interesting to students in botany, since it describes minutely where the specimens were found. It is a report of progress rather than a complete list.

Mr. Nussbaumer has served as gardner, nurseryman, tree-planter, foreman, special officer and at times, man of all work, and in each and all capacities has proved himself of especial value to the park.

Respectfully,
JOHN D. ESTABROOK,
Superintendent.

Digitized by Google



0083

## RULES AND REGULATIONS OF THE PUBLIC PARKS AND GROUNDS OF THE CITY OF SAINT PAUL.

1.  No person shall drive or ride in any Park in the City of Saint Paul at a rate exceeding seven (7) miles per hour.

2.  No person shall ride or drive upon any other part of any Park than the avenues and roads.

3.  No coach or vehicle used for hire shall stand upon any part of any Park for the purpose of hire, unless licensed by the Board of Park Commissioners.

4.  No person shall indulge in any threatening or abusive, insulting or indecent language in any Park.

5.  No person shall engage in any gaming nor commit any obscene or indecent act in any Park.

6.  No person shall carry firearms or shoot birds in any Park or within fifty yards thereof, or throw stones or other missiles therein.

7.  No person shall disturb the fish or water fowl in any pool or pond or birds in any part of any Park, or annoy, strike, injure, maim or kill any animal kept by direction of the Board of Park Commissioners, either running at large or confined in a close; nor discharge any fireworks, nor affix any bills or notices therein.

8.  No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, structures or statuary, or foul any fountain, well or spring within any Park.

9.  No person shall throw any dead animal or offensive matter, or substance of any kind into any lake, stream or pool, within the limits of any Park.

10.  No person shall go in to bathe within the limits of any Park.

11.  No person shall turn cattle, goats, swine, horses, dogs or other animals loose in any Park, nor shall any animals be permitted to run at large therein.

12.  No person shall injure, deface or destroy any notices, rules or regulations for the government of any Park, posted or in any other way fixed by order or permission of the Board of Park Commissioners within the limits of any Park.

13.  Complaints against any employe of any Park may be made at the office of the Superintendent of Parks.

14  No person shall use any Park drive for business purposes, or for the transportation of farm products, dirt or any like material, or for the passage of teams employed for such purposes.

Any person who shall violate any of the foregoing rules and regulations shall be guilty of a misdemeanor, and for each and every offense shall be fined not less than the sum of Five Dollars ($5), nor more than Fifty Dollars ($50), which sum shall be paid into the city treasury for park purposes.

JOHN D. ESTABROOK,
Superintendent.

Digitized by Google

# APPENDIX.

ADDRESS DELIVERED BY H. W. S. CLEVELAND, ESQ., TO BOARD OF
PARK COMMISSIONERS FOR IMPROVEMENT OF VACANT SQUARES
IN THE CITY, OCTOBER 13, 1888.

*Mr. President and Gentlemen of the Park Commission:*

I have made a cursory examination of some of the vacant spaces within
the city limits which have been reserved for ornamental improvement, as well
as some smaller tracts, which, though not available as places of recreation,
are susceptible by judicious treatment of adding greatly to the beauty and at-
tractive interest of the general aspect of the city. I am not prepared to give
any detailed plan of arrangements for any particular point, but it has occurred
to me that a general statement of the object in view and the principles to be
observed in its attainment could not fail to possess interest and facilitate the
progress of the future work.

The present system of arrangement of the small parks and public squares
in almost every city involves an incongruity which is obviously the result of a
want of due consideration of the object of their creation. A moment's consid-
eration of the circumstances of their existence will make my meaning clear.
Suppose the case of a single block in a densely peopled quarter reserved as a
park. The area it comprises is of enormous value, which might at any mo-
ment be realized by placing it on the market. That value, then, is the price
we pay for its preservation as a place of recreation and rest—a refreshing
change from the endless piles of brick and stone, where the weary worker may
be cheered by the sight of trees and grass and flowers, where women and child-
ren may find refuge from the din and turmoil on the streets and escape the
rushing crowds for a little quiet enjoyment of the beauty of nature. From
our proverbial character as a race who are very careful to get their money's
worth in a bargain, it might be supposed we should see to it that in paying
such a price for a place of rest we should be very exacting in our demand that
it should be adapted to its object and so arranged as to offer every possible
facility for relief and refreshment by contrast with its surroundings. But
what in reality do we see. Almost without exception the arrangement would
seem to indicate that the primary object for which all that area is kept open is
to afford a short cut across for those who would otherwise be obliged to go
round the outside of the square. Two paths cross it diagonally, sometimes
with an effort at some kind of artificial decoration in a circular space at the
point where the paths intersect each other. Every pedestrian who is hurrying
to and from his business avails himself of the opportunity afforded to thus
save time and steps. The paths become simply thoroughfares for the rushing



# Exhibit 18

# CITY OF TRENTON,

## NEW JERSEY.

———————

# CHARTER AND ORDINANCES;

### ALSO CERTAIN

## ACTS OF THE LEGISLATURE RELATING

## TO MUNICIPAL DEPARTMENTS,

### AND

## A TABLE OF CASES CITED IN THE FOOT NOTES.

———————

**Revised, Compiled and Published**

**BY ORDER OF THE COMMON COUNCIL.**

———————

TRENTON, N. J.:

THE JOHN L. MURPHY PUBLISHING CO., PRINTERS.

—

1903.

Digitized by Google

390                           CITY OF TRENTON.

to the amount to be raised by taxes in said city; and said portion of the principal so raised shall be paid yearly to the sinking fund commission of the city of Trenton, to be used exclusively for the liquidation of said bonds; *provided, however,* that whenever the amount of moneys in the hands of said commission shall be sufficient for the redemption of said bonds, no further sums shall be raised by taxation.

**When to take effect.**

9. That this ordinance shall take effect immediately.

**An Ordinance providing for the government and protection of public parks and squares of the city of Trenton.**

Vol. 6, p. 181.                        Approved June 26th, 1890.

*The Inhabitants of the City of Trenton do ordain:*

**Rate of speed for driving or riding.**

1. No one shall drive or ride in Cadwalader park at a rate exceeding seven miles an hour.

**Driving, where allowed.**

2. No one shall ride or drive in or upon any of the public squares of this city or upon any other part of said park than upon its avenues and roads.

**What vehicles not allowed in park.**

3. No vehicle of burden or traffic shall pass through said park.

**How persons shall enter.**

4. No person shall enter or leave said park or squares except by such gates or avenues as may be for such purpose arranged.

**Wagons not to stand in park for hire.**

5. No coach or vehicle used for hire shall stand upon any part of said park for the purpose of hire.

**No threatening language to be used.**

6. No person shall indulge in any threatening, abusive, insulting or indecent language in said park or squares.

**No obscene act to be permitted.**

7. No person shall engage in any gaming nor commit any obscene or indecent act in the said park or squares.

**No person to carry firearms.**

8. No person shall carry firearms or shoot birds in said park or squares, or within fifty yards thereof, or throw stones or other missiles therein.

**No person to annoy any of the animals.**

9. No person shall disturb the fish or water fowl in the pools, ponds or other waters, or birds in any part of said park or squares, or annoy, strike, injure, maim or kill any animal kept by direction of common council or the park committee thereof, either running at large or confined in a close, nor discharge any fireworks nor affix any bills therein.

**Not to deface trees or buildings.**

10. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the

Digitized by Google

outbuildings, fences, bridges, structures or statuary, or foul any fountains or springs within said park or squares.

11. No person shall throw any dead animal or offensive matter or substance of any kind into any pool, pond or other waters within the boundaries of said park or squares. **Not to throw any offensive matter in water.**

12. No person shall go into bathe within said park. **Bathing prohibited.**

13. No person shall turn cattle, goats, swine, horses, dogs or other animals loose in said park or squares. **No animals to go loose in park.**

14. No person shall injure, deface or destroy any notices, rules or regulations for the government of the said park or squares, posted or in any other way permanently fixed by order or permission of the common council or the park committtee thereof, within the limits of the same. **Notices not to be defaced.**

15. That for each and every violation of any of the foregoing provisions of this ordinance the person or persons so violating shall forfeit and pay a fine of ten dollars, to be enforced and collected according to law. **Penalty.**

### An Ordinance to name the Five Points "Monument Park."

*The Inhabitants of the City of Trenton do ordain:*

1. That the locality commonly known as the Five Points, being that portion of the city bounded and described by Pennington avenue on the north, Broad street on the east, the southerly line of the lands recently purchased by the city of Trenton for a public park, by an ordinance passed common council February twenty-first, one thousand eight hundred and ninety-three, entitled "An ordinance to authorize the purchase of lands for the purposes of a public park," on the south, and the line of North Warren street, on the west, shall be hereby designated and known as "Monument Park." **Ordinance of June 28th, 1898, Sec. 1, Vol. 6, p. 411.**

2. That all ordinances or parts of ordinances inconsistent herewith, be and the same are hereby repealed. **Ib., ¿2.**

Digitized by Google

# Exhibit 19

# A DIGEST

OF THE

# Laws and Ordinances

FOR THE GOVERNMENT OF THE MUNICIPAL CORPORATION OF THE

## CITY OF WILLIAMSPORT, PENNSYLVANIA, *Ordinances, etc.*

IN FORCE AUGUST 1, 1900.



PUBLISHED BY AUTHORITY OF THE CITY COUNCILS

IN THREE PARTS

By LOUIS RICHARDS and WILLIAM D. CROCKER, Esqs.

NEWARK, N. J.
SONEY & SAGE
1900

0091

C C
Williamsport
3
1900

Copyright, 1900, by SONEY & SAGE.

Presented by
The Williamsport   Mayor

0092

Pt. 1.

# GENERAL ACTS OF ASSEMBLY

## FOR THE GOVERNMENT OF

## CITIES OF THE THIRD CLASS.

Prepared by Louis Richards.

## Aldermen.

### [SEE FINES AND PENALTIES.]

I. ELECTION OF ALDERMEN.

1. Constitutional provision. Qualifications.
2. Election of aldermen in cities of third class.
3. When terms to expire.
4. Constables to give notice.

II. VACANCIES.

5. How vacancies to be filled.
6. Aldermen to file acceptance with prothonotary. Governor to issue commission. Fee. Oath.

III. FEES.

7. Fees of aldermen throughout the state. Fees under U. S. laws.

IV. APPEALS AND TRANSCRIPTS.

8. Aldermen may demand costs in advance before delivering transcript. When to be recovered back.
9. Also costs upon transcript of judgment. Except where appellants are unable to pay.
10. Transcript in cases of felony to be returned within five days. Penalty.

### I.  Election of Aldermen.

1. Except as otherwise provided in this constitution, justices of the peace or aldermen shall be elected in the several wards, districts, boroughs and townships at the time of the election of constables, by the qualified electors thereof, in such manner as shall be directed by law, and shall be commissioned by the governor for a term of five years. No township, ward, district or borough shall elect more than two justices of the peace or aldermen, without the consent of a majority of the qualified electors within such township, ward or borough;[1] no person shall be elected to such office unless he shall have resided within the township, borough, ward or district for one year next preceding his election. In cities containing over fifty thousand inhabitants, not more than one alderman shall be elected in each ward or district.  *Const. 1874, Art. V, § 11.*  *Constitutional provision.*  *Qualifications.*

2. Each of the wards of each of the said cities shall be entitled to elect one alderman,[2] who shall have all the powers  *23 May 1874 § 32. P. L. 248.*

---

[1] This provision does not command the election of two justices of the peace for each ward of a borough. *Commonwealth v. Morgan*, 178 Pa. 198.
[2] Cities of the third class, whether incorporated under the Act of 1874 or that of 1889, are entitled to elect but one alderman in each ward. *Commonwealth v.*

*Hastings*, 16 Pa. C. C. R. 425; *Harris's Application*, 4 Dist. R. 320.  *Quaere*, whether, under the constitution, the election of an alderman in every ward in cities of the second and third classes is obligatory, or whether the present number in such cities may not be reduced by legislation?

23 May 1874.

Election of aldermen in cities of third class.

and jurisdiction of a justice of the peace, and said alderman shall be elected at the municipal election next preceding the expiration of the commission of the justice of the peace resident in the district out of which the said ward shall be created; if two justices of the peace reside therein, then the alderman shall be the successor of the justice of the peace whose commission shall first expire; and no successor shall be elected to the one still in office, but his commission shall be and remain in full force until its expiration.[1]

22 March 1877
§ 1. P. L. 12.

When terms to expire.

3. All aldermen or justices of the peace who shall be elected on the third Tuesday of February next, or in any year thereafter, whose terms of office would under existing laws expire prior to the first Monday of May, shall continue in office from the date at which said term would otherwise expire until the first Monday of May next ensuing thereto.

Id. § 2.

Constables to give notice.

4. It shall be the duty of the constable of the proper ward, district, borough or township to give at least twenty days' notice, by advertisement preceding the election to be held on the third Tuesday of February of each year, of the expiration of the term of the commission of any alderman or justice of the peace that may expire on or before the first Monday of May following, and also of any vacancy that may happen by death, resignation or otherwise.

II.  Vacancies.

22 March 1877
§ 3. P. L. 12.

How vacancies to be filled.

5. If any vacancy shall take place after any ward, district, borough or township election, by reason of the erection of any new ward, district, borough or township, or from the neglect or refusal of any person elected to accept a commission within sixty days after the date thereof, or by death, resignation or otherwise, such vacancy shall be filled by appointment by the governor until the first Monday of May succeeding the next ward, district, borough or township election.[2]

Id. § 4.

Aldermen to file acceptance with prothonotary.

6. The aldermen or justices of the peace, elected under the provisions of this act, shall file an acceptance of said office with the prothonotary of the proper county, stating therein the name of the alderman or justice of the peace whom they succeed, with the cause of vacancy; and said prothonotary shall certify the same under his seal of office to the sec-

[1] The amount of the official bond of aldermen and justices of the peace is to be fixed by the Court of Common Pleas, under the Act of June 21, 1839, § 6, P. L. 376, and the bond must be recorded. By the Act of June 1, 1891, P. L. 143, they are authorized to provide themselves with an official seal, similar to that used by notaries public.
[2] This section is not in conflict with Sec. 8 of Art. IV of the constitution, authorizing the governor to fill vacancies until the next succeeding general election. The constitutional provision was not intended to apply to officers elective at the February election. *Commonwealth v. Callen*, 101 Pa. 375.  It also modifies the act of May 6, 1874, P. L. 118, in respect to the duration of the term of the appointee. The power given to the governor by the act of 1877 to fill vacancies is not disturbed by the provision for the election of ward officers in territory annexed to a city of the third class under Sec. 5 of Art. III of the Act of May 23, 1889, P. L. 281.  *Commonwealth v. Machemer*, 18 Pa. C. C. R. 92; 5 Dist. R. 560.

0094

# PARTS II. AND III.

## Special Acts—Charters,
## Ordinances and Resolutions.

COMPILED BY W. D. CROCKER.

0095

# PART III.

## Ordinances and Resolutions

OF THE BOROUGH AND CITY OF

WILLIAMSPORT, PA.

Comp. by W. D. Crocker.

# Ordinances and Resolutions of the Borough and City of Williamsport.

## Academy.

[See DICKINSON SEMINARY; SPECIAL ACTS OF ASSEMBLY.]

I. PURCHASE OF—1, 2.
II. SALE OF—3-10.

1. That the town council for the use of the borough of Williamsport, purchase from John K. Hays and Peter Vanderbelt, the Academy and lot of ground attached to same, (formerly the property of Lycoming county, and sold by the sheriff of said county,) for the price paid by the said Hays and Vanderbelt, with costs and interest: *Provided,* That they, the said Hays and Vanderbelt accept the same.[1]

*Res. May 19, 1845.*
*B.M.B. 1, 13.*
*§ 1.*
*Purchase of property.*

2. That a tax be laid for the purpose of paying for the Academy and lot of ground, and to pay all demands against said borough of Williamsport.

*Id. § 2.*
*Tax for.*

3. That said (the borough) authorities shall make a legal transfer or conveyance of all the right, title and interest of the borough of Williamsport in said Academy, grounds and appurtenances, to a board of trustees under the style and title of "Trustees of Dickinson Seminary at Williamsport."

*Res. Jan. 5, 1848.*
*B.M.B. 1, 33.*
*§ 1.*
*Sale of to Dickinson Seminary.*

4. That said board shall have power to fill its own vacancies and two-thirds thereof shall be members of the M. E. Church, and one-third of other denominations of Christians.

*Id. § 2.*
*Board of trustees.*

5. That a school shall be established under the title of Dickinson Seminary at Williamsport, auxiliary to Dickinson College at Carlisle.

*Id. § 3.*
*Name changed.*

6. That instruction shall be given to youth of both sexes designed to afford a liberal education to females and qualify young men for entrance upon a regular college course, and pupils of all denominations shall be admitted on the same terms.

*Id. § 4.*
*Pupils of.*

7. That the school shall be under the supervision and patronage of the Baltimore Conference, and shall sustain a religious character similar in all respects to the parent institution at Carlisle.

*Id. § 5.*
*Supervision of.*

8. That whenever the M. E. Church shall cease to use the property for educational purposes it shall again revert to the borough of Williamsport with all such improvements as shall be made thereon.

*Id. § 6.*
*Reversion of.*

[1] The purchase above referred to was consummated July 5, 1845. See B. M. B. 1, p. 14.

Id. § 7.

Consideration for sale.

9. That said M. E. Church shall assume and pay to John K. Hays and Peter Vanderbelt, their heirs and assigns, the sum of two hundred and thirty-nine dollars and thirty-seven cents with interest from the 28th of June, 1847, and pay to the borough of Williamsport the sum of two hundred and four dollars and thirty-one cents, with interest from the fifth day of July, 1845.

Id. § 8.

Conditions of sale.

10. That the above stipulations are conditional on the part of the M. E. Church until sanctioned by the Baltimore Conference.

## Additions.

Andrews' Addition, 12.
Church's Addition, 2.
Gilmore's Addition, 10.
Herdic, Lentz & White Addition, 6.
Mahaffey's Addition, 14.
McCormick's Addition, 11.
Newberry, Plan of, 1.
Reighard's Addition, 16.

Ross Addition, 3.
Thompson's Addition, No. 1, 5.
Thompson's Addition, No. 2, 8.
Vanderbelt's Addition, No. 1, 4.
Vanderbelt's Addition, No. 2, 9.
Williamsport Manufacturing Co., 7.
Wilson's Addition, 13.
Woodward's Addition. 15.

Newberry, plan of.

1. Plot dated October 31, 1810, of land bounded N. by (High) now Newberry street, E. by line of Water street, S. by line of (Pine) now Baker street, and W. by (Pine) now Poplar street. See Deed Book 8, front of book.

Church's addition.

2. Deed F. & J. Church, May 22, 1833, for plot bounded N. by E. Third street, E. by (Vanderbelt) Penn street, S. by the river, and W. by Academy street. Rec. D. B. 20, p. 182. For vacation of streets and alleys in that part of same S. of canal, see Spec. Acts of Assembly, title "Streets."

Ross addition.

3. Deed W. F. Packer, May 5, 1855, for plot bounded N. by E. Third street, E. by Edkin and Heisley, S. by river, and W. by (Vanderbelt) Penn street. Rec. D. B. 36, p. 835.

Vanderbelt's addition, No. 1.

4. Deed W. R. Vanderbelt et al., October 24, 1857, for plot bounded N. by Sloan alley, E. by Elizabeth street, S. by P. & E. R. R., and W. by Market street. Rec. D. B. 38, p. 641.

Thompson's addition, No. 1, 1.

5. Plot recorded April 25, 1867, of land bounded N. by P. & E. R. R., E. by Arch street, S. by D. Updegraff, and W. by ——? Rec. D. B. 53, p. 2.

Herdic, Lentz and White addition.

6. Plot accompanying deed of partition dated December 19, 1867, for land bounded N. by W. Third street, E. by Locust street, S. by (Gilmore) Second and by (Jefferson) First streets, and W. by Park street. Rec. D. B. 54, pp. 304, 330.

Williamsport Manufacturing Co.

7. Plot recorded September 3, 1868, for lands bounded N. by Rural avenue, E. by Center street, S. by P. & E. R. R., and W. by Seventh avenue. Rec. D. B. 57, back of book.

Thompson's addition. No. 2.

8. Plot recorded June 1, 1870, for land bounded N. by T. Add. No. 1, and S. by Lincoln street. Rec. D. B. 61, pp. 657-9.

Vanderbelt's addition, No. 2.

9. Plot accompanying deed of partition dated May 5, 1872, for following two plots, viz.: No. 1, bounded N. by P. & E. R. R., E. by Butler street, S. by E. Third street, and W. by Penn street. No. 2, bounded N. by canal, E. by Penn street, S. by Cat. R. R. Co., and W. by Academy street. Rec.

# Brandon Park.

I. ACCEPTANCE OF—1-6.
II. RULES AND REGULATIONS—7-9.

### I. Acceptance Of.

1. Whereas, A. Boyd Cummings, of the city of Philadelphia, has executed a deed of conveyance to the city of Williamsport for forty-three acres and thirty-nine perches of land situate in the Eighth ward of the city in trust for the purpose of a park for public uses, and to be known as "Brandon Park," and has placed said deed of conveyance in the hands of his counsel, Allen & Reading, for delivery to the city upon the passage by the councils of an ordinance accepting such conveyance and appointing a commission, and providing for the improvement, regulation and government of said park; therefore, *Ord. 358 C. C., March 20, 1889. O. B. 2, p. 332. Preamble.*

2. That the deed of conveyance from the said A. Boyd Cummings to the city of Williamsport, in trust, of forty-three acres and thirty-nine perches of land situate in the Eighth ward of the said city for the purpose only of an open space or park for the use of the public forever, and to be called and known as Brandon Park, be and the same is hereby accepted by the city of Williamsport in accordance with the terms of said conveyance as will fully appear by the deed of conveyance for said lands bearing date the twenty-first day of February in the year of our Lord one thousand eight hundred and eighty-nine. *Id. § 1. Deed accepted.*

3. That Robert P. Allen, Hugh H. Cummin, Lindsey Mahaffey, Oliver H. Reighard, J. Artley Beeber, Robert Neilson and the mayor of the city of Williamsport be and they are hereby appointed park commissioners to serve during good behavior without compensation, whose duty it shall be to prepare and report to councils a plan for the improvement, regulation and government of said Brandon Park, and to supervise the work of improvement of said park, and expend the moneys which may be appropriated from time to time by the city for such improvements, and of which said commission shall make report at least once in every year as to the progress of the improvements upon said park and the condition of the same to the city councils. *Id. § 2. Commissioners appointed. Duties of commissioners.*

4. That no circuses, menageries, athletic games for exhibition, or any other kind of public exhibition shall ever be allowed upon said park. *Id. § 3. Exhibitions, etc., prohibited.*

5. That the mayor of the city of Williamsport by and with the consent of the majority of the select council shall have authority to fill, upon the nomination only of the surviving members of the commission, all vacancies in said park com- *Id. § 4. Vacancies, how filled.*

mission which may be occasioned by death, resignation or otherwise.

Id. § 5.
Pledge.

6. That the faith of the city of Williamsport be and the same is hereby pledged to the performance on the part of said city of the terms of the acceptance from the said A. Boyd Cummings of the conveyance of said Brandon Park in accordance with the foregoing ordinance.

## II.  Rules and Regulations.

Ord. 404 C. C., June 18, 1890, § 1.  O. B. 2, p. 393.

Regulations.

7. The following rules and regulations be and are hereby established as the rules and regulations for the government and protection of Brandon Park, viz.:

Driving regulated.

(1.) No person shall drive or ride in Brandon Park at a rate exceeding seven miles an hour.

(2.) No person shall ride or drive upon any part of the park, except on the avenues and roads.

Vehicles for traffic prohibited.

(3.) No vehicle of burden or traffic shall be permitted within said park, except when employed in the business of the park.

Bicycles in park.

(4.) No bicycles, tricycles or other vehicles of a similar nature, shall be driven at a greater speed than seven miles per hour in the park.

Law of road.

(5.) When carriages, bicycles, tricycles or equestrians meet, the parties respectively shall keep to the right as the law of the road.

Entrance and exit.

(6.) No person shall enter or leave the park except by such gates or avenues as may be for such purposes arranged.

Led horses.

(7.) No person shall bring or lead a horse or horses within the limits of the park not harnessed and attached to a vehicle, or mounted by an equestrian.

Animals at large.

(8.) No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the park.

Trees and shrubbery.

(9.) No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, fruit, turf or any of the buildings, fences, bridges, structures or statuary, or foul

Fountains.

Ponds.

any fountains or springs within the park, or throw stones or rubbish of any kind into any lake or pond of the park, or bathe in the same.

Nuisances.

(10.) No person shall throw any dead animal or offensive matter or substance of any kind within the boundaries of the park.

Birds, fish, etc.

(11.) No person shall disturb the fish or water fowl in the pool or pond, or birds in any part of the park, or annoy, strike, injure, maim or kill any animal kept by direction of the commissioners, either running at large or confined.

Trees, protection of.

(12.) No person shall attach a swing to, fasten a horse to, or climb a tree in said park.

Notices.

(13.) No person shall injure, deface or destroy any notices, rules or regulations for the government of the park

posted or in any other manner permanently fixed by order or *Posting bills forbidden.* permission of the commissioners of the park, nor affix any bills or notices within the limits of the same.

(14.) No person shall expose any article for sale within *Traffic prohibited.* the park.

(15.) No person shall have any musical or other entertainment in the park, nor shall any parade or procession take *Parades, etc., prohibited.* place in or pass through the park, nor shall any picnic, gathering or public meeting of any kind be permitted therein *Picnics prohibited.* without the previous permission of the commissioners.

(16.) No person shall engage in any play at base ball, *Games prohibited.* cricket, shinny, foot ball, croquet, or at any other athletic games within the limits of the park, except on such grounds only as shall be specially designated for such purposes by the park commissioners.

(17.) No person shall introduce any spirituous, malt or *Liquors prohibited.* brewed liquors into said park, either for his own use, to sell, or to give away, nor shall any intoxicated person enter or remain in said park.

(18.) No person shall curse or swear or use threatening or *Swearing.* abusive language, or fight or throw stones, or behave in a *Disorderly conduct.* riotous or disorderly manner in said park.

(19.) No person shall indulge in any insulting or indecent *Nuisances.* language, or commit a nuisance in the park.

(20.) No person shall engage in playing cards or gambling *Gambling.* in said park.

(21.) No person shall carry fire-arms, or shoot in the park, *Firearms.* or discharge any fire-works, or throw stones or missiles therein.

8. Any person who shall violate any of said rules and regulations shall be liable to a fine of not less than five dollars *Id. § 2. Penalty.* nor more than fifty dollars, to be recovered before any alderman of the city of Williamsport, with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid, which fines shall be paid into the city treasury for park purposes.

9. Packer street, where it passes through the park, is hereby abandoned as a public highway and declared to be a part *Id. § 3. Packer Street vacated.* of the park, subject to the rules and regulations adopted for its government and protection.[1]

[1] See "Streets—Vacation of."

## Bridges.

Almond Street, Bridge over McClure's Run, N. 1.
Center Street, Bridge over Grafius Run, 2.
Cherry Street, Bridge over Grafius Run, 7.
Elmira Street, Bridge over Grafius Run, 1.
Evaline Alley, Bridge over Grafius Run, 3.
High Street, Bridge over Grafius Run, 4-5.
Lycoming Creek Bridges, N 2.
Rural Avenue, bridge over Grafius Run, 6.

[1] On Dec. 9, 1889, a resolution passed common council for the construction of a bridge over the Run (McClures Run) on Almond Street near Wyoming Street; See C. C. M. B., p. 475. The resolution passed select council on Dec. 16, 1889; See S. C. M. B., p. 346. The resolution cannot be found, but the bridge was built. In the case of *Kennedy v. The City*, No. 385, Sept. T. 1897, the question arose as to whether the bridge had been built by the city or by Loyalsock Township.

0101

# Exhibit 20

*Grand Rapids, Mich. Ordinances, etc.*

# COMPILED ORDINANCES

c₮

## OF THE

# City of Grand Rapids

Containing all Ordinances passed by the
Common Council, of the City of Grand Rapids,
in force September 1, 1906

———————

Compiled and Indexed
Under Authority of the Common Council
By
COLIN P. CAMPBELL. LL. M.

———————

PUBLISHED BY AUTHORITY OF THE
COMMON COUNCIL

*The Public Lit
Jan 27 1912*

*1907?*

dollars and costs of prosecution, or by imprisonment at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, work-house, house of correction, or alms-house of said city, in the discretion of the court or magistrate before whom the conviction may be had, for a period of not less than five days, nor more than ninety days; and in case such court or magistrate shall only impose a fine and costs, the offender may be sentenced to be imprisoned at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, work-house, house of correction, or alms-house of said city, until the payment of such fine and costs, for a period of not less than five days nor more than ninety days.

### Repealing Clause.

Sec. 429 (14). The following ordinances are hereby repealed, to-wit: An ordinance entitled "An Ordinance Relative to Public Lamps and Lamp Posts in the City of Grand Rapids," passed March 1, 1873;

Also an ordinance entitled, "An ordinance Relative to Public Parks and Places in the City of Grand Rapids," passed March 8, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Protection, Preservation and Use of Bridges Across Grand River in the City of Grand Rapids, belong to said city," passed June 21, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Preservation of Public Property of the City of Grand Rapids," passed March 1, 1873;

Also all other ordinances and parts of ordinances in anywise contravening the provisions of this ordinance.

**An Ordinance to Regulate the Use of the Public Parks of the City of Grand Rapids, and to Provide for the Preservation of Public Property Therein. Passed May 4, 1891. Amended June 20, 1892, and October 11, 1897.**

The Common Council of the City of Grand Rapids do ordain as follows:

### Parks—Injury to Trees, Etc.—Animals, Etc.—Handbills.

Sec. 430 (1). No person shall break, cut, mutilate, injure,

---

Sec. 429. Record A of Ordinances, p. 143.        SECS. 430-432. Record B of Ordinances, p. 130.

SECS. 430-435. Charter, Section 73.

overturn, remove or carry away any tree, shrub, plant, flower, stone, or stone-work, bench, chair, seat, bower, stand, house, arbor, structure, fence or property, or anything whatsoever in, upon or belonging to any park, square or open space, in the City of Grand Rapids, or in any street, avenue, or highway in, adjoining to or around the same; nor shall any person climb up, or upon, any building, house, fence, table, seat or other structure in said park, place or square; nor shall any person kill, disturb, or molest any bird or bird's nest, or any fish or animal within, belonging to or being therein; nor shall any person paste or affix or inscribe any hand-bill, sign, poster, card, device or inscription to, upon or against any fence, tree, structure, or property of or on such park, place, square or highway, in or adjoining the same; nor shall any person disfigure or injure any sward, gravel, sand, turf or earth, or any tree, fence or structure therein, or adjoining thereto; nor shall any person fasten or hitch any animal to any tree, fence or structure in, or upon, the same, unless the same shall be designated and set apart for such purpose; nor shall any person ride or drive any animal or vehicle therein except upon the proper roadways, avenues and drives, and shall not drive therein at a speed exceeding eight miles per hour.

### Parks—Speeches in.

Sec. 431 (2).  No person shall deliver any oration, address, speech, sermon or lecture therein unless he shall have first received permission from the Common Council of the City of Grand Rapids, or the Mayor or other lawful authority so to do; nor shall any public meeting be held therein unless leave is first obtained.

### Parks—Dogs in—Fire Arms.

Sec. 432 (3).  No person shall allow or permit any domestic animal to go, be, or run at large within any such park, place or square; nor shall any person carry any rifle, gun, or other fire arm of any kind within any park of the City of Grand Rapids, and no dog shall be allowed therein except when fastened or led by a cord or string not exceeding six feet in length.

### Parks—Disorderly Language—Games—Handbills—Peddlers— Picnics in.

Sec. 433 (4).  (As amended October 11, 1897.)  No person shall

---

SEC 433.   Record B of Ordinances, p. 448.

use any threatening, obscene, profane or indecent language in any such park, open place or square, or be guilty of any disorderly or indecent conduct; nor shall any person indulge in any games, acts or demeanor calculating or tending to mar or disturb the feelings or enjoyment of the visitors attending such parks, places or squares; nor shall any person or persons deposit any rubbish or refuse in or upon such park, place or square, except the same be deposited in waste baskets to be provided by the Committee on Parks; nor shall any person post, exhibit or distribute any advertisement, circular or hand bill therein; nor shall any peddler or petty dealer sell, or in any manner dispose of any article in or immediately adjoining any public park, place or square in said city, unless he shall first obtain express permission so to do from the Common Council of the City of Grand Rapids. Picnics and social parties may be allowed in such portions of said parks as shall be designated and set apart by the Park Committee of the Common Council of the City oif Grand Rapids from time to time.

### Hours When Parks Open to Public.

Sec. 434 (5). (As amended June 20, 1892.) The three public parks belonging to said city and respectively named and known as the "John Ball Park," "Lincoln Park" and "Highland Park," shall be open to the public only between the hours of sunrise and 9 p. m. of each and every day, and it shall not be lawful for any person or persons, except the person and employes in charge of any such park, to enter therein before the hour above named for the opening of said park, or to remain therein after the hour above fixed for the closing thereof; Provided, however, That the Committee on Parks of the Common Council or Mayor of said city shall have the power, in their discretion, whenever special occasion may require it, to specially provide for all or any of said parks above named being opened at an earlier hour or closed at a later hour than the hours above designated.

Any person who shall violate any of the provisions or requirements of this section shall be liable to the punishment prescribed in Section 6 of this ordinance.

### Penalty.

Sec. 435 (6). (As re-numbered June 20, 1892, and amended

---

SEC. 434.  Record B of Ordinances, p 240.  |  SEC. 435.  Record B of Ordinances, p. 240-448

October 11, 1897.)  Any person or persons who shall violate any of the provisions or requirements of this ordinance, on conviction thereof, shall be punished by a fine of not less than two dollars nor more than one hundred dollars and costs of prosecution, or by imprisonment at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, workhouse or house or correction of said city, in the discretion of the court or magistrate before whom the conviction may be had, for a period of not less than two days nor more than ninety days; and in case such court or magistrate shall only impose a fine and costs, the offender may be sentenced to be imprisoned at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, workhouse or house of correction of said city, until the payment of such fine and costs, for a period of not less than two days nor more than ninety days.

**An Ordinance Relative to Cemeteries and the Protection Thereof and the Burial of the Dead in the City of Grand Rapids.   Passed January 13, 1896.**

The Common Council of the City of Grand Rapids do ordain as follows:

### Public Cemeteries—What Are.

Sec. 436 (1).  All cemeteries now owned or which may hereafter be acquired by the City of Grand Rapids, wherever situated, and all cemeteries now within the limits of said city, whether owned by said city or not, are hereby declared to be public burial grounds, and no person or persons, corporation, society or congregation shall establish or locate any other cemetery within the limits of said city.

### No Interments Except in Cemeteries.

Sec. 437 (2).  No interment of the body of any person shall be made in any other place than within a cemetery devoted to that purpose.

### Cemeteries—Property in Not to be Injured.

Sec. 438 (3).  No person or persons shall injure, cut or remove any trees, shrubbery, gate, fence, post or steps, standing, growing or being in and upon any cemetery or cemetery grounds belonging to said city.

SECS. 436-454.  Charter, Section 73.  Record B of Ordinances, p. 378.

# Exhibit 21

Parks.  U.S:Lynn.

# THIRD ANNUAL REPORT

THE NEW YORK
PUBLIC LIBRARY
P39797
ASTOR, LENOX AND
TILDEN FOUNDATIONS.
1899.

OF THE

# PARK COMMISSIONERS

OF THE

# CITY OF LYNN

For the Year Ending December 20, 1891.



LYNN, MASS.:
WHITTEN & CASS, PRINTERS,
1892.

N.C.

Digitized by Google

## ORDINANCES.

The Board of Park Commissioners of the City of Lynn, by virtue of its authority to make rules for the use and government of the Public Parks of said City, and for breaches of such rules to affix penalties, hereby ordains that within the limits of Lynn Woods, except with the prior consent of the Board, it is forbidden:

1.   To cut, break, injure, deface, defile or ill use any building, fence, or other construction, or any tree, bush or turf, or any other thing or property.

2.   To have possession of any freshly-plucked tree or bush.

3.   To throw stones or other missiles; to discharge or carry firearms, except by members of the Police Force in the discharge of their duties; to discharge or carry firecrackers, torpedoes or fireworks; to make fires; to have any intoxicating beverages; to sell, to offer or expose for sale, any goods or wares; to post or display signs, placards, flags, or advertising devices; to solicit subscriptions or contributions; to play games of chance, or have possession of instruments of gambling; to utter profane, threatening, abusive or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4.   To allow cattle, horses, or other animals to pass over or stray upon the Park lands, provided that this shall not apply to those used for pleasure travel when on the ways or places provided and open for the purpose.

5.   To drive a horse or horses at a rate faster than eight miles an hour.

6.   To ride a horse at a rate faster than ten miles an hour.

7.   To drive or ride any animal not well broken and under perfect control of the driver.

8.   To play ball or other games or sports, except on grounds provided therefor.

9.   To engage in conversation with men at work, or to obstruct, hinder or embarrass their movements.

Digitized by  Google

10.  To refuse to obey the orders or requests of either of the Commissioners, or of the Park Police, or other agents of the Commissioners, and to refuse to assist them when required.

Any person wilfully doing either of the things above forbidden shall be punished by fine not exceeding twenty dollars.

Compliance with the foregoing regulations is a condition of the use of these premises.



# Exhibit 22



# Park   Commissioners'   Report,

## Springfield,  Massachusetts.

## 1897.

OHIO STATE
UNIVERSITY



PRESS OF
SPRINGFIELD PRINTING AND BINDING CO.
SPRINGFIELD, MASS.

OHIO STATE
UNIVERSITY

Digitized by Google

# PARK ORDINANCES.

SPRINGFIELD, MASS., May 2, 1891.

The Board of Park Commissioners of the City of Springfield, by virtue of its authority to make Rules for the use and government of the Public Parks of said city, and for breaches of such rules to affix penalties, hereby ordains that within the Public Parks, except with prior consent of the Board, it is forbidden:—

1.  To cut, break, injure, deface, defile, or ill-use any building, fence, or other construction, or any tree, bush, plant, or turf, or any other thing or property of said city, or to have possession of any freshly plucked tree, bush, or plant, or part thereof.

2.  To allow animals of any kind to pass over or stray upon the Park lands, provided this shall not apply to dogs when closely led by a cord or chain not more than six feet long.

3.  To throw stones, balls, or other missiles; to discharge or carry firearms, firecrackers, torpedoes, or fireworks; to make fires; to play musical instruments; to have any intoxicating beverages; to sell, offer, or expose for sale any goods or wares; to post or display signs, placards, flags or advertising devices; to solicit subscriptions or contributions; to play games of chance, or to have possession of instruments of gambling; to make orations, harangues, or loud outcries; to enter into political canvassing of any kind; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4.  To take birds, fish, or any live animal or birds' nest, or in any way interfere with cages, boxes, places, or inclosures for their protection.

5.  To play ball or any other games in any Public Park except such portions thereof as may be set apart for that purpose.

6.  To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse, upon any Park except upon regular carriage roads, and no heavy teaming will be allowed whatsoever.

7.  To drive or ride a horse or horses at a rate faster than eight miles an hour.

8.  To drive or ride any horse or animal not well broken and under perfect control of the driver.

9.  To ride a cycle at a rate faster than eight miles an hour.

10.  To refuse to obey the orders or requests of either of the Commissioners, or of the Park Police or other agents of the Commissioners, and to refuse to assist them when required. Any person willfully doing either of the things above forbidden, shall be punished by fine not exceeding twenty dollars.

*Compliance with foregoing regulations is a condition of the use of these premises.*

DANIEL J. MARSH, *President,*
ORICK H. GREENLEAF,
JOHN E. TAYLOR,               *Park*
EVERETT H. BARNEY,         *Commissioners.*
WILLIAM F. CALLENDER, *Secretary,*

Digitized by Google

# Exhibit 23

# LAWS AND ORDINANCES



OF THE

# CITY OF PEORIA

### ILLINOIS

REVISED AND EDITED BY

## WILBERT I. SLEMMONS, ISRAEL C. PINKNEY

AND

## DANIEL F. RAUM

AND

# PUBLISHED BY AUTHORITY OF THE

# CITY COUNCIL



PEORIA
J. W. FRANKS & SONS, PRINTERS AND BINDERS
1892

0117

SEP 1 3 1927

0118

mitigated by any provision of this ordinance, such provision may, by the consent of the party affected, be applied to any judgment pronounced after this ordinance takes effect.

## ARTICLE 35.

### PARKS AND PUBLIC GROUNDS.

Section.
1721. Parks and Public Grounds--Superin-
     tendence of.
1722. Entrance and Egress.
1723. Animals Prohibited.
1724. Fire-arms, Missiles, etc.--Injury to
     Property.
1725. Sales--Peddling and Hawking—Pro-
     hibited.

Section.
1726. Indecent Words or Act—Fortune Tell-
     ing—Gaming.
1727. Bill Posting Forbidden.
1728. Grass Not to be Trodden—Except.
1729. Police- Arrest of Offenders.
1730. Penalty.

----

**1721. Parks and Public Grounds—Superintendence of.**]
§ 1. The commissioner of public works of the city of Peoria, shall have supervision and control of all public parks, public squares, and public grounds, in the city of Peoria, and shall appoint such park janitors as the city council may authorize, and shall keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to the plans approved by the city council.

**1722. Entrance and Egress.**] § 2. No person shall enter or leave any of the public parks, public squares, or public grounds of the city of Peoria, except by their gateways; and no person shall climb, or walk upon their walls or fences.

**1723. Animals Prohibited.**] § 3. Neither cattle, horses, goats, swine, or other animals, shall be turned into, or allowed in any of the parks, public squares, or public grounds, of the city of Peoria, by any person.

**1724. Fire Arms, Missiles, Etc.—Injury to Property.**]
§ 4. All persons are forbidden to carry fire arms, or to throw stones, or other missiles, within any of the public parks, public squares, or public grounds, within said city. All persons

are forbidden to cut, break, or in any way injure, or deface, the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other property, within or upon any of the public grounds heretofore mentioned.

**1725.  Sales, Peddling and Hawking Prohibited.**]  § 5. No person shall expose any article or thing for sale upon any of said public parks, public squares or public grounds; nor shall any hawking, or peddling be allowed therein.

**1726.  Indecent Words or Acts—Fortune Telling—Gaming.**] § 6.  No threatening, abusive, insulting, or indecent language shall be allowed in any part of said public grounds, whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes, or play at any game of chance, or with any table or instrument of gaming, nor to do therein, any obscene or indecent act.

**1727.  Bill Posting Forbidden.**]  § 7.  No person shall post, or otherwise affix, any bills, notice, or other paper upon any structure or thing, within any of the said public grounds, nor upon any of the gates or enclosures thereof.

**1728.  Grass Not to be Trodden—Except.**]  § 8.  No person shall go upon the grass, lawn, or turf of the parks, except when and where the word "common" is posted; indicating that persons are at liberty, at that time and place, to go on the grass.

**1729.  Police—Arrest of Offender.**] § 9.  Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof, when directed, and cause him to be committed for examination.

**1730.  Penalty.**] § 10.  Any person who shall violate any or either of the provisions, of any section, or clause of this chapter or article, or who shall neglect, or fail, or refuse, to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars, nor more than one hundred dollars.

# Exhibit 24

# MUNICIPAL CODE

OF THE

# CITY OF SPOKANE

## WASHINGTON

TOGETHER WITH THE

# CITY CHARTER

AND AMENDMENTS, RULES OF THE CITY COUNCIL, AND LIST
OF FRANCHISE ORDINANCES

REVISED, COMPILED AND CODIFIED BY

## E. O. CONNOR

OF THE SPOKANE BAR

*PUBLISHED BY AUTHORITY OF CITY COUNCIL.*

SPOKANE, WASH.:
THE INLAND PRINTING COMPANY
1903

THE INLAND PRINTING COMPANY
*Inland Press*
SPOKANE, WASHINGTON

FEB 18 1918

0123

wise injure or destroy the turf thereof, or who shall willfully cut down, lap, girdle, break, destroy, injure, or carry away any timber or tree whatsoever, being on land not owned or controlled by such person or persons, or who shall cut, break, destroy or in any manner injure any goods, wares, merchandise, or other personal property of another, or who shall wilfully or carelessly break, injure, deface or destroy, any house or building, or any part thereof, or fence, railing, or any part thereof, or any sign, tree-box, lamp, lamp-post, hydrant, or fire-plug, or any chain or lock attached thereto, or in or about the same, or any other property of the City of Spokane, or who shall daub, or cause to be daubed, any such property with paint or other substances; and any person or persons, who shall hitch, fasten, or cause or suffer to be hitched or fastened, any animal, under the control or in the service of such person or persons, to any ornamental, shade tree, plant or shrub, in or upon any street, avenue, alley, sidewalk, park, public square, or other public place in the City of Spokane, or to any case or tree-box around any such tree, plant or shrub, or suffers or permits any such animal to remain so hitched or fastened after knowing that such animal is so hitched or fastened, or who shall stop, hitch or fasten, or suffer or cause to be stopped, hitched or fastened, any such animal so near any such tree, plant, shrub, case or box, or any hydrant or fire-plug, that such animal can ordure, bite or injure, such tree, plant, shrub, case, box, hydrant, or fire-plug, or any person or persons who shall cause or suffer any animal under such person or persons control, to bite, or in any manner injure, any such tree, plant, shrub, case, box, hydrant or fire-plug, shall upon conviction for any such offense, be fined not more than fifty dollars nor less than ten dollars and pay the costs of prosecution, and be confined in the city jail until such fine and costs are paid; *provided*, nothing herein shall be so construed as to prevent the owner or owners, or agent, of the property along side thereof, from trimming any such tree, plant or shrub in a proper manner and at the proper time of the year for such trimming, or from repairing such case or tree-box whenever the same needs such repairs.

SEC. 2.   This ordinance shall take effect and be in force ten days after its passage.

Passed the City Council March 5, 1895.

---

## ORDINANCE NO. A170.

AN ORDINANCE RELATING TO PARKS AND PUBLIC SQUARES OF THE CITY OF SPOKANE.

*The City of Spokane does ordain as follows:*

SECTION 1.   The management and control of all public parks and public squares of the city is vested in the Park Commission.

SEC. 2.   It shall be the duty of the Park Commission to keep the fences of all enclosed public grounds in repair, and also all sidewalks around said public grounds.

Sec. 3.  No person shall enter or leave any of the public parks or other enclosed public grounds of the City of Spokane except by their gateway.  No person shall climb or walk upon their walls or fences.

Sec. 4.  Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of said parks, public squares or public grounds by any person.  All persons are forbidden to carry firearms or to throw stone or other missles within any one of the public parks or other public grounds of the city.  All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions or property within or upon any of the said parks or public grounds.

Sec. 5.  No person shall expose any article or thing for sale upon any of said parks or other public grounds, except such person shall have been previously licensed by the Park Commission, nor shall any peddling or hawking be allowed therein.

Sec. 6.  No threatening, abusive, insulting or indecent language shall be allowed in any parks or public grounds of the city whereby a breach of the peace may be occasioned.  No person shall be allowed to tell fortunes or to play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

Sec. 7.  The Park Commission may direct that any of the entrances to the public park be closed at any time.

Sec. 8.  No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any park or other public grounds of the city nor upon any of the gates or enclosures thereof.

Sec. 9.  No person shall, without the consent of the Park Commission, play upon any musical instrument, nor shall any person take into or carry or display in said public parks any banner, target or transparency.  No military or target company, civic or other, shall be permitted to parade, drill or perform therein any military or other evolution or movement.  Nor shall any fire engine, hose cart or other machine on wheels, commonly used for the extinguishing of fire, be allowed on any part of said parks or other public grounds without the previous consent of the Park Commission, except in case of fire.

Sec. 10.  No person other than employes shall light, make or use any fire in said parks or other public grounds.

Sec. 11.  No person shall go upon any grass, lawn or turf of the parks or other public grounds, except when and where the word "Common" is posted; indicating that persons are at liberty at that time and place to go on the grass.  The Park Commission shall cause printed or written copies of prohibitions of this ordinance to be posted in said parks or grounds.

Sec. 12.  Any member of the city police shall have power to arrest any person who shall not desist from any violations of this ordinance when directed, and cause him to be committed for examination.

Sec. 13.  Any person who shall violate any provisions of this ordi-

nance, or who shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars nor more than one hundred dollars, and the costs of prosecution.

SEC. 14.  All ordinances and parts of ordinances in conflict herewith are hereby repealed.

SEC. 15.  This ordinance shall take effect ten days after its passage. Passed by the City Council March 11, 1892.

---

## ORDINANCE NO. 99.

AN ORDINANCE TO REGULATE SOLICITORS FOR HOTELS, BOARDING HOUSES, HACKS, OMNIBUSES AND OTHER VEHICLES.

*The City of Spokane Falls does ordain as follows:*

SECTION 1.  No person shall solicit for a hotel, boarding house, hack, omnibus or other vehicle or for any other purpose whatever inside the depot of any railroad company within the City of Spokane Falls, nor upon the platform thereof, excepting three feet of said platform next to and abutting on the street, which space shall be designated by a line being placed upon said platform or painted by said railroad company thereon.

As amended by Ordinance No. 117, passed March 8, 1888.

SEC. 2.  Any person acting as solicitor for a hotel, boarding house, hack, omnibus, or other vehicle, whether for himself or as agent for another, shall conduct his business in a quiet, orderly manner, and in an ordinary tone of voice, and shall not molest or intrude himself upon any passenger or other person or individual with him or his baggage, except as requested by the owner thereof.

SEC. 3.  No person shall habitually lounge or stay in a railroad depot in the city without having and making known, when so requested by any policeman or civil magistrate, his business thereat, nor without having legitimate business or errand at such railroad depot.

SEC. 4.  No person shall hitch his horse, mule or team to any truck, platform or lamp-post at said depot, or on the platform thereof.

SEC. 5.  Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be punished by a fine of not less than five dollars nor more than fifty dollars.

SEC. 6.  This ordinance shall take effect and be in force from and after five days after its passage and publication.

Passed the City Council December 28, 1887.

# Exhibit 25

# A DIGEST

OF THE

# ACTS OF ASSEMBLY

RELATING TO,

AND THE

# GENERAL ORDINANCES,

OF THE

# CITY OF PITTSBURGH

*From 1804 to Jan. 1, 1897,*

WITH REFERENCES TO DECISIONS THEREON.

SECOND EDITION.

PREPARED UNDER RESOLUTION OF COUNCILS

BY

W. W. THOMSON

OF THE PITTSBURGH BAR.

PITTSBURGH, PA.:
W. T. NICHOLSON SONS, PRINTERS AND BINDERS.
1897.

Digitized by Google

0128

Case 3:23-cv-00056-JBA   Document 24   Filed 04/03/23   Page 129 of 271

## BUREAU OF PARKS.

July 31, 1893, § 1.
O. B. 9, 262.

Bureau of parks created.

Officers and employees.

1.   There shall be and is hereby created a bureau to be known as the "bureau of parks," which bureau shall consist of one superintendent whose compensation shall be two hundred dollars per month, one superintendent, whose compensation shall be one hundred and fifty dollars per month, and one assistant superintendent whose compensation shall be one hundred and twenty-five dollars per month, one clerk whose compensation shall be eighty-three dollars and thirty-three cents per month, and such foremen and laborers as may be required from time to time, at the same pay as like labor in other departments of the city (*a*).

July 6, 1896.
O. B. 11, 139.

Preamble.

Preamble.

2.   WHEREAS, The control, maintenance, supervision and preservation of the public parks is by law vested in the department of public works ; and

WHEREAS, It is essential to proper exercise of these powers that persons should be employed as watchmen in the public parks for the protection of the public property therein.

Ibid § 1.

Watchmen compensation.

3.   *Be it ordained, &c.,* That the director of the department of public works shall, and he is hereby authorized to employ such watchmen as may be necessary for the properly caring for, maintaining and protecting the public property in the public parks of this city at the daily compensation of two dollars and fifty cents each.

Ibid. § 2.

4.   The compensation of such watchmen shall be paid out of appropriation No. 36, public parks.

July 27, 1893, § 1.
O. B. 9, 260.

Rules adopted.

5.   Upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the city of Pittsburgh, to wit :

*First.*   No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order of the chief of department of public works.

*Second.*   No person shall be allowed to turn any chickens, ducks, geese or other fowls, or any cattle, goats, swine, horses or other animals loose within the parks or to bring led horses or a horse that is not harnessed and attached to a vehicle or mounted by an equestrian.

*Third.*   No person shall be allowed to carry firearms, or to shoot or throw stones at or to set snares for birds, rabbits, squirrels or fish, within the limits of the parks or within one hundred yards thereof.

*Fourth.*   No person shall cut, break, pluck or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, structures or statuary, or place or throw anything whatever in any springs or streams within the parks, or fasten a horse to a tree, bush or shrub.

(*a*)  As amended by ordinance of Nov. 23, 1893. O. B. 9, p. 320, and ordinance of March 31, 1896. O. B. 11, p. 49.

Digitized by Google

Case 3:23-cv-00056-JBA   Document 24   Filed 04/03/23   Page 130 of 271

*Fifth.*   No military or other parade or procession, or funeral shall take place in or pass through the limits of the parks without permission from the chief of department of public works.

*Sixth.*   No one shall ride or drive therein except on the avenues or roads, or at a rate of speed exceeding eight miles per hour.

*Seventh.*   No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks without previous permission of the chief of the department of public works, nor shall any gathering or meeting for political purposes in the park be permitted under any circumstances.

*Eighth.*   No wagon or vehicle of burden or traffic shall pass through the park, except on such road or avenue as shall be designated by the chief of the department of public works for burden transportation.

*Ninth.*   No coach or vehicle used for hire, shall stand upon any part of the parks for the purpose of hire, nor except in waiting for persons taken by it into the park, unless at points designated by the chief of the department of public works.

*Tenth.*   No profane, indecent, abusive or insulting language, gambling or drunkenness shall be allowed within the parks, nor shall any one be allowed to introduce any spirituous liquors within the limits of the same, either for his own use or for sale.

*Eleventh*   No person shall climb any tree or attach any swing thereto, without the consent of the superintendent.

*Twelfth.*   No picnic shall take place in the parks without a written permission for the purpose being obtained from the superintendent, in which shall be designated the spot where it shall be held, and parties holding picnics shall clean up the ground that has been occupied by them on quitting it, and not leave paper and other refuse on the ground.

*Thirteenth.*   No person shall disturb any picnic in the parks, or intrude himself or herself on it without the consent of those composing it.

*Fourteenth.*   No person shall stand, walk or sit on any fence, wall or embankment, or stand, slide, sit or roll upon any slope of the parks.

*Fifteenth.*   No person shall set up any booth, table or stand for the sale of any article whatever, without the consent of the chief of the department of public works, previously obtained in writing.

*Sixteenth.*   When carriages or equestrians meet, the parties respectively shall keep to the right as the law of the road.

*Seventeenth.*   No person shall drive any vehicle displaying any placard or advertisement of any kind along any road or avenue in the parks, nor shall any person display any placards or advertisements of any kind, or post or fix any notice or bill or other writing or printing of any kind on any tree, lamp-post, hydrant, curbstone, coping, flagstone, fence, wall, building or other place within the parks.

*Eighteenth.*   No benches or seats shall at any time be removed

33

Digitized by Google

0130

July 27, 1893

or changed from their places in the parks, except by the order first obtained of the superintendent.

*Nineteenth.* Bicycles and tricycles shall be restricted to the use of the roadways, and be controlled by the same law which governs horses, vehicles and equestrians, and must pass to the right, when meeting the same or each other. When passing a carriage or equestrian from the rear to the front, it must be done to the left side and at a moderate rate of speed. Bicycles and tricycles must not travel more than two abreast.

*Twentieth.* All racing with horses, vehicles, tricycles and bicycles is prohibited at any time, and bicycles and tricycles must not be driven or propelled at greater speed than eight miles per hour.

Ibid. § 2.

Penalty.

6. Any violation of any of the foregoing rules shall subject the party so offending to a fine of twenty-five dollars, to be collected by summary process.

Aug. 28, 1871, § 1.
O. B. 3, 122.

Improvement of part of Bluff street as a park authorized.

7. The citizens of the Sixth and Fourteenth wards of the city of Pittsburgh, residing in the vicinity of Bluff street, shall be and are hereby authorized to enclose with a good substantial fence a portion of Bluff street, from Gist to Magee street, as follows, viz: Commencing at Gist street thirty feet south of the northern curb line, and thence running by a line preserving the same width to Magee street, said fence to be constructed with openings at the street crossings, and at such other points as may be deemed proper openings for the convenient access of foot passengers. Said citizens shall be further authorized to lay off the grounds south of said fence to the line of said street with walks, and within said enclosure, and on the outside thereof, to plant trees and shrubbery, erect fountains and make other improvements thereon suitable for a public promenade: *Provided,* That no trees or other improvements shall be placed upon said street within a distance of twenty feet from the north curb line of said street.

Ibid. § 2.

City not liable for expense.

8. Said improvements shall be made and maintained at the expense of the parties making the same, and the city shall not be liable for any expense contracted for or on account of the same.

Ibid. § 3.

City may grade and pave.

9. Said city reserves the right to direct the grading and paving of said street at any time hereafter, without compensation for the improvement which may be made thereon as fully as if this ordinance had not been adopted.

Ibid. § 4.

10. Said improvements and the maintenance and care of the same shall be under the charge of such persons as may be selected by subscribers to the fund for making the same.

Ibid. § 5.

Penalty for injuring improvements.

11. It shall be unlawful for any person to injure or destroy any fence, trees, shrubbery or other improvement upon said ground; and if any person shall wilfully injure or destroy the same, or any part thereof, he or she shall forfeit and pay the sum of ten dollars, in addition to a sum sufficient to repair or replace the damage, to be recovered by action in the name of the city of Pittsburgh, or by summary conviction before the mayor

Digitized by Google

or any alderman of said city, and the sum so recovered shall be <span style="float:right">Aug. 28, 1871.</span>
paid to the person having charge of said improvements, to be
expended upon the same.

12.   The superintendent of the water works shall be author- <span style="float:right">Ibid. § 6.</span>
ized to direct a supply of water, free of charge, for not more <span style="float:right">Supply of water</span>
than two fountains upon said ground at all reasonable times <span style="float:right">for two foun-<br>tains authorized.</span>
and to reasonable amounts, from the first day of April to the
fifteenth day of October in each year: *Provided*, That said
superintendent shall be authorized to prevent the unnecessary
waste of water, and to prohibit its use during times of short
supply.

13.   WHEREAS,  The public market-house on Second street is <span style="float:right">Sept. 27, 1858.<br>O. B. 2, 125.</span>
of no benefit to the city ;

*And whereas*, The heirs and legal representatives of the es- <span style="float:right">Preamble.</span>
tate of James O'Hara have, by deed dated the seventeenth day
of May, one thousand eight hundred and twenty, and on the
ninth of August, one thousand eight hundred and fifty-eight,
consented that the ground dedicated by the late James O'Hara,
on Second between Ross and Grant streets, may be used as a
public square or area ;  therefore,

14.   *Be it ordained, &c.*, That all that portion of Second street <span style="float:right">Ibid. § 1.</span>
extending from Grant to Ross street, and used for the purpose <span style="float:right">Second street</span>
of a market house, be and the same is hereby devoted to the <span style="float:right">market to be<br>made a park.</span>
purpose of a public park, to be ornamented in such manner as
shall be directed by the mayor of the city and members of coun-
cils for the time being of the Second ward, who are hereby <span style="float:right">Rules.</span>
authorized to adopt such rules for the same as may, in their
judgment, be proper, and to keep the same posted on the gate-
posts thereof :  *Provided*, The whole expense of removing the <span style="float:right">Proviso.</span>
market-house and of constructing said public park and keeping
the same in repair, shall be provided by voluntary subscription,
and shall in no case be a charge on the city treasury.

15.   Any person that shall injure or destroy any tree, shrub <span style="float:right">Ibid. § 2.</span>
or any other thing within said park, or the wall or fence that <span style="float:right">Penalty for</span>
may surround it, shall, upon conviction before the mayor, be <span style="float:right">injuries.</span>
fined a sum not exceeding five dollars, in addition to the
amount necessary to repair any injury so done, to be recovered
as like penalties are by law recoverable.

16.   It shall be lawful to erect within the said area or park <span style="float:right">Ibid. § 3.</span>
one or more fountains, to be supplied from the public water pipes <span style="float:right">Fountains.</span>
without any charge for the use of the water.

17.   Before the work necessary for said improvement shall be <span style="float:right">Ibid. § 4.</span>
commenced, the mayor and members of councils from the
Second ward shall meet at the mayor's office and choose from
among themselves one president, one secretary, and one treas-
urer, and shall proceed to agree upon a plan of the work, &c.

18.   For the purpose of constructing and maintaining a public <span style="float:right">Sept. 14, 1889 § 1.</span>
park, there shall be and is hereby set aside, dedicated and appro- <span style="float:right">O. B. 7, 131.</span>
priated so much of the ground belonging to said city as is not <span style="float:right">Dedication of<br>Herron Hill</span>
indispensably necessary for the safe and proper use of the reser- <span style="float:right">Park.</span>
voir known as the Herron Hill Reservoir.

Digitized by Google

500                   ORDINANCES—EXECUTIVE DEPARTMENTS.

**Sept. 14, 1889, ₂ 2.**
**Improvement.**

19.   The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoir, and which shall not be found actually necessary for the operation of said reservoir, to be used and enjoyed as a public park, to be known as and by the name of the "Herron Hill Park."

**Sept. 16, 1889, ₂ 1.**
**Dedication of**
**Highland Park.**

20.   For the purpose of constructing and maintaining a public park, there shall be and is hereby set aside, dedicated and appropriated so much of the ground belonging to said city as is not indispensably necessary for the safe and proper use of the reservoirs known as the Highland Reservoirs.

**Ibid. § 2.**
**Improvements.**

21.   The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoirs or which may be added thereto, and which shall not be found actually necessary for the operation of said reservoirs, to be used and enjoyed as a public park, to be known as and by the name of "Highland Park."

### BUREAU OF CITY PROPERTY.

**Dec. 17, 1887, ₂ 18.**
**O. B. 6, 227.**
**Bureau created.**
**Title of head.**
**Salary.**
**Duties.**

**Clerk.**

1.   There shall be and is hereby created a bureau to be known as the bureau of city property, the head of which shall be known as superintendent of city property, and who shall receive the sum of one hundred and fifty dollars per month as his compensation. The duties of this bureau shall be to take charge of all public property belonging to said city not otherwise conferred upon some other department, including markets, city buildings, wharves, and such other property of the city as is not specially conferred elsewhere: *Provided,* That the chief clerk of this bureau shall act as clerk of the Diamond markets without extra compensation.

**Feb. 26 1890, ₂ 1.**
**O. B. 7, 321.**
**Salary of clerk of**
**bureau of city**
**property.**

2.   From and after the date of the passage of this ordinance, the salary of the clerk to the bureau of city property (who also acts as clerk of markets) shall be and is hereby fixed at fifteen hundred dollars per annum, and the said clerk to the bureau of city property shall receive compensation for his services at the rate of fifteen hundred dollars per annum from and after the date of the approval or passage of this ordinance.

**City Code. 234, ₂ 1.**
**Penalty for in-**
**juring.**

**Proviso.**

3.   If any person shall destroy or injure in any way whatsoever any public property within this city, he shall forfeit and pay for every such offense a fine of not less than ten dollars and not exceeding fifty dollars, besides the amount of the costs and expenses of repairing the same: *Provided,* That when the injury is accidental no further fine shall be imposed than the amount of the cost and expense of repairing.

**Ibid. § 2.**
**City officers to**
**report to con-**
**troller.**

4.   It shall be the duty of every city officer to report to the controller any damage or injury which may be done to any public property in his possession, that the same may be laid

Digitized by Google

# Exhibit 26



WILLARD HALL PORTER
ATTORNEY-AT-LAW,
JAN 15 1894
WILMINGTON, DEL.

# THE CHARTER

OF THE

# CITY OF WILMINGTON

As Amended to May 6th, 1893;

# Acts of the General Assembly

RELATING TO THE CITY,

INCLUDING THE SESSION OF 1893;

*(being vol. 19. Laws of Del.)*

—AND—

# ORDINANCES, AND RULES AND REGULATIONS

Of Departments of the City Government,

As Amended and in Force, September 1st, 1893;

—ALSO—

# THE ORIGINAL BOROUGH CHARTER.

PUBLISHED BY ORDER OF THE COUNCIL.

WILMINGTON, DEL.:
DIAMOND PRINTING COMPANY,
1893.



Digitized by Google

0135

# PART VII.

# RULES AND REGULATIONS

OF THE

## BOARD OF PARK COMMISSIONERS.

Digitized by Google

## RULES AND REGULATIONS OF THE BOARD OF PARK COMMISSIONERS,

### As Amended and in Force September 1st, 1893.

1.   No person shall ride or drive upon any other part of the  Park than upon  such  roads  as  may be designated for such purposes.  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . Penalty, $5 00

2.   No person shall be permitted to bring led horses within the limits of the Park, or to turn any horses, cattle, goats, swine, dogs, or other animals loose in the Park.  .  .  .  . Penalty. $5 00

3.   No  person shall indulge in any threatening, abusive, in-sulting, or indecent language in the Park.  .  .  .  . Penalty, $5 00

4    No person shall engage in gaming, or commit any ob-scene or indecent act in the Park.  .  .  .  .  .  . Penalty, $10 00

5.   No person shall go into bathe in any of the waters within the Park.  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . Penalty, $5 00

6.   No person  shall  throw any dead animal or offensive matter or substance of any kind into the Brandywine, or into any spring, brook, or other water, or in any way foul any of the same, which may be within the boundaries of the Park   Penalty, $5 00

7.   No person  shall carry fire-arms or shoot birds or other animals within the Park, or throw stones or other missiles therein.
Penalty, $5 00

8.   No person shall disturb birds, or annoy, strike, injure or kill any animal, whether  wild  or domesticated, within the Park.
Penalty, $5 00

9.   No person shall cut, break, or  in anywise injure or de-face any trees, shrubs, plants, turf or  rocks, or any buildings, fences, bridges, or other structures within the Park.
Penalty, $10 00

10    No person shall injure, deface, or destroy any notices, rules or regulations for the government of the Park  posted or in any other manner permanently fixed, by order or permission of the Board of Park  Commissioners or their officers or employes.
Penalty, $10 00

*Adopted October* 12, 1887.



# Exhibit 27

# REVISED ORDINANCES

OF THE



# CITY OF CANTON

## ILLINOIS.

REVISED 1894-1895

BY

B. M. CHIPERFIELD, *City Attorney*.

**PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.**

CANTON, ILL.:
DAILY REGISTER PRESS:
1895.

DEC 31 1908

advertise, by outcry or by the ringing of any bell or the blowing of any horn or the beating of any drum, his, her or their business, or any sale or sales at auction or otherwise. Any person violating any of the provisions of this section shall be fined not less than ten dollars nor more than one hundred dollars for each offense.

SEC. 20  *Sales on streets prohibited*.   No person shall be allowed to sell at auction or public outcry, nor to erect or occupy a stand of any kind for the purpose of making sales, upon any of the streets, alleys, avenues, sidewalks, crossings or other public places in said city, nor shall any person be permitted to sell from any carriage, buggy or other vehicle, upon any of the streets, alleys, avenues, sidewalks, crossing, or other public place in said city, except as hereinafter provided, under a penalty of ten dollars for each offense.

SEC. 21.  *Construction of foregoing section*.  The foregoing section shall not be so construed as to apply to any person or persons coming into the city from the country with teams or otherwise with any produce for market raised by themselves, or to any person selling vegetables, berries, fruit, milk or other farm produce of their own production ; nor shall the same be so construed as to make it a penal offense to peddle newspapers, nor to apply to judicial sales ; Provided, that farmers or others selling under the provisions of this section shall not occupy a stand upon any sidewalk, alley or crossing, nor within a space of ten feet of any such sidewalk or crossing upon any street or public square, nor shall they allow their stand, wagon or other vehicle from which they may be selling to remain in front of any person's place of business without the consent of the occupant of such place of business, nor so as to obstruct the convenient travel of the street.

SEC. 22.  *Telephone and telegraph poles*.  No person or corporation shall set or cause to be set any telegraph, telephone or other poles upon any street or alley within the City of Canton, or string or hang any wire along or across any street or alley, unless authorized so to do by the City Council, under a penalty of ten dollars for each offense.

Case 3:23-cv-00056-JBA    Document 24    Filed 04/03/23    Page 142 of 271

SEC. 23.    *Public Parks shall be known by their respective names.*   The several Public Parks, Squares and grounds in the City of Canton shall be known and designated by the names applied thereto respectively on the map of the City of Canton, that may be designated by ordinance.

SEC. 24.    *Care of parks.*   It shall be the duty of the Committee on Parks and Public Buildings of the City Council to superintend all public grounds and keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to plans approved by the City Council.   The said committee shall likewise cause printed or written copies of prohibitions of this article to be posted in the said Parks or Grounds.

SEC. 25.    *Regulations of Parks.*   No person shall enter or leave any of Public Parks of the City of Canton except by their gateways; no person shall climb or walk, sit or stand upon the walls or fences thereof.

SEC. 26.    *Depredations not to be committed in Parks.*   Neither cattle, horses, goats, swine or animals, except as herein specified shall be turned into any one of the said Parks by any person.   All persons are forbidden to carry firearms or to throw stones or other missiles within any one of these Public Parks.   All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences or other structure, or property within or upon any of the said Parks.

SEC. 27.    *Bills are not to be posted in Parks.*   No person shall post or otherwise use or affix any bills, notice or other paper upon any structure or thing within either of said Parks nor upon any of the gates nor enclosures thereof.

SEC. 28.    *Persons in Parks must keep off the grass.*   No person shall go upon the grass, lawn or turf of the Parks except when and where the word ''common'' is posted, indicating that persons are at liberty at that time and place to go on the grass.   Any member of the city police shall have the power to arrest any person who shall not desist from any vio-

0142

lation hereof when directed, and cause him to be committed for examination or be taken before the proper officer for trial.

SEC. 29.   *Penalty.*   Any person who shall violate any or either of Sections 25, 26, 27 or 28, of this Chapter, or whoever shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall upon conviction pay a fine of not less than five dollars nor more than two hundred dollars.

SEC. 30.   *Sidewalks shall be constructed by special taxation.* All new sidewalks and condemned sidewalks shall be constructed by special taxation, levied upon abutting land owners, and it shall be the duty of said land owners, whenever the same becomes defective or needs repairs, to repair the same without notice and keep the same in repair, using the same kind of material of which the walk is constructed.

SEC. 31.   *Abutting property owners shall repair sidewalks.* Whenever any sidewalk in said City shall need repairs, the abutting land owner shall make the needed repairs; and if any owner shall fail to repair the same, the Street Superintendent shall give such owner three days notice to repair, and shall file a copy of the said notice with the City Clerk; and upon such owner failing or refusing to repair the same, an ordinance shall be passed to repair, renew or condemn the same and shall require the same to be constructed by special taxation; which ordinance shall be passed according to law, for such purpose.

SEC. 32.   *Defective sidewalks.*   Whenever any sidewalk shall not be repairable, an ordinance shall be passed condemning such defective sidewalk and requiring the same to be rebuilt by special taxation ; and new sidewalks shall be built by like taxation.

SEC. 33.   *What ordinances shall specify.*   All ordinances shall provide and specify the material which shall be used in such construction or repair, and the width and location of the same, and that the owners of abutting lands shall have the time allowed by law to build and construct the same, and in all other respects said ordinance shall conform to law.

16

# Exhibit 28

# LOCAL ACTS

OF

# THE LEGISLATURE

OF THE

## STATE OF MICHIGAN

PASSED AT THE

## REGULAR SESSION OF 1895

WITH AN APPENDIX



## BY AUTHORITY

LANSING
ROBERT SMITH & CO., STATE PRINTERS AND BINDERS
1895

tion (so called), and also all that part of said city lying and
being east of the east bank of the Au Sable river, be and the
same is hereby detached from the city of Au Sable, in said
county of Iosco, State of Michigan, and the same shall be, and
is hereby attached to the township of Au Sable in said county
and State aforesaid.  But the territory hereby detached shall Territory de-
not be relieved in any manner from its just share and propor- be relieved of
tion of the present legal bonded indebtedness of said city of its share of
                                                             legal bonded
Au Sable, together with interest thereon, and said indebted- indebtedness.
ness shall be apportioned in accordance with the provisions of
act number thirty-eight of the session laws of eighteen hun-
dred and eighty-three, approved April twenty-first, eighteen
hundred and eighty-three, entitled "An act to provide for the
adjustment of rights and liabilities on division of territory of
cities and townships," and acts amendatory thereof.

SEC. 2.  This act shall not be construed as nullifying or This act not to
repealing an act entitled "An act to incorporate the board of incorporating
education of the city of Au Sable," being act number two the board of
                                                           education.
hundred and eighty-five of the local acts of eighteen hundred
and ninety-one, and the persons elected as members of such
board of education under the provisions thereof shall continue
to have and exercise all the duties, powers and jurisdictions
conferred upon them by the provisions thereof, within the ter-
ritory and district in which their jurisdiction now extends.

SEC. 3.  The matter of procedure in the matter of appor- Procedure in
tioning, levying and collecting taxes for the support of the taxes.
schools within said district, and for altering the boundaries
thereof, shall be the same as near as may be as is provided by
law in the case of fractional school districts.

Approved May 24, 1895.

---

[ No. 436. ]

AN ACT to amend an act entitled "An act supplemental to
the charter of the city of Detroit, and relating to parks,
boulevards and other public grounds in said city, and to
repeal act number three hundred and seventy-four of the
local acts of eighteen hundred and seventy-nine, entitled
'An act to provide for the establishment and maintenance of
a broad street or boulevard about the limits of the city of
Detroit and through portions of the townships of Ham-
tramck, Greenfield and Springwells, in the county of Wayne,'
approved May twenty-one, eighteen hundred and seventy-
nine," as amended by act number four hundred and fifteen
of the local acts of eighteen hundred and ninety-three,
approved May twenty-ninth, eighteen hundred and ninety-
three, by amending sections six, seven and fourteen thereof,
and to add to said act twenty new sections to stand as sec-
tions thirty-two, thirty-three, thirty-four, thirty-five, thirty-

six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one of said act.

**Act amended and sections added.**

SECTION 1. *The People of the State of Michigan enact,* That an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and public grounds in said city, and to repeal act number three hundred and seventy-four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Hamtramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty-one, eighteen hundred and seventy-nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-nine, eighteen hundred and ninety-three, be amended by amending sections six, seven and fourteen thereof, and by adding twenty new sections to stand as sections thirty-two, thirty-three, thirty-four, thirty-five, thirty-six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one, to read as follows:

**Commissioners to have control, management, and charge of improvements of all parks and public grounds.**

SEC. 6.   The commissioners shall have the control and management, and shall have charge of the improvement of all the parks and public grounds of said city, including the island park (known as "Belle Isle park"), and of such parks or public grounds as may hereafter be acquired, laid out, purchased or dedicated for public use in said city.   And they shall likewise have control, management and charge of the improvement and maintenace of the boulevard, which was laid out and established as provided by the (said) act creating said board of boulevard commissioners, and of any other boulevard which may at any time be hereafter acquired, laid out, established or located by said city.   The authority hereby conferred shall not be construed as giving charge or control to said commissioners over and to the improvement of any ordinary public street or alley.   When the estimated cost of any work or improvement ordered by said commissioners shall exceed the sum of one thousand dollars, the same shall be done by contract, after advertisements for bids in at least two daily papers, printed in said city, for at least seven days.

**When improvements to be done by contract.**

**May make rules and regulations for maintenance and care of.**

SEC. 7.   The said commissioners may make all needful rules and regulations for the management, maintenance and care of the said parks, public grounds and boulevard or boulevards, and for the regulation thereof, and the common council of said city may provide by ordinance for the observance of the same, and may also in like manner provide for the observance and enforcement of any other rules and regulations duly made by said commissioners under any of the provisions of this act.

**Protection of.**

And said common council may by ordinance further provide for the preservation and protection of the parks, public grounds

notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, building or other place under the charge or control of said commissioners.

Sec. 38.   No person shall drive any vehicle displaying any placard or advertisement of any kind along said boulevard or on or along the driveway of any of said parks, nor shall any person display any placard or any advertisement of any kind on or upon or along the said boulevard or any of the said parks for advertising only. *Not to drive any display advertisement or placards along the parks or boulevards.*

Sec. 39.   No person shall dig, remove or carry away any sward, sand, turf or earth in or from any public park, or boulevard, and no person shall open or dig up or tunnel under any part or portion of the boulevard without a permit from the commissioners of parks and boulevards, and before granting any such permit the applicant therefor shall be required to deposit with the secretary of said commissioners such sum of money as the superintendent of the boulevard or such other officer as the commissioners may designate for that purpose, shall estimate, will fully cover any expense to be incurred by the commissioners in connection with such opening or tunneling, and the commissioners may make suitable regulations and conditions with respect to issuing said permits.   And said commissioners may retain the actual expense, which shall be certified by the superintendent, which may be incurred by the commissioners in connection with any work done by them, for the purpose of restoring any roadway, sidewalk, planting place or other portion of said boulevard, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent.   Carriage or driveways and footwalks connecting with any premises adjoining the boulevard, or hitching posts thereon, shall be allowed only on a permit issued under this section, and the material used in making such ways, walks or posts shall be determined by the said commissioners. *Not to dig, remove or carry away any sward, sand or turf from parks.*

Sec. 40.   No person shall place or deposit any dead carcass, ordure, filth, dirt, stone, ashes, garbage or rubbish of any kind, or other matter or substance on the said boulevard, or of any of said public parks, and no person shall wade into or throw any wood, sand, stone, or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except on Belle Isle park, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the commissioners of parks and boulevards; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon. *Not to deposit dead carcasses, filth, dirt, stones, etc., on the boulevard or parks.*

Sec. 41.   No person shall build or place any fence, or other barrier around any grass plot or planting place on said boulevard or public park, or place any building or obstruction of any kind thereon. *Not to build any fence or barrier around grass plots or planting place.*

Sec. 42.   No person shall play at any game whatever in or upon said boulevard, or on any of the said parks, under the *Not to play certain games.*

Proviso. charge of the said commissioners: *Provided, however,* That ball, cricket, lawn tennis and other like games of recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners and under such rules and regulations as may be prescribed by them.

Not to engage in sport liable to frighten horses. SEC. 43.   No person shall engage in any sport or exercise upon said boulevard or park as shall be liable to frighten horses, injure travelers, or embarrass the passage of vehicles thereon.

Not to discharge firearms or fireworks. SEC. 44.   No person shall fire or discharge any gun or pistol or carry firearms, or throw stones or other missiles within said park or boulevard, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of any explosive character on said park or boulevard, without the permission of said commissioners, and then only under such regulations as they shall prescribe.

No person shall expose or offer any article or thing for sale, play any musical instrument, etc., without permission of commissioners. SEC. 45.   No person shall expose any article or thing for sale or do any hawking or peddling in or upon said parks or boulevard, and no person, without the consent of said commissioners, shall play upon any musical instrument, or carry or display any flag, banner, target or transparency, nor shall any military or target company, or band or procession parade, march, drill or perform any evolution, movement or ceremony within any of said parks, or upon or along said boulevard, without the permission of said commissioners, and no person shall do or perform any act tending to the congregating of persons on said boulevard or in said parks.

Gambling and disorderly conduct. SEC. 46.   No person shall gamble, nor make any indecent exposure of himself or herself, nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of the said parks or boulevards; and Intoxicating liquors. no person shall sell or dispose of any intoxicating liquors in or upon any public park without the consent of the said commissioners.

All boats, carriages, railroad cars, and vehicles running for hire to be licensed. SEC. 47.   All boats and vessels, carriages, railroad cars and other vehicles running for hire to and from said Belle Isle park, or any other park, shall be duly licensed and shall be subject to all the rules and regulations that may be established by said commissioners or by the common council from time to time, and no person shall carry on the business of carrying passengers to and from either of said parks unless their vehicles shall be so licensed.   And no person commanding or having charge of any boat, carrying passengers for hire shall land or permit any passengers therefrom to land at any dock on Belle Isle park, excepting such as may be designated for that purpose by the commissioners, and no person having charge of any vessel shall fasten or tie the same at any wharf or dock in Belle Isle park, excepting for the purpose of receiving or discharging passengers as permitted by this section.

SEC. 48.   No person shall place or deposit or allow to be placed or keep or deposit on any part of said boulevard any

building material without the written permission of said commissioners, which permit shall state the space to be occupied and the length of time during which said permit shall be in force, and every person having use of any portion of said boulevard for the purpose of erecting or repairing any building or for placing or keeping any building material or any other article or thing thereon which shall cause any obstruction to travel thereon or render the same in any respect dangerous to travelers thereon, shall cause two red lights to be placed in conspicuous places, one at the end of said obstruction, from sunset until sunrise in the morning of each day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards, and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two feet wide, and no such permit shall be granted under this section unless in the application therefor the party applying shall agree to indemnify the city against all liability from injury to any person or property arising from such obstruction.

*Not to deposit building material on any part of boulevard without written permission of commissioners.*

*Red lights to be placed in conspicuous places.*

SEC. 49.  No person shall conduct or permit any funeral procession or hearse to be driven upon the boulevard:  *Provided,* That nothing herein contained shall be construed to prevent the removal of any corpse from any house abutting upon said boulevard, and the forming of the funeral procession thereon, but the hearse or procession shall not proceed further thereon than the nearest paved cross street in the direction in which said hearse shall move.

*Funeral processions not to drive on boulevard.*

*Proviso.*

SEC. 50.  No person shall remove any house or building on, along or across the boulevard, except on the written permission of said commissioners, which shall be issued only upon such terms and conditions, and under such regulations as they may prescribe, and upon a deposit with the secretary of said commissioners of such sum as may be fixed by said commissioners, and as they shall estimate will fully cover all damages to walks, roadways, grass plots, trees and other property and improvements of said boulevard, and said permit shall be issued only upon the express condition that said moving shall be commenced and completed between the hours of one and six o'clock in the forenoon, and the occupancy of the said boulevard shall continue only between said hours and after said moving shall have been completed, the roadway, grass plot, walks and other property and improvements shall be restored to their former condition by the said commissioners or under the supervision of their superintendent, and their superintendent shall thereupon certify to the secretary the actual expense incurred in such restoration, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent.

*Not to remove any house or building on or along the boulevard without written permission of commissioner.*

SEC. 51.  Any violation of the provisions of this act shall be punished in the recorder's court by a fine not to exceed one hundred dollars and costs, and, in the imposition of any fine and costs, the court may make a further sentence, that the offender be imprisoned in the Detroit House of Correction

*Penalty for violation.*

until the payment of such fine, for any period of time not exceeding six months.

This act is ordered to take immediate effect.

Approved May 24, 1895.

--------

[ No. 437. ]

AN ACT to amend sections two, five, seven and eleven of act number three hundred eighty-three of the local acts of eighteen hundred ninety-three, entitled "An act to provide for the election of two justices of the peace and for the appointment of a justice clerk in and for the city of Saginaw, and to define their jurisdiction and to fix their compensation; and to abolish and discontinue the five offices of justice of the peace of said city, upon the expiration of the terms of the present incumbents thereof; and to provide for the filing of the files, records and dockets belonging to or appertaining to the offices abolished and discontinued, and for the issuance of executions upon judgments appearing on said dockets and to repeal all provisions of the charter of the city of Saginaw and of all other acts or parts of acts in any wise contravening the provisions of this act," approved May thirteenth, eighteen hundred ninety-three.

Sections amended.

SECTION 1. *The People of the State of Michigan enact,* That sections two, five, seven and eleven of act number three hundred eighty-three of the local acts of eighteen hundred ninety-three, entitled "An act to provide for the election of two justices of the peace, and for the appointment of a justice clerk in and for the city of Saginaw, and to define their jurisdiction and to fix their compensation, and to abolish and discontinue the five offices of justices of the peace of said city, upon the expiration of the terms of the present incumbents thereof, and to provide for the filing of the files, records and dockets belonging to or appertaining to the offices abolished and discontinued, and for the issuance of executions upon judgments on said dockets, and to repeal all provisions of the charter of the city of Saginaw and of all other acts or parts of acts in any wise contravening the provisions of this act," approved May thirteenth, eighteen hundred ninety-three, be amended so as to read as follows:

Justices to have same jurisdiction as justices of townships.

Jurisdiction of civil cases.

SEC. 2. The said justices of the peace for the city of Saginaw shall have the same jurisdiction and powers and perform the same duties as are now exercised and performed, or may at any time hereafter be conferred by law upon justices of the peace for townships, together with jurisdiction in civil cases, where either of the parties to any such action reside in the county of Saginaw, and such further jurisdiction as may be provided by statute. In cases of examination of offenders by either of said justices, for offenses committed against the crim-

# Exhibit 29

REVISION OF 1904

THE

# GENERAL ORDINANCES

OF THE

## CITY OF INDIANAPOLIS

CONTAINING, ALSO

### ACTS OF THE INDIANA GENERAL ASSEMBLY

SO FAR AS THEY CONTROL SAID CITY

TO WHICH IS PREFIXED

A CHRONOLOGICAL ROSTER OF OFFICERS

FROM 1832 TO 1904

AND RULES GOVERNING THE COMMON COUNCIL

Collated and Annotated by Edgar A. Brown and William W. Thornton, Commissioners.

*PUBLISHED BY AUTHORITY OF THE CITY OF INDIANAPOLIS.*

INDIANAPOLIS
WM. B. BURFORD, PRINTER AND BINDER
1904

0153

CC
Indianapolis
3
1904

Gift of
Joseph R. Morgan
1941

0154

AN ORDINANCE regulating the use and enjoyment of parks, park grounds and parkways of the City of Indianapolis, providing penalties for the violation of the same, repealing all conflicting ordinances, providing for the publication thereof, and fixing the time when the same shall take effect.

[Approved June 30, 1896.]

**1968. When Open for Public—Entrance.** 1. *Be it ordained by the Common Council of the City of Indianapolis, Indiana,* That the parks shall be open to the public from 5:00 a. m. until 11:00 p. m., and no person other than employes shall be permitted to remain therein, except when open as herein specified, and no person at any time shall enter or leave any park except by the established entrances, walks or drives.

**1969. Writing on Park Buildings, etc.** 2. No person shall write, cut, mutilate or deface in any manner any building, fence, bench, masonry, statue, ornament, or tree in any public park.

**1970. Injury to Flowers or Trees.** 3. No person shall pull, pluck, break or touch any flowers or fruit, whether wild or cultivated; cut down, girdle or break down any sapling, tree, shrub or plant; break or bend limbs or branches of trees or bark trees; or bend, pluck, handle or injure any trees, flowers, shrubs or plants whatever, or limbs, twigs or leaves thereof, or climb any tree in any public park.

**1971. Discharging Fire-Arms.** 4. No person shall discharge any fire-arm, or have possession of any fire-arm within the limits of any public park.

**1972. Use of Profane or Abusive Language.** 5. No person shall use profane, obscene, threatening or abusive language, or fight or throw any stone or missile, or behave in a disorderly or improper manner, or commit any offense against decency or good morals in any public park.

**1973. Starting Fire in Park—Molesting Animals.** 6. No person not an employe shall make a fire for any purpose within the bounds of any park; and no person shall chase, catch, injure, molest or disturb any animal, bird or fish kept within any public park for the use, instruction or entertainment of the public, nor shall any person give or offer to give any such animal tobacco or other noxious article.

**1974. Animals or Fowls Trespassing on Parks.** 7. No person being the owner or having control of the same shall suffer or permit any chickens, ducks, geese, hogs, cattle, horses, sheep, or goats, or other animals or fowls to stray into, run at large or trespass upon any public park land.

**1975. Fastening Horse to Tree.** 8. No person shall fasten a horse to a tree, or bush, or building, or leave the same unattended, or be permitted to bring or lead horses within the limits of any public park, or a horse that is not harnessed and attached to a vehicle or mounted by a rider.

**1976. Wagons in Forbidden—Standing on Driveways.** 9. All vehicles other than pleasure carriages, as distinguished from wagons, carts and drays, are prohibited within any public park, except when employed in the business of said parks; and no vehicle or horse shall be permitted to stand upon the drives or any part thereof to the obstruction of the way.

**1977. Bicyclers.** 10. Bicyclers and tricyclers shall be strictly confined to the roadways of the public parks, and be controlled by the same rules which govern horsed vehicles and equestrians, and must keep and pass to the right when meeting the same. When passing a carriage or equestrian from the rear to the front it must be done on the left side, and at a speed not to exceed four miles per hour. Bicyclers and tricyclers must not travel more than two abreast, nor without displaying a light in front if it be one-half hour after sunset, and carrying regular bicycle or tricycle bells at all times.

**1978. Carriages Passing Each Other.** 11. When carriages, equestrians or cyclers meet, the shall respectively keep to the right.

**1979. Riding or Driving on Grass.** 12. No person shall ride or drive upon the grass, footways or elsewhere than on the roads for the use of carriages, equestrians and cyclers.

**1980. Speed for Driving.** 13. No person shall ride or drive a horse or cycle faster than at the rate of six miles an hour.

**1981. Picnics—Permits—Cleaning Up Debris.** 14. No picnic shall take place in any public park without a written permit of the Superintendent, in which shall be designated the place where it is to be held. Picnics permitted for Sunday and secular schools must always be accompanied by their respective teachers and masters, who will be held personally responsible for all infringements by the scholars of these rules and regulations. No person shall intrude him or herself upon a picnic without consent of those in charge of it, nor disturb any picnic within said parks. Parties holding picnics in the said parks must clean up the ground that has been occupied by them, on quitting it, and remove all paper and litter.

**1982. Sleeping in Parks—Begging—Games.** 15. No person shall be allowed to sleep on the benches or grass of any public park, nor to beg, to tell fortunes, to play at any game of chance, or with any instrument of gaming therein, and gambling in any form and playing cards is prohibited in the public parks.

**1983. Use of Liquors Prohibited.** 16. No person shall introduce spirituous, malt or fermented liquors into any public park, either for his own use or for sale, nor use, sell or give away the same.

**1984. Dogs.** 17. No person shall bring a dog into any public park.

**1985. Parades—Drills—Meetings.** 18. No military, civic or other company shall be permitted to parade, drill or perform within any park any military evolutions or movements without the consent of the Park Commissioners, and no public meetings or public discussions of any subject, religious, social, political, or of any other kind, shall be held within the limits of any park without the consent of the Park Commissioners.

**1986. Funeral Procession.** 19. No funeral procession, or hearse, nor any vehicle carrying the body of a deceased person, shall be allowed within any park.

**1987. Bringing Trees Into Park—Advertisement.** 20. No person other than employes shall bring upon any park any tree, shrub or plant, nor any newly plucked branch or portion of tree, shrub or plant; and no person shall paint, post or otherwise affix any bill, notice, sign, or other paper or sign upon any structure or thing within the parks nor upon any of the gates in the enclosures thereof.

**1988. Walking on Grass.** 21. No person shall go upon the grass, lawn or turf of any parks where the sign inscribed ''Keep Off the Grass'' has been posted by the Superintendent.

**1989. Watermelons.** 22. All persons are forbidden to carry watermelons into any park.

**1990. Bathing—Fishing—Disturbing Animals.** 23. No person shall bathe, wash or fish in, or go or send or ride any animal into any waters of any park, nor feed or disturb any of the fish, water fowls or other birds or animals preserved therein; or throw stones or rubbish of any kind into any lake, pond, stream or fountain, or any roadway of any public park.

**1991. Playgrounds.** 24. Portions of the parks may be set aside by the Superintendent for ball, croquet, golf or other games, and where any such portion of any park is set apart for any games, as aforesaid, no game of baseball shall take place without the written consent of the Superintendent, and no person shall practice ball or intrude himself upon the players on the space so set apart while a game is in progress. (As amended June 24, 1904.)

**1992. Hammocks.** 25. Hammocks, except for the use of babies, shall not be permitted within the parks. In such cases permission must be obtained from the Custodian, who will designate the trees to which the hammock may be attached.

**1993. Removal of Benches.** 26. No benches or seats shall at any time be removed or changed from their place in the said parks without permit shall be obtained from the Superintendent.

**1994. Swings.** 27. No person shall attach a swing to any tree within any public park without the consent of the Superintendent.

**1995. Sales Within Park.** 28. No person shall sell or offer for sale any article whatever within any public park without first having obtained written consent of the Board of Park Commissioners.

**1996. Intoxication.** 29. No intoxicated person shall be permitted in any public park.

**1997. Entering Water Closet of Opposite Sex.** 30. No person of opposite sex shall enter any water closet set apart for ladies, nor use in any improper way any water closet.

**1998. Penalty.** 31. Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be fined not less than five ($5.00) dollars, nor more than one hundred ($100.00) dollars

**1999. Officers Given Police Powers.** 32. Officers or employes of the various parks are in power [empowered] to enforce the rules and regulations as herein set forth, and summary [summarily] to arrest and judge violators thereof.

**2000. Repeals.** 33. All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

**2001. Publication.** 34. This ordinance shall take effect and be in force from and after its passage and publication one day each week for two consecutive weeks in the Sun, a daily newspaper of general circulation, printed and published in the City of Indianapolis.

PAWN-BROKERS.

AN ORDINANCE to license and regulate pawn-brokers; defining and declaring who shall be deemed pawn-brokers; fixing the license fee therefor; providing for the keeping of lists and descriptions of articles pledged or deposited with pawn-brokers; for the inspection of such lists and articles; the registering of the names and residences of depositors, and prescribing penalties; also providing for the publication of said ordinance and the time when the same shall take effect.

[Approved November 27, 1893.]

**2002. License—Definition—Fee.** 1. *Be it ordained by the Common Council of the City of Indianapolis*, That it shall be unlawful for any person to engage in or continue in the business of a pawn-broker in said city, unless such person shall have first paid the license fee to the City Treasurer and procured the license as a pawn-broker as in this ordinance prescribed. Every person whose business it is to take or receive by way of pledge, pawn, or exchange, any goods, wares or merchandise, or any kind of personal property whatsoever, as a security for the repayment of money lent thereon, or who purchases personal property or choses in action, on the condition of selling the same back again at a stipulated price, is hereby defined and declared a pawn-broker, and shall pay to the City Treasurer an annual fee of one hundred dollars.

1. See also Second-Hand Dealers.

**2003. Issuing License—Date.** 2. It shall be the duty of the City Comptroller, upon the presentation of the treasury certificate showing the payment of said fee into the city treasury, to issue to the person entitled thereto the license applied for. Such license shall

# Exhibit 30

# REPORT

OF THE

# BOARD OF
# PARK COMMISSIONERS

OF THE

## CITY OF ROCHESTER, N. Y.

1888 to 1898.



WARREN · H · MANNING

UNION AND ADVERTISER PRESS.

Digitized by Google

# PENAL ORDINANCES

## Relating to the Use and Government of the Public Parks and Parkways of the City of Rochester.

### Passed August 26, 1896.

The Board of Park Commissioners of the city of Rochester do enact as follows :

#### DEFINITIONS.

SECTION 1.   The terms "parks" used herein shall be construed to include all lands and waters under the control of the Board of Park Commissioners of the city of Rochester, except parkways, and the term "said Board" shall be construed to mean the Board of Park Commissioners of said city.

#### GENERAL RULES AS TO USE OF PARKS.

SECTION 2.   The parks of the city of Rochester are for the benefit and pleasure of the public, and every person shall use said parks subject to the ordinances of said Board.

The roadways in the parks shall not be used by any vehicles except those employed for the purposes of pleasure ; the rides and bridle paths shall be used only by persons on horseback or bicycles, and the walks shall be used exclusively by pedestrians, except that baby carriages and invalid chairs and children's carts and tricycles may be propelled thereon

This section shall not apply to vehicles used by order of said Board.

The parks shall be closed from 11 o'clock P. M., until 5 o'clock A. M., during the summer season, and from 10 o'clock P. M., until 7 o'clock A. M., during the winter season ; and no persons except employes of said Board on duty, or members of said Board, shall go into, or remain in said parks, while closed.   The summer season shall be from April 1st until November 15th, and the winter season shall be from November 15th until April 1st.

#### ACTS PROHIBITED

SECTION 3.   No person shall commit any of the following acts within said parks :

1.   Commit any disorderly or immoral acts.
2.   Be intoxicated.
3    Throw stones or missiles



4   Utter loud or indecent language.
5.  Play any game of cards or chance.
6.  Tell fortunes.
7.  Beg.
8.  Publicly solicit subscriptions.
9   Drive or lead a horse not well broken.
10. Allow any dog to run at large.
11  Throw or drain offensive substances into any park waters.
12. Bathe in park waters without having the body concealed by suitable covering extending from the knees to the shoulders.

### ACTS PROHIBITED WITHOUT PERMISSION.

SECTION 4. No person shall commit any of the following acts within said parks without the consent of said Board, or some duly authorized person.

1.  In any manner injure any tree, plant, grass, flower, fruit, turf or structure.
2.  Keep or offer anything for sale.
3.  Play any music.
4.  Post or display any sign, banner or advertisement.
5.  Deliver any public speech.
6.  Solicit passengers for any boat or vehicle for hire.
7.  Obstruct in any way a roadway or path.
8.  Discharge any firearm or fireworks or send up any balloon.
9.  Permit any animal, except horses and dogs, to enter said parks.
10. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the fire or police departments, ambulances, nor vehicles used by physicians when actually engaged in responding to emergency calls or to driving on the "speedway" in Genesee Valley Park.
11. Hold any picnic at a place not designated by said Board for that purpose.
12. Hold any public meeting or engage in any marching or driving as members of a military, political or other organization.
13. Conduct any funeral procession nor vehicle containing the body of a deceased person.
14. Build any fire.
15. Write, paint or carve on any tree, bench or structure.
16. Climb any tree, nor tie any horse to a tree.
17. Enter any place upon which the words "No Admittance" shall be displayed.
18. Play baseball, tennis, nor any other game at a place not designated by said Board for that purpose.
19. Take ice from any park waters.
20. Fish in any park waters.
21. Bathe in any place not designated by said Board for that purpose.

Digitized by Google

22.  Enter nor leave said parks except at the established ways of entrance and exit.

23.  Place or propel any boat or other craft upon park waters.

24.  Land from any boat at a place not designated by said Board for that purpose.

25.  Carry any flowers or shrubs, firearm, sling-shot, axe, saw, shovel or spade within the following parks, viz.:  Genesee Valley Park, Highland Park, Seneca Park east and Seneca Park west.

26.  Occupy in any way the slopes of the river banks.

27.  Violate the regulations of said Board relating to any building or place.

28.  Injure or unnecessarily disturb any fish, water fowl, birds or animals.

29.  Injure any notice posted by order of said Board.

### DISPOSITION OF VAGRANT ANIMALS.

SECTION 5.  Pounds for temporarily restraining animals found running at large within said parks shall be established at such places as the Superintendent of Parks may designate

All animals found running at large within said parks contrary to the ordinances of said Board, may be seized by any person and conducted to any one of such pounds.  Upon the impounding of any animal within a park pound, it shall be the duty of the Superintendent of Parks forthwith to notify the keeper of the city pound, who shall at once take and dispose of such animal in the manner provided by the penal ordinance of the city of Rochester relating to the disposition of vagrant animals.

### PENALTY FOR VIOLATION OF PARK ORDINANCES.

SECTION 6.  Any violation of these ordinances shall be deemed a misdemeanor, and shall be punishable by a fine of not less than five dollars nor more than one hundred dollars, and in default of the payment of such fine, any person so convicted may be imprisoned in the Monroe County Penitentiary for a period not exceeding thirty days, or by both such fine and imprisonment.

### FORMER ORDINANCES REPEALED.

SECTION 7.  The ordinances of said Board, passed January 26, 1891, and all ordinances inconsistent herewith, are hereby repealed.

Digitized by Google

# Exhibit 31

# CHARTER

AND

# REVISED ORDINANCES

OF

# KANSAS CITY

·1898.

TO WHICH ARE PREFIXED A TABLE OF THE CASES CITED; AN HISTORICAL
SKETCH OF THE CITY; AND, ALSO, THE CONSTITUTIONAL PROVISIONS AND
ENABLING ACT IN PURSUANCE OF WHICH SAID CHARTER WAS FRAMED
BY A BOARD OF THIRTEEN FREEHOLDERS AND SUBMITTED TO, AND
RATIFIED BY, THE QUALIFIED VOTERS OF THE CITY AT A SPECIAL
ELECTION APRIL 8, 1889, AND SUPERSEDED THE OLD CHARTER
MAY 8, 1889.  THE AMENDMENTS TO THE CITY CHARTER
ADOPTED SINCE THE LAST DATE ABOVE, HAVE BEEN
ARRANGED IN THEIR PROPER PLACES, WITH FOOT-
NOTES SHOWING THE DATES OF THEIR ADOPTION.

———

THE ANNOTATIONS EMBRACE THE DECISIONS IN THE SUPREME COURT
REPORTS, VOLUMES 1-137, INCLUSIVE, AND APPEAL REPORTS,
VOLUMES 1-70, INCLUSIVE, BEARING UPON MUNICIPAL
RIGHTS AND LIABILITIES, AND THE CON-
STRUCTION OF THE CHARTER
AND ORDINANCES.

———

COMPILED, ARRANGED, ANNOTATED, AND INDEXED BY

FRANK F. ROZZELLE AND GEORGE R. THOMPSON,

OF THE KANSAS CITY BAR, ASSISTED BY

R. B. MIDDLEBROOK, CITY COUNSELOR, AND H. C. McDOUGAL, FORMER CITY COUNSELOR
AND AN ADVISORY COMMITTEE CONSISTING OF L. E. WYNE, P. S. BROWN, JR.
AND GEORGE EYSSELL, OF THE UPPER HOUSE, AND JAMES G.
SMITH, A. D. BURROWS AND JAMES PENDERGAST, OF
THE LOWER HOUSE OF THE COMMON COUNCIL.

———

PRINTED AND PUBLISHED BY
AUTHORITY OF THE CITY OF KANSAS CITY, MISSOURI.

———

KANSAS CITY:
LAWTON & BURNAP, PRINTERS AND STATIONERS.
1898.

Digitized by Google

## ORDINANCE No. 9637.

AN ORDINANCE PROVIDING FOR THE REGULATION AND
ORDERLY GOVERNMENT OF PARKS, BOULEVARDS, PARK-
WAYS, PARK ROADS AND OTHER PUBLIC GROUNDS UNDER
THE CONTROL AND MANAGEMENT OF THE BOARD OF PARK
COMMISSIONERS.

*Be it ordained by the Common Council of Kansas City:*

SECTION 1.   That all omnibuses and all wagons, drays, trucks
and other vehicles, for carrying goods, merchandise, manure,
garbage, or other articles, entering upon any boulevard or park-
way of this city, shall have width of tire as follows:

All vehicles of the kind above mentioned drawn by one horse
shall have width of tire of not less than three (3) inches.   All
such vehicles drawn by two or more horses shall have width of
tire not less than four (4) inches; *provided*, however, that all
wagons, omnibuses and other vehicles of less width of tire than
above specified, carrying goods, merchandise or other articles to
or from any house or premises abutting upon any boulevard or
parkway, shall be permitted to enter thereon at the cross street
nearest said house or premises in the direction in which the same
are moving, and deliver and receive such merchandise or other
articles, but shall not proceed on such boulevard or parkway
further than the nearest cross street thereafter.   That this pro-
vision shall take effect and be in force six (6) months after the
approval of said ordinance.

SEC. 2.   No vehicle, nor horse, nor mule, shall be permitted
to stand upon any portion of any boulevard, parkway or park
road of said city, unless the driver thereof is in charge of and
accompanies the same; nor shall any horse, mule or vehicle be per-
mitted to stand upon any boulevard, parkway or park road to the
obstruction of the same or to the inconvenience of travel.

SEC. 3.   No person shall engage in any racing, speeding or
fast and reckless riding or driving on any boulevard, parkway or
park road of said city, except on such part or portion of any
boulevard, parkway or park road as may be set apart by the board
of park commissioners for that purpose, and then only under such
regulations as the board of park commissioners may prescribe.



656 APPENDIX.

SEC. 4.   No velocipede, bicycle, tricycle, wheelbarrow, hand-cart, nor other vehicle, nor any horse, mule, cattle nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same upon the sidewalks, walks, curbstones, grass plots, or planting spaces of any park, boulevard, or parkway, nor to cross the same.   Nor shall such vehicle or animal be taken upon any part thereof except upon the carriage drives and crossings provided therefor.   Nor shall any horses, mules, cattle, sheep or swine be driven loose, singly or in herds on any boulevard or parkway, or park road of said city.   Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet.

SEC. 5.   No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon. Nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in any park that such animal can damage the same by biting or otherwise. Nor shall any person permit any horse or other animal unattended to stand upon any boulevard or parkway of said city unless the same shall be securely hitched and checked.

SEC. 6.   No owner, occupant or agent of any land abutting upon any boulevard or parkway of said city shall allow the earth or any rubbish from said land to fall or wash upon any part of said boulevard or parkway.   Nor shall any person throw or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway or park road.

SEC. 7.   No person shall place or deposit or allow to be placed or deposited on any boulevard, parkway or park road of said city, any building material whatsoever or any other articles or things which would obstruct or hinder the travel thereon, without a written permit from the board of park commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the parking or sidewalk on any boulevard or parkway nor shall any coal or wood or merchandise be dumped or thrown upon any boulevard or parkway.

SEC. 8.   Every person having the use of any portion of any boulevard, parkway or park road of said city, for the purpose of erecting or repairing any building or for any other purpose shall



0167

cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction from dusk until sunrise in the morning of each day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

SEC. 9.    No person shall play any game whatsoever in or upon any of the parks, boulevards, parkways or driveways under the control of the board of park commissioners; *provided*, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the board of park commissioners, and under such rules and regulations as may be prescribed by said board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street. But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the board of park commissioners.

SEC. 10.    No person shall engage in any sport upon any boulevard, parkway, park road or driveway under the control or supervision of the board of park commissioners which will be likely to frighten horses, injure passsengers or embarrass the passage of vehicles thereon.

SEC. 11.    No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stones or other missiles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of an explosive character, within any park, boulevard, parkway or driveway of this city under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board and subject to such rules and regulations as said board may establish.

SEC. 12.    No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing hand-bills, or erect any sign-board, or paste or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building or other place in any park, boulevard, parkway, park road, driveway or other public grounds under the control or supervision of the board of park commissioners of said city.    Nor shall any person drive

——42

Digitized by Google

658   APPENDIX.

any animal or vehicle displaying any placard or advertisement of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, parkway, park road or in any park or other public grounds under the control and management of the board of park commissioners of said city.

Sec. 13.   No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings or other constructions of property in or upon any park, boulevards, parkways, park roads or other public grounds of said city under the control or supervision of the board of park commissioners.

Sec. 14.   All persons riding bicycles, tricycles and velocipedes in parks, or upon parkways, boulevards or park roads, shall be required to keep upon the paths specially provided for the same, or upon the roadway, and in no case shall be permitted to ride upon the foot-paths or upon the parking or grass.

Sec. 15.   That no vehicles, other than those used for pleasure driving, or other than such carts or other vehicles as may be employed by the board of park commissioners in the construction of, or caring for said parks, shall be permitted to enter said parks.

Sec. 16.   No person shall be guilty of disorderly, bawdy or lewd conduct, or of habitual loafing, or of sleeping on the ground or benches, or make, aid or assist in making any disorderly noise or riot or breach of the peace within the limits of any park, boulevard, parkway or other public grounds of the city.

Sec. 17.   Any person who shall violate any of the foregoing provisions, rules and regulations, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not less than five dollars ($5.00) nor more than one hundred dollars ($100) for each and every offense, and in addition to the members of the regular police force of Kansas City who may be specially detailed by the board of police commissioners for the enforcement of the foregoing rules and regulations and for service under the direction of the board of park commissioners, said board of park commissioners may employ and appoint additional persons to act as special guards in parks, boulevards and parkways, as it may find it expedient and deem necessary for the protection of the same and for the enforcement of the rules and regulations of said board and the ordinances of the city relating to the regulation and orderly government of parks and public grounds under the control and


Digitized by Google

management of the board of park commissioners, and all such special park guards shall be sworn into service of the city as special policemen, and shall be paid out of the general funds appropriated by the common council for the general expenses of the board of park commissioners and for other park purposes; but the number of such special policemen so appointed shall not exceed fifteen (15) per cent of the regular police force of said city without the consent or approval of the common council of said city.

SEC. 18.   The common council finds and declares that the action of the common council herein has been recommended by the board of park commissioners of Kansas City, Missouri, as provided by law and that said board has adopted said rules and regulations and has recommended to the common council the establishment and enforcement of the same by ordinance as herein provided.

SEC. 19.   All ordinances or parts of ordinances in conflict with this ordinance, insomuch as they conflict herewith, are hereby repealed.

Passed April 14, 1898.               Passed April 18, 1898.

JAMES G. SMITH,                      GEO. S. GRAHAM,
Speaker, Lower House of             President, Upper House of
the Common Council.                  the Common Council.

[SEAL]   Attest:          Approved April 18, 1898, 11:50 A. M.

C. S. CURRY,                         JAMES M. JONES,
City Clerk.                                    Mayor.
BY E. A. NORRIS, Deputy.

Digitized by Google

# Exhibit 32

Report of the

...BOARD OF...

# PARK COMMISSIONERS,

OF

WILMINGTON, DEL.

FOR THE

Year ending December 31st, 1897.

WILMINGTON, DEL.
THE JOHN M. ROGERS PRESS,
1898.

Digitized by Google

# PARK REGULATIONS.

No person shall ride or drive upon any part of the Park except upon the roads intended for such purposes.

No person shall bring led horses within the limits of the Park nor turn any horses, cattle, goats, swine, dogs or other animals loose in the Park.

No person shall indulge in any threating, abusive, insulting or indecent language, or commit any obscene or indecent act in the Park.

No person shall carry firearms, shoot birds, or other animals, nor throw stones or other missiles, or in any way disturb or annoy the birds or animals within the boundaries of the Park.

No person shall throw any dead animals or other offensive matter into the Park, nor foul any spring, brook or other water within the boundaries of the Park.

No person shall cut, break or otherwise injure or deface any trees, shrubs, plants, turf, rock or any building, fence, bridge or other structure within the Park.

No person shall erect, paint, paste or otherwise affix or distribute any signs, advertisements or circulars within the Park.

No person shall injure, deface, destroy, or remove any notices or regulations for the government of the Park.

Penalties, $5.00 to $10.00


Digitized by Google

# Exhibit 33

# REVISED

# ORDINANCES

— OF THE —

# CITY OF BOULDER

Published by Authority of the City.

OSCAR F. A. GREENE,

COMPILER.

1899:
Printed by Ricketts & Kerr, at The News Office,
BOULDER, COLORADO.

thirty-two in township one north of range seventy west, is hereby named and shall hereafter be known as VALVER-DAN PARK.

### 510.  Washington Park.

SEC. 5.   That the city property in the west half of the south-west quarter of section twenty-five in township one north of range seventy-one west, shall be named and hereafter known as WASHINGTON PARK.

### PARKS.

An Ordinance for the Protection of the Several Parks Belonging to the City and of the Buildings and Reservoirs and Trees and Other Improvements at and Within Said Parks, and to Provide Penalties for Injuring the Same.
Passed October 4, 1898.

(With amendment as noted.)

### 511.  No firearms or shooting in.

SECTION 1.   Any person other than the police officers of the city who shall take or carry or cause to be taken or carried into any of the parks belonging to the City of Boulder, any gun, pistol, revolver, or other firearm, or who shall shoot any firearm at or towards or over or into or upon any of said parks, shall be deemed guilty of a misdemeanor.   (As amended August 2, 1899.)

### 512.  No powder or explosives in.

SEC. 2.   Any person who shall take or carry or cause to be taken or carried into any of said parks, any powder of any quality or kind or any explosive or dangerous or inflammable or combustible substance, shall be deemed guilty of a misdemeanor.

### 513.  No fires or explosives.

SEC. 3.   Any person who shall start any fire or cause or permit to be started any fire in any of said parks, not

being thereunto first authorized by the Mayor, or who shall in any of said parks fire or explode any fire-crackers, torpedoes, or any other substance or thing containing powder or other explosive substance, shall be deemed guilty of a misdemeanor.

### 514. Injury to property.

SEC. 4.   Any person who shall deface, tear down, destroy or injure in any manner whatsoever any fence, building, furniture, seat, structure, excavation, post, bracket, lamp, awning, fire plug, hydrant, water pipe, tree, shrub, plant, flower, railing, bridge, culvert, or any other property whatsoever belonging to the city or to any private corporation or persons in, at or upon any of said parks, shall be deemed guilty of a misdemeanor.

### 515. Injury continued.

SEC. 5.   Any person who shall injure or damage in any manner whatsoever any property of the city at, in or upon any of said parks by cutting, hacking, bending, breaking, burning, daubing with paint or other substances, hitching of horses or other animals, or by means of fire, or by effecting such acts in any other manner, shall be deemed guilty of a misdemeanor.

### 516. Violation—Misdemeanor Penalty.

SEC. 6.   Any person upon conviction of any misdemeanor specified in any of the five preceding sections herein shall be fined not less than five and not more than three hundred dollars.

## PARKS.

An Ordinance in Relation to Cottages in Texado Park.
Passed April 17th, 1899.

WHEREAS, a contract was made on, to-wit, the 19th day of March, A. D. 1898, at Boulder, Colorado, by and

# Exhibit 34

# MUNICIPAL REGISTER *of the*

# City of Hartford

CONTAINING a List of the Officers of the City Government and its Various Departments; also, Message of the Mayor and the Annual Reports of the Several Departments for the Year 1906-07; Ordinances of the City, etc.



# 1907

*Printed by THE SMITH - LINSLEY CO., Hartford, Conn.*

COMPILED AND ARRANGED

BY

# HENRY F. SMITH,

### City Clerk.

IN ACCORDANCE WITH A RESOLUTION PASSED BY THE COURT OF COMMON
COUNCIL, AND ISSUED UNDER THE DIRECTION OF THE
JOINT STANDING COMMITTEE ON PRINTING.

NOV 17 1908

Case 3:23-cv-00056-JBA   Document 24   Filed 04/03/23   Page 181 of 271

# APPENDIX A.

### RULES AND REGULATIONS.

The Board of Park Commissioners, by virtue of the authority vested in them, hereby make and ordain the following rules and regulations for the management of the parks owned by or under control of the city of Hartford.   Any person who shall violate any of the following rules and regulations, "shall forfeit and pay for the use of the city treasury a fine not exceeding thirty-five dollars ($35.00)."

*It is forbidden:*—1st.   To enter or leave any Park, except by the regular approaches thereto; to walk upon any grass border of any flower garden, walk, or driveway; to walk among or through shrubs, flowers, or other plantings, or to cross any lawn in any Park whenever a notice shall be conspicuously posted forbidding such crossing.

2nd.   To climb, or get upon any tree, statue, fountain, fence, gate, gateway, or railing in any park, or to use any structure therein in any way other than that for which it was intended.

3rd.   To remove, cut, break, or otherwise injure, any tree or shrub, or any part thereof; to cut, pluck, or otherwise remove, any blossom or other part of any plant or flower in any Park.

4th.   To cut, write upon, deface, defile, or otherwise injure any building, bridge, fence, statue, fountain, seat, gate, gateway, or other structure, upon any Park.

5th.   To permit any dog to pass over or to stray upon any Park where sheep are pastured or kept, unless led by a cord or chain, not exceeding six (6) feet in length, or to permit any other animal to pass

over or stray upon any Park area, but this provision shall not apply to horses when ridden or driven in harness, along the Park roadways.

6th.   To throw any stick, stone, or other missle on any portion of any Park.

7th.   To scatter or leave upon any Park any paper, rag, garbage or other litter.

8th.   To void any urine, dung or other excrement, within the limits of any Park, excepting in such place or apartment as is, or shall be, specially provided for such purpose; and in the latter case, it is forbidden to use or enter any apartment established for persons of the opposite sex exclusively.

9th.   To discharge or carry firearms, firecrackers, torpedoes, or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority; to make any fire; to have any intoxicating beverage; to sell, offer, or expose for sale any goods or wares, except under a written license from the Board of Park Commissioners; to post or display any sign, placard, flag, or advertising device without such license; to solicit any subscription or contribution; to play any game of chance, or to have possession of any instrument of gambling; to make any oration, harangue, or loud outcry; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy any other visitor.

10th.   To drive or propel any bicycle, tricycle, automobile, or other vehicle, wheelbarrow, or handcart, on any Park, excepting on regular carriage roads; to skate or slide upon or across any walk upon any Park; or to slide or coast on any driveway.

11th.   To ride or drive any horse, bicycle, automobile or other vehicle, or team, at a rate faster than six (6) miles an hour; to drive or lead any heavy team,

MUNICIPAL REGISTER.

business wagon, or cart upon any Park driveway or carriageway, excepting upon Park business.

12th.   To take or molest any bird, fish, frog, or any live animal, or bird's eggs, or in any way interfere with any bird's nest, or with any cage, box, place or enclosure for the protection of any bird, fish, or any live animal.

13th.   To sleep upon, lie upon, or overturn, any seat upon any park.

14th.   For any men to occupy any seat designated as reserved for women and children.

15th.   To play ball or any other games in any public Park except upon such portions thereof as may be set apart for that purpose.

16th.   To deface or injure any notice placed by the Park Commissioners upon any Park.

The foregoing are in addition to such prohibitions and penalties as are provided by the laws of this state and the ordinances of this city.

Board of Park Commissioners,

GEORGE A. FAIRFIELD, *President.*

Attest, FRANKLIN G. WHITMORE, *Secretary.*

Hartford, January 6, 1902.

Adopted by Board of Common Council, February 10, 1902.

Approved by Mayor, February 11, 1902.

ALEXANDER HARBISON, *Mayor.*

Attest, HENRY F. SMITH, *City Clerk.*

# Exhibit 35



Ninth Annual Report of the Department of Parks of the City of New Bedford, Mass. 1902.

Generated on 2023-02-09 21:45 GMT / https://hdl.handle.net/2027/hvd.ti3dmc
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

## Park Ordinances.

———

Office of Park Commission,
New Bedford, Mass.,
September 1, 1902.

The Board of Park Commissioners of the City of New Bedford, by virtue of its authority to make rules for the use and government of the public parks of said city, and for breaches of such rules to affix penalties, hereby ordain that within the public parks and commons of the city, except with prior consent of the Commissioners, all persons are hereby forbidden:

1. To cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant, turf or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

2. To take birds, fish or any live animals, or birds' nests, or in any way interfere with cages, boxes or enclosures for their protection.

3. To throw stones, balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires, to play musical instruments; to have for sale or otherwise any intoxicating liquors or beverages; to sell or offer for sale any goods or

74



wares; to post or display signs, placards, flags or any advertising devices whatsoever; to play games of chance or to have possession of instruments of gambling; to utter profane, threatening, abusive or indecent language; to make orations or loud outcries; to in any manner annoy other visitors.

4. To play ball or any other games in any park, except such portions thereof as may be set apart for that purpose.

5. To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse upon any park except upon regular carriage roads, and then at a rate not faster than five miles an hour.

6. To drive or ride any horse or animal not well broken and under perfect control of the driver.

7. To refuse to obey the orders of the Commissioners, of the Superintendent of Parks, of the Park Police, or of any authorized agent of said Commissioners.

8. Any person wilfully doing either of the above forbidden acts shall be punished by a fine not exceeding $20.00 for each offence.

Compliance with the foregoing regulations is a condition of the use of these premises.

> JAMES E. MOORE, Chairman,
> SAMUEL P. RICHMOND,
> OBED C. NYE,
> CHARLES T. SMITH,
> ERNEST A. WHEATON, Secretary.

Board of Park Commissioners.

THOMAS W. COOK,
    General Superintendent.

Generated on 2023-02-09 21:44 GMT / https://hdl.handle.net/2027/hvd.li3dnc
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

0187

# Exhibit 36

# First Annual Report

OF THE BOARD

OF

# Park Commissioners

OF THE

## CITY OF LOWELL

FOR THE

## Year ending December 31, 1903



LOWELL, MASS.:
BUTTERFIELD PRINTING COMPANY.
1904.

Generated on 2023-02-09 21:48 GMT / https://hdl.handle.net/2027/hvd.li366x
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

0189

# Rules and Regulations

### GOVERNING THE PUBLIC PARKS WITHIN THE CITY OF LOWELL.

The Board of Park Commissioners of the City of Lowell, by virtue of its authority to make rules and regulations for the use and government of the Public Parks and Commons of said City, and to fix penalties for breaches of rules and regulations, hereby ordains that, within such Public Parks and Commons, except by and with the consent of the Board :—

1.   It is forbidden to cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant or turf, or any other property of said city which may be in the care of the Board, or to have possession of any freshly plucked tree, bush or plant, or any part thereof.

2.   It is forbidden to disturb or injure any bird, bird's nest or bird's eggs, or any squirrel or other animal, within any of said Parks or Commons.

3.   It is forbidden to throw stones, balls or other missiles ; to discharge or carry firearms, fire crackers, torpedoes or fire-works ; to make fires ; to have any intoxicating beverages ; to sell, offer or expose for sale any goods or wares ; to post or display signs, placards, flags or advertising devices ; to solicit subscriptions or contributions, to play games of chance, or to have possession of instruments of gambling ; to utter profane, threatening, abusive or indecent language, or to commit any obscene or indecent act ; to solicit the acquaintance of, or to follow, or in any way annoy visitors to said Parks and Commons.

58

4. It is forbidden to play ball or any other games in any public Park or Common, except in such portions thereof as may be set apart for that purpose.

5. It is forbidden to drive any carriage, automobile, bicycle, cart, wheelbarrow, hand-cart or horse in any Park or Common, except upon the regular carriage roads. No heavy teaming whatever will be allowed within said Parks or Commons.

6. Visitors to said Parks or Commons must comply with the orders or requests of any member of the Board of Park Commissioners, or of the Park Police, or other agents of the Board, and assist them when required so to do.

Any person convicted of committing any of the acts above forbidden shall be punished by a fine of not exceeding twenty dollars.

Compliance with the foregoing rules and regulations is a condition of the use of these premises.

JOHN J. PICKMAN,
JOHN E. DRURY,
PERCY PARKER,          } *Park Commissioners.*
THALLES P. HALL,
HARVEY B. GREENE.



Generated on 2023-02-09 21:46 GMT / https://hdl.handle.net/2027/hvd.li3d6x
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

0191

# Exhibit 37

# PROCEEDINGS

#### OF THE

# BOARD OF ALDERMEN

#### OF

## THE CITY OF NEW YORK

##### FROM

### OCTOBER 6 TO DECEMBER 28, 1903.

### VOLUME IV.



#### PUBLISHED BY AUTHORITY OF THE BOARD OF ALDERMEN.

### 1903.

Generated on 2023-02-09 21:52 GMT  /  https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

0193

REPORT:

That, having examined the subject, they believe the proposed ordinance to be necessary.

They therefore recommend that the said ordinance be adopted.

ARMITAGE MATHEWS, NOAH TEBBETTS, JAMES COWDEN MEYERS, FRANK L. DOWLING, JOHN H. BEHRMANN, Committee on Laws and Legislation.

AN ORDINANCE to regulate the government of parks and other public pleasure grounds of The City of New York, and to protect them and the frequenters thereof from ill usage.

Be it Ordained by the Board of Aldermen of The City of New York, as follows:

All persons are forbidden—

I. To cut, break or in any way injure or deface the trees, shrubs, plants, grass, posts, railings, chains, lamps, lampposts, benches, tree-guards, buildings, structures or other property in or upon any of the public parks, parkways, squares or places of or within The City of New York, under the jurisdiction of the Department of Parks, or to dig into or upon the soil within the boundaries of any such parks, parkways, squares or places, or of any roads or roadways upon or across the same.

II. To go on foot or otherwise upon the grass, except when and where permitted, or to throw or leave any paper, refuse or rubbish on any of the lawns or walks of the said parks, parkways, squares or places.

III. To expose any article for sale or exhibition, unless previously licensed by the Department of Parks therefor, on any part of such public parks, parkways, squares or places.

IV. To post any bill, placard, notice or other paper upon any structure within such public parks, parkways, squares or places, or upon any street or avenue adjacent thereto under the jurisdiction of the Department of Parks, unless previously licensed so to do by the Commissioner having jurisdiction, and in accordance with the provisions of section XVI. hereof.

V. To play upon any musical instrument within such public parks, parkways, squares or places, or take into, carry or display any flag, banner, target, or transparency without the permission of the Commissioner having jurisdiction.

VI. To erect any structure, stand or platform, or hold any meetings in such parks, parkways, squares or places, without previous permission therefor from the Commissioner having jurisdiction.

Generated on 2023-02-09 21:52 GMT / https://hdl.handle.net/2027/uiug.30112106499195
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Case 3:23-cv-00056-JBA   Document 24   Filed 04/03/23   Page 195 of 271

No earth, sand or broken stone is to be carted over any of the parkways, except on traffic roads, unless special permit for the same is obtained from the Commissioner having jurisdiction.

XXII.  It shall not be lawful to modify, alter, or in any manner interfere with the lines or grades of any of the aforesaid parkways, concourses, circles, squares, avenues, roads, streets, entrances or approaches under the jurisdiction of the said Department of Parks, nor to take up, move or disturb any of the curb and gutter-stones, flagging, trees, tree-boxes, railing, fences, sod, soil or gravel, or to go upon or across said parks, parkways, concourses, circles, squares, roads, streets or avenues, except by the means and in the manner provided therefor; nor shall it be lawful to open or otherwise expose or interfere with any of the water, gas and sewer pipes, or any of the hydrants, stop-cocks, basins, or other constructions within or upon said places, nor to take any water or gas therefrom, nor to make any connection therewith, except by special written consent of the Commissioner having jurisdiction, and where such consent is given a deposit of money may be required to insure the restoration of the said curbs, gutters, flagging, etc.

XXIII.  No person in bathing costume will be permitted to walk or ride upon any parks, parkways or beaches, except Pelham Bay Park, under the jurisdiction of the Department of Parks.  No boat or vessel shall be placed upon any of the waters of the said parks, except by special permission from the Commissioner having jurisdiction.  No skating or sledding will be allowed on the lakes unless the ice is declared by the Commissioner having jurisdiction to the in a suitable condition for that purpose.

XXIV.  No one shall fire or carry any firearm, fire cracker, torpedo or fireworks, nor make a fire, nor make any oration, nor conduct any religious or other meeting or ceremony within any of the parks, parkways, squares or places in The City of New York under the jurisdiction of the Department of Parks without special permission from the Commissioner having jurisdiction.

XXV.  No one shall enter or leave the parks except at the established entranceways; nor shall any one enter or remain therein after 12 o'clock at night, except as, on special occasions, general use thereof may be authorized beyond the regular hours.

XXVI.  The drives shall be used only by persons in pleasure carriages, on bicycles, or on horseback; the bridle paths only by persons on horseback.  Animals to be used on either shall be well broken, and constantly held in such control that they may be easily and quickly turned or stopped; they shall not be allowed to move at a rate of speed on the drives or bridle paths of more than eight miles an hour; and when it shall be deemed necessary to safety, good order, or the general convenience that the speed of an animal or an automobile should be checked, or that it should be stopped, or its course altered, and the officers on duty shall so direct, by gesture

Generated on 2023-02-09 21:59 GMT  /  https://hdl.handle.net/2027/uiug.30112058499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

601   [NOVEMBER 24, 1903.

or otherwise, such direction shall be obeyed; and no horse or other beast of burden or draft nor automobile shall be driven or suffered to stand anywhere except on the drive or bridle path.

XXVII.  No hackney coach or other vehicle for hire shall stand within the public parks, parkways, squares or places under the jurisdiction of the Department of Parks for the purpose of taking up passengers, other than those whom it has brought in, excepting with the permission of the Commissioner having jurisdiction. No public omnibus or express wagon, and no wagon, cart or other vehicle carrying or ordinarily used to carry merchandise goods, tools or rubbish shall enter such public parks, parkways, squares or places without permission of the Commissioner having jurisdiction, excepting upon traffic roads provided for the purpose.  No fire engine or other apparatus on wheels for extinguishing fire shall enter or be allowed upon any part of the park excepting the Transverse and Traffic roads.

XXVIII.  No military or target company and no civic, funeral or other procession, or a detachment of a procession, and no hearse or other vehicle, or person carrying the body of a dead person shall enter or be allowed on any part of the public parks, except by the permission of the Commissioner having jurisdiction.

XXIX.  No person shall bring into or carry within the Central Park any tree, shrub, plant or flower, nor any newly plucked branch or portion theeof without a permit from the Commissioner having jurisdiction.

XXX.  No camping shall be allowed in any of the public parks, parkways, plazas, squares or public places, under the jurisdiction of the Department of Parks, except to the National Guard of the State of New York at the parade grounds situated in Van Cortlandt Park.

XXXI.  No person shall solicit passengers for any coach or other vehicle for hire within or upon any of the parks, parkways, squares or places within the jurisdiction of the Department of Parks  All drivers or attendants of vehicles for hire standing upon or within any such parks, parkways, squares or places shall remain in close proximity to their vehicles while so standing, and shall not follow, solicit or importune any person entering or leaving the said parks, parkways, squares or places.

Ordinances relating to the use of vehicles in the public parks, parkways and streets under the jurisdiction and control of the Commissioners of Parks of The City of New York.

1.  All vehicles must carry a lighted lamp, showing a white light ahead, from thirty minutes after sunset until thirty minutes before sunrise.

Generated on 2023-02-09 21:50 GMT  /  https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# Exhibit 38

# Municipal Ordinances

OF THE

# CITY OF TROY

———

## RULES AND REGULATIONS

OF THE

## HEALTH DEPARTMENT

———

## RULES AND REGULATIONS

WITH REFERENCE TO THE

## WATER WORKS

———

## 1905

———

COMPILED UNDER THE DIRECTION OF

### JOHN T. NORTON,

CORPORATION COUNSEL.

TROY TIMES ART PRESS,
TROY, N. Y.

NOV 24 1908

Any person who shall offend against this ordinance shall, upon conviction thereof, by or before the police magistrate of said City of Troy, be punished by such fine or imprisonment or both, as said police magistrate or police court of the City of Troy, is now by law, empowered to impose for violations of the city ordinances of said city.

§ 2. This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

---

AN ORDINANCE IN RELATION TO THE PUBLIC PARKS OF THE CITY OF TROY AND THE MAINTENANCE OF GOOD ORDER THEREIN.

Passed June 4, 1903.

SECTION 1. The parks shall be open daily to the public from five (5) o'clock in the morning until twelve (12) o'clock at night during the year, and no person not an employee of the parks shall enter or remain in the parks at any other time.

§ 2. Portions of the park located on Warren Hill are set apart for ball, croquet or other games. No games will be permitted on any other parts of the grounds. No games shall be played in the parks on Sunday.

---

## ALL PERSONS ARE FORBIDDEN.

To enter or leave the parks except by walks, paths or drives.

To lead or allow to be loose any animals upon park premises (except that dogs may be led or carried, but not allowed loose.)

To carry or discharge firearms, or to set off any fireworks or similar thing in the parks.

*City Ordinances.*

To cut, mark, break or climb upon or in any way injure or deface the trees shrubs, plants, turf or any of the buildings, fences or other structure or property within or upon the park premises.

To bring upon the park premises any tree, shrub or plant or any newly plucked branch or portion of a tree, shrub or plant.

To use threatening, abusive, insulting, indecent, obscene or profane language or conduct in or upon any portion of the parks.

To drink any intoxicating, malt or vinous liquors in the parks or to enter the parks while intoxicated.

To lie or sleep on the benches or to lie in indecent positions in said parks.

To tell fortunes or play at any games of chance in the parks.

To bathe or fish in, or to go or ride or to send any animal into, or to throw or place any article or thing in any of the waters of the parks, or to take any birds' egg or birds' nests, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks.

To light, make or use any fire therein.

To go, on foot or otherwise, upon the grass, lawn or turf of the parks, wherever the sign "Keep Off the Grass" is shown.

§ 3. Any person or persons who shall violate any or either of the foregoing provisions of this ordinance, or any section or clause, or any provision of any section thereof or who shall neglect or fail to comply with any or either of the requirements, thereof, shall, upon conviction, pay a fine of not less than five dollars or more than one hundred and fifty dollars for each offense, and in default of payment be imprisoned in Rensselaer County jail one day for each dollar.

§ 4. This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

---

## DUTIES OF CITY HALL JANITOR.

### PRESCRIBED BY COMMON COUNCIL, NOVEMBER 16, 1876, UPON REPORT OF SPECIAL COMMITTEE.

He shall have charge and superintendence of all the rooms in the city hall, but shall not have the hiring or discharging of any helps which may be employed; that is to be left to the heads of the departments.

He shall sweep and clean all the passageways and halls in the building, at least once a day, the said work to be done before nine o'clock in the morning.

He shall have charge and shall sweep, when necessary, the large public hall whenever used.

He shall also keep clean all the water closets in the building.

He shall sweep the sidewalks around the city hall during the summer at least three times per week.

He shall remove or cause to be removed, all the snow or ice off the sidewalk during the winter, and also in the area ways around the said building.

He shall have charge of the public fountains in front of city hall, and also sprinkle the grass plots of the city hall.

He shall also ring the city hall bell (if one is placed in the building) at twelve o'clock noon and at six o'clock P. M,

# Exhibit 39



~~CHARTER~~

*Not in veil*

AND

# REVISED CODE OF ORDINANCES

OF THE

# CITY OF HOUSTON

## HARRIS COUNTY, TEXAS,

### TO OCTOBER 31, 1904.

PUBLISHED "BY AUTHORITY OF THE CITY COUNCIL OF
THE CITY OF HOUSTON,"

CODIFIED BY
**ROBERTS & CRAWFORD,**
OF THE HOUSTON BAR
1904.

W. H. COYLE & CO., ⬥STATIONERS, PRINTERS.

HOUSTON, TEXAS.

tank for selling or delivering kerosene, refined or crude oil within the limits of the City of Houston, without having attached thereto a bucket or other receptacle in such position that it catches all the drippings of oil from said tanks, or who shall negligently spill any oil on the streets of Houston that are or may be paved with asphalt, shall be fined not less than five dollars and not more than twenty dollars.

## CHAPTER XXXIX.

### CITY PARKS.

**Art. 914.  Mayor to Employ Keeper and Gardener**—There shall be employed by the Mayor, some person or persons as gardener and keeper of the park, who shall hold his or their position at the pleasure of the Mayor, and who shall receive a salary of not more than seventy dollars per month. Such gardener shall have, under the Mayor and Committee on Parks, superintendence and control of the park property, and shall perform such duties and work therein as may be directed by the Mayor and Committee on Park Property, and shall see that such property and grounds are protected from depredations or misuse; and should the Mayor employ workmen for said park, such gardener or keeper shall, under the Mayor and Park Committee, have superintendence and direction of such workmen.

**Art. 915.  Keeper to Live in Park**—The keeper of the park, herein provided for, shall be required to live in the house on the property, which house he shall have free of rent.

**Art. 916.  Appropriation of Receipts of Sam Houston Park**—All moneys derived by the City of Houston from the sale of privileges in the Sam Houston Park of said city is hereby appropriated to the Houston Improvement League, to be applied by said Houston Improvement League to the free music fund, a fund to be used for the purpose of providing free concerts on certain days and nights during the summer months.

**Art. 917.   Funds, How Disbursed**—That the proper officers of the City of Houston, under its charter and ordinances, shall pay said moneys, as collected, over to the treasurer of said Houston Improvement League, upon the written order of its president, duly attested by its secretary, who shall execute a receipt therefor, showing the purpose for which the same is received.

**Art. 918.   Rules and Offenses**—It shall be unlawful for any person or persons within the public park and commons of this city to do any of the following acts, viz:

First.  To cut, break, injure, deface, defile or ill-use any building, fence, bench or other construction, or any tree, bush, plant, turf, or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

Second.  To take birds, fish or any live animals or bird's nests; to annoy or feed caged animals, or in any way to interfere with cages, boxes or enclosures for their protection.

Third.  To throw stones, balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires; to have, for sale or otherwise, any intoxicating liquors or beverages.

Fourth.  To sell or offer for sale any goods or wares, or to play musical instruments, without permission from Superintendent of Parks, or by contract with the Mayor and Park Committee.

Fifth.  To post or display signs, placards, flags or any advertising device whatsoever, except program of entertainment at park; to play game of chance, or to have possession of instruments of gambling.

Sixth.  To utter profane, threatening, abusive or indecent language; to make orations or loud outcries; to in any manner annoy other visitors.

Seventh.  To play ball or any other game in any park, except on such portions thereof as may be set apart for that purpose; or to walk over any lawn or grass plots not marked "Commons."

Eighth.  To drive any carriage, cycle, cart, automobile,

handcart or horse upon any park, except upon regular carriage roads, and then at a rate not faster than five miles an hour.

Ninth.  To drive or ride any horse or animal not well broken and under perfect control of the driver.

Tenth.  To allow dogs, horses or any other animal liable to cause destruction of park property, to go loose or untied.

**Art. 919.  Park Officers Have Police Power**—Compliance with the foregoing rules and regulations is a condition of the use of these premises, and the Superintendent of Parks, or any agent or agents of said Superintendent, or any person charged with the keeping and care of any public park or commons, as also police officers, shall have authority to enforce provisions of Article 918 by expulsion from park grounds, or arrest.

**Art. 920.  Penalty**—Any person wilfully doing any of the above forbidden acts shall, upon conviction, be punished by a fine not exceeding twenty dollars nor less than one dollar for each offense.

**Art. 921.  Foregoing Rules Do not Apply to Necessary Acts of Employes**—This chapter shall not be construed as to apply to workmen in the legitimate discharge of their respective duties.

---

## CHAPTER XL.

### PAWNBROKERS, SECOND-HAND AND JUNK DEALERS AND JUNK.

**Art. 922.  Mayor Shall Purchase Books for Use of**—It shall be the duty of the Mayor to purchase a suitable number of books for the use of pawnbrokers and all second-hand dealers hereinafter specified, at a cost not to exceed two hundred dollars.  It shall be the duty of such persons engaged in the business of pawnbroking, or as a pawnbroker or second-hand dealer, or who may hereafter engage in the business of pawnbroking or as a second-hand dealer in the City of Houston, to procure of the City Secretary and keep on hand one of said books, and make or cause to be made therein a record of the subjects

# Exhibit 40

175 lfs.

# THE

# ORDINANCES

—————OF THE—————

# City of Neligh

## NEBRASKA

COMPRISING

ALL ORDINANCES OF A GENERAL NATURE PASSED
JUNE 16, 1906, OR PRIOR THERETO

PUBLISHED UNDER AUTHORITY OF THE MAYOR
AND COUNCIL OF THE CITY OF NELIGH, NEBR.

# 1906



priated by the city or donated to the city for park purposes, to inform against and prosecute all persons violating any of the by-laws or rules of the city for the protection and preservation of city parks. Provided, that the expenditures of such park commission shall not exceed the appropriation and donations for park purposes.

Section 6. Any vacancy occurring in the board of park commissioners may be filled by appointment and confirmation at any regular or special meeting of the city council, and any person appointed to fill such vacancy shall hold office during the unexpired term for which he is appointed.

Section 7. No member of the park commission hereby created shall receive any fee or compensation for his services as a member of such commission.

Section 8. This ordinance shall be in force after its passage, approval and publication according to law.

Passed and approved August 3rd, 1903.

Attest:  R. WILSON,          M. B. HUFFMAN,
  [SEAL]    City Clerk.                    Mayor.


# PARK PROTECTION

## ORDINANCE NO. 59

An ordinance to protect the trees, shrubs and plants, in any public park belonging to the city of Neligh, and to provide for the punishment of persons found guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1. Any person who shall knowlingly injure or destroy any tree, shrub, or flowering plant in any public park belonging to the city of Neligh, (except under super-

vision of the park board of said city), shall on conviction thereof, be fined in any sum not exceeding $50.

Section 2.  Any person who shall tie any horse or horses to any tree or shrub in any public park belonging to the city of Neligh, or who shall tie any horse or horses in such manner as to enable such horse or horses to injure any tree or shrub in any such public park, shall on conviction thereof, be fined in any sum not exceeding $50.

Section 3.  This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:  R. WILSON,                    M. B. HUFFMAN,
[SEAL]      City Clerk.                              Mayor.


# PARK ANIMALS

## ORDINANCE NO. 60

An ordinance to protect the animals and birds in the public parks of the city of Neligh, and to provide for the punishment of persons guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1.  If any person shall injure or kill any animal or bird in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in the sum of $15.

Section 2.  This ordinance shall be in full force and effect after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:  R. WILSON,                    M. B. HUFFMAN,
[SEAL]      City Clerk.                              Mayor.

Case 3:23-cv-00056-JBA   Document 24   Filed 04/03/23   Page 212 of 271

# FIREARMS IN THE PARK

## ORDINANCE NO. 61

An ordinance to prevent the carrying or discharging of fire-
arms or gun of any description in any public park be-
longing to the city of Neligh and to provide for the pun-
ishment of persons found guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Ne-
ligh, in Antelope county, Nebraska:—

Section 1.   That if any person shall carry or discharge
any firearm or gun of any description in any public park be-
longing to the city of Neligh, such person shall on conviction
thereof, be fined in any sum not exceeding $25.

Section 2.   This ordinance shall be in full force and ef-
fect on and after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:          R. WILSON,          M. B. HUFFMAN,
[SEAL]              City Clerk.                Mayor.


# GRADES OF STREETS

## ORDINANCE NO. 63

An ordinance adopting and approving the grade of city
streets in the city of Neligh, Antelope county, Nebraska,
as surveyed, platted and established by the City
Engineer.

Be it ordained by the mayor and city council of the city of
Neligh, Antelope county, Nebraska:—

Section 1.   That the grade as surveyed, platted and es-
tablished and returned by the City Engineer of the following
streets, to-wit:  Walnut, Ash, Box-Elder, Locust, Mulberry,
Cottonwood, Elm, Chestnut, Linn, Main, Boyd, Fletcher,

0212

Hopkins, Putney, Coe and Mill streets, be and the same hereby is adopted and approved, and the return of such survey, platting and establishing of such grade, together with the field notes, plat and certificate shall be and the same are, hereby directed to be filed in the office of the City Clerk as a part of the records in his office.

Section 2.  This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved this 1st day of October, 1904.

Attest:  R. WILSON,               M. B. HUFFMAN,
[SEAL]        City Clerk.                    Mayor.

# PARK ADDITION

## ORDINANCE NO. 64

An ordinance accepting and receiving the title to certain real estate for park purposes.

Be it ordained by the mayor and city council of the city of Neligh, Antelope county, Nebraska:—

Section 1.  That the city of Neligh accept and receive title to the following described real estate to-wit:  Commencing at a point one-half chain west of the northeast corner of the southwest quarter of the southwest quarter of section 21, township 25, north of range 6, west of the 6th principal meridian, in Antelope county, Nebraska.  Thence bears south 49 degrees and 60 minutes west, eleven and twenty-five hundredth chains.  Thence west variation 10 degrees and 50 minutes east, one chain.  Thence north 68 degrees and 40 minutes west, two and seventy-five hundredth chains. Thence north 62 degrees west, three and fifty hundredth chains.  Thence north 42 degrees and 20 minutes west, three and sixty-three hundredths chains.  Thence east on quarter

# Exhibit 41

# ORDINANCES

OF THE

# CITY OF PUEBLO

COMPRISING

ALL THE ORDINANCES OF A GENERAL AND
PERMANENT NATURE IN FORCE
TO APRIL 1st, 1908

AND

DOWN TO AND INCLUDING ORDINANCE No. 769

TOGETHER WITH

THE ARTICLES OF CONSOLIDATION
OF THE PUEBLOS

————

Compiled by
D. A. HIGHBERGER AND JOHN A. MARTIN
of the Pueblo Bar

————

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL
OF PUEBLO, COLORADO

# PARKS AND PARK PROPERTY

## CHAPTER XXVII.

**654.  Damage in Public Parks Unlawful.**

Section 1.   That it shall be unlawful for any person to break down, mutilate, destroy or carry away any fence or fences around or belonging to any public parks in this city, or to walk over, upon or across the grass, or to cut, break or mutilate any tree or trees, or cut, break, deface or destroy any fountain or monument or other property belonging to the City of Pueblo, situate within any of said public parks.

(Ordinance No. 432.   Passed and approved Jan. 8th, 1894.)

**655.  Penalty.**

Section 2.   Any person convicted of a violation of the foregoing section shall be fined in the sum of not less than Five (5) Dollars nor more than One Hundred (100) Dollars for each and every offense.

(Ordinance No. 432.   Passed and approved Jan. 8th, 1894.)

**656.  Rules and Regulations—Parks and Park Property.**

Ord. 678.   That for the purpose of governing and reg-

384

ulating the use of the parks and of park property within the city of Pueblo, the following rules and regulations and the penalties for the violation of such rules and regulations are hereby prescribed and adopted:

## RULES, REGULATIONS AND ORDINANCES GOVERNING PARKS AND PARK PROPERTY.

1.   From May 1 to November 1 the parks shall be open for visitors from 6 a. m. to 11 p. m.; from November 1 to May 1 from 8 a. m. to 7 p. m., unless specially ordered by the board.

2.   No swine, goat, cattle, or other animal, excepting horses shall be permitted on the roadways, and no dogs permitted at large on any park.

3.   No horse or other animal or second horse and vehicle shall be led on the roadways.

4.   No second vehicle shall be drawn on the roadways by any beast of burden or other motive power.

5.   No fast driving or speeding permitted.

6.   No funeral procession, nor any hearse or other vehicle carrying the body of a deceased person for burial, shall be allowed in or upon any part of the parks.

7.   No vehicle displaying any placard advertisement or advertisement of any kind shall be driven on the roadways for advertising purposes.

8.   No placard, notice or advertisement of any kind

or nature shall be distributed, posted, or attached to anything movable or immovable on park or boulevard property, unless by consent of the board.

9.   No velocipede, bicycle, tricycle, wheelbarrow, handcart, or other vehicle, or any horse or other animal, shall be permitted on the foot walks, sidewalks, grassplats or planting places.

10.   No hackney coach, carriage, or other vehicle for hire shall stand upon any part of the parks for the purpose of soliciting or taking in any other passenger or person than those carried to the parks by said coach, carriage or vehicle, except at stands specially designated by the board.

11.   Hitching horses or other animals to any tree, shrub, fence, railing, or other structure, except such as are provided for such purpose, or allowing horses or other animals to stand unhitched while the driver or attendant is beyond reach of such horse is prohibited.

12.   No sport or exercise shall be indulged in that is liable to frighten horses, injure travelers, or embarrass the passage of vehicles, except at such places as may be designated for such purpose.

13.   No gambling shall be permitted.

14.   Picnics may be held in such parts of the parks as shall be designated for that purpose, and portions of the parks may be set apart for ball, croquet, and other games subject to such regulations as may be made by the board,

386

and no person shall join any such picnic or games without
the consent of the persons of whom they are composed, or
shall in any manner disturb or interfere with the same.

15.   No booth, tent, stall, or other structure shall be
erected for any purpose, and no hawking or peddling shall
be done, or article or thing exposed for sale, unless by per-
mit from the board.

16.   No indecent exposure of person, disorderly con-
duct, noise, riot or breach of the peace; nor the use of ob-
scene, threatening, abusive or insulting language shall be
permitted.

17.   No person shall enter any building, inclosure or
place upon which the words "no admittance" or similar sign
is posted, or violate the injunction of such sign.

18.   No person shall stand, walk, ride or lie upon any
place laid out and appropriated for shrubbery or grass when
there shall have been placed thereon a sign forbidding the
same.

19.   No person shall play upon any musical instrument,
carry, or display any flag, target, or transparency, nor shall
any military or private company, band or procession, parade,
march, drill or perform any evolution movement or cere-
mony, and no person shall do or perform any act tending to
congregate persons except by permission of the board.

20.   No person shall fire or discharge any gun or pistol;
carry firearms, kindle, or build fires or throw stones or other
missiles.

21.   No person shall, without permit from the board, fire, discharge or set off any rocket, cracker, torpedo, squib, or other fireworks or things containing any substance of an explosive character.

22.   No carcass, ordure, filth, dirt, stone, wood, ashes, garbage, matter, substance or rubbish of any kind shall be placed or deposited thereon.

23.   No basin, pool, lake or fountain shall be fouled by stone, wood or any other substance.

24.   No fish, fowl or other animals shall be killed or caught, molested or disturbed in any manner, unless by order of the board.

25.   No animal shall be tied to any tree, shrub, electric light tower, lamp post, fire hydrant, building or other park fixture, except as provided.

26.   No tree, shrub, plant or flower (wild or cultivated) shall be plucked, broken, trampled or climbed upon, peeled, cut, defaced, removed, destroyed or injured in any manner.

27.   No electric light tower, lamp post, fence, bridge, building, fountain or other structure or property of any kind shall be defaced, cut, written upon, removed or in any manner injured or destroyed.

28.   No person shall dig, remove or carry away any sward, sand, earth or material of any kind.

29.   No person shall take into or upon any park any intoxicating liquors, either for sale to others or for his own

388

use, or for the use of others; nor shall any person sell, give away or dispose of any intoxicating liquors in or upon any park.

30. No intoxicated person will be allowed to enter or remain within any of the parks.

31. All persons are prohibited from going onto the ice on any of the lakes, ponds or streams in the parks, except such as are designated as skating fields, and thereon only when the safety signal is displayed.

32. It shall be the duty of every person claiming to have a permit from the board or any of its officers, to product and exhibit such permit upon the request of any authorized person who shall desire to inspect the same.

33. All permits issued by the board or its chairman or secretary shall be subject to the park rules and regulations and city ordinances, and the persons to whom such permits shall be issued shall be bound by said rules, regulations and ordinances as fully as though the same were inserted in such permits; and any person or persons to whom such permits shall be issued shall be liable for any loss, damage or injury sustained by any person whatever by reason of the negligence of the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons so suffering damages or injury, and to the

shall be deemed guilty of a misdemeanor, and shall, upon conviction before the judge of the city court of Pueblo, be punished by a fine not exceeding fifty dollars or by imprisonment not exceeding thirty days or by both such fine and imprisonment at the discretion of the court.

49.   These ordinances take effect from and after their passage.

(No. 678.  Passed and approved August 22, 1904.)

Note: For ordinances relating to particular parks and park districts, their creation, improvement, etc., see Addenda.

# Exhibit 42

# A DIGEST

OF THE

# Laws and Ordinances

FOR THE GOVERNMENT OF THE MUNICIPAL
CORPORATION OF THE

## CITY OF HARRISBURG

PENNSYLVANIA

IN FORCE AUGUST 1, A. D. 1906



PUBLISHED BY AUTHORITY OF CITY COUNCILS

---

### PART I.

By LOUIS RICHARDS, ESQUIRE
of the Berks County Bar

### PART II.

By JAMES M. LAMBERTON, ESQUIRE
of the Dauphin County Bar

---

NEWARK, N. J.
SONEY & SAGE
1906

1898
YALE LAW LIBRARY.
APR 15 1908

0224

# DIGEST OF THE ORDINANCES

OF THE

# CITY OF HARRISBURG

AND SPECIAL ACTS OF ASSEMBLY
RELATING THERETO.

COMPILED BY

JAMES M. LAMBERTON, Esquire.

(317)

*of the same,* That permission be and the same is hereby granted to the Keystone Chapter of the Pennsylvania Society of the Daughters of 1812 to place in Lincoln Park a large boulder, appropriately inscribed, to perpetuate the memory of Ferdinand Durang. 1 April, 1902. O, 231.

**Grass plots.**

9. That the Harrisburg park commission be and it is hereby directed to construct, take charge and maintain all grass plots duly authorized, and which may hereafter be authorized to be constructed within the curb lines of city streets, and exercise jurisdiction over said grass plots in the same manner as if they were parts of the public park system of the city. 23 July, 1904. D, 106, §1.

**Property for park purposes may be acquired; Unused ducts in city's conduit may be leased.**

10. That the Harrisburg park commission be, and the same is hereby authorized to procure, by lease, real property for public park purposes, subject to the approval of councils by joint resolution as to the terms and conditions thereof; and also to lease or let the unused ducts in the city's conduit, along Front and Market streets, upon such terms and conditions as may likewise be approved by councils. 19 June, 1906. D, 481, §1.

**Repeal.**

10a. That all ordinances, or parts of ordinances, in conflict herewith be, and the same are hereby repealed. Id., §2.

**Park Rules.**

11. The following sections are published in pursuance of Article VI, Section 8, of the Act of Assembly, approved the 23d day of May, A. D. 1889, entitled "An act providing for the incorporation and government of cities of the third class."

Section 1. The term "parks" used herein shall be construed to include all lands and waters under the control of the Harrisburg park commission, or that may come under its control while these regulations are in force.

The term "commission" shall refer to the Harrisburg park commission.

Section 2. The parks of the City of Harrisburg are for the benefit and pleasure of the whole public, and all persons who use said parks shall be subject to the rules of the park commission.

The roadways in the parks shall not be used by any vehicles except those employed for purposes of pleasure or recreation and by pleasure-seekers on horseback.

The walks and foot-bridges shall be used exclusively by pedestrians, except that baby carriages, invalid chairs and childrens' carts may pass thereon, but loafing or prolonged standing shall not be allowed on the same.

This section shall not apply to vehicles used by order of the commission.

Automobiles may be forbidden to run in all or part of any park

468        PARK COMMISSION AND PARKS.

or parkway at the option of the commission, which shall in that case post legible notices at the entrances of said park or parkway.

The parks shall be closed from twelve o'clock midnight, till sunrise, and all persons found lounging between these hours may be arrested for trespass.

Section 3. No person shall commit any of the following acts within the parks or parkways:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles.
4. Utter loud, profane, offensive or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Beg.
8. Publicly solicit subscriptions.
9. Drive or lead a horse not well broken.
10. Allow any dog or horse to run at large.
11. Throw, deposit or drain any offensive substance of any kind on or into any park, parkway, fountain, spring or other park water-way, or deposit waste paper, fruit, refuse, lunch baskets or other refuse in any place save the receptacles therefor.
12. Sell any intoxicating liquors in any park or along any parkway.
13. Bathe in park waters, without having the body concealed by suitable covering, extending from the knees to the shoulders.

Section 4. No person shall commit any of the following acts within said park or parkways, without the previously obtained consent of the commission:

1. In any manner pull, injure or break any flower, fruit, plant, tree, grass, turf, pump or water fixtures, or other structure.
2. Write, paint or carve on any tree, bench or structure.
3. Climb any tree, or tie any horse to a tree.
4. Carry or discharge any firearms or fireworks or send up any balloon.
5. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the fire or police departments, ambulances or vehicles used by physicians when actually engaged in responding to emergency calls.
6. Permit any animal except horses and led dogs to enter said parks.
7. Obstruct in any way a roadway or path.
8. Carry any flowers or shrubs, firearms, sling-shot, ax, saw, shovel or spade within reservoir park.
9. Keep or offer anything for sale.
10. Post or display any sign, banner or advertisement.
11. Play any music.
12. Deliver any public speech.
13. Hold any public meeting or engage in any marching or driving, as members of a military, political or other organization.
14. Conduct any funeral procession or vehicles containing the body of a deceased person.

15. Solicit or invite passengers for hire for any boat or vehicle.

16. Build any fire.

17. Take any ice from any park waters.

18. Fish in any park waters.

19. Enter any place where the words "No Admittance" or "Keep Off" shall be displayed.

20. Enter or leave except at the established ways of entrance and exit.

21. Place or propel any boat or other craft upon park waters.

22. Land from any boat at a place not designated by said commission for that purpose.

23. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

24. Occupy in any way the slopes of the river park, except as a landing place.

25. Hold any picnic at a place not designated for that purpose.

26. Play baseball, tennis nor any other game or sport at a place not designated for that purpose.

27. Bathe in any place not designated by the commission.

28. Violate the regulations relating to the use of any building or place.

29. Injure any notice posted by order of said commission.

Section 5. Any person violating any of the foregoing rules and regulations shall, upon conviction thereof before the mayor or any alderman of the city, be sentenced to pay a fine of not more than fifty dollars ($50) and the costs of prosecution, and in default of the payment thereof be imprisoned in the jail of Dauphin county for a period not exceeding thirty (30) days. 14 Sept., 1905. D, 421.

# Passenger Railways.

### [See STREETS—SUBWAYS.]

Acceptance of ordinance, &c., 16.
Consent of city, certificate, 11.
Consent of city, how given, 12.
Construction regulated, 13, 14.
Dirt, snow, &c., not to be piled on streets, 1.
Highways to be put in good condition, promptly, 9.
Operations regulated, 15.
Penalty for failing to clear and sweep highways, 6.

Penalty for piling dirt, snow, &c., on streets, 2.
Penalty for violating ordinance as to construction, &c., 13, 14, 15.
Penalty for violating ordinance as to rails, &c., 10.
Repeal, 4, 17.
Solid grooved rail to be used, 7, 8.
Snow, dirt, &c., on streets, 1.
Snow to be removed, 5.
Supervisors to enforce ordinance, 3.

**Railway companies forbidden to place piles of snow, &c., on streets.**

1. That from and after the passage of this ordinance it shall be unlawful for any passenger or other railway company to place, or cause to be placed, any heap or heaps, or piles of ice, snow or dirt or other rubbish, upon any street or avenue in the City of Harrisburg traversed by said railways. 5 Feb., 1887. 4, 133, §1.

**Penalty.**

2. Any officer or employe of any of said railway companies, whose duty it shall be to superintend the tracks of said companies, who, on notice from either of the supervisors, shall refuse or

# Exhibit 43

# ANNUAL REPORT

OF THE

# PARK COMMISSIONERS

OF THE

## CITY OF HAVERHILL

MASSACHUSETTS

For the Year Ending December 31, 1905.



THE WELCH PRESS
HAVERHILL. MASSACHUSETTS
1906

Digitized by Google

Case 3:23-cv-00056-JBA   Document 24   Filed 04/03/23   Page 231 of 271

FEB 6 - 1922

# APPENDIX A.

## RULES AND REGULATIONS GOVERNING THE PUBLIC PARKS WITHIN THE CITY OF HAVERHILL.

### Adopted 1905.

IT IS FORBIDDEN :

1. To drive any carriage, cart or horse, or to pass with any cycle, wheelbarrow or handcart upon any part of any public park except the regular carriage roads : to enter or drive within the parks in any automobile ; to do any teaming over the roadways of any park.

2. To drive, ride or cycle within the limits of the parks at a rate faster than eight miles an hour.

3. To allow animals of any kind to pass over or stay upon the park lands, providing that this shall not apply to dogs when closely led by a leash or chain along the regular roads or paths.

4. To hitch a horse or any other animal to any tree, shrub or fence, or to leave a horse untied or tied within reach of any tree or shrub.

5. To cut, break, deface, defile, ill-use or remove any building, fence or other construction, or any tree, shrub, plant, turf or flower, whether cultivated or wild, or to have possession of any freshly-plucked tree, shrub, flower, or plant, or any plant thereof.

6. To catch, or to endeavor to catch any birds or animals, or to disturb their nests or habitations.

7. To drop or deposit any remnant of food, any paper or waste of any sort upon the walks or grounds of any public park, or in any fountain or waters thereof, or in any manner to defile or polute the same.



12                                   RULES AND REGULATIONS

8.  To engage in any game or athletic sport except upon grounds that may be provided therefor.

9.  To throw stones, balls or other missiles ; to discharge or carry firearms, torpedoes, firecrackers or fireworks ; to sell, offer or expose for sale any goods or wares ; to post or display in any manner within any park or upon the gates, fences or inclosures thereof. any advertisement, posters or written or printed notice of any description ; to play games of chance : to utter profane, indecent or threatening language ; to bathe or fish : to commit any nuisance or to annoy wilfully any visitor within the parks.

10.  To light any fire for any purpose within any public park.

11.  To refuse to obey such orders or requests of either of the park commissioners or of the superintendent or other agents of the commissioners, as shall have for their object the preservation of the parks and their contents or the maintenance of order and decorum within the limits of the park.

**It is also forbidden without the prior consent of the board of park commissioners, granted in writing and signed by the chairman or secretary of said board:**

12.  To open any trench for any purpose within the limits of any public park or to stretch any wire, rope or chain across any part of such park.

13.  To hold any public meeting or gathering for political or other purposes, or to make any oration or harangue, or to discharge any fireworks upon any public park.

**Whoever violates any of the provisions of the foregoing rules and regulations shall be punished therefor by a fine not exceeding $20.00.**

Digitized by Google

# Exhibit 44

# GENERAL LAWS

OF THE

# STATE OF MINNESOTA

PASSED DURING THE

## THIRTY-FOURTH SESSION

OF THE

## STATE LEGISLATURE

COMMENCING JANUARY THIRD, ONE THOUSAND NINE
HUNDRED AND FIVE.

———————

OFFICIAL PUBLICATION BY SECRETARY OF STATE.

MINNEAPOLIS:
HARRISON & SMITH CO.
1905.

620          GENERAL LAWS          [Chap.

in shipping fish, either within or without this state, shall be plainly marked with the name and address of the consignor and consignee, and with the contents of the package.

<span style="float:left">In counties<br>of 150,000<br>and over.</span>

SEC. 51.   Sale of Fish Prohibited, When—No person shall sell, have in possession with intent to sell, or offer for sale any fish caught in any lake situated partly or wholly within a county in this state that has a population of one hundred and fifty thousand, or over.

## MISCELLANEOUS PROVISIONS.

SEC. 52.   Game and Fish Taken in One Day.—No person shall wantonly waste or destroy any of the birds, animals or fish of the kinds mentioned in this chapter.

<span style="float:left">Fifteen<br>birds in<br>one day.</span>

<span style="float:left">Twenty-five<br>fish.<br>Exception.</span>

The catching, taking or killing of more than fifteen birds by any one person in any one day, or the catching, taking or killing of more than twenty-five fish by any one person in any one day, except fish caught, taken or killed in the Mississippi river or international waters with nets or seines, as by this chapter permitted, shall be deemed a wanton waste, and destruction of all such birds or fish caught, taken or killed in excess of such number.

<span style="float:left">Hunting,<br>etc., pro-<br>hibited.</span>

SEC. 53.   State Parks.—No person shall pursue, hunt, take, catch, or kill any wild bird or animal of any kind within the limits of any territory set apart, designated, used or maintained as a state public park, or within one-half mile of the outer limits thereof or have any such bird or animal or any part thereof in his possession or under his control within said park or within one-half mile of said outer limits.

<span style="float:left">As to<br>fire arms.</span>

No person shall have in his possession within any such park or within one-half mile of the outer limits thereof, any gun, revolver, or other firearm unless the same is unloaded, and except after the same has been sealed by the park commissioner or a deputy appointed by him, and except also such gun or other firearm at all times during which it may be lawfully had in such park remains so sealed and unloaded.   Upon application to the park commissioner or any deputy appointed by him, it is hereby made his duty to securely seal any gun or firearm in such a manner that it cannot be loaded or discharged without breaking such seal.   The provisions of this section shall apply to all persons including Indians.

<span style="float:left">To residents.</span>

SEC. 54.   Sale of Game by Commission—The game and fish commission is hereby authorized to sell to resi-

dents of this state at the highest market price obtainable therefor, all furs, fish, game, game animals or game birds now or which may hereafter come into its possession. The proceeds thereof shall be turned into the state treasury and credited to the game and fish commission funds. A record of such sales, including the name of the purchaser and the price paid, shall be kept by the commission. Said commission shall, before selling, tag the same in a manner to be determined by it.

*Proceeds turned into state treasury, record of sales.*

SEC. 55. Game Shall Not be Resold—Fish, game, game animals and game birds, or any part thereof, sold pursuant to the terms of the foregoing section, shall not be resold, offered for sale or held for the purpose of sale, or otherwise disposed of, to any other person by said purchaser. Said game shall not be bought or taken into possession by any person other than said purchaser from the commission.

SEC. 56. Obstructing Commission—Gathering Spawn —No person shall obstruct the commission, its executive agent or any warden appointed by it while engaged in gathering fish spawn, nor shall any person place in any stream or river any logs or other debris at any time when said commission and its employes are gathering spawn, or about to gather spawn or catch fish for that purpose in any such stream or river. Any person violating any of the provisions of this section shall be deemed guilty of a misdemeanor. The commission may institute a civil action in the name of the state to recover from any person or persons obstructing it in the performance of its duties, or who shall place logs or other debris in such stream, for all damages resulting therefrom, and in addition thereto may in such action enjoin such party or parties from doing the acts hereby prohibited.

*Logs or other debris in rivers or streams.*

*Prosecution.*

SEC. 57. Appropriation—The sum of thirty-five thousand dollars ($35,000), or so much thereof as may be necessary, is hereby appropriated annually, commencing August 1st, 1905, for the purpose of carrying on and enforcing the provisions of this chapter, to be paid for such purpose out of any moneys in the state treasury not otherwise appropriated.

*$35,000, annually.*

SEC. 58. Illegal Use of Coupons—Any person who uses any coupon described in this chapter other than those issued and delivered to him personally by the county auditor in the shipping or transporting of any game bird or animal or any part thereof, or uses such coupon for

*Misdemeanor*

622            GENERAL LAWS            [Chap.

any purpose or in any manner other than in this chapter authorized shall be guilty of a misdemeanor.

**Procuring of illegally, penalty.** SEC. 59. Coupons—Conspiracy—Any person who solicits, or directly or indirectly procures the issuance and delivery of any such coupon to any fictitious person or persons other than himself and uses it in any manner, or who obtains possession of any such coupon and delivers it to any person, or who solicits or procures the shipment to himself or any third person, from another, of any game bird or game animal or any part thereof shall be guilty of a conspiracy to violate the game laws and upon conviction thereof shall be fined not less than fifty nor more than one hundred dollars for the first offense and confined in the county jail not less than sixty or over ninety days for the second offense, and confined in the state prison at Stillwater not less than sixty days for each subsequent offense.

**Prohibited.** SEC. 60. Cold Storage—The placing or receiving within or storage of any game bird or game animal, or any part thereof, in any cold storage plant is hereby prohibited and made unlawful.

## PENALTIES.

SEC. 61. Resisting Commissioner or Warden—Whoever shall resist or obstruct the executive agent of said commission, or any member thereof, or any warden or other officers of this state, in the discharge of his duties **Misdemeanors.** under this chapter, shall be guilty of a misdemeanor, and upon conviction thereof be punished by a fine of not less than fifty (50) nor more than one hundred (100) dollars and costs of prosecution, or by imprisonment in the county jail for not less than sixty (60) nor more than ninety (90) days for each and every offense.

SEC. 62. Killing, Selling, Buying or Shipping Moose and Deer—Any person who takes or kills, has in possession, has in possession with intent to sell, sells, offers or exposes for sale, ships by common carrier, conveys or causes to be conveyed, has in possession with intent to so ship, or to convey in any manner, to any point within or without this state, any moose, deer, or any part thereof, including the hides and horns, or any person who buys any such game animal, or any part thereof, in violation of any of the provisions of this chapter, or any common carrier or agent thereof who ships or aids or abets any person in shipping any such game animal or any part

# Exhibit 45

# CHARTER

OF THE

# CITY OF SAGINAW

MICHIGAN. 

WITH AMENDMENTS THERETO,

AND THE

# ACTS OF THE LEGISLATURE

RELATING TO OR AFFECTING
THE
CITY OF SAGINAW.

YALE LAW LIBRARY

PRINTED BY AUTHORITY OF THE COMMON COUNCIL.

SAGINAW.
WM. K. MCINTYRE, PRINTER.
1905.



# TITLE XX.

## Park and Cemetery Commissioners.

**Park and cemetery commissioners.**

**When and how appointed.**

Section 1.   At the first regular meeting of the common council of the city of Saginaw, after this act takes effect, there shall be created and constituted a new board of park and cemetery commissioners in and for said city, composed of five members, who shall be appointed by the mayor of the city of Saginaw and confirmed by the common council of said city, and who shall be electors of said city, no more than three of whom shall reside in any one taxing district or belong to the same political party, and who shall hold their office until the first regular meeting of the common council of said city in January, nineteen hundred six, and until their successors have been appointed and confirmed.

**Term.**

Sec. 2.   At the first regular meting of the common council in January, nineteen hundred six, their successors in office shall likewise be appointed by the mayor of the city of Saginaw and confirmed by the common council of the city of Saginaw, one for the term of one year, one for the term of two years, one for the term of three years, one for the term of four years and one for the term of five years, and annually thereafter the mayor of the city of Saginaw shall appoint one member of the board of park and cemetery commissioners, and the common council shall confirm such appointment, for the term of five years, and said electors shall constitute the board of park and cemetery commissioners of the city of Saginaw.   The members elected under this act shall,

**When to meet and organize.**

within ten days after their election, or such further time as the common council may fix, meet and organize such board of park and cemetery commissioners by the election of one of its members president, who shall hold his office one year.

Sec. 3.   Such board of park and cemetery commissioners shall hold regular meetings once a month

to the corporation with such sureties as the board shall approve. that he will perform the work or furnish the material and supplies in accordance with his contract, and such board shall be the final judges as to who are responsible bidders, and on the failure of such bidder, within a reasonable time, to be fixed by the board. to enter into bond with such surety as before provided, the contract may be made with the next highest responsible bidder, and so on until the contract is effected by the contractor giving bond as aforesaid: Provided, That the board may reject any and all bids, and that no member of the said board shall be in any manner, either directly or indirectly, interested in any contract.

*Board shall enter into contract with lowest responsible bidder.*

*Bidder to furnish sureties.*

*Proviso.*

Sec. 12.  The title of all property now or hereafter acquired for park purposes, park entrances. park driveways and park boulevards, with all improvements and equipments, shall be held free from all taxes and assessments by State, county or municipality.

*Parks, etc., to be free from all taxes.*

Sec. 13.  Such board of park and cemetery commissioners shall annually, on the first Monday in April, make a report to the council of their proceedings in respect to parks, with a detailed statement of their receipts and expenditures during the year; and they shall also at the same time submit to the council a detailed estimate of the amount of money necessary to maintain and improve such park or parks for the ensuing year.

*Annual report.*

Sec. 14.  The common council with the consent of the board of estimates, may cause to be placed upon the general tax roll and raised by tax, the same as other taxes, such sum as they may think proper to be raised for each of the several objects of expenditures estimated as aforesaid for the maintenance and improvements of said parks, public grounds or baths, or for the payment of any other expenses which said commissioners are, by this act, authorized to incur. For the purpose of either establishing bathing beaches, or erecting suitable buildings in connection

*Common council and board of estimates may raise funds for maintenance of parks, etc. by taxation.*

*Public baths.*

*Fixing or marking dock lines.*

therewith, establishing, fixing or marking dock lines, purchasing city property adjacent to the waters of the Saginaw river or its tributaries, or improving the same by filling or otherwise, or any or all combined. the common council shall have the power, with the approval of the board of estimates, to borrow upon the faith and credit of the city, upon the best terms they can make, and for such a time as they

*May borrow sum not exceeding ten thousand dollars.*

may deem expedient, a sum of money not exceeding ten thousand dollars, and shall have the authority to issue bonds pledging the faith and credit of said city for the payment of the prinicipal and interest of said bonds, which bonds shall be denominated "Park improvement bonds of the city of Saginaw," and

*Park improvement bonds.*

shall bear interest at a rate not exceeding four per cent per annum and shall mature in not more than thirty years from date of issue. The common coun-

*Council to provide for advertising and sale of bonds.*

cil shall have full authority to provide, by resolution, for the advertising and sale of said bonds, and the mannare thereof shall conform as near as practicable to the regulations prescribed by law for the

*Money to be paid into the city treasury and credited to park fund.*

issuance of sewer bonds. The moneys so raised, as well as any other moneys received from any source, shall be paid into the city treasury and credited to a fund to be styled the "Park fund," and shall be expended and paid out only for the purposes approved by the common council and the board of estimates.

*All bills to be audited by commissioners.*

Sec. 15.   All bills. accounts and claims of every character against the said department, shall, after having been duly audited by said commissioners and certified by them and the clerk, be transmitted to the city controller, who shall submit the same to the common council with his approval or disapproval.

*Allowed by council.*

When said bills, accounts and claims shall have been allowed by the common council the controller shall draw his warrant or warrants on the city treasurer

*Proviso.*

in payment therefor: Provided, however, That no bill, account or claim against said department shall be audited by the commissioners, unless it shall be accompanied by an affidavit of the person rendering it that he verily believes the services or property

therein charged have been actually performed or delivered to the city, and that the sums charged therefor are reasonable and just, and that to the best of his knowledge and belief no offset exists or payment has been made on account thereof, except such as are included or referred to in such bill, account or claim. All pay rolls shall be certified by said commissioners and clerk, and shall be delivered to the city controller, who shall draw his warrant for the payment thereof, and deliver the same to the city treasurer, together with said pay roll, and said city treasurer shall pay the amounts mentioned in said pay roll, to the persons entitled thereto. No debt or liability of any kind shall be created by said commissioners during any one fiscal year in excess of the moneys then in said fund, or which may have been authorized to be raised by the common council for said year. The commissioners may receive donations or bequests of money or property, which shall be used for the maintenance and improvement of the grounds under their charge as contemplated by such donations and bequests, which said money shall be paid into the city treasury by them, and warrants drawn against the same, as in case of other expenses of such department, for the purposes for which said donation or bequest shall have been made. *Pay rolls.* *No debt to be created in excess of money then in fund.* *Commissioners may receive donations, etc.* *To be paid into city treasury and warrants drawn as in case of other expenses.*

Sec. 16. It shall be unlawful for any person to cut, injure or deface any tree, building, fence or other erection in any of the said parks, park drives, park entrances or park boulevards, or to turn domestic animals or poultry of any description upon the same or permit them to wander thereon; to carry firearms within or to frighten, hurt or kill animals or birds belonging to the same, to hinder or to interfere with men employed upon the same. Such board of park and cemetery commissioners and their officers and employes shall have power to make arrests for misdemeanors committed within the precincts of any park, park entrance, park driveway or park boulevard under their management and control, whether within or without the limits of the city, or for the *It shall be unlawful for any person to injure any tree, building, etc.* *Commissioners and their officers shall have power to make arrests.*

Case 3:23-cv-00056-JBA   Document 24   Filed 04/03/23   Page 244 of 271

May seize
and im-
pound cat-
tle, etc.,
found at
large in
parks.

violation of any ordinances of said city. Such board of park and cemetery commissioners shall have power to seize and impound any cattle, horses, mules, donkeys, goats, swine, sheep or other animals, or any poultry of any description found running at large upon parks, park entrances, park driveways or park boulevards.

Rate of
speed for
vehicles.

Sec. 17.   No person shall ride or drive in parks or boulevards at a rate of speed exceeding eight miles per hour, excepting that horses may be speeded on such parts of said boulevard or parks as may be set apart by said commissioners for that purpose, and then only under such regulations as the commissioners may prescribe.

Riding on
footpath.

Sec. 18.   No person shall ride, drive or draw any velocipede. bicycle, tricycle, wheelbarrow, hand cart, or any other vehicle or any horse or other animal on the foot-walks or sidewalks, grass plots or planted places of parks or boulevards or upon any other part or portion thereof excepting upon the carriage drives; and no person shall permit any vehicle or animal to stand upon such roadways or carriage drives to the obstruction of the way or inconvenience of travel, and no person shall solicit passengers for hire on either carts or boulevards, excepting by direction or permission of said commissioners.

Tying to
trees.

Sec. 19.   No person shall tie any animal to any tree or shrub, electric light tower, lamp post, fire hydrant or dock or building in said parks or boulevards. nor pluck, break, trample upon or interfere with any grass, flower, plant or shrub in any of such parks or boulevards, or climb, peel, cut, deface, remove injure or destroy any tree or shrub in any public park or boulevard or pasture any animal on the grass in any of said parks or boulevards, and no person shall stand, walk or lie upon any part of any public park or boulevard laid out or appropriated for shrubbery or for grass when there shall have been placed thereon a sign having the words ''keep off the grass'' or other similar words thereon.

0244

Sec. 20.  No person shall cut, break, or in any $^{Injury\ to}_{lamp\ post.}$ way injure any electric light tower, lamp post, fence, $^{etc.}$ bridge, dock, building, fountain or other structure or property in or upon any of said parks or boulevards, and no person shall post or fix any notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, buliding or other place under the charge or control of said commissioners.

Sec. 21.  No person shall engage in any sport or $^{Frighten}_{ing\ horses,}$ exercise upon boulevards or parks as shall be liable $^{etc.}$ to frighten horses, injure travelers or embarrass the passage of vehicles thereon.

Sec. 22.  No person shall fire or discharge any $^{Noise.}$ gun or pistol, or carry firearms, or throw stones or other missiles within park boulevards, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things contain- $^{Fire\ arms}$ ing any substance of any explosive character on said $^{and\ explo}_{sives.}$ park or boulevard without the consent of said commissioners, and then only under such regulations as they shall prescribe.

Sec. 23.  No person shall gamble, nor make any $^{Gambling.}$ indecent exposure of himself or herself nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of parks or boulevards; and no person shall sell or dispose of any intoxicating liquors in $^{Sale\ of}$ or upon any public park without the consent of the $^{liquors.}$ said commissioners.

Sec. 24.  Any violation of the provisions of this $^{Punish}_{ment.}$ act shall be punished in the police or justice's court, by a fine not to exceed one hundred dollars and costs, and in the imposition of any fine and costs, the court may make a further sentence that the offender may be imprisoned in the Saginaw county jail until the payment of such fine, for any period of time not exceeding ninety days.

0245

Case 3:23-cv-00056-JBA    Document 24    Filed 04/03/23    Page 246 of 271

**Police to maintain order.**

Sec. 25.   The police commissioners of the city of Saginaw, upon the request of said park and cemetery commissioners, shall detail for service in any of the grounds or property under the charge of said park and cemetery commissioners, so many of the police force as may be necessary to maintain order and protect the property thereon, and any policeman on duty on said grounds may remove therefrom any person who may violate any of the rules and regulations of said commissioners, or of any of the ordinances of said city, adopted as aforesaid, relating to said parks, public grounds or boulevards.

**Filth, etc., not to be deposted on boulevard or parks.**

**Fishing.**

**Bathing.**

Sec. 26.   No person shall place or deposit any dead carcass, ordure, filth or garbage of any kind on any public parks; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon; and no person shall wade into or throw any wood, sand, stone, or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except in Saginaw river, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the police commissioners or board of park and cemetery commissioners.

**Playing games.**

Sec. 27.   No person shall play at any game whatever in any of the said parks under the charge of said commissioners:  Provided, however, That ball, golf, croquet, cricket, lawn tennis and other like games or recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners, and under such rules and regulations as may be prescribed by them.

**Hawking and peddling.**

**Music.**

**Marching and drilling.**

Sec. 28.   No person shall expose any article or thing for sale, or do any hawking or peddling, in or upon said parks, without the consent of said commissioners, nor play upon any musical instrument or carry or display any flag, banner, target or transparency; nor shall any military or target company, or band or procession arrayed, march, drill or perform any evolutions, movements or ceremony

# Exhibit 46

Chicago School of Civics
and Philanthropy.

AMENDMENTS TO

# "The Revised Municipal Code of Chicago of 1905"

(PASSED MARCH 20, 1905)

AND

# New General Ordinances

Passed by the City Council of the City of Chicago
Between March 20, 1905, and
December 31, 1906

Compiled and Arranged by
EDWARD J. PADDEN
Chief Clerk

PRINTED BY ORDER OF THE CITY COUNCIL

ADRIAN C. ANSON
City Clerk
Chicago, Illinois

DECEMBER, 1906


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

SECTIONS 1554 *to* 1569 *inclusive.* (*As amended April 7*, 1906, *pages* 3454 *to* 3456, *Council Proceedings.*)

## ARTICLE I. (CHAPTER XLV.)

### PARKS, PUBLIC PLAY GROUNDS AND BATHING BEACHES.

**1554. Bureau Established**].—There is hereby established a bureau of the Municipal Government to be known as the Bureau of Parks, Public Play Grounds and Bathing Beaches, which shall embrace the Superintendent of City Parks, Superintendent of Public Play Grounds and Bathing Beaches, the Secretary, and such other employees as the City Council may by ordinance provide. Such Bureau shall be under the sole supervision and control of the Special Park Commission as constituted by a resolution of the City Council passed November 6, 1899, and amended November 27, 1899.

**1555. Superintendent of City Parks—Duties**].—There is hereby created the office of Superintendent of City Parks. He shall be under the immediate jurisdiction and control of the Special Park Commission, and shall have the management and control of all City Parks, Public Squares, and other open spaces at street intersections, subject to the supervision of said Commission, and he shall also perform such other duties as the said Commission shall direct. He shall have full power, direction and control over all such employees as may be provided for by the City Council in connection with the improvement, maintenance and management of such Parks, Squares and other open spaces.

**1556. Superintendent of Public Play Grounds and Bathing Beaches—Duties**].—There is also hereby created the office of Superintendent of Public Play Grounds and Bathing Beaches. He shall be under the immediate jurisdiction and control of the Special Park Commission and shall have the management and control of all Public Play Grounds and Bathing Beaches, and of all matters pertaining to the administration, improvement, conduct and regulation thereof, subject to the supervision of said Commission; and shall also perform such other duties as the said Commission shall direct. He shall have full power, direction and control over all such employees as may be provided for by the City Council in connection with the improvement, maintenance and management of such Public Play Grounds and Bathing Beaches.

**1557. Secretary—Duties**].—There is also hereby created the office of Secretary of the Bureau of Parks, Public Play Grounds and

Digitized by 

Bathing Beaches.  Said Secretary shall perform all clerical duties required in and about said Bureau, and shall keep a full and comprehensive record in all matters pertaining to said Bureau.  He shall also perform such other duties as he may be required to perform by the Special Park Commission.

**1558.  Jurisdiction and Superintendence].**—The Special Park Commission shall have jurisdiction over all Public Play Grounds and Bathing Beaches which are under the direct control of the city, and also over all City Parks, Public Squares, and other open spaces at street intersections, including the following: Ellis Park, Douglas Monument Park, Aldine Square, Lakewood Park, Green Bay Park, Oak Park, Washington Square Park, Kedzie Park, Bickerdyke Square, Congress Park, Irving Park, Jefferson Park, Gross Park, De Kalb Square, Norwood Park, Dauphin Park, Eldred Park, Austin Park, Merrick Park, Holden Park, Schoenhofen Park, Normal Park, Barnard Park, Fernwood Park, Seventy-second Street Park, Rosalie Park, Crescent Park, Kosciuski Park, Powell Park, Adams Park, Triangle at Lincoln avenue, North Clark and Wells streets; Triangle at North Clark, Belden avenue and Sedgwick streets; Triangle at Clark, La Salle and Eugenie streets.

It shall also be the duty of said Special Park Commission to superintend all of said parks, public play grounds and bathing beaches, and wherever the same are enclosed to keep the fences thereof in repair; also to keep all walks in order and trees properly trimmed, and to improve the same from time to time as shall be determined upon by the said Commission, subject to the approval of the City Council.

**1559.  Police Powers of Officers of Bureau].**—The Superintendent of City Parks, the Superintendent of Public Play Grounds and Bathing Beaches, the Secretary of said Bureau, and any other employee of said Bureau in charge of any Park, Public Play Ground or Bathing Beach, shall have full police powers, and for that purpose shall be sworn in as special policemen by the Superintendent of Police, and furnished with suitable badges of authority, and shall have also full power to eject from the Public Play Ground any person who acts in a disorderly manner, or in a manner calculated to injure the property of the City within such Public Play Ground, or in a manner calculated to interfere with the full enjoyment of same by the public.

### ARTICLE II.

#### GENERAL REGULATIONS.

**1560.  Entrance and Egress].**—Wherever any Park, Public Play

Generated on 2023-02-10 01:34 GMT  /  https://hdl.handle.net/2827/mdp.39015006908098
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Ground or Bathing Beach of the City is enclosed, no person shall enter or leave the same except by the gateways.  No person shall climb or walk upon the walls or fences thereof.  Any of the entrances to such Parks, Public Play Grounds or Bathing Beaches of the city may be closed at any time by the direction of the officer or employee in charge of same.

**1561.  Animals Prohibited**].—No person shall turn or lead any cattle, horses, goat, swine or other animals into any of such Parks, Public Play Grounds or Bathing Beaches.

**1562.  Firearms—Missiles**].—All persons are forbidden to carry firearms or to throw stones or other missiles within any of the Parks, Public Play Grounds or Bathing Beaches of the City, and all persons are forbidden to cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property contained therein.

**1563.  Peddling and Hawking Prohibited**].—No person shall expose any article or thing for sale within any such Parks, Public Play Grounds or Bathing Beaches, nor shall any hawking or peddling be allowed therein.

**1564.  Indecent Words—Fortune Telling**].—No threatening, abusive, insulting or indecent language shall be allowed in any part of such Parks, Public Play Grounds or Bathing Beaches; nor shall any conduct be permitted whereby a breach of the peace may be occasioned; nor shall any person tell fortunes or play any game of chance at or with any table or instrument of gaming, nor shall any person commit any obscene or indecent act therein.

**1565.  Bill Posting Prohibited**].—No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such Park, Public Play Ground or Bathing Beach belonging to the city, nor upon any of the gates or inclosures thereof.

**1566.  Prohibited Uses**].—No person shall play upon any musical instrument, nor shall any person take into, or carry or display in any Park, Public Play Ground or Bathing Beach, any flag, banner, target or transparency, nor shall any military company parade, drill, or perform therein, any military or other evolutions or movements, without a special permit from the Special Park Commission.

**1567.  Bonfires**].—No person shall light, make or use any bonfire in any such Park, Public Play Ground or Bathing Beach.

**1568.  Grass**].—No person shall go upon the grass, lawn or turf

Generated on 2023-02-16 01:33 GMT  /  https://hdl.handle.net/2027/mdp.39015086990098
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google



Original from
UNIVERSITY OF MICHIGAN

of any of the City Parks, except when and where the word "common" is posted, indicating that persons are at liberty at that time and place to go on the grass.

**1569.  Penalty**].—Any person who shall violate any of the provisions in this article shall be fined not less than five dollars nor more than one hundred dollars for each offense.

------

Section 1592.  (*As amended May 21, 1906, page 415, Council Proceedings.*)

**1592.  Peddlers from Wagons—General Peddlers—Fish Peddlers —Oil Peddlers—Wood Peddlers—License Fee**].—The fee to be charged for a license to peddle from a wagon or other vehicle drawn or propelled by animal power other than that supplied by a human being or drawn or propelled by mechanical power shall be fifty dollars per annum. Such license shall entitle the licensee to use one such wagon or similar vehicle in and about his business. For each additional wagon or other similar vehicle used by him in and about his business he shall pay an annual license fee of fifty dollars. Provided, however, that persons desiring a license to peddle fish, solely, from a wagon or other similar vehicle on Thursdays and Fridays of each week only, may be licensed for such purpose and shall be required to pay for such license the sum of fifteen dollars per annum for each and every wagon used by such licensee for that purpose.

Provided, also, that the licenses issued to persons who pay $15.00 per annum only therefor, shall be plainly stamped or marked so as to indicate that the licensee is authorized to peddle fish on Thursdays and Fridays of each week only, and that all tags issued to such licensees who pay such sum of $15.00 per annum shall be of a different design from tags issued to peddlers who pay $50.00 per annum as license fees.

------

Sections 1594 *and* 1595.  (*See "Peddling, Free Permits for, Etc.,"* page 129 *post.*)

------

Sections 1616, 1620, 1621, 1631, 1633, 1635, 1639, 1644, 1646, 1647, 1653, 1656, 1658, 1664, 1667, 1680 and 1705.  (*As amended June* 18, 1906, *pages* 912 *to* 914, *Council Proceedings.*)

**1616.  Stop Cocks**].—Every service pipe shall be provided with

Generated on 2023-02-10 01:33 GMT  /  https://hdl.handle.net/2027/mdp.39015066990090
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# Exhibit 47

# The  Municipal  Code

OF

## The  City  and  County  of  Denver

Approved April 12, 1906

---

CONTAINING ALSO

## Article XX of the Constitution of Colorado
## The Charter Adopted March 29, 1904
## Liquor Ordinances of Annexed
## Towns and Cities

---

COMPILED BY

### CHARLES W. VARNUM
### AND J. FRANK ADAMS
OF THE DENVER BAR

---

Published by Authority of the Council of the City
and County of Denver

---

DENVER, COLORADO
THE SMITH-BROOKS COMPANY
1906

# CHAPTER XXXIV.

## Parks, Boulevards and Bicycle Paths.

**Section 1364.  Hours and Months Open.**  The parks shall be open daily to the public from five o'clock in the morning until 11 o'clock at night during June, July, August and September, and from 7 o'clock in the morning until 10 o'clock at night during the balance of the year, and no person not an employe of the parks shall enter or remain in them at any other time.

**Sec. 1365.  When Closed.**  In case of emergency or wet weather, or where, in the judgment of the superintendent, the public interest demands it, the driveways or other portions of any parks may be closed to the public.

**Sec. 1366.  Funerals.**  No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks without previous written consent of the park commissioners.

**Sec. 1367.  Prohibited Acts.**  All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises (except that dogs may be led or carried, but not allowed loose) ; to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other structure or property within or upon park premises; to bring upon park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses or bicycles, or to ride or drive faster than six miles per hour on any of the park drives or boulevards (except the speedways) ; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitching places especially provided for such purposes; to obstruct the drives or paths; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the park commissioners; to drive or take any job or freight wagon in or upon any of the parks except those in park employ, private wagons conveying families, or upon special written permission from the park commissioners; to trail vehicles; to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of

0255

MUNICIPAL CODE.

drunkenness or indecency in or upon any of the parks; to lie or sleep on the benches or to lie in indecent positions; to tell fortunes or to play games of chance; to offer any article or thing for sale except by written permission of the park commissioners; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice, or bills or other paper upon any structure or thing in or about the park premises; to bathe or fish in, or to go or ride upon, or to send any animal into or to throw or place any article or thing in any of the waters of the parks, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park, or to parade, drill or perform therein any military or other evolutions or movements as a military or target company, civic or otherwise, without the written consent of the park commissioners; to light, make or use any fire therein unless an employe of the parks duly authorized; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown. No shrubs, plants or flowers shall be taken or given away from any of the parks without written permission from the park commissioners, except for the decoration of soldiers' graves, to be cut under the direction of the superintendent of the parks, for use May 30 of each year.

Sec. 1368.  **Pavements, Sidewalks, Roadways, Grass Plats, Etc.** No person shall dig, injure or tear up any pavement, sidewalk, cross-walk, grass plat or roadway, or any part thereof, or of any boulevard or pleasureway, without first having obtained the written permission of the park commissioners.

Sec. 1369.  **Water Pipes and Sewers.** No person shall dig down to, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any pleasureway or boulevard without first having obtained the written permission of the park commissioners.

Sec. 1370.  **Moving Buildings.** No person shall move any building along, across or upon any park, pleasureway or boulevard without first having obtained the written permission of the park commissioners.

Sec. 1371.  **Meetings.** No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without the written permission of the park commissioners.

Sec. 1372.  **Political Meetings.** No gathering or meeting for political purposes in the parks shall be permitted under any circumstances.

**Sec. 1373. Intoxicating Liquors.** No intoxicating liquor shall be alowed to be sold or given away within said parks.

**Sec. 1374. Straw, Dirt, Ashes, Rubbish, Etc.** No person shall place any waste paper, straw, dirt, chips, shells, ashes, swill or other rubbish, though not offensive to health, in or upon any park or pleasureway or any part thereof.

**Sec. 1375. Unmanageable Horses.** No unbroken or unmanageable horses will be permitted in the parks nor will the training of horses therein, or other animals, be allowed.

**Sec. 1376. Tents, Booths, Etc.** No person shall be permitted to build or place any tent, building, booth, stand or other structure in any of said parks without first obtaining the written permission of the park commissioners.

**Sec. 1377. No Bicycles on Speedway.** No bicycle or tricycle shall be permitted upon any speedway in any park.

**Sec. 1378. Bicycle Privileges and Requirements.** Bicycles or tricycles shall possess all the rights and privileges now accorded to carriages drawn by horses (except upon the speedways), and shall strictly comply with all the rules of the road, and in addition thereto will be subject to the following rules and regulations:

a.   Machines must not be stacked within twenty feet of the driveways, although wheelmen may rest them at proper times and places.

b.   Not more than two machines may be ridden abreast.

c.   Riding crosswise and curving to and fro are strictly prohibited.

d.   Children riding small machines and invalid wheel chairs may use the footwalks.

e.   Coasting is prohibited except on safety machines provided with brakes.

The feet must not be elevated above three-quarters of the radius of the front wheel above the axle thereof, and the riders must not take hands off the handles.

Wheelmen must follow the ordinary rules of the road. In meeting an opposing vehicle they must pass on the right-hand side. In passing a vehicle moving in the same direction, they must pass on the left-hand side. The rule restricting speed to six miles an hour must be observed.

In any place where a bicyclist meets or overtakes any horse which may become restive, such bicyclist will take every precaution, by dismounting or otherwise, to avoid danger.

**Sec. 1379. Automobiles—Rules for.** The following orders of the park commission are hereby declared to be in full force and

17

effect, and it shall be unlawful for any person or persons to violate said orders, or any of them, viz.:

1.   No person shall ride or drive any automobile, motorcycle, locomobile, steam or gasoline wagon or any other vehicle or conveyance, for the carriage of passengers or commodities, other than conveyances drawn by horses or other animals, within the limits of City park, or in any of the other public parks, at a rate of speed greater than eight (8) miles an hour.

2.   After seven o'clock p. m., between the 1st day of May and the 1st day of November, and after six o'clock p. m., between the 1st day of November and the 1st day of May, in each year, no person shall ride or drive any automobile, motor-cycle, locomobile, steam or gasoline wagon, or other vehicle or conveyance for the carriage of passengers or commodities other than vehicles drawn by horses or other animals, within the limits of City park, without displaying on each side of such automobile, locomobile, steam or gasoline wagon, or upon the front of such motor-cycle, and in a conspicuous place, a lighted lamp.

**Sec. 1380.  Rules of Speedway.**  Rule I.  This speedway is intended for the pleasure of speeding horses in light road wagons or buggies.

Rule II.   All drivers must turn to the right on entering the gates and follow the same direction while on the speedway.

Rule III.   No two-wheeled vehicles will be permitted on the speedway from 12 m. to 10 p. m.

Rule IV.   All carriages, hacks, phaetons and two or more seated vehicles are also excluded from driving on the speedway.

Rule V.   Women drivers are not accorded the privileges of the speedway.

Rule VI.   Bicycles are strictly prohibited.

Rule VII.   When jogging or resting horses, drivers must keep to the outer edge of the speedway.

Rule VIII.   Reckless driving or any abuse of horses will not be allowed.

Rule IX.   No unbroken or unmanageable horses will be permitted on the speedway.

**Sec. 1381.  Duties of Park Police.**  It shall be the duty of the park police, appointed to duty in the parks, without warrant, forthwith to arrest any offender against the preceding rules and regulations whom they may detect in the commission of such offense, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

**Sec. 1382.  Written Reports.**  It shall be the duty of the park police appointed to duty in parks, at the termination of

# Exhibit 48

# PENAL ORDINANCES

## OF THE

## CITY OF LOS ANGELES

Containing all Penal Ordinances in force on June 14, 1921,
ending with Ordinance   No. 42,021 (New Series)

Compiled by
### JESS E. STEPHENS,
City Attorney

and

### E. H. DELOREY
Deputy City Attorney

Indexed by
### PARKER & STONE CO., Law Publishers



Published under direction of the City Council
by
PARKER & STONE CO., Law Publishers
232 New High Street

0260

## BRICKYARDS DISTRICT.
### ORDINANCE No. 13,077 (New Series).
Approved July 14 ,1906.

An Ordinance regulating the location of brick yards in the City of Los Angeles.

Section 1.  It shall be unlawful for any person, firm or corporation to establish, conduct or maintain, or to assist in establishing, conducting or maintaining, any brick yard or any establishment, factory or place for the manufacture of brick within that certain district in the City of Los Angeles bounded and described as follows, to-wit:

Beginning at the intersection of the center line of Alameda Street with the center line of Alpine Street; thence northwesterly along said center line of Alpine Street to the center line of Buena Vista Street; thence northeasterly along said center line of Buena Vista Street to the center line of Bernardo Street; thence northwesterly along said center line of Bernardo Street to the center line of Adobe Street; thence southwesterly along said center line of Adobe Street 800 feet to a point; thence northwesterly in a direct line to the intersection of the center line of Innes Avenue with the center line of Sunset Boulevard; thence northwesterly along said center line of Sunset Boulevard to the center line of Alvarado Street; thence northeasterly along said center line of Alvarado Street to the center line of Effie Street; thence northwesterly along said center line of Effie Street to the northerly boundary line of the City of Los Angeles; thence westerly along said boundary line to the westerly boundary line of said City of Los Angeles; thence southerly along the old west patent boundary line of the City of Los Angeles to the center line of Seventh Street; thence southeasterly along said center line of Seventh Street to the center line of Alameda Street; thence northerly along said center line of Alameda Street to the point of beginning.

Provided, however, that this Ordinance shall not apply to any person, firm or corporation conducting or maintaining any brick yard, or any establishment, factory or place for the manufacture of brick within the hereinbefore described district, on the 22d day of January, 1906, who shall, within ten days after the taking effect of this Ordinance execute and deliver a good and sufficient bond to the City of Los Angeles in the sum of $1000.00, with two or more sureties, to be approved by the said City Council, conditioned for the removal of such brick yard, establishment or factory from said district within two years from the 22d day of January, 1906.

Sec. 2.  Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor and shall be punished by a fine of not more than $200, or by imprisonment in the City Jail for a period of not more than fifty days, or by both such fine or imprisonment, and every day during which any violation of this Ordinance continues shall be deemed a separate offense and shall be punished as in this section provided.

---

## REGULATIONS FOR PUBLIC PARKS.
### ORDINANCE No. 13,182 (New Series).
Approved August 13, 1906.

An Ordinance prescribing the rules and regulations for the government of the public parks of the City of Los Angeles and regulating the use of public streets in and about such public parks, and prescribing the penalty for violation of the same.

Section 1.  That the rules and regulations hereinafter prescribed shall govern the public parks of the City of Los Angeles.

Sec. 2.  That within the limits of any of said parks, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1.  To lead, or let loose any cattle, horse, mule, gote, sheep, swine,

dog or fowl of any kind, provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2.  To carry or discharge any fire arms, firecrackers, rockets, torpedoes, or any other fireworks, or air gun or slungshot.

3.  To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant or flower; or to mark or write upon any building monument, fence, bench, or other structure.

4.  To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5.  To distribute any hand-bills or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6.  To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream.

7.  To make or kindle a fire for any purpose.

8.  To camp or lodge therein.

9.  To ride or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose.

10.  To indulge in riotous, boisterous, threatening, or indecent conduct, or abusive, threatening, profane or indecent language.

11.  To sell, or offer for sale, any merchandise, article or thing, whatsoever, without the written consent of the Board of Park Commissioners.

12.  To hitch, or fasten any horse, or other animal, except at a place especially designated and provided for such purpose.

13.  To ride or drive at a rate of speed exceeding fifteen miles per hour, except upon the road or roads specially provided and set apart by the Board of Park Commissioners for faster driving.

14.  To ride or drive any horse or animal not well broken and under perfect control of the driver.

15.  To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming.

16.  To practice, carry on, conduct, or solicit for any trade, occupation, business, or profession, without the permission of the Board of Park Commissioners.

17.  To row, or sail on any pond, lake or waters in any boat, excepting one provided for that purpose by the Board of Park Commissioners, or holder of boating privileges, without first obtaining the permission of the Board of Park Commissioners.

18.  To drive, or have any dray, truck, wagon, cart, or other traffic vehicle (carrying goods or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand or soil or any article of trade or commerce or any offensive article or material whatsoever) upon any road or drive, except such as may be especially provided or designated for such use.

18-a.  It shall be unlawful for any person to drive any truck, dray, wagon, cart or other traffic vehicle of more than one ton capacity carrying or regularly used or employed in carrying goods, wares, merchandise, lumber, machinery, oil, manure, dirt, sand, soil or any article of trade or commerce along or upon any road or drive in Griffith or Elysian Parks without first securing a permit so to do from the Board of Park Commissioners.  (Section added by Ord. No. 39,604 (N. S.), approved December 8, 1919.)

19.  To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

20.  To remain, stay or loiter, in any public park between the hours of 10:30 o'clock p. m. and 5 o'clock a. m. of the following day.

CITY OF LOS ANGELES                    43

[As amended by Ordinance No. 31,868 (New Series), approved February 25, 1915.]

Sec. 3.  No company, society, or organization of more than twenty-five persons shall hold or conduct any picnic, celebration, parade, service, or exercise in any public park, without first obtaining permission from the Board of Park Commissioners, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

Sec. 4.  It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length.

Sec. 5.  It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Sec. 6.  It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time and place in which such person may fish.

Sec. 7.  It shall be unlawful for any persons to assemble, collect or gather together in any walk, driveway, passage way or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

Sec. 8.  It shall be unlawful for any person or persons to sell, expose for sale or offer to sell, in or along any public street, lane or thoroughfare, adjoining or approaching any public park, in the City of Los Angeles, within 200 feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

Sec. 9.  It shall be unlawful for any person or persons to stand, keep or expose for hire, any wagon, carriage or other vehicle, in or along any public street, lane or thoroughfare, adjoining or approaching any public park in said city, within 200 feet of any entrance to such park.

Sec. 10.  It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

Sec. 11.  It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park within the City of Los Angeles, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

Sec. 11-b.  It shall be unlawful for any parent or guardian, or any person having the custody of any child under the age of eight years, to cause, permit or allow such such child to enter or visit any public park having a lake within the boundaries of such park, in the City of Los Angeles, unless such child be accompanied by a person of not less than sixteen years of age.

[New section added by Ordinance No. 31,363 (New Series), approved December 4, 1914.]

Sec. 12.—All foremen and employes in public parks are hereby given the power and authority of special policemen for the purpose of making arrests for any violation of the provisions of this Ordinance.

Sec. 13.  Any person who shall violate any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor; and upon conviction thereof shall be punishable by a fine of not less than five dollars, nor more than two hundred dollars, or by imprisonment in the City Jail

for not less than five days nor more than six months, or by both such fine and imprisonment.

Sec. 14.   That all Ordinances and parts of Ordinances in conflict herewith are hereby repealed.

## TAKING WATER FROM WATER MAINS.
### Ordinance No. 13,281 (New Series).
#### Approved Aug. 29, 1906.

An Ordinance of the City of Los Angeles, making it unlawful to take water from, or in any way to break, tap or injure any water main, pipe, conduit, hydrant, reservoir, or ditch, of said City, without permission to do so from the Board of Water Commissioners, thereof.

Section 1.   It shall be unlawful for any person to draw or take or cause to be drawn or taken, any water from any water main, pipe, conduit, hydrant, reservoir or ditch of said City of Los Angeles, without permission to do so from the Board of Water Commissioners of said City.

Sec. 2.   It shall be unlawful for any person to break, tap or in any way injure, any water main, pipe, conduit, hydrant, reservoir or ditch of the City of Los Angeles, without permission to do so from the Board of Water Commissioners of the said City of Los Angeles.

Sec. 3.   Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not more than $100.00 or by imprisonment in the City Jail for a period of not exceeding 50 days, or both such fine and imprisonment.

## EMPLOYMENT AGENCIES.
### Ordinance No. 13,348 (New Series).
#### Approved September 18, 1906.

An Ordinance regulating Employment or Intelligence agencies or offices in the City of Los Angeles.

Section 1.   That no license to conduct, manage or carry on any employment or intelligence agency or office, or any office, agency or place where employment is procured or provided for, or furnished to or for any person, shall be issued to any person, except upon a permit in writing previously granted by the Board of Police Commissioners of the City of Los Angeles and filed with the City Clerk, authorizing the issue of such license to such person, firm or corporation, and specifying the location of such employment agency.   That no such permit shall be granted except upon the written application of the person, firm or corporation, desiring the same, which application shall be filed with said Board, signed by the applicant, and shall specify the place where such employment or intelligence agency or office is to be located or carried on.

Sec. 1½.   Before filing said application the applicant shall deposit with the City Tax and License Collector a sum sufficient to cover the license for the quarter immediately succeeding the issuance of said license. Said City Tax and License Collector shall issue a receipt for the amount so deposited, and said applicant shall exhibit said receipt to the Secretary of the Board of Police Commissioners, who shall thereupon file said application if the same is in due form; no application shall be filed except upon the production of said receipt.   If said application be granted, said deposit shall be retained by said City Tax and License Collector in payment for the license for the quarter next succeeding the issuance of said license.   If said application be denied, said City Tax and License Collector, upon notification in writing from the secretary of said Board to the effect that said application has been denied, and upon the surrender of said receipt, shall return said deposit to said applicant.—[New sec. added by Ord. No. 15,291 (N. S.), approved August 27, 1907.]

Sec. 2.   That the Board of Police Commissioners is hereby empowered to revoke the permit of any person, firm or corporation when-

# Exhibit 49

# ORDINANCES, etc.

## OF THE

# CITY OF OLEAN, N.Y.

### AS AMENDED TO
### SEPTEMBER 1922



ARRANGED AND INDEXED UNDER AUTHORITY OF THE
COMMON COUNCIL
BY
RICHMOND C. HILL
CITY HISTORIAN
OLEAN N. Y.

OCTOBER 1922

## OLEAN CITY ORDINANCE

Section 19.   Any person violating any of the provisions of the Ordinance shall be guilty of a misdemeanor and subject to the respective fines imposed by the respective violations as hereinbefore provided and in default of payment of such fine shall be liable to imprisonment of one day for each dollar of such fine.

SECTION TWO.   This Ordinance shall be published once in the Olean Evening Times and once in the Olean Evening Herald and shall take effect immediately.

## AMENDMENT

The foregoing was amended by vote of the Common Council at its regular meeting on Tuesday evening, August 22, 1922, by adding the following provision:

### Amendment.

"That the restrictions prohibiting hucksters or other dealers from selling goods on the North Street Public Market in competition with producers, be removed and the market made an open one."

## PARKS

Passed November 6, 1907.

The Board of Park Commissioners of the City of Olean hereby make, publish and enact the following ordinances: These ordinances apply to and comprehend,

24

# OLEAN CITY ORDINANCE

1.   City Hall Park lying between North and South Streets and Union and Barry Streets.

2.   Oak Hill Park lying between Fourth, Sixth and Washington Streets and the south bounds of said Park.

3.   Adams Park lying in the triangle formed by the junction of Sullivan, Buffalo and Eighth Streets.

4.   Ansel Park consisting of the triangle formed by the junction of Fulton Street, Pennsylvania Railroad and the south line of lands of William Cobb.

The words "Parks and public grounds" wherever mentioned in these ordinances, shall be understood to include all the adjacent land to the curb line of adjoining streets as fixed by the Common Council of the City of Olean.

Section 1.   No person or corporation shall enter upon any parks or public grounds and dig or remove any dirt, tree, shrub, or bush which may be in, upon, or a part of any of said parks or public grounds, except under the direction of said Board of Park Commissioners.

Section 2.   No person shall cut down, or bruise, or cut into, or in any way injure any tree, shrub, growing bush or flowers that are at present, or may hereafter be growing upon any of the parks or public grounds.

Section 3.   No person shall erect any sign or signboard, cut or mark any name or device, or write upon any tree, paling, bench, building or structure situated or located upon said parks.

25

## OLEAN CITY ORDINANCE

Section 4.  No person shall fire or discharge any gun or pistol or other firearms, or any rocket, torpedo or other fireworks of any description, or throw stones or missles, within the several parks or public grounds, nor carry any firearms in any park.

Section 5.  No person shall climb any tree or pluck any flowers or fruit, whether wild or cultivated, or break cut down, trample upon or remove, or in any manner injure or deface any statue, flower-bed, turf or any of the buildings, fences, bridges or other constructions within the several parks or public grounds; nor shall any person write on any building, structure, statue, fence, bench, rock or stone within such parks or public grounds.

Section 6.  No person shall ride any bicycle, tricycle or any similar vehicle in any park or on any public grounds.

Section 7.  No quadrupeds or other animals, except those placed in the parks by the authority of said Board shall be conducted into or driven in the parks or public grounds, or be allowed to remain therein. Dogs found running at large within any park may be shot by any policeman or other officer on duty connected with the parks.

Section 8.  The parks shall be closed every night between eleven o'clock P. M. and sunrise and no person shall lounge, loaf or loiter therein between such hours.

Section 9.  All persons using the playgrounds or parks do so at their own risk. Neither the City or the Park Commissioners shall be liable for any injury to any person incurred in the use of the playgrounds or parks

26

## OLEAN CITY ORDINANCE

Section 10. Boisterous conduct, and the use of vulgar or profane language on the playgrounds, or in the parks or public grounds is absolutely forbidden.

Section 11. No person shall commit any of the following acts within said parks:

1. Commit any disorderly or immoral acts.

2. Be intoxicated.

3. Throw stones or missles.

4. Utter loud or indecent language.

5. Tell fortunes.

6. Play any game of cards or chance.

7. Beg.

8. Publicly solicit subscriptions.

Section 12. The Superintendent shall be responsible for the maintenance of order and decorum, and for the exercise of discretion and civility in all use to be made of the playgrounds and parks. His authority corresponds with his responsibility. No one is to enter the playgrounds when forbidden by him; no one is to remain therein when requested by him to leave. Report may be made to the Park Commissioners whenever the Superintendent is

27

## OLEAN CITY ORDINANCE

thought to have used his authority unjustly, but his authority is not to be resisted or questioned by visitors on the grounds; and he may forcibly eject any person violating any ordinances relating to such parks.

Section 13. Any violation of these ordinances shall be deemed a misdemeanor and shall be punishable by a fine of not more than twenty-five dollars; or in default of payment of such fine, by imprisonment not exceeding twenty-five days.

These ordinances shall be published once in the Olean Morning Times and once in the Olean Daily Herald and shall take effect immediately.

## SEALER OF WEIGHTS AND MEASURES

February 17, 1903.

The Common Council of the City of Olean does hereby enact, ordain, establish, publish and declare the following ordinance:

Section 1. It shall be the duty of the sealer of weights and measures to inspect all instruments or devices the limits of the city, to ascertain the weight or quantity of any article of merchandise on sale within the city and generally to perform the duties prescribed by statute.

28