# Exhibit 71

# THE

# Statutes at Large

OF

# PENNSYLVANIA

FROM

# 1682 to 1801

COMPILED UNDER THE
AUTHORITY OF THE ACT OF MAY 19 1887 BY

JAMES T MITCHELL AND HENRY FLANDERS
COMMISSIONERS

## VOLUME III

1712 to 1724

CLARENCE M BUSCH
STATE PRINTER OF PENNSYLVANIA
1896



five shillings, one-half to the use of the poor of the said city, and the other half to the use of him or them who shall prosecute and cause such offender to be as aforesaid convicted: which forfeitures shall be levied by distress and sale of the offender's goods as aforesaid; and for want of such distress, if the offender refuse to pay the said forfeiture, he shall be committed to prison for every such offense the space of two days, without bail or mainprise.

Provided, That such conviction be made within ten days after such offense committed. And if such offender be a negro or Indian slave, he shall, instead of imprisonment, be publicly whipped, at the discretion of the magistrate.

Passed August 26, 1721. Apparently never considered by the Crown, but allowed to become a law by lapse of time in accordance with the proprietary charter. See Appendix IV, Section II, and Hill's letter and Fane's opinion in Appendix V, Section I, and the Acts of Assembly passed August 14, 1725, Chapter 287; February 6, 1730-31, Chapter 322, March 29, 1735-36, Chapter 338, February 9, 1750-51, Chapter 388, March 26, 1762, Chapter 481, March 9, 1771, Chapter 624; March 21, 1772, Chapter 648, December 24, 1774, Chapter 705; November 25, 1779, Chapter 867; March 28, 1787, Chapter 1279; September 29, 1787, Chapter 1318, April 13, 1791, Chapter 1573; April 11, 1793, Chapter 1698; April 18, 1794, Chapter 1743; April 18, 1795, Chapter 1857; March 29, 1802, P. L. 127; March 29, 1803, P. L. 542; April 4, 1807, P. L. 132, March 30, 1812, P L 182, March 14, 1818, P. L 189; March 29, 1824, P. L. 152, February 10, 1832, P. L. 64; June 13, 1836, P. L 551; March 16, 1847, P. L. 473; April 11, 1848, P. L. 504, April 8, 1851, P. L. 382, April 14, 1851, P. L. 549, March 20, 1856, P. L. 137; May 5, 1864, P. L. 841, March 23, 1865, P. L. 744, March 12, 1866, P. L. 160; June 2, 1870, P. L 1316; April 17, 1878, P. L. 23; June 10, 1881, P. L. 111; June 11, 1885, P L 111

---

## CHAPTER CCXLVI.

AN ACT TO PREVENT THE KILLING OF DEER OUT OF SEASON, AND AGAINST CARRYING OF GUNS OR HUNTING BY PERSONS NOT QUALIFIED.

[Section I.] Be it enacted by Sir William Keith, Baronet, Governor of the Province of Pennsylvania, &c., by and with the advice and consent of the freemen of the said Province in General Assembly met, and by the authority of the same, That if

any person or persons, after the publication hereof, shall kill or destroy any buck, doe, fawn, or any other sort of deer whatsoever, at any other time or season except only betwixt the first day of July and first day of January, he shall forfeit and pay for every such buck, doe, fawn, or other deer so killed or destroyed as aforesaid, the sum of twenty shillings; one-half thereof to the poor of the township where the offense is committed, and the other half to him who shall inform or sue for the same, before any justice of the peace of this province, who is hereby empowered and authorized to hear and determine the same, and to convict the offender, by the oath or affirmation of one or more witnesses.

Provided, That such conviction be made within two months after such offense is committed.

And for the better conviction of offenders against this act:

[Section II.] Be it enacted, That every person in whose custody shall be found, or who shall expose to sale any green deer skins, fresh venison, or deer's flesh, at any other time of the year than what is before excepted, and shall be convicted thereof as aforesaid, shall be deemed guilty of the said offense. And that the same green deer skins, fresh venison or deer's flesh so found as aforesaid shall be held to be good evidence in the cases aforesaid.

Provided always, That nothing contained in this act shall be deemed or construed to extend to any free native Indians carrying guns, hunting, killing, and having in their custody any skins or deer's flesh for their own use, anything in this act to the contrary notwithstanding.

And whereas divers abuses, damages and inconveniencies have arose by persons carrying guns and presuming to hunt on other people's lands, for remedy whereof for the future:

[Section III.] Be it enacted by the authority aforesaid, That if any person or persons shall presume, at any time after the sixteenth day of November, in this present year one thousand seven hundred and twenty-one, to carry any gun or hunt on the improved or inclosed lands of any plantation other than his own, unless he have license or permission from the owner of such lands or plantation, and shall be thereof convicted, either

upon view of any justice of the peace within this province, or by the oath or affirmation of any one or more witnesses, before any justice of the peace, he shall for every such offense forfeit the sum of ten shillings. And if any person whatsoever, who is not owner of fifty acres of land and otherwise qualified in the same manner as persons are or ought to be by the laws of this province for electing of members to serve in assembly, shall, at any time after the said sixteenth day of November, carry any gun, or hunt in the woods or uninclosed lands, without license or permission obtained from the owner or owners of such lands, and shall be thereof convicted in manner aforesaid, such offender shall forfeit and pay the sum of five shillings for every such offense.

[Section IV.] And be it further enacted by the authority aforesaid, That no person whatsoever shall presume to shoot at or kill with a firearm any pigeon, dove, partridge, or other fowl in the open streets of the city of Philadelphia, or in the gardens, orchards and inclosures adjoining upon and belonging to any of the dwelling houses within the limits of the said city, upon the forfeiture of five shillings for every such offense, to be convicted in manner aforesaid.

All which penalties and forfeitures shall go, one moiety to the informer, and the other to the poor of the township where such offense is committed. But if convicted upon view of a justice of the peace, the whole forfeiture shall be to the use of the poor. And if the offender refuse to pay, the same shall be levied by distress and sale of the offender's goods, by warrant under the hand and seal of the justice before whom such offender shall be convicted, returning the overplus, if any be, the charge of distraining being first deducted. And for want of such distress he shall be committed to prison, where the forfeiture is twenty shillings, for the space of ten days; and, where the forfeiture is ten shillings, for the space of five days; and, if the forfeiture is five shillings, for the space of two days, without bail or mainprise.

Passed August 26, 1721. Apparently never considered by the Crown, but allowed to become a law by lapse of time in accordance with the proprietary charter. See Appendix IV, Section II, and Hill's letter and Fane's opinion in Appendix V, Section I, and

the Acts of Assembly passed February 6, 1730-31, Chapter 323; January 27, 1749-50, Chapter 383. Repealed by Act passed April 9, 1760, Chapter 456.

---

## CHAPTER CCXLVII.

AN ACT FOR THE WELL TANNING AND CURRYING OF LEATHER, AND REGULATING OF CORDWAINERS, AND OTHER ARTIFICERS, USING AND OCCUPYING LEATHER WITHIN THIS PROVINCE.

Whereas very great abuses have been committed by tanners, cutters and other persons, using and working of leather within this government, and the prices of leather become very exorbitant and burdensome to the people of this province: To the intent therefore that a reasonable and indifferent course for the true and well tanning, currying and working of leather, may be from henceforth established and appointed, and yet the persons using the several crafts and mysteries aforesaid may not be more strictly bound or limited than the necessary regard of the welfare and general commodity of all His Majesty's subjects within the said province requireth:

[Section I.] Be it enacted by Sir William Keith, Baronet, Governor of the Province of Pennsylvania, &c., by and with the advice and consent of the freemen of the said Province in General Assembly met, and by the authority of the same, That from and after the twenty-fifth day of November next, in this present year of our Lord one thousand seven hundred and twenty-one, if any person or persons using, or which shall use, the mystery or faculty of tanning, or any person or persons importing, or who shall import, any leather into this province, shall at any time or times hereafter offer or put to sale any kind of leather which shall be insufficiently and not thoroughly tanned, so that the same, by the triers of leather lawfully appointed by virtue of this present act, for the time being, shall be found to be insufficiently not thoroughly tanned, that then all and every such person and persons so offending shall forfeit such leather, as shall be found insufficiently and not thoroughly tanned, unless the party importing the same will give

# Exhibit 72

# ACTS passed by the General Assembly of the Province of *New-Jersey*, at *Perth Amboy* in 1722, being the Eighth Year of His Majesty's Reign.

## CHAP. XXXIII.

## *An* ACT *for the Security of His Majesty's Government of New-Jersey.*

Preamble.

*Sect.* 1. WHEREAS some Persons in this Province, disaffected to His Majesty's Person and Government, propogate their pernicious Principles, to the great Hurt of His Majesty's faithful and loyal Subjects inhabiting within the same. And by Reason of their Intermeddling in publick Affairs, in Contempt of His Majesty's legal and just Authority, obstruct the publick Administration, and will, if not prevented, prove Dangerous to the Government of this Province.

Two or more Justices, or any Person specially appointed by

BE IT THEREFORE ENACTED by the Governor, Council and General Assembly, and it is hereby

Digitized from Best Copy Available

by ENACTED by the Authority of the fame, That it fhall and may be lawful to and for two or more Juftices of the Peace, or any other Perfon or Perfons who fhall be, by the Governor, Commander in Chief, or Prefident of the Council of this Province, for that Purpofe fpecially appointed by Order in Council, or by Commiffion under the Seal of this Province, to adminifter and tender the Oaths and Declaration herein after appointed to be taken and made, to any Perfon or Perfons whatfoever, whom they fhall or may fufpect to be Dangerous or Difaffected to His Majefty or His Government: And if any Perfon or Perfons to whom the faid Oaths and Declaration fhall be fo tendered, fhall neglect or refufe to take and make the fame, fuch Juftices or other Perfon or Perfons fpecially to be appointed, as aforefaid, tendering the faid Oaths, fhall certify the Refufal thereof to the next Supream Court, held in the Divifion where fuch Perfon or Perfons fhall refide, of this Province of *New-Jerfey*, that fhall fit after fuch Neglect or Refufal fhall be made. Which Certificate fhall be Recorded among the Rolls of the faid Supream Court, to be provided and kept for that Purpofe only. And that every Perfon fo neglecting or refufing to take the Oaths and make the Declaration herein after mentioned, fhall be from the Time of fuch Neglect or Refufal, taken, efteemed and adjudged *A Popifh Recufant Convict*, and as fuch to forfeit and be proceeded againft.

the Governor, may tender Oaths, &c. And the Names of Perfons refufing, to be Certified, &c.

AND to the Intent that no fufpected Perfon may avoid taking the feveral Oaths and the Declaration in this Act hereafter particularly mentioned, upon any Pretence whatfoever,

2. BE IT FURTHER ENACTED by the Authority aforefaid, That it fhall and may be lawful unto and for two or more Juftices of the Peace, or any other fuch Perfon or Perfons who fhall be by the Governor or Commander in Chief of this Province, for the Time being, for that Purpofe fpecially appointed, by an Order figned by the faid Governor or Commander in Chief in Council, or by Commiffion under the Seal of this Province, by Writing under their Hands and Seals, to Summon any Perfon (except Women and all other Perfons under the Age of Eighteen Years) to appear before them at a certain Day and Time therein to be appointed, to take the herein after-mentioned Oaths, and make and Subfcribe the herein after-mentioned Declaration, *viz.*

The Perfon abovefaid may Summons any Perfons before them to take the faid Oaths, &c. except, &c.

Digitized from Best Copy Available

## CHAP. XXXV.

### *An* ACT *to prevent Killing of Deer out of Seaſon. and againſt Carrying of Guns and Hunting by Perſons not Qualified.*

AnyPerſon killingDeer in the Time by this Act diſ-allowed, to forfeit 30s. &c.

*Sect.* 1. BE IT ENACTED by the Governor, Council and General Aſſembly, AND IT IS HEREBY ENACTED by the Authority of the ſame, That if any Perſon or Perſons, after the Publication hereof, ſhall kill or deſtroy any wild Buck, Doe or Fawn, or any other Sort of Deer whatſoever, at any Time in the Months of *January*, *February*, *March*, *April*, *May* or *June*, every ſuch Perſon ſhall, for every ſuch Offence, forfeit and pay the Sum of *Thirty Shillings*, for every ſuch Buck, Doe or Fawn, or other Deer, ſo killed or deſtroyed as aforeſaid, contrary to the true Intent and Meaning of this Act; one half thereof to the Poor of the Townſhip or Precinct where the Offence is committed, and the other half to him who ſhall Inform or Sue for the ſame before any Juſtice of the Peace of this Province, who is hereby impowered and authorized to hear and determine the ſame, and to convict the Offender by the Oath or Affirmation of one or more Witneſs. Provided, That [illegible] Conviction [illegible] made within two Months after [illegible] Offence committed.

Sale of green Skins to amount to a Conviction, &c.

2. AND for the better Convicting of Offenders againſt this Act, BE IT ENACTED by the Authority aforeſaid, That every Perſon in whoſe Cuſtody ſhall be found, or who ſhall expoſe to Sale, any green Deer Skins, freſh Veniſon or Deer's Fleſh, at any Time in any of the Months of *January*, *February*, *March*, *April*, *May* or *June*, afore-mentioned, and ſhall be convicted thereof, as aforeſaid, ſhall be deemed Guilty of the ſaid Offence.

Not to extend to hinder killing them in Corn Fields, or by Indians

3. PROVIDED ALWAYS, That nothing contained in this Act, ſhall be deemed or conſtrued to hinder any Perſon from killing any kind of Deer, within his Fields where Corn is growing, at any Time in the Month of *January*, nor to extend to any Free Native Indians carrying Guns, hunting, killing or having in their Cuſtody any Skins or Deer's Fleſh for their own Uſe; any Thing in this Act to the contrary notwithſtanding.

4. And

Digitized from Best Copy Available

Case 3:23-cv-00056-JBA Document 24-1 Filed 04/03/23 Page 12 of 47

4. And whereas divers abuses have been committed, and great Damages and Inconveniencies arisen by Persons carrying of Guns and presuming to hunt on other Peoples Land; for Remedy whereof for the future, BE IT ENACTED by the Authority aforesaid, That if any Person or Persons shall presume, at any Time after the Publication hereof, to carry any Gun, or hunt on the improved or inclosed Lands in any Plantation, other than his own, unless he have Licence or Permission from the Owner of such Lands or Plantation, and shall be thereof convicted, either upon the View of any Justice of the Peace within this Province, or by the Oath or Affirmation of any one or more Witnesses, before any Justice of the Peace, he shall, for every such Offence forfeit the Sum of *Fifteen Shillings*, with Costs attending such Conviction. And if any Person whatsoever, who is not Owner of one Hundred Acres of Land, or otherwise qualified, in the same Manner as Persons are or ought to be for electing Representatives to serve in General Assembly, shall at any Time after the Publication hereof, carry any Gun, or hunt in the Woods or uninclosed Lands, without Licence or Permission obtained from the Owner or Owners of such Lands, and shall be thereof convicted, in Manner aforesaid, such Offender shall forfeit and pay the Sum of *Ten Shillings*, with Costs as aforesaid, for every such Offence. All which Penalties and Forfeitures shall go one Moiety to the Informer, and the other to the Poor of the Township or Precinct where such Offence is committed; but if convicted upon View of a Justice of the Peace, the whole Forfeiture shall be to the Use of the Poor. And if the Offender refuse to pay the same, with Costs, as aforesaid, shall be levyed on by Distress and Sale of the Offender's Goods, by Warrant under the Hand and Seal of the Justice before whom such Offender shall be convicted, returning the over-plus, if any be, the Charge of Distraining being first deducted. And for want of Effects whereon to make such Distress, every Person so Offending, contrary to the true Intent and Meaning of this Act, shall be committed to Prison, when the Forfeiture is *Thirty Shillings*, for the Space of Fifteen Days; and when the Forfeiture is *Fifteen Shillings*, for the Space of Eight Days; and when the Forfeiture is *Ten Shillings*, for the Space of Five Days, without Bail or Mainprize.

No Person to carry a Gun or Hunt on Land inclosed [illegible] by absent Owners &c.

Nor on Lands Unclosed, unless Freeholders &c.

Forfeitures how to be applyed, and how to be levied &c.

5. AND BE IT ENACTED by the Authority aforesaid, That every Justice of the Peace, before whom any Person or Persons is convicted of having committed any of the Offences in and by this Act prohibited, is hereby directed and required to issue his Warrants for the bringing such Offender

Want of Effects to be committed to Gaol.

Cc before

Digitized from Best Copy Available

before him, and in Cafe of the want of Effects whereon to make Diftrefs, to make out his Mittimus to commit fuch Offender to the Gaol of the County in which fuch Conviction is made; and the Sheriff, Under Sheriff, or Gaol-keeper, is hereby directed and required to keep the faid Offender in clofe Gaol, according to the Direction of this Act, and Tenor of fuch Mittimus to fuch Sheriff, Under Sheriff, or Gaoler directed. And every Juftice of the Peace neglecting or refufing to iffue fuch Warrant, or make fuch Mittimus, and every Sheriff, or Under-Sheriff or Gaol-keeper, who fhall not receive fuch Offender, and keep him in clofe Gaol, according to the true Intent and Meaning of this Act, fhall, for every fuch neglect or refufal, or undue difcharge of his Office in the Premifes, forfeit the Sum of *Six Pounds*, to be recovered in any Court of Record within this Province, in which there fhall be no Effoyn or Protection; the one half to fuch Perfon as fhall fue for and profecute the fame to Effect, the other half to the King's Majefty, His Heirs and Succeffors, for and towards the Support of the Government of this Province.

Sheriff refufing &c. to receive the party, to forfeit 6l. &c.

Not to extend to Negros, &c. but they to be whipped if convicted, &c

6. AND IT IS ALSO FURTHER ENACTED by the Authority aforefaid, That this Act, nor any Part thereof, fhall be conftrued to extend to Negro, Indian or Mulatto Slaves, fo as to commit them to Prifon, during the Time in this Act limitted, in Cafe they fhould be guilty of any of the Offences in this Act prohibited · but that then, and in fuch Cafe, fuch Indian, Negro or Mulatto Slave, killing and deftroying any Deer as aforefaid, or carrying or hunting with any Gun, without Licence from his Mafter, fhall, at the publick Whipping-Poft, on the bare back, be Whipp'd, not exceeding Twenty Lafhes, for every fuch Offence, for which Whipping the Mafter fhall pay to the Whipper the Sum of *Three Shillings*, and pay no greater or other Coft whatfoever; any Thing in this Act to the contrary hereof in any wife notwithftanding.

ACTS

Digitized from Best Copy Available

# ACTS paſſed by the General Aſſembly of the Province of *New-Jerſey*, at *Burlington*, in 1723, being the Tenth Year of his Majeſty's Reign.

## CHAP. XXXVI

## *An* ACT *for an Additional Support of this Government, and making Current* Forty Thouſand Pounds *in Bills of Credit, for that and other Purpoſes therein mentioned.*

Sect. 1. WHEREAS many Petitions and Applications have been made to his Excellency the Governor of this Province, by the Free-holders, Merchants and Inhabitants of the ſame, ſetting forth, That the Silver and Gold formerly Current in this Province, is almoſt entirely exported to *Great-Britain*, and elſe-where, and thereby the many Hardſhips which His Majeſty's good Subjects within this Colony lie under, for want of a Currency of Money, and that both the Neighbouring Provinces of *New-York* and *Pennſylvania*, to which the Exportation of this Province is chiefly carried, have their Currency of Money in Paper Bills, and do pay for the Produce of this Province in no other Specie; and which Bills of Credit of the Neighbouring Provinces being no legal Tender here, does expoſe the Inhabitants of this Province to numerous vexatious Suits, for want of Bills of Credit in this Province, by Law made and declared a legal Tender, as is done in the Neighbouring Provinces. And his Excellency having the Good and Eaſe of His Majeſty's Subjects of this Province at Heart, has been pleaſed to call their Repreſentatives together in General Aſſembly, to provide Remedies for the Grievance aforeſaid, who being convened here at *Burlington*, and taking into their ſerious Conſideration the miſerable Circumſtances of the Inhabitants of the

Introduction.

Hardſhips the Province lies under.

Digitized from Best Copy Available

# Exhibit 73

# At a GENERAL ASSEMBLY held at

Burlington from the Twentieth Day of November to the Twenty-first Day of December 1771, in the Twelfth Year of the Reign of King George the Third, the following Laws were passed.

## SESSION THE FOURTH.

### CHAP. DXXXIX.

*An* ACT *to continue and amend an Act, entitled, An* Act *for better settling and regulating the* Militia *of this Colony of* New-Jersey ; *for the repelling Invasions, and suppressing Insurrections and Rebellions.**

Passed Dec. 21, 1771.

Preamble.

WHEREAS the Act passed in the Nineteenth Year of the Reign of our late Sovereign Lord King *George* the Second, entitled, *An* Act *for better settling and regulating the Militia of this Colony of* New-Jersey ; *for the repelling Invasions, and suppressing Insurrections and Rebellions*, will expire at the End of this Session of Assembly ;

Limitation.

*Sect.* 1. BE IT ENACTED *by the Governor, Council and General Assembly, and it is hereby Enacted by the Authority of the same*, That the said Act, entitled, *An* Act *for better settling and regulating the Militia of this Colony of* New-Jersey ; *for the repelling Invasions, and suppressing Insurrections and Rebellions*,* shall be, and hereby is continued, and every Article and Clause therein contained shall be and remain in full Force, from the Publication hereof, to the first Day of *May* which will be in the Year of our Lord One Thousand Seven Hundred and Seventy-seven, and from thence to the End of the next Session of the General Assembly of this Colony, and no longer.

Commissioned Officers not to be chosen Constables.

2. AND WHEREAS it has been a Custom of late, in some of the Counties of this Colony, to choose the Militia Officers Constables ; for preventing the same for the Future, BE IT ENACTED *by the Authority aforesaid*, That, during the Continuance of this Act, it shall not be lawful for any Court of General Quarter-Sessions of the Peace, or for any of the Inhabitants of this Colony, at their annual Town-meetings, to appoint or choose any commissioned Officer, while in Commission, to be a Constable ; any Law, Usage or Custom to the contrary notwithstanding.

### CHAP. DXL.

*An* ACT *for the Preservation of* Deer *and other Game, and to prevent trespassing with Guns.*

Passed Dec. 21, 1771.

Preamble.

WHEREAS the Laws heretofore passed in this Colony for the Preservation of Deer and other Game, and to prevent trespass-ing

* Chap. CC.

ing with Guns, Traps and Dogs, have, by Experience, been found insufficient to anſwer the ſalutary Purpoſes thereby intended ; Therefore,

No Perſon to carry a Gun on Lands not his own, except, *&c.*

*Sect.* 1. BE IT ENACTED *by the Governor, Council and General Aſſembly of this Colony of* New-Jerſey, *and it is hereby Enacted by the Authority of the ſame,* That if any Perſon or Perſons ſhall preſume, at any Time after the Publication hereof, to carry any Gun on any Lands not his own, and for which the Owner pays Taxes, or is in his lawful Poſſeſſion, unleſs he hath Licenſe or Permiſſion in Writing from the Owner or Owners or legal Poſſeſſor, every ſuch Perſon ſo offending, and convicted thereof, either upon the View of any Juſtice of the Peace within this Colony, or by the Oath or Affirmation of one or more Witneſſes, before any Juſtice of the Peace of either of the Counties, Cities or Towns-corporate of this Colony, in which the Offender or Offenders may be taken or reſide, he, ſhe or they, ſhall, for every ſuch Offence, forfeit and pay to the Owner of the Soil, or his Tenant in Poſſeſſion, the Sum of *Forty Shillings*, with Coſts of Suit ; which Forfeiture ſhall and may be ſued for and recovered by the Owner of the Soil, or Tenant in Poſſeſſion, before any Juſtice of the Peace in this Colony, for the Uſe of ſuch Owner or Tenant in Poſſeſſion.

Penalty.

No Perſon to drive Deer or other Game, except, *&c.*

2. AND BE IT ENACTED *by the Authority aforeſaid,* That if any Perſon ſhall preſume, at any Time after the Publication of this Act, to hunt or watch for Deer with a Gun, or ſet in any Dog or Dogs to drive Deer, or any other Game, on any Lands not his own, and for which the Owner or Poſſeſſor pays Taxes, or is in his lawful Poſſeſſion, unleſs he hath Licenſe or Permiſſion in Writing from ſuch Owner or Owners or legal Poſſeſſor ; every ſuch Perſon ſo offending, and being convicted thereof in Manner aforeſaid, ſhall, for every ſuch Offence, forfeit and pay to the Owner of the Soil, or Tenant in Poſſeſſion, the Sum of *Forty Shillings*, with Coſts of Suit ; provided, that nothing herein contained ſhall be conſtrued to extend to prevent any Perſon carrying a Gun upon the King's Highway in this Colony.

Penalty.

Penalty on Non-Reſidents.

3. AND BE IT FURTHER ENACTED *by the Authority aforeſaid,* That if the Perſon or Perſons offending againſt this Act be Non-Reſidents of this Colony, he or they ſhall forfeit and pay for every ſuch Offence *Five Pounds*, and ſhall forfeit his or their Gun or Guns to any Perſon or Perſons who ſhall inform and proſecute the ſame to Effect, before any Juſtice of the Peace in any County of this Colony, wherein the Offender or Offenders may be taken or apprehended.

Penalty for killing, *&c.* Deer out of Seaſon.

4. AND BE IT ENACTED *by the Authority aforeſaid,* That if any Perſon or Perſons ſhall kill, deſtroy, hunt or take any Doe, Buck, Fawn, or any Sort of Deer whatſoever, at any other Time or Seaſon, except only between the firſt Day of *September* and the firſt Day of *January* yearly and every Year, he, ſhe or they ſo offending, ſhall forfeit and pay the Sum of *Forty Shillings* for each and every Offence ; to be ſued for, recovered and applied as hereafter is directed.

What ſhall be Evidence of ſuch Killing, *&c.*

5. AND, for the better and more effectual convicting of Offenders againſt this Act, BE IT ENACTED *by the Authority aforeſaid,* That any and every Perſon or Perſons in whoſe Cuſtody ſhall be found, or who ſhall

shall expose to Sale, any green Deerskins, or fresh Venison killed at any Time after the first Day of *January*, and before the first Day of *September* aforesaid, and shall be thereof convicted by the Oath or Affirmation of one or more credible Witnesses, shall be deemed guilty of offending against this Act, and be subjected to the Penalties of killing Deer out of Season.

6. AND WHEREAS great Numbers of idle and disorderly Persons make a Practice of hunting on the waste and unimproved Lands in this Colony, whereby their Families are neglected, and the Publick is prejudiced by the Loss of their Labour, BE IT THEREFORE ENACTED *by the Authority aforesaid*, That, from and after the first Day of *January* next, no Person or Persons whatsoever (except such Persons as are by the Laws of this Colony qualified to vote for Representatives in General Assembly, in Right of their Freeholds, and their Sons being of the Age of eighteen Years or upwards, and living with their Parent or Parents, or being Freeholders) shall, on any Pretence whatever, hunt on the waste and unimproved Lands in this Colony; and if any Person or Persons, not qualified as aforesaid, shall presume to hunt as aforesaid, he or they so offending shall forfeit and pay, for every such Offence, the Sum of *Twenty Shillings*; to be recovered by Action of Debt, with Costs, by any Person who shall sue for the same; to be applied one Half to the Prosecutor, and the other Half to the Use of the Poor of the Township or Precinct where the Fact was committed.

**Who may hunt on unimproved Lands.**

**Penalty on Offenders.**

7. AND BE IT ENACTED *by the Authority aforesaid*, That if any Person or Persons within this Colony shall set any Trap or other Device whatsoever, larger than what is usually and commonly set for Foxes and Muskrats, such Person, setting such Trap or other Device, shall pay the Sum of *Five Pounds*, and forfeit the Trap or other Device, shall suffer three Months Imprisonment, and shall also be liable to make good all Damages any Person shall sustain by setting such Trap or other Device, and the Owner of such Trap or other Device, or Person to whom it was lent, shall be esteemed the Setter thereof, unless it shall be proved, on Oath or Affirmation, what other Person set the same, or that such Trap or other Device was lost by said Owner or Person to whom it was lent, and absolutely out of his Power; and if the Setter of the Trap or other Device be a Slave, and it be his own voluntary Act, he shall (unless the Master or Mistress shall pay the Fine) in Lieu of such Fine, be publickly whipped with thirty Lashes, and committed till the Costs are paid; and that the said Trap or other Device shall be broken and destroyed in the View and Presence of the Justice of the Peace before whom they are brought: And if any Person or Persons shall have Possession of, or there shall be found in his or their House, any Trap or Traps, Device or Devices whatsoever, for taking of Deer, such Person or Persons shall be subjected to the same Penalty as if he or they were convicted of setting such Trap or Traps, or other Device.

**Penalty on setting Traps, &c.**

**Penalty on a Slave setting such Trap, &c.**

**Penalty on keeping such Trap, &c.**

8. AND, for encouraging the Destruction of such Traps and Devices, BE IT ENACTED *by the Authority aforesaid*, That if any Person shall seize any Trap or other Device for the taking Deer, and shall carry such Trap or other Device to any Magistrate of the County where such Trap or Device was seized, such Person shall be entitled to

**Reward for seizing a Trap, &c.**

an Order from the ſaid Magiſtrate to the Collector of ſuch County, to pay him the Sum of *Ten Shillings*, out of any Money in his Hands raiſed for the Uſe of the County; which Sums ſhall be allowed to ſuch Collector on the Settlement of his Accounts.

Penalty on a Smith making or mending ſuch Trap, *&c.*

9. AND BE IT FURTHER ENACTED *by the Authority aforeſaid*, That every Smith or other Artificer, who ſhall hereafter make or mend any ſuch Trap or other Device aforeſaid, he ſhall forfeit and pay the Sum of *Forty Shillings;* and the Perſon carrying ſuch Trap or other Device to the Artificer aforeſaid, ſhall forfeit and pay the Sum of *Twenty Shillings*. And every Perſon who ſhall bring into this Colony any ſuch Trap or Device as aforeſaid ſhall forfeit and pay the Sum of *Forty Shillings*. And if the Perſon who ſhall carry the ſame to the Smith or Artificer ſhall be ſo poor as that he ſhall not be able to pay the Forfeiture aforeſaid, he ſhall be committed to the common Gaol, until he ſhall prove who is Owner of ſuch Trap or Device, or who delivered the ſame to him; and in ſuch Caſe the Forfeiture aforeſaid ſhall be levied on the Goods, or in Failure of Goods, on the Body of the Owner of ſuch Trap or Device, or the Perſon who delivered the ſame to the Pauper, and the Trap or Device ſhall be forfeited and deſtroyed.

Penalty on bringing ſuch Trap, &c. into the Colony.

Penalty for ſetting loaded Guns.

10. AND WHEREAS a moſt dangerous Method of ſetting Guns has too much prevailed in this Province, BE IT ENACTED *by the Authority aforeſaid*, That if any Perſon or Perſons within this Colony ſhall preſume to ſet any loaded Gun in ſuch Manner as that the ſame ſhall be intended to go off or diſcharge itſelf, or be diſcharged by any String, Rope, or other Contrivance, ſuch Perſon or Perſons ſhall forfeit and pay the Sum of *Six Pounds;* and on Non-payment thereof ſhall be committed to the common Gaol of the County for ſix Months.

Application of Penalties.

11. AND BE IT FURTHER ENACTED *by the Authority aforeſaid*, That the Fines and Forfeitures in this Act expreſſed, and not particularly appropriated, ſhall be paid, one Half to the Proſecutor, and the other Half to and for the Uſe of the Poor of the Town, Precinct or Diſtrict, where the Offence is committed; and that the Execution of this Act, and every Part thereof, ſhall be within the Cognizance and Juriſdiction of any one Magiſtrate or Juſtice of the Peace, without any Reference to the Act for Trial of ſmall Cauſes in this Colony.

Juriſdiction given to one Magiſtrate.

This Act not to affect Parks.

12. AND BE IT ENACTED, That nothing in this Law ſhall be conſtrued to extend to reſtrain the Owners of Parks, or of tame Deer, from killing, hunting or driving their own Deer.

Penalty on Magiſtrate neglecting his Duty.

13. AND BE IT ALSO ENACTED *by the Authority aforeſaid*, That if any Juſtice of the Peace or other Magiſtrate, within this Province, ſhall have Information of any Perſons offending againſt this Act, in killing Deer out of Seaſon, ſetting and making Traps, Non-Reſidents killing Deer, and Perſons ſetting of Guns, and ſhall not proſecute the ſame to Effect within two Months after ſuch Information, he ſhall forfeit and pay the Sum or Sums to which the Offender againſt this Act would have been liable.

14. AND

14. AND BE IT ENACTED *by the Authority aforesaid*, That the Justices at every Quarter-Sessions of the Peace shall cause this Act to be publickly read; and give in Charge to the Grand-Jury to particularly inquire and present all Persons for killing Deer out of Season, setting or making Traps, and all Non-Residents killing, destroying, hunting and taking any Sort of Deer, and all Persons setting of Guns; and, upon Conviction for either of the said Offences, the said Justices shall set and impose the Fines and Penalties herein before-mentioned, with Costs of Suit.

This Act to be published and executed.

15. AND BE IT ENACTED *by the Authority aforesaid*, That if any Person or Persons whatsoever, whether the Accused or Accuser, Plaintiff or Defendant, shall think themselves aggrieved by any of the Judgments given by the said Justices or other Magistrates, for any Suit commenced by Virtue of this Act; then it shall and may be lawful for such Person or Persons to appeal, on giving sufficient Security for the Forfeitures and Costs, to the next Court of General Quarter-Sessions, held for such County where such Judgment shall be given; which Court is hereby empowered to hear and determine all and every such Appeal or Appeals.

Appeal given to next Sessions.

16. AND BE IT ENACTED *by the Authority aforesaid*, That if any Person or Persons, within this Colony, shall, after the Publication of this Act, watch with a Gun, on any uninclosed Land within two Hundred Yards of any Road or Path, in the Night Time, whether the said Road is laid out by Law or not, or shall stand or station him or themselves upon or within two Hundred Yards of any Road as aforesaid, for shooting at Deer driven by Dogs, he or they so offending, shall, on Conviction, forfeit and pay the Sum of *Five Pounds* for every such Offence; to be recovered by Action of Debt, or Presentment of the Grand-Jury as aforesaid, and pay all Damages.

Penalty for watching in the Night near a Road.

17. PROVIDED ALWAYS, That the sixth Section of this Act shall not be construed to affect any Native *Indian*; and that nothing in this Act shall be construed to prevent the Inhabitants of *Essex*, *Bergen*, *Morris* and *Sussex*, from making, having in their Houses, or setting Traps of five Pounds Weight or more for Bears, Wolves, Foxes, or any other wild Beasts, Deer only excepted.

Not to affect *Indians*, nor *Essex*, *Bergen*, *Morris* or *Sussex*.

18. AND BE IT FURTHER ENACTED *by the Authority aforesaid*, That all former Laws made in this Colony for the Preservation of Deer and other Game, and to prevent trespassing with Guns, and regulating the Size of Traps, shall be, and they are hereby repealed.

Repeal of Former Laws.

## C H A P. DXLI.

### *An* ACT *declaring the River* Delaware *a common* Highway, *and for improving the* Navigation *in the said River.*

Passed Dec. 21, 1771.

WHEREAS the improving the Navigation in Rivers is of great Importance to Trade and Commerce; AND WHEREAS the River *Delaware*

Preamble.

# LAWS

OF THE

Enoch Johnson

# STATE OF NEW-JERSEY.

---

Revised and Published

UNDER THE AUTHORITY OF THE LEGISLATURE.

---

STANFORD LIBRARY

TRENTON:

PRINTED, FOR THE STATE, BY JOSEPH JUSTICE.

1821.

Digitized by Google

1771.

Bounds of Dover.

1. BE IT ENACTED *by the Governor, Council and General Assembly of this colony, and it is hereby enacted by the authority of the same,* That all that part of the said town of Shrewsbury, beginning at Cranberry inlet, and running thence up the bay to the mouth of Metetecunk river; thence up the said river to the first bridge, which now is over the said river; thence west until it shall intersect a line to be run, south eighteen degrees east, from the place where Burlington old path crosseth the north branch of Tom's river, called Pine-brook; thence, from the intersection of the said lines, south fifty-six degrees west to the old division line, called Keith's line; thence, along said Keith's line, to the line of the town of Stafford; thence, along the same, to the main sea or ocean; and thence bounded by the sea to the above mentioned beginning; shall be, and is hereby divided off from the said township of Shrewsbury, and made a separate town, to be called by the name of the town of Dover.

Addition to Freehold.

2. *And be it further enacted by the authority aforesaid,* That all that part of the aforesaid township of Shrewsbury, beginning at the mouth of Passaquanaqua brook, where it vents into Manasquan river; and from thence running south to the line of the before mentioned town of Dover; then west along the same line to the line of that part of the said town of Shrewsbury, annexed to the town of Upper-Freehold; thence north eighteen degrees west, to where Burlington old path crosseth the north branch of Tom's river, alias, Pine-brook; thence easterly along the bounds of said Freehold, to where it began; shall be, and is hereby, divided off from the said town of Shrewsbury, and annexed unto the town of Freehold, and for ever hereafter shall be accounted part thereof.

Addition to Upper-Freehold.

3. *And be it further enacted by the authority aforesaid,* That all that part of the town of Shrewsbury, beginning where Burlington old path crosseth the before mentioned north branch of Tom's river; thence running south eighteen degrees east, to the line of Dover aforesaid; thence south fifty-six degrees west, along said line of Dover, to the before mentioned line called Keith's line; thence along the said line to the line of Upper-Freehold; thence along the line of Upper-Freehold to where it began; shall be, and is hereby, divided off from the said town of Shrewsbury, and annexed unto the town of Upper-Freehold, and for ever hereafter shall be accounted part thereof.

---

**AN ACT for the preservation of deer, and other game, and to prevent trespassing with guns.**

ALLJS. 348. PAT. 19.

Passed the 21st of December, 1771.

Preamble.

WHEREAS the laws heretofore passed in this colony, for the preservation of deer and other game, and to prevent trespassing with guns, traps and dogs, have, by experience, been found insufficient to answer the salutary purposes thereby intended; therefore—

Digitized by Google

1771.

No person to carry a gun on lands not his own, except, &c.

1. Be it enacted *by the Governor, Council, and General Assembly of this colony of New-Jersey, and it is hereby enacted by the authority of the same,* That if any person or persons shall presume, at any time after the publication hereof, to carry any gun on any lands not his own, and for which the owner pays taxes, or is in his lawful possession, unless he hath license or permission in writing from the owner or owners, or legal possessor, every such person so offending, and convicted thereof, either upon the view of any justice of the peace within this colony, or by the oath or affirmation of one or more witnesses, before any justice of the peace of either of the counties, cities, or towns corporate of this colony, in which the offender or offenders may be taken or reside, he, she, or they, shall, for every such offence, forfeit and pay to the owner of the soil, or his tenant in possession, the sum of forty shillings, with costs of suit; which forfeiture shall and may be sued for and recovered by the owner of the soil, or tenant in possession, before any justice of the peace in this colony, for the use of such owner or tenant in possession.

Penalty.

2. *And be it enacted by the authority aforesaid,* That if any person shall presume, at any time after the publication of this act, to hunt or watch for deer with a gun, or set in any dog or dogs to drive deer, or any other game, on any lands not his own, and for which the owner or possessor pays taxes, or is in his lawful possession, unless he hath license or permission in writing from such owner or owners or legal possessor; every such person so offending, and being convicted thereof in manner aforesaid, shall, for every such offence, forfeit and pay to the owner of the soil, or tenant in possession, the sum of forty shillings, with costs of suit; provided, that nothing herein contained shall be construed to extend to prevent any person carrying a gun upon the highway in this colony.

No person to drive deer or other game except, &c.

Penalty.

3. *And be it further enacted by the authority aforesaid,* That if the person or persons offending against this act be non-residents of this colony, he or they shall forfeit and pay for every such offence, five pounds, and shall forfeit his or their gun or guns to any person or persons, who shall inform and prosecute the same to effect, before any justice of the peace in any county of this colony, wherein the offender or offenders may be taken or apprehended.

Penalty on non-residents.

4. Repealed, and supplied by act, February 21, 1820.

5. *And,* for the better and more effectual convicting of offenders against this act, *Be it enacted by the authority aforesaid,* That any and every person or persons in whose custody shall be found, or who shall expose to sale, any green deer-skins, or fresh venison, killed at any time after the first day of January, and before the first day of September aforesaid, and shall be thereof convicted by the oath or affirmation of one or more credible witnesses, shall be deemed guilty of offending against this act, and be subjected to the penalties of killing deer out of season.

What shall be evidence of such killing, &c.

6. Repealed by act, February 21, 1820.

Digitized by Google

# Exhibit 74

# ACTS

PASSED BY THE GENERAL ASSEMBLY

OF THE

# STATE OF LOUISIANA,

AT THE

## EXTRA SESSION,

HELD AND BEGUN IN THE CITY OF NEW ORLEANS,

ON THE 23d OF NOVEMBER, 1865.

PUBLISHED BY AUTHORITY.

NEW ORLEANS:
J. O. NIXON, STATE PRINTER,
1866.

# ACTES

PASSÉS PAR L'ASSEMBLÉE GÉNÉRALE

DE

# L'ETAT DE LA LOUISIANE,

A LA

## SESSION EXTRA,

TENUE ET COMMENCÉE DANS LA VILLE DE LA Nlle-ORLÉANS,

**LE 23me JOUR DE NOVEMBRE 1865.**

---

**PUBLIÉS PAR AUTORITÉ.**

NOUVELLE-ORLÉANS:
J. O. NIXON, IMPRIMEUR D'ÉTAT.
1866.

# ACTS

OF THE

# STATE OF LOUISIANA.

No. 1.]

## AN ACT

To provide for the payment of the Members, Officers and contingent expenses of the General Assembly of the State of Louisiana.

SECTION 1. Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That the sum of one hundred thousand dollars, or so much thereof as may be necessary, be and the same is hereby appropriated, out of the funds in the Treasury not otherwise appropriated, for the purpose of paying the members of the Senate and of the House of Representatives, the per diem and mileage to which they are respectively entitled, to pay the officers and the contingent expenses of both Houses of the General Assembly, the same to be paid by the Treasurer on the warrant of the Auditor of Public Accounts, according to law.

SEC. 2. Be it further enacted &c., That this Act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 6, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
S. WROTNOWSKI,
Secretary of State.

---

No. 2.]

## JOINT RESOLUTIONS

Relative to Federal Relations.

WHEREAS, It is eminently proper and due both to our constituents and the Government, that this Representative body, fresh from the people of the whole State, the first that has assembled in Louisiana since the surrender, should give a public and unmistakable expression of sentiment in regard to "the situation;" therefore,

1. Be it resolved by the Senate and House of Representatives of

# ACTES

DE

# L'ETAT DE LA LOUISIANE.

No. 1.] ACTE

Assignant un fonds pour les traitements des membres et officiers de l'Assemblée Générale, et pour l'acquittement de ses dépenses contingentes.

Section 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: La somme de cent mille piastres, ou tout partie d'icelle qui sera nécessaire, est et demeure affectée par ces présentes, sur tous fonds dans le Trésor donl il n'a pas été autrement disposé, au paiement du *per diem* et du millage des membres, des traitements des officiers et des dépenses casuelles de l'Assemblée Générale. Le montant ainsi assigné sera payé par le Trésorier, sur présentation du mandat de l'Auditeur des comptes publics, conformément à la loi.

Sec. 2. Décrètent de plus, Cet acte sortira son effet à compter de son adoption.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 6 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
S. Wrotnowski,
Secrétaire d'Etat.

---

No. 2.] RESOLUTION CONJOINTE

Relative aux Relations Fédérales.

Attendu qu'il convient et qu'il est dû à nos constituants et au Gouvernement que cette Législature, récemment sortie du sein du peuple de l'Etat tout entier, la première qui, depuis la Reddition, se soit réunie en Louisiane, exprime d'une manière publique et non équivoque ses sentiments à l'égard de la *situation actuelle*, en conséquence:

1. Le Sénat et la Chambre des Représentants de la Louisiane,

the State of Louisiana, in General Assembly convened, That there is no spirit of resistance to Federal authority among the people of Louisiana; that they frankly avowed their purposes and objects in the late struggle for separate government, and having failed in that, they now, with equal frankness, accept, as the inevitable result, the present situation, including the abolition of slavery, the re-establishment of which they do not expect.

2. Be it further resolved, &c., That in the expression that "the Southern people must be trusted," President Johnson exhibited a thorough acquaintance with Southern character, and eminent wisdom and statesmanship, and that it is our firm resolve to justify this confidence and to sustain the President in his efforts to restore these States to representation in Congress and a position of political equality in the Union.

3. Be it further resolved &c., That the people of Louisiana are unreserved in their purpose of loyalty, and, if permitted, that to the Constitution of the United States and the Union of the States thereunder do they now look for their future political happiness and prosperity.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 6, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
S. Wrotnowski,
Secretary of State,

No. 3.] JOINT RESOLUTION.

Be it resolved by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That His Excellency, Governor J. Madison Wells, be respectfully requested to institute immediate proceedings to recover the Statue of the Father of our Country, GEORGE WASHINGTON, which Statue was carried away by the Federal authorities at the capture of Baton Rouge.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 6, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy.
S. Wrotnowski,
Secretary of State.

réunis en Assemblée Générale, ont résolu: Le peuple de la Louisiane n'a aucun esprit de résistance à l'autorité fédérale; il a franchement avoué ses desseins et son but lors de la dernière lutte pour ériger un gouvernement séparé, et maintenant que le succès lui a fait défaut, il accepte, avec une égale franchise, comme résultat inévitable, la situation actuelle emportant l'abolition de l'esclavage dont il n'attend plus le rétablissement.

2. Ont résolu de plus, Dans cette parole: "il faut se fier au peuple du Sud," le président Johnson a montré une connaissance parfaite du caractère méridional, une profonde sagesse et une capacité d'homme d'Etat éminente. C'est notre ferme résolution de justifier la confiance du Président et de le seconder dans ses efforts pour rétablir la représentation des Etats du Sud au Congrès et leur rendre une position d'égalité politique dans l'Union.

3. Ont de plus résolu, Le peuple de la Louisiane est loyal, sans réserve aucune, et si ce lui est permis, il n'attend que de la Constitution des Etats-Unis et de l'Union des Etats, sous son égide, son bonheur et sa prospérité à venir.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 6 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
S. Wrotnowski,
Secrétaire d'Etat.

---

No. 3.] RESOLUTION CONJOINTE

Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, ont résolu: Son Excellence le Gouverneur J. Madison Wells est respectueusement invité à faire immédiatement toutes les démarches nécessaires pour recouvrer la statue de George Washington, le Père de notre patrie, statue que les autorités fédérales ont enlevée après la prise de la ville de Bâton-Rouge.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 6 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
S. Wrotnowski,
Secrétaire d'Etat.

No. 4.] JOINT RESOLUTIONS.

Be it resolved by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That we do solemnly protest, in the name of the people of Louisiana, and in the interest of republican government, against the reception by the United States Senate of Messrs. Michael Hahn and R. King Cutler, or either of them, as Senators from this State, upon the ground that they were chosen in flagrant violation of American principles and precedents by a Legislature representing but a small minority of the people, and in which only a fraction of the State of Louisiana had any representation.

Be it further resolved, &c., That this protest be forwarded to the Representatives recently elected by the people to represent this State in Congress, with instructions to lay the same before the Senate of the United States.

Be it further resolved &c., That his Excellency, Governor J. Madison Wells, be requested to forward this protest by telegraph to our said Representatives, in order that the same may be laid before the United States Senate without delay.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 6, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State

---

No. 5.] JOINT RESOLUTION

To ratify and confirm certain contracts made by the Governor at the instance of the Board of Levee Commissioners.

Be it resolved by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That the General Assembly of the State of Louisiana ratify and confirm the contracts that have been made by the Governor, at the instance of the Board of Levee Commissioners, for the re-building of Levees on the Mississippi river, in the State of Louisiana.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 14, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

No. 4.] RESOLUTION CONJOINTE

Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, ont résolu: Au nom du peuple de la Louisiane et de la cause du Gouvernement républicain, nous protestons solennellement contre l'admission par le Sénat des Etats-Unis, de MM. Michael Hahn et R. King Cutler, ou de l'un d'eux, en qualité de Sénateurs de cet Etat, par la raison qu'ils ont été choisis, en violation flagrante des principes et des traditions américaines, par une Législature composée de Représentants d'une minorité infime du peuple qui, elle-même, ne représentait qu'une fraction de l'Etat de la Louisiane.

Ont résolu de plus, La présente protestation sera envoyée aux Représentants au Congrès, que le peuple de cet Etat vient d'élire, avec requête de la porter à la connaissance du Sénat des Etats-Unis.

Ont résolu de plus, Son Excellence le Gouverneur J. Madison Wells est invité à faire parvenir la présente protestation, par la voie du télégraphe, à nos Représentants, afin que ces derniers la portent immédiatement à la connaissance du Sénat des Etats-Unis.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 6 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

---

No. 5.] RESOLUTION CONJOINTE

A l'effet de ratifier et confirmer certains contrats fait par le Gouverneur à la demande du Bureau des Commissaires des Levées.

Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, ont résolu: L'Assemblée Générale de l'Etat de la Louisiane déclare par les présentes ratifier et confirmer les contrats que le Gouverneur, à la demande des commissaires des levées, a faits dans le but de reconstruire les levées sur le Mississipi, dans l'Etat de la Louisiane.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 14 Décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

No. 6.] JOINT RESOLUTIONS.

An act to authorize the Recorders of the different parishes in the State of Louisiana to appoint Deputies, and to define their powers.

Recorders authorized to appoint one deputy.

SECTION 1. Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That the Recorders of the different parishes in the State of Louisiana shall have the right to appoint one Deputy, for whose acts the said Recorders and their sureties shall be responsible.

Oath of Office.

SEC. 2. Be it further enacted, &c., That the said Deputies shall take the oath which the law prescribes in such cases, before entering upon the duties of their office.

Powers of said deputies.

SEC. 3. Be it further enacted, &c., That the said Deputies be, and they are hereby empowered to transact all the business which the Recorders may have to attend to in their capacity of Recorders and ex-officio Notaries Public.

Duty of Recorders.

SEC. 4. Be it further enacted, &c., That the Recorders, when making their appointments of Deputies, shall obtain in writing the consent of their sureties on their bonds to said appointments, extending their liabilities to the acts of their Deputies, which said written consent shall be deposited with the Clerks of the District Courts of their respective parishes, and certified copies thereof forwarded to the Auditor of Public Accounts.

SEC. 5. Be it further enacted, &c., That this act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 15, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 7.] JOINT RESOLUTION

Relative to the election of the Honorable Randell Hunt and the Honorable Henry Boyce as Senators from the State of Louisiana to the Senate of the United States.

Be it resolved by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That copies of the proceedings of the Senate and House of Representatives of the State of Louisiana, in joint session convened, declaring the Honorable Randell Hunt and the Honorable Henry Boyce duly elected United States Senators for the State of Louisiana—the Honorable Randell Hunt for the term of six years, beginning on the 4th day of March, 1865, and the Honorable Henry Boyce for the term of six years, beginning on the 4th day of March, 1861—signed by the President of the Senate and the Speaker of the House of Representatives, to

No. 6.] ACTE

Autorisant les Recorders des différentes paroisses de l'Etat de la Louisiane, à nommer des députés et définissant leurs pouvoirs.

SECTION 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: Les recorders des différentes paroisses de l'Etat de la Louisiane auront le droit de nommer un ou plusieurs députés. Les recorders et leurs cautions seront responsables des actes de ces députés.

Recorders autorisés à nommer un député.

SEC. 2. Décrètent de plus, Ces députés prêteront, avant d'entrer en fonctions, le serment que la loi prescrit en pareils cas.

Serment d'office

SEC. 3. Décrètent de plus, Ces députés sont et demeurent par les présentes autorisés à faire tous actes que le recorder peut être appelé à faire en sa capacité de recorder et de notaire d'office.

Pouvoirs des députés.

SEC. 4. Décrètent de plus, Lorsque les recorders feront les nominations des députés, ils devront obtenir le consentement écrit de leurs cautions à ces nominations, et celles-ci s'engageront en même temps à couvrir de leur responsabilité les actes de ces députés; le dit consentement écrit sera déposé dans le bureau des greffiers des cours de district des paroisses respectives des recorders, et copies certifiées conformes seront transmises à l'Auditeur des comptes publics.

Devoirs des Recorders.

Décrètent de plus, Cet acte sortira son effet à dater de son adoption.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 15 Décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

---

No. 7.] RESOLUTION CONJOINTE

Relative à l'élection de l'Hon. Randall Hunt et le l'Hon. Henry Boyce, Sénateurs de l'Etat de la Louisiane au Congrès des Etats-Unis.

Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: Des exemplaires des travaux du Sénat et de la Chambre des Représentants de l'Etat de la Louisiane, réunis en session conjointe, déclarant l'Hon. Randall Hunt et l'Hon. Henry Boyce, dûment élus Sénateurs des Etats-Unis pour l'Etat de la Louisiane, le premier pour le terme de six ans, à compter du 4 Mars 1865, et le second pour celui de six ans, à compter du 4 Mars 1861, seront remis aux susdits Sénateurs, re-

be delivered to the Honorable Randell Hunt and the Honorable Henry Boyce, and that his Excellency, Governor J. Madison Wells, be respectfully authorized and requested to furnish the Senators elect with their credentials.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 15, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. B. Hardy,
Secretary of State.

---

No. 8.] JOINT RESOLUTION

To request our Representatives in Congress to obtain the restitution of the bonds and securities taken from the State Treasurer.

$4 039,500 to be recovered.

Be it resolved by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That our Representatives in Congress, or either of them, be and they are hereby instructed to use their efforts to obtain the restitution of four millions thirty-nine thousand five hundred ($4,039,500) dollars of State and city bonds, coupons and such other securities as were handed over by B. L. Defreese, the Treasurer of the State, at Shreveport, to Major General F. G. Herron, United States Army, on the surrender of said town of Shreveport.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 15, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. Hardy,
Secretary of State.

---

No. 9.] AN ACT

Appropriating the sum of seven thousand and fifty dollars and ten cents to defray the expenses of fitting up the Mechanics' Institute for the use of the Legislature.

$7,050 10 appropriated.

Section 1. Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That the sum of seven thousand and fifty dollars and ten cents be and the same is hereby appropriated out of any monies in the Treasury not otherwise appropriated, the same being for amount of expenditures

vêtus de la signature du Président du Sénat et de celle de l'Orateur de la Chambre des Représentants; Son Excellence-le Gouverneur J. Madison Wells, est respectueusement autorisé et invité à remettre aux Sénateurs élus leurs lettres de créance.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 15 Décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

---

No. 8.] RESOLUTION CONJOINTE

Pour inviter nos Représentants au Congrès à demander la restitution des bons et cautionnements retirés du Trésor de l'Etat.

Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, ont résolu: Nous invitons par les présentes nos membres au Congrès, chacun d'eux, à faire tous leurs efforts pour obtenir la restitution d'une somme de quatre millions trente-neuf mille cinq cents ($4,039,500) piastres, en bons d'Etat et de ville, en coupons et autres garanties que le Trésorier de l'Etat, B. L. Defreese, a remise au Major-Général F. G. Herron, de l'armée des Etats-Unis, après la reddition de la ville de Shreveport.

Recouvrement de $4,039,500.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 15 Décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

---

No. 9.] ACTE

Assignant la somme de sept mille cinquante piastres et dix cents au paiement des dépenses faites pour préparer l'Institut des Artisans pour l'usage de la Législature.

SECTION. 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: La somme de sept mille cinquante piastres et dix cents est par les présentes allouée, de tous fonds au trésor non autrement affectés, au paiement des dépenses faites par Son Excellence le Gouverneur J. Madison Wells, afin de

Allocation de $7,050 10 cts.

incurred by his Excellency, J. Madison Wells, Governor of the State of Louisiana, in fitting up the Mechanics' Institute for the use of the General Assembly, the said amount to be paid on the warrant of the Auditor of Public Accounts, to the following persons, and as follows:

| | |
|---|---|
| C. W. Grandjean, two thousand three hundred and twenty-seven dollars and eighteen cents | $2,327 18 |
| Allen Hill, two thousand and seventy-six dollars and fifty cents | 2,076 50 |
| A. Brosseau & Co., one thousand six hundred and thirty-nine dollars and ninety-two cents | 1,639 92 |
| Selby & Donlan, two hundred and eighty-four dollars and thirty-five cents | 284 35 |
| J. P. Coulon, three hundred and seventy-one dollars and sixty-five cents | 371 65 |
| P. Ward, one hundred dollars | 100 00 |
| John Gauche, twenty dollars and fifty cents | 20 50 |
| Sampson & Kean, thirty dollars | 30 .00 |
| G. W. R. Bailey, two hundred dollars | 200 00 |
| Total | $7,050 10 |

SEC. 2. Be it enacted, &c., That this act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 18, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 10.] **AN ACT**

To prohibit the carrying of fire-arms on premises or plantations of any citizen, without the consent of the owner.

SECTION 1. Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That it shall not be lawful for any person or persons to carry fire-arms on the premises or plantations of any citizen, without the consent of the owner or proprietor, other than in lawful discharge of a civil or military order; and any person or persons so offending shall be fined a sum not less than one dollar nor more than ten dollars, or imprisoned not less than one day nor more than ten days in the parish jail, or both, at the discretion of any court of competent jurisdiction.

Penalty.

préparer, pour l'usage de l'Assemblée Générale, les salles de l'Institut des Artisans. Le susdit montant sera payé sur le mandat de l'Auditeur des Comptes Publics, aux personnes ci-après désignées, ainsi que suit:

| | |
|---|---|
| C. W. Grandjean, deux mille trois cent vingt-sept piastres et dix-huit cents | $2,327 18 |
| Allen Hill, deux mille soixante-seize piastres et cinquante cents | 2,076 50 |
| A. Brousseau & Cie., mille six cent trente-neuf piastres et quatre-vingt-douze cents | 1,639 92 |
| Selby & Donlaw, deux cent quatrevingt-quatre piastres et trente-cinq cents | 284 35 |
| J. P. Coulon, trois cent soixante-onze piastres et soixante-cinq cents | 371 65 |
| P. Ward, cent piastres | 100 00 |
| John Gauche, vingt piastres et cinquante cents | 20 50 |
| Sampson & Keen, trente piastres | 30 00 |
| G. W. R. Bailey, deux cents piastres | 200 00 |
| Total | $7,050 10 |

Sec. 2. Décrètent de plus: Cet acte sortira son effet à compter de son adoption.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 18 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. Hardy,
Secrétaire d'Etat.

---

No. 10.] **ACTE**

Défendant le port d'armes à feu dans le domaine ou l'habitation de tout citoyen sans le consentement du propriétaire.

Section 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: La loi défend à toute personne de porter des armes à feu dans le domaine ou l'habitation de tout citoyen, sans le consentement du propriétaire, excepté dans l'accomplissement légitime d'un ordre civil ou militaire; toute contravention à cette loi sera punie d'une amende d'au moins une piastre et de dix au plus, ou d'un emprisonnement d'un jour au moins, et qui n'en excèdera pas dix, dans la prison de paroisse; les deux peines pourront être infligées à la fois, à la discrétion de toute cour de juridiction compétente.

Peine contre le port illégal d'armes à feu.

Repealing clause.

SEC. 2. Be it further enacted, &c., That all laws, or parts of laws, to the contrary notwithstanding, be and the same are hereby repealed.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 20, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 11.]

## AN ACT

To Prevent Trespassing.

Persons offending against this Act, before whom tried.

SECTION 1. Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That whosoever shall enter upon any plantation without the permission of the owner or agent, shall be deemed guilty of a misdemeanor, and shall be liable to be arrested and brought before any court of competent jurisdiction, and upon proof of the fact shall be fined in a sum not exceeding one hundred dollars, or imprisoned for a term not exceeding one month, and may, moreover, be required to give bond for good behavior during six months.

Fine.

Repealing clause.

SEC. 2. Be it further enacted, &c., That all laws, or parts of laws, contrary to the provisions of this act, be and the same are hereby repealed.

SEC. 3. Be it further enacted, &c., That this act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 20, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 12.]

## AN ACT

To amend and re-enact the one hundred and twenty-first section of an act entitled "An Act relative to crimes and offences;" approved March 14, 1855.

SECTION 1. Be it enacted by the Senate and House of Representatives of the State of Louisiana in General Assembly convened, That

# Exhibit 75

# ACTS

OF THE

# GENERAL ASSEMBLY

OF THE

# COMMONWEALTH OF KENTUCKY,

PASSED AT THE

SESSION OF THE GENERAL ASSEMBLY WHICH WAS BEGUN AND HELD IN THE CITY OF FRANKFORT, ON MONDAY, THE FOURTH DAY OF DECEMBER, 1865.

PUBLISHED BY AUTHORITY.

FRANKFORT, KY.:
PRINTED AT THE STATE PRINTING OFFICE.
GEORGE D. PRENTICE, STATE PRINTER.
1866.

1866.

## CHAPTER 656.

AN ACT to prevent shooting on the Sabbath in this Commonwealth.

*Be it enacted by the General Assembly of the Commonwealth of Kentucky:*

Unlawful to hunt on the lands of another on the Sabbath.
Misdemeanor to have gun in possession on an'ther's premises on Sabbath.
How proceeded against.
Penalty.

§ 1. That no person shall, within this Commonwealth, on the Sabbath day, enter or go upon the land of another person to catch, shoot, or kill any birds, fowl, or animal of any kind; and any such person having in his possession a gun at the time, or after he enters upon the premises of another as aforesaid, shall, upon proof, be guilty of a violation of this act, and, upon conviction thereof, by proceedings before any justice of the peace, in any county of the State, in the name of the Commonwealth, be fined a sum not less than $20 and not more than $50 and costs, to half of which fines the informer shall be entitled, and the other half shall go to the Commonwealth.

§ 2. This act to take effect from its passage.

Approved February 16, 1866.

## CHAPTER 671.

AN ACT to regulate the public printing and binding.

*Be it enacted by the General Assembly of the Commonwealth of Kentucky:*

Acts and Journals to be printed immediately.

§ 1. That the Acts and Journals of the present meeting of the General Assembly shall be printed and bound and distributed as soon after the next adjournment of the General Assembly for recess as can be conveniently done.

§ 2. This act shall take effect from its passage.

Approved February 16, 1866.

## CHAPTER 672.

AN ACT in relation to contracts with negroes and mulattoes.

*Be it enacted by the General Assembly of the Commonwealth of Kentucky:*

In contracts for labor with negroes, parties may stipulate that they shall be entire.
Either party abandoning contract without cause, other held to have performed it.
Contracts to be in writing.
Attested by white person.

§ 1. That it shall be lawful, in contracts for labor or service between white persons and negroes or mulattoes, for the parties to stipulate that the same are to be held as entire; and if either party shall, without good cause, abandon the contract, the other party shall be held to have completed the same.

§ 2. That all contracts entered into under this act shall be in writing, and attested by some white person.

§ 3. This act to take effect from its passage.

Approved February 16, 1866.

# Exhibit 76

# PUBLIC LAWS

OF THE

# STATE OF NORTH CAROLINA,

PASSED BY THE

# GENERAL ASSEMBLY

AT ITS

## SESSION 1868-'69,

TO WHICH ARE PREFIXED

THE CONSTITUTION OF THE STATE AND A REGISTER OF STATE OFFICERS, MEMBERS OF THE GENERAL ASSEMBLY AND JUDICIARY.

---

WITH

THE AUDITOR'S STATEMENT OF THE PUBLIC REVENUE AND EXPENDITURE.

---

***PRINTED FOR THE SECRETARY OF STATE.***

---

RALEIGH:
M. S. LITTLEFIELD, STATE PRINTER & BINDER.
1869.

Rec. Jan. 17, 1900.

authority hereby granted shall cease with the year eighteen hundred and sixty-nine.

Sec. 3. *Be it further enacted*, That this act shall be in force from and after its ratification.

Ratified the 26th day of January, A. D. 1869.

---

## CHAPTER XVII.

AN ACT TO TRANSFER CASES FROM THE DOCKET OF THE LATE CRIMINAL COURT IN CRAVEN COUNTY TO THE SUPERIOR COURT OF THE SAME.

Clerk Criminal Court directed to transfer cases to Superior Court.

Section 1. *The General Assembly of North Carolina do enact*, That the Clerk of the Criminal Court in Craven County, abolished by act of General Assembly, ratified the eleventh day of August, Anno Domini, eighteen hundred and sixty-eight, be, and he is hereby authorized and directed to transfer the cases on the docket of the same at the time it was abolished to the Superior Court of Craven County, on or before the third Monday in January, Anno Domini, eighteen hundred and sixty-nine.

Sec. 2. This act shall take effect from and after its ratification.

Ratified the 26th day of January, A. D. 1869.

---

## CHAPTER XVIII.

AN ACT TO PROHIBIT HUNTING ON THE SABBATH.

Hunting on the Sabbath prohibited.

Section 1. *The General Assembly of North Carolina do enact*, That if any person or persons whomsoever shall be known to hunt in this State on the Sabbath with a

dog or dogs, or shall be found off of their premises on the Sabbath, having with him or them a shot-gun, rifle or pistol, he or they shall be subject to indictment; and, upon conviction, shall pay a fine not to exceed fifty dollars at the discretion of the Court, two-thirds of such fine to enure to the benefit of the free public schools in the County of which such convict is a resident, the remainder to the informant.

Penalty upon failure to pay fine.

SEC. 2. That upon failure of such convict to pay the required fine, he shall be imprisoned at hard labor for not more than three months as the Court, in its judgment, shall direct: *Provided*, That this act shall not apply to any person who may violate its provision in defence of his own property.

Proviso.

SEC. 3 This act shall take effect from and after March first, eighteen hundred and sixty-nine.

Ratified the 27th day of January, A. D. 1869.

---

## CHAPTER XIX.

AN ACT TO AUTHORIZE AND EMPOWER R. W. HARDIE, LATE SHERIFF OF CUMBERLAND COUNTY, TO COLLECT ARREARS OF TAXES FOR THE YEARS EIGHTEEN HUNDRED AND SIXTY-SIX AND EIGHTEEN HUNDRED AND SIXTY-SEVEN.

Sheriff of Cumberland empowered to collect taxes.

SECTION 1. *The General Assembly of North Carolina do enact*, That R. W. Hardie, late Sheriff of Cumberland County, be and he is hereby authorized and empowered to collect all arrears of taxes due him for the years eighteen hundred and sixty-six and eighteen hundred and sixty-seven, which collection shall be made under the same rules, regulations and restrictions as other collection of taxes by virtue of the laws of the State.

When power to cease.

SEC. 2. *Be it further enacted*, That the power and