UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ., | : | |
| | : | DKT No.: 3:23-cv-00056-JBA |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KATIE DYKES, in her official capacity only, | : | |
| | : | |
| Defendant. | : | APRIL 4, 2023 |

## JOINT STATUS REPORT

Pursuant to the Court's scheduling order entered on January 30, 2023 (Dkt. 15), the parties respectfully submit the following joint status report as to the progress of this case.

**I.   PLEADINGS**

Katie Dykes, the Commissioner of the Department of Energy and Environmental Protection, filed a motion to dismiss and her opposition to the Plaintiff's motion for a preliminary injunction on March 30, 2023. Per the Court's January 30, 2023 order (Dkt. 15), the Plaintiff will respond by 5:00 PM, April 14, 2023. The Plaintiff will not seek permission to amend his verified complaint a second time at this stage. The Plaintiff, however, may move for additional pages to reply to the Defendant's opposition to the Plaintiff's motion for a preliminary injunction.

**II.   DISCOVERY COMPLETED BY AGREEMENT**

The parties have conducted written discovery by agreement to prepare a record for the Court's consideration of the Plaintiff's motion for a preliminary injunction.

Defendant served initial Interrogatories and Requests for Production on Feb. 1, 2023. Plaintiff served his objections and responses on March 2, 2023.

Plaintiff served initial Interrogatories and Requests for Production on Feb. 16, 2023. Defendant served her objections and responses on March 20, 2023.

Plaintiff served Requests for Admission on Plaintiff on Feb. 16, 2023. Defendant served her objections and responses on March 20, 2023.

Each party has fully complied to the best of their ability with the requests that the other party has made, and each party is treating those requests as imposing a continuing duty to respond as they would carry in the normal course of litigation.

### III.     **DISCOVERY TO BE COMPLETED**

While reserving the right to pursue further discovery after the preliminary injunction hearing and in observance of the parties' eventual Rule 26(f) report, as necessary, the parties are in agreement that any additional discovery prior to May 1, 2023 will be limited to the following: The Plaintiff desires to depose Defendant's declarant and disclosed fact witness Col. Chris Lewis, as well as a keeper of records from the Department of Energy and Environmental Protection ("DEEP") who can speak to the number of deer and/or turkeys hunted annually by the use of firearms, if necessary. Plaintiff further desires to depose only one of Defendant's expert witnesses, Professor Saul Cornell.  Plaintiff will give Professor Cornell no less than ten days advance notice of his deposition.

The Defendant will likely depose the Plaintiff prior to the preliminary injunction hearing.

## IV.     EXHIBITS AND WITNESSES FOR PRELIMINARY INJUNCTION HEARING

The parties have identified their anticipated exhibits and witnesses for the scheduled preliminary injunction hearing through their written discovery responses and materials submitted in support of Plaintiff's motion for preliminary injunction and Defendant's opposition thereto. Additionally, the parties may supplement the existing record with deposition testimony from the depositions of Col. Lewis, the keeper of records for DEEP, Prof. Saul Cornell, and Plaintiff David Nastri. The parties anticipate that those already identified exhibits and excerpted transcripts will form the record each party intends to offer at the preliminary hearing, in addition to testimony from the individuals already identified as witnesses.

By April 20, 2023, the parties shall exchange the exhibits that they intend to offer at the preliminary injunction hearing. By April 23, 2023, the parties shall advise each other of any exhibits to which they intend to object to full admission.

By April 24, 2023, the parties will meet and confer to resolve any disputes, to the extent possible, regarding what exhibits can be entered into the record by stipulation, as well as whether any live witness testimony will be necessary. If they do not agree that a joint record will eliminate the need for a preliminary injunction hearing, the parties will exchange witness lists and exhibits, provide copies of both to the Court pursuant to its standing chambers practices, and endeavor to reach agreements as to the admissibility of the exhibits in advance of the hearing.

Parties will confer, on or before April 28, 2023, to establish the availability of live witnesses, anticipated testimony length and other issues relevant to the efficient presentation of live testimony, to extent required by the Court or either party.

**V.      SCHEDULING**

The parties have adhered to the schedule set by the Court on January 30, 2023, and, barring the unexpected, they agree that no changes to the scheduling of this case need to be made.

**VI.     CONCLUSION**

The parties are prepared to proceed as originally scheduled with the preliminary injunction hearing on May 1-4, 2023. They intend to meet and confer regarding the record each party intends to submit by April 24, 2023. Following that meet-and-confer, the parties respectfully request that the Court schedule a telephonic status conference on any of the following dates: April 25th, 26th, 27, or 28th, to determine if the preliminary injunction hearing is still necessary and, if so, how many witnesses each party intends to call.

The Plaintiff,

By: /s/ Cameron L. Atkinson /s/
Cameron L. Atkinson, Esq. (ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com


DEFENDANT-COMMISSIONER
KATIE DYKES

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Timothy J. Holzman
Timothy J. Holzman (ct30420)
Blake T. Sullivan (ct30289)
Thadius L. Bochain (ct31367)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue
Hartford, CT 06106
860-808-5020 (phone)
860-808-5347 (fax)
Timothy.Holzman@ct.gov
Blake.Sullivan@ct.gov
Thadius.Bochain@ct.gov
Attorneys for the Commissioner

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/