UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ., *Plaintiff* | : : : | CIVIL NO. 3:23-CV-0056 (JBA) |
| V. | : : | |
| KATIE DYKES, in her official capacity *Defendant* | : : : | APRIL 28, 2023 |

### MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and Local Rule 7(b)(2), the Defendant, Katie Dykes, respectfully moves for an extension of time until May 3, 2023, to file her reply to the Plaintiff's Opposition to Motion to Dismiss (ECF # 27). The extension is necessary so that the transcript from Plaintiff's deposition, which took place yesterday on April 27, 2023, can be prepared and sent to counsel. Plaintiff's deposition testimony is relevant to issues raised in the motion to dismiss, and the court reporter indicated that a transcript will not be ready until next Monday (5/1) or Tuesday (5/2). Therefore, for the foregoing reasons, the Defendant respectfully requests this motion for extension of time be granted to allow for the undersigned's receipt and review of the transcript.

Plaintiff will not be prejudiced by this extension and his counsel has, pursuant to Local Rule 7(b)(2) been contacted, and he <u>consents</u> to this motion.

**WHEREFORE**, it is respectfully requested this motion be granted.

                DEFENDANT,
                KATIE DYKES, in her official capacity

                WILLIAM TONG
                ATTORNEY GENERAL

BY:      /s/ Blake T. Sullivan
                Blake T. Sullivan (ct30289)
                Timothy J. Holzman (ct30420)
                Thadius L. Bochain (ct31367)
                Assistant Attorneys General
                165 Capital Avenue
                Hartford, CT 06105
                Tel: (860) 808-5020
                Fax: (860) 808-5347
                E-Mail: Blake.Sullivan@ct.gov
                        Timothy.Holzman@ct.gov
                        Thadius.Bochain@ct.gov

**CERTIFICATION**

I hereby certify that on April 28, 2023, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

                                        ___/s/ Blake T. Sullivan___
                                        Blake T. Sullivan
                                        Assistant Attorney General