# Exhibit A

```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF CONNECTICUT

 3
     ---------------------------x
 4   DAVID J. NASTRI
                  Plaintiff              Case No.
 5                                        3:23CV56 (JBA)
             vs.
 6                                        April 27, 2023
     KATIE DYKES,
 7   IN HER OFFICIAL CAPACITY,
                  Defendant
 8   ---------------------------x

 9

10
                   DEPOSITION OF DAVID J. NASTRI
11

12

13
          Taken before Irma Sanchez-Farnham, a Notary Public within
14   and for the State of Connecticut, pursuant to Notice and Federal
     Rules of Civil Procedure, at the Office of the Attorney General,
15   165 Capitol Avenue, Hartford, Connecticut, on April 27, 2023,
     commencing at 10:23 a.m.
16

17

18

19

20

21

22

23              FALZARANO COURT REPORTERS, LLC
                       4 Somerset Lane
24                   Simsbury, CT 06070
                        860.651.0258
25              www.falzaranocourtreporters.com
```

```
 1   APPEARANCES:

 2         For the Plaintiff:

 3         ATKINSON LAW, LLC
           122 Litchfield Road, Suite 2
 4         P.O. Box 340
           Harwinton, CT 06791
 5         203.677.0782
           catkinson@atkinsonlawfirm.com
 6              By:   CAMERON L. ATKINSON, ESQ.

 7
           For the Defendant:
 8
             OFFICE OF THE ATTORNEY GENERAL
 9           165 Capitol Avenue
             Hartford, CT 06106
10           860.808.5020
             thadius.bochain@ct.gov
11                By:   THADIUS BOCHAIN, ESQ.
                        TIMOTHY J. HOLZMAN, ESQ.
12                      BLAKE T. SULLIVAN, ESQ
                        MAURA MURPHY OSBORNE, ESQ.
13

14   Also Present:

15   Keylalee Rivera

16

17

18

19

20

21

22

23

24

25
```

```
 1   BY MR. BOCHAIN:
 2       Q    The threat of danger meaning the threat of danger
 3   that you would pose to somebody?  Or help me understand
 4   when you say the threat of danger.
 5       A    Well, I'm trying to understand your question.
 6       Q    Okay.  Let me rephrase it.
 7       A    Okay.
 8       Q    So is there a reason why you prefer to carry a
 9   pistol as opposed to, say, a knife?
10       A    Yes.  A pistol is a more effective means of
11   self-defense than a knife.  A knife implies that you're
12   engaging in close physical combat with someone and that, by
13   its nature, is riskier than a firearm to me.
14       Q    Okay. And so is there any other reason that you
15   prefer to carry a pistol as opposed to say a knife, other
16   than it being just a more effective means of self-defense?
17       A    No.
18       Q    Okay.  Do you have your pistol permit on you now?
19       A    I do.
20       Q    Do you routinely carry your pistol permit with you?
21       A    Yes.
22       Q    Let me ask it this way:  Do you always carry your
23   pistol permit?
24       A    I do.
25       Q    All right.  Has there ever been a time where you
```

1   Q   Okay. Now, if you recall, when you took that class,
2   did the class teach you about firearm safety?
3   A   I have no recollection of it.
4   Q   Do you have any recollection of that class?
5   A   Only the firearms, the actual shooting of it.  I
6   only remember that because at the time the Cheshire Police
7   Department was in a different location and had a shooting
8   range in the basement.
9   Q   In a basement?
10  A   Of the police department.  That's where we did it.
11  And you know, that's the only reason I remember anything
12  about it.
13  Q   Okay.  So the only thing that you remember from the
14  class is just the shooting part of it?
15  A   Correct.
16  Q   All right.  So you don't remember any of the
17  substance of the class?
18  A   No.
19  Q   Let me circle back to the pistol permit for a
20  second.  Do you ever carry a firearm when you do not have
21  your pistol permit on you?
22  A   No.
23  Q   All right.  So for example, like when you're going
24  for a run and you don't have your wallet on you, you
25  wouldn't be carrying a firearm?

1  A     That's correct.
2  Q     And so are you generally familiar with the laws in
3  Connecticut regarding where you can -- gun ownership and
4  possession?
5  A     Yes.
6  Q     Are you familiar with the laws in Connecticut
7  regarding where you can carry your firearm in Connecticut?
8  A     Generally, yes.
9  Q     And so the laws that you are familiar with, do you
10 abide by those?
11 A     I do.
12 Q     Do you always abide by those?
13 A     I do.
14 Q     And so, for example, when you transport your firearm
15 when you're driving somewhere, are you aware that there's
16 laws requiring you -- how to store it properly?
17 A     Yes.
18 Q     And you comply with those?
19 A     I do.
20 Q     In terms of storage, like how do you go about
21 storing it in your car?
22 A     I have gun safes bolted to the passenger side floor
23 on the backseat.
24 Q     The backseat of your --
25 A     In the backseat of the car, there's a gun safe

1    that law.  I think that's probably the only conversation I
2    had with someone.
3        Q    So do you have various conversations with people
4    about Connecticut laws regarding guns?
5                MR. ATKINSON:  Objection to form.
6                MR. BOCHAIN:  I'll rephrase.
7    BY MR. BOCHAIN:
8        Q    Within the past two years, have you had various
9    conversations with people about gun laws in Connecticut?
10       A    Yes, in the context of Exhibit 4.  So you know, we
11   had a lot of conversations about this particular case.
12   Outside of that, I would say no.
13       Q    Do you consider yourself fairly knowledgeable about
14   gun laws in Connecticut?
15       A    Probably more knowledgeable than the average person.
16       Q    Okay.  And why would you say that?
17       A    I'm interested.  I own firearms.  I want to make
18   sure I'm compliant.  Probably those reasons.
19       Q    And so when you say you make sure you're compliant,
20   can you help me understand?  Like you want to make sure you
21   follow the laws?
22       A    Correct.  Correct.  It's an evolving area of law.
23   So for example, the assault weapon ban, I own a firearm
24   that falls into that category and so when that was all
25   happening, I had to register that, and magazines that I had

1                clarify something?
2                     MR. ATKINSON:  Yes.  I believe you asked
3                him questions about where he might not carry
4                a gun.  And during the break he certainly
5                remembered a place that he certainly thinks
6                he should've connected the dots originally
7                but would be a gross oversight if he didn't
8                tell you.  So I think if you want to re-ask
9                the question of where he goes where he
10               doesn't carry a gun, he would have something
11               to add to that.
12                    MR. BOCHAIN:  All right.  I might have
13               some follow-up questions.  Is it an
14               additional place that he wouldn't carry his
15               gun?
16                    MR. ATKINSON:  Yes.
17     BY MR. BOCHAIN:
18         Q    What is that location?
19         A    State parks and forests.
20         Q    Okay.
21         A    I don't know why I didn't connect the dots to this
22     case and that question.
23         Q    All right.  So you wouldn't carry your gun in a
24     state park or forest?
25         A    Correct.

1   A   I would say that's probably true.  You know I'm
2   thinking government building, if there's some other
3   category of government building I'm not thinking of, but I
4   think most government buildings prohibit firearms.  So if
5   they did, I would not.
6   Q   Okay.  So if a government building prohibits
7   firearms, you're not going to carry?
8   A   Correct.
9   Q   And why is that?
10  A   Because that's a place that they're not permitted.
11  Just like the restaurant owner says you can't bring a gun
12  here.
13  Q   All right.  And again, the Webster, like, work
14  function, you said you wouldn't carry there?
15  A   Correct.
16  Q   And at work you don't carry?
17  A   Correct.
18  Q   Your brother's house, you don't carry?
19  A   Correct.
20  Q   And you also mentioned state parks and forests you
21  don't carry?
22  A   Correct.
23  Q   And you wouldn't carry at any of those locations?
24  A   Correct.
25  Q   All right.  And so I'd like to have you go to -- and

1  Q   And it's been your past practice to not carry your
2  firearms to those locations, right?
3  A   No, not all of them.
4  Q   Okay.  Tell me about that.
5  A   So in regard to state parks and forests, I would
6  carry a firearm in those locations up until I became aware
7  of this regulation that prohibits that.
8  Q   All right.  So once you became aware of the
9  regulation, though, you stopped carrying your firearm?
10 A   That is correct.
11 Q   All right.  And so going forward, so put state parks
12 and forests aside for a second, but the post office, the
13 government buildings, schools, the list that we went
14 through before, it is your practice going forward to not
15 carry a firearm in those locations?
16 A   That is correct.
17 Q   All right.  And going forward it's going to be your
18 practice to not carry your firearm in a state park or
19 forest?
20 A   Until the resolution of this case, yes.
21 Q   All right.  But you do not carry your firearm in a
22 state park or forest?
23 A   That is correct.
24 Q   Now, to ask some questions about the regulation in
25 question which you just referred to.  When did you become

```
 1                    STATE OF CONNECTICUT

 2

 3          I, Irma Sanchez-Farnham, a Notary Public, duly

 4    commissioned and qualified in and for the State of

 5    Connecticut, do hereby certify that pursuant to Notice

 6    there came before me, on the 27th day of April 2023, the

 7    following named person, to wit:  DAVID J. NASTRI, who was

 8    by me duly sworn to testify to the truth and nothing but

 9    the truth; that he was thereupon carefully examined upon

10    his oath and his examination reduced to writing under my

11    supervision; that this deposition is a true record of the

12    testimony given by the witness.

13              I further certify that I am neither attorney

14    nor counsel for, nor related to, nor employed by any of

15    the parties to the action in which this deposition is

16    taken, and further, that I am not a relative or employee

17    of any attorney or counsel employed by the parties hereto,

18    or financially interested in this action.

19              IN WITNESS THEREOF, I have hereunto set my hand

20    this 27th day of April 2023.

21

22          s/s_____
                         Irma Sanchez-Farnham
23                         Notary Public

24
    My Commission Expires:  February 29, 2028
25
```