✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF
### CONNECTICUT

DAVID J. NASTRI, ESQ.

**EXHIBIT AND WITNESS LIST**

V.

KATIE DYKES

Case Number: 3:23-cv-00056 (JBA)

| PRESIDING JUDGE  Hon. Janet Bond Arterton | PLAINTIFF'S ATTORNEY  Attorney Cameron Atkinson | DEFENDANT'S ATTORNEY  AAG's Thadius Bochain, Blake Sullivan & Timothy Holzman |
|---|---|---|
| TRIAL DATE (S)  05/09/2023 - 05/10/2023 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Ordinances & Laws About Parks: 1858 Central Park, NY [Stipulated by Counsel "SBC"] |
| | 2 | | | | Ordinances & Laws About Parks: 1866 Brooklyn, NY (Prospect Park) [SBC] |
| | 3 | | | | Ordinances & Laws About Parks: 1868 Pennsylvania Laws [SBC] |
| | 4 | | | | Ordinances & Laws About Parks: 1868 Prospect Park, Brooklyn, NY [SBC] |
| | 5 | | | | Ordinances & Laws About Parks: 1870 Fairmount Park, PA [SBC] |
| | 6 | | | | Ordinances & Laws About Parks: 1872 San Francisco, CA [SBC] |
| | 7 | | | | Ordinances & Laws About Parks: 1873 Chicago, IL [SBC] |
| | 8 | | | | Ordinances & Laws About Parks: 1875 Hyde Park, IL [SBC] |
| | 9 | | | | Ordinances & Laws About Parks: 1878 Phoenixville, PA [SBC] |
| | 10 | | | | Ordinances & Laws About Parks: 1881 Chicago, IL [SBC] |
| | 11 | | | | Ordinances & Laws About Parks: 1881 St. Louis, MO [SBC] |
| | 12 | | | | Ordinances & Laws About Parks: 1883 Danville, IL [SBC] |
| | 13 | | | | Ordinances & Laws About Parks: 1883 Tower Grove Park, St. Louis, MO [SBC] |
| | 14 | | | | Ordinances & Laws About Parks: 1886 Boston, MA [SBC] |
| | 15 | | | | Ordinances & Laws About Parks: 1887 Reading, PA [SBC] |
| | 16 | | | | Ordinances & Laws About Parks: 1888 Salt Lake City, UT [SBC] |
| | 17 | | | | Ordinances & Laws About Parks: 1888-1889 St. Paul, MN [SBC] |
| | 18 | | | | Ordinances & Laws About Parks: 1890 Trenton, NJ [SBC] |
| | 19 | | | | Ordinances & Laws About Parks: 1890 Williamsport, PA [SBC] |
| | 20 | | | | Ordinances & Laws About Parks: 1891 Grand Rapis, MI [SBC] |
| | 21 | | | | Ordinances & Laws About Parks: 1891 Lynn, MA [SBC] |
| | 22 | | | | Ordinances & Laws About Parks: 1891 Springfield, MA [SBC] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DAVID J. NASTRI, ESQ. | | | VS. | KATIE DYKES | CASE NO. 3:23-cv-00056 (JBA) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 23 | | | | Ordinances & Laws About Parks: 1892 Peoria, IL [SBC] |
| | 24 | | | | Ordinances & Laws About Parks: 1892 Spokane, WA [SBC] |
| | 25 | | | | Ordinances & Laws About Parks: 1893 Pittsburgh, PA [SBC] |
| | 26 | | | | Ordinances & Laws About Parks: 1893 Wilmington, DE [SBC] |
| | 27 | | | | Ordinances & Laws About Parks: 1895 Canton, IL [SBC] |
| | 28 | | | | Ordinances & Laws About Parks: 1895 Detroit, MI [SBC] |
| | 29 | | | | Ordinances & Laws About Parks: 1896 Indianapolis, IN [SBC] |
| | 30 | | | | Ordinances & Laws About Parks: 1896 Rochester, NY [SBC] |
| | 31 | | | | Ordinances & Laws About Parks: 1898 Kansas City, MO [SBC] |
| | 32 | | | | Ordinances & Laws About Parks: 1898 Wilmington, DE [SBC] |
| | 33 | | | | Ordinances & Laws About Parks: 1899 Boulder, CO [SBC] |
| | 34 | | | | Ordinances & Laws About Parks: 1902 Hartford, CT [SBC] |
| | 35 | | | | Ordinances & Laws About Parks: 1902 New Bedford, MA [SBC] |
| | 36 | | | | Ordinances & Laws About Parks: 1903 Lowell, MA [SBC] |
| | 37 | | | | Ordinances & Laws About Parks: 1903 New York City, NY [SBC] |
| | 38 | | | | Ordinances & Laws About Parks: 1903 Troy, NY [SBC] |
| | 39 | | | | Ordinances & Laws About Parks: 1904 Houston, TX [SBC] |
| | 40 | | | | Ordinances & Laws About Parks: 1904 Neligh, NE [SBC] |
| | 41 | | | | Ordinances & Laws About Parks: 1904 Pueblo, CO [SBC] |
| | 42 | | | | Ordinances & Laws About Parks: 1905 Harrisburg, PA [SBC] |
| | 43 | | | | Ordinances & Laws About Parks: 1905 Haverhill, MA [SBC] |
| | 44 | | | | Ordinances & Laws About Parks: 1905 Minnesota [SBC] |
| | 45 | | | | Ordinances & Laws About Parks: 1905 Saginaw, MI [SBC] |
| | 46 | | | | Ordinances & Laws About Parks:1906 Chicago, IL [SBC] |
| | 47 | | | | Ordinances & Laws About Parks: 1906 Denver, CO [SBC] |
| | 48 | | | | Ordinances & Laws About Parks: 1906 Los Angeles, CA [SBC] |
| | 49 | | | | Ordinances & Laws About Parks: 1907 Olean, NY [SBC] |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DAVID J. NASTRI, ESQ. | | vs. | KATIE DYKES | | CASE NO. 3:23-cv-00056 (JBA) |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 50 | | | | Ordinances & Laws About Parks: 1907 Seattle, WA [SBC] |
| | 51 | | | | Ordinances & Laws About Parks: 1909 Memphis, TN [SBC] |
| | 52 | | | | Ordinances & Laws About Parks: 1909 Oakland, CA [SBC] |
| | 53 | | | | Ordinances & Laws About Parks: 1909 Paducah, KY [SBC] |
| | 54 | | | | Ordinances & Laws About Parks: 1910 Staunton, VA [SBC] |
| | 55 | | | | Ordinances & Laws About Parks: 1911 Colorado Springs, CO [SBC] |
| | 56 | | | | Ordinances & Laws About Parks: 1912 New york City, NY [SBC] |
| | 57 | | | | Ordinances & Laws About Parks: 1914 Connecticut [SBC] |
| | 58 | | | | Ordinances & Laws About Parks: 1914 Grand Rapids, MI [SBC] |
| | 59 | | | | Ordinances & Laws About Parks: 1914 New Haven, CT [SBC] |
| | 60 | | | | Ordinances & Laws About Parks: 1917 Birmingham, AL [SBC] |
| | 61 | | | | Ordinances & Laws About Parks: 1917 Joplin, MO [SBC] |
| | 62 | | | | Ordinances & Laws About Parks: 1917 Wisconsin [SBC] |
| | 63 | | | | Ordinances & Laws About Parks:1918 Connecticut [SBC] |
| | 64 | | | | Ordinances & Laws About Parks: 1920 Salt Lake City, UT [SBC] |
| | 65 | | | | Ordinances & Laws About Parks: 1921 Burlington, VT [SBC] |
| | 66 | | | | Ordinances & Laws About Parks: 1921 North Carolina [SBC] |
| | 67 | | | | Ordinances & Laws About Parks: 1922 Chattanooga, TN [SBC] |
| | 68 | | | | Ordinances & Laws About Parks: 1924 Connecticut [SBC] |
| | 69 | | | | Ordinances & Laws About Parks: 1897-1936 Complied Firearms Reg. for Federal Parks [SBC] |
| | 70 | | | | Ordinances & Laws About Parks: 1936 Federal National Parks Regulation [SBC] |
| | 71 | | | | Laws Addressing Hunting and Firearms on Another's Property: 1721 Pennsylvania Acts [SBC] |
| | 72 | | | | Laws Addressing Hunting and Firearms on Another's Property: 1722 New Jersey Acts [SBC] |
| | 73 | | | | Laws Addressing Hunting and Firearms on Another's Property: 1771 New Jersey Acts [SBC] |
| | 74 | | | | Laws Addressing Hunting and Firearms on Another's Property: 1865 Louisiana Acts [SBC] |
| | 75 | | | | Laws Addressing Hunting and Firearms on Another's Property: 1866 Kentucky Acts [SBC] |
| | 76 | | | | Laws Addressing Hunting and Firearms on Another's Property: 1869 North Carolina Acts [SBC] |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | DAVID J. NASTRI, ESQ. | | VS. | | KATIE DYKES | CASE NO. 3:23-cv-00056 (JBA) |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 77 | | | | Laws Addressing Sensitive Places: 1776 Delaware Constitution [SBC] | |
| | 78 | | | | Laws Addressing Sensitive Places: 1786 Virginia Acts [SBC] | |
| | 79 | | | | Laws Addressing Sensitive Places: 1787 New York Laws [SBC] | |
| | 80 | | | | Laws Addressing Sensitive Places: 1792 North Carolina Statutes [SBC] | |
| | 81 | | | | Laws Addressing Sensitive Places: 1797 New Jersey Acts [SBC] | |
| | 82 | | | | Laws Addressing Sensitive Places: 1831 Louisiana Ordinances [SBC] | |
| | 83 | | | | Laws Addressing Sensitive Places: 1869 Tennessee Acts [SBC] | |
| | 84 | | | | Laws Addressing Sensitive Places: 1870 Georgia Acts and Resolutions [SBC] | |
| | 85 | | | | Laws Addressing Sensitive Places: 1870 Louisiana Acts [SBC] | |
| | 86 | | | | Laws Addressing Sensitive Places: 1870 Texas Laws [SBC] | |
| | 87 | | | | Laws Addressing Sensitive Places: 1874 Maryland Laws [SBC] | |
| | 88 | | | | Laws Addressing Sensitive Places: 1874 Missouri Laws [SBC] | |
| | 89 | | | | Laws Addressing Sensitive Places: 1874 Texas Laws [SBC] | |
| | 90 | | | | Laws Addressing Sensitive Places: 1878 Mississippi Laws [SBC] | |
| | 91 | | | | Laws Addressing Sensitive Places: 1879 Missouri Laws [SBC] | |
| | 92 | | | | Laws Addressing Sensitive Places: 1880 Mississippi Laws [SBC] | |
| | 93 | | | | Laws Addressing Sensitive Places: 1882 New Orleans Laws and Ordinances [SBC] | |
| | 94 | | | | Laws Addressing Sensitive Places: 1886 Maryland Laws [SBC] | |
| | 95 | | | | Laws Addressing Sensitive Places: 1889 Arizona Acts [SBC] | |
| | 96 | | | | Laws Addressing Sensitive Places: 1889 Idaho Laws [SBC] | |
| | 97 | | | | Laws Addressing Sensitive Places: 1890 Oklahoma Statutes [SBC] | |
| | 98 | | | | Laws Addressing Sensitive Places: 1892 Mississippi Laws [SBC] | |
| | 99 | | | | Laws Addressing Sensitive Places: 1892 Vermont Laws [SBC] | |
| | 100 | | | | Laws Addressing Sensitive Places: 1901 Arizona Acts [SBC] | |
| | 101 | | | | Laws Addressing Sensitive Places: 1903 Montana Acts [SBC] | |
| | 102 | | | | Laws Addressing Sensitive Places: 1907 Montana Laws [SBC] | |
| | 104 | | | | DEEP Exhibits: 1949 Regulation CT [SBC] | |

✎AO 187A (Rev. 7/87)            **EXHIBIT AND WITNESS LIST – CONTINUATION**

| DAVID J. NASTRI, ESQ. | | | vs. | KATIE DYKES | CASE NO. 3:23-cv-00056 (JBA) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 105 | | | | DEEP Exhibits: 1951 Manual [SBC] |
| | 106 | | | | DEEP Exhibits: 1969 Sleep Giant Deed [SBC] |
| | 107 | | | | DEEP Exhibits: 2011 UConn Economic Study [SBC] |
| | 108 | | | | DEEP Exhibits: 2023 Hunting and Trapping Guide [SBC] |
| | 109 | | | | DEEP Exhibits: Directive 5000D9 re: Carryiing Personal Firearms [SBC] |
| | 110 | | | | DEEP Exhibits: Map of CT Parks & Forests [SBC] |
| | 111 | | | | DEEP Exhibits: 2013 Centennial Overview [SBC] |
| | 112 | | | | DEEP Exhibits: Photograph Sleep Giant Observation Tower [SBC] |
| | 113 | | | | DEEP Exhibits: DEEP Regulations [SBC] |
| | 114 | | | | DEEP Exhibits: 2014 Legislative Report re: DEEP Staffing & Funding [SBC] |
| | 115 | | | | DEEP Exhibits: Photograph of Hammonasset Beach State Park [SBC] |
| | 116 | | | | DEEP Exhibits: Directive re EnCon Image [SBC] |
| | 117 | | | | DEEP Exhibits: Fort Trumbull Photograph [SBC] |
| | 118 | | | | University Regulations: 1655 Laws of Harvard College [SBC] |
| | 119 | | | | University Regulations: 1745 Laws of Yale College [SBC] |
| | 120 | | | | University Regulations: 1810 Minutes of the Senatus Academicus of the State of Georgia [SBC] |
| | 121 | | | | University Reulations: 1830 Laws and Regulations of the College of William and Mary [SBC] |
| | 122 | | | | University Regulations: 1831 Oakland College (Miss Presbytery) [SBC] |
| | 123 | | | | University Regulations: 1832 Laws of Waterville College Maine [SBC] |
| | 124 | | | | University Regulations: 1838 University of North Carolina - Acts of the General Assembly & Ordinances of the Trustees [SBC] |
| | 125 | | | | Laws Addressing Militia and Parades: 1820 New Hampshire Laws [SBC] |
| | 126 | | | | Laws Addressing Militia and Parades: 1866 Massachusetts Acts [SBC] |
| | 127 | | | | Laws Addressing Militia and Parades: 1870 Louisiana Laws [SBC] |
| | 128 | | | | Laws Addressing Militia and Parades: 1873 Kentucky Laws [SBC] |
| | 129 | | | | Laws Addressing Militia and Parades: 1873 Pennsylvania Laws [SBC] |
| | 130 | | | | A&R Towpath Lease [SBC] |
| | 131 | | | | Chapter 230 of the Connecticut Public Acts of 1913 [SBC] |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DAVID J. NASTRI, ESQ. | | | VS. | KATIE DYKES | CASE NO. 3:23-cv-00056 (JBA) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 132 | | | | Photograph of Dinosaur State Park [SBC] |
| | 133 | | | | Declaration: Professor Leah Glaser [SBC] |
| | 134 | | | | Declaration: Professor Terence Young [SBC] |
| | 135 | | | | Declaration: Professor Saul Cornell [SBC] |
| | 136 | | | | Declaration: Colonel Chris Lewis [SBC] |
| | 137 | | | | Declaration: Thomas Tyler [SBC] |
| | 138 | | | | Declaration: Anthony Anthony [SBC] |
| | 139 | | | | Declaration: Superintendent Gary Highsmith [SBC] |
| | 140 | | | | Declaration: Superintendent Mark Benigni [SBC] |
| | 141 | | | | List of CT State Parks and Forests [SBC] |
| | 142 | | | | Mass. Acts and Resolves of 1794, ch 26 |
| | 143 | | | | Univ. of VA Board of Visitors Minutes, Oct. 4-5, 1824 |
| 1 | | | | | Amended Complaint |
| 2 | | | | | Defendant's Response to Interrogatories |
| 3 | | | | | Defendant's Responses to Requests for Admissions |
| 4 | | | | | Affidavit of Colonel Lewis |
| 5 | | | | | Risk of Injury Statute (Conn. Gen. Stat. 53-51) |
| 6 | | | | | Unlawful Discharge Statute (Conn. Gen. Stat. 53-203) |
| 7 | | | | | Carrying Under Influence (Conn. Gen. Stat. 53-206d) |
| 8 | | | | | Use of Force Policy Produced |
| 9 | | | | | 2022 Hunting Season Schedule Produced [SBC] |
| 10 | | | | | Annual Crime Data Produced [SBC] |
| 11 | | | | | Affidavit of Saul Cornell |
| 12 | | | | | Cornell Amicus Brief_DC v. Heller |
| 13 | | | | | Cornell Amicus Brief_Bruen |
| 14 | | | | | SCOTUS Blog Article Cornell |
| 15 | | | | | Nastri Deposition Transcript |

✎ AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DAVID J. NASTRI, ESQ. | | vs. | | KATIE DYKES | CASE NO. 3:23-cv-00056 (JBA) |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 16 | | | | | Colonel Lewis Deposition |
| 17 | | | | | Witness: Professor Saul Cornell |
| 18 | | | | | Witness: Colonel Chris Lewis |
| 19 | | | | | Witness: David J. Nastri, Esq. |

Page 7 of 7 Pages