## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ., | : | |
| | : | DKT No.: 3:23-cv-00056-JBA |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KATIE DYKES, in her official capacity only, | : | |
| | : | |
| Defendant. | : | May 8, 2023 |

## PARTIES' PROPOSED STIPULATION OF FACTS FOR PURPOSES OF THE PRELIMINARY INJUNCTION HEARING ONLY

In an effort to save time and resources at the preliminary injunction hearing scheduled for May 9 and 10, 2023, the parties hereby propose the following stipulation of facts:

1. The Connecticut Department of Energy and Environmental Protection (DEEP) has issued the following number of firearms hunting licenses each year starting from January 1, 2017:

    a. 2017 – 46,336

    b. 2018 – 44,294

    c. 2019 – 42,356

    d. 2020 – 42,438

    e. 2021 – 40,298

    f. 2022 - 39,126

2. In 2022, the DEEP's Harvest Tagging system reported that hunters harvested 611 deer on state land during the 2022 firearms hunting season.

3. In 2022, the DEEP's Harvest Tagging system reported that hunters harvested 257 turkeys on state land during the 2022 spring and fall firearms hunting seasons.

The Plaintiff, David J. Nastri, Esq.

By: /s/ Cameron L. Atkinson /s/
Cameron L. Atkinson, Esq. (ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com


DEFENDANT-COMMISSIONER
KATIE DYKES

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Timothy J. Holzman
Timothy J. Holzman (ct30420)
Blake T. Sullivan (ct30289)
Thadius L. Bochain (ct31367)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue
Hartford, CT 06106
860-808-5020 (phone)
860-808-5347 (fax)
Timothy.Holzman@ct.gov
Blake.Sullivan@ct.gov
Thadius.Bochain@ct.gov
Attorneys for the Commissioner

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/