Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton
DEPUTY CLERK: Liana Barry        RPTR/ECRO/TAPE: _____
TOTAL TIME: 4 hours 56 minutes
DATE: 5/9/2023    START TIME: 10:15    END TIME: 3:50
LUNCH RECESS    FROM: 11:56    TO: 12:36
RECESS (if more than ½ hr)    FROM: ___    TO: ___

CIVIL NO. 3:23-cv-00056

David J. Nastri                                Cameron Lee Atkinson
                                               Plaintiff's Counsel
          vs
Katie Dykes                                    Sullivan, Bochain, Holzman
                                               Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing                  ☐ Show Cause Hearing
☐ Evidentiary Hearing             ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#8 Motion Emergency MOTION for Preliminary Injunction    ☐ granted ☐ denied ☑ advisement
☐ .....# Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due ___ ☐ Proposed Findings due ___ Response due ___
☐ ............ _____    ☐ filed ☐ docketed
☐ ............ _____    ☐ filed ☐ docketed
☐ ............ _____    ☐ filed ☐ docketed
☐ ............ _____    ☐ filed ☐ docketed
☐ ............ _____    ☐ filed ☐ docketed
☐ ............ _____    ☐ filed ☐ docketed
☐ ............ _____ Hearing continued until _____ at _____