Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton
DEPUTY CLERK Liana Barry        RPTR/ECRO/TAPE
TOTAL TIME: 5 hours 19 minutes
DATE: 5/10/2023    START TIME: 10:07    END TIME: 4:52
LUNCH RECESS    FROM: 12:12    TO: 1:06
RECESS (if more than ½ hr)    FROM: 2:31    TO: 3:03

CIVIL NO. 3:23-cv-00056

David J. Nastri                               Cameron Lee Atkinson
                                              Plaintiff's Counsel
        vs
Katie Dykes                                   Sullivan, Bochain, Holzman
                                              Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#8 Motion Emergency MOTION for Preliminary Injunction   ☐ granted ☐ denied ☑ advisement
☐ .....# Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due ___ ☐ Proposed Findings due ___ Response due ___
☐ ............ _____   ☐ filed ☐ docketed
☐ ............ _____   ☐ filed ☐ docketed
☐ ............ _____   ☐ filed ☐ docketed
☐ ............ _____   ☐ filed ☐ docketed
☐ ............ _____   ☐ filed ☐ docketed
☐ ............ _____   ☐ filed ☐ docketed
☐ ............ _____ Hearing continued until ___ at ___