IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ., | : | No. 3:23-cv-00056 (JBA) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| KATIE DYKES, | : | |
| *Defendant* | : | May 30, 2023 |

## MOTION FOR LEAVE TO FILE
## <u>SUPPLEMENTAL BRIEF</u>

Defendant, Commissioner Katie Dykes, respectfully moves for leave to file a supplemental brief, not to exceed five (5) pages. The purpose of the supplemental brief is to address a recent United States District Court decision applying the Second Amendment to newly enacted New Jersey statutes. *See Koons v. Platkin*, No. 22-7464 (RMB/AMD), 2023 WL 3478604, 2023 U.S. Dist. LEXIS 85235 (D.N.J. May 16, 2023) (attached hereto). While *Koons* is not a controlling decision for this Court, Defendant cited a companion case[1] in her papers in opposition to Plaintiff's motion for preliminary injunction, and therefore believes that it is appropriate to apprise the Court of the *Koons* decision. Defendant further submits that a short supplemental brief responding to *Koons* would assist this Court in reaching its decision on the pending motion for preliminary injunction. Defendant has sought Plaintiff's position, and Plaintiff does not object to this request. Defendant would also consent to Plaintiff filing a corresponding brief addressing *Koons*.

---

[1] *See* Defendant's Opposition ECF No. 23 at 31, 47-49 (discussing *Siegel v. Platkin*, 2023 WL 1103676, 2023 U.S. Dist. LEXIS 15096 (D.N.J. Jan. 30, 2023). *Siegel* was consolidated with *Koons*.

1

Respectfully Submitted,

WILLIAM TONG
ATTORNEY GENERAL

DEFENDANT,
COMMISSIONER KATIE DYKES

By: /s/ *Timothy J. Holzman*
Timothy Holzman (ct30420)
Blake T. Sullivan (ct30289)
Thadius L. Bochain (ct31367)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue
Hartford, CT 06106
860-808-5020 (phone)
860-808-5347 (fax)
Timothy.Holzman@ct.gov
Blake.Sullivan@ct.gov
Thadius.Bochain@ct.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2023, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Timothy J. Holzman*
> Timothy J. Holzman
> Assistant Attorney General