

OFFICE OF THE ATTORNEY GENERAL
CONNECTICUT

*Tel: ( 860 ) 808-5212*
*Fax: (860) 808-5347*

July 7, 2023

Hon. Janet Bond Arterton
Richard C. Lee United States Courthouse
141 Church Street—Room Number 118
New Haven, Connecticut 06510

**<u>Via ECF</u>**

**RE:** *Nastri v. Dykes,* **Docket No. 23-cv-56 (JBA)**
      **Notice of Supplemental Authority**

Dear Judge Arterton:

      We are writing to notify the Court of a decision issued yesterday, July, 6, 2023, by the United States District Court for the District of Maryland in *Maryland Shall Issue, Inc. v. Montgomery County*, Civil Action No. 8:21-cv-01736-TDC.  A copy of the decision is attached hereto.  The decision denies plaintiffs' motion for a temporary restraining order and preliminary injunction and addresses whether firearm restrictions in Maryland State parks and recreational locations are consistent with the Nation's history of firearm regulation.  *See* pp. 24-28.

                                    Very truly yours,

                                      <u>*/s/ Timothy J. Holzman*</u>
                                      Timothy J. Holzman (ct30420)
                                      Blake T. Sullivan (ct30298)
                                      Thadius L. Bochain (ct31367)

                                      Assistant Attorneys General
                                      Office of the Attorney General
                                      165 Capitol Avenue
                                      Hartford CT 06106
                                      (860) 808-5212 (phone)
                                      (860-808-5347 (fax)
                                      timothy.holzman@ct.gov
                                      blake.sullivan@ct.gov
                                      thadius.bochain@ct.gov

cc:    counsel of record (see the attached certification)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2023, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Timothy J. Holzman*
Timothy J. Holzman
Assistant Attorney General
