✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
DISTRICT OF Connecticut

| David J. Nastri | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Katie Dykes | Case Number: 3:23-cv-00056-JBA |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Janet Bond Arterton | Cameron Lee Atkinson | Sullivan, Bochain, Holzman |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/9/2023-5/10/2023 | Corinne Thomas | Liana Barry |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 5/9/2023 | | 5/9/2023 | Witness: Professor Saul Cornell |
| 14 | | 5/9/2023 | ID | 5/9/2023 | Cherry-Picked History and Ideology-Driven Outcomes: Bruen's Originalists Distortions article |
| | 135 | 5/9/2023 | Full | 5/9/2023 | Declaration: Professor |
| | 143 | 5/9/2023 | Full | 5/9/2023 | Univeristy of VA Board of Visitors Minutes, Oct. 4-5, 1824 [SBC] |
| | 144 | 5/9/2023 | ID | 5/9/2023 | University of Virginia drafted rules for visitors |
| | 118 | 5/9/2023 | ID | 5/9/2023 | University Regulations: 1655 Laws of Harvard College [SBC] |
| | 119 | 5/9/2023 | Full | 5/9/2023 | University Regulations: 1745 Laws of Yale College [SBC] |
| 1 | | 5/9/2023 | ID | 5/9/2023 | Ordinances & Laws About Parks: 1858 Central Park, NY [Stipulated by Counsel "SBC"] |
| X | | 5/9/2023 | | 5/9/2023 | Witness: David J. Nastri |
| M/1A | | 5/9/2023 | Full | 5/9/2023 | Emails between David J. Nastri and Commissioner Dykes, Deputy Commissioner Trumble's |
| 15 | | 5/9/2023 | ID | 5/9/2023 | Deposition of David J. Nastri |
| | 141 | 5/9/2023 | Full | 5/9/2023 | List of CT State Parks and Forests [SBC] |
| A | A | 5/10/2023 | | 5/10/2023 | Joint STIPULATION Of Facts For Purposes Of Preliminary Injunction Hearing Only (ECF 35.) |
| X | | 5/10/2023 | | 5/10/2023 | Witness: Colonel Christopher Lewis |
| | 136 | 5/10/2023 | Full | 5/10/2023 | Declaration of Colonel Chris Lewis [SBC] |
| 7 | | 5/10/2023 | ID | 5/10/2023 | Connecticut General Statutes Annotated, Title 53-206d |
| 6 | | 5/10/2023 | Full | 5/10/2023 | Connecticut General Statues Annotated, Title 53-203 |
| 5 | | 5/10/2023 | ID | 5/10/2023 | Connecticut General Statues Annotated, Title 53-21 |
| 17 | | 5/10/2023 | ID | 5/10/2023 | Connecticut Department of Energy & Enviormental Protection |
| 10 | | 5/10/2023 | Full | 5/10/2023 | Connecticut National Incident Based Reporting System Agency Crime Overview 2019 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages