✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                                    Connecticut

David J. Nastri

V.

Katie Dykes

## EXHIBIT AND WITNESS LIST

Case Number:  3:23-cv-00056-JBA

| PRESIDING JUDGE Janet Bond Arterton | | | PLAINTIFF'S ATTORNEY Cameron Lee Atkinson | | DEFENDANT'S ATTORNEY Sullivan, Bochain, Holzman | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 5/9/2023-5/10/2023 | | | COURT REPORTER Corinne Thomas | | COURTROOM DEPUTY Liana Barry | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 1 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1858 Central Park, NY [Stipulated by Counsel "SBC"] | |
| | 2 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks 1866 Brooklyn, NY (Prospect Park) [SBC] | |
| | 3 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1868 Pennsylvania Laws [SBC] | |
| | 4 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1868 Prospect Park, Brooklyn, NY [SBC] | |
| | 5 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1870 Fairmount Park, PA [SBC] | |
| | 6 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1872 San Francisco, CA [SBC] | |
| | 7 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1873 Chicago, IL [SBC] | |
| | 8 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1875 Hyde Park, IL [SBC] | |
| | 9 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1878 Phoenixville, PA [SBC] | |
| | 10 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1881 Chicago, IL [SBC] | |
| | 11 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1881 St. Louis, MO [SBC] | |
| | 12 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1883 Danville, IL [SBC] | |
| | 13 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1883 Tower Grove Park, St. Louis, MO [SBC] | |
| | 14 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1886 Boston, MA [SBC] | |
| | 15 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1887 Reading, PA [SBC] | |
| | 16 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1888 Salt Lake City, UT [SBC] | |
| | 17 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1888-1889 St. Paul, MN [SBC] | |
| | 18 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1890 Trenton, NJ [SBC] | |
| | 19 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1890 Williamsport, PA [SBC] | |
| | 20 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1891 Grand Rapis, MI [SBC] | |
| | 21 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1891 Lynn, MA [SBC] | |
| | 22 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1891 Springfield, MA [SBC] | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)       **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | David J. Nastri | | vs. | | Katie Dykes | CASE NO. 3:23-cv-00056-JBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 23 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1892 Peoria, IL [SBC] |
| | 24 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1892 Spokane, WA [SBC] |
| | 25 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1893 Pittsburgh, PA [SBC] |
| | 26 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1893 Wilmington, DE [SBC] |
| | 27 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1895 Canton, IL [SBC] |
| | 28 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1895 Detroit, MI [SBC] |
| | 29 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1896 Indianapolis, IN [SBC |
| | 30 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1896 Rochester, NY [SBC] |
| | 31 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1898 Kansas City, MO [SBC] |
| | 32 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1898 Wilmington, DE [SBC] |
| | 33 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1899 Boulder, CO [SBC] |
| | 34 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1902 Hartford, CT [SBC] |
| | 35 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1902 New Bedford, MA [SBC] |
| | 36 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1903 Lowell, MA [SBC] |
| | 37 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1903 New York City, NY [SBC] |
| | 38 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1903 Troy, NY [SBC] |
| | 39 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1904 Houston, TX [SBC] |
| | 40 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1904 Neligh, NE [SBC] |
| | 41 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1904 Pueblo, CO [SBC] |
| | 42 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1905 Harrisburg, PA [SBC] |
| | 43 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1905 Haverhill, MA [SBC] |
| | 44 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1905 Minnesota [SBC] |
| | 45 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1905 Saginaw, MI [SBC] |
| | 46 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks:1906 Chicago, IL [SBC] |
| | 47 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1906 Denver, CO [SBC] |
| | 48 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1906 Los Angeles, CA [SBC] |
| | 49 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1907 Olean, NY [SBC] |

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| David J. Nastri | | vs. | Katie Dykes | | CASE NO. 3:23-cv-00056-JBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 50 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1907 Seattle, WA [SBC] |
| | 51 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1909 Memphis, TN [SBC] |
| | 52 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1909 Oakland, CA [SBC] |
| | 53 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1909 Paducah, KY [SBC] |
| | 54 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1910 Staunton, VA [SBC] |
| | 55 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1911 Colorado Springs, CO [SBC] |
| | 56 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1912 New york City, NY [SBC] |
| | 57 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1914 Connecticut [SBC] |
| | 58 | 5/9/2023 | Full | 5/9/202 | Ordinances & Laws About Parks: 1914 Grand Rapids, MI [SBC] |
| | 59 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1914 New Haven, CT [SBC] |
| | 60 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1917 Birmingham, AL [SBC] |
| | 61 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1917 Joplin, MO [SBC] |
| | 62 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1917 Wisconsin [SBC] |
| | 63 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks:1918 Connecticut [SBC] |
| | 64 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1920 Salt Lake City, UT [SBC] |
| | 65 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1921 Burlington, VT [SBC] |
| | 66 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1921 North Carolina [SBC] |
| | 67 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1922 Chattanooga, TN [SBC] |
| | 68 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1924 Connecticut [SBC] |
| | 69 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1897-1936 Complied Firearms Reg. for Federal Parks [SBC] |
| | 70 | 5/9/2023 | Full | 5/9/2023 | Ordinances & Laws About Parks: 1936 Federal National Parks Regulation [SBC] |
| | 71 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Hunting and Firearms on Another's Property: 1721 Pennsylvania Acts [SBC] |
| | 72 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Hunting and Firearms on Another's Property: 1722 New Jersey Acts [SBC] |
| | 73 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Hunting and Firearms on Another's Property: 1771 New Jersey Acts [SBC] |
| | 74 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Hunting and Firearms on Another's Property: 1865 Louisiana Acts [SBC] |
| | 75 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Hunting and Firearms on Another's Property: 1866 Kentucky Acts [SBC] |
| | 76 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Hunting and Firearms on Another's Property: 1869 North Carolina Acts [SBC] |

✎ AO 187A (Rev. 7/87)        **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | David J. Nastri | | vs. | | Katie Dykes | CASE NO.<br>3:23-cv-00056-JBA |
|---|---|---|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 77 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1776 Delaware Constitution [SBC] |
| | 78 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1786 Virginia Acts [SBC] |
| | 79 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1787 New York Laws [SBC] |
| | 80 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1792 North Carolina Statutes [SBC] |
| | 81 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1797 New Jersey Acts [SBC] |
| | 82 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1831 Louisiana Ordinances [SBC] |
| | 83 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1869 Tennessee Acts [SBC] |
| | 84 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1870 Georgia Acts and Resolutions [SBC] |
| | 85 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1870 Louisiana Acts [SBC] |
| | 86 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1870 Texas Laws [SBC] |
| | 87 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 187 4 Maryland Laws [SBC] |
| | 88 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1874 Missouri Laws [SBC] |
| | 89 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1874 Texas Laws [SBC] |
| | 90 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1878 Mississippi Laws [SBC] |
| | 91 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1879 Missouri Laws [SBC] |
| | 92 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1880 Mississippi Laws [SBC] |
| | 93 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1882 New Orleans Laws and Ordinances [SBC] |
| | 94 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 188_6 Maryland Laws [SBC] |
| | 95 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1889 Arizona Acts [SBC] |
| | 96 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1889 Idaho Laws [SBC] |
| | 97 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1890 Oklahoma Statutes [SBC] |
| | 98 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1892 Mississippi Laws [SBC] |
| | 99 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1892 Vermont Laws [SBC] |
| | 100 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1893 Oklahoma Statutes [SBC] |
| | 101 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1901 Arizona Acts [SBC] |
| | 102 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1903 Montana Acts [SBC] |
| | 103 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Sensitive Places: 1907 Montana Laws [SBC] |

✎ AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | David J. Nastri | | vs. | | Katie Dykes | CASE NO.<br>3:23-cv-00056-JBA |
|---|---|---|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 104 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: 1949 Regulation CT [SBC] |
| | 105 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: 1951 Manual [SBC] |
| | 106 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: 1969 Sleep Giant Deed [SBC] |
| | 107 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: 2011 UConn Economic Study [SBC] |
| | 108 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: 2023 Hunting and Trapping Guide [SBC] |
| | 109 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: Directive 5000D9 re: Carryiing Personal Firearms [SBC] |
| | 110 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: Map of CT Parks & Forests [SBC] |
| | 111 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: 2013 Centennial Overview [SBC] |
| | 112 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: Photograph Sleep Giant Observation Tower [SBC] |
| | 113 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: DEEP Regulations [SBC] |
| | 114 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: 2014 Legislative Report re: DEEP Staffing & Funding [SBC] |
| | 115 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: Photograph of Hammonasset Beach State Park [SBC] |
| | 116 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: Directive re EnCon Image [SBC] |
| | 117 | 5/9/2023 | Full | 5/9/2023 | DEEP Exhibits: Fort Trumbull Photograph [SBC] |
| | 118 | 5/9/2023 | Full | 5/9/2023 | University Regulations: 1655 Laws of Harvard College [SBC] |
| | 119 | 5/9/2023 | Full | 5/9/2023 | University Regulations: 1745 Laws of Yale College [SBC] |
| | 120 | 5/9/2023 | Full | 5/9/2023 | University Regulations: 1810 Minutes of the Senatus Academicus of the State of Georgia [SBC] |
| | 121 | 5/9/2023 | Full | 5/9/2023 | University Regulations: 1830 Laws and Regulations of)he College of William and Mary [SBq |
| | 122 | 5/9/2023 | Full | 5/9/2023 | University Regulations: 1831 Oakland College (Miss Presbytery) [SBC] |
| | 123 | 5/9/2023 | Full | 5/9/2023 | University Regulations: 1832 Laws of Waterville College Maine [SBC] |
| | 124 | 5/9/2023 | Full | 5/9/2023 | University Regulations: 1838 University of North Carolina - Acts of the General Assembly |
| | | | | | & Ordinances of the Trustees [SBC] |
| | 125 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Militia and Parades: 1820 New Hampshire Laws [SBC] |
| | 126 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Militia and Parades: 1866 Massachusetts Acts [SBC] |
| | 127 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Militia and Parades: 1870 Louisiana Laws [SBC] |
| | 128 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Militia and Parades: 1873 Kentucky Laws [SBC] |
| | 129 | 5/9/2023 | Full | 5/9/2023 | Laws Addressing Militia and Parades: 1873 Pennsylvania Laws [SBC] |

✎AO 187A (Rev. 7/87)        **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | David J. Nastri | | vs. | Katie Dykes | | CASE NO.<br>3:23-cv-00056-JBA |
|---|---|---|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 130 | 5/9/2023 | Full | 5/9/2023 | A&R Towpath Lease [SBC] |
| | 131 | 5/9/2023 | Full | 5/9/2023 | Chapter 230 of the Connecticut Public Acts of 1913 [SBC] |
| | 132 | 5/9/2023 | Full | 5/9/2023 | Photograph of Dinosaur State Park [SBC] |
| | 133 | 5/9/2023 | Full | 5/9/2023 | Declaration: Professor Leah Glaser [SBC] |
| | 134 | 5/9/2023 | Full | 5/9/2023 | Declaration: Professor Terence Young [SBC] |
| | 135 | 5/9/2023 | Full | 5/9/2023 | Declaration: Professor Saul Cornell [SBC] |
| | 136 | 5/9/2023 | Full | 5/9/2023 | Declaration: Colonel Chris Lewis [SBC] |
| | 137 | 5/9/2023 | Full | 5/9/2023 | Declaration: Thomas Tyler [SBC] |
| | 138 | 5/9/2023 | Full | 5/9/2023 | Declaration: Anthony Anthony [SBC] |
| | 139 | 5/9/2023 | Full | 5/9/2023 | Declaration: Superintendent Gary Highsmith [SBC] |
| | 140 | 5/9/2023 | Full | 5/9/2023 | Declaration: Superintendent Mark Benigni [SBC |
| | 141 | 5/9/2023 | Full | 5/9/2023 | List of CT State Parks and Forests [SBC] |
| | 142 | 5/9/2023 | Full | 5/9/2023 | Mass. Acts and Resolves of 1794, ch 26 (SBC) |
| | 143 | 5/9/2023 | Full | 5/9/2023 | Univ. of VA Board of Visitors Minutes, Oct. 4-5, 1824 [SBC] |
| | 144 | 5/9/2023 | Full | 5/9/2023 | Transcription of Ex. 143 taken from digital archive |
| 9 | | 5/9/2023 | Full | 5/9/2023 | 2022 Hunting Season Schedule Produced [SBC] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |