# Exhibit A

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3   _____
                                   )
     DAVID NASTRI,                 )
 4                                 ) No. 23-cv-00056 -JBA
              Plaintiff,           )
 5                                 ) May 9, 2023
     v.                            )
 6                                 ) 10:15 a.m.
                                   )
 7   KATIE DYKES,                  ) 141 Church Street
                                   ) New Haven, Connecticut
 8            Defendant.           )
     _____)
 9

10
            PRELIMINARY INJUNCTION HEARING
11

12   B E F O R E:

13       THE HONORABLE JANET BOND ARTERTON, U.S.D.J.

14

15   A P P E A R A N C E S:

16   For the Plaintiff:

17       ATKINSON LAW, LLC
             122 Litchfield Road
18           P.O. Box 340
             Harwinton, CT 06791
19           (203) 677-0782
             E-mail:  catkinson@atkinsonlawfirm.com
20       BY:  CAMERON LEE ATKINSON, ESQ.

21

22   (Continued)

23

24              Corinne Thomas, RPR
              Official Court Reporter
25                (203) 809-0848
```

1              MR. SULLIVAN:  Thank you, Your Honor.
2              So to your point about the building the
3    record of the relevant statutes and ordinances,
4    that's what we're referring to and essentially that
5    the -- there has been a stipulation in place as to
6    the vast swath of those, and that we intend to enter
7    them in full for the Court's consideration in
8    connection with the preliminary injunction motion.
9              There will be a few within there that we may
10   ask, you know, the witnesses about and we will direct
11   their attention to those at the time.
12             THE COURT:  That's fine.
13             MR. SULLIVAN:  But they were all submitted in
14   our opposition to the preliminary injunction motion
15   and that's true of the declarations as well,
16   Your Honor.
17             THE COURT:  All right.  So if that is all
18   that you have preliminarily to bring us up to date,
19   I'd like to propose that we start, if it does not
20   disrupt your intended sequence, with testimony
21   evidence on standing since standing is jurisdictional
22   and therefore required to be established.
23             All right.  Mr. Atkinson, would you care to
24   begin?
25             MR. ATKINSON:  Your Honor, I actually had

1   intended to call Mr. Nastri, my only witness as to
2   standing last, primarily because of discussions I had
3   with my colleagues about Professor Cornell being --
4           THE COURT:  The scheduling, okay.
5           MR. ATKINSON:  Yes.
6           THE COURT:  All right.  Is Professor Cornell
7   here now?
8           MR. ATKINSON:  Yes.  Your Honor.
9           THE COURT:  You may proceed then and I will
10  expect to hear from Mr. Nastri when you have finished
11  with exhibits -- witnesses who have come here and
12  done so anticipating they'll be called today.
13          MR. ATKINSON:  Thank you, Your Honor.
14          THE COURT:  Okay.
15          MR. ATKINSON:  Would Your Honor prefer me to
16  use the podium?
17          THE COURT:  Yes, please.
18          MR. ATKINSON:  Thank you.  Plaintiff calls
19  Professor Saul Cornell to the stand, please.
20          THE COURT:  All right.  Sir, if you would
21  kindly stand, raise your right hand, the oath will be
22  administered to you.
23          (Professor Saul Cornell, sworn.)
24          THE WITNESS:  Yes, I do.
25          THE CLERK:  Please be seated, state your name

```
 1   the transcription from where it discusses pages 11
 2   onwards should probably not be considered at all.
 3           THE COURT:  Why don't you cut it out?
 4           MR. SULLIVAN:  I'd be happy to do so, Your
 5   Honor.
 6           THE COURT:  Okay.  Let's do that so the
 7   transcription will correlate with the original and
 8   just be pages 1 through 10.  Good.
 9           MR. ATKINSON:  Also, Your Honor, I do intend
10   to call Mr. Nastri next to get to the standing
11   matter.  I believe that my conversations with my
12   colleagues, we do have Colonel Lewis from the
13   Department of Energy and Environmental Protection
14   here.  We'd ask that he be excused because we don't
15   anticipate getting to him for the rest of the day.
16           THE COURT:  Is there any possibility of
17   finishing him today if we did get to him?
18           MR. ATKINSON:  We could possibly finish
19   Colonel Lewis today, Your Honor, but I think the
20   discussion we were having is whether we could
21   prioritize the standing issues based on what Your
22   Honor said at the start of proceedings today.
23           So we honored that Professor Cornell
24   needed -- was on a tighter schedule.  My
25   understanding is that the same -- neither of the same
```

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2


 3     _____
                                     )
 4     DAVID NASTRI,                  )
                                     )  No. 3:23-cv-00056-JBA
 5                 Plaintiff,        )
                                     )  May 10, 2023
 6     v.                             )
                                     )  10:06 a.m.
 7                                    )
       KATIE DYKES,                   )  141 Church Street
 8                                    )  New Haven, Connecticut
                   Defendant.        )
 9     _____)


10


11           PRELIMINARY INJUNCTION HEARING
                       VOLUME II
12


13     B E F O R E:


14         THE HONORABLE JANET BOND ARTERTON, U.S.D.J.


15


16     A P P E A R A N C E S:


17     For the Plaintiff:


18         ATKINSON LAW, LLC
               122 Litchfield Road
19             P.O. Box 340
               Harwinton, CT 06791
20             (203) 677-0782
               E-mail:  catkinson@atkinsonlawfirm.com
21         BY:  CAMERON LEE ATKINSON, ESQ.


22


23     (Continued)


24
                    Corinne Thomas, RPR
25                Official Court Reporter
                      (203) 809-0848
```

```
 1  neighbors, maybe loud music.
 2      Q.   EnCon rangers have the authority to write
 3  tickets for low-level -- withdrawn.
 4           EnCon rangers have the authority to write
 5  tickets for infractions, correct?
 6           MR. BOCHAIN:  Objection, Your Honor.
 7  Foundation.
 8           THE COURT:  Sustained.
 9  BY MR. ATKINSON:
10      Q.   Colonel Lewis, do EnCon rangers have the
11  authority to enforce state park rules?
12      A.   Yes.
13      Q.   What rules do they have the authority to
14  enforce?
15      A.   Twenty-three regulations of state parks and
16  forests.
17      Q.   Pardon me?
18      A.   The 23 regulations for state parks and
19  forest.
20      Q.   Does the -- do the regulations that they have
21  the authority to enforce include the prohibition on
22  carrying a handgun in -- carrying a firearm in state
23  parks and forests without permission to do so?
24      A.   Yes.
25      Q.   So if I understand your testimony correctly,
```

1  if an EnCon ranger came across a person carrying an
2  unauthorized firearm in a state park or forest, they
3  could write that person a -- they could enforce the
4  park rule against that person?
5      A.   They could.
6      Q.   Do they typically -- and to your knowledge,
7  do they typically enforce that rule against such a
8  person?
9      A.   To my knowledge, no.
10     Q.   Why don't they enforce that rule against a
11 person under those circumstances?
12     A.   I can't recall it happening since I've known
13 them.
14     Q.   Pardon me?
15     A.   I can't recall that charge coming up since
16 they -- since the program's -- since I've been here
17 with the program.
18     Q.   Understood.  Do you know how many state parks
19 and forests Connecticut has?
20     A.   Not exactly.
21     Q.   If I may show you what's been marked as
22 Defendant's Exhibit 141.
23          Colonel, have you reviewed Defendant's
24 Exhibit 141?
25     A.   Yes.

```
 1   enforce that prohibition with local law enforcement
 2   officials?
 3          MR. BOCHAIN:  Objection, Your Honor.
 4   Relevance.
 5          THE COURT:  What is the relevance?
 6          MR. ATKINSON:  Your Honor, he's just
 7   testified that other -- other law enforcement
 8   agencies have the ability to enforce that --
 9          THE COURT:  I understand that, but what's the
10   relevance?
11          MR. ATKINSON:  What I'm getting at is
12   somewhat to the standing issues, Your Honor, when
13   Mr. Nastri was asked earlier whether a local law
14   enforcement officer had ever -- or police officer had
15   ever asked -- threatened to enforce the law
16   against --
17          THE COURT:  And he said no.
18          MR. ATKINSON:  Correct.  And I'm simply
19   completing the loop that they have that authority and
20   that DEEP -- this also goes to my broader argument of
21   how DEEP has not informed the public of this
22   prohibition and it has chosen not to take steps to
23   the lack of --
24          THE COURT:  I don't think that this question
25   gets at all to that, so I'm going to sustain the
```

1    A.    Yes.
2    Q.    All right.  And one of the questions he asked
3 was whether you would expect to a see a firearm on a
4 public street.  Do you recall that?
5    A.    Yes.
6    Q.    Can you just explain why you wouldn't expect
7 to see that on a public street, say in Connecticut?
8    A.    Yeah.  So I wouldn't expect to see one
9 because there's not a purpose to have one.  I would
10 not expect to see someone target shooting or hunting
11 on a public street.
12    Q.    And as an average citizen, would you expect
13 to see a firearm in a Connecticut state park, let's
14 say with a handgun or a pistol?
15    A.    No.
16    Q.    And why is that?
17    A.    Because it hasn't been, it's not allowed
18 currently, and it's a state park.
19    Q.    I think I just want to make sure I heard your
20 testimony correctly.  So since you've taken -- you
21 were in charge of EnCon in 2019.  Has EnCon ever
22 received calls about the presence of a firearm in a
23 state park or forest?
24    A.    Yes, we have.
25    Q.    Has EnCon responded to those calls?

1    A.    Yes.
2    Q.    And what would that response look like?
3    A.    We would try to send a minimum of two
4 officers or more if there's more officers available.
5    Q.    You said a minimum of two officers?
6    A.    Yes.
7    Q.    All right.  And you said if more were
8 available, you would send more?
9    A.    Yes.  Until we knew what the situation was.
10   Q.    Okay.  So there's a possibility that you
11 could send more -- when you say -- how many could you
12 send?
13   A.    So on -- say, one sector has four officers
14 working at that time and they're all available, we
15 would send all four.
16   Q.    You would send all four?
17   A.    Yes.
18   Q.    When you say, "sector," what do you mean by
19 "sector"?
20   A.    Each district is divided into two sectors.
21 So we have -- like, for the east, we have a north
22 sector and the south sector, kind of a quarter of the
23 state.
24   Q.    Okay.  And so presently if EnCon received a
25 call about the presence of a firearm, there's a

1  firearm of some type or does it include other
2  weapons?
3         THE WITNESS:  It can include other dangerous
4  weapons.  So certain knives, gravity knives,
5  switchblades knives, brass knuckles, those could be
6  included in weapon laws.
7         THE COURT:  So you had some testimony that
8  I'm a little unclear about.  When you get calls
9  regarding firearms, do you or do you not enforce the
10 regulations prohibiting firearms in the parks and
11 forests or do you only give warnings?
12        THE WITNESS:  If we find someone carrying a
13 weapon in the state park, we typically charge
14 them with -- if there's no other extenuating
15 circumstances, it's the 23-4-1c charge of possession
16 with a weapon in a state park.  If there's other
17 issues going on, we may have other charges.
18        THE COURT:  Thank you.  Any questions on my
19 questions?
20        MR. ATKINSON:  I have a few, Your Honor.
21  FURTHER DIRECT EXAMINATION OF CHRISTOPHER LEWIS
22 BY MR. ATKINSON:
23    Q.   Colonel Lewis, on state land in -- on state
24 land, state forests and parks, a person can use a
25 22-caliber rimfire handgun to hunt coyote?