# Exhibit C

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of July, two thousand twenty-three.

_____

| | |
|---|---|
| David J. Nastri, | **ORDER** |
|       Plaintiff - Appellant, | Docket No. 23-1023 |
| v. | |
| Katie Dykes, in her official capacity, | |
|       Defendant - Appellee. | |

_____

      Appellant moves the Court to hold this appeal in abeyance and stay all filing deadlines pending the district court's decision on his timely motion for reconsideration.

      IT IS HEREBY ORDERED that the motion is GRANTED. *See* Fed. R. App. P. 4(a)(4)(A). Appellant is directed to inform this Court in writing of the status of the motion(s) at 30-day intervals beginning 30 days from the date of this order, and within 14 days after final disposition of the last outstanding motion. Appellant is also directed to provide the Court with a copy of all dispositive orders.

      For the Court**:**
      Catherine O'Hagan Wolfe,
      Clerk of Court