UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ., | : | |
| | : | DKT No.: 3:23-cv-00056-JBA |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KATIE DYKES, in her official capacity only, | : | |
| | : | |
| Defendant. | : | August 28, 2023 |

## AMENDED NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 4, the Plaintiff, David J. Nastri, hereby amends his notice of his appeal. Dkt. 47.

The Plaintiff, David J. Nastri, hereby gives notice of his appeal to the United States Court of Appeals for the Second Circuit of the Court's July 12, 2023 order (Dkt. 46) granting the Defendant's motion to dismiss his amended complaint (Dkt. 22) and his motion for a preliminary injunction (Dkt. 14) as well as its order denying his motion for reconsideration (Dkt. 56).

    The Plaintiff,

    By: /s/ Cameron L. Atkinson /s/
    Cameron L. Atkinson, Esq.
    (ct31219)
    ATKINSON LAW, LLC
    122 Litchfield Rd., Ste. 2
    P.O. Box 340
    Harwinton, CT 06791
    Telephone: 203.677.0782
    Email: catkinson@atkinsonlawfirm.com

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/