UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ., | : | No. 3:23-cv-00056-JAM |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| KATIE DYKES, in her official | : | |
| capacity only, | : | |
| *Defendant*. | : | DECEMBER 31, 2024 |

### Defendant's Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment

Pursuant to Fed. R. Civ. P. 56, Defendant, Commissioner Katie Dykes, respectfully opposes Plaintiff's motion for summary judgment and cross-moves for summary judgment on Plaintiff's claims that § 23-4-1(c) of the Regulations of Connecticut State Agencies violates the Second Amendment to the United States Constitution both facially and as-applied to Sleeping Giant State Park, Naugatuck State Forest, and the Farmington Canal Greenway State Park.

For the reasons set forth in the accompanying memorandum of law, there is no genuine dispute of material fact and Defendant is entitled to judgment as a matter of law because § 23-4-1(c) is facially constitutional, Plaintiff lacks standing to pursue his as-applied challenge to Naugatuck State Forest, and, in any event, § 23-4-1(c) lawfully applies to the two State parks and one State forest at issue in this case. Accordingly, this Court should deny Plaintiff's motion for summary judgment and, instead, grant Defendant's cross-motion for summary judgment and enter judgment for Defendant.

**ORAL ARGUMENT REQUESTED.**

DEFENDANT-COMMISSIONER
KATIE DYKES

WILLIAM TONG
ATTORNEY GENERAL

BY:   /s/ *Thadius L. Bochain*
Thadius L. Bochain (ct31367)
Timothy J. Holzman (ct30420)
Blake T. Sullivan (ct30289)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue, 5th Floor
Hartford, CT 06106
860-808-5020 (phone)
860-808-5347 (fax)
Timothy.Holzman@ct.gov
Blake.Sullivan@ct.gov
Thadius.Bochain@ct.gov

**Certificate of Service**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Thadius L. Bochain*
Thadius L. Bochain
Assistant Attorney General