**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| DAVID J. NASTRI, ESQ., | : | |
| | : | No. 3:23-cv-00056-JAM |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KATIE DYKES, in her official | : | |
| capacity only, | : | |
| | : | |
| Defendant. | : | December 31, 2024 |

**Local Rule 56(a)(1) Statement of Undisputed Material Facts**

Pursuant to D. Conn. L. Civ. R. 56(a)(1), Defendant Katie Dykes submits the following Statement of Undisputed Material Facts.

***The Modern Park Movement Launched in the 1850s***

1.      There were no modern style parks around 1791 when the Second Amendment was adopted.  Ex. 135 ("*Cornell Dec.*") ¶ 30.

2.      At that time, colonies had no need to set aside lands for preservation or recreation because the growing colonies were largely hemmed in by various Indian nations reluctant to cede further territory, and the nation was still 90% rural with most of the population engaged in some kind of agricultural pursuit.  *Id.* ¶ 31.

3.      Whatever public spaces that did exist at the Founding took the form of public squares, commons, and greenspaces.  Ex. 134 ("*Young Dec.*") ¶ 15; *Cornell Dec.* ¶ 31.

4.      Those Founding Era greenspaces, such as the Boston Common, were used primarily for religious gatherings, military exercises, public executions, grazing, and dumping grounds for discarded household items, and shared little in common with modern parks.  *Cornell Dec.* ¶¶ 30-31; Ex. 133 ("*Glaser Dec.*") ¶ 17.

1

5.      In addition, before the mid-1800s, the term "park" connoted private property, often gardens of a large estate, and identified by a boundary and even marked by an enclosure.  Ex. 165 ("*Glaser Supp. Dec.*") ¶12.

6.      During the early to mid-1800s, industrialization and urbanization began to occur, and the populations of many American cities increased rapidly.  *Young Dec.* ¶¶ 16, 21.

7.      This concentration of people accentuated social problems, and cities became increasingly perceived as socially degraded places that were unhealthy, impoverished, undemocratic, and crime ridden, in contrast to the virtuous rural America.  *Id.* ¶ 21.

8.      In response to these trends, the American park movement launched in the 1850s, drawing on the idea that American urban society was flawed and that urban parks could repair and reform it.  *Id.* ¶ 10; *Cornell Dec.* ¶¶ 32, 39.

9.      The philosophy behind the park movement was that parks contain natural scenery, which when quietly and passively contemplated, would improve someone's mind and body, and thus society.  *Young Dec.* ¶¶ 10, 22-23; *Cornell Dec.* ¶ 32.

10.     This modern conception of parks as places of relaxation, repose, and recreation inspired urban planners, landscape architects, and government officials to embark upon a new set of policies that led to the creation of new parks across much of the nation.  *Cornell Dec.* ¶ 32.

11.     Created by Frederick Law Olmsted in 1858, New York City's Central Park was the first major urban public park.  *Young Dec.* ¶ 19.

12.     By the late-1800s, public parks had opened in some of the largest cities in America.  *Id.*; *Cornell Dec.* ¶¶ 33-34.

13.    Although public parks were initially situated in urban areas, by the late-1800s, demand for these natural landscapes grew, and national and state parks began proliferating across the country.  *Glaser Dec.* ¶¶ 12-13; *Young Dec.* ¶¶ 12-13.

14.    Like their urban counterparts, national and state parks were seen as romantic places for quiet and passive contemplation of natural scenery.  *Young Dec.* ¶¶ 12-13, 30, 37; *Cornell Dec.* ¶¶ 36, 40 (noting connection between the urban park movement and the rise of state and national parks in the late-1800s and early-1900s).

15.    Olmstedian ideals of peace, relaxation, and quiet enjoyment lay at the foundation of these national and state parks, which grew out the same parks movement that created urban parks.  *Young Dec.* ¶¶ 30, 35, 37; *Glaser Dec.* ¶¶ 12-13.

16.    National and State parks were also inspired by the conservation movement that emerged in the latter half of the 1800s.  *Glaser Supp. Dec.* ¶¶ 23-24; *see Glaser Dec.* ¶¶ 25, 38.

17.    Reserving land for conservation of game, wildlife, and natural resources, as well as outdoor recreation, was conceived by a club of American Hunting Riflemen in the 1880s who feared poaching would deplete natural resources, including big game.  *Glaser Supp. Dec.* ¶ 23.

***Historical Firearm Restrictions In Urban, National, and State Parks***

18.    From the outset of the park movement in the 1850s, the regulations governing these spaces prohibited firearms.  *Cornell Dec.* ¶ 40; *Young Dec.* ¶ 10.

19.    In March, 1858, Central Park's commissioners adopted rules and regulations banning firearms in the park to prompt proper behavior and decorum.  *Cornell Dec.* ¶ 26; Ex. 1.

20.    As urban parks continued emerging in cities across the country throughout the late-1800s and through the early-1900s, lawmakers banned firearms there.  *Cornell Dec.* ¶¶ 34-35; *see, e.g.,* Exs. 1-70, 202-43.

21.     When the federal government organized the first national parks in the late-1800s, it carried forward this tradition and tightly regulated the carriage of arms in those lands.  *Cornell Dec.* ¶ 40.

22.     In 1872, the federal government designated Yellowstone as the first national park. It encompassed 2.2 million acres, and in the authorizing act, the park was "hereby reserved and withdrawn from settlement, occupancy or sale . . . and dedicated and set apart as a public park or pleasuring ground for the benefit and enjoyment of the people."  *Young Dec.* ¶ 32.  Yellowstone and other national parks "were large, relatively distant from most of America's population[.]"  *Id.*

23.     In 1893, the Secretary of the Interior recommended "an [a]bsolute prohibition of firearms" in Yellowstone, and in 1897, firearms were officially banned there absent permission. *Young Dec.* ¶ 37; Ex. 69 at Bates # 0399; *see* Exs. 210-11.

24.     In 1936, firearms were banned in all national parks nation-wide.  Ex. 70.

25.     States also banned firearms in state parks as they emerged throughout the early-1900s.  *See, e.g., Young Dec.* ¶ 41; Exs. 3, 44, 62, 66, 213, 228, 229, 231, 233, 241-43.

26.     Lawmakers banned firearms in urban, national, and state parks because they believed that firearms interfered with natural scenery contemplation, the parks' purpose and function as serene places that improve mental health and society, and with the romantic ideals that inspired the park movement.  *Young Dec.* ¶¶ 10, 29, 36, 41; *Glaser Supp. Dec.* ¶¶ 10(b), 24.

27.     Another reason why firearms were prohibited in these locations was for conservation purposes, including to preserve game by preventing or deterring unauthorized or excessive hunting.  *Glaser Supp. Dec.* ¶¶ 7, 10(a), 24, 34.

4

*History of Connecticut's State Parks and Forest System*

28.    Since the 1860s, city parks were growing in popularity across Connecticut, as residents increasingly sought reprieve from the inner-city lifestyle. *Tyler Dec.* ¶ 25.

29.    In 1913, the Connecticut legislature created the State Park Commission to acquire State park properties. *Id.* ¶ 26.

30.    In a 1913 report, State Park Commissioners began assessing the need and most desired locations for state reservations and balancing recreating with the conservationist needs of forests. The report predicated Connecticut's parks would be managed on the model of the national ones: leasing camps, cottages, and other accommodations, and regulating hunting and fishing activities "with certain restrictions." *Glaser Dec.* ¶ 37.

31.    Albert Turner, field secretary of the State Park Commission, "emphasize[d] a state park's purpose as one of public mental health, an essential refuge from the stresses of modern urban life[.]" *Glaser Dec.* ¶ 49; *see* Ex. 57 at Bates # 0327 (Turner's 1914 report emphasizing that State park system was necessary because "the city sights and sounds and pavements become unbearable, and a rest and contrast become as necessary as sleep as night").

32.    In advocating for creating State parks, Turner relied upon the successes of urban public parks in the mid-1800s, such as those in New York City, Chicago, and Boston, and emphasized that urban parks were insufficient to meet the needs of people who could not access them. *See* Ex. 57 at Bates ## 0324-28.

33.    After establishing the Park Commission, the State acquired many properties over the ensuing decades, and today the State Park and Forest System consists of 110 parks and 32 forests. *Tyler Dec.* ¶¶ 29, 35.

34.     Each State park and forest is owned by the State, with few exceptions, and the State holds and operates the properties in trust for the benefit of the public, as required by law.  *Id.* ¶ 37.

35.     The total acreage of the State park and forest system is 255,000 acres (35,000 for parks, and 220,000 for forests).  *Id.* ¶ 36.

***History of the Firearm Restriction in State Parks and Forests***

36.     In his 1914 report, Park Commission Field Secretary Albert Turner urged the Park Commission to adopt "rules and regulations" prohibiting visitors from engaging in conduct that "interfere[s] with the rights or enjoyment of others," which "would involve the prohibition of firearms."  *Glaser Dec.* ¶ 41; Ex. 57 at Bates # 0332.

37.     The Park Commission formally banned firearms in State parks as early as 1918, in a notice stating, among other things, that people should neither "disturb nor unpleasantly intrude upon other parties using" a park and that "[t]he use of firearms or having them in possession is forbidden, also the killing or disturbing of wild animals, birds or birds' nests."  Ex. 63 at Bates ## 0364-65; *see Glaser Dec.* ¶ 41.

38.     That initial prohibition on firearms was also motivated, at least in part, by a desire to curb unauthorized or excessive hunting.  *Glaser Supp. Dec.* ¶ 34.

39.     To DEEP's knowledge, the 1918 prohibition on firearms in parks has remained in place continually.  *Tyler Dec.* ¶¶ 83-84, 88.

40.     The firearm prohibition is now contained in Connecticut Agency Regulation § 23-4-1(c), which provides in relevant part:  "Hunting or carrying of firearms, archery equipment or other weapons, including but not limited to air rifles and slingshots, is not permitted in any state park or forest except as authorized by [DEEP]."  Ex. 113 at Bates # 0829.

41.     Today, the rationale behind the firearm restriction in § 23-4-1(c) is several-fold. *First*, it alleviates safety concerns, since many State park and forest properties become very crowded; alcohol is permitted in many locations, which heightens safety concerns surrounding the presence of a gun; and there are generally no places to safely store firearms while engaging in activities (e.g., swimming). *Tyler Dec.* ¶ 89(a); Ex. 136 ("*Lewis Dec.*") ¶ 16(a).

42.     *Second*, State parks and forests have always been understood to be places of peace and quiet enjoyment where individuals, families, and children can go to enjoy nature and a sense of community, and prohibiting firearms gives visitors peace of mind in knowing that parks and forests are safe and welcoming to all. *Tyler Dec.* ¶ 89(b); *Lewis Dec.* ¶ 16(c).

43.     Individuals who carry concealed—as opposed to openly—can inadvertently display their firearm, resulting in those around them who see the firearm experiencing the same feelings of alarm. *See* Ex. 159 (Tr. 5/10/24 at 321-25).

44.     Consistent with the ideals of peace and inclusion, the Environmental Conservation Police ("EnCon")—DEEP's law enforcement arm—avoids conducting itself as an ordinary police force or employing an overly aggressive approach to law enforcement. *Lewis Dec.* ¶ 16(c).

45.     Instead, pursuant to a DEEP policy directive, EnCon officers foster the "park ranger" image to assist visitors in safely utilizing and enjoying parks and forests, and apply a strict law enforcement profile only when necessary. *Lewis Dec.* ¶ 16(c); *see* Ex. 116

46.     *Third*, the firearm restriction supports DEEP's ability to enforce hunting restrictions, thereby serving conservation goals, because prohibiting carriage of firearms makes it more difficult for individuals to engage in unauthorized hunting without being detected. *Tyler Dec.* ¶ 89(c); *Lewis Dec.* ¶ 16(b).

7

47.     Section 23-4-1(c) serves as EnCon's "main" hunting regulation that makes it "easier to stop poaching activity" because the prohibition on firearms allows EnCon officers to prevent unlawful hunting before it happens.  Ex. 159 (Tr. 5/10/23 at 312-14).

***Relevant Facts Regarding State Parks and Forests***

Uses, Crowding, and Events

48.     The nature and uses of our State Parks and Forests vary widely by location.  Most are situated for multiple uses, and contain some combination of beaches, camping grounds, picnicking areas, hiking trails, forested areas, historic sites, and other attractions.  *Tyler Dec.* ¶ 40.

49.     Most locations contain some form of structure.  DEEP manages roughly 1000 buildings across the State Park and Forest System, including bathrooms, pavilions, camp offices, nature centers, gift shops, indoor exhibits, and many others, and also contain historic structures, including but not limited to Gillette Castle (Gillette Castle State Park), the Heublein Tower (Talcott Mountain State Park), the Ellie Mitchell Pavilion (Rocky Neck State Park), the Eolia Mansion (Harkness Memorial State Park), and the observation tower (Sleeping Giant State Park).  *Id.* ¶ 41.

50.     Our State parks and forests are among Connecticut's most popular attractions and recreational destinations for both in-state and out-of-state residents.  *Id.* ¶ 47.

51.     The number of annual visitors to State parks and forests has skyrocketed over recent years, from an estimated 9-10 million in 2019 to an estimated 17 million in 2022.  Ex. 163 ("*Lambert Dec.*") ¶ 9; *Tyler Dec.* ¶¶ 49, 52.

52.     DEEP continues to roll out new programs to increase use of parks and forests, such as the Passport to the Parks Program, which waives parking fees for Connecticut vehicles, and the ParkConneCT Program, which provides transportation from train/bus stops to several popular

locations—including Sleeping Giant State Park—during peak months, i.e., from Memorial Day through Labor Day. *Tyler Dec.* ¶ 61; *Lambert Dec.* ¶ 10.

53.     Many locations within the park and forest system become densely crowded, particularly during peak summer months, and it is not uncommon that several of our locations will reach capacity and close down for additional visitors. *Lambert Dec.* ¶ 11; *Tyler Dec.* ¶¶ 54-55.

54.     The frequency and extent of the crowding depends on a number of factors—including location, special attractions or events, season, and weather—but has increased in recent years as more and more people utilize our parks. *Lambert Dec.* ¶ 11.

55.     Even parks and forests covering larger acreages of land frequently become crowded because visitors tend to congregate in isolated areas that are most scenic or popular or that contain historic sites. *Tyler Dec.* ¶ 56.

56.     Locations with popular areas where visitors congregate include, among many others, Sleeping Giant State Park, Scantic River State Park, Dinosaur State Park, Harkness Memorial State Park, Rocky Neck State Park, Squantz Pond State Park, Millers Pond State Park, Cockaponset State Forest, Wadsworth Falls State Park, and Mount Tom State Park. *Id*.

57.     The State has taken steps to manage crowds, parking overflow, and unruly behavior, such as by promulgating regulations establishing capacity limits, and banning alcohol in certain locations. *Lambert Dec.* ¶¶ 12, 17.

58.     DEEP also has an internal policy establishing capacity limits for numerous State Parks and Forests, based on the physical size of the parking areas and/or carrying capacity of the location itself. *Lambert Dec.* ¶ 13; *see* Ex. 145.

59.     Not infrequently, locations with higher-vehicle capacities will reach their capacity limit and require DEEP to prohibit additional vehicles from entering. *Id.* ¶ 14.

60. In 2022, summertime crowds resulted in parks closing to additional vehicles 89 times; 119 times in 2023; and 120 times between January and August 11, 2024. *Id.*

61. From January to August, 2024, Hammonasset Beach State Park closed 3 times due to reaching its 6000-vehicle capacity; Rocky Neck State Park reached its 2000-vehicle capacity 8 times; Harkness Memorial State Park reached its 600-vehicle capacity 4 times; and Silver Sands reached its 650-vehicle capacity 5 times. *Id.* ¶ 15.

62. The most densely populated locations are generally designated swimming areas, picnic areas, and campgrounds during summer months. *Id.* ¶ 18.

63. Exhibit 150 accurately depicts designated swimming areas in State Parks and Forests. *Id.*

64. Exhibits 115 and 146-149, respectively, accurately depict how crowded Hammonasset Beach State Park, Silver Sands State Park, Squantz Pond State Park, Rocky Neck State Park, and Sherwood Island State Park, often get on typical summer days. *Id.* ¶ 19; *Tyler Dec.* ¶ 114.

65. Several parks and forests, such as Rocky Neck State Park, Harkness Memorial State Park, and Gillette Castle State Park, attract large crowds because they are popular for special events such as weddings, private parties, seminars, and conferences. *Lambert Dec.* ¶ 20; *Tyler Dec.* ¶¶ 122, 124-27.

66. DEEP advertises State parks and forests to the public as ideal locations for special events like weddings, private parties, and other gatherings. *Lambert Dec.* ¶ 20

67. Fort Griswold State Park and Fort Trumbull State Park also attract large crowds, including school field trips, because they contain historic military displays. *Tyler Dec.* ¶¶ 128-29; *see* Ex. 117.

68.     People also use State parks and forests for political activities, such as when a candidate held a campaign kick-off event at Hammonasset Beach State Park.  *Tyler Dec.* ¶ 45.

69.     Youth sporting events, such as high school and college cross-country meets, are held in State parks and forests.  *Id.* ¶ 46.

70.     Exhibits 154 and 156 accurately depict, respectively, the 17th Annual Winter Festival at Burr Pond State Park in 2023, and hikers at Scantic River State Park during the annual First Day Hike event in 2023.  *Lambert Dec.* ¶¶ 33, 35.

Use of State Parks and Forests by Children and Families

71.     Government buildings and schools are established sensitive places.  *E.g.,* Ex. 161 (Malcolm Depo. Tr. 10/11/24 at 122-23).

72.     A core mission of the State park and forest system is to encourage communities, families, and younger generations of adults and children to come together through a shared appreciation of nature and the environment.  *Lambert Dec.* ¶ 23; *Tyler Dec.* ¶ 39.

73.     In furtherance of that mission, State parks and forests provide a variety of educational programs utilized by families, children, teachers, and schools.  *Tyler Dec.* ¶ 44.

74.     Families and children are the target audience of State parks and forests, and marketing efforts and programming are often directed towards such individuals.  *Tyler Dec.* ¶ 58.

75.     Millions of children visit our parks and forests every year.  *Id.* ¶ 57.

76.     DEEP continually seeks to expand programming directed towards children, families, and schools to increase their engagement with State parks and forests.  *Lambert Dec.* ¶ 24.

77.     The No Child Left Inside Program ("NCLI") is among the most recognizable of programming directed towards children.  *Tyler Dec.* ¶ 58(a)-(d); *Lambert Dec.* ¶ 25.

78.    NCLI includes dozens of events every year at various State parks and forests that entail environmental-themed activities such as fishing, boating, wildlife, hiking, visiting nature centers and historic buildings, and family days in the park. *See Lambert Dec.* ¶ 26.

79.    Exhibit 151 accurately summarizes the NCLI programs and activities held in 2024. *Id.*

80.    In 2023, more than 6,000 participants enjoyed NCLI events, and the outreach team reached approximately 54,000 participants. *Id.*

81.    In furtherance of NCLI's mission to encourage family and youth utilization of State parks and forests, NCLI also includes an annual program that provides day passes, which waive entrance fees for two adults and up to four children aged 12 and under for any centers or historical buildings located in a State park or forest. *Tyler Dec.* ¶58(d); *Lambert Dec.* ¶ 27.

82.    Nature centers are another feature of State parks and forests that focus on enriching children and families in safe and comfortable environments. *Tyler Dec.* ¶ 58(e).

83.    For example, nature centers in Hamonasset Beach State Park (Meigs Point Nature Center) and Dinosaur State Park cater to thousands of children every year. *Id.*

84.    Schools across the State routinely organize field trips to State parks and forests, including but not limited to Fort Griswold State Park, Fort Trumbull State Park, Hammonasset Beach State Park, Sleeping Giant State Park, and Dinosaur State Park, and use such locations as cost-effective ways to enhance course curricula. *Lambert Dec.* ¶ 28; *Tyler Dec.* ¶¶ 58(f), 128-29; Ex. 140 ("Benigni *Dec.*") ¶¶ 13-16; Ex. 139 ("*Highsmith Dec.*") ¶¶ 23, 27-28.

85.    There are hundreds of school field trips to State parks and forests each year. *Tyler Dec.* ¶58(f).

86.      The potential presence of firearms in parks induces feelings of fear and reduced safety, and may drive people to visit parks less frequently.  Ex. 164 ("*Filindra Dec.*") ¶¶ 13-16.

87.      The location of a park, whether highly frequented (e.g., with amenities for children) or less frequented (e.g., remote parks where people might go camping) does not change how people feel about the presence of firearms in such locations.  *Id.* ¶ 31(a).

88.      Individuals visiting State parks and forests would be afraid if they saw someone carrying a firearm in these locations, particularly because firearms are inconsistent with the ideals underpinning these locations' existence, not to mention the education of school children.  *Id.* ¶¶ 13-16, 75-80; *Young Dec.* ¶¶ 29, 36, 41; *Lewis Dec.* ¶¶ 16(a), 17; *Tyler Dec.* ¶¶ 89(a), 94; *Highsmith Dec.* ¶ 24; Ex 159 (Tr. 5/10/24 at 263-64, 306).

***Facts Relevant to Individual Park and Forest Locations***

Sleeping Giant State Park ("Sleeping Giant")

89.      Sleeping Giant State Park covers approximately 1,439 acres.  CTParks, Sleeping Giant State Park, available at https://ctparks.com/parks/sleeping-giant-state-park#:~:text=And%20with%20its%20many%20scenic,and%20often%20fills%20to%20capacity.

90.      Sleeping Giant State Park is one of the State's most popular State parks, located adjacent to Quinnipiac University.  *Tyler Dec.* ¶ 102.

91.      A 1.5 mile hiking trail leads to a stone observation tower on top of Mt. Carmel, which provides a scenic view of Long Island Sound.  *Id.* ¶ 103.

92.      Exhibit 112 is a true and accurate depiction of the observation tower.  *Id.* ¶ 104.

93.      Because of the scenic benefits, the observation tower attracts the most visitors and becomes so densely crowded during peak season that people are almost shoulder to shoulder.  *Id.* ¶¶ 56, 105.

94.     Sleeping Giant State Park as a 200-vehicle capacity limit and reached that limit 13 times in 2022, 11 times in 2023, and 6 times from January to June, 2024. *Lambert Dec.* ¶ 16.

95.     Exhibit 152 is a true and accurate depiction of Sleeping Giant State Park during the annual First Day hike event in January, 2024. *Id.* ¶ 31.

96.     Sleeping Giant State Park also contains campgrounds utilized by the Youth Group Camping program. *Tyler Dec.* ¶ 107.

97.     In 2022, students from Hamden Public Schools participated in a daily, four-week program held at Sleeping Giant State Park that provided a "place-based science educational experience[.]" *Highsmith Dec.* ¶ 23.

98.     The Town of Hamden offers summer programing to children between the ages of three and fifteen years old, who have visited Sleeping Giant State Park. *Id.* ¶ 32.

99.     Permitting individuals to carry firearms in State parks and forests would impact schools' plans to continue visiting places like Sleeping Giant State Park, including school administrators not allowing students to visit such locations for school-sponsored events. *Id.* ¶¶ 24-25, 31, 37-38; *see Benigni Dec.* ¶ 21.

Farmington Canal Greenway State Park ("Farming Canal Trail")

100.     The Farmington Canal Trail is a 25-mile multi-use trail that runs between Hamden and Cheshire, Connecticut. *Lambert Dec.* ¶ 21.

101.     The Farmington Canal Trail is a portion of the larger, 56-mile Farmington Canal Heritage Trail, which runs from New Haven to Suffield, Connecticut, and into Massachusetts. *Id.*

102.     The Farmington Canal Trail gets crowded during peak summer months, and with good weather, thousands of people use it every day for walking, hiking, biking, jogging, and other uses. *Id.* ¶ 22.

103.    Plaintiff avoids using the Farmington Canal Trail to go jogging when it gets too crowded, which often occurs during the summer, because that requires "bobbing and weaving" when he jogs the trail.  Ex. 159 (Tr. 5/10/23 at 217-218); Ex. 160 (Tr. 4/27/23 at 183-84).

104.    The Connecticut Trial Census program ("CTTC") tracks the number of uses on Connecticut trails—including the Farmington Canal Trail—using infrared pedestrian counters ("IRPCs") set up along the trails.  Ex. 162 ("*Budris Dec.*") ¶ 4.

105.    The IRPCs register a temperature differential between background levels and that of a person passing by the scope, and compile those "hits" into hourly totals.  *Id.*

106.    Each time a person walks by a counter it is recorded as one use.  *Id.* ¶ 5.

107.    There are IRPCs located on the trail in Hamden and Cheshire—the approximate start and end points of the Farmington Canal Trail.  *Id.* ¶ 8; *see* Ex. 157 (2023 trail use count data report).

108.    In 2023, the IRPCs recorded average daily uses of 407.15 (Hamden) and 479.99 (Cheshire).  *Budris Dec.* ¶ 13.

109.    Those usages were heavily weighted toward summer months.  For example, the IRPC in Cheshire recorded over 20,000 total uses each month from May through August, 2023, including 24,890 uses in the month of August, an average of more than 800 uses per day.  *Id.* ¶ 14.

110.    The average daily uses recorded by the IRPCs in Cheshire and Hamden were also significantly higher on weekends than on weekdays, and approximately 79% of all uses occurred between 9:00 a.m. and 6:00 p.m.  *Id.* ¶ 15.

Naugatuck State Forest ("Naugatuck")

111.    Naugatuck covers approximately 5,000 acres.  *See* Ex. 108 at Bates # 0771.

112.    Naugatuck is "a popular destination for children and families" because of its "scenic hiking and youth group campground[.]" *Tyler Dec.* ¶ 110.

Dinosaur State Park ("Dinosaur SP")

113.    Dinosaur SP consists of two miles of nature trails and a visitor center—a large building containing numerous prehistoric exhibits, including one of the largest tracks of fossilized dinosaur footprints in North America (believed to be Dilophosaurus). *Tyler Dec.* ¶ 118.

114.    In 2023, Dinosaur SP's visitor center admitted 51,142 total visitors, with 27,691 being aged 13 and older (54% of total visitors), 21,771 were aged 12 and under (42% of total visitors), and 1,680 were not identified by age. *Lambert Dec.* ¶ 30. Thus, a large percentage of visitors to Dinosaur SP's visitor center in 2023 were minor children or individuals accompanied by children. *See id.*

115.    In 2024 (through August), Dinosaur SP's visitor center admitted 32,685 total visitors, with 17,666 being aged 13 and older (54% of total visitors), 14,832 were aged 12 and younger (45% of total visitors), and 187 were not identified by age. *Id.* Thus, a large percentage of visitors to Dinosaur SP's visitor center through August 2024 were minor children or individuals accompanied by children. *See id.*

116.    One event in 2024—Dinosaur Day—"attracted over two thousand people" on a single day. *Id.* ¶ 10.

117.    Exhibit 155 accurately depicts a presentation at Dinosaur SP. *Id.* ¶ 34.

Hamonasset Beach State Park ("Hammonasset")

118.    Hammonasset consists of over two miles of beach, a boardwalk, concessions, the Meigs Point Nature Center ("Meigs Point"), picnic shelters, large camping grounds, and other facilities. *Tyler Dec.* ¶ 111.

16

119.    Hammonasset is the most visited location in the State park and forest system, generally regarded as the largest tourist attraction in the State (except for casinos), and frequented by school children for school field trips.  *Id.* ¶ 112; *Benigni Dec.* ¶ 14.

120.    Approximately 3 million people visit Hammonasset each year.  *Tyler Dec.* ¶ 113.

121.    During peak summer months, Hammonasset typically gets as crowded as depicted in Exhibit 115.  *Id.* ¶ 114.

122.    The Meigs Point Nature Center is available free of charge, includes a large building with live animal exhibits, and is extremely popular for families, children, school field trips, and birthday parties, and is a site for children's educational programs.  *Id.* ¶¶ 115-16.

123.    Exhibit 153 is a true and accurate depiction of the registration line outside Meigs Point Nature Center on Outdoor Connecticut Day in 2019.  *Lambert Dec.* ¶ 32.

***The State Operates the Park and Forest System in a Proprietary Capacity***

124.    By the turn of the twentieth century, State forests had a key purpose of timber production—something that had economic value.  *Glaser Dec.* ¶¶ 38, 44.

125.    The growth of the Civilian Conservation Corps ("CCC") in the 1930s "helped the state revive commercial forest products' business by helping to build wood treatment plants, charcoal kilns, and a state sawmill.  They even harvested ice from state forest ponds for commercial sale."  *Glaser Dec.* ¶ 53; *see also Glaser Supp. Dec.* ¶ 32.

126.    Today, State parks and forests generate revenue in numerous ways, including fees for camping, special events/weddings, licenses, parking, admission, bus permits, and special use permits. *Tyler Dec.* ¶ 60.

127.    As of 2013, State parks and forests generally did not retain that revenue, but were funded almost entirely out of the State's general fund.  *Id.* ¶ 74.

17

128.    In 2013, a legislative investigation concluded that the Parks Division's funding and staffing levels were insufficient to maintain operations in State parks and forests over the long term.  *Id.* ¶¶ 71-73; *see* Ex. 114 (2014 legislative report).

129.    To alleviate the funding issues, the General Assembly created the Passport to the Parks Program ("PPP"), under which the Parks Division retains the revenue generated by State parks and forests and from an additional registration fee charged to Connecticut residents— revenue that is used to pay for about 80% of all park and forest expenses.  *Tyler Dec.* ¶¶ 75-76.

130.    In 2022, the State generated $4.5 million in revenue from its parks and forests— approximately 21% of the Parks Division's $21 million budget.  *Id.* ¶ 63.

131.    DEEP also generates significant revenue for the State through hunting, fishing, and trapping licenses.  *State v. Ball*, 260 Conn. 275, 293 (2002); Ex. 108 at Bates # 731-32.

132.    Now that funding is directly tied to the revenue generated, there is an increased need for the State park and forest system to be competitive in a crowded recreation marketing space, and to be economically prudent and financially self-sustaining.  *Tyler Dec.* ¶ 70.

133.    The more revenue generated by State parks and forests means that DEEP has more capacity to maintain them, while decreases in revenue could impact DEEP's ability to maintain such locations.  *Id.* ¶ 77.

134.    DEEP's current prohibition on carrying weapons aligns with the policies of many other large tourist attractions in Connecticut, and if word got around that firearms were permitted in State parks and forests, visitors may be less likely to visit State parks and forests, which could diminish revenue generation and contribute to the already-existing funding issues.  *Id.* ¶ 95.

135.    The State park and forest system is also a critical component of the State's overall marketing and tourism efforts.  *Id.* ¶ 64.

136.    DEEP has a large online presence, which it uses to provide information to the public and build enthusiasm for State parks and forests.  *Id.*

137.    DEEP also works with the Office of Tourism, part of the Connecticut Department of Economic and Community Development ("DECD"), to further these marketing efforts through commercials and advertisement on television and other means.  *Id.*

138.    In 2022, about 66.6 million tourists visited the State, generating $17 billion for State businesses, led to $1.1 billion in tax revenue, and supported approximately 120,000 jobs.  Ex. 138 ("*Anthony Dec.*") ¶¶ 13-14.

139.    State parks and forests are a key part of the State's advertising efforts and were marketed or promoted "in some form in approximately 90%" of DECD's marketing efforts.  *Id.* ¶ 17.

140.    State parks and forests represent key marketable assets that the State leverages to attract revenue generating tourism—an "important contributor to the State's economy."  *Id.* ¶ 13; *see id.* ¶ 16.

**Facts Regarding Plaintiff's Use of Parks**

141.    Plaintiff only visited Naugatuck State Forest once or twice per year in the past.  *See* Ex. 158 (Tr. 5/9/23 at 148-50).

142.    When Plaintiff testified at the preliminary injunction hearing in May 2023, he could not recall visiting Naugatuck State Forest once in the previous twelve months.  *Id.* at 201-202.

143.    In May, 2023, Plaintiff had no specific plans to visit Naugatuck State Forest in the future.  *Id.* at 220.

144.    Plaintiff does not believe he visited Naugatuck State Forest a single time between May 10, 2023, and August 20, 2024. ECF No. 75-6 at 7, 9 (interrogatory responses Nos. 5 and 10).

145.    As of August 20, 2024, Plaintiff did not have any specific future plans to visit Naugatuck State Forest, aside from a general plan to go turkey hunting there between October 5 and October 31, 2024.  *Id.* (interrogatory response No. 10).

146.    Hunting is permitted in only select locations within the State park and forest system and, even where authorized, is subject to various rules and restrictions, which are published annually in the Connecticut Hunting and Trapping Guide.  *Tyler Dec.* ¶¶ 81, 90; *see* Ex. 108.

DEFENDANT-COMMISSIONER
KATIE DYKES

WILLIAM TONG
ATTORNEY GENERAL

BY:    /s/ *Blake T. Sullivan*
Timothy J. Holzman (ct30420)
Blake T. Sullivan (ct30289)
Thadius L. Bochain (ct31367)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue
Hartford, CT 06106
860-808-5020 (phone)
860-808-5347 (fax)
Timothy.Holzman@ct.gov
Blake.Sullivan@ct.gov
Thadius.Bochain@ct.gov

20

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Blake T. Sullivan