UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID J. NASTRI, ESQ.,<br>Plaintiff,<br><br>v.<br><br>KATIE DYKES, in her official capacity only,<br>Defendant. | 3:23-cv-00056 (VAB) |

## JUDGMENT

This action having come before the Court on Plaintiff's Motion for Summary Judgment and Motion for Permanent Injunction, and Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment before the Honorable Victor A. Bolden, United States District Judge; and the Court having considered the full record of the case including applicable principles of law, and having filed its Ruling and Order denying Plaintiff's Motions, and granting Defendant's motion on September 30, 2025; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the Defendant, and the case is closed.

Dated at New Haven, Connecticut, this 30th day of September 2025.

DINAH MILTON KINNEY, CLERK

BY:  /s/ F. Velez
        Frances Velez, Deputy Clerk

EOD: 9/30/25